**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ronald G. Linaburg, ) | |
| ) | Bankruptcy No. 20-22898-CMB |
| Debtor. ) | Chapter 11 |
| _____ ) | |
| Ronald G. Linaburg, ) | |
| ) | |
| Movant, ) | |
| ) | Document No. |
| v. ) | |
| ) | |
| No Respondents, ) | |
| ) | |
| Respondent. ) | |
| ) | |

### MOTION FOR ORDER EXTENDING TIME TO FILE COMPLETED SCHEDULES, DECLARATION RE: ELECTRONIC FILING, STATEMENT OF FINANCIAL AFFAIRS AND RELATED DOCUMENTS

AND NOW comes the Debtor, by and through its attorney, Brian C. Thompson, Esquire, Thompson Law Group, P.C., and files this Motion for Order Extending Time to File Completed Schedules, Declaration Re: Electronic Filing, Statement of Financial Affairs, and Related Documents representing as follows:

1. Debtor originally commenced this case by filing for emergency bankruptcy relief under Chapter 11 of the Bankruptcy Code on October 9, 2020.

2. All incomplete filings are due on or before October 23, 2020.

3. Debtor is still in the process of compiling information regarding debts and assets required to complete the petition and needs additional time to do so.

WHEREFORE, Debtor respectfully requests that this Court enters an order extending the time for Debtor to file its Completed Schedules, Declaration Re: Electronic Filing, Statement of Financial Affairs, and Related Documents for twenty-one (21) days.

Respectfully submitted,

Dated: October 23, 2020    /s/Brian C. Thompson, Esquire
Brian C. Thompson, Esquire
PA I.D. # 91197
Thompson Law Group, P.C.

        125 Warrendale-Bayne Road, Suite 200
        Warrendale, PA 15086
        724-799-8404 Telephone
        724-799-8409 Facsimile
        bthompson@thompsonattorney.com