**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-22898-CMB |
| Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | Document No. |
| v. | ) | |
| | ) | Related to Document No. |
| No Respondent. | ) | |
| | ) | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), statement(s) are transmitted herewith:

___ Voluntary Petition *Specify reason for amendment:*


Official Form 6 Schedules (Itemization of Changes Must Be Specified)
- ___  Summary of Schedules
- _x_  Schedule A – Real Property
- _x_  Schedule B – Personal Property
- ___  Schedule C – Property Claimed as Exempt
- ___  Schedule D – Creditors holding Secured Claims
    - Check one:
    - ___ Creditor(s) added
    - ___ No Creditor(s) added
    - ___ Creditor(s) deleted
- ___  Schedule E – Creditors Holding Unsecured Priority Claims
    - Check one:
    - ___ Creditor(s) added
    - ___ No Creditor(s) added
    - ___ Creditor(s) deleted
- ___  Schedule F - Creditors Holding Unsecured Nonpriority Claims
    - Check one:
    - ___ Creditor(s) added
    - ___ No Creditor(s) added
    - ___ Creditor(s) deleted
- ___  Schedule G – Executory Contracts and Unexpired Leases
    - Check one:
    - ___ Creditor(s) added
    - ___ No Creditor(s) added
    - ___ Creditor(s) deleted
- ___  Schedule H – Codebtors
- ___  Schedule I – Current Income of Individual Debtor(s)
- ___  Schedule J – Current Expenditures of Individual Debtor(s)
- ___  Statement of Financial Affairs
- ___  Chapter 7 Individual Debtor's Statement of Intentions

__ Chapter 11 List of Equity Security Holders
__ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
__ Disclosure of Compensation of Attorney for Debtor
__ Other:_____


**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**
Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendments checked above has been given this date to the U.S. Trustee, the Trustee in this case, and all entities affected by this amendment.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Jodi Hause
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222


Date: December 31, 2020          /s/Brian C. Thompson
                                 Attorney for Debtor(s)

                                 Brian C. Thompson, Esquire
                                 (Typed Name)

                                 125 Warrendale Bayne Road, Warrendale, PA 15086
                                 (Address)

                                 (724) 799-8404
                                 (Phone No.)

                                 91197 – PA
                                 List Bar I.D. and State of Admission