### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
|    Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
|    Debtor. | ) | |
| | ) | |
| | ) | Document No.: |
|    Ronald G. Linagurg | ) | |
| | ) | Related to Document No.: 37 |
|    Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
|    William T. Kane, | ) | |
| | ) | |
|    Respondent. | ) | |

**MOTION TO WITHDRAW DEBTOR'S MOTION FOR LIMITED OBJECTION TO ROBERT O. LAMPL, ESQUIRE, JOHN P. LACHER, ESQUIRE, RYAN J. COONEY, ESQUIRE, SY O. LAMPL, ESQUIRE, AND ALEXANDER L. HOLMQUIST REPRESENTING WILLIAM T. KANE**

AND NOW comes Debtor, by and through his counsel, Brian C. Thompson, Esquire and Thompson Law Group, P.C., and respectfully represents as follows:

1. Movant is the debtor in the above-referenced bankruptcy case.

2. Movant filed a Motion for Limited Objection to Appearance on November 27, 2020.

3. Parties have resolved the objection pursuant to the Settlement Agreement approved by Order of Court dated February 16, 2021.

4. At this time, Debtor wishes to withdraw his Motion for Limited Objection to Appearance.

WHEREFORE, Movant respectfully requests that the above-referenced Motion be withdrawn.

Respectfully Submitted,

Date:  February 17, 2021

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197

Thompson Law Group, P.C.
125 Warrendale-Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com