## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Ronald G. Linaburg,                          :          Bankruptcy No. 20-22898-CMB
                                                    :
    Debtor.                                      :
_____           :          Chapter 11
    Ronald G. Linaburg,                          :
                                                    :          Related to:  Document No. 143
    Movant,                                      :
                                                    :          Related Claim No.: 4
    v.                                           :
                                                    :          **ENTERED BY DEFAULT**
PNC Bank, N.A.,                                     :
                                                    :
    Respondent.                                  :

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. 4

On this  7th  day of      April      , 2021, this matter being before the Court on

Debtors' Objection to Proof of Claim No. 4, for the reasons stated in the Objection, or by default

for Claimant's failure to respond, it is hereby ORDERED that the claim of PNC Bank, N.A, filed

at Proof of Claim No. 4 in the above captioned bankruptcy case is rejected and disallowed as a

secured claim, and be designated an unsecured, non-priority claim.

Carlota M. Böhm
glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
4/7/21 5:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA