Case 20-22898-CMB    Doc 183    Filed 04/09/21    Entered 04/09/21 15:27:13    Desc Main
Document    Page 1 of 1

# PROCEEDING MEMO

**Date:** 04/09/2021 11:00 am

**In re:** Ronald G Linaburg

Bankruptcy No. 20-22898-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 119

**Appearances:** Jodi Hause, Michael A. Shiner, Maribeth Thomas, Brian C. Thompson

**Nature of Proceeding:** #119 Motion of the United States Trustee To Dismiss Debtor's Case Pursuant To 11 U.S.C. Section 1112(b) Or, In The Alternative, To Convert The Case To Chapter 7

**Additional Pleadings:** #155 Response by Debtor
#160 Response in Support of the Motion by Diana Marie Dongell, D.M.D.; Ronald E. Hand, D.M.D.; Renee R. Kalp, D.M.D.; and Rebecca L. Watkins, D.M.D.
#172 Reply by Debtor To Response in Support of United States' Motion To Dismiss Case or, In the Alternative, To Convert The Case To Chapter 7
#174 Supplement To Response by Debtor To Motion of The United States Trustee To Dismiss Debtor's Case Pursuant to 11 U.S.C. Section 1112(b) Or, In The Alternative, To Convert The Case To Chapter 7

**Judge's Notes:**
OUTCOME: Status conference on motion continued to 5/12 at 2:30 pm.
-Parties are to file jointly disputed and undisputed facts on or before 4/30.
-Parties are to file a list of witnesses and potential exhibits on or before 4/30.
-Parties are to have a one-hour meet and confer to discuss how they want to move forward before 4/30.
-Status report to be filed by Attorney Hause on or before 4/30.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
4/9/21 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA