## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Ronald G. Linaburg,                     :                    Case No.: 20-22898-CMB
                                                :
                                                :                    Reporting Period: __March, 2021__
                                                :
                                                :                    Chapter 11

## MONTHLY OPERATING REPORT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Linaburg, Ronald G.

Case No. 20-22898-CMB

Reporting Period:_____03-31-2021_____

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | X |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | X |
| Bank Reconciliation | | X | X |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | X |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | X |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____                    _4-12-2021_____
Signature of Debtor                                                          Date


_____                    _____
Signature of Joint Debtor                                                Date

_____                    _4-12-2021_____
Signature of Preparer                                                      Date


Barry P. Cox, CPA
_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Linaburg, Ronald G.

Debtor

**Case No. 20-22898-**

**CMB Reporting Period:** 03-31-2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Thomas, Joseph Martin                                    Case No. 20-10334-TPA

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 13,630.96 | 250.00 |
| | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,649.00 | 15,787.15 |
| Sale of Assets | | |
| Other Income (attach schedule) | | 200,000.00 |
| **Total Receipts** | 2,649.00 | 215,787.15 |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 638.74 | 6,217.73 |
| Insurance | | 19,581.96 |
| Auto Expense | 69.60 | 3,332.87 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 300.00 | 6,187.86 |
| Medical Expenses | 63.48 | 5,921.86 |
| Household Expenses | 3,940.16 | 48,637.57 |
| Charitable Contributions | | 5,240.00 |
| Child Support Payments | 6,611.80 | 23,935.40 |
| Taxes - Real Estate | 2,930.96 | 2,930.96 |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 60.00 | 3,590.00 |
| Gifts | | 32,669.17 |
| Other (attach schedule)        SCHEDULE 1 | 265.96 | 37,800.51 |
| **Total Ordinary Disbursements** | 14,880.70 | 196,045.89 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 550.00 | 18,167.00 |
| U. S. Trustee Fees | | 975.00 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 550.00 | 19,142.00 |
| | | |
| **Total Disbursements (Ordinary + Reorganization)** | 15,430.70 | 215,187.89 |
| | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (12,781.70) | 599.26 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 849.26 | 849.26 |

FORM MOR-1(INDV)

(9/99)

**FORM MOR-1 (INDV)**
**SCHEDULE 1**
**OTHER ORDINARY DISBURSEMENTS**

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Bank and Wire Fees | - | 183.00 |
| Credit Card Annual Fee | - | 550.00 |
| Telephone | 265.96 | 2,479.51 |
| Children Tuition/Education | - | 34,588.00 |
| **Total Other Ordinary Disbursements** | **265.96** | **37,800.51** |

## RONALD G. LINABURG DIP ACCOUNT
## Monthly Bank Reconciliation

| | | Bank Statement Date: | 4/4/2021 | |
|---|---|---|---|---|
| Ending Balance from Bank Statement | | | | $1,604.64 |

Add Deposits in Transit:

| Deposit Date | Amount | Deposit Date | Amount | |
|---|---|---|---|---|
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |

| **Total Deposits in Transit** | | | | $0.00 |
|---|---|---|---|---|
| **Subtotal** | | | | $1,604.64 |

Subtract Outstanding Checks:

| Check Number | Amount | Check Number | Amount | |
|---|---|---|---|---|
| 110 | $130.00 | | | |
| 233 | $27.38 | | $0.00 | |
| 235 | $48.00 | | $0.00 | |
| 236 | $550.00 | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |

| **Total Outstanding Checks** | | | | $755.38 |
|---|---|---|---|---|
| **Computed Book Balance** | | | | $849.26 |
| Balance per Your Books | | | | $849.26 |
| **Difference** | | | | $0.00 |



RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

ACCOUNT NUMBER:
STATEMENT DATE:      03/05/21 THRU 04/04/21
VIRGINIA MANOR
1717 COCHRAN ROAD

(412) 531-2422

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| REE CHKG | 14,228.58 | 15,272.94 | 2,649.00 | 1,504.64 | 11,620.20 | 0.00% | 0.00 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 215 | 367.62 | 226 | 113.70 | 230 | 2,930.96 | 234 * | 130.00 |
| 219 * | 100.00 | 228 * | 300.00 | 231 | 3,000.00 | | |
| 225 * | 235.53 | 229 | 289.51 | 232 | 3,611.80 | | |

## FREE CHECKING ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 03/12 CHK 219 SEQ# 17002621 | | 100.00 | 03/31 ECK | CAPITAL ONE ARC | 3,927.86 |
| 03/18 CHK 215 SEQ# 18008069 | | 367.62 | | CHECK PYMT CK# 0227 | |
| 03/29 DEP CHECK - VIRGINIA MANOR | | 2,649.00+ | 03/31 CHK | 228 SEQ# 19007760 | 300.00 |
| 03/29 CHK 232 SEQ# 16007893 | | 3,611.80 | 03/31 ECK | VERIZON | 265.96 |
| 03/29 CHK 230 SEQ# 18021741 | | 2,930.96 | | PAYMENTS CK# 0224 | |
| 03/30 CHK 231 SEQ# 18009786 | | 3,000.00 | 03/31 CHK | 225 SEQ# 18004072 | 235.53 |
| 03/30 CHK 229 SEQ# 18007404 | | 289.51 | 04/01 CHK | 234 SEQ# 18012154 | 130.00 |
| 03/30 CHK 226 SEQ# 18000484 | | 113.70 | | | |

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

## ACCOUNT BALANCES MAINTAINED DURING MARCH
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $1,734.64 | $13,536.40 | $0.00 | $0.00 | $13,536.40 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.



REFER A FRIEND AND YOU BOTH
EARN CASH! DOLLAR.BANK/REFER

Ronald G Linaburg DIP account
March check disbursements

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 2/24/2021 | 223 | VOID | |
| 3/26/2021 | 224 | Verizon | 265.96 |
| 3/26/2021 | 225 | Duquesne Light Company | 235.53 |
| 3/26/2021 | 226 | PA American Water | 113.70 |
| 3/26/2021 | 227 | Capital One | 3,927.86 |
| 3/26/2021 | 228 | Bartlett Tree Service | 300.00 |
| 3/26/2021 | 229 | Peoples Gas | 289.51 |
| 3/26/2021 | 230 | John Weinstein County Treas. | 2,930.96 |
| 3/26/2021 | 231 | Taylor Linaburg | 3,000.00 |
| 3/26/2021 | 232 | Dollar Bank | 3,611.80 |
| 3/26/2021 | 233 | Metro Drycleaners | 27.38 |
| 3/26/2021 | 234 | Maroadi Transfer & Storage | 130.00 |
| 3/26/2021 | 235 | SCCC | 48.00 |
| 3/26/2021 | 236 | Rivertech Tax Preparation | 550.00 |
| | | | 15,430.70 |

**verizon**

RONALD LINABURG
Primary Phone:
Account Number:
**Bill Date:** March 6, 2021

Ways to pay
• Via the My Fios app
• Online at verizon.com/PayOnline

*CK# 224   3-26-21*

### Your payment is due:

# $265.96

Total Due by March 31



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

224

DATE *3-26-2021*

PAY TO THE ORDER OF *Verizon*                    $ *265.96*

*Two hundred sixty-five and 96/100* DOLLARS

**Dollar Bank.**
Since 1855

MEMO _____

### NBA League Pass
Feel like you're sitting courtside as you watch your favorite teams and players every night. Enjoy up to 40 out-of-market games a week, with select games in fiber-optic HD. Just $199 for the full season. Sign up for NBA League Pass on Channel 1450.

This
Fios Interne
Services & E
Fees & Othe
**Total Due by**

Return only this stub with your payment. We will not review or honor other written notifications. Visit verizon.com.

verizon

Primary Phone:
Account Number:
**Bill Date: March 6, 2021**

Ways to pay
• Via the My Fios app
• Online at verizon.com/PayOnline

*CK# 224  3-26-21*

## Your payment is due:

# $265.96

Total Due by March 31

## ⬆ This month's charges

| | |
|---|---|
| Fios Internet, TV & Phone Bundle | $132.99 |
| Services & Equipment | $85.99 |
| Fees & Other Charges | $46.98 |
| **Total Due by March 31** | **$265.96** |

## 🗒 Offers & benefits

### Special offer for you

Fios customers can save more when they add a Verizon Wireless Unlimited plan. Up to $20 combined off your Verizon bills every month. Plus get device credits toward your next phone or tablet. For details, visit vzw.com/thebest

### NBA League Pass

Feel like you're sitting courtside as you watch your favorite teams and players every night. Enjoy up to 40 out-of-market games a week, with select games in fiber-optic HD. Just $199 for the full season. Sign up for NBA League Pass on Channel 1450.

Return only this stub with your payment. We will not review or honor other written notifications. Visit verizon.com

**verizon**

Primary Phone:
Account Number:
**Bill Date:** March 6, 2021

• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | | Payment activity since last bill date. |
|---|---|---|---|
| Previous Balance | 265.96 | | |
| Payment Received - Thank You | -265.96 | 3/1 | |
| **Balance Forward** | **$.00** | | |

## Details of Charges

Includes discounts shown on page 2.

| Fios Internet, TV & Phone Bundle | | | Your monthly price after the discounts shown on page 2 were applied. |
|---|---|---|---|
| Your bundle includes Fios Internet 75/75, Extreme HD TV and Fios Digital Voice Unlimited | | | |
| **Bundle Price** | **$132.99** | 3/7 - 4/6 | |

| Services & Equipment | | | Equipment and additional services to personalize your Fios service. |
|---|---|---|---|
| **Services** | | | |
| Premium Entertainment Value Pack | 40.00 | | |
| EPIX/ Cinemax/ STARZ/ Showtime/ HBO Max | | | |
| Fios Digital Voice Addl Line | | | |
| | 9.99 | | |
| **Equipment** | | | |
| Rent: 4 Set-Top Boxes | 36.00 | | |
| **Subtotal** | **$85.99** | 3/7 - 4/6 | |

| Fees & Other Charges | | Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees. |
|---|---|---|
| **Taxes, Governmental Fees & Surcharges** | | |
| PA State and Local Sales Tax | 9.60 | |
| Telecommunications Relay Service | .16 | |
| E911 | 3.30 | |
| **Verizon Surcharges & Fees** | | |
| PA Gross Receipts Tax Surcharge | 2.66 | |
| Federal Universal Service Fee | 8.66 | |
| Video Franchise Fee | 7.97 | |
| PEG Grant Fee | .20 | |
| Regulatory Recovery Fee - Federal | .07 | |
| Regional Sports Network Fee | 7.89 | |
| Fios TV Broadcast Fee | 4.49 | |
| FDV Administrative Charge | 1.98 | |
| **Subtotal** | **$46.98** | |

| **Total Due** | **$265.96** |
|---|---|

*Att 225   3-26-202*

Page 1 of 3


**DUQUESNE LIGHT CO.**

♒ RONALD G LINABURG
🏠 924 VALLEYVIEW RD

Account #

| | |
|---|---|
| 04/06/2021 | $235.53 |

## Bill Summary

Supply Charges

Amount Due
**$235.53**

DLC Charges

**Bill IC** ___  Date Prepared: 03/16/2021

| | |
|---|---|
| Previous Account Balance | $339.47 |
| Payment(s) Received as of 03/01/2021 | -$339.47 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $126.86 |
| Supply Charges | $108.67 |
| **AMOUNT DUE BY 04/06/2021** | **$235.53** |

## Message Center

Introducing your new bill! We've redesigned it to be simple and easy to understand, and we also added color to make it easy to read. For more information on how to read your bill, visit DuquesneLight.com/newbill.

Duquesne Light partners with Dollar En□ to customers who struggle to pay their e□ support the Dollar Energy Fund and you□ tax deductible monthly pledge at Duque□

DOLLAR EN

## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|---|---|---|---|---|
| | | | | 225 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

DATE 3-26-2021

PAY TO THE
ORDER OF DLC                    $ 235.53

Two hundred thirty-five and 53/100    DOLLARS

**Dollar Bank.**
Since 1855

MEMO ___

BI_POSTAL_20210316PRD.xml-88921-000003427

⬜ Online: www.DuquesneLight.com        📞 Phone: 412-393-7100        *Billing and meter reading details on page 3*


2

BI_POSTAL_20210316PRD.xml-88923-000003427



Page 1 of 3

👤 RONALD G LINABURG
🏠 924 VALLEYVIEW RD
Account #

| | Due Date | Amount Due |
|---|---|---|
| | 04/06/2021 | $235.53 |

## Bill Summary



Supply Charges

Amount Due
**$235.53**

DLC Charges

| Bill ID: | Date Prepared: 03/16/2021 |
|---|---|
| Previous Account Balance | $339.47 |
| Payment(s) Received as of 03/01/2021 | -$339.47 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $126.86 |
| Supply Charges | $108.67 |
| **AMOUNT DUE BY 04/06/2021** | **$235.53** |

## Message Center

Introducing your new bill! We've redesigned it to be simple and easy to understand, and we also added color to make it easy to read. For more information on how to read your bill, visit **DuquesneLight.com/newbill**.

Duquesne Light partners with Dollar Energy Fund to provide assistance to customers who struggle to pay their electric bill. If you would like to support the Dollar Energy Fund and your neighbors in need, make a tax deductible monthly pledge at **DuquesneLight.com/dollar**.



## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|---|---|---|---|---|
| Current Month | 1538 | 53 | 29 | 35 |
| Last Month | 2297 | 70 | 33 | 28 |
| Same Month Last Year | 1665 | 50 | 33 | 50 |



Average Monthly Usage for the last 12 months: 2525 kWh
Total Annual Usage for the last 12 months: 30296 kWh

BI_POSTAL_20210316PRD.xml-88921-000003427

☐ Online: www.Duquesnelight.com    ☎ Phone: 412-393-7100

RONALD G LINABURG    Account # ¶    Page 3 of 3

## Account Detail

924 VALLEYVIEW RD    Supplier Agreement ID: 3807220424

### Meter Reading Usage Information

| Meter Number | | |
|---|---|---|
| Present    03/16/2021 Act | | 12,678.4950 |
| Prior    02/15/2021 Act | | 11,140.3890 |
| Difference | | 1,538.1060 |
| Your Meter Multiplier | | 1 |
| Total kWh Used | | 1,538.1060 |

### Current Bill Details

| | | |
|---|---|---|
| DLC Rate | RS-Residential Service | |
| Price to Compare | $0.0707 / kWh | |
| **DLC Charges** | | **$126.86** |
| Customer Charge | | $12.49 |
| Distribution | 1538.1060 kWh@ $0.071693 | $110.27 |
| DSIC Surcharge | 3.35% | $4.11 |
| Pennsylvania Tax Adjustment | | -$0.01 |
| | | |
| **Supply Charges** | | **$108.67** |
| Supply | 1538.1060 kWh@ $0.051994 | $79.97 |
| Transmission | 1538.1060 kWh@ $0.018658 | $28.70 |

| Total kWh Used | 1,538.1060 | Service Charges | $235.53 |
|---|---|---|---|

## Shopping and Supplier Information

When shopping for electricity with an Electric Generation Supplier, please provide the following information:

Supplier Agreement ID:
Rate Schedule: RS-Residential Service

The current Price to Compare is listed above in Account Detail and will change every June and December.  For more information & supplier offers visit www.PAPowerSwitch.com and www.oca.state.pa.us.

## Additional Notifications

- Give to Dollar Energy Fund to help people without heat or light. Make a monthly pledge at www.duquesnelight.com or send a check to Duquesne Light Hardship Fund Donations, 411 Seventh Avenue MD 15-1, Pittsburgh, PA  15219. Your gift is tax deductible.
- Duquesne Light offers energy efficiency programs to help customers save money by conserving energy and reducing demand.  To participate or to learn more about these programs, visit www.wattchoices.com.
- You can join our Budget Plan by calling us at (412) 393-7100.  If eligible, the Budget Plan will begin with your next bill.  For this bill, please pay the Amount Due shown.
- SIGN UP FOR AUTOPAY and learn about other convenient payment options by visiting our website www.duquesnelight.com.
- Estimated Gross Receipts Tax of $13.89 and Estimated PA State Tax of $16.02 are included in your rates.



PENNSYLVANIA
**AMERICAN WATER**

WE KEEP LIFE FLOWING™

Statement

Account No.

**$113.70**

Payment Due By:

**March 29, 2021**

**Service Address:**

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022



THANK YOU FOR BEING OUR CUSTOMER.

| | |
|---|---|
| Billing Date: | March 05, 2021 |
| Service Period: | Feb 04 to Mar 04 (29 Days) |
| Total Gallons: | 6,100 |

**Account Summary** – *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $114.94 |
| Payments - Thank You! | $114.94 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $91.20 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $113.70 |

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

For more information, visit www.p

View your account informati
anytime at: www.amwater.cor

Pay by Phone*: Pay anytime
*A convenience fee may apply

Customer Service: 1-800-56
M-F 7:00am to 7:00pm – Eme

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2450

226

DATE 3-26-2021

PAY TO THE ORDER OF *PAWC*                              $ *113.70*

*One hundred thirteen and 00/100* ———— DOLLARS

**Dollar Bank.**
Since 1855

MEMO

MP



# PENNSYLVANIA
# AMERICAN WATER

### WE KEEP LIFE FLOWING™

**Service Address:**
RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

THANK YOU FOR BEING OUR CUSTOMER.

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

For more information, visit www.pennsylvaniaamwater.com

**Statement**

Account No.

| | $113.70 |
|---|---|
| Payment Due By: | **March 29, 2021** |

| | |
|---|---|
| **Billing Date:** | March 05, 2021 |
| **Service Period:** | Feb 04 to Mar 04 (29 Days) |
| **Total Gallons:** | 6,100 |

## Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $114.94 |
| Payments - Thank You! | $114.94 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $91.20 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $113.70 |



**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount



**Pay by Phone\*:** Pay anytime at 1-855-748-6066
*\*A convenience fee may apply*



**Customer Service:** 1-800-565-7292
M-F 7:00am to 7:00pm – Emergencies 24/7

016540/033087 ACZA1R ETM1C00005 12      (ACZA1R0010185400102300)

**PENNSYLVANIA**
**AMERICAN WATER**

WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|-----------|---------|------|-----------|---------|---------------|--------------|-------------|---------------|---------------|
| | 100 gal | 5/8" | 02/04/2021 | 03/04/2021 | 26,139 (A) | 26,200 (A) | 61 | 61.00 | 6,100 |

A = Actual   E = Estimate            1 Billing Unit = 100 gallons            Total Gallons: 6,100

**Billed Usage History (graph shown in 100 gallons)**

Next Scheduled Read Date: on or about April 05, 2021
Account Type:            Residential

6,100 gallons = usage for this period
4,100 gallons = usage for same period last year



Average daily use for this period is: (29 days)

**210** gallons

Year to Date Billed Usage: 23,200 gallons

## Account Detail

Account No.
Service To: 924 VALLEYVIEW RD PITTSBURGH, PA 15243-1022

| | |
|---|---:|
| Prior Billing | 114.94 |
| Payments | -114.94 |
| Total payments as of Mar 1. Thank you! | -114.94 |
| **Balance Forward** | **0.00** |
| **Service Related Charges - 02/04/21 to 03/04/21** | |
| Water Service | 84.84 |
| Water Service Charge | 16.50 |
| Water Usage Charge        (61 x $1.2217) | 74.52 |
| Fed Tax Adjustment - Water Surcharge | -6.18 |
|         ($91.02 x -6.79%) | |
| Other Charges | 6.36 |
| Distribution System Improvement Charge | 6.36 |
|         ($84.84 x 7.50%) | |
| **Total Service Related Charges** | **91.20** |
| Protection Programs: | 22.50 |
| For inquiries call 1-888-378-4458 | |
| Water Line Protection | 9.25 |
| Sewer Line Protection | 13.25 |
| **Total Current Period Charges** | **113.70** |

**Total Amount Due**  **$113.70**

## Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Protection programs for water, sewer and in-home plumbing** are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges. For inquiries about protection programs, please contact American Water Resources at 888-378-4458.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/paawrates



**PENNSYLVANIA**
## AMERICAN WATER

P.O. Box 578  Alton, IL 62002

03/03/2021

*114.99 PD O 13.70* (handwritten)

029007 1 AB 0.425    29013/029007/030517 76 01 ACZ9YC 005
RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

**For Service To:**
Account Number: _____
Service Address:    924 Valleyview Rd
Pittsburgh, PA 15243-1022

Dear Ronald Linaburg,

Pennsylvania American Water is proud to provide you with safe, clean, reliable water and/or wastewater service. Since the beginning of the COVID-19 health emergency, Pennsylvania American Water was well ahead of the nationwide mandates to suspend shutoffs, reconnect customers that were shutoff for billing related issues and the suspension of late fees. We voluntarily implemented these measures, prior to many of the nationwide mandates in mid-March 2020. After careful consideration, Pennsylvania American Water announced in November 2020 that it would hold off on resuming termination procedures until after March 31, 2021.

YOU CURRENTLY HAVE AN UNRESOLVED PAST DUE BALANCE AND ARE AT RISK OF YOUR SERVICE BEING SHUT OFF IF THE BALANCE REMAINS UNPAID AND YOU DO NOT CONTACT US TO ESTABLISH A PAYMENT ARRANGEMENT.

You will see a late fee applied to your March service on your bill that will be issued in April, and your service may be shut off on or after April 1, 2021 unless you take the appropriate steps to avoid disconnection. If you re experiencing financial hardship as a result of COVID-19 or other circumstances, please reach out to us. Whether you are a residential or non-residential customer, our customer service representatives are ready to work with you on a plan to pay the balance of your bill over time.

To discuss a payment plan, please contact Pennsylvania American Water Customer Service at 1-800-565-7292. If you are a residential customer, you may also qualify to receive assistance through our H2O Help to Others program, which offers one-time hardship grants and monthly bill discounts on water and wastewater bills to income-eligible customers. To see what assistance may be available to you, please visit www.pennsylvaniaamwater.com and select Customer Assistance Programs under Customer Service & Billing or call us at 1-800-565-7292. You have a right to file an informal complaint with the PUC if you disagree with the arrangement offered to you by Pennsylvania American Water. More information about filing an informal PUC complaint can be found at www.pa.puc.gov or by calling the PUC Bureau of Consumer Services at 1-800-692-7380.

Sincerely,

American Water Customer Service



Professional MasterCard Account Ending in [
Feb. 12, 2021 - Mar. 14, 2021 | 31 days in Billing Cycle

## Transactions

Visit [ ] to see detailed transactions.

**JUDITH K LINABURG** [ ] ayments, Credits and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| Mar 1 | PAYMENT | - $7,496.03 |

**JUDITH K LINABURG** [ ] ransactions

| Date | Description | Amount |
|------|-------------|--------|
| Feb 10 | BARNES & NOBLE #2233PITTSBURGHPA | $70.29 |
| Feb 11 | SQ *LA GOURMANDINEPittsburghPA | $15.20 |
| Feb 11 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $29.60 |
| Feb 11 | TOADFLAXPITTSBURGHPA | $117.70 |
| Feb 11 | MARKET DISTRICT #0014BETHEL PARKPA | $135.06 |
| Feb 11 | WHOLEFDS SHL #10242UPPER SAINT CPA | $85.94 |
| Feb 12 | Netflix.comLos GatosCA | $14.97 |
| Feb 13 | GIANT-EAGLE #0035PITTSBURGHPA | $8.28 |
| Feb 13 | WHOLEFDS SHL #10242UPPER SAINT CPA | $48.26 |
| Feb 13 | SQ *MEDITERRA CAFE MT.Pittsburgh.PA | $29.13 |
| Feb 18 | SQ *AGRARIA SAN FRANCIgosq.comCA | $360.00 |
| Feb 19 | APPLE.COM/BILL866-712-7753CA | $0.99 |
| Feb 19 | GIANT-EAGLE #0035PITTSBURGHPA | $77.88 |
| Feb 21 | SQ *MEDITERRA CAFE MT.Pittsburgh.PA | $45.44 |
| Feb 22 | MACYS  SOUTH HILLSPITTSBURGHPA | $147.66 |
| Feb 22 | MACYS  SOUTH HILLSPITTSBURGHPA | $88.00 |
| Feb 22 | MACYS  SOUTH HILLSPITTSBURGHPA | $88.81 |
| Feb 22 | MACYS  SOUTH HILLSPITTSBURGHPA | $111.00 |
| Feb 23 | CVS/PHARMACY #05094MT LEBANONPA | $63.48 |
| Feb 23 | WHOLEFDS SHL #10242UPPER SAINT CPA | $224.85 |
| Feb 25 | GIANT-EAGLE #0035PITTSBURGHPA | $35.63 |
| Feb 27 | SQ *MEDITERRA CAFE MT.Pittsburgh.PA | $49.74 |
| Feb 27 | SQ *MEDITERRA CAFE MT.Pittsburgh.PA | $7.76 |
| Mar 2 | MARKET DISTRICT #0014BETHEL PARKPA | $190.95 |
| Mar 3 | SQ *LA GOURMANDINEPittsburghPA | $21.40 |
| Mar 3 | WAL-MART #2300PITTSBURGHPA | $34.30 |
| Mar 3 | SAMS CLUB #6575PITTSBURGHPA | $379.65 |
| Mar 3 | SAMS CLUB #6575PITTSBURGHPA | $21.38 |
| Mar 3 | SESAME INNPITTSBURGHPA | $54.04 |
| Mar 4 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $40.00 |

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Mar 5 | SQ *MEDITERRA CAFE MT.Pittsburgh.PA | $29.53 |
| Mar 5 | NORDSTROM #0237PITTSBURGHPA | $144.00 |
| Mar 5 | RIVERFRONT CENTERPITTSBURGHPA | $10.00 |
| Mar 6 | WINE AND SPIRITS 9205PITTSBURGHPA | $383.00 |
| Mar 7 | SQ *MEDITERRA CAFE MT.Pittsburgh.PA | $42.66 |
| Mar 9 | HOMETOWN MAIL CENTERPITTSBURGHPA | $5.00 |
| Mar 10 | AUDREY'SPITTSBURGHPA | $58.32 |
| Mar 10 | HALL OF CARDS #1PITTSBURGHPA | $60.67 |
| Mar 10 | LEBANON SHOPS PHARMACYPITTSBURGHPA | $53.61 |
| Mar 11 | SQ *MEDITERRA CAFE MT.Pittsburgh.PA | $73.83 |
| Mar 11 | WHOLEFDS SHL #10242UPPER SAINT CPA | $121.34 |
| Mar 11 | IO DELIPITTSBURGHPA | $25.54 |
| Mar 12 | Netflix.comLos GatosCA | $14.97 |
| Mar 12 | MACYS SOUTH HILLSPITTSBURGHPA | $148.50 |
| Mar 12 | MOUNT LEBANONPITTSBURGHPA | $2.00 |
| Mar 12 | SQ *MEDITERRA CAFE MT.Pittsburgh.PA | $63.99 |
| Mar 12 | MARKET DISTRICT #0014BETHEL PARKPA | $93.51 |
| **JUDITH K LINABURG** [ ] **Total** | | **$3,927.86** |

**Total Transactions for This Period**   **$3,927.86**

## Fees

| Date | Description | Amount |
|------|-------------|--------|
| **Total Fees for This Period** | | **$0.00** |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

## Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

Additional Information on the back of this page

**Capital One**

**Professional MasterCard Account Ending (**
Feb. 12, 2021 - Mar. 14, 2021 | 31 days in Billing Cycle

## Payment Information

Payment Due Date
**Apr. 08, 2021**

For online and phone payments,
the deadline is 8pm ET.

New Balance
**$3,927.86**

Minimum Payment Due
**$39.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment
by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 15 Years | $6,863 |
| $128 | 3 Years | $4,623 |
| Estimated savings if balance is paid off in about 3 years: $2,240 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $7,496.03 |
| Payments | - $7,496.03 |
| Other Credits | $0.00 |
| Transactions | + $3,927.86 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $3,927.86** |
| Credit Limit | $30,000.00 |
| Available Credit (as of Mar. 14, 2021) | $26,072.14 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

Rewards Balance as of
03/12/2021
**434,590**

Track and redeem your rewards with our
mobile app or on

| Previous Balance | Earned | Redeemed |
|---|---|---|
| 427,821 | 6,769 | 0 |

## Account Notifications

(i) Welcome to your account notifications. Check back here each month for
important updates about your account.

| Pay or manage yo | | | Important Information |
|---|---|---|---|
| Feb 23 | | | $0.00 |
| Feb 25 | | | $0.00 |
| Feb 27 | | | $0.00 |
| Feb 27 | | | $0.00 |
| Mar 2 | | | |
| Mar 3 | | | |
| Mar 3 | | | $0.00 |
| Mar 3 | | | $0.00 |
| Mar 3 | | | $379.66 |
| Mar 3 | SAMS CLUB #6575PITTSBURGHPA | | $21.38 |
| Mar 3 | SESAME INNPITTSBURGHPA | | $54.04 |
| Mar 4 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | | $40.00 |

**Additional Information on the back of this page**

# Capital One

**Professional MasterCard Account Ending**
Feb. 12, 2021 - Mar. 14, 2021 | 31 days in Billing Cycle

## Payment Information

Payment Due Date
# Apr. 08, 2021

For online and phone payments, the deadline is 8pm ET.

New Balance
# $3,927.86

Minimum Payment Due
# $39.00

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 15 Years | $6,863 |
| $128 | 3 Years | $4,623 |
| Estimated savings if balance is paid off in about 3 years: $2,240 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $7,496.03 |
| Payments | - $7,496.03 |
| Other Credits | $0.00 |
| Transactions | + $3,927.86 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | = **$3,927.86** |
| | |
| Credit Limit | $30,000.00 |
| Available Credit (as of Mar. 14, 2021) | $26,072.14 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

Rewards Balance as of
03/12/2021
**434,590**

Track and redeem your rewards with our mobile app or on

| Previous Balance | Earned | Redeemed |
|---|---|---|
| 427,821 | 6,769 | 0 |

## Account Notifications

Welcome to your account notifications. Check back here each month for important updates about your account.

**Capital One**

Professional MasterCard Account Ending in
Feb. 12, 2021 - Mar. 14, 2021 | 31 days in Billing Cycle

## Transactions

Visit www.capitalone.com to see detailed transactions.

**JUDITH K LINABURG    Payments, Credits and Adjustments**

| Date | Description | Amount |
|---|---|---|
| Mar 1 | PAYMENT | - $7,496.03 |

**JUDITH K LINABURG    Transactions**

| Date | Description | Amount |
|---|---|---|
| Feb 10 | BARNES & NOBLE #2233PITTSBURGHPA | $70.29 |
| Feb 11 | SQ *LA GOURMANDINEPittsburghPA | $15.20 |
| Feb 11 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $29.60 |
| Feb 11 | TOADFLAXPITTSBURGHPA | $117.70 |
| Feb 11 | MARKET DISTRICT #0014BETHEL PARKPA | $135.06 |
| Feb 11 | WHOLEFDS SHL #10242UPPER SAINT CPA | $85.94 |
| Feb 12 | Netflix.comLos GatosCA | $14.97 |
| Feb 13 | GIANT-EAGLE #0035PITTSBURGHPA | $8.28 |
| Feb 13 | WHOLEFDS SHL #10242UPPER SAINT CPA | $48.26 |
| Feb 13 | SQ *MEDITERRA CAFE MT.PittsburghPA | $29.13 |
| Feb 18 | SQ *AGRARIA SAN FRANCIgosq.comCA | $360.00 |
| Feb 19 | APPLE.COM/BILL866-712-7753CA | $0.99 |
| Feb 19 | GIANT-EAGLE #0035PITTSBURGHPA | $77.88 |
| Feb 21 | SQ *MEDITERRA CAFE MT.PittsburghPA | $45.44 |
| Feb 22 | MACYS  SOUTH HILLSPITTSBURGHPA | $147.66 |
| Feb 22 | MACYS  SOUTH HILLSPITTSBURGHPA | $88.00 |
| Feb 22 | MACYS  SOUTH HILLSPITTSBURGHPA | $88.81 |
| Feb 22 | MACYS  SOUTH HILLSPITTSBURGHPA | $111.00 |
| Feb 23 | CVS/PHARMACY #05094MT LEBANONPA | $63.48 |
| Feb 23 | WHOLEFDS SHL #10242UPPER SAINT CPA | $224.85 |
| Feb 25 | GIANT-EAGLE #0035PITTSBURGHPA | $35.63 |
| Feb 27 | SQ *MEDITERRA CAFE MT.PittsburghPA | $49.74 |
| Feb 27 | SQ *MEDITERRA CAFE MT.PittsburghPA | $7.76 |
| Mar 2 | MARKET DISTRICT #0014BETHEL PARKPA | $190.95 |
| Mar 3 | SQ *LA GOURMANDINEPittsburghPA | $21.40 |
| Mar 3 | WAL-MART #2300PITTSBURGHPA | $34.30 |
| Mar 3 | SAMS CLUB #6575PITTSBURGHPA | $379.65 |
| Mar 3 | SAMS CLUB #6575PITTSBURGHPA | $21.38 |
| Mar 3 | SESAME INNPITTSBURGHPA | $54.04 |
| Mar 4 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $40.00 |

## Transactions Continued

| Date | Description | Amount |
|---|---|---|
| Mar 5 | SQ *MEDITERRA CAFE MT.PittsburghPA | $29.53 |
| Mar 5 | NORDSTROM #0237PITTSBURGHPA | $144.00 |
| Mar 5 | RIVERFRONT CENTERPITTSBURGHPA | $10.00 |
| Mar 6 | WINE AND SPIRITS 9205PITTSBURGHPA | $383.00 |
| Mar 7 | SQ *MEDITERRA CAFE MT.PittsburghPA | $42.66 |
| Mar 9 | HOMETOWN MAIL CENTERPITTSBURGHPA | $5.00 |
| Mar 10 | AUDREY'SPITTSBURGHPA | $58.32 |
| Mar 10 | HALL OF CARDS #1PITTSBURGHPA | $60.67 |
| Mar 10 | LEBANON SHOPS PHARMACYPITTSBURGHPA | $53.61 |
| Mar 11 | SQ *MEDITERRA CAFE MT.PittsburghPA | $73.83 |
| Mar 11 | WHOLEFDS SHL #10242UPPER SAINT CPA | $121.34 |
| Mar 11 | IO DELIPITTSBURGHPA | $25.54 |
| Mar 12 | Netflix.comLos GatosCA | $14.97 |
| Mar 12 | MACYS  SOUTH HILLSPITTSBURGHPA | $148.50 |
| Mar 12 | MOUNT LEBANONPITTSBURGHPA | $2.00 |
| Mar 12 | SQ *MEDITERRA CAFE MT.PittsburghPA | $63.99 |
| Mar 12 | MARKET DISTRICT #0014BETHEL PARKPA | $93.51 |
| **JUDITH K LINABURG** |  Total | **$3,927.86** |

| | |
|---|---|
| **Total Transactions for This Period** | **$3,927.86** |

## Fees

| Date | Description | Amount |
|---|---|---|
| | **Total Fees for This Period** | **$0.00** |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

## Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

Additional Information on the back of this page

INVOICE NO.                                                        *Ant 228 3-26-2021* | AMOUNT DUE
                Work Completed 03/09/2021                                          | 300.00

Work at    924 Valleyview Road
Pittsburgh

Grind the Hemlock group stump located at the front left of house
along patio to approximately 18 inches below existing grade. Rake all
mulch back into resulting hole.

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430                                                    228

DATE  *3-26-2021*

PAY TO THE
ORDER OF  *Bartlett*                        $ *300.00*

*Three hundred and 00/100*                              DOLLARS

Dollar Bank.
Since 1855

MEMO

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.


                Thank you for the opportunity to care for your property.


| YOUR BARTLETT REPRESENTATIVE IS:  **JOHN REITMEYER** | ACCOUNT NUMBER | INVOICE DATE 03/11/2021 | PAY THIS AMOUNT 300.00 |

MAKE CHECK PAYABLE TO
A SERVICE CHARGE OF        1.5    % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF    18.0  %      BARTLETT TREE EXPERTS
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.                                              P.O. BOX 3067
                                            RETAIN THIS PORTION FOR YOUR RECORDS              STAMFORD, CT 06905-0067

                                                                                    TREE  210312-00176-0001

300.00

Work Completed 03/09/2021

Work at    924 Valleyview Road
Pittsburgh

Grind the Hemlock group stump located at the front left of house
along patio to approximately 18 inches below existing grade. Rake all
mulch back into resulting hole.

INVOICE

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

| YOUR BARTLETT REPRESENTATIVE IS: | **JOHN REITMEYER** | ACCOUNT NUMBER | INVOICE DATE 03/11/2021 | PAY THIS AMOUNT 300.00 |

A SERVICE CHARGE OF            1.5      % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF         18.0  %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

MAKE CHECK PAYABLE TO
**BARTLETT TREE EXPERTS**
P.O. BOX 3067
STAMFORD, CT 06905-0067

RETAIN THIS PORTION FOR YOUR RECORDS

TREE  210312-00176-0001

*CMA 224 3-26-2021*

# RONALD LINABURG

924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

**PEOPLES** An __ Essential Utilities Company

For 24/7 account access: peoplesaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| | Mar 15, 2021 | 04/14 - 04/15/2021 | 13 |

For General Information call **1-800-764-0111.** For an Emergency call **1-800-400-4271.**

## Summary of Basic Charges

**Credits And Charges Since Your Last Bill**

| | |
|---|---|
| Balance from last bill | $361.40 |
| Payment on MAR 01, 2021 - Thank You | 361.40 CR |
| **Balance** | **$0.00** |

**Current Charges**

Residential (RS)(E)

| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $1.8813 per MCF | 66.22 |
| Delivery Charge | |
| 35.2 MCF @ $4.1727 | 146.88 |
| Capacity Charge $1.7605 per MCF | 61.97 |
| DSIC Surcharge -0.13% | .22 CR |
| State Tax Surcharge @ 0.10% | .14 |

| | |
|---|---|
| **Total Current Charges** | **$289.51** |
| **Total Account Balance** | **$289.51** |

Peoples current charges include $3.65 in state taxes.

Your PRICE TO COMPARE is $1.88 per MCF.

### Shopping Information Box
When shopping for gas with a Natural Gas Supplier please provide the following:

Account Number:
Rate Schedule: Residential (RS)(E)

If you are already shopping, know your contract expiration date.



### Monthly Usage Comparison

| | 2020 | 2021 |
|---|---|---|
| Average Daily Temperature For This Billing Period | 37°F | 33°F |

Gas Use in MCF

Legend: Actual ☐ Estimate ☐ Customer Read ■ Adjusted Usage

Average monthly use: 32.8 MCF
Total annual use: 163.8 MCF

### Billing Period And Meter Readings

| Date | Read Type | Reading | Difference |
|---|---|---|---|
| Meter Number | 751310 | | |
| MAR 15, 2021 | Actual | 485.5 | 35.2 |
| FEB 12, 2021 | Actual | 450.3 | |
| MCF Used in 31 Days | | | 35.2 |

**Please Pay** — Account Balance of $289.51 by APR 06, 2021 to avoid a Late Payment Charge of $4.34 (1.5% per month )

Effective April 1, 2020, the Distribution System Improvement Charge (DSIC) decreased from 0.00 % to -0.13 %.
This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure.
Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment.
You can pay this bill by Credit / Debit Card or Electronic Check. Call ACI Speedpay at 1-866-338-5491.
Service Fees Apply. Visit our website at www.peoples-gas.com for further information.

**RONALD LINABURG**

924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

*CA#t J-29    3-26-2021*

**PEOPLES** Essential ...

For 24/7 account access: peoplesaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| | Mar 15, 2021 | 04/14 - 04/15/2021 | 13 |

For General Information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**.

## Summary of Basic Charges

### Credits And Charges Since Your Last Bill

| | |
|---|---|
| Balance from last bill | $361.40 |
| Payment on MAR 01, 2021 - Thank You | 361.40 CR |
| **Balance** | **$0.00** |

### Current Charges

**Residential (RS)(E)**

| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $1.8813 per MCF | 66.22 |
| Delivery Charge | |
| 35.2 MCF @ $4.1727 | 146.88 |
| Capacity Charge $1.7605 per MCF | 61.97 |
| DSIC Surcharge -0.13% | .22 CR |
| State Tax Surcharge @ 0.10% | .14 |
| **Total Current Charges** | **$289.51** |
| **Total Account Balance** | **$289.51** |

Peoples current charges include $3.65 in state taxes.

### Monthly Usage Comparison

| | 2020 | 2021 |
|---|---|---|
| Average Daily Temperature | 37°F | 33°F |
| For This Billing Period | | |

Gas Use in MCF

| | Actual | Estimate | Customer Read | Adjusted Usage |
|---|---|---|---|---|

| | |
|---|---|
| Average monthly use: | 32.8 MCF |
| Total annual use: | 163.8 MCF |

Your PRICE TO COMP...

**Shop...**

When shopping for gas...
following:

Account N...
Rate Sche...

If you are already shopp...

**Please Pay**    **Account Ba...**

Effective April 1, 2020, ...
This charge funds the n...
Help people without hea...
You can pay this bill by ...
Service Fees Apply. Vis...

---

**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

229

DATE *3-26-2021*

PAY TO THE ORDER OF *Peoples*                    $ *289.51*

*two hundred eighty-nine and 51/100* DOLLARS

**Dollar Bank.** Since 1855

MEMO _____

*[signature]*

MP



# COUNTY OF ALLEGHENY

**John K. Weinstein**
Allegheny County Treasurer
412-350-4100 — Toll Free 1-866-282-TAXS (8297)

**2021**
TAX STATEMENT

## 2021 ALLEGHENY COUNTY REAL ESTATE TAX STATEMENT

| MAILING ADDRESS | OWNER NAME AND PROPERTY ADDRESS |
|---|---|
| LINABURG RONALD G & JUDITH K (W)<br>924 VALLEYVIEW RD<br>PITTSBURGH, PA 15243-1022 | LINABURG RONALD G & JUDITH K (W)<br>924 VALLEYVIEW RD<br>PITTSBURGH, PA 15243 |

LOT & BLOCK NO:          00

| | |
|---|---|
| 1) **FULL MARKET VALUE** (as established by the Allegheny County Office of Property Assessments) | $632,300 |
| 2) **HOMESTEAD EXCLUSION** | 0 |
| 3) **TAXABLE MARKET VALUE** | $632,300 |
| 4) **ALLEGHENY COUNTY MILLAGE RATE** | 4.730 |
| 5) **GROSS TAX** | $2,990.78 |
| 6) **ADJUSTED GROSS TAX** | $2,990.78 |
| | $2,930.96 |

RONALD G. LINABURG
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

230

DATE 3-26-2021

PAY TO THE ORDER OF _John Weinstein, County Treasurer_ $ 2,930.96

_Two thousand nine hundred thirty_ and 96/100 DOLLARS

**Dollar Bank.** Since 1855

MEMO _Lot Blad Nh_

CHECK PAYABLE AND MAIL TO:

[JO]HN K. WEINSTEIN
[ALLEGHE]NY COUNTY TREASURER
[P].O. BOX 643385
[PITTS]BURGH, PA 15264-3385

[PUT YOU]R LOT & BLOCK NUMBER ON YOUR CHECK.

✂ PLEASE MAIL ENTIRE TAX BILL COUPON BELOW WITH YOUR PAYMENT OR USE OUR ON-LINE PAYMENT OPTION ✂

# COUNTY OF ALLEGHENY

## John K. Weinstein
**Allegheny County Treasurer**
**412-350-4100 — Toll Free 1-866-282-TAXS (8297)**

# 2021
## TAX STATEMENT

## 2021 ALLEGHENY COUNTY REAL ESTATE TAX STATEMENT

**MAILING ADDRESS**

LINABURG RONALD G & JUDITH K (W)
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

**OWNER NAME AND PROPERTY ADDRESS**

LINABURG RONALD G & JUDITH K (W)
924 VALLEYVIEW RD
PITTSBURGH, PA 15243

**LOT & BLOCK NO:** _____ 00

| | |
|---|---|
| 1) **FULL MARKET VALUE** (as established by the Allegheny County Office of Property Assessments) | $632,300 |
| 2) **HOMESTEAD EXCLUSION** | 0 |
| 3) **TAXABLE MARKET VALUE** | $632,300 |
| 4) **ALLEGHENY COUNTY MILLAGE RATE** | 4.730 |
| 5) **GROSS TAX** | $2,990.78 |
| 6) **ADJUSTED GROSS TAX** | $2,990.78 |
| **OR SAVE 2% AND** | |
| 7) **PAY THIS DISCOUNT AMOUNT DUE BY MARCH 31, 2021** | $2,930.96 |

A ONE TIME 5% PENALTY PLUS 1% INTEREST FOR EACH MONTH TAXES ARE DELINQUENT WILL BE CHARGED BEGINNING MAY 1, 2021.

FOR MORE INFORMATION ABOUT YOUR TAX BILL OR IMPORTANT SERVICES PROVIDED BY THE TREASURER'S OFFICE, PLEASE REVIEW THE ENCLOSED BULLETIN THAT INCLUDES THE VARIOUS PAYMENT OPTIONS AVAILABLE.

Please consider paying on-line at our website:

www.ALLEGHENYCOUNTYTREASURER.us
**It's easy. It's convenient. It's secure.**

PLEASE MAKE CHECK PAYABLE AND MAIL TO:

**JOHN K. WEINSTEIN**
ALLEGHENY COUNTY TREASURER
P.O. BOX 643385
PITTSBURGH, PA 15264-3385
PLEASE WRITE YOUR LOT & BLOCK NUMBER ON YOUR CHECK.

PLEASE MAIL ENTIRE TAX BILL COUPON BELOW WITH YOUR PAYMENT OR USE OUR ON-LINE PAYMENT OPTION

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 16243-1022

8-7438
2430

231

DATE 3-26-2021

PAY TO THE
ORDER OF _Taylor Linaburg_____ | $ 3,000.00

Three Thousand XX/100 _____ DOLLARS

**Dollar Bank.**
Since 1855

MEMO _Support_

MP

RONALD G. LINABURG
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

232

DATE 3-26-21

PAY TO THE
ORDER OF Dollar Bank

$ 3,611.80

Three Thousand six hundred eleven 80/100 DOLLARS

**Dollar Bank.**
Since 1855

1269851-5001

MEMO Mortgage-Principal + Interest

RG Lina

MP

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

*** BILLING NOTICE ***

INTEREST          =    $1,487.32      ┌─────────────────────────────┐
                                       │ ACCOUNT NO.                 │
TOTAL AMOUNT DUE  =    $1,487.32      └─────────────────────────────┘

DUE DATE 04-01-21                 MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 04-16-21, THE LATE CHARGE ASSESSED WILL BE      $89.24

                          INTEREST PAID LAST YEAR 2020     $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|---|---|---|---|---|---|---|
| 03-01-21 | BALANCE FORWARD | | 536,800.00 | | 3.25000 | 1,356.91 |
| 02-22-21 | INTEREST PAID | | 536,800.00 | | 3.25000 | -1,356.91 |
| 02-22-21 | PRINCIPAL PAID | 2,254.89 | 534,545.11 | | 3.25000 | |
| 02-22-21 | PRINCIPAL PAID | 2,109.50 | 532,435.61 | | 3.25000 | |
| 04-01-21 | INTEREST ADJUSTMENT | | | | | -2.76 |
| 04-01-21 | INTEREST ACCRUAL | | 532,435.61 | 31 | 3.25000 | 1,490.08 |
| BALANCE | | | 532,435.61 | | | |

APR BILL DATE RANGE:          02-14-21 - 03-17-21
DAILY PERIODIC RATE                     .0090
ANNUAL PERCENTAGE RATE                3.2923 (V)
BALANCE SUBJECT TO INTEREST RATE    533,561.90
INTEREST CHARGED                      1,493.22      TOTAL INTEREST CHARGED IN 2021      4,346.53
FEES CHARGED                              .00      TOTAL FEES CHARGED IN 2021              .00
PREVIOUS BALANCE                    536,800.00
NEW BALANCE                         532,435.61
    (V) - VARIABLE RATE

DOLLAR BANK
P.O. BOX 1075
PITTSBURGH, PA  15230

FCLREGZ    6/14

# STATEMENT

Metro Drycleaners Route
20111 Route 19
Cranberry township, PA 16066
724-776-0808

| | |
|---|---|
| Page: | 1 |
| Closing Date: | 03/01/2021 |
| Due Date: | 04/01/2021 |
| Account #: | |

Ron & Judy Linaburgh
924 Valleyview Road
Pittsburgh, PA 15243

| BALANCE DUE: | 27.38 |
|---|---|
| AMOUNT ENCLOSED: | |

| DATE | REFERENCE | DESCRIPTION | CHARGE | CREDIT | BALANCE |
|---|---|---|---|---|---|
| | | BALANCE FORWARD: | | | 367.62 |
| | | **Payments** | | | |
| 02/28/21 | | Check 215 | | -367.62 | 0.00 |
| | | | | -367.62 | |
| | | **Linaburgh, Ron & Judy** | | | |
| 02/09/21 | AA-02-200325 | Laundry | 8.10 | | 8.10 |
| 02/16/21 | AA-02-200618 | Laundry | 4.05 | | 12.15 |
| 02/23/21 | AA-02-200995 | Laundry | 4.05 | | 16.20 |
| 02/23/21 | AA-02-200996 | Dry Cleaning | 9.18 | | 25.38 |
| 02/28/21 | AA-SPCH | Paper charge | 2.00 | | 27.38 |
| | | | 27.38 | | |



| CURRENT | | | | BALANCE DUE |
|---|---|---|---|---|
| 27.38 | | | | 27.38 |
| | | | | 27.38 |

# I N V O I C E
-------------

```
   FILE #:      ----        DATE: 03/01/2021          PAGE    1
INVOICE #:      _____       PO#
```

REMIT TO: MAROADI TRANSFER & STORAGE, INC
          1801 LINCOLN HIGHWAY, RT. 30

          NORTH VERSAILLES, PA  15137

BILL TO:  DR. RONALD LINABURG
          924 VALLEYVIEW ROAD

          PITTSBURGH, PA  15243

SHIPPER: RONALD G. LINABURG              CUSTOMER:   1037
STORAGE FROM 03/01/2021  TO 03/31/2021

```
----------------------------------------------------------------------
ITEM      |DESCRIPTION   |MONTHS|    GROSS   |  RATE   | PER |  NET
----------------------------------------------------------------------
SSTORAGE    STORAGE CHARGE   1        0.00       0.00          130.00
======================================================================
                                      CURRENT CHARGES:         130.00

                                      TOTAL CHARGES:           130.00
```

THANK YOU FOR USING OUR MOVING AND STORAGE COMPANY



RETURN COPY OF INVOICE WITH YOUR CHECK

# Statement



**SCCC**

2300 OLD WASHINGTON ROAD
UPPER ST. CLAIR, PA 15241-2428
PHONE: 1-412-833-5550 • FAX: 1-412-833-9515

**Dr Ronald G Linaburg**
**924 Valleyview Road**
**Pittsburgh Pa  15243**

| MEMBER | Feb 28/21<br>DATE |
|---|---|

AMOUNT PAID $ ___48.00___

*PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT*

| DATE | REF. NO. | DESCRIPTION | AMOUNT | SVC. CHG. | TAX | TOTAL |
|---|---|---|---|---|---|---|
| | | Balance Forward | | | | 48.00 |
| Feb 26/21 | 1038 | Ref. 1038 - Payment Received - | | | | -48.00 |
| Feb 28/21 | | Emeritus Capital Dues | 25.00 | 0.00 | 0.00 | 25.00 |
| Feb 28/21 | | Monthly Service Fee | 23.00 | 0.00 | 0.00 | 23.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | 48.00 | 0.00 | 0.00 | 48.00 |

**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

235

8-7438
2430

DATE 3-26-21

PAY TO THE
ORDER OF    SCCC                        $ 48,00

Forty eight XX/100                                DOLLARS

**Dollar Bank**
Since 1855

MEMO

| 0.00 | 48.00 | 0.00 | 0.00 | 0.00 | 48.00 |
|---|---|---|---|---|---|
| CREDIT BOOK BALANCE | CURRENT BALANCE | 30 DAYS BALANCE | 60 DAYS BALANCE | 90 DAYS BALANCE | AMOUNT DUE |

CLUB DUES, ASSESSMENTS AND SIMILAR PAYMENTS TO ST. CLAIR COUNTRY CLUB ARE NOT DEDUCTIBLE
AS CHARITABLE CONTRIBUTIONS FOR FEDERAL INCOME TAX PURPOSES.

Club dues, assessments, and similar charges are due on the last day of the month following the statement date.

| DATE | REF. NO. | DESCRIPTION | AMOUNT | SVC. CHG. | TAX | TOTAL |
|------|----------|-------------|--------|-----------|-----|-------|
| | | Balance Forward | | | | 48.00 |
| Feb 26/21 | 1038 | Ref: 1038 - Payment Received - | | | | -48.00 |
| Feb 28/21 | | Emeritus Capital Dues | 25.00 | 0.00 | 0.00 | 25.00 |
| Feb 28/21 | | Monthly Service Fee | 23.00 | 0.00 | 0.00 | 23.00 |
| | | | 48.00 | 0.00 | 0.00 | 48.00 |

| 0.00 | 48.00 | 0.00 | 0.00 | 0.00 | 48.00 |
|------|-------|------|------|------|------|
| CREDIT BOOK BALANCE | CURRENT BALANCE | 30 DAYS BALANCE | 60 DAYS BALANCE | 90 DAYS BALANCE | AMOUNT DUE |

CLUB DUES, ASSESSMENTS AND SIMILAR PAYMENTS TO ST. CLAIR COUNTRY CLUB ARE NOT DEDUCTIBLE
AS CHARITABLE CONTRIBUTIONS FOR FEDERAL INCOME TAX PURPOSES.

Club dues, assessments, and similar charges are due on the last day of the month following the statement date.
A late charge will be assessed for payments received after the due date.

# Invoice

## Rivertech Tax Preparation, LLC
### 26 S. 27th Street, PO Box 4274

**412-381-0910**
**412-381-4259 (Fax)**

| Date | Invoice # |
|------|-----------|
| 3/28/2021 | |

**Bill To:**

Linaburg, Ronald
924 Valleyview Rd
Pittsburgh, PA  15243

| Terms |
|-------|
| 30 Days |

| Item | Service Date | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 600 | 2/9/2021 | Preparation of Monthly Operating Report for month ending January 31, 2021, and coordination of filing report with the United States Bankruptcy Court Western District of Pennsylvania | | 275.00 | 275.00 |
| 600 | 3/11/2021 | Preparation of Monthly Operating Report for month ending February 28, 2021, and coordination of filing report with the United States Bankruptcy Court Western District of Pennsylvania | | 275.00 | 275.00 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

236

DATE 3-30-21

PAY TO THE ORDER OF _RiverTech Tax Prep_     $ 550.00

_Five hundred fifty XX/100_ _____ DOLLARS

**Dollar Bank** Since 1855

MEMO _Inv:_

_RG Lina_ MD

10-21
# 236

| | |
|---|---|
| nts/Credits | $0.00 |
| ce Due | **$550.00** |

Please make checks payable to Rivertech Tax Preparation, LLC.  If you wish to make payments with a credit card, we accept Visa, MasterCard, Discover and American Express.

Name on Card: _____

Card #: _____  Exp. Date. _____

Linaburg, Ronald G.

Debtor

Case No.  20-22898-

CMB Reporting Period:    03-31-2021

**Thomas, Joseph Martin**

Case No.  20-10334-TPA

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| TRANSFER FROM SCHWAB ACCOUNT | | 200,000.00 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Linaburg, Ronald G.

Debtor

**Case No.  20-22898-**

**CMB Reporting Period:**  03-31-2021

## STATUS OF POSTPETITION TAXES

Thomas, Joseph Martin                                                    Case No. 20-10334-TPA

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0.00 | | | | | 0.00 |
| FICA-Employee | 0.00 | | | | | 0.00 |
| FICA-Employer | 0.00 | | | | | 0.00 |
| Unemployment | 0.00 | | | | | 0.00 |
| Income | 0.00 | | | | | 0.00 |
| Other: | 0.00 | | | | | 0.00 |
| Total Federal Taxes | 0.00 | | | | | 0.00 |
| **State and Local** | | | | | | |
| Withholding | 0.00 | | | | | 0.00 |
| Sales | 0.00 | | | | | 0.00 |
| Excise | 0.00 | | | | | 0.00 |
| Unemployment | 0.00 | | | | | 0.00 |
| Real Property | 0.00 | | | | | 0.00 |
| Personal Property | 0.00 | | | | | 0.00 |
| Other: | 0.00 | | | | | 0.00 |
| Total State and Local | 0.00 | | | | | 0.00 |
| **Total Taxes** | 0.00 | | | | | 0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | 757.36 | | | | | 757.36 |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:   Dollar Bank Principal _ Jan 21 | | | | | | |
| Other:   Chilren's support payment | | | | | | |
| **Total Postpetition Debts** | 757.36 | | | | | 757.36 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

_____

_____

_____

_____

_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Linaburg, Ronald G.

Debtor

**Case No.  20-22898-**

**CMB Reporting Period:**  03-31-2021

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0.00 |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | 0.00 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0.00 |
| 31 - 60 days old | 0.00 |
| 61 - 90 days old | 0.00 |
| 91+ days old | 0.00 |
| Total Accounts Receivable | 0.00 |
| Amount considered uncollectible (Bad Debt) | 0.00 |
| Accounts Receivable (Net) | 0.00 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)