# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| RONALD G. LINABURG, | Case Number: 20-22898-CMB |
| Debtor. | Chapter 11 |
| | |
| UNITED STATES TRUSTEE, | Related to Doc. Nos.: 192 & 195 |
| Movant, | |
| v. | |
| RONALD G. LINABURG, | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the *United States Trustee's Motion to Enlarge Deadlines [#192]* and the *Order Scheduling Dates for Response and Zoom Hearing on Motion [#195]* on the parties at the addresses specified below on April 30, 2021. The type of service made as electronic notice using the CM/ECF System and Electronic Mail.

| | |
|---|---|
| Brian C. Thompson | Michael A. Shiner, Esquire |
| Thompson Law Group, P.C. | Maribeth Thomas, Esquire |
| 125 Warrendale Bayne Road | 1500 One PPG Place |
| Suite 200 | Pittsburgh, Pennsylvania 15222 |
| Warrendale, PA 15086 | Phone: (412) 566-1212 |
| Email: bthompson@ThompsonAttorney.com | Email: mshiner@tuckerlaw.com |
| | Email: mthomas@tuckerlaw.com |

Dated: April 30, 2021      By:      /s/ Jodi L. Hause
                                    Jodi L. Hause, Trial Attorney
                                    PA ID 90625
                                    Liberty Center, Suite 970
                                    1001 Liberty Avenue
                                    Pittsburgh, Pennsylvania 15222
                                    (412) 644-4756 Telephone
                                    (412) 644-4785 Facsimile
                                    Jodi.Hause@usdoj.gov