IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : <br> : <br> RONALD G. LINABURG, : <br> : <br> Debtor. : <br> : | Case No. 20-22898-CMB <br><br> Chapter 11 |
| RONALD G. LINABURG, : <br> : <br> Movant, : <br> : <br> v. : <br> : <br> DIANA MARIE DONGELL, D.M.D.; : <br> RONALD E. HAND, D.M.D.; : <br> REBECCA L. WATKINS, D.M.D; and : <br> RENEE R. KALP, D.M.D., : <br> : <br> Respondents. : | Related to Doc. No. 168 <br><br> Hearing Date:  May 12, 2021 at 2:30 p.m. |

## CERTIFICATE OF SERVICE

I, Michael A. Shiner, hereby certify that I served or caused to be served a copy of the Movants' *Objection to Disclosure Statement* upon all parties in interest via the Court's CM/ECF notification system on May 10, 2021 and upon the following parties via First Class U.S. Mail, postage prepaid, on May 11, 2021, at the addresses listed below.

| Ronald G. Linaburg | Brian C. Thompson | Jodi Hause, Esq. |
|---|---|---|
| 924 Valleyview Road | Thompson Law Group, P.C. | Office of the U.S. Trustee |
| Pittsburgh, PA 15243 | 125 Warrendale Bayne Rd, Ste 200 | Suite 960, Liberty Center |
| | Warrendale, PA 15086 | 1001 Liberty Avenue |
| | | Pittsburgh, PA 15222 |
| *Debtor* | *Debtor's Counsel* | *United States Trustee* |

Dated:  May 11, 2021                     TUCKER ARENSBERG, P.C.

*/s/ Michael A. Shiner*
Michael A. Shiner, Esq. (PA ID No. 78088)
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
Phone:  (412) 566-1212
mshiner@tuckerlaw.com

*Counsel for Diana Marie Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D.*

TADMS:5510192-4 035921-190522