IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No. 20-22898-CMB |
| RONALD G. LINABURG, : | |
| : | Chapter 11 |
| Debtor. : | |
| : | |

# STATUS REPORT

Diana Marie Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D. (the "**Minority Shareholders**") file this Status Report.

## BACKGROUND

1. On October 9, 2020, the Debtor, Ronald G. Linaberg, D.M.D. ("**Debtor**"), filed his voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.*, at the above-captioned case number.

2. On March 10, 2021, the Minority Shareholders filed their Motion for Leave to File Objection to Exemptions and Motion to Extend Time to Object to Dischargeability and/or Discharge. [Doc. Nos. 134 and 135, respectively.]

3. The Court held a status conference on April 9, 2021, at which time counsel for the Minority Shareholders and counsel for the Debtor were directed to:

 a. Meet and confer for two hours before April 26, 2021; and

 b. Meet and confer, with the Minority Shareholders and the Debtor present, for three hours before May 10, 2021.

4. The Court also instructed counsel for the Minority Shareholders to file a status report regarding the meet and confer sessions on or before May 13, 2021.

TADMS:5510192-4 035921-190522

5. In compliance with the Court's directives, counsel for the Minority Shareholders and counsel for the Debtor conferred for at least two hours by April 26, 2021.

6. In further compliance, the Minority Shareholders and their counsel met and conferred with the Debtor and his counsel for three hours on May 10, 2021.

7. At this time, the parties have mutually agreed that they consent and are ready to proceed to mediation.

8. The Minority Shareholders and the Debtor are currently conferring to select a mediator and will advise the Court of their choice within seven days. If the parties are unable to agree on a mediator, the parties will request that the Court select a mediator.

WHEREFORE, Diana Marie Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D. respectfully request that this Honorable Court issue an Order directing the Minority Shareholders and the Debtor to mediation to resolve all issues in dispute, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: May 13, 2021

TUCKER ARENSBERG, P.C.

/s/ Michael A. Shiner
Michael A. Shiner, Esquire
PA ID No. 78088
mshiner@tuckerlaw.com
Maribeth Thomas, Esquire
PA ID No. 208376
mthomas@tuckerlaw.com
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
Phone:  412-566-1212

*Counsel for Diana Marie Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D.*