PROCEEDING MEMO

Date: 05/12/2021 02:30 pm

In re:   Ronald G Linaburg

Bankruptcy No. 20-22898-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 192

Appearances: Brian C. Thompson, John O'Keefe, Jodi Hause, Michael Shiner, Maribeth Thomas

Nature of Proceeding: #192 Motion of The United States Trustee To Enlarge Deadlines

Additional Pleadings: #193 Response by Debtor
#196 TEXT ORDER:  The Motion to Enlarge Deadlines (Doc. No. 192), the Motion of the United States Trustee to Dismiss or Convert (Doc. No. 119) and the Proceeding Memo at (Doc. No. 183) providing that the deadlines set forth on the record at the Hearing Held 04/09/2021 are extended through 05/12/2021 pending resolution of the Motion to Enlarge Deadlines.

Judge's Notes:
  OUTCOME: The deadlines are enlarged and extended as follows:
  -Parties are to file jointly disputed and undisputed facts on or before 6/14.
  -Parties are to file a list of witnesses and potential exhibits on or before 6/14.
  -Parties are to have a one-hour meet and confer to discuss how they want to move forward before 6/14.
  -Status report to be filed by Attorney Hause on or before 6/14.
  -If not ready to proceed at that time, Attorney Hause may consider withdrawing motion without prejudice at that time.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
5/13/21 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA