**PROCEEDING MEMO**

**Date: 05/12/2021 02:30 pm**

In re:   Ronald G Linaburg

                                            Bankruptcy No. 20-22898-CMB
                                            Chapter: 11-NOT A SMALL BUSINESS
                                            Doc. # 168

**Appearances:** Brian C. Thompson, John O'Keefe, Jodi Hause, Michael Shiner, Maribeth Thomas

**Nature of Proceeding:** #168 Disclosure Statement To Accompany Plan Dated 03/29/2021

**Additional Pleadings:** #190 Objection by Dollar Bank, Federal Savings Bank
                       #194 Stipulation and Consent Order Signed 04/29/2021 - The deadline for the Creditors to object or otherwise respond to the Disclosure Statement is hereby extended to 05/10/2021.
                       #211 Objection by Diana Marie Dongell, D.M.D.; Ronald E. Hand, D.M.D.; Renee R. Kalp, D.M.D.; and Rebecca L. Watkins, D.M.D.

**Judge's Notes:**
OUTCOME: If Attorney Thompson chooses to file an amended disclosure statement, it shall be filed on or before 7/30.
-If amended disclosure is not filed, a continued hearing on the disclosure statement (Doc. No. 168) will be scheduled after 7/30. Attorney Thompson requested that this matter be left on the docket for now.

**HOUSEKEEPING ITEMS:**
-With respect to pending matters between Debtor and Minority Shareholders, parties report they have agreed to mediate their disputes and will file a status report as previously directed by the Court. Parties would like matters to be stayed as there are upcoming hearings scheduled on 5/26 and 6/10 and related deadlines in the main case and adversary proceeding. Attorneys Thompson and Shiner to submit a consent order extending the related deadlines and continuing the matters to a status conference on 7/27 at 1:30 pm. Consent Order to be filed on or before 5/17.

                                            **Carlota Böhm**
                                            **Chief U.S. Bankruptcy Judge**

                                            FILED
                                            5/13/21 12:23 pm
                                            CLERK
                                            U.S. BANKRUPTCY
                                            COURT - WDPA