**Date: 05/12/2021 02:30 pm**

**In re:    Ronald G Linaburg**

                                                         **Bankruptcy No. 20-22898-CMB**
                                                         **Chapter: 11-NOT A SMALL BUSINESS**
                                                         **Doc. # 119**

**Appearances: Brian C. Thompson, John O'Keefe, Jodi Hause, Michael Shiner, Maribeth Thomas**

**Nature of Proceeding:** #119 Motion of the United States Trustee To Dismiss Debtor's Case Pursuant To 11 U.S.C. Section 1112(b) Or, In The Alternative, To Convert The Case To Chapter 7

**Additional Pleadings:** #155 Response by Debtor
                      #160 Response in Support of the Motion by Diana Marie Dongell, D.M.D.; Ronald E. Hand, D.M.D.; Renee R. Kalp, D.M.D.; and Rebecca L. Watkins, D.M.D.
                      #172 Reply by Debtor To Response in Support of the United States' Motion To Dismiss Case or, In the Alternative, To Convert Case To Chapter 7
                      #174 Supplement To Response by Debtor To Motion of the United States Trustee To Dismiss Debtor's Case Pursuant to 11 U.S.C. Section 1112(b) Or, In the Alternative, To Convert The Case To Chapter 7
                      #183 Proceeding Memo from the 04/09/2021 Zoom Hearing - Status Conference on Motion Continued to: 05/12/2021 at 2:30 p.m.
                      #196 TEXT ORDER: The Motion to Enlarge Deadlines (Doc. No. 192), the Motion of the United States Trustee to Dismiss or Convert (Doc. No. 119) and the Proceeding Memo at (Doc. No. 183) providing that the deadlines set forth on the record at the Hearing Held 04/09/2021 are extended through 05/12/2021 pending resolution of the Motion to Enlarge Deadlines.

**Judge's Notes:**
  OUTCOME: Status conference on the motion continued to 6/24 at 1:30 pm.

                                                           **Carlota Böhm**
                                                           **Chief U.S. Bankruptcy Judge**

                                                           FILED
                                                           5/13/21 11:44 am
                                                           CLERK
                                                           U.S. BANKRUPTCY
                                                           COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22898-CMB |
| Ronald G Linaburg | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: May 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com  cnoroski@grblaw.com |
| Jodi Hause, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov |

Case 20-22898-CMB   Doc 218   Filed 05/15/21   Entered 05/16/21 00:35:57   Desc
Imaged Certificate of Notice   Page 3 of 3

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John R. O'Keefe, Jr.
on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Michael A. Shiner
on behalf of Defendant Renee R. Kalp D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
on behalf of Creditor Diana Marie Dongell D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
on behalf of Defendant Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert O Lampl
on behalf of Interested Party William T. Kane rol@lampllaw.com jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Roger P. Poorman
on behalf of Creditor Dollar Bank Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 28