## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Ronald G. Linaburg,                    :          Case No.: 20-22898-CMB
                                               :
                                               :          Reporting Period:  _April, 2021_____
                                               :
                                               :          Chapter 11

## MONTHLY OPERATING REPORT

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

Linaburg, Ronald G.

Case No. **20-22898-CMB**

Reporting Period: _04-30-2021_

### MONTHLY OPERATING REPORT
#### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | X |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | X |
| Bank Reconciliation | | X | X |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | X |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | X |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_5 - 11 - 2021_
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Preparer

_5 -11- 2021_
Date

**Barry P. Cox, CPA**
_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Linaburg, Ronald G.

Debtor

**Case No. 20-22898-**

**CMB Reporting Period:** 04-30-2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Thomas, Joseph Martin

Case No. 20-10334-TPA

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 849.26 | 250.00 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,649.00 | 18,436.15 |
| Sale of Assets | | |
| Other Income (attach schedule) | 25,000.00 | 225,000.00 |
| **Total Receipts** | 27,649.00 | 243,436.15 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 466.55 | 6,684.28 |
| Insurance | | 19,581.96 |
| Auto Expense | 119.60 | 3,452.47 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 984.00 | 7,171.86 |
| Medical Expenses | 808.75 | 6,730.61 |
| Household Expenses | 5,593.53 | 54,231.10 |
| Charitable Contributions | | 5,240.00 |
| Child Support Payments | 3,611.80 | 27,547.20 |
| Taxes - Real Estate | | 2,930.96 |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 634.50 | 4,224.50 |
| Gifts | | 32,669.17 |
| Other (attach schedule)   SCHEDULE 1 | 544.84 | 38,345.35 |
| Total Ordinary Disbursements | 12,763.57 | 208,809.46 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 275.00 | 18,442.00 |
| U. S. Trustee Fees | 975.00 | 1,950.00 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 1,250.00 | 20,392.00 |
| **Total Disbursements  (Ordinary + Reorganization)** | 14,013.57 | 229,201.46 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 13,635.43 | 14,234.69 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 14,484.69 | 14,484.69 |

FORM MOR-1(INDV)
(9/99)

**FORM MOR-1 (INDV)**
**SCHEDULE 1**
**OTHER ORDINARY DISBURSEMENTS**

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Bank and Wire Fees | 18.00 | 201.00 |
| Credit Card Annual Fee | - | 550.00 |
| Telephone | 526.84 | 3,006.35 |
| Children Tuition/Education | - | 34,588.00 |
| **Total Other Ordinary Disbursements** | **544.84** | **38,345.35** |

## RONALD G. LINABURG DIP ACCOUNT
### Monthly Bank Reconciliation

| | | Bank Statement Date: | 5/4/2021 | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Ending Balance from Bank Statement | | | | $16,354.19 |

Add Deposits in Transit:

| Deposit Date | Amount | Deposit Date | Amount | |
|---|---|---|---|---|
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |

| | | | | |
|---|---|---|---|---|
| **Total Deposits in Transit** | | | | **$0.00** |
| **Subtotal** | | | | **$16,354.19** |

Subtract Outstanding Checks:

| Check Number | Amount | Check Number | Amount | |
|---|---|---|---|---|
| 110 | $130.00 | | | |
| 249 | $130.00 | | $0.00 | |
| 251 | $634.50 | | $0.00 | |
| 252 | $975.00 | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |

| | | | | |
|---|---|---|---|---|
| **Total Outstanding Checks** | | | | **$1,869.50** |
| **Computed Book Balance** | | | | **$14,484.69** |
| Balance per Your Books | | | | $14,484.69 |
| **Difference** | | | | **$0.00** |

Page 1



RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

ACCOUNT NUMBER:
STATEMENT DATE:        04/05/21 THRU 05/04/21
VIRGINIA MANOR
1717 COCHRAN ROAD

(412) 531-2422

### ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| FREE CHKG | 1,604.64 | 12,899.45 | 27,649.00 | 16,354.19 | 10,812.66 | 0.00% | 0.00 |

### SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 233 | 27.38 | 238 | 3,611.80 | 242 | 102.57 | 250 * | 275.00 |
| 235 * | 48.00 | 239 | 11.64 | 243 | 119.09 | | |
| 236 | 550.00 | 240 | 770.00 | 246 * | 105.35 | | |
| 237 | 46.22 | 241 | 214.00 | 247 | 195.89 | | |

### FREE CHECKING ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 04/05 | CHK 236 SEQ# 18001947 | 550.00 | 04/30 | CHK 246 SEQ# 18000406 | 105.35 |
| 04/06 | CHK 235 SEQ# 17004308 | 48.00 | 05/03 | ECK CAPITAL ONE ARC | 6,277.67 |
| 04/20 | DIR NOTIFICATION: PRE-AUTH CREDIT | 0.00+ | | CHECK PYMT CK# 0248 | |
| | US TREAS 303      031036 | | 05/03 | CHK 250 SEQ# 18001497 | 275.00 |
| 04/21 | CHK 237 SEQ# 18014208 | 46.22 | 05/03 | ECK AT&T Services | 272.26 |
| 04/22 | WIR DEP-WIRE DOMESTIC | 25,000.00+ | | CHECKPAYMT CK# 0244 | |
| 04/22 | FEE INCOMING WIRE | 18.00 | 05/04 | CHK 240 SEQ# 18013736 | 770.00 |
| 04/22 | C/A TRANSFER CASH MANAGEMENT | 2,649.00+ | 05/04 | ECK VERIZON | 254.58 |
| | FROM | | | PAYMENTS CK# 0245 | |
| 04/22 | CHK 238 SEQ# 16001954 | 3,611.80 | 05/04 | CHK 241 SEQ# 18013737 | 214.00 |
| 04/26 | CHK 233 SEQ# 18013835 | 27.38 | 05/04 | CHK 242 SEQ# 18009561 | 102.57 |
| 04/29 | CHK 243 SEQ# 18012590 | 119.09 | 05/04 | CHK 239 SEQ# 18007455 | 11.64 |
| 04/30 | CHK 247 SEQ# 18002936 | 195.89 | | | |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

Ronald G Linaburg DIP account
April check disbursements

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 4/19/2021 | 237 | Mt Lebanon - sewage | 46.22 |
| 4/20/2021 | 238 | Dollar Bank | 3,611.80 |
| 4/27/2021 | 239 | Forefront Dermatology | 11.64 |
| 4/27/2021 | 240 | Bartlett Tree Service | 770.00 |
| 4/27/2021 | 241 | Bartlett Tree Service | 214.00 |
| 4/27/2021 | 242 | Guardian Protection | 102.57 |
| 4/27/2021 | 243 | Peoples | 119.09 |
| 4/27/2021 | 244 | AT&T | 272.26 |
| 4/27/2021 | 245 | Verizon | 254.58 |
| 4/27/2021 | 246 | Pennsylvania American Water | 105.35 |
| 4/27/2021 | 247 | Duquesne Light Co | 195.89 |
| 4/27/2021 | 248 | Capital One | 6,277.67 |
| 4/27/2021 | 249 | Moroadi Transfer & Storage | 130.00 |
| 4/27/2021 | 250 | Rivertech Tax Preparation | 275.00 |
| 4/27/2021 | 251 | St Clair Country Club | 634.50 |
| 4/27/2021 | 252 | Office of the US Trustee | 975.00 |
| | | | 13,995.57 |



**Jordan Tax Service, Inc.**
102 Rahway Road, McMurray, PA 15317

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone** 844-286-7474

**Questions about your bill?**
Please conta...
724-731-231...
also contact...
sewage@jc...
hours are:...
p.m.

**Rate Inf**
All sewag...
monthly a...
receipt.
**ALCOS/**
$9.10 pe...
Sewage...
**Mount**
$4.05 p...
**Total C**
Sewage...
Sewage Service - $6.37 per bill
Please note that the readings and total usage are displayed in 100s/hundreds of gallons. Charges not paid by the due date are subject to .83% interest per month and a 10% service charge. A $35.00 non-sufficient funds fee is charged on all returned checks.

Sewage Billing on behalf of
**Mount Lebanon, PA**

| Billing Date | Account Number |
|---|---|
| 03/31/2021 | |
| Due Date | Total Amount Due |
| 04/20/2021 | $ 46.22 |

*Ck# 237*
*4-19-2021*

**Billing Statement for Linaburg Ronald**   Page 1 of 1

Service Location
924 Valleyview Rd

Parcel Identifier
100-M-242

Please be advised that this sewage bill reflects a rate increase effective January 1, 2021. The charges on this bill have been prorated.

**Account Overview**

Balance Forward ........................................ $-40.37


RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7408
2430

237

PAY TO THE ORDER OF *Mt Lebanon PA*   DATE *4-19-2021*

*Forty six dollars and 22/100*   $ *46.22*

**Dollar Bank** Since 1855

DOLLARS

*RL Lina...*

6.37
80.22
86.59
$ 46.22

**Meter Readings**

| Meter #: | From Read Date | Reading | Type | Reading | Type |
|---|---|---|---|---|---|
| N090036941 | 02/03/2021 | 26139 | A | 03/04/2021 | 26200 | A |

Total Usage: 61

Please return this portion with your payment.


Sewage Billing on behalf of
**Mount Lebanon, PA**
102 Rahway Road
McMurray, PA 15317

Make check or money order payable to
*Mount Lebanon, PA*   Account Number

Due Date
04/20/2021

Total Amount Due
$ 46.22

Amount Paid
$ *46.22*

Mail payments to:

******AUTO**5-DIGIT 15243 C 12 P 2 4925 1 AV 0.395   Seq=492
LINABURG RONALD
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

JORDAN TAX SERVICE INC.
MOUNT LEBANON, PA
PO BOX 645118
PITTSBURGH PA 15264-5118

**Jordan Tax Service, Inc.**
102 Rahway Road, McMurray, PA 15317

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone** 844-286-7474

**Questions about your bill?**
Please contact Jordan Tax Service (JTS) at 724-731-2318 before the due date. You may also contact JTS via email at sewage@jordantax.com. Normal business hours are: Monday–Friday 8:00 a.m.– 4:30 p.m.

**Rate Information**
All sewage treatment charges are billed monthly and are payable immediately upon receipt.
**ALCOSAN**
$9.10 per 1,000 gallons
Sewage Service - $6.37 per bill
**Mount Lebanon, PA**
$4.05 per 1,000 gallons
**Total Charges**
Sewage Treatment - $13.15 per 1,000 gal
Sewage Service - $6.37 per bill
Please note that the readings and total usage are displayed in 100s/hundreds of gallons. Charges not paid by the due date are subject to .83% interest per month and a 10% service charge. A $35.00 non-sufficient funds fee is charged on all returned checks.

---

Sewage Billing on behalf of
Mount Lebanon, PA

Ck# 237
4-19-2021

| | |
|---|---|
| Billing Date | 03/31/2021 |
| Account Number | |
| Due Date | 04/20/2021 |
| Total Amount Due | $ 46.22 |

## Billing Statement for Linaburg Ronald

Page 1 of 1

Service Location
924 Valleyview Rd

Parcel Identifier
100-M-242

Please be advised that this sewage bill reflects a rate increase effective January 1, 2021. The charges on this bill have been prorated.

## Account Overview

| | |
|---|---|
| Balance Forward | $-40.37 |

## Current Charges

| | |
|---|---|
| Sewage Service | 6.37 |
| Sewage Treatment | 80.22 |
| Total Current Charges | 86.59 |
| **Amount Due By April 20, 2021** | **$ 46.22** |

## Meter Readings & Usage Summary

| Meter #: | From Read Date | Reading | Type | To Read Date | Reading | Type |
|---|---|---|---|---|---|---|
| | 02/03/2021 | 26139 | A | 03/04/2021 | 26200 | A |
| | | | | Total Usage: | | 61 |



**Dollar Bank** · Since 1855

P.O Box 1075
Pittsburgh, PA 15230

**CONSUMER LOAN**

*** BILLING NOTICE ***
BILL DATE 04-16-21
DUE DATE   05-01-21

| INTEREST | $1,435.68 |
|---|---|
| TOTAL AMOUNT DUE | $1,435.68 |
| REMITTANCE AMOUNT | $1,435.68 |
| TOTAL AMOUNT ENCLOSED | 3,611.80 |

RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

ACCOUNT NO.

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

*** BILLING NOTICE ***

INTEREST      =    $1,435.68        ACCOUNT NO.

TOTAL AMOUNT DUE  =    $1,435.68

DUE DATE 05-01-21                    MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 05-16-21, THE LATE CHARGE ASSESSED WILL BE        $86.14

INTEREST PAID LAST YEAR 2020        $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|---|---|---|---|---|---|---|
| 04-01-21 | BALANCE FORWARD | | 532,435.61 | | | |
| 03-29-21 | INTEREST PAID | | 532,435.61 | | 3.25000 | 1,487.32 |
| 03-29-21 | PRINCIPAL PAID | 2,124.48 | 532,435.61 | | 3.25000 | -1,487.32 |
| 05-01-21 | INTEREST ADJUSTMENT | | 530,311.13 | | 3.25000 | -.58 |
| 05-01-21 | INTEREST ACCRUAL | | 530,311.13 | 30 | 3.25000 | 1,436.26 |
| BALANCE | | | 530,311.13 | | | |

APR BILL DATE RANGE:        03-17-21 - 04-16-21
DAILY PERIODIC RATE            .0090
ANNU__ __RCENTAGE RATE         3.2923 (V)
BAL__        __ RATE        531,160.92
INT__                       __438.55
FEE__                                        TOTAL INTEREST CHARGED IN 2021        5,782.21
PRE__                                        TOTAL FEES CHARGED IN 2021             .00
NE__

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

238

PAY TO THE ORDER OF    Dollar Bank        DATE 4-20-2021    $ 3611.80

Thirty six hundred eleven 80/100        DOLLARS

**Dollar Bank** · Since 1855

__ __
MEMO

FCLREGZ    6/14

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

### *** BILLING NOTICE ***

| INTEREST | = | $1,435.68 |
| --- | --- | --- |
| | | ACCOUNT NO. |
| TOTAL AMOUNT DUE | = | $1,435.68 |

DUE DATE 05-01-21                     MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 05-16-21, THE LATE CHARGE ASSESSED WILL BE       $86.14

INTEREST PAID LAST YEAR 2020      $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
| --- | --- | --- | --- | --- | --- | --- |
| 04-01-21 | BALANCE FORWARD | | | | | |
| 03-29-21 | INTEREST PAID | | 532,435.61 | | 3.25000 | 1,487.32 |
| 03-29-21 | PRINCIPAL PAID | | 532,435.61 | | 3.25000 | -1,487.32 |
| 05-01-21 | INTEREST ADJUSTMENT | 2,124.48 | 530,311.13 | | 3.25000 | |
| 05-01-21 | INTEREST ACCRUAL | | | | | -.58 |
| | | | 530,311.13 | 30 | 3.25000 | 1,436.26 |
| BALANCE | | | 530,311.13 | | | |

| APR BILL DATE RANGE: | 03-17-21 - 04-16-21 | | |
| --- | --- | --- | --- |
| DAILY PERIODIC RATE | .0090 | | |
| ANNUAL PERCENTAGE RATE | 3.2923 (V) | | |
| BALANCE SUBJECT TO INTEREST RATE | 531,160.92 | | |
| INTEREST CHARGED | 1,438.55 | TOTAL INTEREST CHARGED IN 2021 | 5,782.21 |
| FEES CHARGED | .00 | TOTAL FEES CHARGED IN 2021 | .00 |
| PREVIOUS BALANCE | 532,435.61 | | |
| NEW BALANCE | 530,311.13 | | |
| (V) - VARIABLE RATE | | | |

**DOLLAR BANK**
P.O. BOX 1075
PITTSBURGH, PA  15230

FCLREGZ   6/14

1217548 10679947.1 11-3292 1/1

| DATE | PATIENT | PROVIDER | DESCRIPTION OF SERVICE | CHARGE | INSURANCE RECEIPT | PATIENT RECEIPT | ADJUST | INSURANCE BALANCE | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 03/17/2021 | JUDITH | HUTCHENS | 88305TC - LAB TC: TISSUE EXAM,PATHOLO | $418.47 | $-26.37 | $0.00 | $-360.48 | $0.00 | $11.6 |
| Your insurance company states that a copay is owed for this service | | | | | | | | | |
| 03/17/2021 | JUDITH | CHAE | 88305PC - LAB PC: TISSUE EXAM,PATHOLO | $315.66 | $-44.15 | $0.00 | $-271.51 | $0.00 | $0.0 |
| 03/17/2021 | JUDITH | COSTA | 99213 - OFFICE/OUTPATIENT VISIT, EST | $188.52 | $-82.30 | $-25.00 | $-81.22 | $0.00 | $0.0 |
| 03/17/2021 | JUDITH | COSTA | 17110 - DESTRUCT LESION, 1-14 | $341.58 | $-132.59 | $0.00 | $-208.99 | $0.00 | $0.0 |
| 03/17/2021 | JUDITH | COSTA | 11102 - TANGENTIAL BIOPSY, SKIN LESIO | $286.83 | $-60.75 | $0.00 | $-226.08 | $0.00 | $0.0 |
| 03/17/2021 | JUDITH | COSTA | 99000 - SPECIMEN HANDLING | $38.33 | $0.00 | $0.00 | $-38.31 | $0.00 | $0.0 |
| Your insurance company states that a copay is owed for this service | | | | | | | | | |



Ck# 239 - 4-27-21

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA. 15243-1022

239

8-7438
2430

DATE 4-27-21

PAY TO THE ORDER OF _Forefront Dermatology Patient_ $ 11.64

_Eleven dollars and 64/100_ DOLLARS

Dollar Bank.
Since 1855

MEMO _____

---

**ACCOUNT #**

**FOREFRONT DERMATOLOGY**
AND AFFILIATED PRACTICES

If you have questions regarding how your insurance company handles
reimbursement for the services, please call your insurance company
directly. For other billing inquiries, please call 1-866-630-9882

| STATEMENT DATE | 04/19/2021 |
|---|---|

**PAY THIS AMOUNT** $11.64

**PAYMENT DUE BY:** 05/10/2021

BILLING QUESTIONS Toll free: 1-866-630-9882
BILLING DEPT HOURS: 7:00am - 5:00pm CST

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

Page 1 of 1

| DATE | PATIENT | PROVIDER | INSURANCE CHARGE OF SERVICE | INSURANCE RECEIPT | PATIENT RECEIPT | ADJUST | INSURANCE BALANCE | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|---|
| 03/17/2021 | JUDITH | HUTCHENS | $418.47 | $-26.37 | $0.00 | $-380.48 | $0.00 | $11.62 |
| Your insurance company states that a copay is owed for this service | | | | | | | | |
| 03/17/2021 | JUDITH | CHAE | $315.66 | $-44.15 | $0.00 | $-271.51 | $0.00 | $0.00 |
| 03/17/2021 | JUDITH | COSTA | $188.52 | $-82.30 | $-25.00 | $-81.22 | $0.00 | $0.00 |
| 03/17/2021 | JUDITH | COSTA | $341.58 | $-132.59 | $0.00 | $-208.99 | $0.00 | $0.00 |
| 03/17/2021 | JUDITH | COSTA | $286.83 | $-60.75 | $0.00 | $-226.08 | $0.00 | $0.00 |
| 03/17/2021 | JUDITH | COSTA | $38.33 | $0.00 | $0.00 | $-38.31 | $0.00 | $0.02 |
| Your insurance company states that a copay is owed for this service | | | | | | | | |

| ACCOUNT # | STATEMENT DATE | 04/19/2021 | PAY THIS AMOUNT | $11.64 |
|---|---|---|---|---|

FOREFRONT DERMATOLOGY.
AND AFFILIATED PRACTICES

If you have questions regarding how your insurance company handles reimbursement for the services, please call your insurance company directly. For other billing inquiries, please call 1-866-630-9882

| PAYMENT DUE BY: | 05/10/2021 |
|---|---|

BILLING QUESTIONS  Toll free: 1-866-630-9882
BILLING DEPT HOURS: 7:00am - 5:00pm CST



BARTLETT TREE EXPERTS
P.O. Box 3067
Stamford, CT 06905-0067

TEMP-RETURN SERVICE REQUESTED

HOME OFFICE - STAMFORD, CT
THE BARTLETT TREE RESEARCH LABORATORIES & EXPERIMENTAL GROUNDS - CHARLOTTE, NC

## INVOICE

| | INVOICE DATE |
|---|---|
| | 04/12/2021 |
| | AMOUNT DUE | PAY THIS AMOUNT |
| Page 1 | 770.00 | 770.00 |

MAKE CHECK PAYABLE TO: Bartlett Tree Experts
Pay online at www.bartlett.com

YOUR CHECK NUMBER _____

☐ Please check box if your address below is incorrect or has changed. Indicate change(s) on reverse side.

TO ENSURE PROPER CREDIT PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.
ALL ACCOUNTS NET                    PAYABLE UPON RECEIPT

001035 0.7330 MB 0.450
Mrs JUDY LINABURG                    TR00004
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430                    240

DATE 1-27-21

PAY TO THE ORDER OF  Bartlett                    $ 770.00

Seven hundred seventy and 00/100                    DOLLARS

**Dollar Bank.**
Since 1855

MEMO _____

---



BARTLETT TREE EXPERTS
P.O. Box 3067
Stamford, CT 06905-0067

TEMP-RETURN SERVICE REQUESTED

HOME OFFICE - STAMFORD, CT
THE BARTLETT TREE RESEARCH LABORATORIES & EXPERIMENTAL GROUNDS - CHARLOTTE, NC

## INVOICE

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| | 04/12/2021 | |
| | AMOUNT DUE | PAY THIS AMOUNT |
| Page 1 | 214.00 | 214.00 |

MAKE CHECK PAYABLE TO: Bartlett Tree Experts
Pay online at www.bartlett.com

YOUR CHECK NUMBER _____

☐ Please check box if your address below is incorrect or has changed. Indicate change(s) on reverse side.

TO ENSURE PROPER CREDIT PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.
ALL ACCOUNTS NET                    PAYABLE UPON RECEIPT

Mrs JUDY LINABURG *
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067




*4-27-21*

770.00

Work Completed 04/06/2021

Work at    924 Valleyview Road
Pittsburgh

Apply a prescription soil treatment to supply necessary nutrients
according to soil analysis results and recommendations to the
following plant and location.
    - trees and shrubs under 25' tall (all) located at the front,
sides and back
Provide 1 treatment. Use the results of the 2017 & 2021 soil analysis
to determine the fertilizer formulation.
Fertilize by the liquid sub-surface injection method.
-
Apply a prescription soil treatment to supply necessary nutrients
according to soil analysis results and recommendations to the
following plant and location.
    - oak located at the left front corner of the property
Provide 1 treatment.
Use the results of the 2017 soil analysis to determine the necessary
soil care.
Fertilize by the liquid sub-surface injection method.

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

| | ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER** | | 04/12/2021 | 770.00 |

**(724) 695-1660**

A SERVICE CHARGE OF ___1.5___ % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF ___18.0___ %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
**BARTLETT TREE EXPERTS**
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE * 210413-01153-0001

according to soil analysis results and recommendations to the
following plant and location.
    - trees and shrubs under 25' tall (all) located at the front,
sides and back
Provide 1 treatment. Use the results of the 2017 & 2021 soil analysis
to determine the fertilizer formulation.
Fertilize by the liquid sub-surface injection method.
-
Apply a prescription soil treatment to supply necessary nutrients
according to soil analysis results and recommendations to the
following plant and location.
    - oak located at the left front corner of the property
Provide 1 treatment.
Use the results of the 2017 soil analysis to determine the necessary
soil care.
Fertilize by the liquid sub-surface injection method.
-

We gladly accept all major credit cards.

| INVOICE NO. | | AMOUNT DUE |
| --- | --- | --- |

*Ck# 240*
*4-27-21*

770.00

Work Completed 04/06/2021
Work at   924 Valleyview Road
Pittsburgh

Apply a prescription soil treatment to supply necessary nutrients
according to soil analysis results and recommendations to the
following plant and location.
   - trees and shrubs under 25' tall (all) located at the front,
sides and back
Provide 1 treatment. Use the results of the 2017 & 2021 soil analysis
to determine the fertilizer formulation.
Fertilize by the liquid sub-surface injection method.

Apply a prescription soil treatment to supply necessary nutrients
according to soil analysis results and recommendations to the
following plant and location.
   - oak located at the left front corner of the property
Provide 1 treatment.
Use the results of the 2017 soil analysis to determine the necessary
soil care.
Fertilize by the liquid sub-surface injection method.
   -

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

| | ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
| --- | --- | --- | --- |
| YOUR BARTLETT REPRESENTATIVE IS:  JOHN REITMEYER | | 04/12/2021 | 770.00 |
| (724) 695-1660 | | | MAKE CHECK PAYABLE TO |

A SERVICE CHARGE OF ____ 1.5 ___ % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF ____ 18.0 __ %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 08905-0067

RETAIN THIS PORTION FOR YOUR RECORDS

TREE * 210413-01153-0001



**BARTLETT TREE EXPERTS**
P.O. Box 3067
Stamford, CT 06905-0067

TEMP-RETURN SERVICE REQUESTED

HOME OFFICE - STAMFORD, CT
THE BARTLETT TREE RESEARCH LABORATORIES & EXPERIMENTAL GROUNDS - CHARLOTTE, NC

## INVOICE

☐ Please check box if your address below is incorrect or has changed. Indicate change(s) on reverse side.

001035 0.7330 MB 0.450
Mrs JUDY LINABURG          TR00004
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

04/12/2021

| AMOUNT DUE | PAY THIS AMOUNT |
|---|---|
| Page 1 | 770.00 | 770.00 |

MAKE CHECK PAYABLE TO: Bartlett Tree Experts
Pay online at www.bartlett.com

YOUR CHECK NUMBER _____ #240

TO ENSURE PROPER CREDIT PLEASE RETURN THIS PORTION
WITH YOUR PAYMENT.
ALL ACCOUNTS NET                    PAYABLE UPON RECEIPT

BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067





Dollar Bank.
Since 1855

MEMO

DOLLARS

DEBTOR IN POSSESSION
RONALD G. LINABURG
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

DATE

241

---

**BARTLETT TREE EXPERTS**
P.O. Box 3067
Stamford, CT 06905-0067

TEMP-RETURN SERVICE REQUESTED

HOME OFFICE - STAMFORD, CT
THE BARTLETT TREE RESEARCH LABORATORIES & EXPERIMENTAL GROUNDS - CHARLOTTE, NC

## INVOICE

☐ Please check box if your address below is incorrect or has changed. Indicate change(s) on reverse side.

Mrs JUDY LINABURG *
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| | 04/12/2021 | |
| | AMOUNT DUE | PAY THIS AMOUNT |
| Page 1 | 214.00 | 214.00 |

MAKE CHECK PAYABLE TO: Bartlett Tree Experts
Pay online at www.bartlett.com

YOUR CHECK NUMBER 241

TO ENSURE PROPER CREDIT PLEASE RETURN THIS PORTION
WITH YOUR PAYMENT.
ALL ACCOUNTS NET                    PAYABLE UPON RECEIPT



BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067

Work Completed 04/05/2021

*4-27-21*

200.00
14.00Tx
214.00

Work at     924 Valleyview Road
Pittsburgh

Bartlett Monitor is a program to inspect woody trees and shrubs for
insect and mite pests, diseases and cultural problems that could
impact plant health. Treat plants as needed to suppress pest damage
and promote plant health. Provide treatment recommendations for pests
and cultural problems on larger plants.
Provide 6 treatments.
Visit 1.
Plants indicating concerns:
Crabapple at the rear of house treated to help prevent or suppress
apple scab.
See Notes treated to help prevent or suppress mites.
all evergreens treated to help prevent or suppress mites.

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

|  | ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER** | | 04/12/2021 | **214.00** |

(724) 695-1660

A SERVICE CHARGE OF ___1.5___ % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF ___18.0__ %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE * 210413-01154-0001

| INVOICE NO. | | AMOUNT DUE |
|---|---|---|

*CH# 241*
*4-27-21*

☞ Work Completed 04/05/2021
Work at   924 Valleyview Road
Pittsburgh

|  | |
|---|---|
| | 200.00 |
| | 14.00Tx |
| | 214.00 |

      Bartlett Monitor is a program to inspect woody trees and shrubs for
insect and mite pests, diseases and cultural problems that could
impact plant health. Treat plants as needed to suppress pest damage
and promote plant health. Provide treatment recommendations for pests
and cultural problems on larger plants.
Provide 6 treatments.
Visit 1.
Plants indicating concerns:
Crabapple at the rear of house treated to help prevent or suppress
apple scab.
See Notes treated to help prevent or suppress mites.
all evergreens treated to help prevent or suppress mites.

      We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

      Thank you for the opportunity to care for your property.

| YOUR BARTLETT REPRESENTATIVE IS: | ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| **JOHN REITMEYER** | | 04/12/2021 | 214.00 |
| **(724) 695-1660** | | | |

A SERVICE CHARGE OF    1.5   % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF    18.0  %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.
RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE * 210413-0115-0001



**Guardian** Protection
174 Thom Hill Road
Warrendale, PA 15086

242  4-27-21



## SUMMARY OF ACCOUNT

Statement Date:
**Customer Number:**                                   4/21/2021



# Join us in Shaping a **GREENER** Future

Sign Up for paperless billing and AutoPay at
CustomerCare.GuardianProtection.com

## Three Easy Ways to Pay

1. Visit https://customercare.guardianprotection.com/
   to make a one-time payment or log into your
   customer care account and choose Make a Payment.
2. Call us at 1.800.PROTECT (1.800.776.8328) and select
   option 2 for billing.
3. Mail your payment with the detachable section
   below in the enclosed envelope.



## ACCOUNT SUMMARY

| DATE | DESCRIPTION | INVOICE # | AMOUNT |
|------|-------------|-----------|--------|
| | PREVIOUS BALANCE | | $0.00 |
| | LINABURG, DR RON    924 VALLEYVIEW RD  15243 | | |
| 4/21/2021 | Security Services 05/01/21 to 07/31/21 | | $102.57 |

**TOTAL AMOUNT DUE $102.57**

Page 1 of 2    **IF YOU HAVE ANY QUESTIONS PLEASE CALL: 1-800-PROTECT**

*Please detach the below and include with your payment. Thank you*



**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 45243-1022

PAY TO THE
ORDER OF

Dollar Bank.
Since 1855

242
2430
8-7438

DATE 4-27-21

$ 102.57

---

REMITTANCE DUE UPON RECEIPT



Guardian Protection
174 Thorn Hill Road
Warrendale, PA 15086

**Customer #:**
**Amount Due:** $102.57
**Amount Paid:** $ 102.57

Please make check payable to **Guardian Protection** and include detached section below.

7898002723    PRESORT PBPS007 <B>

LINABURG, RONDALD
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

GUARDIAN PROTECTION SERVICES
P.O. BOX 37751
PHILADELPHIA, PA 19101-5051

*CD# 243  - 4-27-21*

**RONALD LINABURG**

924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

**PEOPLES** An _ Essential Utilities Company

For 24/7 account access: peoplesaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
|  | Apr 14, 2021 | 05/13 - 05/14/2021 | 13 |

For General Information call **1-800-764-0111.** For an Emergency call **1-800-400-4271.**

## Summary of Basic Charges

### Credits And Charges Since Your Last Bill
| | |
|---|---|
| Balance from last bill | $289.51 |
| Payment on MAR 29, 2021 - Thank You | 289.51 CR |
| **Balance** | **$0.00** |

### Current Charges
Residential (RS)(E)
| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.1186 per MCF | 27.33 |
| Delivery Charge | |
| 12.9 MCF @ $4.2171 | 54.40 |
| Capacity Charge $1.7705 per MCF | 22.84 |
| DSIC Surcharge -0.06% | .04 CR |
| State Tax Surcharge @ 0.07% | .04 |
| | |
| **Total Current Charges** | **$119.09** |
| **Total Account Balance** | **$119.09** |

Peoples current charges include $1.45 in state taxes.

Your PRICE TO COMPARE is $2.43 per MCF.

## Shopping Information Box
When shopping for gas with a Natural Gas Supplier please provide the following:

Account Number:
Rate Schedule: Residential (RS)(E)

If you are already shopping, know your contract expiration date.



### Monthly Usage Comparison

| | 2020 | 2021 |
|---|---|---|
| Average Daily Temperature For This Billing Period | 48·F | 51·F |

Gas Use in MCF

Legend: □ Actual   □ Estimate   ■ Customer Read   ☑ Adjusted Usage

Average monthly use: 29.3 MCF
Total annual use: 176.7 MCF

### Billing Period And Meter Readings
| Date | Read Type | Reading | Difference |
|---|---|---|---|
| Meter Number | 751310 | | |
| APR 14, 2021 | Actual | 498.4 | 12.9 |
| MAR 15, 2021 | Actual | 485.5 | |
| MCF Used in 30 Days | | | 12.9 |

**Please Pay**   Account Balance of **$119.09** by **MAY 06, 2021** to avoid a Late Payment Charge of **$1.79 (1.5% per month )**

Effective April 1, 2021, the Distribution System Improvement Charge (DSIC) increased from -0.13 % to -0.06 %.
This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure.
Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment.
You can pay this bill by Credit / Debit Card or Electronic Check. Call ACI Speedpay at 1-866-338-5491.
Service Fees Apply. Visit our website at www.peoples-gas.com for further information.

*CK# 243  - 4-27-21*

# RONALD LINABURG

924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

**PEOPLES** An Essential Utilities company

For 24/7 account access: peoplesaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| | Apr 14, 2021 | 05/13 - 05/14/2021 | 13 |

For General Information call **1-800-764-0111.** For an Emergency call **1-800-400-4271.**



## Summary of Basic Charges

**Credits And Charges Since Your Last Bill**

| | |
|---|---|
| Balance from last bill | $289.51 |
| Payment on MAR 29, 2021 - Thank You | 289.51 CR |
| **Balance** | **$0.00** |

**Current Charges**

**Residential (RS)(E)**

| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.1186 per MCF | 27.33 |
| Delivery Charge | |
| 12.9 MCF @ $4.2171 | 54.40 |
| Capacity Charge $1.7705 per MCF | 22.84 |
| DSIC Surcharge -0.06% | .04 CR |
| State Tax Surcharge @ 0.07% | .04 |
| **Total Current Charges** | **$119.09** |
| **Total Account Balance** | **$119.09** |

Peoples current charges include $1.45 in state taxes.

Your PRICE TO COMPARE is $2.43 per MCF.

## Shopping Information Box

When shopping for gas with a Natural Gas Supplier please provide the following:

Account Number:
Rate Schedule: Residential (RS)(E)

If you are already shopping, know your contract expiration date.

### Monthly Usage Comparison



| | 2020 | 2021 |
|---|---|---|
| Average Daily Temperature For This Billing Period | 48°F | 51°F |

Average monthly use: '29.3 MCF
Total annual use: 176.7 MCF

### Billing Period And Meter Readings

| Date | Read Type | Reading | Difference |
|---|---|---|---|
| Meter Number | 751310 | | |
| APR 14, 2021 | Actual | 498.4 | 12.9 |
| MAR 15, 2021 | Actual | 485.5 | |
| MCF Used in 30 Days | | | 12.9 |

**Please Pay** Account Balance of $119.09 by MAY 06, 2021 to avoid a Late Payment Charge of $1.79 (1.5% per month )

Effective April 1, 2021, the Distribution System Improvement Charge (DSIC) increased from -0.13 % to -0.06 %. This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure. Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment. You can pay this bi
Service Fees Apply



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

244

DATE  4-27-21

PAY TO THE
ORDER OF  A T & T                                    $ 272.26

two hundred seventy-two and 26/100                          DOLLARS

**Dollar Bank.**
Since 1855

MEMO

---

Return this portion with your check in the enclosed envelope. Payments may take 7 days to post.

**Please pay $272.26 by Apr 22, 2021**

Account numbe
Please include account number on your check

Make check payable to:
AT&T MOBILITY
PO BOX 6416
CAROL STREAM IL 60197-6416

☐ CHECK FOR AUTOPAY
(SEE REVERSE)

AT&T

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438/2430 4

244

DATE 4-27-21

PAY TO THE ORDER OF AT&T $ 272.26

Two hundred seventy two and 26/100 DOLLARS

Dollar Bank. Since 1855

MEMO

[redacted]

---

5994.2.23.5606 2 AB 0.428 D7
RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

AutoPay enrollment

If I enroll in AutoPay, I authorize AT&T to pay my bill monthly by electronically deducting money from my bank account. I can cancel the authorization by notifying AT&T at www.att.com or by calling the customer care number listed on my bill. Your enrollment could take 1-2 billing cycles for AutoPay to take effect. Continue to submit payment until page one of your invoice reflects that AutoPay has been scheduled.

Bank Account Holder Signature: ______________

Date: ______________

**AT&T**

Issue Date: Apr 01, 2021

Account Number:

*Cht - 244*
*4-27-21*

**Payment information below, bill details begin on the next page**



Ready to upgrade?

## Your next phone is right around the corner.

See the new phones everyone is talking about.

Visit att.com/upgradetime

0221FTH1



RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

Page: 1 of 5
Issue Date: Apr 01, 2021
Account Number:

We've updated your contract, including arbitration terms, effective 5/5/21. Your continued use of AT&T service tells us you agree to these terms. See att.com/CSA and end of bill.

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Total due

# $272.26

Please pay by:
Apr 22, 2021

## Account summary

| | |
|---|---|
| Your last bill | $185.75 |
| Payment, Mar 24 – Thank you! | -$185.75 |
| **Remaining balance** | **$0.00** |

## Service summary

| | | |
|---|---|---|
| Wireless | *Page 2* | $272.26 |
| Total services | | $272.26 |

## Total due                    $272.26
Please pay by Apr 22, 2021

**Ways to pay and manage your account:**

 **myAT&T app**
iPhone and Android

 **att.com/pay**

 **Call 611 or
800.331.0500**

Scan to pay


**AT&T**

Page:                3 of 5
Issue Date:      Apr 01, 2021
Account Number:

*...Group 4 continued*

## Phone,
RONALD LINABURG

| Monthly charges | *Mar 02 – Apr 01* | |
|---|---|---|
| 1. Access for iPhone 4G LTE w/ VVM | | $35.00 |
| 2. Mobile Insurance Premium | | $8.99 |

| Surcharges & fees | | |
|---|---|---|
| 3. Administrative Fee | | $1.99 |
| 4. Federal Universal Service Charge | | $0.60 |
| 5. Regulatory Cost Recovery Charge | | $1.50 |
| 6. State Gross Receipts Surcharge | | $0.31 |

| Government taxes & fees | | |
|---|---|---|
| 7. 911 Service Fee | | $1.65 |
| 8. County Sales Tax | | $0.09 |
| 9. County Sales Tax - Telecom | | $0.06 |
| 10. PA State Sales Tax | | $0.54 |
| 11. PA State Sales Tax - Telecom | | $0.37 |

| Total for | | $51.10 |
|---|---|---|

## Phone,
RONALD LINABURG

| Monthly charges | *Mar 02 – Apr 01* | |
|---|---|---|
| 1. Access for iPhone 4G LTE w/ VVM | | $35.00 |

| Surcharges & fees | | |
|---|---|---|
| 2. Administrative Fee | | $1.99 |
| 3. Federal Universal Service Charge | | $0.60 |
| 4. Regulatory Cost Recovery Charge | | $1.50 |
| 5. State Gross Receipts Surcharge | | $0.31 |

| Government taxes & fees | | |
|---|---|---|
| 6. 911 Service Fee | | $1.65 |
| 7. County Sales Tax - Telecom | | $0.06 |
| 8. PA State Sales Tax - Telecom | | $0.37 |

| Total for | | $41.48 |
|---|---|---|

*Wireless continues...*

**AT&T**

Issue Date:    Apr 01, 2021
Account Number:

*Chrt 244*
*4-27-21*

**Payment information below, bill details begin on the next page**



## Your next phone is right around the corner.

See the new phones everyone is talking about.

Visit att.com/upgradetime

0221FTH1



RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

| | |
|---|---|
| Page: | 1 of 5 |
| Issue Date: | Apr 01, 2021 |
| Account Number: | |

We've updated your contract, including arbitration terms, effective 5/5/21. Your continued use of AT&T service tells us you agree to these terms. See att.com/CSA and end of bill.

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Total due

## $272.26

Please pay by:
Apr 22, 2021

## Account summary

| | |
|---|---|
| Your last bill | $185.75 |
| Payment, Mar 24 – Thank you! | -$185.75 |
| Remaining balance | $0.00 |

## Service summary

| | | |
|---|---|---|
| Wireless | *Page 2* | $272.26 |
| Total services | | $272.26 |

## Total due                                        $272.26
Please pay by Apr 22, 2021.

## Ways to pay and manage your account:

 myAT&T app   att.com/pay  Call 611 or

Scan to pay



**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

245

DATE _4-27-21_

PAY TO THE ORDER OF _Verizon_              $ _254.58_

_Two hundred fifty four and 58/100_     DOLLARS

**Dollar Bank.**
Since 1855

MEMO _____

---

Account Number _____
Pay online at verizon.com/PayOnline

| | |
|---|---|
| **Charges Due:** | $266.46 |
| **Balance Forward:** | -$11.88 |
| **Total Due by May 1, 2021:** | $254.58  040621 |

Make check payable to Verizon

$ _254.58_

00001628 01 AV  0.395  KB040611 0008 XX
RONALD LINABURG
924 VALLEYVIEW DR
PITTSBURGH PA 15243-1022

VERIZON
PO BOX 15124
ALBANY NY 12212-5124

V5 852403511000114 0000001188 000000254581

**verizon**✓

Primary Phone:
Account Number:
**Bill Date:  April 6, 2021**

4 ways to pay
• Via the My Fios app
• Online at verizon.com/PayOnline

*CK# 345*
*4-27-21*

| Balance forward: | | This month's charges: | | Total due: |
|---|---|---|---|---|
| **-$11.88** | **+** | **$266.46** | **=** | **$254.58** |
| | | | | Due by May 1. |

---

### This month's charges

| | |
|---|---|
| Fios Internet, TV & Phone Bundle | $132.99 |
| Services & Equipment | $85.99 |
| Fees & Other Charges | $47.48 |
| **Charges Due** | **$266.46** |
| **Balance Forward** | **-$11.88** |
| **Total Due by May 1** | **$254.58** |

### Changes from last month



| March | April |
|---|---|
| **$265.96** | **$254.58** |

**Here's why**
- Current month started with a credit -$11.88.
- Some taxes and fees increased along with the amount of your bill $0.50.
- Visit verizon.com/viewbill for more information.

---

Return only this stub with your payment. We will not review or honor other written notifications. Visit verizon.com.

**Verizon Surcharges & Fees**

| | |
|---|---|
| PA Gross Receipts Tax Surcharge | 2.69 |
| Federal Universal Service Fee | 9.10 |
| Video Franchise Fee | 7.97 |
| PEG Grant Fee | .20 |
| Regulatory Recovery Fee - Federal | .07 |
| Regional Sports Network Fee | 7.89 |
| Fios TV Broadcast Fee | 4.49 |
| FDV Administrative Charge | 1.98 |
| **Subtotal** | **$47.48** |

| **Charges** | **$266.46** |
|---|---|
| **Total Due** | **$254.58** |

verizon

Primary Phone
Account Number:
**Bill Date:** April 6, 2021

↑ **Ways to pay**
- Via the My Fios app
- Online at verizon.com/PayOnline

CU# 545
4-27-21

**Balance forward:**

## -$11.88

**+**

**This month's charges:**

## $266.46

**=**

**Total due:**

## $254.58

Due by May 1.

↑ **This month's charges**

| | |
|---|---|
| Fios Internet, TV & Phone Bundle | $132.99 |
| Services & Equipment | $85.99 |
| Fees & Other Charges | $47.48 |
| **Charges Due** | **$266.46** |
| **Balance Forward** | **-$11.88** |
| **Total Due by May 1** | **$254.58** |

🔔 **Changes from last month**



|  March  |  April  |
|---|---|
| **$265.96** | **$254.58** |

-$11.38

**Here's why**
- Current month started with a credit -$11.88.
- Some taxes and fees increased along with the amount of your bill $0.50.
- Visit verizon.com/viewbill for more information.

Return only this stub with your payment. We will not review or honor other written notifications. Visit

Primary Phone:
Account Number:
Bill Date: April 6, 2021

**Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Previous Period

**Previous Balance** — **$265.96**

**Payments**

| | | |
|---|---|---|
| Payment | -265.96 | 3/30 |

*Payment activity since last bill date.*

**Adjustments and Credits**

**TV**

| | | |
|---|---|---|
| RSN CREDIT: ATTSN PITT | -11.88 | 3/28 |

*Adjustments to previous months' charges. Adjustments can be charges or credits.*

**Balance Forward** — **-$11.88**

## Details of Charges

Includes discounts shown on page 2.

**Fios Internet, TV & Phone Bundle**

Your bundle includes Fios Internet 75/75, Extreme HD TV and Fios Digital Voice Unlimited

*Your monthly price after the discounts shown on page 2 were applied.*

| | | |
|---|---|---|
| **Bundle Price** | **$132.99** | 4/7 - 5/6 |

**Services & Equipment**

*Equipment and additional services to personalize your Fios service.*

**Services**

| | |
|---|---|
| Premium Entertainment Value Pack EPIX/ Cinemax/ STARZ/ Showtime/ HBO Max | 40.00 |
| Fios Digital Voice Addl Line ( | 9.99 |

**Equipment**

| | |
|---|---|
| Rent: 4 Set-Top Boxes | 36.00 |

| | | |
|---|---|---|
| **Subtotal** | **$85.99** | 4/7 - 5/6 |

**Fees & Other Charges**

*Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.*

**Taxes, Governmental Fees & Surcharges**

| | |
|---|---|
| PA State and Local Sales Tax | 9.63 |
| Telecommunications Relay Service | .16 |
| E911 | 3.30 |

**Verizon Surcharges & Fees**

| | |
|---|---|
| PA Gross Receipts Tax Surcharge | 2.69 |
| Federal Universal Service Fee | 9.10 |
| Video Franchise Fee | 7.97 |
| PEG Grant Fee | .20 |
| Regulatory Recovery Fee - Federal | .07 |
| Regional Sports Network Fee | 7.89 |
| Fios TV Broadcast Fee | 4.49 |
| FDV Administrative Charge | 1.98 |

| | |
|---|---|
| **Subtotal** | **$47.48** |

| | |
|---|---|
| **Charges** | **$266.46** |

| | |
|---|---|
| **Total Due** | **$254.58** |

Primary Phone:
Account Number: (
**Bill Date:** April 6, 2021

↑ **Ways to pay**
- Via the My Fios app
- Online at verizon.com/PayOnline

To qualify for Voice Lifeline, you must have:
- Documentation that your annual income is at or below 100% of the federal poverty guidelines or
- Documentation that you are in Supplemental Security Income.

To qualify for Voice Lifeline 135 or Internet Lifeline service, you must have:
- Documentation that your annual income is at or below 135% of federal poverty guidelines or
- Documentation that you are in one of these programs: Supplemental Security Income, Supplemental Nutrition Assistance Program (SNAP), Medicaid, Federal Public Housing Assistance, Veterans Pension Benefit or Veterans Survivor Pension Benefit.

Verizon Pennsylvania LLC also offers UTAP funds to pay some or all of customers' basic charges. To qualify for UTAP funds, you must be an existing or approved Voice Lifeline customer. Qualified applicants can receive up to $200 (first time) and up to $100 every six months thereafter.

For fastest results, go to verizon.com/lifeline for an application for Lifeline service or call 1.800.Verizon (1.800.837.4966). Lifeline is a government assistance program supported by the PA PUC and the FCC. Additional information is available from the Universal Service Administration Company, which manages Lifeline for the FCC, at usac.org/lifeline or by calling 1.800.234.9473.

## Customer Notices

### Your Choices to Limit Use and Sharing of Information for Marketing

You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

- Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

- Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

### Electronic Fund Transfer (EFT)

Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

### Late Payment Charge

To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before May 9, 2021.

### Service Providers

Verizon PA provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

### Local Franchise Authority - Fios TV

Your FCC Community ID is: PA3699

## Services

### Questions

- Visit verizon.com/Support
- 1.800.Verizon (1.800.837.4966)
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

### More Ways to Pay

- Set up auto pay: verizon.com/AutoPay
- Pay in person: verizon.com/PaymentLocations
- Pay by phone (fee applies): 1.800.837.4966

### Closed Captioning Questions and Concerns?

If you have a concern or complaint with closed captioning on a program, please call Verizon at 1.800.Verizon (1.800.837.4966). Written correspondence can be sent by email to videoclosedcaption@verizon.com, or by mail to Verizon, P.O. Box 16806 Newark, NJ 07101 Attn: Katie Barton, Supv.

### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.



PENNSYLVANIA
AMERICAN WATER

WE KEEP LIFE FLOWING™

**Statement**

*EXHIBIT 246*
*4-27-21*

Page 1 of 8
613754044774

**Service Address:**

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

 THANK YOU FOR BEING OUR CUSTOMER.

| Account No | |
|---|---|
| | **$105.35** |
| Payment Due By: | **April 28, 2021** |

| | |
|---|---|
| Billing Date: | April 06, 2021 |
| Service Period: | Mar 05 to Apr 05 (32 Days) |
| Total Gallons: | 5,200 |

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Your charges contain a change in pricing that was effective on 03/08/21. Please review the Account Detail section of your bill for more information.

For more information, visit www.pennsylvaniaamwater.com

## Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $113.70 |
| Payments - Thank You! | $113.70 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $82.85 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $105.35 |

 **View your account information or pay your bill** anytime at: www.amwater.com/MyAccount

 **Pay by Phone\*:** Pay anytime at 1-855-748-6066
*A convenience fee may apply

**Customer Service:** 1-800-565-7292
M-F 7:00am to 7:00pm – Emergencies 24/7

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records. ° 021640/086772 ACZDXJ ETM1C00011 12    (ACZDX/001021648010430/0)



PENNSYLVANIA
AMERICAN WATER
WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|-----------|---------|------|-----------|---------|---------------|--------------|-------------|---------------|---------------|
| N090036941 | 100 gal | 5/8" | 03/05/2021 | 04/05/2021 | 26,200 (A) | 26,252 (A) | 52 | 52.00 | 5,200 |

A = Actual    E = Estimate                     1 Billing Unit = 100 gallons                        Total Gallons:    5,200

**Billed Usage History (graph shown in 100 gallons)**

⬚ 5,200 gallons = usage for this period
⬚ 5,400 gallons = usage for same period last year



Next Scheduled Read Date:   on or about May 04, 2021
Account Type:                        Residential

Average
daily use for
this period is:
(32 days)

**163** gallons

Year to Date Billed Usage: 28,400 gallons

## Account Detail

Account No. ____
Service To: 924 VALLEYVIEW RD PITTSBURGH, PA 15243-1022

| | |
|---|---:|
| Prior Billing | 113.70 |
| Payments | -113.70 |
| Total payments as of Mar 30. Thank you! | -113.70 |
| **Balance Forward** | **0.00** |

**Service Related Charges - 03/05/21 to 04/05/21**

| | | |
|---|---|---:|
| Water Service | | 82.94 |
| Water Service Charge | | |
| 03/05/21 to 03/07/21 | | 1.55 |
| 03/08/21 to 04/05/21 | | 15.41 |
| Water Usage Charge | | |
| 03/05/21 to 03/07/21 | (4.87 x $1.2217) | 5.95 |
| 03/08/21 to 04/05/21 | (47.13 x $1.2991) | 61.23 |
| Deferred Tax Credit ($76.64 x -1.56%) | | -1.20 |
| Other Charges | | -0.09 |
| Distribution System Improvement Charge | | -0.09 |
| | ($84.14 x -0.11%) | |
| **Total Service Related Charges** | | **82.85** |

**Protection Programs:**
For inquiries, please call 1-888-378-4458                  22.50

| | |
|---|---:|
| Water Line Protection | 9.25 |
| Sewer Line Protection | 13.25 |
| **Total Current Period Charges** | **105.35** |

**Total Amount Due** ➡ **$105.35**

## Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Protection programs for water, sewer and in-home plumbing** are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges. For inquiries about protection programs, please contact American Water Resources at 888-378-4458.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/paaw/rates



## NOTICE OF PROPOSED WASTEWATER ACQUISITION AND RATE BASE ADDITION (Docket No. A-2020-3021460)



PENNSYLVANIA
AMERICAN WATER

Dear Customer:

On February 23, 2021, the Pennsylvania Public Utility Commission ("PUC") conditionally accepted for filing the application of Pennsylvania-American Water Co. ("Pennsylvania-American") for approval to acquire the Upper Pottsgrove ("Upper Pottsgrove") wastewater system assets. Upper Pottsgrove serves approximately 1,509 customers in Montgomery and Berks Counties. Pennsylvania-American's application also requests that the PUC authorize an addition of $13.75 million to Pennsylvania-American's rate base pursuant to 66 Pa. C.S. § 1329. A utility's rate base is the value of property used by the utility to provide service to its customers and is one of many components used to establish customer rates.

This acquisition will not immediately, but may in the future, affect water and/or wastewater bills of Pennsylvania-American customers, including Upper Pottsgrove wastewater customers. Pennsylvania-American is not requesting a rate increase as part of the acquisition. Your current rates will not change as a result of this acquisition until the conclusion of Pennsylvania-American's first base rate case, filed after closing on the acquisition, where Pennsylvania-American requests and receives PUC approval to increase its rates. Based on a non-binding estimate of the potential rate impacts, Pennsylvania-American anticipates that the potential rate impact could be as follows:

| PENNSYLVANIA-AMERICAN WASTEWATER | | | |
|---|---|---|---|
| Rate Class | Average Usage | Average Monthly Bill at PAWC Zone 1 Current Rates | Average Monthly Bill at PAWC Zone 1 Current Rate Adjusted for Potential Impact of Acquisition | Potential Increase |
| Residential | 3,630 gal/month | $64.93 | $66.23 | $1.30 or 2.0% |
| Commercial | 22,000 gal/month | $280.22 | $285.82 | $5.60 or 2.0% |
| Industrial | 476,000 gal/month | $5,547.08 | $5,658.02 | $110.94 or 2.0% |

| PENNSYLVANIA-AMERICAN WATER | | | |
|---|---|---|---|
| Rate Class | Average Usage | Average Monthly Bill at PAWC Zone 1 Current Rates | Average Monthly Bill at PAWC Zone 1 Current Rate Adjusted for Potential Impact of Acquisition | Potential Increase |
| Residential | 3,630 gal/month | $60.85 | $60.91 | $0.06 or 0.1% |
| Commercial | 22,000 gal/month | $291.80 | $292.09 | $0.29 or 0.1% |
| Industrial | 476,000 gal/month | $4,530.44 | $4,534.97 | $4.53 or 0.1% |

These amounts could change and will depend on how the PUC chooses to apportion any increase among different types of utility service, rate zones and classes of customers. For Pennsylvania-American customers in a rate zone other than Rate Zone 1, the potential rate impact could vary from the chart above.

### PUC ROLE

The state agency that approves acquisitions and rates for regulated public utilities is the PUC. The PUC will review and investigate the proposed acquisition. After examining the evidence, the PUC may approve, modify or deny the acquisition and may approve, modify or deny the requested addition to rate base.

### ACTIONS YOU CAN TAKE

You can support or challenge Pennsylvania-American's request by:

1. **Sending a letter to the PUC.** You can tell the PUC why you support or object to the application in your letter. This information can be helpful when the PUC investigates the application. Send your letter to the Pennsylvania Public Utility Commission, Post Office Box 3265, Harrisburg, PA 17105-3265.

2. **Attending or presenting testimony at a PUC public input hearing.** You can attend or be a witness at a PUC public input hearing. The PUC holds public input hearings if it opens an investigation of Pennsylvania-American's transaction and if there is enough interest in the case. At these hearings, you can present your views in person to the PUC judge and to company

representatives. Testimony under oath becomes part of the application case record. The PUC holds these hearings in the service area of the company. For more information, call the PUC at 1-800-692-7380.

3. **Filing a protest or a petition to intervene.** If you want to be a party to the case, you must file a protest or a petition to intervene. You then have an opportunity to take part in all the hearings about the proposed acquisition. You can receive copies of all materials distributed by the other parties. Protests and petitions to intervene must be filed in accordance with 52 Pa. Code (relating to public utilities) on or before May 17, 2021. Filings must be made with the Secretary of the Pennsylvania Public Utility Commission at P.O. Box 3265, Harrisburg, PA 17105-3265, with a copy served on Pennsylvania-American's counsel at:

David P. Zambito, Esq., Cozen O'Connor
17 North Second Street, Suite 1410
Harrisburg, PA 17101

The documents filed in support of the application are available on the PUC's website at www.puc.pa.gov, and for inspection and copying at the Office of the Secretary of the PUC between 8 a.m. and 4:30 p.m., Monday through Friday, and at Pennsylvania-American's offices at 852 Wesley Drive, Mechanicsburg, PA 17055. Inspection times may vary based on the COVID-19 state of emergency. The PUC docket number is A-2020-3021460. For more information, you may contact the PUC's Bureau of Consumer Services at 1-800-692-7380.



# NOTICE OF PROPOSED WASTEWATER ACQUISITION AND RATE BASE ADDITION (Docket No. A-2020-3020178)



PENNSYLVANIA
AMERICAN WATER

Dear Customer:

On March 19, 2021, the Pennsylvania Public Utility Commission ("PUC") conditionally accepted for filing the application of Pennsylvania-American Water Co. ("Pennsylvania-American") for approval to acquire the Valley Township ("Valley") wastewater system assets. Valley serves approximately 3,125 customers in Chester County. Pennsylvania-American's application also requests that the PUC authorize an addition of $13.95 million to Pennsylvania-American's rate base pursuant to 66 Pa. C.S. § 1329. A utility's rate base is the value of property used by the utility to provide service to its customers and is one of many components used to establish customer rates.

This acquisition will not immediately, but may in the future, affect water and/or wastewater bills of Pennsylvania-American customers, including the Valley wastewater customers. Pennsylvania-American is not requesting a rate increase as part of the acquisition. Your current rates will not change as a result of this acquisition until the conclusion of Pennsylvania-American's first base rate case, filed after closing on the acquisition, where Pennsylvania-American requests and receives PUC approval to increase its rates. Based on a non-binding estimate of the potential rate impacts, Pennsylvania-American anticipates that the potential rate impact could be as follows:

| PENNSYLVANIA-AMERICAN WASTEWATER | | | | |
|---|---|---|---|---|
| Rate Class | Average Usage | Average Monthly Bill at PAWC Zone 1 Current Rates | Average Monthly Bill at PAWC Zone 1 Current Rate Adjusted for Potential Impact of Acquisition | Potential Increase |
| Residential | 3,630 gal/month | $64.93 | $66.42 | $1.49 or 2.3% |
| Commercial | 22,000 gal/month | $280.22 | $286.67 | $6.45 or 2.3% |
| Industrial | 476,000 gal/month | $5,547.08 | $5,674.66 | $127.58 or 2.3% |

| PENNSYLVANIA-AMERICAN WATER | | | | |
|---|---|---|---|---|
| Rate Class | Average Usage | Average Monthly Bill at PAWC Zone 1 Current Rates | Average Monthly Bill at PAWC Zone 1 Current Rate Adjusted for Potential Impact of Acquisition | Potential Increase |
| Residential | 3,630 gal/month | $60.85 | $60.91 | $0.06 or 0.1% |
| Commercial | 22,000 gal/month | $291.80 | $292.09 | $0.29 or 0.1% |
| Industrial | 476,000 gal/month | $4,530.44 | $4,534.97 | $4.53 or 0.1% |

These amounts could change and will depend on how the PUC chooses to apportion any increase among different types of utility service, rate zones and classes of customers. For Pennsylvania-American customers in a rate zone other than Rate Zone 1, the potential rate impact could vary from the chart above.

## PUC ROLE

The state agency that approves acquisitions and rates for regulated public utilities is the PUC. The PUC will review and investigate the proposed acquisition. After examining the evidence, the PUC may approve, modify or deny the acquisition and may approve, modify or deny the requested addition to rate base.

## ACTIONS YOU CAN TAKE

You can support or challenge Pennsylvania-American's request by:

1. **Sending a letter to the PUC.** You can tell the PUC why you support or object to the application in your letter. This information can be helpful when the PUC investigates the application. Send your letter to the Pennsylvania Public Utility Commission, Post Office Box 3265, Harrisburg, PA 17105-3265.

2. **Attending or presenting testimony at a PUC public input hearing.** You can attend or be a witness at a PUC public input hearing. The PUC holds public input hearings if it opens an investigation of Pennsylvania-American's transaction and if there is enough interest in the case. At these hearings, you can present your views in person to the PUC judge and to company

representatives. Testimony under oath becomes part of the application case record. The PUC holds these hearings in the service area of the company. For more information, call the PUC at 1-800-692-7380.

3. **Filing a protest or a petition to intervene.** If you want to be a party to the case, you must file a protest or a petition to intervene. You then have an opportunity to take part in all the hearings about the proposed acquisition. You can receive copies of all materials distributed by the other parties. Protests and petitions to intervene must be filed in accordance with 52 Pa. Code (relating to public utilities) on or before June 21, 2021. Filings must be made with the Secretary of the Pennsylvania Public Utility Commission at P.O. Box 3265, Harrisburg, PA 17105-3265, with a copy served on Pennsylvania-American's counsel at:

David P. Zambito, Esq., Cozen O'Connor
17 North Second Street, Suite 1410
Harrisburg, PA 17101

The documents filed in support of the application are available on the PUC's website at www.puc.pa.gov, and for inspection and copying at the Office of the Secretary of the PUC between 8 a.m. and 4:30 p.m., Monday through Friday, and at Pennsylvania-American's offices at 852 Wesley Drive, Mechanicsburg, PA 17055. Inspection times may vary based on the COVID-19 state of emergency. The PUC docket number is A-2020-3020178. For more information, you may contact the PUC's Bureau of Consumer Services at 1-800-692-7380.





PENNSYLVANIA
**AMERICAN WATER**

WE KEEP LIFE FLOWING*

**Service Address:**
RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

THANK YOU FOR BEING OUR CUSTOMER.

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Your charges contain a change in pricing that was effective on 03/08/21. Please review the Account Detail section of your bill for more information.

For more information, visit www.pennsylvaniaamwater.com

Statement  4-27-21

Account No. _____

Total Amount Due      **$105.35**

Payment Due By:      **April 28, 2021**

**Billing Date:**      April 06, 2021
**Service Period:**   Mar 05 to Apr 05 (32 Days)
**Total Gallons:**    5,200

## Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $113.70 |
| Payments - Thank You! | $113.70 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $82.85 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $105.35 |

 **View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

 **Pay by Phone*:** Pay anytime at 1-855-748-6066
*A convenience fee may apply

 **Customer Service:** 1-800-565-7292
M-F 7:00am to 7:00pm – Emergencies 24/7



PENNSYLVANIA
AMERICAN WATER
WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| N090036941 | 100 gal | 5/8" | 03/05/2021 | 04/05/2021 | 26,200 (A) | 26,252 (A) | 52 | 52.00 | 5,200 |

A = Actual    E = Estimate    1 Billing Unit = 100 gallons    Total Gallons: 5,200

**Billed Usage History (graph shown in 100 gallons)**

⬛ 5,200 gallons = usage for this period

⬜ 5,400 gallons = usage for same period last year

Next Scheduled Read Date: on or about May 04, 2021
Account Type:    Residential



Average
daily use for
this period is:
(32 days)

**163** gallons

Year to Date Billed Usage: 28,400 gallons

## Account Detail

Service To: 924 VALLEYVIEW RD PITTSBURGH, PA 15243-1022    Account No.

| | |
|---|---|
| Prior Billing | 113.70 |
| Payments | -113.70 |
| Total payments as of Mar 30. Thank you! | -113.70 |
| **Balance Forward** | **0.00** |

### Service Related Charges - 03/05/21 to 04/05/21

| | | |
|---|---|---|
| Water Service | | 82.94 |
| Water Service Charge | | |
| 03/05/21 to 03/07/21 | | 1.55 |
| 03/08/21 to 04/05/21 | | 15.41 |
| Water Usage Charge | | |
| 03/05/21 to 03/07/21 | (4.87 x $1.2217) | 5.95 |
| 03/08/21 to 04/05/21 | (47.13 x $1.2991) | 61.23 |
| Deferred Tax Credit ($76.64 x -1.56%) | | -1.20 |
| Other Charges | | -0.09 |
| Distribution System Improvement Charge | | -0.09 |
| ($84.14 x -0.11%) | | |
| **Total Service Related Charges** | | **82.85** |
| Protection Programs: | | 22.50 |
| For inquiries, please call 1-888-378-4458 | | |
| Water Line Protection | | 9.25 |
| Sewer Line Protection | | 13.25 |
| **Total Current Period Charges** | | **105.35** |

Total Amount Due  **$105.35**



## Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Protection programs** for water, sewer and in-home plumbing are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges. For inquiries about protection programs, please contact American Water Resources at 888-378-4458.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit: https://amwater.com/paaw/rates

**DLC**
DUQUESNE LIGHT CO.

Please return this portion with your payment. Please enclose check facing forward.
Make payment payable to Duquesne Light Company in US Currency.

*A late charge of 1.25% may be assessed after 2021-05-06*

Account #

| 05/06/2021 | $195.89 |

$ | | | 1 | 9 | 5 | 8 | 9

*USD Amount Enclosed*

044485 000003329

RONALD G LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

DUQUESNE LIGHT COMPANY
PO BOX 371324
PITTSBURGH PA 15250-7324

23

---

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

247

DATE 4-27-21

PAY TO THE
ORDER OF    Duquesne Light Co            $ 195.89

One hundred ninety five and 89/100    DOLLARS

**Dollar Bank.**
Since 1855

MEMO



Page 1 of 3

4-27-21

& RONALD G LINABURG
🏠 924 VALLEYVIEW RD

Account #

| Due Date | Amount Due |
|---|---|
| 05/06/2021 | $195.89 |

## Bill Summary



Supply Charges

Amount Due
$195.89

DLC Charges

| Bill ID: | Date Prepared: 04/15/2021 |
|---|---|
| Previous Account Balance | $235.53 |
| Payment(s) Received as of 03/30/2021 | -$235.53 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $106.90 |
| Supply Charges | $88.99 |
| AMOUNT DUE BY 05/06/2021 | $195.89 |

## Message Center

Signing up for our e-Bill program is fast and easy! Enroll today at
DuquesneLight.com/ebill and you'll receive an email each month when
your bill is available.

Duquesne Light partners with Dollar Energy Fund to provide assistance
to customers who struggle to pay their electric bill. If you would like to
support the Dollar Energy Fund and your neighbors in need, make a
tax deductible monthly pledge at DuquesneLight.com/dollar.



## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|---|---|---|---|---|
| Current Month | 2798 | 48 | 59 | 37 |
| Last Month | 2297 | 70 | 33 | 28 |
| Same Month Last Year | 1665 | 50 | 33 | 50 |



Average Monthly Usage for the last 12 months: 2630 kWh
Total Annual Usage for the last 12 months: 31555 kWh

🖵 Online: www.DuquesneLight.com        📞 Phone: 412-393-7100

BL_POSTAL_20210415PRD.xml-88989-000003329

*Billing and meter reading details on page 3*

RONALD G LINABURG

Account #

Page 3 of 3

## Account Detail

924 VALLEYVIEW RD                                                    Supplier Agreement ID:

### Meter Reading Usage Information

| Meter Number | | F82099020 |
|---|---|---|
| Present | 04/15/2021 Act | 13,938.0490 |
| Prior | 03/16/2021 Act | 12,678.4950 |
| Difference | | 1,259.5540 |
| Your Meter Multiplier | | 1 |
| Total kWh Used | | 1,259.5540 |

### Current Bill Details

| DLC Rate | RS-Residential Service | |
|---|---|---|
| Price to Compare | $0.0707 / kWh | |
| **DLC Charges** | | **$106.90** |
| Customer Charge | | $12.49 |
| Distribution | 1259.5540 kWh@ $0.071693 | $90.30 |
| DSIC Surcharge | 4.01% | $4.12 |
| Pennsylvania Tax Adjustment | | -$0.01 |
| | | |
| **Supply Charges** | | **$88.99** |
| Supply | 1259.5540 kWh@ $0.051994 | $65.49 |
| Transmission | 1259.5540 kWh@ $0.018658 | $23.50 |

| Total kWh Used | 1,259.5540 | Service Charges | $195.89 |
|---|---|---|---|

## Shopping and Supplier Information

When shopping for electricity with an Electric Generation Supplier. please provide the following information:

**Supplier Agreement ID:** _____
**Rate Schedule: RS-Residential Service**

The current Price to Compare is listed above in Account Detail and will change every June and December.  For more information & supplier offers visit www.PAPowerSwitch.com and www.oca.state.pa.us.

## Additional Notifications

- Give to Dollar Energy Fund to help people without heat or light. Make a monthly pledge at www.duquesnelight.com or send a check to Duquesne Light Hardship Fund Donations, 411 Seventh Avenue MD 15-1, Pittsburgh, PA  15219. Your gift is tax deductible.
- A change in the Distribution System Improvement Charge, effective April 1, will increase your monthly bill by about $0.37, or less than 1%.
- Duquesne Light offers energy efficiency programs to help customers save money by conserving energy and reducing demand.  To participate or to learn more about these programs, visit www.wattchoices.com.
- You can join our Budget Plan by calling us at (412) 393-7100.  If eligible, the Budget Plan will begin with your next bill.  For this bill, please pay the Amount Due shown.
- SIGN UP FOR AUTOPAY and learn about other convenient payment options by visiting our website www.duquesnelight.com.
- Estimated Gross Receipts Tax of $11.56 and Estimated PA State Tax of $13.32 are included in your rates.



23

*4-27-2/* Page 1 of 3

## DLC
**DUQUESNE LIGHT CO.**

🗂 RONALD G LINABURG
🏠 924 VALLEYVIEW RD
Account #

| | |
|---|---|
| 05/06/2021 | $195.89 |

## Bill Summary



Supply Charges

Amount Due
**$195.89**

DLC Charges

| Bill ID: | Date Prepared: 04/15/2021 |
|---|---|
| Previous Account Balance | $235.53 |
| Payment(s) Received as of 03/30/2021 | -$235.53 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $106.90 |
| Supply Charges | $88.99 |
| **AMOUNT DUE BY 05/06/2021** | **$195.89** |

## Message Center

Signing up for our e-Bill program is fast and easy! Enroll today at DuquesneLight.com/ebill and you'll receive an email each month when your bill is available.

Duquesne Light partners with Dollar Energy Fund to provide assistance to customers who struggle to pay their electric bill. If you would like to support the Dollar Energy Fund and your neighbors in need, make a tax deductible monthly pledge at **DuquesneLight.com/dollar.**

**DOLLAR ENERGY FUND**

## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|---|---|---|---|---|
| Current Month | 2798 | 48 | 59 | 37 |
| Last Month | 2297 | 70 | 33 | 28 |
| Same Month Last Year | 1665 | 50 | 33 | 50 |



kWh:
5000
4375
3750
3125
2500
1875
1250
625
0

Apr  May  Jun  Jul  Aug  Sep  Oct  Nov  Dec  Jan  Feb  Mar

Last Year    This Year

Average Monthly Usage for the last 12 months: 2630 kWh
Total Annual Usage for the last 12 months: 31555 kWh

📱 **Online:** www.DuquesneLight.com        📞 **Phone:** 412-393-7100

BI_POSTAL_20210415PRD.xml-98999-000003329
*Billing and meter reading details on page 3*

RONALD G LINABURG                      Account #                                Page 3 of 3

## Account Detail

924 VALLEYVIEW RD                                              Supplier Agreement ID:

### Meter Reading Usage Information

| Meter Number | | F82099020 |
|---|---|---|
| Present | 04/15/2021 Act | 13,938.0490 |
| Prior | 03/16/2021 Act | 12,678.4950 |
| Difference | | 1,259.5540 |
| Your Meter Multiplier | | 1 |
| Total kWh Used | | 1,259.5540 |

### Current Bill Details

| | | |
|---|---|---|
| DLC Rate | RS-Residential Service | |
| Price to Compare | $0.0707 / kWh | |
| **DLC Charges** | | **$106.90** |
| Customer Charge | | $12.49 |
| Distribution | 1259.5540 kWh@ $0.071693 | $90.30 |
| DSIC Surcharge | 4.01% | $4.12 |
| Pennsylvania Tax Adjustment | | -$0.01 |
| | | |
| **Supply Charges** | | **$88.99** |
| Supply | 1259.5540 kWh@ $0.051994 | $65.49 |
| Transmission | 1259.5540 kWh@ $0.018658 | $23.50 |

| Total kWh Used | 1,259.5540 | Service Charges | $195.89 |
|---|---|---|---|

## Shopping and Supplier Information

When shopping for electricity with an Electric Generation Supplier, please provide the following information:

**Supplier Agreement ID** _____

**Rate Schedule: RS-Residential Service**

The current Price to Compare is listed above in Account Detail and will change every June and December. For more information & supplier offers visit www.PAPowerSwitch.com and www.oca.state.pa.us.

## Additional Notifications

- Give to Dollar Energy Fund to help people without heat or light. Make a monthly pledge at www.duquesnelight.com or send a check to Duquesne Light Hardship Fund Donations, 411 Seventh Avenue MD 15-1, Pittsburgh, PA 15219. Your gift is tax deductible.
- A change in the Distribution System Improvement Charge, effective April 1, will increase your monthly bill by about $0.37, or less than 1%.
- Duquesne Light offers energy efficiency programs to help customers save money by conserving energy and reducing demand. To participate or to learn more about these programs, visit www.wattchoices.com.
- You can join our Budget Plan by calling us at (412) 393-7100. If eligible, the Budget Plan will begin with your next bill. For this bill, please pay the Amount Due shown.
- SIGN UP FOR AUTOPAY and learn about other convenient payment options by visiting our website www.duquesnelight.com.
- Estimated Gross Receipts Tax of $11.56 and Estimated PA State Tax of $13.32 are included in your rates.


23



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

248

DATE 4-27-21

PAY TO THE
ORDER OF    Capital One                    $ 6,277.67

Six thousand two seventy-seven 67/100        DOLLARS

**Dollar Bank**
Since 1855

MEMO _____

Pay or manage your account on our mobile app or at        Customer Service: 1-800-955-7070      See reverse for important information

 CapitalOne

Please send us this portion of your statement and only one check (or one money order) to
ensure your payment is processed promptly. Allow at least seven business days for delivery.

400035

Make a statement.
**Go paperless.**
Stop waiting for your bill to arrive
in the mail and go paperless today.

Log in to your account to make the **switch to paperless.**

Payment Due Date: **May 08, 2021**              Account Ending in ____

New Balance                Minimum Payment Due        Amount Enclosed
$6,277.67                  $62.00                     $ 6,277.67 

4085102 01 AB 0.425 **AUTO  T2 0 0413 15243-102224  -C01-P85281-I1

JUDITH K LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One®

**Professional MasterCard Account Ending i**
Mar. 15, 2021 - Apr. 13, 2021 I 30 days in Billing Cycle

## Payment Information

Payment Due Date

### May 08, 2021

For online and phone payments, the deadline is 8pm ET.

New Balance
## $6,277.67

Minimum Payment Due
## $62.00

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay: | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 19 Years | $11,385 |
| $205 | 3 Years | $7,388 |
| Estimated savings if balance is paid off in about 3 years: $3,997 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $3,927.86 |
| Payments | - $3,927.86 |
| Other Credits | - $134.01 |
| Transactions | + $6,411.68 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $6,277.67** |
| | |
| Credit Limit | $30,000.00 |
| Available Credit (as of Apr. 13, 2021) | $23,722.33 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

Rewards Balance as of
04/12/2021
387,973

Track and redeem your rewards with your mobile app or on

| Previous Balance | Earned | Redeemed |
|---|---|---|
| 434,590 | 13,389 | 60,000 |

## Account Notifications

(i)  Welcome to your account notifications. Check back here each month for important updates about your account.



**Professional MasterCard Account Ending in**
Mar. 15, 2021 - Apr. 13, 2021  |  30 days in Billing Cycle

## Transactions

Visit www.capitalone.com to see detailed transactions.

**JUDITH K LINABURG** _____ Payments, Credits and Adjustments

| Date | Description | Amount |
|---|---|---|
| Mar 19 | WALMART.COM AV8009666545AR | - $3.96 |
| Mar 30 | PAYMENT | - $3,927.86 |
| Apr 8 | BOSTON PROPER8002434300FL | - $130.05 |

**JUDITH K LINABURG** _____ Transactions

| Date | Description | Amount |
|---|---|---|
| Mar 13 | SQ *MEDITERRA CAFE MT.PittsburghPA | $97.05 |
| Mar 13 | JOSEPH TAMBELLINI RESTPITTSBURGHPA | $61.36 |
| Mar 14 | TOUCHSTONE PILATESPITTSBURGHPA | $660.00 |
| Mar 15 | WALMART.COM AV8009666546AR | $40.34 |
| Mar 15 | ALL IN GOOD TASTE PRODPITTSBURGPA | $1,694.35 |
| Mar 15 | HOMETOWN MAIL CENTERPITTSBURGHPA | $15.08 |
| Mar 16 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $40.40 |
| Mar 17 | Forefront - BloomfieldPITTSBURGHPA | $25.00 |
| Mar 17 | GIANT-EAGLE #0035PITTSBURGHPA | $5.88 |
| Mar 18 | BOSTON PROPER8002434300FL | $144.95 |
| Mar 18 | WESTPORT BIG & TALL877-937-8767NC | $187.95 |
| Mar 19 | APPLE.COM/BILL866-712-7753CA | $0.99 |
| Mar 19 | FRESH THYME #451BRIDGEVILLEPA | $87.98 |
| Mar 19 | RITE AID 10956PITTSBURGHPA | $112.11 |
| Mar 19 | ROLLIER'S HARDWAREMT. LEBANONPA | $19.18 |
| Mar 19 | IO DELIPITTSBURGHPA | $35.31 |
| Mar 21 | SQ *MEDITERRA.CAFE MT.PittsburghPA | $69.48 |
| Mar 21 | GIANT-EAGLE #0035PITTSBURGHPA | $39.41 |
| Mar 23 | LEBANON SHOPS PHARMACYPITTSBURGHPA | $14.85 |
| Mar 23 | GIANT-EAGLE #0035PITTSBURGHPA | $7.48 |
| Mar 23 | WHOLEFDS SHL #10242UPPER SAINT CPA | $61.06 |
| Mar 23 | IO DELIPITTSBURGHPA | $25.54 |
| Mar 24 | SQ *MEDITERRA CAFE MT.PittsburghPA | $37.74 |
| Mar 24 | EMILY'S HALLMARKPITTSBURGHPA | $4.27 |
| Mar 24 | GIANT-EAGLE #0035PITTSBURGHPA | $35.80 |
| Mar 26 | MRS PRINDABLES8882151100IL | $163.96 |
| Mar 26 | HOMETOWN MAIL CENTERPITTSBURGHPA | $38.75 |
| Mar 27 | SQ *MEDITERRA CAFE MT.PittsburghPA | $22.77 |

## Transactions Continued

| Date | Description | Amount |
|---|---|---|
| Mar 27 | SQ *MEDITERRA CAFE MT.PittsburghPA | $41.73 |
| Mar 29 | MACYS  SOUTH HILLSPITTSBURGHPA | $85.07 |
| Mar 29 | MACYS  SOUTH HILLSPITTSBURGHPA | $116.00 |
| Mar 30 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $42.00 |
| Mar 30 | LEBANON SHOPS PHARMACYPITTSBURGHPA | $66.07 |
| Mar 30 | WHOLEFDS SHL #10242UPPER SAINT CPA | $202.55 |
| Apr 1 | SQ *LA GOURMANDINEPittsburghPA | $20.55 |
| Apr 1 | 11 & SMALLMAN LOTPITTSBURGHPA | $5.00 |
| Apr 2 | MARKET OUTLETPITTSBURGHPA | $18.68 |
| Apr 2 | PENN AVE. FISH CO.PITTSBURGHPA | $190.15 |
| Apr 2 | SESAME INNPITTSBURGHPA | $77.04 |
| Apr 3 | WILLIAMS-SONOMA 0271MT LEBANONPA | $109.80 |
| Apr 3 | EMILY'S HALLMARKPITTSBURGHPA | $37.36 |
| Apr 3 | THE YARD GALLERIAPITTSBURGHPA | $43.26 |
| Apr 4 | Moda Operandi2127290984NY | $342.50 |
| Apr 5 | LULULEMONCOM*877-263-9300CA | $196.00 |
| Apr 5 | SENDALL CHOCOLATES7246795515PA | $108.00 |
| Apr 5 | TOADFLAXPITTSBURGHPA | $149.32 |
| Apr 6 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $37.20 |
| Apr 6 | ALLISON MCGEARY FLORIS412-2420337PA | $214.00 |
| Apr 6 | GIANT-EAGLE #0035PITTSBURGHPA | $18.79 |
| Apr 8 | PETE DONATI & SONS4128354420PA | $222.03 |
| Apr 8 | MARKET DISTRICT #0014BETHEL PARKPA | $111.21 |
| Apr 8 | WHOLEFDS SHL #10242UPPER SAINT CPA | $77.13 |
| Apr 10 | SQ *MEDITERRA CAFE MT.PittsburghPA | $82.65 |
| Apr 11 | GIANT-EAGLE #0035PITTSBURGHPA | $33.58 |
| Apr 12 | Netflix.comLos GatosCA | $14.97 |
| **JUDITH K LINABURG** _____ **Total** | | **$6,411.68** |

| | | |
|---|---|---|
| **Total Transactions for This Period** | | **$6,411.68** |

## Fees

| Date | Description | Amount |
|---|---|---|
| **Total Fees for This Period** | | **$0.00** |

Transactions continue on the back of this page

4665182-0179305-PC00000003 of 0000004-C01-b5-04T3-8528T



**Professional MasterCard Account Ending in** ____
Mar. 15, 2021 - Apr. 13, 2021 | 30 days in Billing Cycle

## Payment Information

| | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET. |
| **May 08, 2021** | |
| New Balance | Minimum Payment Due |
| **$6,277.67** | **$62.00** |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 19 Years | $11,385 |
| $205 | 3 Years | $7,388 |
| Estimated savings if balance is paid off in about 3 years: $3,997 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $3,927.86 |
| Payments | - $3,927.86 |
| Other Credits | - $134.01 |
| Transactions | + $6,411.68 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $6,277.67** |
| | |
| Credit Limit | $30,000.00 |
| Available Credit (as of Apr. 13, 2021) | $23,722.33 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

Rewards Balance as of 04/12/2021
**387,973**

| Previous Balance | Earned | Redeemed |
|---|---|---|
| 434,590 | 13,383 | -60,000 |

Track and redeem your rewards with our mobile app or on www.capitalone.com

## Account Notifications

(i) Welcome to your account notifications. Check back here each month for important updates about your account.



**Professional MasterCard Account Ending ir**
Mar. 15, 2021 - Apr. 13, 2021 | 30 days in Billing Cycle

## Transactions

Visit www.capitalone.com to see detailed transactions.

### JUDITH K LINABURG # _____ ayments, Credits and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| Mar 19 | WALMART.COM AV8009666546AR | - $3.96 |
| Mar 30 | PAYMENT | - $3,927.86 |
| Apr 8 | BOSTON PROPER8002434300FL | - $130.05 |

### JUDITH K LINABURG _____ Transactions

| Date | Description | Amount |
|------|-------------|--------|
| Mar 13 | SQ *MEDITERRA CAFE MT.PittsburghPA | $97.05 |
| Mar 13 | JOSEPH TAMBELLINI RESTPITTSBURGHPA | $61.36 |
| Mar 14 | TOUCHSTONE PILATESPITTSBURGHPA | $660.00 |
| Mar 15 | WALMART.COM AV8009666546AR | $40.34 |
| Mar 15 | ALL IN GOOD TASTE PRODPITTSBURGPA | $1,694.35 |
| Mar 15 | HOMETOWN MAIL CENTERPITTSBURGHPA | $15.08 |
| Mar 16 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $40.40 |
| Mar 17 | Forefront - BloomfieldPITTSBURGHPA | $25.00 |
| Mar 17 | GIANT-EAGLE #0035PITTSBURGHPA | $5.88 |
| Mar 18 | BOSTON PROPER8002434300FL | $144.95 |
| Mar 18 | WESTPORT BIG & TALL877-937-8767NC | $187.95 |
| Mar 19 | APPLE.COM/BILL866-712-7753CA | $0.99 |
| Mar 19 | FRESH THYME #451BRIDGEVILLEPA | $87.98 |
| Mar 19 | RITE AID 10956PITTSBURGHPA | $112.11 |
| Mar 19 | ROLLIER'S HARDWAREMT. LEBANONPA | $19.18 |
| Mar 19 | IO DELIPITTSBURGHPA | $35.31 |
| Mar 21 | SQ *MEDITERRA CAFE MT.PittsburghPA | $69.48 |
| Mar 21 | GIANT-EAGLE #0035PITTSBURGHPA | $39.41 |
| Mar 23 | LEBANON SHOPS PHARMACYPITTSBURGHPA | $14.85 |
| Mar 23 | GIANT-EAGLE #0035PITTSBURGHPA | $7.48 |
| Mar 23 | WHOLEFDS SHL #10242UPPER SAINT CPA | $61.06 |
| Mar 23 | IO DELIPITTSBURGHPA | $25.54 |
| Mar 24 | SQ *MEDITERRA CAFE MT.PittsburghPA | $37.74 |
| Mar 24 | EMILY'S HALLMARKPITTSBURGHPA | $4.27 |
| Mar 24 | GIANT-EAGLE #0035PITTSBURGHPA | $35.80 |
| Mar 26 | MRS PRINDABLES8882151100IL | $163.96 |
| Mar 26 | HOMETOWN MAIL CENTERPITTSBURGHPA | $38.75 |
| Mar 27 | SQ *MEDITERRA CAFE MT.PittsburghPA | $22.77 |

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Mar 27 | SQ *MEDITERRA CAFE MT.PittsburghPA | $41.73 |
| Mar 29 | MACYS SOUTH HILLSPITTSBURGHPA | $85.07 |
| Mar 29 | MACYS SOUTH HILLSPITTSBURGHPA | $116.00 |
| Mar 30 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $42.00 |
| Mar 30 | LEBANON SHOPS PHARMACYPITTSBURGHPA | $66.07 |
| Mar 30 | WHOLEFDS SHL #10242UPPER SAINT CPA | $202.55 |
| Apr 1 | SQ *LA GOURMANDINEPittsburghPA | $20.55 |
| Apr 1 | 11 & SMALLMAN LOTPITTSBURGHPA | $5.00 |
| Apr 2 | MARKET OUTLETPITTSBURGHPA | $18.68 |
| Apr 2 | PENN AVE. FISH CO.PITTSBURGHPA | $190.15 |
| Apr 2 | SESAME INNPITTSBURGHPA | $77.04 |
| Apr 3 | WILLIAMS-SONOMA 0271MT LEBANONPA | $109.80 |
| Apr 3 | EMILY'S HALLMARKPITTSBURGHPA | $37.36 |
| Apr 3 | THE YARD GALLERIAPITTSBURGHPA | $43.26 |
| Apr 4 | Moda Operandi2127290984NY | $342.50 |
| Apr 5 | LULULEMONCOM*877-263-9300CA | $196.00 |
| Apr 5 | SENDALL CHOCOLATES7246795515PA | $108.00 |
| Apr 5 | TOADFLAXPITTSBURGHPA | $149.32 |
| Apr 6 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $37.20 |
| Apr 6 | ALLISON MCGEARY FLORIS412-2420337PA | $214.00 |
| Apr 6 | GIANT-EAGLE #0035PITTSBURGHPA | $18.79 |
| Apr 8 | PETE DONATI & SONS4128354420PA | $222.00 |
| Apr 8 | MARKET DISTRICT #0014BETHEL PARKPA | $111.21 |
| Apr 8 | WHOLEFDS SHL #10242UPPER SAINT CPA | $77.13 |
| Apr 10 | SQ *MEDITERRA CAFE MT.PittsburghPA | $82.65 |
| Apr 11 | GIANT-EAGLE #0035PITTSBURGHPA | $33.58 |
| Apr 12 | Netflix.comLos GatosCA | $14.97 |
| JUDITH K LINABURF _____ otal | | $6,411.68 |
| **Total Transactions for This Period** | | **$6,411.68** |

## Fees

| Date | Description | Amount |
|------|-------------|--------|
| **Total Fees for This Period** | | **$0.00** |

Transactions continue on the back of this page

```
                          I N V O I C E
                          --------------
```

FILE #:                    DATE: 04/01/2021              PAGE     1
INVOICE #:                 PO#

REMIT TO: MAROADI TRANSFER & STORAGE, INC
          1801 LINCOLN HIGHWAY, RT. 30

          NORTH VERSAILLES, PA  15137

BILL TO:  DR. RONALD LINABURG
          924 VALLEYVIEW ROAD

          PITTSBURGH, PA  15243

SHIPPER: RONALD G. LINABURG              CUSTOMER:
STORAGE FROM 04/01/2021  TO 04/30/2021

| ITEM | DESCRIPTION | MONTHS | GROSS | RATE | PER | NET |
|------|-------------|--------|-------|------|-----|-----|
| SSTORAGE | STORAGE CHARGE | 1 | 0.00 | 0.00 | | 130.00 |

                                         CURRENT CHARGES:      130.00

                                         TOTAL CHARGES:        130.00

           THANK YOU FOR USING OUR MOVING AND STORAGE COMPANY



           RETURN COPY OF INVOICE WITH YOUR CHECK

# Rivertech Tax Preparation, LLC
### 26 S. 27th Street, PO Box 4274

### 412-381-0910
### 412-381-4259 (Fax)

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/19/2021 | |

**Bill To:**

Linaburg, Ronald
924 Valleyview Rd
Pittsburgh, PA  15243

| Terms |
|-------|
| 30 Days |

| Item | Service Date | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 600 | 4/11/2021 | Preparation of Monthly Operating Report for month ending March 31, 2021, and coordination of filing report with the United States Bankruptcy Court Western District of Pennsylvania | | 275.00 | 275.00 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA  15243-1022

250

8-7438
2430

DATE 4-27-21

PAY TO THE ORDER OF  Rivertech Prep    $ 275.00

Two hundred seventy five XX/100    DOLLARS

**Dollar Bank.**
Since 1855

MEMO

| | Payments/Credits | $0.00 |
|---|---|---|
| **Please send payments to** 26 S. 27th Street, PO Box 4274, Pittsburgh, PA  15203 | **Balance Due** | **$275.00** |

Please make checks payable to Rivertech Tax Preparation, LLC. . If you wish to make payments with a credit card, we accept Visa, MasterCard, Discover and American Express.

Name on Card:_____

Card #: _____Exp. Date. _____

# Statement



**SCCC**

2300 OLD WASHINGTON ROAD
UPPER ST. CLAIR, PA 15241-2428
PHONE: 1-412-833-5550 • FAX: 1-412-833-9515

Dr Ronald G Linaburg
924 Valleyview Road
Pittsburgh Pa 15243



Mar 31/21
DATE

AMOUNT PAID $ _____ **634.50**

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

| DATE | REF. NO. | DESCRIPTION | AMOUNT | SVC. CHG. | TAX | TOTAL |
|------|----------|-------------|--------|-----------|-----|-------|
| | | Balance Forward | | | | 48.00 |
| Mar 29/21 | 235 | Ref. 235 - Payment Received - | | | | -48.00 |
| Mar 31/21 | | Dues - Emeritus | 557.50 | 0.00 | 0.00 | 557.50 |
| Mar 31/21 | | Emeritus Capital Dues | 50.00 | 0.00 | 0.00 | 50.00 |
| Mar 31/21 | | Monthly Service Fee | 27.00 | 0.00 | 0.00 | 27.00 |
| | | | 634.50 | 0.00 | 0.00 | 634.50 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

251

8-7438
2430

DATE 4-27-21

PAY TO THE
ORDER OF _SCCC_ | $ 634.50

_Six hundred thirty four 50/100_ DOLLARS

**Dollar Bank**
Since 1855

MEMO

| CREDIT BOOK BALANCE | CURRENT BALANCE | 30 DAYS BALANCE | 60 DAYS BALANCE | 90 DAYS BALANCE | AMOUNT DUE |
|---------------------|-----------------|-----------------|-----------------|-----------------|------------|
| 0.00 | 634.50 | 0.00 | 0.00 | 0.00 | 634.50 |

CLUB DUES, ASSESSMENTS AND SIMILAR PAYMENTS TO ST. CLAIR COUNTRY CLUB ARE NOT DEDUCTIBLE
AS CHARITABLE CONTRIBUTIONS FOR FEDERAL INCOME TAX PURPOSES.

Club dues, assessments, and similar charges are due on the last day of the month following the statement date.
A late charge will be assessed for payments received after the due date.

Office of the U. S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222-3715

412-644-4756

0004927
**********AUTO**MIXED AADC 170
LINABURG, RONALD G
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

Page 1 of 1      Rev. 01/

Account No.: _____
Process Date: 04-05-21



UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

| See Instructions |
| On Reverse Side |

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|------|-------------|--------|
| 01-07-21 | Balance Forward | 975.00 |
| 01-29-21 | Payment from Lock Box | 975.00- |
| 04-05-21 | Quarter 1, 2021 Fee Due {Disbursements = $145,493.} (6) | 975.00 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

252

DATE 4-27-21

PAY TO THE ORDER OF _US Dept Justice US Trustee Program_ $ 975,00

_Nine hundred seventy five_ XX/100 ___ DOLLARS

**Dollar Bank** Since 1855

MEMO _Quarter 1, 2021 Fee_

|  |
|--|
| 975.00 |

----- fold and tear -----                                                                                              fold and tear -----

DISBURSEMENTS STUB: Enter information, sign, detach, and return this stub in the window envelope.

ADDRESS STUB: Print address correction on reverse side. Place an "X" in the box if a correction is entered. ☐

Failure to file monthly operating reports may result in a motion filed by the U.S. Trustee office to convert or dismiss the case. In the section below, enter the disbursements for months/years that are missing monthly operating reports or disbursement information. For post-confirmation cases, consult the local U. S. Trustee office for the case regarding whether monthly or quarterly reports are required; if quarterly, enter the entire quarter's disbursement data in the last month of the quarter and write a "Q" after it. Round to nearest dollar. This is not a substitute for filing the required report.

**LINABURG, RONALD G**   Account Number: 1 _____

RONALD G. LINABURG
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

252

DATE 4-27-21

PAY TO THE ORDER OF US Dept Justice US Trustee Program   $ 975.00

Nine hundred seventy five xx/100   DOLLARS

**Dollar Bank** Since 1855 #

MEMO Quarter 1, 2021 Fee

---

QUARTERLY FEE PAYMENT STUB: Enter amount enclosed, detach, and return this stub with your payment to: U.S. Trustee Payment Center.

Account Number:

Amount Enclosed
$ 975.00

Make check payable to U.S. Trustees.
Write the Account Number on the check.

Anything other than the check and payment form sent to the bo
address will be destroyed (such material should be sent to the
local U.S. Trustee office for the case).

LINABURG, RONALD G
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

U.S. Trustee Payment Center
P.O. Box 6200-19
Portland, OR 97228-6200

0004927

DISBURSEMENTS STUB: Enter information, sign, detach, and return this stub in the window envelope.

ADDRESS STUB: Print address correction on reverse side. Place an "X" in the box if a correction is entered.    ☐

Failure to file monthly operating reports may result in a motion filed by the U.S. Trustee office to convert or dismiss the case. In the section below, enter the disbursements for months/years that are missing monthly operating reports or disbursement information. For post-confirmation cases, consult the local U. S. Trustee office for the case regarding whether monthly or quarterly reports are required; if quarterly, enter the entire quarter's disbursement data in the last month of the quarter and write a "Q" after it. Round to nearest dollar. This is not a substitute for filing the required report.

**LINABURG, RONALD G**    Account Number: █

I certify under penalty of perjury that to the best of my knowledge the above disbursement information is true and correct.

Signature _____    Date    4-27-21

Fold and tear

Linaburg, Ronald G.                                          Case No.  20-22898-

　　　　　　Debtor                                    CMB Reporting Period:___04-30-2021___

**Thomas, Joseph Martin**                           Case No.  20-10334-TPA

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| TRANSFER FROM SCHWAB ACCOUNT | 25,000.00 | 225,000.00 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Linaburg, Ronald G.                                    Case No.  20-22898-

                     Debtor                            CMB Reporting Period:   04-30-2021

## STATUS OF POSTPETITION TAXES

Thomas, Joseph Martin                                  Case No. 20-10334-TPA

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0.00 | | | | | 0.00 |
| FICA-Employee | 0.00 | | | | | 0.00 |
| FICA-Employer | 0.00 | | | | | 0.00 |
| Unemployment | 0.00 | | | | | 0.00 |
| Income | 0.00 | | | | | 0.00 |
| Other: | 0.00 | | | | | 0.00 |
| Total Federal Taxes | **0.00** | | | | | **0.00** |
| **State and Local** | | | | | | |
| Withholding | 0.00 | | | | | 0.00 |
| Sales | 0.00 | | | | | 0.00 |
| Excise | 0.00 | | | | | 0.00 |
| Unemployment | 0.00 | | | | | 0.00 |
| Real Property | 0.00 | | | | | 0.00 |
| Personal Property | 0.00 | | | | | 0.00 |
| Other: | 0.00 | | | | | 0.00 |
| Total State and Local | **0.00** | | | | | **0.00** |
| **Total Taxes** | **0.00** | | | | | **0.00** |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:    Dollar Bank Principal _ Jan 21 | | | | | | |
| Other:    Chilren's support payment | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

_____

_____

_____

_____

*"Insider" is defined in 11 U.S.C. Section 101(31).                      FORM MOR-4
                                                                          (9/99)

Linaburg, Ronald G.

       Debtor

**Case No. 20-22898-**

**CMB Reporting Period:**    04-30-2021

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0.00 |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | 0.00 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0.00 |
| 31 - 60 days old | 0.00 |
| 61 - 90 days old | 0.00 |
| 91+ days old | 0.00 |
| Total Accounts Receivable | 0.00 |
| Amount considered uncollectible (Bad Debt) | 0.00 |
| Accounts Receivable (Net) | 0.00 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)