**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 20-22898-CMB |
| | : | |
| RONALD G. LINABURG, | : | Chapter 11 |
| | : | |
| Debtor. | : | Related to Doc. Nos. 134, 135, 198, 201, 204, and 207 |
| | : | |

**STIPULATION AND CONSENT ORDER
EXTENDING DEADLINES AND CONTINUING HEARINGS**

Creditors, Diana M. Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D. (collectively, the "**Creditors**"), and the Debtor, Ronald G. Linaburg ("**Debtor**"), file this Stipulation and Consent Order Extending Deadlines and Continuing Hearings (the "**Stipulation**").

WHEREAS, on March 10, 2021, the Creditors filed their (1) Motion for Leave to File Objections to Exemptions (the "**Exemptions Motion**") [Doc. No. 134], and (2) Motion to Extend Time to Object to Dischargeability and/or Discharge ("**Dischargeability Motion**") [Doc. No. 135];

WHEREAS, a continued hearing to consider the Exemptions Motion and the Dischargeability Motion is scheduled before this Court on May 26, 2021, at 2:30 p.m.;

WHEREAS, on April 30, 2021, the Debtor filed an objection to the proofs of claim filed by Diana Marie Dongell, D.M.D [Doc. No. 198], Renee R. Kalp, D.M.D. [Doc. No. 201], Ronald E. Hand, D.M.D. [Doc. No. 204], and Rebecca L. Watkins, D.M.D. [Doc. No. 207] (collectively, the "**Claim Objections**");

WHEREAS, the deadline to file a response to the Claim Objections expires on May 17, 2021, and a hearing to consider the Claims Objections is scheduled on June 10, 2021, at 1:30 p.m.;

WHEREAS, the Debtor and the Creditors have consensually agreed to participate in mediation of all disputes between the parties; and

WHEREAS, the Debtor and the Creditors agree that the deadlines and/or hearing dates scheduled with respect to the Exemptions Motion, Dischargeability Motion, and Claims Objections should be extended.

WHEREAS, the Debtor and the Creditors are currently engaged in settlement discussions and the parties believe that their efforts are best spent focused on settlement efforts instead of litigation;

AND NOW, based upon the foregoing, and with the Parties intending to be legally bound, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The deadline for the Creditors to answer or otherwise respond to the Claims Objections is hereby extended to July 16, 2021.

2. The hearing to consider the Exemptions Motion and Dischargeability Motion set for May 26, 2021 at 2:30 p.m. is CANCELLED.

3. The hearing to consider the Claims Objection set for June 10, 2021 at 1:30 p.m. is CANCELLED.

4. A status conference to discuss and update the Court regarding the Exemptions Motion, Dischargeability Motion, the Claims Objection, and settlement efforts shall be held on July 27, 2021 at 1:30 p.m. before the Honorable Carlota M. Bohm.

IT IS SO ORDERED:

*[signature: Carlota M. Böhm]*

CARLOTA M. BÖHM, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
5/19/21 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

TADMS:5516575-1 035921-190522      2

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| THOMPSON LAW GROUP, P.C. | TUCKER ARENSBERG, P.C. |
| */s/ Brian C. Thompson* | */s/ Michael A. Shiner* |
| Brian C. Thompson, Esquire | Michael A. Shiner, Esquire |
| PA ID No. 91197 | PA ID No. 78088 |
| bthompson@thompsonattorney.com | mshiner@tuckerlaw.com |
| 125 Warrendale-Bayne Rd., Ste 200 | Maribeth Thomas, Esquire |
| Warrendale, Pennsylvania 15086 | PA ID No. 208376 |
| Phone: (724) 799-8404 | mthomas@tuckerlaw.com |
| Fax: (724) 799-8409 | 1500 One PPG Place |
| | Pittsburgh, Pennsylvania 15222 |
| *Counsel for Ronald G. Linaburg* | Phone: (412) 566-1212 |
| | Fax: (412) 549-5619 |
| Dated: May 18, 2021 | |
| | *Counsel for Diana M. Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D.* |
| | Dated: May 18, 2021 |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22898-CMB |
| Ronald G Linaburg | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: May 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

**Recip ID        Recipient Name and Address**
db              + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021           Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:**

**Name                         Email Address**

Brian C. Thompson
    on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian C. Thompson
    on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Donna M. Donaher
    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com  cnoroski@grblaw.com

Jodi Hause, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov

Case 20-22898-CMB    Doc 227    Filed 05/21/21    Entered 05/22/21 00:39:48    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John R. O'Keefe, Jr.
   on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
   on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
   on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
   on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
   on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
   on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
   on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
   on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
   on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
   on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
   on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
   on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
   on behalf of Creditor Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
   on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Michael A. Shiner
   on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
   on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
   on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Robert O Lampl
   on behalf of Interested Party William T. Kane rol@lampllaw.com jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Roger P. Poorman
   on behalf of Creditor Dollar Bank  Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 28