# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 20-22898-CMB |
| RONALD G. LINABURG, | Chapter 11 |
| Debtor. | Related to Doc. Nos. 134, 135, 198, 201, 204, 207 |
| RONALD G. LINABURG, | |
| Plaintiff, | Adv. No. 21-2037-CMB |
| v. | Related to Doc. No. 1 |
| DIANA M. DONGELL, D.M.D., RONALD E. HAND, D.M.D., REBECCA L. WATKINS, D.M.D., and RENEE R. KALP, D.M.D., | |
| Defendants. | |

## ORDER

**AND NOW,** this **19th** day of **May, 2021**, whereas Diana M. Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D. (collectively, the "Creditors") and Ronald G. Linaburg ("Debtor," together with the Creditors, the "Parties") have agreed to proceed to mediation to resolve all issues in dispute, and whereas this Court finds that mediation is appropriate and directs mediation to occur pursuant to W.PA.LBR 9019-2,

It is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Parties and their counsel are ordered to participate in mediation.

2. The Parties participating in mediation must have full authority to negotiate and settle the matters.

1

3. The Court directs the Parties to attend mediation with the object of fully resolving all of their disputes, including the *Motion for Leave to File Objection to Debtor's Exemptions* (Doc. No. 134), *Motion to Extend Deadline to Object to Dischargeability and/or Discharge* (Doc. No. 135), *Debtor's Objection to Proof of Claim No. 11* (Doc. No. 198), *Debtor's Objection to Proof of Claim No. 12* (Doc. No. 201), *Debtor's Objection to Proof of Claim No. 13* (Doc. No. 204), *Debtor's Objection to Proof of Claim No. 14* (Doc. No. 207), and the *Complaint for Violation of the Automatic Stay and for Contempt of Court* (Adv. No. 21-2037, Doc. No. 1).[1] **Although in-person mediation is typically required, upon consultation with the mediator, alternative methods of mediation may be pursued due to the current public health issues and social distancing recommendations.**

4. The Parties are directed to cooperate in selecting a mediator from the Court's Register and scheduling mediation consistent with this Order.

5. Should the Parties fail to agree upon the selection of a mediator on or before **May 25, 2021,** the Parties shall advise the Court <u>**immediately**</u> by filing a joint motion requesting appointment of a mediator. Thereafter, the Court will appoint a mediator.

6. The Parties shall enter into a written fee/expense agreement with the mediator, which the mediator shall submit to this Court for approval on or before **June 1, 2021.**

7. The Creditors and the Debtor shall share equally (50/50) all fees and expenses of the mediator *unless* otherwise agreed. All fees and costs incurred by the Mediator shall be paid by the respective Parties on or before fifteen days following the date of receipt of the Mediator's invoice.

8. Each Party is directed to come to mediation with a good faith offer of settlement.

---

[1] Unless otherwise noted, the citations refer to filings at Bankruptcy No. 20-22898-CMB.

9. Mediation shall take place no later than **June 29, 2021.** In the event additional time is required, the Parties shall seek an extension of time from this Court and advise if all Parties consent to an extension of time.

10. Willful failure to attend any mediation conference and any other material violation of this Court's Local Rules regarding mediation may result in the imposition of sanctions pursuant to W.PA.LBR 9019-4.

11. Mediation is confidential as set forth in W.PA.LBR 9019-5.

12. On or before **July 1, 2021,** Counsel for the Creditors, *after consultation with Debtor's counsel*, shall file a **joint** status report identifying what matter(s) have been resolved and/or narrowed and what matter(s) remain in dispute, if any. Failure to timely file the status report may result in the rescheduling of the status conferences, currently set for July 27, 2021, at 1:30 P.M. to a later date.

13. Except for mediation, all activity related to these matters is **STAYED** pending further Order of Court. To the extent the Parties agree that continued discovery would be helpful to the ongoing mediation, discovery may proceed.

14. At the status conferences on July 27, 2021, the Court will address, *inter alia*, the outcome of mediation and, if necessary, the need to reset deadlines and how the parties wish to proceed to the extent mediation was unsuccessful. The status conferences may be cancelled and/or rescheduled if the parties advise the Court that a settlement has been reached or additional time is requested in order to finalize a settlement.

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
5/19/21 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

3

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-22898-CMB

Ronald G Linaburg     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2

Date Rcvd: May 19, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com  cnoroski@grblaw.com |
| Jodi Hause, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov |

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John R. O'Keefe, Jr.
    on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert O Lampl
    on behalf of Interested Party William T. Kane rol@lampllaw.com jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Roger P. Poorman
    on behalf of Creditor Dollar Bank  Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 28