IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No. 20-22898-CMB |
| RONALD G. LINABURG, | : |
| | : Chapter 11 |
| Debtor. | : |
| | : |
| RONALD G. LINABURG, | : Related to Doc. No. 230 |
| | : |
| Movant, | : |
| | : |
| v. | : |
| | : |
| DIANA M. DONGELL, D.M.D., | : |
| RONALD E. HAND, D.M.D., | ; |
| REBECCA L. WATKINS, D.M.D, and | : |
| RENEE R. KALP, D.M.D, | : |
| | : |
| Respondents. | : |

## CERTIFICATE OF SERVICE

I, Michael A. Shiner, hereby certify that I served or caused to be served a copy of the Respondents' *Objection to Debtor's Emergency Motion to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362*, on May 25, 2021, upon all parties in interest via the Court's CM/ECF notification system and, on May 26, 2021, upon the following parties via First Class U.S. Mail, postage prepaid, at the addresses listed below.

| | | |
|---|---|---|
| Ronald G. Linaburg | Brian C. Thompson | Jodi Hause, Esq. |
| 924 Valleyview Road | Thompson Law Group, P.C. | Office of the U.S. Trustee |
| Pittsburgh, PA 15243 | 125 Warrendale Bayne Rd, Ste 200 | Suite 960, Liberty Center |
| | Warrendale, PA 15086 | 1001 Liberty Avenue |
| *Debtor* | | Pittsburgh, PA 15222 |
| | *Debtor's Counsel* | |
| | | *United States Trustee* |

Dated: May 26, 2021

TUCKER ARENSBERG, P.C.

*/s/ Michael A. Shiner*
Michael A. Shiner, Esq.
PA ID No. 78088
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
Phone:  (412) 566-1212
mshiner@tuckerlaw.com

*Counsel for Diana M. Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D.*