**PROCEEDING MEMO**

**Date: 05/26/2021 01:00 pm**

**In re:  Ronald G Linaburg**

Bankruptcy No. 20-22898-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 224

**Appearances: Brian C. Thompson, Michael Shiner, Jodi Hause, John O'Keefe**

**Nature of Proceeding: #224 Emergency Motion To Enforce The Automatic Stay Pursuant To 11 U.S.C. Section 362**

**Additional Pleadings: #230 Objecftion by Diana Marie Dongell, D.M.D., Ronald E. Hand, D.M.D., Renee R. Kalp, D.M.D., and Rebecca L. Watkins, D.M.D.**

**Judge's Notes:**
OUTCOME: Continued to 6/2 at 10:00 am.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
5/27/21 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA