## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 20-22898-CMB |
| | : | |
| RONALD G. LINABURG, | : | Chapter 11 |
| | : | |
| Debtor. | : | Related to Doc. Nos. 134, 135, 198, 201, |
| | : | 204, 207, and 222 |
| | : | |
| RONALD G. LINABURG, | : | |
| | : | |
| Plaintiff, | : | Adv No. 21-2037-CMB |
| | : | |
| v. | : | Related to Doc. Nos. 1 and 14 |
| | : | |
| DIANA M. DONGELL, D.M.D., | : | |
| RONALD E. HAND, D.M.D., | : | |
| REBECCA L. WATKINS, D.M.D., and | : | |
| RENEE R. KALP, D.M.D., | : | |
| | : | |
| Defendants. | : | |

## ORDER APPOINTING MEDIATOR

AND NOW, this <u>26th</u> day of May, 2021, upon consideration of the Joint Motion to Appoint Mediator (the "**Motion**"), filed by the Debtor and Diana M. Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D. (collectively, the "**Parties**"), it is hereby ORDERED, ADJUDGED, and DECREED that:

1.   <u>William Kelleher</u> is appointed as the Mediator in the ongoing disputes between the Parties under the Mediation Program for the Western District of Pennsylvania and the applicable local bankruptcy rules.

TADMS:5517914-1 035921-190522

2.    The Parties shall fully comply with the Court's Mediation Order dated May 19,

2021 filed at Doc. No. 222 in Case No. 20-22898-CMB and Doc. No. 14 in Adv. No. 21-2037-

CMB.

SO ORDERED:

CARLOTA M. BÖHM, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
5/26/21 8:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

TADMS:5517914-1 035921-190522                             2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 20-22898-CMB

Ronald G Linaburg                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: gamr                                      Page 1 of 2
Date Rcvd: May 26, 2021                 Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021                      Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com  cnoroski@grblaw.com |
| Jodi Hause, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov |

David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John R. O'Keefe, Jr.

on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas

on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas

on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas

on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas

on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas

on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas

on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas

on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas

on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner

on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner

on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com

Michael A. Shiner

on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner

on behalf of Creditor Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner

on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Michael A. Shiner

on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner

on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner

on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Robert O Lampl

on behalf of Interested Party William T. Kane rol@lampllaw.com
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholm
quist@lampllaw.com;kmonahan@lampllaw.com

Roger P. Poorman

on behalf of Creditor Dollar Bank  Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 28