IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | |
| Debtor, | ) | Chapter 11 |
| | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | Document No. 224 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Diana M. Dongell, D.M.D., | ) | |
| Ronald E. Hand, D.M.D., | ) | |
| Rebecca L. Watkins, D.M.D., and | ) | |
| Renee R. Kalp, D.M.D., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER ON MOTION TO ENFORCE AUTOMATIC STAY

On this 27th day of May, 2021, this matter being before the Court on Debtors' Emergency Motion to Enforce the Automatic Stay Pursuant to 11 U.S.C. §362, it is hereby ORDERED that the deposition of Debtor is hereby STAYED until further Order of Court. A Continued Hearing on this Motion is Continued to June 2, 2021, at 10:00 a.m. via Zoom Video Conference Application.

_____
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
5/27/21 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-22898-CMB
Ronald G Linaburg  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: gamr  Page 1 of 2
Date Rcvd: May 27, 2021  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

**Recip ID    Recipient Name and Address**
db    + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:**

**Name    Email Address**

Brian C. Thompson
    on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian C. Thompson
    on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Donna M. Donaher
    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com cnoroski@grblaw.com

Jodi Hause, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov

Case 20-22898-CMB    Doc 236    Filed 05/29/21    Entered 05/30/21 00:33:41    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: pdf900 | Total Noticed: 1 |

David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

**John R. O'Keefe, Jr.**
on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

**Keri P. Ebeck**
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

**Maria Miksich**
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

**Maribeth Thomas**
on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

**Maribeth Thomas**
on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

**Maribeth Thomas**
on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

**Maribeth Thomas**
on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

**Maribeth Thomas**
on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

**Maribeth Thomas**
on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

**Maribeth Thomas**
on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

**Maribeth Thomas**
on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

**Michael A. Shiner**
on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

**Michael A. Shiner**
on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com

**Michael A. Shiner**
on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

**Michael A. Shiner**
on behalf of Creditor Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

**Michael A. Shiner**
on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

**Michael A. Shiner**
on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

**Michael A. Shiner**
on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

**Michael A. Shiner**
on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Robert O Lampl**
on behalf of Interested Party William T. Kane rol@lampllaw.com
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

**Roger P. Poorman**
on behalf of Creditor Dollar Bank  Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com

**S. James Wallace**
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 28