# PROCEEDING MEMO

Date: 06/02/2021 10:00 am

In re:    Ronald G Linaburg

Bankruptcy No. 20-22898-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 224

**Appearances:** Brian C. Thompson, Michael Shiner

**Nature of Proceeding:** #224 Continued Hearing Re: Emergency Motion To Enforce The Automatic Stay

**Additional Pleadings:** #222 Mediation Order Signed 05/19/2021
 #229 Joint Motion To Appoint Mediator
 #230 Objection by Diana Marie Dongell, D.M.D.; Ronald E. Hand, D.M.D.; Renee R. Kalp, D.M.D.; and Rebecca L. Watkins, D.M.D.
 #231 Order Signed 05/26/2021 Granting Docket #229 - William Kelleher is appointed as the Mediator in the ongoing disputes between the Parties under the Mediation Program for the Western District of Pennsylvania and the applicable local bankruptcy rules.   The Parties shall fully comply with the Court's Mediation Order dated 05/19/2021 filed at Doc. No. 222 in Case No. 20-22898-CMB and Doc. No. 14 in Adv. No. 21-20137-CMB
 #233 Order Signed 05/27/2021 - It is hereby ORDERED that the deposition of Debtor is hereby STAYED until further Order of Court.  A Continued Hearing on #224 is Continued to 06/02/2021 at 10:00 a.m. via Zoom
 #234 Proceeding Memo from 05/26/2021 Hearing - Continued to 06/02/2021 at 10:00 a.m. via Zoom

**Judge's Notes:**
OUTCOME: Denied without prejudice. Order entered.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
6/2/21 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA