**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Ronald G. Linaburg,                  :                    Case No.: 20-22898-CMB
                                             :
                                             :                    Reporting Period:  May, 2021
                                             :
                                             :                    Chapter 11


<u>**MONTHLY OPERATING REPORT**</u>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Linaburg, Ronald G.

Case No. 20-22898-CMB

Reporting Period:  05-31-2021

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | X |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | X |
| Bank Reconciliation | | X | X |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | X |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | X |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          6 -14-2021
Signature of Debtor                                         Date

_____          _____
Signature of Joint Debtor                                  Date

_____          6 - 14 - 2021
Signature of Preparer                                      Date

Barry P. Cox, CPA
_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Linaburg, Ronald G.

Debtor

**Case No. 20-22898-**

**CMB Reporting Period:** 05-31-2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Thomas, Joseph Martin    Case No. 20-10334-TPA

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 14,484.69 | 250.00 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,649.00 | 21,085.15 |
| Sale of Assets | | |
| Other Income (attach schedule) | 35,000.00 | 260,000.00 |
| **Total Receipts** | 37,649.00 | 281,085.15 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 803.80 | 7,488.08 |
| Insurance | | 19,581.96 |
| Auto Expense | 285.46 | 3,737.93 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 7,171.86 |
| Medical Expenses | 758.75 | 7,489.36 |
| Household Expenses | 4,245.34 | 58,476.44 |
| Charitable Contributions | | 5,240.00 |
| Child Support Payments | 9,611.80 | 37,159.00 |
| Taxes - Real Estate | 10,153.11 | 13,084.07 |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 4,224.50 |
| Gifts | | 32,669.17 |
| Other (attach schedule)       SCHEDULE 1 | 563.19 | 38,908.54 |
| Total Ordinary Disbursements | 26,421.45 | 235,230.91 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 275.00 | 18,717.00 |
| U. S. Trustee Fees | | 1,950.00 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 275.00 | 20,667.00 |
| **Total Disbursements  (Ordinary  +  Reorganization)** | 26,696.45 | 255,897.91 |
| **Net Cash Flow (Total Receipts  -  Total Disbursements)** | 10,952.55 | 25,187.24 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 25,437.24 | 25,437.24 |

FORM MOR-I(INDV)
(9/99)

**FORM MOR-1 (INDV)**
**SCHEDULE 1**
**OTHER ORDINARY DISBURSEMENTS**

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Bank and Wire Fees | 18.00 | 219.00 |
| Credit Card Annual Fee | - | 550.00 |
| Telephone | 545.19 | 3,551.54 |
| Children Tuition/Education | - | 34,588.00 |
| **Total Other Ordinary Disbursements** | **563.19** | **38,908.54** |

## RONALD G. LINABURG DIP ACCOUNT
## Monthly Bank Reconciliation

Bank Statement Date:    6/4/2021

Ending Balance from Bank Statement                                    $25,673.99

Add Deposits in Transit:

| Deposit Date | Amount | Deposit Date | Amount |
|---|---|---|---|
| | $0.00 | | $0.00 |
| | $0.00 | | $0.00 |
| | $0.00 | | $0.00 |
| | $0.00 | | $0.00 |
| | $0.00 | | $0.00 |

**Total Deposits in Transit**                                        **$0.00**

**Subtotal**                                                         **$25,673.99**

Subtract Outstanding Checks:

| Check Number | Amount | Check Number | Amount |
|---|---|---|---|
| 110 | $130.00 | | |
| 263 | $106.75 | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |

**Total Outstanding Checks**                                         **$236.75**

**Computed Book Balance**                                            **$25,437.24**

Balance per Your Books                                               $25,437.24

**Difference**                                                       **$0.00**

Page 1



RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

ACCOUNT NUMBER:
STATEMENT DATE:          05/05/21 THRU 06/04/21
VIRGINIA MANOR
1717 COCHRAN ROAD

(412) 531-2422

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| FREE CHKG | 16,354.19 | 28,329.20 | 37,649.00 | 25,673.99 | 17,170.42 | 0.00% | 0.00 |

### SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 249 | 130.00 | 254 | 74.75 | 260 | 25.00 | 266 | 3,000.00 |
| 251 * | 634.50 | 255 | 25.00 | 262 * | 350.99 | 267 | 3,000.00 |
| 252 | 975.00 | 256 | 251.48 | 264 * | 10,153.11 | | |
| 253 | 126.58 | 259 * | 3,611.80 | 265 | 275.00 | | |

### FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 05/05 | CHK | 252  SEQ#  18003230 | 975.00 | 05/25 | ECK | VERIZON | 266.46 |
| 05/05 | CHK | 249  SEQ#  18003877 | 130.00 | | | PAYMENTS CK# 0257 | |
| 05/06 | CHK | 251  SEQ#  17000744 | 634.50 | 05/26 | CHK | 260  SEQ#  18007612 | 25.00 |
| 05/19 | DIR | SSA  TREAS 310 | 2,649.00+ | 05/28 | CHK | 265  SEQ#  18014614 | 275.00 |
| | | XXSOC SEC | | 06/01 | WIR | DEP-WIRE DOMESTIC | 35,000.00+ |
| 05/21 | CHK | 253  SEQ#  18013181 | 126.58 | 06/01 | FEE | INCOMING WIRE | 18.00 |
| 05/21 | CHK | 254  SEQ#  18016388 | 74.75 | 06/01 | ECK | CAPITAL ONE ARC | 5,132.80 |
| 05/24 | CHK | 259  SEQ#  16008775 | 3,611.80 | | | CHECK PYMT CK# 0261 | |
| 05/24 | CHK | 256  SEQ#  18010834 | 251.48 | 06/01 | CHK | 262  SEQ#  18003358 | 350.99 |
| 05/24 | CHK | 255  SEQ#  18013200 | 25.00 | 06/03 | CHK | 264  SEQ#  18000988 | 10,153.11 |
| 05/25 | ECK | AT&T Services | 278.73 | 06/04 | CHK | 266  SEQ#  18008716 | 3,000.00 |
| | | CHECKPAYMT CK# 0258 | | 06/04 | CHK | 267  SEQ#  18008717 | 3,000.00 |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |



PAGE    2

ACCOUNT BALANCES MAINTAINED DURING MAY
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING SAVINGS MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $12,328.89 | $15,303.41 | $0.00 | $0.00 | $15,303.41 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK

Ronald G Linaburg DIP account
May check disbursements

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 5/19/2021 | 253 | Peoples | 126.58 |
| 5/19/2021 | 254 | Jordan Tax Service | 74.75 |
| 5/19/2021 | 255 | Quest Diagnostics | 25.00 |
| 5/19/2021 | 256 | Pennsylvania American Water | 251.48 |
| 5/19/2021 | 257 | Verizon | 266.46 |
| 5/19/2021 | 258 | AT&T | 278.73 |
| 5/22/2021 | 259 | Dollar Bank | 3,611.80 |
| 5/22/2021 | 260 | Quest Diagnostics | 25.00 |
| 5/24/2021 | 261 | Capital One | 5,132.80 |
| 5/24/2021 | 262 | Duquesne Light Co | 350.99 |
| 5/24/2021 | 263 | Metro Dry Cleaners | 106.75 |
| 5/26/2021 | 264 | City of Philadelphia | 10,153.11 |
| 5/26/2021 | 265 | Rivertech Tax Preparation | 275.00 |
| 5/26/2021 | 266 | Taylor Linaburg | 3,000.00 |
| 5/26/2021 | 267 | Matthew Linaburg | 3,000.00 |

26,678.45

May "DIP"-Checks.
2021

*unt# 253    5 - 19 - 202*

# RONALD LINABURG

924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022



PEOPLES | An ___ Essential Utilities Company

For 24/7 account access: peopleseaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| | May 13, 2021 | 06/14 - 06/15/2021 | 13 |

For General Information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**.

## Summary of Basic Charges

### Credits And Charges Since Your Last Bill
| | |
|---|---|
| Balance from last bill | $119.09 |
| Payment on APR 29, 2021 - Thank You | 119.09 CR |
| **Balance** | **$0.00** |

### Current Charges
**Residential (RS)(E)**
| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.4295 per MCF | 32.07 |
| Delivery Charge | |
| 13.2  MCF @  $4.2758 | 56.44 |
| Capacity Charge $1.7848 per MCF | 23.56 |
| DSIC Surcharge -0.06% | .04 CR |
| State Tax Surcharge @ 0.05% | .03 |
| **Total Current Charges** | **$126.58** |
| **Total Account Balance** | **$126.58** |

Peoples current charges include $1.47 in state taxes.

Your PRICE TO COMPARE is $2.43 per MCF.

## Shopping Information Box
When shopping for gas with a Natural Gas Supplier please provide the
following:

Account Number:
Rate Schedule:  Residential (RS)(E)

If you are already shopping, know your contract expiration date.

### Monthly Usage Comparison
Average Daily Temperature
For This Billing Period

| 2020 | 2021 |
|---|---|
| 47°F | 50°F |

Gas Use in MCF

Average monthly use:  27.0 MCF
Total annual use:  189.9 MCF

### Billing Period And Meter Readings
| Date | Read Type | Reading | Difference |
|---|---|---|---|
| **Meter Number** | | | |
| MAY 13, 2021 | Actual | 511.6 | 13.2 |
| APR 14, 2021 | Actual | 498.4 | |
| **MCF Used in 29 Days** | | | **13.2** |

## Please Pay
**Account Balance of $126.58 by JUN 04, 2021 to avoid a Late Payment Charge of $1.90 (1.5% per month)**

Effective April 1, 2021, the Distribution System Improvement Charge (DSIC) increased from -0.13 % to -0.06 %.
This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure.
Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment.
You can pay this bill by Credit / Debit Card or Electronic Check. Call ACI Speedpay at 1-866-338-5491.
Service Fees Apply. Visit our website at www.peoples-gas.com for further information.

# RONALD LINABURG

924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

**PEOPLES**  ⁓ Essential Utilities Company

For 24/7 account access: peoplesaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| | May 13, 2021 | 06/14 - 06/15/2021 | 13 |

For General Information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**.

## Summary of Basic Charges

### Credits And Charges Since Your Last Bill

| | |
|---|---|
| Balance from last bill | $119.09 |
| Payment on APR 29, 2021 - Thank You | 119.09 CR |
| **Balance** | **$0.00** |

### Current Charges
**Residential (RS)(E)**

| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.4295 per MCF | 32.07 |
| Delivery Charge | |
| 13.2 MCF @ $4.2758 | 56.44 |
| Capacity Charge $1.7848 per MCF | 23.56 |
| DSIC Surcharge -0.06% | .04 CR |
| State Tax Surcharge @ 0.05% | .03 |

| | |
|---|---|
| **Total Current Charges** | **$126.58** |
| **Total Account Balance** | **$126.58** |

Peoples current charges include $1.47 in state taxes.

### Monthly Usage Comparison

| | 2020 | 2021 |
|---|---|---|
| Average Daily Temperature | 47°F | 50°F |
| For This Billing Period | | |

Gas Use in MCF

Legend: ☐ Actual  ☐ Estimate  ■ Customer Read  ☒ Adjusted Usage

Average monthly use: 27.0 MCF
Total annual use: 189.9 MCF

### Billing Period And Meter Readings

| Date Meter Number | Read Type | Reading | Difference |
|---|---|---|---|
| MAY 13, 2021 | Actual | 511.6 | 13.2 |
| APR 14, 2021 | Actual | 498.4 | |
| MCF Used in 29 Days | | | 13.2 |

Your PRICE TO COMPARE is $2.43 per MCF.

## Shopping Information Box

When shopping for _____ Natural Gas Supplies please provide the following:

Accoun_
Rate S

If you are already sh

**Please Pay**  Account

Effective April 1, 20:
This charge funds th
Help people without
You can pay this bil
Service Fees Apply.

---

**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

253

DATE 5-19-2021

PAY TO THE ORDER OF Peoples          $ 126.58

One hundred twenty-six and 58/100 —— DOLLARS

**Dollar Bank.** Since 1855

MEMO _____



**Jordan Tax Service, Inc.**
102 Rahway Road, McMurray, PA 15317

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone:** 844-286-7474

**Questions about your bill?**
Please contact Jordan Tax Service (JTS) at 724-731-2318 before the due date.  You may also contact JTS via email at sewage@jordantax.com.  Normal business hours are:  Monday–Friday 8:00 a.m.– 4:30 p.m.

**Rate Information**
All sewage treatment charges are billed monthly and are payable immediately upon receipt.
**ALCOSAN**
$9.10 per 1,000 gallons
Sewage Service - $6.37 per bill
**Mount Lebanon, PA**
$4.05 per 1,000 gallons
**Total Charges**
Sewage Treatment - $13.15 per 1,000 gal
Sewage Service - $6.37 per bill
Please note that the readings and total usage are displayed in 100s/hundreds of gallons. Charges not paid by the due date are subject to .83% interest per month and a 10% service charge. A $35.00 non-sufficient funds fee is charged on all returned checks.

---

Sewage treatment on behalf of
**Mount Lebanon, PA**

| | |
|---|---|
| Billing Date | 04/30/2021 |
| Due Date | 05/20/2021 |
| Account Number | |
| Total Amount Due | $ 74.75 |

### Billing Statement for Linaburg Ronald                    Page 1 of 1

*Service Location*                                    *Parcel Identifier*
924 Valleyview Rd

### Account Overview

| | |
|---|---|
| Balance Forward | $.00 |

### Current Charges

| | |
|---|---|
| Sewage Service | 6.37 |
| Sewage Treatment | 68.38 |
| Total Current Charges | **74.75** |
| **Amount Due By May 20, 2021** | **$ 74.75** |

### Meter Readings &  Usage Summary

| Meter #: | From Read Date | Reading | Type | To Read Date | Reading | Type |
|---|---|---|---|---|---|---|
| | 03/04/2021 | 26200 | A | 04/05/2021 | 26252 | A |
| | | | | Total Usage: | 52 | |

**JTS**

**Jordan Tax Service, Inc.**
102 Rahway Road, McMurray, PA 15317

Sewage billing on behalf of
Mount Lebanon, PA

| | |
|---|---|
| Billing Date | 04/30/2021 |
| Account Number | |
| Due Date | 05/20/2021 |
| Total Amount Due | $ 74.75 |

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone** 844-286-7474

**Questions about your bill?**
Please contact Jordan Tax Service (JTS) at 724-731-2318 before the due date. You may also contact JTS via email at sewage@jordantax.com. Normal business hours are Monday–Friday 8:00 a.m.– 4:30 p.m.

**Rate Information**
All sewage treatment charges are billed monthly and are payable immediately upon receipt.
**ALCOSAN**
$9.10 per 1,000 gallons
Sewage Service - $6.37 per bill
**Mount Lebanon, PA**
$4.05 per 1,000 gallons
**Total Charges**
Sewage Treatment - $13.15 per 1,000 gal
Sewage Service - $6.37 per bill
Please note that the readings and total usage are displayed in 100s/hundreds of gallons. Charges not paid by the due date are subject to .83% interest per month and a 10% service charge. A $35.00 non-sufficient funds fee is charged on all returned checks.

**Billing Statement for Linaburg Ronald**           Page 1 of 1

Service Location
924 Valleyview Rd

Parcel Identifier

**Account Overview**

| | |
|---|---|
| Balance Forward | $.00 |

**Current Charges**

| | |
|---|---|
| Sewage Service | 6.37 |
| Sewage Treatment | 68.38 |
| Total Current Charges | 74.75 |
| Amount Due By May 20, 2021 | $ 74.75 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

254

DATE 5-19-2021

PAY TO THE ORDER OF Mt. Lebanon PA      $ 74.75

Seventy-four dollars and 75/100      DOLLARS

**Dollar Bank.** Since 1855

MEMO



**Quest** Diagnostics®

PO Box 740795
Cincinnati, OH 45274-0795

## Laboratory Bill
For services not included in your physician's bill

*Page 1 of 2*

| Bill date: | Amount due: | Due date: |
|---|---|---|
| May. 04, 2021 | $25.00 | UPON RECEIPT |

| Account Number | Lab code |
|---|---|

AB 01 002006 90403 8 7 A

JUDITH LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA  15243-1022

Patient Name:   JUDITH LINABURG
Guarantor Name:   JUDITH LINABURG

**Patient payment summary**
Payments in last 30 days      $0.00

**Customer Service**
LOG ON NOW at MyDocBill.com/Quest to conveniently
pay your invoice, provide updated insurance information,
or take a patient survey.

**Most recent insurance claim filed to:**
Insurance Name:    UPMC HEALTHCARE
Insurance ID:
Group Number:

**For billing questions, please email us at**
questbilling@mydocbill.com

Lab results and diagnosis questions must be answered by
your physician.

Pay by Phone:    1.866.254.3883 (24 hours/7 days)
Questions:      1.866.254.3859

Please have your bill available for reference

## About your statement

See statement details on back

Our records indicate there is still an outstanding balance on this account. You may make a payment online. if you have insurance and
your statement does not reflect your insurance information or that the claim has been filed please go online and make sure we have your
correct insurance information. You can also call our automated phone system 24 hours a day at the number listed above to make a
payment or update your insurance. Thank you!

### 3 easy ways to pay

Scan the
QR code
at right


**Pay online :**
MyDocBill.com/Quest
**Live Chat** during normal
business hours

**Pay by phone :**
1.866.254.3883











## Go green
**Pay online • update info**
MyDocBill.com/Quest

**ATTENTION:** If you speak English, language assistance services, free of charge, are available to you. 1.866.254.3859

**ATENCIÓN:** Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. 1.866.254.3859

需要LI讀咥您喉橄碬徸齊演て您, 1.866.254.3859

## Summary of service charges

Patient: JUDITH LINABURG

Referred by: GEORGE A. YEASTED
Services provided by: QUEST DIAGNOSTICS VENTURE, LLC UPMC

| Date | CPT code* | Units | Details of service | Charge | Pay/Adj | Insurance pending | Patient balance |
|---|---|---|---|---|---|---|---|
| 03/19/21 | | 1 | LIPID PANEL | $148.10 | $138.15 | $0.00 | $9.95 |
| 03/19/21 | | | Commercial Non Allowed | | $129.03 | | |
| 03/19/21 | | | Commercial Payment | | $9.12 | | |
| 04/21/21 | | | GUARANTOR RESPONSIBILITY DATE (ChargeID | | | | |
| | | | | | | | |
| 03/19/21 | | 1 | COMPREHEN METABOLIC PANEL | $88.07 | $73.02 | $0.00 | $15.05 |
| 03/19/21 | | | Commercial Non Allowed | | $73.02 | | |
| 04/21/21 | | | GUARANTOR RESPONSIBILITY DATE (ChargeID | | | | |

\* The CPT codes provided are for information purposes only, and are based on AMA guidelines without regard to specific payer requirements.

| Current | 31-60 Days | 61-90 Days | Over 90 Days | | DUE DATE: | BALANCE DUE: |
|---|---|---|---|---|---|---|
| $25.00 | $0.00 | $0.00 | $0.00 | | UPON RECEIPT | $25.00 |

**WE HAVE FILED YOUR INSURANCE. YOU ARE NOW RESPONSIBLE FOR THE BALANCE OF THIS ACCOUNT.**



**Quest**
Diagnostics®

PO Box 740795
Cincinnati, OH 45274-0795

**Laboratory Bill**
For services not included in your physician's bill
Page 1 of 2

| Bill date: | Amount due: | Due date: |
|---|---|---|
| May. 04, 2021 | $25.00 | UPON RECEIPT |

Account Number                Lab code

AB 01 002006 90403 B 7 A

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

JUDITH LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

Patient Name:     JUDITH LINABURG
Guarantor Name:   JUDITH LINABURG

**Patient payment summary**
Payments in last 30 days          $0.00

**Customer Service**
LOG ON NOW at MyDocBill.com/Quest to conveniently
pay your invoice, provide updated insurance information,
or take a patient survey.

**Most recent insurance claim filed to:**
Insurance Name:   UPMC HEALTHCARE
Insurance ID:
Group Number:

For billing questions, please email us at
questbilling@mydocbill.com

Lab results and diagnosis questions must be answered by
your physician.

Please have your bill available for reference.

Pay by Phone:   1.866.254.3883 (24 hours/7 days)
Questions:      1.866.254.3859

**About your statement**

See statement details on back

Our records indicate there is still an outstanding balance on this account. You may make a payment online. If you have insurance and
your statement does not reflect your insurance information or that the claim has been filed please go online and make sure we have your
correct insurance information. You can also call our automated phone system 24 hours a day at the number listed above to make a
payme...

| RONALD G. LINABURG | 8-7438 | 255 |
|---|---|---|
| **DEBTOR IN POSSESSION** | 2430 | |
| ATTN DR. RONALD LINABURG | | |
| 924 VALLEYVIEW RD. | DATE 5-19-2021 | |
| PITTSBURGH, PA 15243-1022 | | |

PAY TO THE
ORDER OF   Quest                               $ 25.00

Twenty-five dollars and 00/100                 DOLLARS

**Dollar Bank.**
Since 1855

MEMO                          RG Lina...                    MP

3 e
Sca
QR                                                          ne :
at r                                                        383

Page 3 of 6
647503485653



# PENNSYLVANIA AMERICAN WATER
## WE KEEP LIFE FLOWING™

**Service Address:**
RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

CU# 256    5-19-21
647503485653

**Statement**

Account No

**$251.48**
**Payment Due By:**    **June 1, 2021**


THANK YOU FOR BEING OUR CUSTOMER.

| | |
|---|---|
| Billing Date: | May 07, 2021 |
| Service Period: | Apr 06 to May 05 (30 Days) |
| Total Gallons: | 16,600 |

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's time to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

**Account Summary — See page 3 for Account Detail**

| | |
|---|---|
| Prior Billing: | $105.35 |
| Payments - Thank You! | $105.35 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $228.98 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $251.48 |

For more information,

View your account anytime at: www.

Pay by Phone*: P
*A convenience fe

Customer Servic
M-F 7:00am to 7:0

---

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7436
2430

256

DATE 5-19-2021

PAY TO THE ORDER OF PAWC    $ 251.48

Two hundred fifty-one and 48/100    DOLLARS

**Dollar Bank.** Since 1855

MEMO

RG Lina [signature]

---

| | |
|---|---|
| Distribution System Improvement Charge ($232.65 x -0.11%) | -0.26 |
| Recoupment Surcharge Water ($38.76 x 0.57%) | 0.22 |
| **Total Service Related Charges** | **228.98** |
| Protection Programs: For inquiries, please call 1-888-378-4458 | 22.50 |
| Water Line Protection | 9.25 |
| Sewer Line Protection | 13.25 |
| **Total Current Period Charges** | **251.48** |

**Total Amount Due** ➡ **$251.48**

help you manage your overall water 12............ (ACZI1E00102103601030
month.

- **Protection programs** for water, sewer and in-home plumbing are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges. For inquiries about protection programs, please contact American Water Resources at 888-378-4458.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/paaw/rates



# PENNSYLVANIA
# AMERICAN WATER

**WE KEEP LIFE FLOWING™**

**Service Address:**
RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

 THANK YOU FOR BEING OUR CUSTOMER.

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

For more information, visit www.pennsylvaniaamwater.com

 **View your account information or pay your bill** anytime at: www.amwater.com/MyAccount

 **Pay by Phone*:** Pay anytime at 1-855-748-6086
*A convenience fee may apply

 **Customer Service:** 1-800-565-7292
M-F 7:00am to 7:00pm – Emergencies 24/7

## Statement

| Account No. | |
| --- | --- |
| | **$251.48** |
| Payment Due By: | **June 1, 2021** |

| | |
| --- | --- |
| Billing Date: | May 07, 2021 |
| Service Period: | Apr 06 to May 05 (30 Days) |
| Total Gallons: | 16,600 |

### Account Summary — *See page 3 for Account Detail*

| | |
| --- | --- |
| Prior Billing: | $105.35 |
| Payments - Thank You! | $105.35 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $228.98 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $251.48 |



PENNSYLVANIA
AMERICAN WATER
WE KEEP LIFE FLOWING™

Page 3 of 6
647503485653

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| | 100 gal | 5/8" | 04/06/2021 | 05/05/2021 | 26,252 (A) | 26,418 (A) | 166 | 166.00 | 16,600 |

A = Actual    E = Estimate                    1 Billing Unit = 100 gallons                    Total Gallons:    16,600

### Billed Usage History (graph shown in 100 gallons)

Next Scheduled Read Date: on or about June 02, 2021
Account Type:        Residential

■ 16,600 gallons = usage for this period

▨ 10,600 gallons = usage for same period last year



Average
daily use for
this period is:
(30 days)

**553**
gallons

Year to Date Billed Usage: 45,000 gallons

## Account Detail

Account No.

Service To: 924 VALLEYVIEW RD PITTSBURGH, PA 15243-1022

| | |
|---|---|
| Prior Billing | 105.35 |
| Payments | -105.35 |
| Total payments as of Apr 30. Thank you! | -105.35 |
| **Balance Forward** | **0.00** |

### Service Related Charges - 04/06/21 to 05/05/21

| | |
|---|---|
| **Water Service** | **229.02** |
| Water Service Charge | |
| 04/06/21 to 04/30/21 | 14.17 |
| 05/01/21 to 05/05/21 | 2.83 |
| Water Usage Charge | |
| 04/06/21 to 04/30/21    (138.34 x $1.2991) | 179.72 |
| 05/01/21 to 05/05/21    (27.66 x $1.2991) | 35.93 |
| Deferred Tax Credit ($232.65 x -1.56%) | -3.63 |
| **Other Charges** | **-0.04** |
| Distribution System Improvement Charge | -0.26 |
| ($232.65 x -0.11%) | |
| Recoupment Surcharge Water    ($38.76 x 0.57%) | 0.22 |
| **Total Service Related Charges** | **228.98** |

### Protection Programs:
For inquiries, please call 1-888-378-4458

| | |
|---|---|
| | 22.50 |
| Water Line Protection | 9.25 |
| Sewer Line Protection | 13.25 |
| **Total Current Period Charges** | **251.48** |



**Total Amount Due** ➡ **$251.48**

## Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Protection programs** for water, sewer and in-home plumbing are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges. For inquiries about protection programs, please contact American Water Resources at 888-378-4458.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/paaw/rates

## NOTICE OF PROPOSED WATER ACQUISITION AND RATE BASE ADDITION (Docket No. A-2020-3019859)



**PENNSYLVANIA**
**AMERICAN WATER**

Dear Customer:

On March 19, 2021, the Pennsylvania Public Utility Commission ("PUC") conditionally accepted for filing the application of Pennsylvania-American Water Co. ("Pennsylvania-American") for approval to acquire the Valley Township ("Valley") water system assets. Valley serves approximately 1,670 customers in Chester County. Pennsylvania-American's application also requests that the PUC authorize an addition of $7.325 million to Pennsylvania-American's rate base pursuant to 66 Pa. C.S. § 1329. A utility's rate base is the value of property used by the utility to provide service to its customers and is one of many components used to establish customer rates.

This acquisition will not immediately, but may in the future, affect water and/or wastewater bills of Pennsylvania-American customers, including the Valley water customers. Pennsylvania-American is not requesting a rate increase as part of the acquisition. Your current rates will not change as a result of this acquisition until the conclusion of Pennsylvania-American's first base rate case, filed after closing on the acquisition, where Pennsylvania-American requests and receives PUC approval to increase its rates. Based on a non-binding estimate of the potential rate impacts, Pennsylvania-American anticipates that the potential rate impact could be as follows:

| PENNSYLVANIA-AMERICAN WATER | | | | |
|---|---|---|---|---|
| Rate Class | Average Usage | Average Monthly Bill at PAWC Zone 1 Current Rates | Average Monthly Bill at PAWC Zone 1 Current Rate Adjusted for Potential Impact of Acquisition | Potential Increase |
| Residential | 3,630 gal/month | $60.85 | $60.91 | $0.06 or 0.1% |
| Commercial | 22,000 gal/month | $291.80 | $292.09 | $0.29 or 0.1% |
| Industrial | 476,000 gal/month | $4,530.44 | $4,534.97 | $4.53 or 0.1% |

These amounts could change and will depend on how the PUC chooses to apportion any increase among different types of utility service, rate zones and classes of customers. For Pennsylvania-American customers in a rate zone other than Rate Zone 1, the potential rate impact could vary from the chart above.

### PUC ROLE

The state agency that approves acquisitions and rates for regulated public utilities is the PUC. The PUC will review and investigate the proposed acquisition. After examining the evidence, the PUC may approve, modify or deny the acquisition and may approve, modify or deny the requested addition to rate base.

### ACTIONS YOU CAN TAKE

You can support or challenge Pennsylvania-American's request by:

1. **Sending a letter to the PUC.** You can tell the PUC why you support or object to the application in your letter. This information can be helpful when the PUC investigates the application. Send your letter to the Pennsylvania Public Utility Commission, Post Office Box 3265, Harrisburg, PA 17105-3265.

2. **Attending or presenting testimony at a PUC public input hearing.** You can attend or be a witness at a PUC public input hearing. The PUC holds public input hearings if it opens an investigation of Pennsylvania-American's transaction and if there is enough interest in the case. At these hearings, you can present your views in person to the PUC judge and to company representatives. Testimony under oath becomes part of the application case record. The PUC holds these hearings in the service area of the company. For more information, call the PUC at 1-800-692-7380.

3. **Filing a protest or a petition to intervene.** If you want to be a party to the case, you must file a protest or a petition to intervene. You then have an opportunity to take part in all the hearings about the proposed acquisition. You can receive copies of all materials distributed by the other parties. Protests and petitions to intervene must be filed in accordance with 52 Pa. Code (relating to public utilities) on or before June 21, 2021. Filings must be made with the Secretary of the Pennsylvania Public Utility Commission at P.O. Box 3265, Harrisburg, PA 17105-3265, with a copy served on Pennsylvania-American's counsel at:

   David P. Zambito, Esq., Cozen O'Connor
   17 North Second Street, Suite 1410
   Harrisburg, PA 17101

The documents filed in support of the application are available on the PUC's website at www.puc.pa.gov, and for inspection and copying at the Office of the Secretary of the PUC between 8 a.m. and 4:30 p.m., Monday through Friday, and at Pennsylvania-American's offices at 852 Wesley Drive, Mechanicsburg, PA 17055. Inspection times may vary based on the COVID-19 state of emergency. The PUC docket number is A-2020-3019859. For more information, you may contact the PUC's Bureau of Consumer Services at 1-800-692-7380.



**verizon**

Primary Phone:
Account Number:
**Bill Date:** May 6, 2021

**Ways to pay**
- Via the My Fios app
- Online at verizon.com/PayOnline

**Your payment is due:**

# $266.46

Total Due by May 31

## 🔔 What changed?

- From time to time we need to modernize our bill details to continue to bring you innovative products and services. The name on one or more Equipment line items is changing to Fios TV Connections.

### 📤 This month's charges

| | |
|---|---|
| Fios Internet, TV & Phone Bundle | $132.99 |
| Services & Equipment | $85.99 |
| Fees & Other Charges | $47.48 |
| **Total Due by May 31** | **$266.46** |

### 🔔 Changes from last month



| April | May |
|---|---|
| **$254.58** | **$266.46** |

+$11.88

**Here's why**
- Previous month started with a credit $11.88.
- Visit verizon.com/viewbill for more information.


**verizon✓**

**RONALD LINABURG**
Primary Phone:
Account Number:
Bill Date: May 6, 2021

## Your Discounts

| Bundle Discounts | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| Fios Internet 75/75 | 60.00 | -20.00 | 40.00 |
| Extreme HD TV | 77.99 | -15.00 | 62.99 |
| Fios Digital Voice Unlimited | 30.00 | | 30.00 |
| **Bundle Price** | **$167.99** | **-$35.00** | **$132.99** |

**Discount Details**

$20 discount has no current expiration.
$15 discount has no current expiration.

## Discounts This Month          -$35.00

Discounts have been applied to the Total Due shown on page 1.

# Fios Fast Facts

## My Fios app

Use the My Fios app for help with common service issues:
- Troubleshoot problems with TV reception.
- Fix internet connection and no dial tone issues.
- Check the status of a Fios repair request.
- Reset your voicemail passcode.



**VERIZON**  RONALD LINABURG
Primary Phone:
Account Number:
**Bill Date: May 6, 2021**

🔲 **Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 254.58 | |
| Payment Received - Thank You | -254.58 | 5/3 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

**Fios Internet, TV & Phone Bundle**

Your bundle includes Fios Internet 75/75, Extreme HD TV and Fios Digital Voice Unlimited

| **Bundle Price** | **$132.99** | 5/7 - 6/6 |
|---|---|---|

Your monthly price after the discounts shown on page 2 were applied.

**Services & Equipment**

**Services**

| Premium Entertainment Value Pack EPIX/ Cinemax/ STARZ/ Showtime/ HBO Max | 40.00 |
|---|---|
| Fios Digital Voice Addl Line | 9.99 |

**Equipment & Connections**

| 4 Fios TV Connections 4 Set-Top Boxes | 36.00 |
|---|---|
| **Subtotal** | **$85.99**  5/7 - 6/6 |

Equipment and additional services to personalize your Fios service.

**Fees & Other Charges**

**Taxes, Governmental Fees & Surcharges**

| PA State and Local Sales Tax | 9.63 |
|---|---|
| E911 | 3.30 |
| Telecommunications Relay Service | .16 |

**Verizon Surcharges & Fees**

| PA Gross Receipts Tax Surcharge | 2.69 |
|---|---|
| Federal Universal Service Fee | 9.10 |
| Video Franchise Fee | 7.97 |
| PEG Grant Fee | .20 |
| Regulatory Recovery Fee - Federal | .07 |
| Regional Sports Network Fee | 7.89 |
| Fios TV Broadcast Fee | 4.49 |
| FDV Administrative Charge | 1.98 |
| **Subtotal** | **$47.48** |

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

## Total Due  $266.46

**verizon**

RONALD LINABURG
Primary Phone:
Account Number:
Bill Date: May 6, 2021

↑ **Ways to pay** 5-14-2021
• Via the My Fios app
• Online at verizon.com/PayOnline

## Your payment is due:

# $266.46

Total Due by May 31

🔔 **What changed?**
• From time to time we need to modernize our bill details to continue to bring you innovative products and services. The name on one or more Equipment line items is changing to Fios TV Connections.

↑ **This month's charges**

| | |
|---|---|
| Fios Internet, TV & Phone Bundle | $132.99 |
| Services & Equipment | $85.99 |
| Fees & C | $47.48 |

🔔 **Changes from last month**

+ $11.88

May



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

257

PAY TO THE ORDER OF _Verizon_        DATE _5-19-2021_

_two hundred sixty-six and 46/100_        $ _266.46_

**Dollar Bank®**
Since 1855

_____ DOLLARS

MEMO _____



RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

*CA# 258 -5-19-2*

Page:       1 of 6
Issue Date:  May 01, 2021
Account Number:

We've updated your contract, including arbitration terms, effective 5/5/21. Your continued use of AT&T service tells us you agree to these terms. See att.com/CSA and end of bill.

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Total due

# $278.73

Please pay by:
May 22, 2021

## Account summary

| | |
|---|---|
| Your last bill | $272.26 |
| Payment, May 01 – Thank you! | -$272.26 |
| Remaining balance | $0.00 |

## Service summary

| | | | What's changed? |
|---|---|---|---|
| Account charges | Page 2 | $6.47 | |
| | | Last Bill $0.00 Difference +$6.47 | < Late payment fee |
| Wireless | Page 2 | $272.26 | |
| | | Last Bill $272.26 | |
| Total services | | $278.73 | |

## Total due
Please pay by May 22, 2021                                $278.73

---

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

258

DATE *5-19-2021*

PAY TO THE
ORDER OF *A T & T*                    $ *278.73*

*Two hundred seventy-eight & 73/100*                    DOLLARS

**Dollar Bank.**
Since 1855

MEMO _____



RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

Page: 1 of 6
Issue Date: May 01, 2021
Account Number:

We've updated your contract, including arbitration terms, effective 5/5/21. Your continued use of AT&T service tells us you agree to these terms. See att.com/CSA and end of bill.

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Total due

# $278.73

Please pay by:
May 22, 2021

## Account summary

| | |
|---|---|
| Your last bill | $272.26 |
| Payment, May 01 - Thank you! | -$272.26 |
| Remaining balance | $0.00 |

## Service summary

| | | |
|---|---|---|
| Account charges | Page 2 | $6.47 |
| | | Last Bill $0.00 Difference +$6.47 |
| Wireless | Page 2 | $272.26 |
| | | Last Bill $272.26 |
| Total services | | $278.73 |

What's changed?

< Late payment fee

## Total due                      $278.73
Please pay by May 22, 2021

### Ways to pay and manage your account:

 myAT&T app
iPhone and Android

 att.com/pay

 Call 611 or
800.331.0500

Scan to pay


---



**AT&T**

Issue Date: May 01, 2021
Account Number: [redacted]

## Service activity

### Account charges

| Activity since last bill | Apr 02 – May 01 | | |
|---|---|---|---|
| 1. Late Payment Fee | May 01 | $5.75 | < One-time charge |

**Surcharges & fees**

| 2. State Gross Receipts Surcharge | $0.30 |
|---|---|

**Government taxes & fees**

| 3. County Sales Tax | $0.06 |
| 4. PA State Sales Tax | $0.36 |

**Total for Account charges** — $6.47

### Wireless

| Number | User | Page | Plan | Equipment | Add-ons | Surcharges & fees | Government taxes & fees | Total |
|---|---|---|---|---|---|---|---|---|
| Group 4 | | 2 | $70.00 | - | - | $0.59 | $0.27 | $70.86 |
| | RONALD LINABURG | 3 | $35.00 | - | $8.99 | $4.40 | $2.71 | $51.10 |
| | RONALD LINABURG | 3 | $35.00 | - | - | $4.40 | $2.08 | $41.48 |
| | RONALD LINABURG | 4 | $20.00 | $25.00 | $15.00 | $4.26 | $3.08 | $67.34 |
| | RONALD LINABURG | 4 | $35.00 | - | - | $4.40 | $2.08 | $41.48 |
| Total | | | $195.00 | $25.00 | $23.99 | $18.05 | $10.22 | $272.26 |

## Group 4
4 Devices

**Monthly charges** — Apr 02 – May 01

| 1. AT&T Unlimited &More(SM) Premium Multi Line | $100.00 |
| 2. Discount for 4+ Phones | -$30.00 |

**Surcharges & fees**

| 3. Federal Universal Service Charge | $0.39 |
| 4. State Gross Receipts Surcharge | $0.20 |

**Government taxes & fees**

| 5. County Sales Tax - Telecom | $0.03 |



ENJOY & EXPLORE
AT&T is your all-in-one bundle solution
Call 866.765.7127 Click att.com/BundleItUp
Advertised services not available in all areas.

*Group 4 continues...*



**AT&T**

Page:                   3 of 6
Issue Date:       May 01, 2021
Account Number:

*...Group 4 continued*

| | | |
|---|---|---|
| 6. PA State Sales Tax - Telecom | | $0.24 |

**Total for Group 4** $70.86

**Shared usage summary** (Apr 02 - May 01)

| Number | User | Data (GB) | Text | Talk |
|---|---|---|---|---|
| | RONALD LINABURG | 24.69 | 518 | 1,133 |
| | RONALD LINABURG | 14.99 | 274 | 1,251 |
| | RONALD LINABURG | 0.63 | 112 | 826 |
| | RONALD LINABURG | 0.49 | 326 | 1,286 |
| Total usage | | 40.78 | 1,230 | 4,496 |
| Included in plan | | unlimited | unlimited | unlimited |

*Usage is rounded up based on your plan. For more details on your Shared usage summary, visit att.com/myusage.*

### Phone,
RONALD LINABURG

**Monthly charges**                                            *Apr 02 - May 01*

| | | |
|---|---|---|
| 1. Access for iPhone 4G LTE w/ VVM | | $35.00 |
| 2. Mobile Insurance Premium | | $8.99 |

**Surcharges & fees**

| | | |
|---|---|---|
| 3. Administrative Fee | | $1.99 |
| 4. Federal Universal Service Charge | | $0.60 |
| 5. Regulatory Cost Recovery Charge | | $1.50 |
| 6. State Gross Receipts Surcharge | | $0.31 |

**Government taxes & fees**

| | | |
|---|---|---|
| 7. 911 Service Fee | | $1.65 |
| 8. County Sales Tax | | $0.09 |
| 9. County Sales Tax - Telecom | | $0.06 |
| 10. PA State Sales Tax | | $0.54 |
| 11. PA State Sales Tax - Telecom | | $0.37 |

**Total for** $51.10

### Phone
RONALD LINABURG

**Monthly charges**                                            *Apr 02 - May 01*

| | | |
|---|---|---|
| 1. Access for iPhone 4G LTE w/ VVM | | $35.00 |

**Surcharges & fees**

| | | |
|---|---|---|
| 2. Administrative Fee | | $1.99 |
| 3. Federal Universal Service Charge | | $0.60 |
| 4. Regulatory Cost Recovery Charge | | $1.50 |

*412.576.8307 continues...*



Issue Date: May 01, 2021
Account Number:

*...... continued*

|  |  |  |
|---|---|---|
| 5. | State Gross Receipts Surcharge | $0.31 |

**Government taxes & fees**

|  |  |  |
|---|---|---|
| 6. | 911 Service Fee | $1.65 |
| 7. | County Sales Tax – Telecom | $0.06 |
| 8. | PA State Sales Tax – Telecom | $0.37 |

## Total for $41.48

### Phone,
RONALD LINABURG

| Monthly charges | *Apr 02 – May 01* |  |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $35.00 |
| 2. | Discount for customer loyalty | -$15.00 |
| 3. | Protect Advantage Insurance for 1 | $8.99 |
| 4. | Protect Advantage Support Services for 1 | $6.01 |
| 5. | APPLE 64GB – Installment 29 of 30 | $25.00 |

**Surcharges & fees**

|  |  |  |
|---|---|---|
| 6. | Administrative Fee | $1.99 |
| 7. | Federal Universal Service Charge | $0.51 |
| 8. | Regulatory Cost Recovery Charge | $1.50 |
| 9. | State Gross Receipts Surcharge | $0.26 |

**Government taxes & fees**

|  |  |  |
|---|---|---|
| 10. | 911 Service Fee | $1.65 |
| 11. | County Sales Tax | $0.15 |
| 12. | County Sales Tax – Telecom | $0.06 |
| 13. | PA State Sales Tax | $0.90 |
| 14. | PA State Sales Tax – Telecom | $0.32 |

## Total for $67.34

### Usage summary

| Talk | Used |
|---|---|
| Call over Wi-Fi | 1,946 |

### APPLE 64GB

| | |
|---|---|
| Established on | Dec 20, 2018 |
| Amount financed | $749.99 |
| Installment 29 of 30 (Apr 20, 2021) | $25.00 |
| Balance remaining after current installment | $24.99 |

*To pay off your installment plan early, please visit att.com/payoffNEXT for details.*

### Phone,
RONALD LINABURG

| Monthly charges | *Apr 02 – May 01* |  |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $35.00 |

**Surcharges & fees**

|  |  |  |
|---|---|---|
| 2. | Administrative Fee | $1.99 |
| 3. | Federal Universal Service Charge | $0.60 |
| 4. | Regulatory Cost Recovery Charge | $1.50 |
| 5. | State Gross Receipts Surcharge | $0.31 |

*412.915.9771 continues...*

1816.001.003298.02.03.0000000 NNNNNNNY 012817.012817



AT&T

Page: 5 of 6
Issue Date: May 01, 2021
Account Number:

...ontinued

### Government taxes & fees

| | | |
|---|---|---|
| 6. | 911 Service Fee | $1.65 |
| 7. | County Sales Tax - Telecom | $0.06 |
| 8. | PA State Sales Tax - Telecom | $0.37 |

**Total for** **$41.48**

**Total for Wireless** **$272.26**

## News you can use

### We have updated your contract terms
We have consolidated contract terms for certain AT&T services (AT&T Wireless, AT&T PREPAID, AT&T Phone, AT&T Fiber, Internet, Fixed Wireless, and DSL) into one simplified Consumer Service Agreement at att.com/ConsumerServiceAgreement. Effective 5/5/2021, your continued use of AT&T service tells us you agree to these terms, including the updated clause requiring you and us to resolve disputes by individual arbitration and not by jury trial or class action. For details, go to att.com/CSA

### Services outside the U.S.
When you send a message or use data, the transaction time is captured in your local U.S. time. When you make or receive a call while outside the U.S., the transaction time appears on your bill in the time zone of the country you visited. For the calculation of your 24 hour International Day Pass, calls will also be converted to your local U.S. time zone.

### It's as simple as can be to add a line
Find out how much you can save when you add a line for family and friends to your current plan. Learn more: 877.599.0461.

### Get more from AT&T
Simplify with an AT&T bundle on AT&T TV, Internet, Wireless and other premium services. Discover all that AT&T can deliver and get the best value. Let us help you find the best deals: 866.805.4025.

### Get your bill in Spanish!
Good news, you can get your bill in Spanish! To sign up, visit: att.com/cambiaraespanol

## Important information

### Late payment fee
The late payment fee for consumer and Signature bills not paid in full by the payment due date is up to $7.00.

### Electronic check conversion
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically.

### Surcharges and other fees
AT&T imposes additional charges on a per line basis, including federal and state universal service charges, an Administrative Fee (to defray certain expenses including charges AT&T or its agents pay to interconnect with other carriers to deliver calls from AT&T customers to their customers, and charges associated with cell site rents and maintenance), and a Regulatory Cost Recovery Charge (to recover costs of compliance with certain government imposed regulatory requirements, including Wireless Number Portability and Number Pooling, and E911). These fees are not taxes or charges that the government requires AT&T to collect from its customers. See att.com/mobilityfees for details.

### AT&T Mobility Center for customers with disabilities
Questions on accessibility by persons with disabilities: 866.241.6568.

### Written correspondence
Do not send notes/letters with payment. We cannot guarantee receipt. Send notes/letters to AT&T, P.O. Box 5074, Carol Stream, Illinois 60197-5074 or FAX 314.242.0792.

### Wireless DirectBill charges
Detail of DirectBill charges can be viewed at att.com/db. The direct billing option offers you the ability to purchase content, goods and features such as apps, games, donations, and services from AT&T and other companies by applying charges to your wireless account.

### 911 calling with TTY and Real-Time Text
Due to technical limitations, Wi-Fi Calling and NumberSync cannot be used with TTY devices and cannot support 911 calls over TTY devices. Persons with communications disabilities can use Real-Time Text (www.att.com/RTT) as an alternative to TTY. 911 services can be reached by either: (1) calling 911 using Real-Time Text or (2) calling 911 directly using a TTY over the cellular network or from a landline telephone, or (3) sending a text message to 911 directly (in areas where text-to-911 is available) from a wireless device, or (4) using relay services to place a TTY or captioned telephone service (CTS) call from a wireless phone over the cellular network or from a landline telephone, or (5) using relay services to place a IP Relay or IP CTS call over a cellular data or other IP network.

### Tax ID
AT&T Mobility Tax ID 84-1659970

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

*** BILLING NOTICE ***

INTEREST           =    $1,476.28      ACCOUNT NO. ▼

TOTAL AMOUNT DUE   =    $1,476.28

DUE DATE 06-01-21
                              MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 06-16-21, THE LATE CHARGE ASSESSED WILL BE      $88.58

                    INTEREST PAID LAST YEAR 2020      $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|------|------------------------|--------------------|--------------|---------|---------------|------------------|
| 05-01-21 | BALANCE FORWARD | | | | | |
| 04-22-21 | INTEREST PAID | | 530,311.13 | | 3.25000 | 1,435.68 |
| 04-22-21 | PRINCIPAL PAID | 2,176.12 | 530,311.13 | | 3.25000 | -1,435.68 |
| 06-01-21 | INTEREST ADJUSTMENT | | 528,135.01 | | 3.25000 | |
| 06-01-21 | INTEREST ACCRUAL | | | | | -1.77 |
| | | | 528,135.01 | 31 | 3.25000 | 1,478.05 |
| BALANCE | | | 528,135.01 | | | |

APR BILL DATE RANGE:              04-16-21 - 05-17-21
DAILY PERIODIC RATE                       .0090
ANNUAL PERCENTAGE RATE                  3.2923 (V)
BALANCE SUBJECT TO INTEREST RATE     528,556.19
INTEREST CHARGED                       1,479.22
FEES CHARGED                                .00
PREVIOUS BALANCE                     530,311.13
NEW BALANCE                          528,135.01
    (V) - VARIABLE RATE

TOTAL INTEREST CHARGED IN 2021      7,258.49
TOTAL FEES CHARGED IN 2021               .00

3,611.80
PD 5-22-21
# 259

DOLLAR BANK
P.O. BOX 1075
PITTSBURGH, PA  15230

ECLREG7   6/14

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

*** BILLING NOTICE ***

| | | | |
|---|---|---|---|
| INTEREST | = | $1,476.28 | |
| TOTAL AMOUNT DUE | = | $1,476.28 | ACCOUNT NO. |

DUE DATE 06-01-21

MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 06-16-21, THE LATE CHARGE ASSESSED WILL BE    $88.58

INTEREST PAID LAST YEAR 2020    $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|---|---|---|---|---|---|---|
| 05-01-21 | BALANCE FORWARD | | 530,311.13 | | | |
| 04-22-21 | INTEREST PAID | | 530,311.13 | | 3.25000 | 1,435.68 |
| 04-22-21 | PRINCIPAL PAID | 2,176.12 | 528,135.01 | | 3.25000 | -1,435.68 |
| 06-01-21 | INTEREST ADJUSTMENT | | 528,135.01 | | 3.25000 | |
| 06-01-21 | INTEREST ACCRUAL | | 528,135.01 | 31 | 3.25000 | -1.77 |
| | | | | | | 1,478.05 |
| BALANCE | | | 528,135.01 | | | |

```
APR BILL DATE RANGE:        04-16-21 - 05-17-21
DAILY PERIODIC RATE             .0090
ANNUAL PERCENTAGE RATE         3.2923 (V)
BALANCE SUBJECT TO INTEREST RATE   528,556.19
INTEREST CHARGED              1,479.22
FEES CHARGED                      .00
PREVIOUS BALANCE           530,311.13
NEW BALANCE                528,135.01
     (V) - VARIABLE RATE
```

TOTAL INTEREST CHARGED IN 2021      7,258.49
TOTAL FEES CHARGED IN 2021              .00



3,611.80
PD 5-22-21
# 259

DOLLAR BANK
P.O. BOX 1075
PITTSBURGH, PA 15230

FCLREGZ   6/14



**Quest**
Diagnostics®

PO Box 740795
Cincinnati, OH 45274-0795

**Laboratory Bill**
For services not included in your physician's bill

Page 1 of 2··

| Bill date | Amount due | Due date |
|---|---|---|
| May. 04, 2021 | $25.00 | UPON RECEIPT |

AB 01 002005 90403 B 7 A

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA  15243-1022

**Account Number** _____   Lab code

Patient Name:     RONALD LINABURG
Guarantor Name:   RONALD LINABURG

*PD # 260* (handwritten)

**Patient payment summary**
Payments in last 30 days          $0.00

**Customer Service**
LOG ON NOW at MyDocBill.com/Quest to conveniently
pay your invoice, provide updated insurance information,
or take a patient survey.

**Most recent insurance claim filed to:**
Insurance Name:     UPMC HEALTHCARE
Insurance ID:
Group Number:

Lab results and diagnosis questions must be answered by
your physician.

Please have your bill available for reference.

**For billing questions, please email us at**
questbilling@mydocbill.com

Pay by Phone:    1.866.254.3883 (24 hours/7 days)
Questions:       1.866.254.3859

## About your statement

See statement details on back

Our records indicate there is still an outstanding balance on this account. You may make a payment online. If you have insurance and
your statement does not reflect your insurance information or that the claim has been filed please go online and make sure we have your
correct insurance information. You can also call our automated phone system 24 hours a day at the number listed above to make a
payment or update your insurance. Thank you!

*# 260* (handwritten)

## 3 easy ways to pay

Scan the
QR code
at right



**Pay online :**
MyDocBill.com/Quest
**Live Chat** during normal
business hours

**Pay by phone :**
1.866.254.3883



**Go green**
Pay online • update info
MyDocBill.com/Quest

ATTENTION: If you speak English, language assistance services, free of charge, are available to you. 1.866.254.3859

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. 1.866.254.3859

需要協助請您嘅撥打此電話演讯您. 1.866.254.3859

## Summary of service charges

Patient: RONALD LINABURG

Referred by: GEORGE A. YEASTED
Services provided by: QUEST DIAGNOSTICS VENTURE, LLC UPMC



| Date | CPT count | Units | Details of service | Charge | Pay/Adj | Insurance pending | Patient balance |
|---|---|---|---|---|---|---|---|
| 03/20/21 | | 1 | LIPID PANEL | $148.10 | $138.15 | $0.00 | $9.95 |
| 03/20/21 | | | Commercial Non Allowed | | | | |
| 03/20/21 | | | Commercial Payment | | $129.03 | | |
| 04/21/21 | | | GUARANTOR RESPONSIBILITY DATE (ChargeID: 3894835) | | $9.12 | | |
| 03/20/21 | | 1 | COMPREHEN METABOLIC PANEL | $88.07 | $73.02 | $0.00 | $15.05 |
| 03/20/21 | | | Commercial Non Allowed | | | | |
| 04/21/21 | | | GUARANTOR RESPONSIBILITY DATE (ChargeID: 3894838) | | $73.02 | | |

* The CPT codes provided are for information purposes only, and are based on AMA guidelines without regard to specific payer requirements.

| Current | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|
| $25.00 | $0.00 | $0.00 | $0.00 |

| DUE DATE: | BALANCE DUE: |
|---|---|
| UPON RECEIPT | $25.00 |

WE HAVE FILED YOUR INSURANCE. YOU ARE NOW RESPONSIBLE FOR THE BALANCE OF THIS ACCOUNT.





**Quest**
Diagnostics®

PO Box 740795
Cincinnati, OH 45274-0795

**Laboratory Bill**                                    Page 1 of 2
For services not included in your physician's bill

| Bill date | Amount due | Due date |
|---|---|---|
| May. 04, 2021 | $25.00 | UPON RECEIPT |

Account Number                            Lab code

AB 01 002005 90403 B 7 A

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA  15243-1022

Patient Name:      RONALD LINABURG
Guarantor Name:    RONALD LINABURG

PTS
# 260

**Patient payment summary**
Payments in last 30 days          $0.00

**Customer Service**
LOG ON NOW at MyDocBill.com/Quest to conveniently
pay your invoice, provide updated insurance information,
or take a patient survey.

**Most recent insurance claim filed to:**
Insurance Name:      UPMC HEALTHCARE
Insurance ID:
Group Number:

Lab results and diagnosis questions must be answered by
your physician.

Please have your bill available for reference.

**For billing questions, please email us at**
questbilling@mydocbill.com

**Pay by Phone:**   1.866.254.3883 (24 hours/7 days)
**Questions:**      1.866.254.3859

## About your statement

See statement details on back

Our records indicate there is still an outstanding balance on this account. You may make a payment online. If you have insurance and
your statement does not reflect your in...
correct insurance information. You ca...
payment or update your insurance. T...

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430                     260

DATE 5-22-21

PAY TO THE
ORDER OF  Quest                                    $ 25,00

Twenty five                          XX/100    DOLLARS

**Dollar Bank.**
Since 1855

MEMO



## 3 easy ways to pay

Scan the
QR code
at right

business hours

**Capital One**

**Professional MasterCard Account Ending in**
Apr. 14, 2021 - May 14, 2021 I 31 days in Billing Cycle

## Payment Information

**Payment Due Date**
## Jun. 08, 2021

For online and phone payments,
the deadline is 8pm ET.

**New Balance**
## $5,132.80

**Minimum Payment Due**
## $51.00

**LATE PAYMENT WARNING:** If we do not receive your minimum payment
by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Minimum Payment | 18 Years | $9,184 |
| $168 | 3 Years | $6,041 |
| Estimated savings if balance is paid off in about 3 years: $3,143 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
| --- | --- |
| Previous Balance | $6,277.67 |
| Payments | - $6,277.67 |
| Other Credits | - $466.15 |
| Transactions | + $5,598.95 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $5,132.80** |
| | |
| Credit Limit | $30,000.00 |
| Available Credit (as of May 14, 2021) | $24,867.20 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

Rewards Balance as of
05/13/2021
398,359

Track and redeem your rewards with our
mobile app or on www.capitalone.com

(i) Welcome to your accoun
important updates about

Pay or manage your account on

---

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2490

261

DATE 5-24-2021

PAY TO THE
ORDER OF  Capital One                        $ 5,132.80

Five thousand one thirty-two and 80/100                  DOLLARS

**Dollar Bank.**
Since 1855

MEMO

MP

**Capital One**

**Professional MasterCard Account Ending in**
Apr. 14, 2021 - May 14, 2021 | 31 days in Billing Cycle

## Payment Information

Payment Due Date

**Jun. 08, 2021**

For online and phone payments, the deadline is 8pm ET.

New Balance

**$5,132.80**

Minimum Payment Due

**$51.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 18 Years | $9,184 |
| $168 | 3 Years | $6,041 |
| Estimated savings if balance is paid off in about 3 years: $3,143 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $6,277.67 |
| Payments | - $6,277.67 |
| Other Credits | - $466.15 |
| Transactions | + $5,598.95 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $5,132.80** |
| Credit Limit | $30,000.00 |
| Available Credit (as of May 14, 2021) | $24,867.20 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

Rewards Balance as of 05/13/2021

**398,359**

Track and redeem your rewards with our mobile app or on www.capitalone.com

| Previous Balance | Earned | Redeemed |
|---|---|---|
| 387,973 | 10,386 | 0 |

## Account Notifications

(i) Welcome to your account notifications. Check back here each month for important updates about your account.

Pay or manage your account on our mobile app or at  www.capitalone.com.    Customer Service: 1-800-955-7070    See reverse for Important Information



Page 2 of 3
**Professional MasterCard Account Ending in**
Apr. 14, 2021 - May 14, 2021  |  31 days in Billing Cycle

## Transactions

Visit www.capitalone.com to see detailed transactions.

**JUDITH K LINABURG_____ Payments, Credits and Adjustments**

| Date | Description | Amount |
|------|-------------|--------|
| Apr 27 | Moda Operandi2127290984NY | - $255.00 |
| Apr 30 | PAYMENT | - $6,277.67 |
| May 4 | WESTPORT BIG & TALL877-937-8767NC | - $80.05 |
| May 7 | SCULLY AND SCULLY8002233717NY | - $131.10 |

**JUDITH K LINABURG_____ Transactions**

| Date | Description | Amount |
|------|-------------|--------|
| Apr 13 | ROLLIER'S HARDWAREMT. LEBANONPA | $133.40 |
| Apr 13 | HOMETOWN MAIL CENTERPITTSBURGHPA | $2.20 |
| Apr 14 | Moda Operandi2127290984NY | $271.05 |
| Apr 14 | ROLLIER'S HARDWAREMT. LEBANONPA | $35.07 |
| Apr 14 | LEBANON SHOPS PHARMACYPITTSBURGHPA | $48.75 |
| Apr 14 | WHOLEFDS SHL #10242UPPER SAINT CPA | $203.50 |
| Apr 14 | IO DELIPITTSBURGHPA | $23.54 |
| Apr 15 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $28.50 |
| Apr 18 | SQ *MEDITERRA CAFE MT.PittsburghPA | $47.90 |
| Apr 18 | SP * SUNNYLIFE USA3235910216CA | $80.00 |
| Apr 19 | APPLE.COM/BILL866-712-7753CA | $0.99 |
| Apr 19 | MACYS SOUTH HILLSPITTSBURGHPA | $148.00 |
| Apr 19 | SCULLY AND SCULLY8002233717NY | $143.10 |
| Apr 19 | MARKET DISTRICT #0014BETHEL PARKPA | $176.58 |
| Apr 19 | MARKET DISTRICT #0014BETHEL PARKPA | $65.28 |
| Apr 19 | HOMETOWN MAIL CENTERPITTSBURGHPA | $7.20 |
| Apr 20 | SQ *LA GOURMANDINEPittsburghPA | $21.85 |
| Apr 21 | WESTPORT BIG & TALL877-937-8767NC | $196.00 |
| Apr 22 | MARKET DISTRICT #0014BETHEL PARKPA | $75.94 |
| Apr 23 | HOMETOWN MAIL CENTERPITTSBURGHPA | $5.15 |
| Apr 24 | SQ *MEDITERA CAFE MT.PittsburghPA | $100.65 |
| Apr 25 | SQ *MEDITERA CAFE MT.PittsburghPA | $29.13 |
| Apr 26 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $36.00 |
| Apr 26 | MARKET DISTRICT #0014BETHEL PARKPA | $122.74 |
| Apr 26 | ALL IN GOOD TASTE PRODPITTSBURGPA | $496.48 |
| Apr 28 | WHOLEFDS SHL #10242UPPER SAINT CPA | $90.71 |
| Apr 29 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $113.15 |

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| May 1 | SQ *MEDITERRA CAFE MT.PittsburghPA | $54.76 |
| May 2 | MARKET DISTRICT #0014BETHEL PARKPA | $89.09 |
| May 2 | BRUSTER S ICE CREAMCANONSBURGPA | $27.67 |
| May 3 | SENDALL CHOCOLATES7246795515PA | $257.00 |
| May 4 | TOUCHSTONE PILATESPITTSBURGHPA | $660.00 |
| May 4 | PETE DONATI & SONS4128354420PA | $77.58 |
| May 4 | GIANT-EAGLE #0035PITTSBURGHPA | $35.12 |
| May 4 | STARBUCKS STORE 00754PITTSBURGHPA | $50.00 |
| May 6 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $40.50 |
| May 7 | AUDREY'SPITTSBURGHPA | $139.31 |
| May 8 | MARKET DISTRICT #0014BETHEL PARKPA | $164.50 |
| May 9 | WHOLEFDS SHL #10242UPPER SAINT CPA | $414.19 |
| May 9 | SUNOCO 0513148700 QPSPITTSBURGHPA | $43.31 |
| May 10 | TOADFLAXPITTSBURGHPA | $117.70 |
| May 11 | LOWES #02417*CARNEGIEPA | $7.20 |
| May 11 | SQ *LA GOURMANDINEPittsburghPA | $20.20 |
| May 11 | SAMS CLUB #6575PITTSBURGHPA | $431.93 |
| May 11 | TRAX FARMSFINLEYVILLEPA | $196.26 |
| May 11 | HOMETOWN MAIL CENTERPITTSBURGHPA | $5.80 |
| May 12 | Netflix.comLos GatosCA | $14.97 |
| May 13 | B&N MEMBERSHIP RENEWAL866-238-7323NY | $25.00 |
| May 13 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $24.00 |
| **JUDITH K LINABURG_____ Total** | | **$5,598.95** |

**Total Transactions for This Period** — **$5,598.95**

### Fees

| Date | Description | Amount |
|------|-------------|--------|
| **Total Fees for This Period** | | **$0.00** |

### Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

Transactions continue on the back of this page

## Capital One



### Transactions Continued

#### Totals Year-to-Date

| | |
|---|---|
| Total Fees charged | $0.00 |
| Total Interest charged | $0.00 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 10.90% P | $0.00 | $0.00 |
| Cash Advances | 17.99% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.



300086



### Get the app designed to save time.

Effortlessly manage your account on the go with
the Capital One® mobile app.

Text ONE to 80101 to download the app. Messaging & Data rates may apply.

*CWtt 262   5-24-2021*

# DLC
DUQUESNE LIGHT CO.

🏠 RONALD G LINABURG
🏠 924 VALLEYVIEW RD

Account #

Page

| Due Date | Amount |
|---|---|
| 06/07/2021 | $350.99 |

## Bill Summary



Amount Due
**$350.99**

— Supply Charges

DLC Charges —

Bill ID:

Date Prepared: 05/16/2

| | |
|---|---|
| Previous Account Balance | $195 |
| Payment(s) Received as of 04/29/2021 | -$195 |
| **Balance Forward** | $0 |
| DLC Charges | $186 |
| Supply Charges | $164 |
| **AMOUNT DUE BY 06/07/2021** | $350 |

## Message Center

Signing up for our e-Bill program is fast and easy! Enroll today at DuquesneLight.com/ebill and you'll receive an email each month when your bill is available.

Duquesne Light partners with Dollar Energy Fund to provide assistance to customers who struggle to pay their electric bill. If you would like to support the Dollar Energy Fund and your neighbors in need, make a tax deductible monthly pledge at DuquesneLight.com/dollar.

**DOLLAR ENERGY FUND**

## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Da Temp ( |
|---|---|---|---|---|
| Current Month | 2328 | 75 | 31 | 51 |
| Last Month | 2798 | 48 | 59 | 37 |
| Same Month Last Year | 2561 | 88 | 29 | 49 |



Average Monthly Usage for the last 12 months: 2610 kWh
ths: 31322 kWh

BI_POSTAL_20210516PRD.xml-87651-000003430
ter reading details on page 3 ➢

---

RONALD G. LINABURG
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

**262**

DATE *6-24-2021*

PAY TO THE ORDER OF *DLC*                 $ *350.99*

*Three hundred fifty and 99/100* ———  DOLLARS 🔒

**Dollar Bank.**
Since 1855

MEMO

RG *signature*

MP



BI_POSTAL_20210516PRD.xml-87653-000003430



   RONALD G LINABURG
   924 VALLEYVIEW RD
**Account #**

| Due Date | Amount Due |
|---|---|
| 06/07/2021 | $350.99 |

## Bill Summary



Supply Charges

Amount Due
**$350.99**

DLC Charges

| Bill ID | Date Prepared: 05/16/2021 |
|---|---|
| Previous Account Balance | $195.89 |
| Payment(s) Received as of 04/29/2021 | -$195.89 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $186.54 |
| Supply Charges | $164.45 |
| **AMOUNT DUE BY 06/07/2021** | **$350.99** |

## Message Center

Signing up for our e-Bill program is fast and easy! Enroll today at
DuquesneLight.com/ebill and you'll receive an email each month when
your bill is available.

Duquesne Light partners with Dollar Energy Fund to provide assistance
to customers who struggle to pay their electric bill. If you would like to
support the Dollar Energy Fund and your neighbors in need, make a
tax deductible monthly pledge at **DuquesneLight.com/dollar**.



## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|---|---|---|---|---|
| Current Month | 2328 | 75 | 31 | 51 |
| Last Month | 2798 | 48 | 59 | 37 |
| Same Month Last Year | 2561 | 88 | 29 | 49 |



Average Monthly Usage for the last 12 months: 2610 kWh
Total Annual Usage for the last 12 months: 31322 kWh

BI_POSTAL_20210516PRD.xml-87661-000003430

*Billing and meter reading details on page 3*

⌨ **Online:** www.DuquesneLight.com    ✆ **Phone:** 412-393-7100

⚖ RONALD G LINABURG                           Account #                              Page 3 of 3

## Account Detail

🏠 924 VALLEYVIEW RD                                              Supplier Agreement ID:

### Meter Reading Usage Information

Meter Number

| | | |
|---|---|---|
| Present | 05/16/2021 Act | 16,265.5570 |
| Prior | 04/15/2021 Act | 13,938.0490 |
| Difference | | 2,327.5080 |
| Your Meter Multiplier | | 1 |
| Total kWh Used | | 2,327.5080 |

### Current Bill Details

| | | |
|---|---|---|
| DLC Rate | RS-Residential Service | |
| Price to Compare | $0.0707 / kWh | |
| **DLC Charges** | | **$186.54** |
| Customer Charge | | $12.49 |
| Distribution | 2327.5080 kWh@ $0.071693 | $166.87 |
| DSIC Surcharge | 4.01% | $7.19 |
| Pennsylvania Tax Adjustment | | -$0.01 |
| | | |
| **Supply Charges** | | **$164.45** |
| Supply | 2327.5080 kWh@ $0.051994 | $121.02 |
| Transmission | 2327.5080 kWh@ $0.018658 | $43.43 |

| Total kWh Used | 2,327.5080 | Service Charges | $350.99 |
|---|---|---|---|

## Shopping and Supplier Information

When shopping for electricity with an Electric Generation Supplier, please provide the following information:

Supplier Agreement ID:

Rate Schedule: RS-Residential Service

The current Price to Compare is listed above in Account Detail and will change every June and December. For more information & supplier offers visit www.PAPowerSwitch.com and www.oca.state.pa.us.

## Additional Notifications

- Give to Dollar Energy Fund to help people without heat or light. Make a monthly pledge at www.duquesnelight.com or send a check to Duquesne Light Hardship Fund Donations, 411 Seventh Avenue MD 15-1, Pittsburgh, PA 15219. Your gift is tax deductible.
- Duquesne Light offers energy efficiency programs to help customers save money by conserving energy and reducing demand. To participate or to learn more about these programs, visit www.wattchoices.com.
- You can join our Budget Plan by calling us at (412) 393-7100. If eligible, the Budget Plan will begin with your next bill. For this bill, please pay the Amount Due shown.
- SIGN UP FOR AUTOPAY and learn about other convenient payment options by visiting our website www.duquesnelight.com.
- Estimated Gross Receipts Tax of $20.71 and Estimated PA State Tax of $23.86 are included in your rates.



23

Metro Dry Cleaning
20111 U.S. 19 Suite 306
Cranberry Township PA 16066



# METRO
### DRY CLEANING + ALTERATIONS

## Statement

Metro Dry Cleaning

20111 U.S. 19 Suite 306
Cranberry Township, PA 16066
724-776-0808

metrodrycleaning.com

Ron & Judy Linaburgh
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

Ref: AE8F67

Account Number: ▮
Period 04/01/21 - 04/30/21

Make checks payable to:
**Metro Dry Cleaners**

| Date | Transaction | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| 04/01/21 | Balance forward | | | 74.35 |
| 04/06/21 | Invoice ▮ 03/31/21 (3 pcs) | 12.15 | | 86.50 |
| 04/13/21 | Invoice ▮ 4/07/21 (2 pcs) | 8.10 | | 94.60 |
| 04/20/21 | Invoice ▮ 4/14/21 (2 pcs) | 8.10 | | 102.70 |
| 04/27/21 | Invoice ▮ 4/21/21 (1 pc) | 4.05 | | 106.75 |

DUE $106.75

Thank you for being our customer.
Please remit payment upon receipt.

P) #263

5-24-21

---

RONALD G. LINABURG
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

263

DATE 5-24-21

PAY TO THE
ORDER OF  Metro Dry Cleaners                    $ 106.75

One hundred six 75/100 _____ DOLLARS

**Dollar Bank.**
Since 1855

MEMO ▮▮▮                    RG Lina▮▮▮

MP

PO BOX 148
PHILA PA 19105-0148



**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

NOTICE ━━━━━━━━

LINABURG RONALD
2059 PEMBERTON ST
PHILADELPHIA, PA 19146

MAY 05, 2021

TEMP: ━━━━━
Phone: (215) 686-6442

Property: 2059 PEMBERTON ST

## REAL ESTATE TAX BILL
### Includes payments posted through APRIL 21, 2021

You are receiving this tax bill because you failed to pay your 2021 Real Estate Tax in full, or enter into a payment agreement.

If you don't pay your Real Estate Tax by the date below, the Department of Revenue will add charges to the amount you owe. The City will also assign your account to Pioneer Credit Recovery, Inc., or to the law firm Goehring, Rutter, & Boehm (GRB).

If your bill remains unpaid at the end of the year, the City can put a lien on your property. A lien is a legal claim against your property that allows the City to sell it at a Sheriff Sale to recover what you owe.

The fastest and easiest way to pay is online at www.phila.gov/pay. Paying by eCheck is FREE; fees apply for debit or credit card payments.

### THIS BILL MAY NOT REPRESENT YOUR TOTAL TAX LIABILITY

| BRT Number | Period | Tax Due Balance | Additions/ Interest | Penalty | Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| | 2021 | $9,857.39 | $295.72 | $0.00 | $0.00 | $10,153.11 |
| Total | 2021 | $9,857.39 | $295.72 | $0.00 | $0.00 | $10,153.11 |

### Please see other side for more information.

-- -- -- -- -- -- -- -- DETACH HERE -- -- -- -- -- -- -- -- --

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1922

8-7438
2430    4

264

DATE 5-26-2021

PAY TO THE ORDER OF  *City of Philadelphia*                    $ 10,153.11

*Ten Thousand one hundred fifty Three 11/100* ━━ DOLLARS

**Dollar Bank.**
Since 1855

MEMO ━━━━━

RG Lina____ MD                    MP

PO BOX 148
PHILA PA 19105-0148



**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

NOTICE

LINABURG RONALD
2059 PEMBERTON ST
PHILADELPHIA, PA 19146

MAY 05, 2021
TEMP:
Phone: (215) 686-6442

Property: 2059 PEMBERTON ST

## REAL ESTATE TAX BILL
### Includes payments posted through APRIL 21, 2021

You are receiving this tax bill because you failed to pay your 2021 Real Estate Tax in full, or enter into a payment agreement.

If you don't pay your Real Estate Tax by the date below, the Department of Revenue will add charges to the amount you owe. The City will also assign your account to Pioneer Credit Recovery, Inc., or to the law firm Goehring, Rutter, & Boehm (GRB).

If your bill remains unpaid at the end of the year, the City can put a lien on your property. A lien is a legal claim against your property that allows the City to sell it at a Sheriff Sale to recover what you owe.

The fastest and easiest way to pay is online at www.phila.gov/pay. Paying by eCheck is FREE; fees apply for debit or credit card payments.

**THIS BILL MAY NOT REPRESENT YOUR TOTAL TAX LIABILITY**

| BRT Number | Period | Tax Due Balance | Additions/ Interest | Penalty | Charges | Total Amount Due |
|---|---|---|---|---|---|---|
|  | 2021 | $9,857.39 | $295.72 | $0.00 | $0.00 | $10,153.11 |
| Total | 2021 | $9,857.39 | $295.72 | $0.00 | $0.00 | $10,153.11 |

**Please see other side for more information.**

-- -- -- -- -- -- -- -- -- -- DETACH HERE -- -- -- -- -- -- -- -- -- -- --
RETURN THIS PORTION WITH PAYMENT

| PAYMENT DUE: | $10,153.11 |
|---|---|
| ON OR BEFORE: | MAY 31, 2021 |
| AMOUNT ENCLOSED: | 10,153.11 |

MAKE CHECKS PAYABLE TO:
**CITY OF PHILADELPHIA**

NOTICE #:
LINABURG RONALD
TEMP: 001609724

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148

3336112319900009111779210505000000000000000000000000000000200313301

PO BOX 148
PHILA PA 19105-0148



**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

NOTICE

LINABURG RONALD
2059 PEMBERTON ST
PHILADELPHIA, PA 19146

MAY 05, 2021

TEMP:
Phone: (215) 686-6442

Property: 2059 PEMBERTON ST

# REAL ESTATE TAX BILL
### Includes payments posted through APRIL 21, 2021

You are receiving this tax bill because you failed to pay your 2021 Real Estate Tax in full, or enter into a payment agreement.

If you don't pay your Real Estate Tax by the date below, the Department of Revenue will add charges to the amount you owe. The City will also assign your account to Pioneer Credit Recovery, Inc., or to the law firm Goehring, Rutter, & Boehm (GRB).

If your bill remains unpaid at the end of the year, the City can put a lien on your property. A lien is a legal claim against your property that allows the City to sell it at a Sheriff Sale to recover what you owe.

The fastest and easiest way to pay is online at www.phila.gov/pay. Paying by eCheck is FREE; fees apply for debit or credit card payments.

### THIS BILL MAY NOT REPRESENT YOUR TOTAL TAX LIABILITY

| BRT Number | Period | Tax Due Balance | Additions/ Interest | Penalty | Charges | Total Amount Due |
|---|---|---|---|---|---|---|
|  | 2021 | $9,857.39 | $295.72 | $0.00 | $0.00 | $10,153.11 |
| Total | 2021 | $9,857.39 | $295.72 | $0.00 | $0.00 | $10,153.11 |

**Please see other side for more information.**

-- -- -- -- -- -- -- -- DETACH HERE -- -- -- -- -- -- -- -- --

# Rivertech Tax Preparation, LLC
## 26 S. 27th Street, PO Box 4274

**412-381-0910**
**412-381-4259 (Fax)**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2021 | |

**Bill To:**

Linaburg, Ronald
924 Valleyview Rd
Pittsburgh, PA  15243

| Terms |
|-------|
| 30 Days |

| Item | Service Date | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 600 | 5/8/2021 | Preparation of Monthly Operating Report for month ending April 30, 2021, and coordination of filing report with the United States Bankruptcy Court Western District of Pennsylvania | | 275.00 | 275.00 |



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

265

8-7438
2430

DATE 5-26-21

PAY TO THE ORDER OF  Rivertech Tax Prep      $ 275.00

Two hundred seventy five xx/100      DOLLARS

**Dollar Bank.** Since 1855

MEMO

**Please send payments to**
26 S. 27th Street, PO Box 4274, Pittsburgh, PA  15203

| | |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$275.00** |

Please make checks payable to Rivertech Tax Preparation, LLC.  If you wish to make payments with a credit card, we accept Visa, MasterCard, Discover and American Express.

Name on Card:_____

Card #: _____Exp. Date. _____

Linaburg, Ronald G.

Debtor

**Case No. 20-22898-**

**CMB Reporting Period:**  05-31-2021

**Thomas, Joseph Martin**

Case No. 20-10334-TPA

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| TRANSFER FROM SCHWAB ACCOUNT | 35,000.00 | 260,000.00 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Linaburg, Ronald G.

                                    **Case No.  20-22898-**

              Debtor               **CMB Reporting Period:**  05-31-2021

## STATUS OF POSTPETITION TAXES

Thomas, Joseph Martin                              Case No. 20-10334-TPA

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0.00 | | | | | 0.00 |
| FICA-Employee | 0.00 | | | | | 0.00 |
| FICA-Employer | 0.00 | | | | | 0.00 |
| Unemployment | 0.00 | | | | | 0.00 |
| Income | 0.00 | | | | | 0.00 |
| Other: | 0.00 | | | | | 0.00 |
|   Total Federal Taxes | **0.00** | | | | | **0.00** |
| **State and Local** | | | | | | |
| Withholding | 0.00 | | | | | 0.00 |
| Sales | 0.00 | | | | | 0.00 |
| Excise | 0.00 | | | | | 0.00 |
| Unemployment | 0.00 | | | | | 0.00 |
| Real Property | 0.00 | | | | | 0.00 |
| Personal Property | 0.00 | | | | | 0.00 |
| Other: | 0.00 | | | | | 0.00 |
|   Total State and Local | **0.00** | | | | | **0.00** |
| **Total Taxes** | **0.00** | | | | | **0.00** |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:  Dollar Bank Principal  Jan 21 | | | | | | |
| Other:  Chilren's support payment | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).                    FORM MOR-4
                                                                                              (9/99)

Linaburg, Ronald G.

          Debtor

**Case No.  20-22898-**

**CMB Reporting Period:**    05-31-2021

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0.00 |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | 0.00 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0.00 |
| 31 - 60 days old | 0.00 |
| 61 - 90 days old | 0.00 |
| 91+ days old | 0.00 |
| Total Accounts Receivable | 0.00 |
| Amount considered uncollectible (Bad Debt) | 0.00 |
| Accounts Receivable (Net) | 0.00 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)