## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 20-22898-CMB |
| RONALD G. LINABURG, | : | Chapter 11 |
| Debtor. | : | Related to Doc. Nos. 134, 135, 168, 198, 201, 204, 207, and 222 |
| RONALD G. LINABURG, | : | |
| Plaintiff, | : | Adv No. 21-2037-CMB |
| v. | : | Related to Doc. Nos. 1 and 14 |
| DIANA M. DONGELL, D.M.D., RONALD E. HAND, D.M.D., REBECCA L. WATKINS, D.M.D., and RENEE R. KALP, D.M.D., | : | |
| Defendants. | : | |

## JOINT MEDIATION REPORT

Creditors, Diana M. Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D. (collectively, the "**Minority Shareholders**"), and the Debtor, Ronald G. Linaburg ("**Debtor**" and together with the Minority Shareholders, the "**Parties**"), file this Joint Mediation Report (the "**Report**").

1. On May 19, 2021, this Court issued an Order directing the Debtor and Minority Shareholders to participate in mediation (the "**Mediation Order**"). [Doc. No. 222.]

2. The Mediation Order required, *inter alia*, the Parties to participate in mediation on or before June 29, 2021. [Doc. No. 222 at ¶ 9.]

3. On May 26, 2021, the Court issued an order appointing William Kelleher, Esquire (the "**Mediator**") as the mediator in this case. [Doc. No. 231.]

4.      With the assistance of the Mediator, the Parties participated in more than seven hours of mediation on June 21, 2021.  Present for the mediation was each Minority Shareholder, counsel for the Minority Shareholders, the Debtor, and Debtor's counsel.

5.      Despite the good faith efforts of the Mediator, the Minority Shareholders, and the Debtor, the mediation was unsuccessful, and the Parties did not reach a consensual resolution of the various issues in dispute.

6.      Accordingly, the Parties now ask the Court to move forward with the litigation of the pending issues between the Parties, which include (i) the Minority Shareholders' Motion for Leave to Object to Exemptions [Doc. No. 134]; (ii) the Minority Shareholders' Motion to Extend Time to Object to Dischargeability and/or Discharge [Doc. No. 135]; (iii) the Debtor's Objection to Claim of each Minority Shareholder [Doc. Nos. 198, 201, 204, and 207]; (iv) consideration of the Debtor's Disclosure Statement [Doc. No. 168]; and (v) the Adversary Proceeding pending at Adv. No. 21-2037-CMB.

WHEREFORE, the Minority Shareholders, Diana Marie Dongell, DMD, Rebecca L. Watkins, D.M.D., Ronald E. Hand, D.M.D., and Renee R. Kalp, D.M.D., and the Debtor, Ronald G. Linaburg, respectfully submit this Joint Mediation Report and request that this Honorable Court move forward with the disposition of the matters pending in this case.

Dated:  July 1, 2021

Respectfully submitted,

THOMPSON LAW GROUP, P.C.

*/s/ Brian C. Thompson*
Brian C. Thompson, Esquire (PA ID No. 91197)
bthompson@thompsonattorney.com
125 Warrendale-Bayne Rd., Ste 200
Warrendale, Pennsylvania 15086
Phone: (724) 799-8404
Fax: (724) 799-8409
*Counsel for Ronald G. Linaburg*

TUCKER ARENSBERG, P.C.

*/s/ Michael A. Shiner*
Michael A. Shiner, Esquire (PA ID No. 78088)
mshiner@tuckerlaw.com
Maribeth Thomas, Esquire (PA ID No. 208376)
mthomas@tuckerlaw.com
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone:  (412) 566-1212
Fax:  (412) 549-5619
*Counsel for Diana M. Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D*