# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RONALD G. LINABURG,<br><br>    Debtor. | Case No. 20-22898-CMB<br><br>Chapter 11 |
| DIANA MARIE DONGELL, D.M.D.;<br>RONALD E. HAND, D.M.D.;<br>REBECCA L. WATKINS, D.M.D.; and<br>RENEE R. KALP, D.M.D.,<br><br>    Movants,<br><br>v.<br><br>RONALD G. LINABURG, D.M.D.,<br><br>    Respondent. | Related to Doc. No. 256<br><br><br><br><br>Hearing Date: July 27, 2021 at 3:00 p.m. |

## CERTIFICATE OF SERVICE REGARDING COURT'S ORDER RESCHEDULING HEARING ON DEBTOR'S MOTION TO IMPOSE THE AUTOMATIC STAY [DOC. NO. 256]

    I, Michael A. Shiner, hereby certify that, on the 12th day of July, 2021, the Court's Order rescheduling the hearing on the Debtor's Motion to Impose the Automatic Stay Pursuant to 11 U.S.C. § 362, issued at Doc. No. 156 (the "**Order**"), was served upon all parties in interest via the Court's CM/ECF notification system and that I served or caused to be served a copy of the Order via First Class U.S. mail, postage prepaid, upon the following parties at the addresses listed below.

| | | |
|:---:|:---:|:---:|
| Ronald G Linaburg<br>924 Valleyview Road<br>Pittsburgh, PA 15243<br>*Debtor* | Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Rd.<br>Ste. 200<br>Warrendale, PA 15086<br>*Debtor's Counsel* | Jodi Hause<br>Office of the U.S. Trustee<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222<br>*United States Trustee* |

Dated: July 12, 2021

                                        TUCKER ARENSBERG, P.C.

                                        */s/ Michael A. Shiner*
                                        Michael A. Shiner, Esquire
                                        PA ID No. 78088
                                        mshiner@tuckerlaw.com
                                        1500 One PPG Place
                                        Pittsburgh, Pennsylvania 15222

                                        *Counsel for Diana M. Dongell, D.M.D., Ronald*
                                        *E. Hand, D.M.D., Rebecca L. Watkins, D.M.D.,*
                                        *and Renee R. Kalp, D.M.D.*

TADMS:5543590-1 035921-190522