# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 20-22898-CMB |
| RONALD G. LINABURG, | Chapter 11 |
| Debtor. | |
| DIANA MARIE DONGELL, D.M.D.; RONALD E. HAND, D.M.D.; REBECCA L. WATKINS, D.M.D.; and RENEE R. KALP, D.M.D., | |
| Movants, | |
| v. | |
| RONALD G. LINABURG, D.M.D., | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, Michael A. Shiner, hereby certify that I served or caused to be served a copy of the Movants' *Objection to Debtor's Motion to Impose the Automatic Stay Pursuant to 11 U.S.C. § 362* upon all parties in interest, on July 9, 2021 via the Court's CM/ECF notification system and, on July 12, 2021, upon the following parties via First Class U.S. Mail, postage prepaid, at the addresses listed below.

| Ronald G. Linaburg | Brian C. Thompson | Jodi Hause, Esq. |
|---|---|---|
| 924 Valleyview Road | Thompson Law Group, P.C. | Office of the U.S. Trustee |
| Pittsburgh, PA 15243 | 125 Warrendale Bayne Rd, Ste 200 | Suite 960, Liberty Center |
| | Warrendale, PA 15086 | 1001 Liberty Avenue |
| *Debtor* | | Pittsburgh, PA 15222 |
| | *Debtor's Counsel* | |
| | | *United States Trustee* |

Dated:  July 12, 2021                              TUCKER ARENSBERG, P.C.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Shiner
　　　　　　　　　　　　　　　　　　　　　　　　　　Michael A. Shiner, Esq. (PA ID No. 78088)
　　　　　　　　　　　　　　　　　　　　　　　　　　1500 One PPG Place
　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania  15222
　　　　　　　　　　　　　　　　　　　　　　　　　　Phone:  (412) 566-1212
　　　　　　　　　　　　　　　　　　　　　　　　　　mshiner@tuckerlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Movants*

TADMS:5542145-1 035921-190522