**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 20-22898-CMB |
| RONALD G. LINABURG, | : | |
| | : | Chapter 11 |
| Debtor. | : | |
| | : | |
| | : | |
| DIANA MARIE DONGELL, D.M.D.; | : | Related to Doc. No. <u>251 and 2</u>55 |
| RONALD E. HAND, D.M.D.; | : | |
| REBECCA L. WATKINS, D.M.D.; and | : | |
| RENEE R. KALP, D.M.D., | : | |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| RONALD G. LINABURG, D.M.D., | : | |
| | : | |
| Respondent. | : | |

**ORDER OF COURT**

AND NOW, this <u>12th</u> day of <u>        July        </u>, 2021, upon consideration of the

Movants' *Motion to Shorten Notice and Objection Period, and to Reschedule Hearing, in*

*Connection with Debtor's Motion to Impose the Automatic Stay Pursuant to 11 U.S.C. § 362* (the

"**Motion**"), it is hereby ordered adjudged and decreed that:

1.      The Motion is GRANTED to the extent set forth herein.

2.      The hearing to consider the Debtor's Motion to Impose the Automatic Stay Pursuant

to 11 U.S.C. § 362 (Doc. No. 251) and any responses thereto is RESCHEDULED from August

12, 2021, to July 27, 2021, at 3:00 P.M. via the Zoom Video Conference Application ("Zoom").

To join the Zoom hearing, please initiate by using the following link 15 minutes prior to the

scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by

using the following Meeting ID: 161 4380 0191.

3.      The response deadline shall remain the same. Any responses and/or objections to the Debtor's
Motion to Impose the Automatic Stay Pursuant to 11 U.S.C. § 362 shall be filed on or before July 23,
2021, and served upon all necessary parties-in-interest.

4.      The Movants shall immediately serve a copy of this Order upon all necessary parties-in-
interest.

BY THE COURT:

CARLOTA M. BÖHM, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
7/12/21 1:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 20-22898-CMB

Ronald G Linaburg                                                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: gamr                                      Page 1 of 2
Date Rcvd: Jul 12, 2021                       Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2021:**

**Recip ID          Recipient Name and Address**
db               +  Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com  cnoroski@grblaw.com |
| Jodi Hause, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov |

District/off: 0315-2                    User: gamr                                    Page 2 of 2
Date Rcvd: Jul 12, 2021                 Form ID: pdf900                               Total Noticed: 1

David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John R. O'Keefe, Jr.
                        on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

Keri P. Ebeck
                        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
                        on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
                        maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                        on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                        on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com,
                        maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                        on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com,
                        maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                        on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com,
                        maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                        on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
                        maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                        on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                        on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com,
                        maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
                        on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                        on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
                        on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                        on behalf of Creditor Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                        on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Michael A. Shiner
                        on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                        on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                        on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Robert O Lampl
                        on behalf of Interested Party William T. Kane rol@lampllaw.com
                        jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholm
                        quist@lampllaw.com;kmonahan@lampllaw.com

Roger P. Poorman
                        on behalf of Creditor Dollar Bank  Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com

S. James Wallace
                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Kelleher, Jr.
                        on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,bfilings@cohenlaw.com

TOTAL: 29