# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 20-22898-CMB |
| | : | |
| RONALD G. LINABURG, | : | Chapter 11 |
| | : | |
| Debtor. | : | The Honorable Carlota M. Böhm |
| | : | Chief U.S. Bankruptcy Judge |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
## AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby appears, pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Bankruptcy Rules, for Diana Marie Dongell, D.M.D., a creditor and party in interest in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 3017 of the Bankruptcy Rules, the undersigned requests that all notices and paper specified by those Rules, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules that all other notices given or required to be given in this case, be given to and served upon the following and that the undersigned's name and address be added to the mailing matrix:

Carolyn B. McGee
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
Phone: (412) 234-4500
Fax: (412) 235-4510
cbmcgee@porterwright.com

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answers or rely papers, memoranda or briefs in support of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal,

14707294v1

whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

        Respectfully submitted,

        PORTER WRIGHT MORRIS & ARTHUR LLP

Dated:  July 15, 2021        */s/ Carolyn B. McGee*
        Carolyn B. McGee, Esquire
        PA I.D. No. 208815
        6 PPG Place, Third Floor
        Pittsburgh, PA 15222
        Phone:  (412) 235-4500
        cbmcgee@porterwright.com

        *Counsel for Diana Marie Dongell, D.M.D.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Bankruptcy No. 20-22898-CMB |
|---|---|---|
|  | : |  |
| RONALD G. LINABURG, | : | Chapter 11 |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## **CERTIFICATE OF SERVICE**

I, Carolyn B. McGee, Esquire, hereby certify that, on the 15th day of July, 2021, I served or caused to be served a true and correct copy of the Notice of Appearance and Request for Service of Papers upon all parties in interest via the Court's electronic CM/ECF notification system, and upon the following parties via First Class U.S. Mail, postage prepaid:

Ronald G. Linaburg
924 Valleyview Road
Pittsburgh, PA 15243
*Debtor*

Brian C. Thompson, Esquire
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
*Debtor's Counsel*

Jodi L. Hause, Esquire
Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*United States Trustee*

PORTER WRIGHT MORRIS & ARTHUR LLP

Dated: July 15, 2021

*/s/ Carolyn B. McGee*
Carolyn B. McGee, Esquire
PA I.D. No. 208815
6 PPG Place, Third Floor
Pittsburgh, PA 15222

Phone: (412) 235-4500
cbmcgee@porterwright.com

*Counsel for Diana Marie Dongell, D.M.D.*