# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:  Ronald G. Linaburg,** | : | **Case No.: 20-22898-CMB** |
| | : | |
| | : | **Reporting Period:  June, 2021** |
| | : | |
| | : | **Chapter 11** |

## <u>MONTHLY OPERATING REPORT</u>

UNITED STATES BANKRUPTCY COURT

WESTERN  DISTRICT OF  PENNSYLVANIA

In Re. Linaburg, Ronald G.                          §          Case No.  20-22898
                                                    §
_____                    §
              Debtor(s)                             §
                                                    §          ☐ Jointly Administered

## Monthly Operating Report                                              Chapter 11

Reporting Period Ended: 06/30/2021                     Petition Date: 10/09/2020

Months Pending: 9                                      Industry Classification: [0] [0] [0] [0]

Reporting Method:              Accrual Basis ○      Cash Basis ⦿

Debtor's Full-Time Employees (current):                         0

Debtor's Full-Time Employees (as of date of order for relief):  0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☒  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Brian C. Thompson                          BRIAN C. THOMPSON
Signature of Responsible Party                 Printed Name of Responsible Party

07/09/2021                                     THOMPSON LAW GROUP, P.C.
Date                                           125 WARRENDALE BAYNE ROAD, SUITE 200
                                               WARRENDALE, PA  15086
                                               Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                          1

Debtor's Name Linaburg, Ronald G.                                        Case No. 20-22898

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $25,437 | |
| b. | Total receipts (net of transfers between accounts) | $2,649 | $283,734 |
| c. | Total disbursements (net of transfers between accounts) | $12,858 | $268,756 |
| d. | Cash balance end of month (a+b-c) | $15,228 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $12,858 | $268,756 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (06/07/2021)                     2

Debtor's Name Linaburg, Ronald G.                                          Case No. 20-22898

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $275 | $18,992 | $275 | $18,992 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | THOMPSON LAW GROUP | Lead Counsel | $0 | $25,689 | $0 | $25,689 |
| ii | RIVERTECH TAX PREPARA | Financial Professional | $275 | $2,275 | $275 | $2,275 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $13,084 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ● |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● | No ○ N/A ○ |
| i. | Do you have: Worker's compensation insurance? | Yes ○ | No ● |
| | If yes, are your premiums current? | Yes ○ | No ○ N/A ● (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ● | No ○ |

UST Form 11-MOR (06/07/2021)                           3

Debtor's Name  Linaburg, Ronald G.                                      Case No. 20-22898

| | | | | |
|---|---|---|---|---|
| k. | Has a disclosure statement been filed with the court? | | Yes ⦿ | No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ⦿ | No ○ |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $2,649 |
| d. | Total income in the reporting period (a+b+c) | $2,649 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $8,971 |
| h. | All other expenses | $3,612 |
| i. | Total expenses in the reporting period (e+f+g+h) | $12,583 |
| j. | Difference between total income and total expenses (d-i) | $-9,934 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Ronald G. Linaburg  ID 77zAVsKAm6gqZmCV7f7gB6gf                     RONALD G. LINABURG
Signature of Responsible Party                                          Printed Name of Responsible Party

DEBTOR                                                                  07/09/2021
Title                                                                   Date

## RONALD G. LINABURG DIP ACCOUNT
## Monthly Bank Reconciliation

| | | Bank Statement Date: | 7/4/2021 | |
|---|---|---|---|---|
| Ending Balance from Bank Statement | | | | $18,331.68 |

Add Deposits in Transit:

| Deposit Date | Amount | Deposit Date | Amount | |
|---|---|---|---|---|
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| **Total Deposits in Transit** | | | | **$0.00** |
| **Subtotal** | | | | **$18,331.68** |

Subtract Outstanding Checks:

| Check Number | Amount | Check Number | Amount | |
|---|---|---|---|---|
| 110 | $130.00 | | | |
| 275 | $148.25 | | $0.00 | |
| 276 | $2,825.34 | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| **Total Outstanding Checks** | | | | **$3,103.59** |
| **Computed Book Balance** | | | | **$15,228.09** |
| Balance per Your Books | | | | $15,228.09 |
| **Difference** | | | | **$0.00** |





**Dollar Bank** ℠

Since 1855

RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

ACCOUNT NUMBER:
STATEMENT DATE:        06/05/21 THRU 07/04/21
VIRGINIA MANOR
1717 COCHRAN ROAD

(412) 531-2422

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| FREE CHKG | 25,673.99 | 10,886.31 | 3,544.00 | 18,331.68 | 25,020.87 | 0.00% | 0.00 |

### SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 263 | 106.75 | 272 | 533.96 | 277 * | 9.40 | 281 * | 164.78 |
| 270 * | 117.35 | 273 | 260.00 | 278 | 214.00 | 282 | 502.58 |
| 271 | 224.66 | 274 | 3,611.80 | 279 | 88.00 | 284 * | 275.00 |

### FREE CHECKING ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 06/07 | CHK 263 SEQ# 18001386 | 106.75 | 06/28 | CHK 279 SEQ# 18015673 | 88.00 |
| 06/16 | DIR SSA TREAS 310 | 2,649.00+ | 06/28 | CHK 277 SEQ# 18026079 | 9.40 |
| | XXSOC SEC | | 06/29 | DEP CHECK - VIRGINIA MANOR | 895.00+ |
| 06/21 | CHK 272 SEQ# 18000549 | 533.96 | 06/29 | CHK 282 SEQ# 18005864 | 502.58 |
| 06/21 | CHK 271 SEQ# 18003617 | 224.66 | 06/29 | CHK 278 SEQ# 18013262 | 214.00 |
| 06/22 | CHK 270 SEQ# 18007615 | 117.35 | 06/30 | ECK CAPITAL ONE ARC 9541719756 | 4,234.82 |
| 06/23 | ECK VERIZON | 266.46 | | CHECK PYMT CK# 0283 | |
| | PAYMENTS CK# 0269 | | 07/02 | ECK AT&T Services 2742782655 | 276.75 |
| 06/28 | CHK 274 SEQ# 16008496 | 3,611.80 | | CHECKPAYMT CK# 0280 | |
| 06/28 | CHK 273 SEQ# 18027083 | 260.00 | 07/02 | CHK 284 SEQ# 18013102 | 275.00 |
| 06/28 | CHK 281 SEQ# 18022289 | 164.78 | | | |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

### ACCOUNT BALANCES MAINTAINED DURING JUNE
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $18,883.43 | $27,258.33 | $0.00 | $0.00 | $27,258.33 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

Ronald G Linaburg DIP account
June check disbursements

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 6/17/2021 | 269 | Verizon | $266.46 |
| 6/17/2021 | 270 | Orkin | $117.35 |
| 6/17/2021 | 271 | JTS | $224.66 |
| 6/17/2021 | 272 | PAWC | $533.96 |
| 6/26/2021 | 273 | Maroadi | $260.00 |
| 6/26/2021 | 274 | Dollar Bank | $3,611.80 |
| 6/25/2021 | 275 | Andy's Sprinkler Service | $148.25 |
| 6/26/2021 | 276 | Northern Lawns, LP | $2,825.34 |
| 6/26/2021 | 277 | PA Turnpike | $9.40 |
| 6/26/2021 | 278 | Bartlett Tree Experts | $214.00 |
| 6/26/2021 | 279 | PA Department of Trans | $88.00 |
| 6/26/2021 | 280 | AT&T | $276.75 |
| 6/26/2021 | 281 | Peoples | $164.78 |
| 6/26/2021 | 282 | Duquesne Light | $502.58 |
| 6/26/2021 | 283 | Capital One | $4,234.82 |
| 6/30/2021 | 284 | Rivertech Tax | $275.00 |

$13,753.15

June D1P - Payments !
2021

**verizon**

Primary Phone:
Account Number:
Bill Date: **June 6, 2021**

• Via the My Fios app
• Online at verizon.com/PayOnline

*pd 6-17-21 ck# 269*

**Ways to pay**

Your payment is due:

# $266.46

Total Due by July 1

---

🔔 **What changed?**
• From time to time we need to modernize our bill details to continue to bring you innovative products and services. The name on one or more Equipment line items is changing to Fios TV Connections.

---

⬆️ **This month's charges**

| | |
|---|---|
| Fios Internet, TV & Phone Bundle | $132.99 |
| Services & Equipment | $85.99 |
| Fees & Other Charges | $47.48 |
| **Total Due by July 1** | |

🧾 **Offers & benefits**

**Limited-Time Offer.**

Only for Fios Internet customers. Get up to $40/mo off your combined bills; that's ... ... ...your Fios bill and... ... ...st add a ... ... ...bile + ... ... ...gs

... ... ...onger,
... ... ...more,
... ... ...onth or
... ... ...t

---

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

269

DATE *6-17-2021*

PAY TO THE ORDER OF *Verizon*     $ *266.46*

*Two hundred sixty-six and 46/100*     DOLLARS

**Dollar Bank.**
Since 1855

MEMO

---

| | |
|---|---|
| | 7.89 |
| ... Broadcast Fee | 4.49 |
| FDV Administrative Charge | 1.98 |
| **Subtotal** | **$47.48** |

| **Total Due** | **$266.46** |
|---|---|

# verizon✓

**RONALD LINABURG**
Primary Phone:
Account Number:
Bill Date: **June 6, 2021**

**Ways to pay**
- Via the My Fios app
- Online at verizon.com/PayOnline

*pd 6-17-21 Ck# 269*

### Your payment is due:

## $266.46

Total Due by July 1

---

**⚠ What changed?**
- From time to time we need to modernize our bill details to continue to bring you innovative products and services. The name on one or more Equipment line items is changing to Fios TV Connections.



### ↑ This month's charges

| | |
|---|---:|
| Fios Internet, TV & Phone Bundle | $132.99 |
| Services & Equipment | $85.99 |
| Fees & Other Charges | $47.48 |
| **Total Due by July 1** | **$266.46** |

### 📋 Offers & benefits

**Limited-Time Offer.**
Only for Fios Internet customers. Get up to $40/mo off your combined bills: that's up to $30/mo. off your Fios bill and up to $10/mo. off your Wireless bill. Just add a Verizon Wireless Unlimited plan & enroll in Mobile + Home Rewards. verizon.com/customersavings

**Fios Router**
Everything's faster with the Fios Router. Get stronger, better Wi-Fi for your devices. Game, stream, and more, on multiple devices, all at once. Rent it for $15/month or buy it for $299.99 (plus taxes and shipping). Visit verizon.com/router.

...ications. Visit verizon.com.

**verizon**

Primary Phone:
Account Number:
**Bill Date: June 6, 2021**

Easy ways to pay

• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 266.46 | |
| Payment Received - Thank You | -266.46 | 5/24 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

**Fios Internet, TV & Phone Bundle**

Your bundle includes Fios Internet 75/75, Extreme HD TV and Fios Digital Voice Unlimited

| **Bundle Price** | **$132.99** | 6/7 - 7/6 |
|---|---|---|

Your monthly price after the discounts shown on page 2 were applied.

**Services & Equipment**

**Services**

| Premium Entertainment Value Pack EPIX/ Cinemax/ STARZ/ Showtime/ HBO Max | 40.00 |
|---|---|
| Fios Digital Voice Add'l Line | 9.99 |

Equipment and additional services to personalize your Fios service.

**Equipment & Connections**

| 4 Fios TV Connections | 36.00 |
|---|---|
| 4 Set-Top Boxes | |
| **Subtotal** | **$85.99** | 6/7 - 7/6 |

**Fees & Other Charges**

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

**Taxes, Governmental Fees & Surcharges**

| PA State and Local Sales Tax | 9.63 |
|---|---|
| Telecommunications Relay Service | .16 |
| E911 | 3.30 |

**Verizon Surcharges & Fees**

| PA Gross Receipts Tax Surcharge | 2.69 |
|---|---|
| Federal Universal Service Fee | 9.10 |
| Video Franchise Fee | 7.97 |
| PEG Grant Fee | .20 |
| Regulatory Recovery Fee - Federal | .07 |
| Regional Sports Network Fee | 7.89 |
| Fios TV Broadcast Fee | 4.49 |
| FDV Administrative Charge | 1.98 |
| **Subtotal** | **$47.48** |

| **Total Due** | **$266.46** |
|---|---|

*CA#270    6-17-21*

# STATEMENT



Orkin
90 W CHESTNUT St
STE 145UL
Washington, PA 15301-4549

Page 1 / 2

**CUSTOMER INFORMATION**

Account Number:
Customer Address: 924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

JUDITH LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

00095590
L305

**BRANCH INFORMATION**

Branch Name:     481-S. PITTSBURGH, P
Branch Phone:    800 732-5020
Branch Manager:  JEFFERY BROWN

We want to ensure your complete satisfaction.
Please contact your local Orkin Branch at 800
732-5020.

## ACCOUNT DETAIL

| DATE | INVOICE# | SERVICING BRANCH | PO# | DESCRIPTION | CHARGES | TAX | TOTAL | PAYMENTS / ADJUSTMENTS | AMOUNT DUE |
|------|----------|------------------|-----|-------------|---------|-----|-------|------------------------|------------|
| Service Address: 924 VALLEYVIEW RD   PITTSBURGH, PA 15243-1022 | | | | | | | | | |
| Jun,2021 | | 481-S. PITTSBURGH, P | | Jun, 2021 PC Standard - EOM 7-PC Standard | $110.70 | $6.65 | $117.35 | $0.00 | $117.35 |

Subtotal: $117.35
Unapplied Credits: $0.00
TOTAL AMOUNT DUE: $117.35

Thank ... with ...  you may notice a minimal increase in your service charge.  This increase
will ... to expect.  Thank you for choosing Orkin, and we
appre ... ue when service is

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

270

DATE *6-17-21*

PAY TO THE ORDER OF *Orkin*

*One hundred seventeen and 35/100*          $ *117.35*

**Dollar Bank.**
Since 1855

DOLLARS

MEMO

JUD...
924 Valley...
Pittsburgh, PA 15243-1022

Offer Expires:     6/30/2021

**Payment Method**
☐ Check  ☐ Visa  ☐ Mastercard  ☐ Discover

Card Number _____

Card Expiration Date _____
Month/Year

Card Holders Name _____

*If you have a change of address, please
contact your branch*

Orkin
P O BOX 740847
CINCINNATI, OH 45274-0847

*CK#270    6-17-21*

 **STATEMENT**

Page 1 / 2

**ORKIN**

Orkin
90 W CHESTNUT St
STE 145UL
Washington, PA 15301-4549

**CUSTOMER INFORMATION**

**Account Number:**
**Customer Address:** 924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

**BRANCH INFORMATION**

**Branch Name:**     481-S. PITTSBURGH, P
**Branch Phone:**    800 732-5020
**Branch Manager:**  JEFFERY BROWN

We want to ensure your complete satisfaction.
Please contact your local Orkin Branch at 800 732-5020.

JUDITH LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

00095590
L385

**ACCOUNT DETAIL**

| DATE | INVOICE# | SERVICING BRANCH | PO# | DESCRIPTION | CHARGES | TAX | TOTAL | PAYMENTS / ADJUSTMENTS | AMOUNT DUE |
|------|----------|------------------|-----|-------------|---------|-----|-------|------------------------|------------|
| Service Address: 924 VALLEYVIEW RD   PITTSBURGH, PA 15243-1022 | | | | | | | | | |
| Jun,2021 | | 481-S. PITTSBURGH, P | | Jun, 2021 PC Standard - EOM 7-PC Standard | $110.70 | $6.65 | $117.35 | $0.00 | $117.35 |

| | | |
|---|---|---|
| Subtotal: | | $117.35 |
| **Unapplied Credits** | | **$0.00** |
| **TOTAL AMOUNT DUE** | | **$117.35** |

Thank you for being a loyal Orkin customer. This month, you may notice a minimal increase in your service charge. This increase will allow us to continue to provide you with the quality service you have come to expect. Thank you for choosing Orkin, and we appreciate your business. The details above do not reflect payments submitted after 5/25/2021. **Payment is due when service is rendered.** To create your online account, please visit www.orkin.com/myaccount.

Please detach and mail lower portion with check made payable to Orkin.
Please include your account number on your check.



## YEAR IN ADVANCE STATEMENT

Page 2 / 2

Orkin
90 W CHESTNUT St
STE 145UL
Washington, PA 15301-4549

**CUSTOMER INFORMATION**

**Account Number:**
**Customer Address:** 924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

**Program ID:**

JUDITH LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

**BRANCH INFORMATION**

**Branch Number:** 481
**Branch Phone:** 800 732-5020
**Branch Manager:** JEFFERY BROWN

Need assistance? Call your branch office with any
questions at 800 732-5020.



## SPECIAL OFFER REGARDING YOUR PEST CONTROL SERVICE

We would like to keep your Orkin pest control service going strong all year and want to offer you savings when you pay in advance.

Based on your current plan, you can save $28.16. This limited-time offer could help you partially offset any rate increases in the coming year.* For your convenience, you can submit payment by credit card, or pay by check.

**Advance Payment Amount: $704.05**
**Annual Savings: $28.16**
Reduced Payment Amount: $675.89*
(Including State/Local Tax)

*Reduced payment amount shown above is based upon your current annual rate. Rates may be subject to an increase during the year. The Year-In-Advance discount will be applied to any new rate, although a small balance may remain at year-end following the Year-In-Advance payment.

**Please detach and mail lower portion with check made payable to Orkin.**
**Please include your account number on your check.**

JUDITH LINABURG
924 Valleyview Rd
Pittsburgh, PA 15243-1022

**Account Number:**

**Amount due:**        $675.89

**Offer Expires:**     6/30/2021

**Payment Method**

☐ Check  ☐ Visa  ☐ Mastercard  ☐ Discover



Card Number _____

Card Expiration Date _____  CVV _____
                        Month/Year

Card Holders Name _____

Orkin
P O BOX 740847
CINCINNATI, OH 45274-0847

*If you have a change of address, please
contact your branch*



Jordan Tax Service, Inc.
102 Rahway Road, McMurray, PA 15317

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone** 844-286-7474

**Questions about your bill?**
Please contact Jordan Tax Service (JTS) at 724-731-2318 before the due date.  You may also contact JTS via email at sewage@jordantax.com.  Normal business hours are:  Monday–Friday 8:00 a.m.– 4:30 p.m.

**Rate Information**

Sewage Billing on behalf of
**Mount Lebanon, PA**

Ch# 271 6/17/21

Billing Date
05/28/2021

Account Number

Due Date
06/17/2021

Total Amount Due
$ 224.66

**Billing Statement for Linaburg Ronald**

Service Location
924 Valleyview Rd

Page 1 of 1

Parcel Identifier

**Account Overview**

| | |
|---|---|
| Balance Forward | $.00 |

**Current Charges**

| | |
|---|---|
| Sewage Service | 6.37 |
| Sewage Treatment | 218.29 |
| | 224.66 |
| | $ 224.66 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

0-7438
2430

271

DATE 6-17-21

PAY TO THE ORDER OF Mt. Lebanon PA $ 224.66

two hundred twenty-four and 66/100 DOLLARS

**Dollar Bank.** Since 1855

MEMO Sewage

MP

| Date | Reading | Type |
|---|---|---|
| )21 | 26418 | A |
| Total Usage: | | 166 |



**Jordan Tax Service, Inc.**
102 Rahway Road, McMurray, PA 15317

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone** 844-286-7474

**Questions about your bill?**
Please contact Jordan Tax Service (JTS) at 724-731-2318 before the due date. You may also contact JTS via email at sewage@jordantax.com. Normal business hours are: Monday–Friday 8:00 a.m.– 4:30 p.m.

**Rate Information**
All sewage treatment charges are billed monthly and are payable immediately upon receipt.
**ALCOSAN**
$9.10 per 1,000 gallons
Sewage Service - $6.37 per bill
**Mount Lebanon, PA**
$4.05 per 1,000 gallons
**Total Charges**
Sewage Treatment - $13.15 per 1,000 gal
Sewage Service - $6.37 per bill
Please note that the readings and total usage are displayed in 100s/hundreds of gallons. Charges not paid by the due date are subject to .83% interest per month and a 10% service charge. A $35.00 non-sufficient funds fee is charged on all returned checks.

Sewage Billing on behalf of
**Mount Lebanon, PA**

| Billing Date | Account Number |
|---|---|
| 05/28/2021 | |
| **Due Date** | **Total Amount Due** |
| 06/17/2021 | $ 224.66 |

### Billing Statement for Linaburg Ronald                    Page 1 of 1

Service Location
924 Valleyview Rd

Parcel Identifier

### Account Overview

| | |
|---|---|
| Balance Forward | $.00 |

### Current Charges

| | |
|---|---|
| Sewage Service | 6.37 |
| Sewage Treatment | 218.29 |
| Total Current Charges | **224.66** |
| **Amount Due By June 17, 2021** | **$ 224.66** |

### Meter Readings & Usage Summary

| Meter # | From Read Date | Reading | Type | To Read Date | Reading | Type |
|---|---|---|---|---|---|---|
| | 04/05/2021 | 26252 | A | 05/05/2021 | 26418 | A |
| | | | | Total Usage: | | 166 |



PENNSYLVANIA
AMERICAN WATER

WE KEEP LIFE FLOWING™

**Statement**

Page 1 of 6
666253926621

Account No.

**$533.96**

Payment Due By:

**June 25, 2021**

**Service Address:**

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

| | |
|---|---|
| Billing Date: | June 03, 2021 |
| Service Period: | May 06 to Jun 02 (28 Days) |
| Total Gallons: | 38,500 |

THANK YOU FOR BEING OUR CUSTOMER.

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### Account Summary — See page 3 for Account Detail

| | |
|---|---|
| Prior Billing: | $251.48 |
| Payments - Thank You! | $251.48 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $511.46 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $533.96 |

For more information, visit www.



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

272

9-7438
2430

DATE 6-17-21

PAY TO THE
ORDER OF _Paw c_                                    $ 533.96

_Five hundred thirty-three and 96/100_                DOLLARS

**Dollar Bank.**
Since 1855

MEMO

View your account information c
anytime at www.amwater.com/My

Pay by Phone*: Pay anytime at 1-
*A convenience fee may apply

Customer Service: 1-800-565-72!
M-F 7:00am to 7:00pm – Emergen

PENNSYLVANIA AMERICAN WA
PO BOX 371412
PITTSBURGH, PA. 15250-7412

Other Charges

| | |
|---|---|
| Distribution System Improvement Charge | -0.57 |
| ($517.15 x -0.11%) | |
| Recoupment Surcharge Water | 2.95 |
| ($517.15 x 0.57%) | |
| **Total Service Related Charges** | **511.46** |
| Protection Programs: | 22.50 |
| For inquiries, please call 1-888-378-4458 | |
| Water Line Protection | 9.25 |
| Sewer Line Protection | 13.25 |
| **Total Current Period Charges** | **533.96** |

Total Amount Due                    $533.96

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Protection programs** for water, sewer and in-home plumbing are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges. For inquiries about protection programs, please contact American Water Resources at 888-378-4458.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/paaw/rates







**PENNSYLVANIA AMERICAN WATER**

WE KEEP LIFE FLOWING™

**Statement**

666253926621

**Service Address:**

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

Account No.

**$533.96**

Payment Due By: **June 25, 2021**

 THANK YOU FOR BEING OUR CUSTOMER.

| Billing Date: | June 03, 2021 |
|---|---|
| Service Period: | May 06 to Jun 02 (28 Days) |
| Total Gallons: | 38,500 |

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

For more information, visit www.pennsylvaniaamwater.com

**Account Summary** – See page 3 for Account Detail

| Prior Billing: | $251.48 |
|---|---|
| Payments - Thank You! | $251.48 |
| Balance Forward: | $0.00 |
| Service Related Charges: | $511.46 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $533.96 |

 **View your account information or pay your bill** anytime at: www.amwater.com/MyAccount

 **Pay by Phone*:** Pay anytime at 1-855-748-6066 *A convenience fee may apply

 **Customer Service:** 1-800-565-7292 M-F 7:00am to 7:00pm – Emergencies 24/7

 **PENNSYLVANIA AMERICAN WATER** PO BOX 371412 PITTSBURGH, PA. 15250-7412



# PENNSYLVANIA
## AMERICAN WATER
### WE KEEP LIFE FLOWING™

Page 3 of 6
666253926621

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| | 100 gal | 5/8" | 05/06/2021 | 06/02/2021 | 26,418 (A) | 26,803 (A) | 385 | 385.00 | 38,500 |

A = Actual    E = Estimate                    1 Billing Unit = 100 gallons                    Total Gallons:    38,500

### Billed Usage History (graph shown in 100 gallons)

Next Scheduled Read Date: on or about July 02, 2021
Account Type:                    Residential

▓ 38,500 gallons = usage for this period
░ 16,000 gallons = usage for same period last year



Average
daily use for
this period is:
(28 days)      **1,375** gallons

Year to Date Billed Usage: 83,500 gallons

## Account Detail      Account No.

Service To: 924 VALLEYVIEW RD PITTSBURGH, PA 15243-1022

| | |
|---|---|
| Prior Billing | 251.48 |
| Payments | -251.48 |
| Total payments as of May 24. Thank you! | -251.48 |
| **Balance Forward** | **0.00** |

### Service Related Charges - 05/06/21 to 06/02/21

| | | |
|---|---|---|
| Water Service | | 509.08 |
| Water Service Charge | | 17.00 |
| Water Usage Charge | (385 x $1.2991) | 500.15 |
| Deferred Tax Credit | ($517.15 x -1.56%) | -8.07 |
| Other Charges | | -2.38 |
| Distribution System Improvement Charge | ($517.15 x -0.11%) | -0.57 |
| Recoupment Surcharge Water | ($517.15 x 0.57%) | 2.95 |
| **Total Service Related Charges** | | **511.46** |

| | | |
|---|---|---|
| Protection Programs: | | 22.50 |
| For inquiries, please call 1-888-378-4458 | | |
| Water Line Protection | | 9.25 |
| Sewer Line Protection | | 13.25 |
| **Total Current Period Charges** | | **533.96** |

**Total Amount Due**  ➡  **$533.96**

## Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Protection Programs** for water, sewer and in-home plumbing are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges. For inquiries about protection programs, please contact American Water Resources at 888-378-4458.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/paaw/rates



# WATERsource

## PENNSYLVANIA AMERICAN WATER



## YOUR ANNUAL WATER QUALITY REPORT IS IN

### PROVIDING HIGH-QUALITY WATER SERVICE

- We are pleased to share with you our annual Water Quality Reports, which show that we continue to supply high quality drinking water service to help keep your life flowing. Statewide, we perform millions of tests each year on the water before it leaves our treatment plants, plus a significant number of tests in the distribution system.
- Our team of experts operates quality control labs within the state. Plus, we have access to American Water's Central Laboratory in Belleville, Illinois, which conducts sophisticated drinking water testing and analysis.
- We've earned 33 Directors Awards from the U.S. EPA's Partnership for Safe Water program. In fact, **Pennsylvania American Water has received more EPA Partnership for Safe Water Directors Awards than any other water utility in the nation.**

We have an exceptional track record when it comes to delivering high quality drinking water. That's why we invite you to read our latest Water Quality Report, specifically for your local community.

## RESULTS TO PROVE IT



### SEE HOW WE'RE DOING IN YOUR COMMUNITY.

Every year, we provide a detailed analysis of the water we deliver to our communities in our Water Quality Reports. To learn more about our commitment to water quality or to view the Water Quality Report for your area, visit us online at **pennsylvaniaamwater.com**. Under Water Quality, select Water Quality Reports.

View the water quality report for your community online to see our results.

## NO MORE TRANSACTION FEE



We are pleased to announce that the $1.95 third-party transaction fee for paying your bill by credit card has been eliminated. Now you can pay your bill online, by phone, by credit card, in person and by mail; **no transaction fee required.** Learn more about our billing and payment options at **pennsylvaniaamwater.com**. Under Customer Service & Billing, select Billing & Payment info.



## I N V O I C E
-------------

```
    FILE #:                     DATE: 06/01/2021              PAGE     1
  INVOICE #:                    PO#
```

REMIT TO: MAROADI TRANSFER & STORAGE, INC
          1801 LINCOLN HIGHWAY, RT. 30

          NORTH VERSAILLES, PA  15137

  BILL TO:  DR. RONALD LINABURG
            924 VALLEYVIEW ROAD

          PITTSBURGH, PA  15243

SHIPPER: RONALD G. LINABURG                CUSTOMER:
STORAGE FROM 06/01/2021  TO 06/30/2021

| UNPAID BALANCES FORWARD: | DATE | INVOICE | BILLED | PAID | UNPAID BALANCE |
|---|---|---|---|---|---|
| | 05/01/2021 | | 130.00 | 0.00 | 130.00 |
| | | | 130.00 | 0.00 | 130.00 |

| ITEM | DESCRIPTION | MONTHS | GROSS | RATE | PER | NET |
|---|---|---|---|---|---|---|
| SSTORAGE | STORAGE CHARGE | 0 | 0.00 | 0.00 | | 130.00 |

```
                                  CURRENT CHARGES:     130.00

                                    TOTAL CHARGES:     260.00
```

THANK YOU FOR USING OUR MOVING AND STORAGE COMPANY



RETURN COPY OF INVOICE WITH YOUR CHECK

### I N V O I C E
--------------

|  |  |  |
|---|---|---|
| FILE #: | DATE: 06/01/2021 | PAGE    1 |
| INVOICE #: | PO# | |

REMIT TO: MAROADI TRANSFER & STORAGE, INC
          1801 LINCOLN HIGHWAY, RT. 30

          NORTH VERSAILLES, PA  15137

BILL TO:  DR. RONALD LINABURG
          924 VALLEYVIEW ROAD

          PITTSBURGH, PA  15243

SHIPPER: RONALD G. LINABURG                CUSTOMER:
STORAGE FROM 06/01/2021  TO 06/30/2021

UNPAID
BALANCES
FORWARD:

| DATE | INVOICE | BILLED | PAID | UNPAID BALANCE |
|---|---|---|---|---|
| 05/01/2021 | | 130.00 | 0.00 | 130.00 |
| | | 130.00 | 0.00 | 130.00 |

| ITEM | DESCRIPTION | MONTHS | GROSS | RATE | PER | NET |
|---|---|---|---|---|---|---|
| SSTORAGE | STORAGE CHARGE | 0 | 0.00 | 0.00 | | 130.00 |

                              CURRENT CHARGES:      130.00

                              TOTAL CHARGES:        260.00

        THANK YOU FOR USING OUR MOVING AND STORAGE COMPANY

        RETURN COPY OF INVOICE WITH YOUR CHECK

```
                            I N V O I C E
                            -------------

     FILE #:                  DATE: 05/01/2021              PAGE    1
  INVOICE #:                  PO#

REMIT TO: MAROADI TRANSFER & STORAGE, INC
          1801 LINCOLN HIGHWAY, RT. 30

          NORTH VERSAILLES, PA  15137

 BILL TO:  DR. RONALD LINABURG
           924 VALLEYVIEW ROAD

           PITTSBURGH, PA  15243

SHIPPER: RONALD G. LINABURG               CUSTOMER:
STORAGE FROM 05/01/2021  TO 05/31/2021
```

```
UNPAID    ------------------------------------------------------------
BALANCES     DATE   | INVOICE  |   BILLED   |    PAID    | UNPAID BALANCE
FORWARD   ------------------------------------------------------------
          04/27/2021                 673.76        0.00       673.76
          ============================================================
                                     673.76        0.00       673.76
```

```
          ------------------------------------------------------------
ITEM      |DESCRIPTION  |MONTHS|   GROSS   |  RATE   | PER |   NET
          ------------------------------------------------------------
SSTORAGE     STORAGE CHARGE    0        0.00       0.00            130.00
          ============================================================
                                   CURRENT CHARGES:       130.00

                                    TOTAL CHARGES:        803.76
```

```
     THANK YOU FOR USING OUR MOVING AND STORAGE COMPANY
```

```
          RETURN COPY OF INVOICE WITH YOUR CHECK
```



**DollarBank**

P.O. Box 1075
Pittsburgh, PA 15230

| CONSUMER LOAN | |
|---|---|
| *** BILLING NOTICE ***<br>BILL DATE 06-16-21<br>DUE DATE  07-01-21 | |
| INTEREST | $1,423.04 |
| TOTAL AMOUNT DUE | $1,423.04 |
| REMITTANCE AMOUNT | $1,423.04 |
| TOTAL AMOUNT ENCLOSED | *3,611.80* |

RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

ACCOUNT NO.

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

*** BILLING NOTICE ***

INTEREST            =    $1,423.04       ACCOUNT NO.

TOTAL AMOUNT DUE    =    $1,423.04

DUE DATE 07-01-21                MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 07-16-21, THE LATE CHARGE ASSESSED WILL BE        $85.38

INTEREST PAID LAST YEAR 2020        $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|---|---|---|---|---|---|---|
| 06-01-21 | BALANCE FORWARD | | 528,135.01 | | 3.25000 | 1,476.28 |
| 05-24-21 | INTEREST PAID | | 528,135.01 | | 3.25000 | -1,476.28 |
| 05-24-21 | PRINCIPAL PAID | 2,135.52 | 525,999.49 | | 3.25000 | |
| 07-01-21 | INTEREST ADJUSTMENT | | 525,999.49 | | | -1.54 |
| 07-01-21 | INTEREST ACCRUAL | | 525,999.49 | 30 | 3.25000 | 1,424.58 |
| BALANCE | | | 525,999.49 | | | |

APR BILL DATE RANGE:        05-17-21 - 06-16-21
DAILY PERIODIC RATE           .0090
ANNUAL PERCENTAGE RATE       3.2923 (V)
BALANCE SUBJECT TO           526,497.77
INTEREST CHARGED                                    TOTAL INTEREST CHARGED IN 2021      8,681.53
FEES CHARGED                                        TOTAL FEES CHARGED IN 2021              .00
PREVIOUS BALANCE
NEW BALANCE
   (V) - VARIABLE

RONALD G. LINABURG                                274
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG                  8-7438
924 VALLEYVIEW RD.                        2430
PITTSBURGH, PA 15243-1022        DATE  6-26-21

PAY TO THE
ORDER OF     *Dollar Bank*                  $ *3,611.80*

*Three Thousand six hundred eleven 80/100*                  DOLLARS

**Dollar Bank**  Since 1855

Acct#

MEMO                                         *R. Lina...*

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

*** BILLING NOTICE ***

INTEREST           =      $1,423.04

| ACCOUNT NO |
|---|

TOTAL AMOUNT DUE   =      $1,423.04

DUE DATE 07-01-21                    MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 07-16-21, THE LATE CHARGE ASSESSED WILL BE      $85.38

INTEREST PAID LAST YEAR 2020      $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|---|---|---|---|---|---|---|
| 06-01-21 | BALANCE FORWARD | | | | | |
| 05-24-21 | INTEREST PAID | | 528,135.01 | | 3.25000 | 1,476.28 |
| 05-24-21 | PRINCIPAL PAID | 2,135.52 | 528,135.01 | | 3.25000 | -1,476.28 |
| 07-01-21 | INTEREST ADJUSTMENT | | 525,999.49 | | 3.25000 | |
| 07-01-21 | INTEREST ACCRUAL | | | | | -1.54 |
| | | | 525,999.49 | 30 | 3.25000 | 1,424.58 |
| BALANCE | | | 525,999.49 | | | |

APR BILL DATE RANGE:        05-17-21 - 06-16-21
DAILY PERIODIC RATE              .0090
ANNUAL PERCENTAGE RATE          3.2923 (V)
BALANCE SUBJECT TO INTEREST RATE    526,497.77
INTEREST CHARGED              1,425.92
FEES CHARGED                      .00
PREVIOUS BALANCE             528,135.01
NEW BALANCE                  525,999.49
   (V) - VARIABLE RATE

TOTAL INTEREST CHARGED IN 2021      8,681.53
TOTAL FEES CHARGED IN 2021              .00

DOLLAR BANK
P.O. BOX 1075
PITTSBURGH, PA 15230

FCLREGZ    05/21

Andy's Sprinkler Service
878 Mifflin Road
Pittsburgh, PA 15207
PA 052221
**Phone #** 412-462-4333

# Invoice

| | |
|---|---|
| **Date** | 5/25/2021 |
| **Invoice #** | |

**Bill To:**

R LINABURG
924 Valleyview Rd.
Pittsburgh, PA 15243

| Due Date |
|---|
| 6/9/2021 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | SERVICE CALL - Work Order 7653 | 65.00 | 65.00 |
| 0.75 | Andy W | 95.00 | 71.25 |
| 1 | BARBED FITTING | 3.00 | 3.00 |
| 1 | NECK EXTENSION | 3.00 | 3.00 |
| 1 | NOZZLE SMALL | 6.00 | 6.00 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

275

PAY TO THE
ORDER OF  Andys Sprinkler                    $ 148.25

One hundred forty eight 25/100                    DOLLARS

**Dollar Bank.**
Since 1855

DATE 6-25-21

MEMO

| | |
|---|---|
| **Total** | $148.25 |
| Payments/Credits | $0.00 |
| **Balance Due** | $148.25 |
| **Customer Total Balance** (All un-paid invoices) | $148.25 |

Would you like your statement via email? Coming soon, Include or call with your email address.

Please include your invoice number with your payment.

Northern Lawns, LP
120 Ridgeway Court
Pittsburgh, PA 15228
412-563-5849

# Invoice

| Due Date | Date | Invoice # |
|----------|------|-----------|
| 6/30/2021 | 5/31/2021 | |

Bill To

Ron & Judy Linaburg
924 Valleyview Road
Pittsburgh, PA  15243

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

New e-mail address? Enter here: _____

| **Balance Due** | $2,825.34 |
|-----------------|-----------|

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

120 Ridgeway Court
Pittsburgh, PA 15228

| Description | Amount |
|-------------|--------|
| Dale's labor: 6.5 hrs x $50 | 325.00 |
| Tim's labor: 7.5 hrs x $45 | 337.50 |
| Jack's labor: 6.5 hrs x $45 | 292.50 |
| Brad's labor: | 292.50 |
| Garrett's labor | 337.50 |
| Jason's labor | 292.50 |
| 2 boxes Pree | 58.00 |
| 4 cu. yds. mu | 160.00 |
| 10 cu. yds. sl | 440.00 |
| Lawn mowed | 35.00 |
| Lawn mowed | 35.00 |
| Lawn mowed | 35.00 |
| Sales Tax | 184.84 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

276
8-7438
2430

DATE _____

PAY TO THE
ORDER OF  Northern Lawn                    $ 2,825 34

Twenty eight twenty five 34/100                    DOLLARS

Dollar Bank
Since 1855

MEMO _____

We appreciate your business

Pay your bill online at www.northernlawns.com

| Total | $2,825.34 |
|-------|-----------|
| Payments/Credits | $0.00 |
| Balance Due | $2,825.34 |

New e-mail address? Enter here: _____

*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

120 Ridgeway Court
Pittsburgh, PA 15228

| Description | Amount |
|---|---|
| Dale's labor: 6.5 hrs x $50 | 325.00 |
| Tim's labor: 7.5 hrs x $45 | 337.50 |
| Jack's labor: 6.5 hrs x $45 | 292.50 |
| Brad's labor: 6.5 hrs x $45 | 292.50 |
| Garrett's labor: 7.5 hrs x $45 | 337.50 |
| Jason's labor: 6.5 hrs x $45 | 292.50 |
| 2 boxes Preen | 58.00 |
| 4 cu. yds. mushroom manure | 160.00 |
| 10 cu. yds. shredded bark | 440.00 |
| Lawn mowed & edged - 5/12/21 | 35.00 |
| Lawn mowed & edged - 5/20/21 | 35.00 |
| Lawn mowed & edged - 5/26/21 | 35.00 |
| Sales Tax | 184.84 |

We appreciate your business

Pay your bill online at www.northernlawns.com

| | |
|---|---|
| **Total** | $2,825.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,825.34 |





**INVOICE**

This invoice represents toll charges incurred by the vehicle/license plate below for travel on the PA Turnpike. The PA Turnpike uses E-ZPass account and registered owner's information to issue toll invoices.

LINABURGRONALD GENE / JUDITH K LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

Invoice Number:
Account Number:
License Plate:
Invoice Date:



05/21/2021



Additional images are available at www.paturnpiketollbyplate.com

### TOLL BY PLATE INVOICE SUMMARY

| | |
|---|---|
| Toll Charges | $9.40 |
| Payments | $0.00 |
| Adjustments | $0.00 |
| Fees | $0.00 |
| **AMOUNT DUE:** | **$9.40** |
| *Payment Due Date* | 06/10/2021 |

**PAYM...**

- Pay online at www.patur...
- Pay by phone at 1.877.736...
- Mail check or money order... provided.
- Failure to pay the amount... added.
- Invoices that are unpaid aft... agency with additional fees...
- Under Act 165 of 2016, the... suspension and/or holds for... unpaid tolls and fees of $50... www.patumpike.com



Page 1 of 3                                        01093767721

**PAYMENT REMITTANCE**

Payment Remittance must be mailed with check or
money order. Send Appeals and Bank Bill Pay with
Appeal Remittance. Do not mail Cash or Credit Card
information.

| | |
|---|---|
| INVOICE NUMBER: | |
| AMOUNT DUE: | $9.40 |
| PAYMENT DUE DATE: | 06/10/2021 |
| ACCOUNT NUMBER: | |
| **Amount Paid:** | $ 9.40 |

**Make Check Payable to PA Turnpike**
Refunds will not be issued for overpayments under $1.00.

163-2
LINABURGRONALD GENE / JUDITH K LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

PA TURNPIKE TOLL BY PLATE
PO BOX 645631
PITTSBURGH PA 15264-5254



## PA TURNPIKE
## TOLL BY PLATE
WE BILL YOU

# INVOICE DETAILS

**ACCOUNT NUMBER**

**LICENSE PLATE**

**TOLL POSTING DATES**
05/09/2021 05:32 to 05/21/2021 00:54

This invoice reflects transactions posted to your account during the current billing period. Transactions that occurred during this period that do not appear on this invoice will be reflected on your next invoice. If you have an additional vehicle that traveled through a TOLL BY PLATE location, this travel will be invoiced separately.

| ACCOUNT ACTIVITY FOR INVOICE - PLATE | | | | | | | |
|---|---|---|---|---|---|---|---|
| POSTED | TRANSACTION | ENTRY DATE | ENTRY PLAZA | EXIT DATE | EXIT PLAZA | CLASS | AMOUNT |
| 05/09/2021 | TOLL BY PLATE | 04/20/2021 12:05:53 | Warrendale | 04/20/2021 12:14:12 | Butler Valley | 1 | $4.70 |
| 05/09/2021 | TOLL BY PLATE | 04/20/2021 12:17:24 | Butler Valley | 04/20/2021 12:24:55 | Warrendale | 1 | $4.70 |
| 06/21/2021 | LATE FEE | | | | | | $5.00 |

*PD check # 277 6-26-21*

 

# INVOICE - PAST DUE

*Pd 6-26-21*
*# 277*

This invoice represents toll charges incurred by the vehicle/license plate below for travel on the PA Turnpike. The PA Turnpike uses E-ZPass account and registered owner's information to issue toll invoices.

LINABURGRONALD GENE / JUDITH K LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

Invoice Number:
Account Number:
License Plate:
Invoice Date:                     06/21/2021





*Additional images are available at www.paturnpiketollbyplate.com*

## TOLL BY PLATE INVOICE SUMMARY

| | |
|---|---|
| Toll Charges | $9.40 |
| Payments | $0.00 |
| Adjustments | $0.00 |
| Fees | $5.00 |
| **AMOUNT DUE:** | **$14.40** |
| *Payment Due Date* | *07/12/2021* |

### PAYMENT INFORMATION

- Pay online at www.paturnpiketollbyplate.com
- Pay by phone at 1.877.736.6727, select Option 1, Option 3.
- Mail check or money order with Payment Remittance below in envelope provided.
- Failure to pay the amount due by the due date will result in late fees being added.
- Invoices that are unpaid after 60 days will be sent to a debt collection agency with additional fees added.
- Under Act 165 of 2016, the PA Turnpike may request registration suspension and/or holds for PA and non-PA vehicle registrations with unpaid tolls and fees of $500 or more. For more information, visit www.paturnpike.com



## PAY LESS FOR YOUR TRAVEL WITH E-ZPASS

Open an E-ZPass account by 07/12/2021
and pay the E-ZPass rate of $4.60
for this invoice, a savings of $4.80.

*E-ZPass account activation and payment required.*

**To open an E-ZPass account and pay this invoice, go to**
www.paturnpiketollbyplate.com
or call 1.877.736.6727 and select Option 1, Option 3

01093767722

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
## PAYMENT REMITTANCE

Payment Remittance must be mailed with check or money order. Send Appeals and Bank Bill Pay with Appeal Remittance. Do not mail Cash or Credit Card information.

### Make Check Payable to PA Turnpike
Refunds will not be issued for overpayments under $1.00.

| | |
|---|---|
| INVOICE NUMBER: | |
| AMOUNT DUE: | $14.40 |
| PAYMENT DUE DATE: | 07/12/2021 |
| ACCOUNT NUMBER: | |
| **Amount Paid:** | $ |

220-240
LINABURGRONALD GENE / JUDITH K LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

PA TURNPIKE TOLL BY PLATE
PO BOX 645631
PITTSBURGH PA 15264-5254

# APPEAL FORM

For your appeal to be considered, you must complete the following steps by 07/12/2021

1. Complete Section A or B of the appeal form below.
2. **Sign and date the certification at the bottom of the appeal form.**
3. Mail this appeal form to the address at the bottom of this page.

---

## SECTION A: E-ZPASS CUSTOMER VERIFICATION

___ **Pennsylvania E-ZPass customer:** We will attempt to deduct the toll from your E-ZPass account.

___ **Out of State E-ZPass customer:** Return appeal form with check/money order for the E-ZPass rate displayed on page 1 of invoice.

I hereby certify that I was an E-ZPass customer in good standing and had a valid E-ZPass transponder in the vehicle on the date(s) and time(s) of travel. *(Please ensure that your account has a positive balance today and that the vehicle is correctly listed on your account)*

| | | |
|---|---|---|
| Name of E-ZPass Accountholder | E-ZPass Account Number | E-ZPass Transponder Number |
| Signature of E-ZPass Accountholder | Telephone Number | |

## SECTION B: CERTIFICATION OF NON-LIABILITY

The undersigned certifies that on the travel date(s) indicated on the invoice, the vehicle bearing the registration plate number was:

___ Stolen (Police Report required)                    ___ Incorrectly Identified License Plate

___ Not My Vehicle (Documentation from DMV may be required)          ___ Other/Written Appeal

**Certification:  Must be completed for all Appeal Form Sections (A and B)  Unsigned Appeals will not be processed.**

I certify that the foregoing statements are true and accurate to the best of my knowledge. I understand that if any of the foregoing statements are willfully false, I am subject to penalties pursuant to Pennsylvania Law.

| | | |
|---|---|---|
| Signature | Print Name | Date |

---

| WHY DID I RECEIVE AN INVOICE? | WHY TOLL BY PLATE? | HELP, I HAVE E-ZPASS!!! |
|---|---|---|
| ~ electronic tolling system | Cashless tolling: | Your E-ZPass account may need attention. |
| | ➤ Reduced Traffic | ➤ Does your account have funds |

 

# INVOICE

This invoice represents toll charges incurred by the vehicle/license plate below for travel on the PA Turnpike. The PA Turnpike uses E-ZPass account and registered owner's information to issue toll invoices.

LINABURGRONALD GENE / JUDITH K LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

Invoice Number:
Account Number:
License Plate:
Invoice Date:



05/21/2021



Additional images are available at www.paturnpiketollbyplate.com

## TOLL BY PLATE INVOICE SUMMARY

| | |
|---|---:|
| Toll Charges | $9.40 |
| Payments | $0.00 |
| Adjustments | $0.00 |
| Fees | $0.00 |
| **AMOUNT DUE:** | **$9.40** |
| *Payment Due Date* | *06/10/2021* |

### PAYMENT INFORMATION

- Pay online at www.paturnpiketollbyplate.com
- Pay by phone at 1.877.736.6727, select Option 1, Option 3.
- Mail check or money order with Payment Remittance below in envelope provided.
- Failure to pay the amount due by the due date will result in late fees being added.
- Invoices that are unpaid after 60 days will be sent to a debt collection agency with additional fees added.
- Under Act 165 of 2016, the PA Turnpike may request registration suspension and/or holds for PA and non-PA vehicle registrations with unpaid tolls and fees of $500 or more. For more information, visit www.paturnpike.com



## PAY LESS FOR YOUR TRAVEL WITH E-ZPASS

Open an E-ZPass account by 06/10/2021
and pay the E-ZPass rate of $4.60
for this invoice, a savings of $4.80.*

*E-ZPass account activation and payment required.

To open an E-ZPass account and pay this invoice, go to
www.paturnpiketollbyplate.com
or call 1.877.736.6727 and select Option 1, Option 3



01093767721



# APPEAL FORM

*Note: Appeals may not be processed on past due toll transactions*

For your appeal to be considered, you must complete the following steps by 06/10/2021

1. Complete section A, B or C of the appeal form below.
2. **Sign and date the certification at the bottom of the appeal form.**
3. Mail this appeal form to the address at the bottom of this page.

**Failure to send the required information within 30 days of the original invoice date will render the owner, lessor or rental agent liable for the total amount due.**

---

## SECTION A:  E-ZPASS CUSTOMER VERIFICATION

____ **Pennsylvania E-ZPass customer:**  We will attempt to deduct the toll from your E-ZPass account.

____ **Out of State E-ZPass customer:**  Return appeal form with check/money order for the E-ZPass rate displayed on page 1 of invoice.

I hereby certify that I was an E-ZPass customer in good standing and had a valid E-ZPass transponder in the vehicle on the date(s) and time(s) of travel. *(Please ensure that your account has a positive balance today and that the vehicle is correctly listed on your account).*

| | | |
|---|---|---|
| Name of E-ZPass Accountholder | E-ZPass Account Number | E-ZPass Transponder Number |
| Signature of E-ZPass Accountholder | Telephone Number | |

---

## SECTION B:  CERTIFICATION OF NON-LIABILITY

The undersigned certifies that on the travel date(s) indicated on the invoice, the vehicle bearing the registration plate number was:

____Stolen (Police Report Required)    ____Incorrectly Identified License Plate    ____Other/Written Appeal

____Not My Vehicle (Documentation from DMV may be required)    ____Leased or Rented (Lease/Rental agreement required)

Lessee/Renter Information:

| | |
|---|---|
| Name | Date of theft or execution of lease agreement |

| | | | |
|---|---|---|---|
| Street Address | City | State | Zip |

---

## SECTION C:  OVERCOMING INFERENCE OF OWNER LIABILITY

The owner of the vehicle is inferred to be the operator at the time of the travel. In order to overcome the inference, the vehicle owner must provide the following information:

- Testimony/statement that the owner was not operating the vehicle at the time of the travel.
- Testimony/statement indicating the name and residence address of the person operating the vehicle at the time of travel.

**Certification:** Must be completed for all Appeal Form Sections (A, B and C)  Unsigned Appeals will not be processed.

I certify that the foregoing statements are true and accurate to the best of my knowledge. I understand that if any of the foregoing statements are willfully false, I am subject to penalties pursuant to Pennsylvania law.

| | | |
|---|---|---|
| Signature | Print Name | Date |

Fold Here                                                                                                                          Fold Here

---

## APPEAL REMITTANCE

www.paturnpiketollbyplate.com

Return Appeal in envelope provided

1.877.736.6727 - Option 1, Option 3
717.565.4312 - Fax

Invoice Number: 1~~——~~
Account Number:

01093767721

---

163-2
LINABURGRONALD GENE / JUDITH K LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

PA TURNPIKE
TOLL BY PLATE APPEAL
300 EAST PARK DRIVE
HARRISBURG PA 17111-2729



**BARTLETT TREE EXPERTS**
P.O. Box 3067
Stamford, CT 06905-0067

TEMP-RETURN SERVICE REQUESTED

HOME OFFICE - STAMFORD, CT
THE BARTLETT TREE RESEARCH LABORATORIES & EXPERIMENTAL GROUNDS - CHARLOTTE, NC

## INVOICE

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
|  | 05/27/2021 |  |
|  | AMOUNT DUE | PAY THIS AMOUNT |
| Page 1 | 214.00 | 214.00 |

MAKE CHECK PAYABLE TO: Bartlett Tree Experts
Pay online at www.bartlett.com

YOUR CHECK NUMBER

Please check box if your address below is incorrect or has changed. Indicate change(s) on reverse side.

TO ENSURE PROPER CREDIT PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.
ALL ACCOUNTS NET                                    PAYABLE UPON RECEIPT



000940 0.5380 MB 0.450                    TR00004
Mrs JUDY LINABURG
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067

| INVOICE NO. | AMOUNT DUE |
|---|---|

Work Completed 05/19/2021                                    200.00
Work at      924 Valleyview Road                              14.00Tx
Pittsburgh                                                   214.00

Bartlett Monitor is a program to inspect woody trees and shrubs for
insect and mite pests, diseases and cultural problems that could
impact plant health. Treat plants as needed to suppress pest damage
and promote plant health. Provide treatment recommendations for pests
and cultural p...
Provide 6 trea...
Visit 2.
Plants indicat...
All trees and...
treated to hel...
diseases.

RONALD G. LINABURG                                         278
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.                    DATE  6-26-21
PITTSBURGH, PA 15243-1022

PAY TO THE
ORDER OF  Bartlett Tree Experts          $ 214.00

Two hundred fourteen XX/100                        DOLLARS

**Dollar Bank.**
Since 1855

MEMO

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

        Thank you for the opportunity to care for your property.

| | ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER** | | 05/27/2021 | 214.00 |

(724) 695-1660

A SERVICE CHARGE OF ___ 1.5 __ % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF ___ 18.0 __ %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

MAKE CHECK PAYABLE TO
BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067

RETAIN THIS PORTION FOR YOUR RECORDS

Work Completed 05/19/2021

Work at      924 Valleyview Road                                                                200.00
Pittsburgh                                                                                     14.00Tx
                                                                                               214.00

Bartlett Monitor is a program to inspect woody trees and shrubs for
insect and mite pests, diseases and cultural problems that could
impact plant health. Treat plants as needed to suppress pest damage
and promote plant health. Provide treatment recommendations for pests
and cultural problems on larger plants.
Provide 6 treatments.
Visit 2.
Plants indicating concerns:
All trees and shrubs at the front, sides, and rear of the property
treated to help prevent or suppress Phytophthora root rot, leaf
diseases.

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.


Thank you for the opportunity to care for your property.

YOUR BARTLETT REPRESENTATIVE IS:  **JOHN REITMEYER**

**(724) 695-1660**

| ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|
|  | 05/27/2021 | 214.00 |

A SERVICE CHARGE OF ____ 1.5 ___ % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF ____ 18.0 ___ %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
**BARTLETT TREE EXPERTS**
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE  210528-01038-0001

MV-105 (02-20)

# pennsylvania
DEPARTMENT OF TRANSPORTATION

**Pennsylvania Registration Renewal Application**

Bureau of Motor Vehicles ◆ PO Box 68275 ◆ Harrisburg, PA 17106-8275

## RENEW INSTANTLY

You can renew instantly online at PennDOT's Driver and Vehicle Services website at **www.dmv.pa.gov**. It's fast and easy! After you renew, you will be able to print your permanent vehicle registration credential.

**REGISTRATION PERIOD/FEE:** You may be eligible to renew your vehicle for either a one-year or two-year registration period. Both registration periods and the required fees are listed below. If you opt for a two-year registration fee, please check the block where indicated. **NOTE:** If the fee listed in the "2 yr. fee" block is "N/A," your vehicle type is not eligible to renew for a two-year period.

**Voluntary Contributions** - Please note that the voluntary donations are not part of the renewal fee printed on the renewal application below. Please add it to your final payment.

- You may contribute to the **Organ Donation Awareness Trust Fund (ODTF)** to help increase awareness of organ donation and help save lives.
- You may contribute to the **Veterans Trust Fund (VTF)** to help support programs and projects for Pennsylvania veterans and their families.

---

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

279

DATE 6-26-21

PAY TO THE ORDER OF  PA Dept Transportation   $ 88.00

Eighty eight XX/100   DOLLARS

**Dollar Bank** Since 1855

MEMO 2 yr fee PA Registration Renewal

---

assist in funding transportation needs for your county. This fee is in addition to the commonwealth registration fee. As such, your total fees are as follows:

| | Commonwealth Registration Fee | Annual Fee for Local Use | Total Fee |
|---|---|---|---|
| 1 Year: | $ 39.00 | $ 5.00 | $ 44.00 |
| 2 Year: | $ 78.00 | $ 10.00 | $ 88.00 |

---

**Visit us at www.dmv.pa.gov or call us at 717-412-5300. TTY callers - please dial 711 to reach us.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Plate Number | Title Number | Vehicle Identification Number | 2015 Year | AUDI Vehicle Make | SDN Type | AUG 31 2021 Expiration Date | 00000 Reg. Gr. Wt. | Comb. Gr. Wt. |
|---|---|---|---|---|---|---|---|---|

**COMPLETE REVERSE SIDE**

RONALD GENE LINABURG &
JUDITH K LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243

| ✓ | 1 yr. fee: $ 44.00 | 2 yr. fee: $ 88.00 | For a two year period, please check ( √ ) the block to the left. |

Indicate # of duplicates at $2.00 each in the block to the left.

If you wish to contribute $3.00 to the ODTF, please check ( √ ) the block to the left.

If you wish to contribute $3.00 to the VTF, please check ( √ ) the block to the left.

MV-105 (02-20)



## pennsylvania
DEPARTMENT OF TRANSPORTATION

**Pennsylvania Registration Renewal Application**

Bureau of Motor Vehicles ◊ PO Box 68275 ◊ Harrisburg, PA 17106-6275

## RENEW INSTANTLY

You can renew instantly online at PennDOT's Driver and Vehicle Services website at **www.dmv.pa.gov.** It's fast and easy! After you renew, you will be able to print your permanent vehicle registration credential.

**REGISTRATION PERIOD/FEE:** You may be eligible to renew your vehicle for either a one-year or two-year registration period. Both registration periods and the required fees are listed below. If you opt for a two-year registration fee, please check the block where indicated. **NOTE:** if the fee listed in the "2 yr. fee" block is "N/A," your vehicle type is not eligible to renew for a two-year period.

**Voluntary Contributions -** Please note that the voluntary donations are not part of the renewal fee printed on the renewal application below. Please add it to your final payment.

- You may contribute to the **Organ Donation Awareness Trust Fund (ODTF)** to help increase awareness of organ donation and help save lives.
- You may contribute to the **Veterans Trust Fund (VTF)** to help support programs and projects for Pennsylvania veterans and their families.

The county in which your vehicle is registered has enacted an annual Fee for Local Use. The funds collected from this fee will assist in funding transportation needs for your county. This fee is in addition to the commonwealth registration fee. As such, your total fees are as follows:

| | Commonwealth Registration Fee | Annual Fee for Local Use | Total Fee |
|---|---|---|---|
| 1 Year: | $  39.00 | $  5.00 | $   44.00 |
| 2 Year: | $  78.00 | $ 10.00 | $   88.00 |

**Visit us at www.dmv.pa.gov or call us at 717-412-5300. TTY callers - please dial 711 to reach us.**



**RONALD LINABURG**
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

| | |
|---|---|
| Page: | 1 of 5 |
| Issue Date: | Jun 01, 2021 |
| Account Number: |  |

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.

Total due

# $276.75

Please pay by:
Jun 22, 2021

## Account summary

| | |
|---|---|
| Your last bill | $278.73 |
| Payment, May 24 – Thank you! | -$278.73 |
| Remaining balance | $0.00 |

## Service summary

| | | |
|---|---|---|
| Wireless | Page 2 | $276.75 |
| Total services | | $276.75 |

## Total due

$276.75

Please pay by Jun 22, 2021



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

280

DATE 6-26-21

PAY TO THE ORDER OF   AT+T                                    $ 276.75

Two hundred seventy six 75/100                              DOLLARS

**Dollar Bank.** Since 1855

Acct:
MEMO

## Ways to pay and manage your account:



myAT&T app
iPhone and Android

att.com/pay

Call 611 or
800.331.0500

Scan to pay



| | |
|---|---|
| Page: | 2 of 5 |
| Issue Date: | Jun 01, 2021 |
| Account Number: | |

## Service activity

### Wireless

| Number | User | Page | Activity since last bill | Plan | Equipment | Add-ons | Surcharges & fees | Government taxes & fees | Total |
|---|---|---|---|---|---|---|---|---|---|
| Group 4 | | 2 | -- | $70.00 | -- | - | $0.59 | $0.27 | $70.86 |
| | RONALD LINABURG | 3 | $3.00 | $35.00 | -- | $8.99 | $5.61 | $3.00 | $55.60 |
| | RONALD LINABURG | 3 | - | $35.00 | - | - | $4.40 | $2.08 | $41.48 |
| | RONALD LINABURG | 4 | - | $20.00 | $24.99 | $15.00 | $4.26 | $3.08 | $67.33 |
| | RONALD LINABURG | 4 | - | $35.00 | - | - | $4.40 | $2.08 | $41.48 |
| Total | | | $3.00 | $195.00 | $24.99 | $23.99 | $19.26 | $10.51 | $276.75 |

## Group 4
4 Devices

### Monthly charges
May 02 - Jun 01

| | | |
|---|---|---|
| 1. | AT&T Unlimited &More(SM) Premium Multi Line | $100.00 |
| 2. | Discount for 4+ Phones | –$30.00 |

### Surcharges & fees

| | | |
|---|---|---|
| 3. | Federal Universal Service Charge | $0.39 |
| 4. | State Gross Receipts Surcharge | $0.20 |

### Government taxes & fees

| | | |
|---|---|---|
| 5. | County Sales Tax - Telecom | $0.03 |
| 6. | PA State Sales Tax - Telecom | $0.24 |

### Total for Group 4    $70.86



ENJOY & EXPLORE
AT&T is your all-in-one bundle solution
Call 866.739.4401  Click att.com/BundleItUp
Advertised services not available in all areas.

### Shared usage summary (May 02 - Jun 01)

| Number | User | Data (GB) | Text | Talk |
|---|---|---|---|---|
| | RONALD LINABURG | 48.90 | 386 | 1,893 |
| | RONALD LINABURG | 10.50 | 289 | 1,901 |
| | RONALD LINABURG | 0.52 | 189 | 530 |
| | RONALD LINABURG | 0.59 | 304 | 1,868 |
| Total usage | | 60.50 | 1,168 | 6,192 |
| Included in plan | | unlimited | unlimited | unlimited |

*Usage is rounded up based on your plan. For more details on your Shared usage summary, visit att.com/myusage.*

Group 4 continues...





*...Group 4 continued*

## Phone,
RONALD LINABURG

| Activity since last bill | *May 02 - Jun 01* | | |
|---|---|---|---|
| 1. International long distance<br>*1 minute* | | $3.00 | *< Usage* |

| Monthly charges | *May 02 - Jun 01* | |
|---|---|---|
| 2. Access for iPhone 4G LTE w/ VVM | | $35.00 |
| 3. Mobile Insurance Premium | | $8.99 |

| Surcharges & fees | | |
|---|---|---|
| 4. Administrative Fee | | $1.99 |
| 5. Federal Universal Service Charge | | $1.60 |
| 6. Regulatory Cost Recovery Charge | | $1.50 |
| 7. State Gross Receipts Surcharge | | $0.52 |

| Government taxes & fees | | |
|---|---|---|
| 8. 911 Service Fee | | $1.65 |
| 9. County Sales Tax | | $0.09 |
| 10. County Sales Tax - Telecom | | $0.10 |
| 11. PA State Sales Tax | | $0.54 |
| 12. PA State Sales Tax - Telecom | | $0.62 |

| **Total for** | | **$55.60** |
|---|---|---|

## Phone,
RONALD LINABURG

| Monthly charges | *May 02 - Jun 01* | |
|---|---|---|
| 1. Access for iPhone 4G LTE w/ VVM | | $35.00 |

| Surcharges & fees | | |
|---|---|---|
| 2. Administrative Fee | | $1.99 |
| 3. Federal Universal Service Charge | | $0.60 |
| 4. Regulatory Cost Recovery Charge | | $1.50 |
| 5. State Gross Receipts Surcharge | | $0.31 |

| Government taxes & fees | | |
|---|---|---|
| 6. 911 Service Fee | | $1.65 |
| 7. County Sales Tax - Telecom | | $0.06 |
| 8. PA State Sales Tax - Telecom | | $0.37 |

| **Total for** | | **$41.48** |
|---|---|---|

*Wireless continues...*

**AT&T**

| | |
|---|---|
| Page: | 4 of 5 |
| Issue Date: | Jun 01, 2021 |
| Account Number: | |

*...Wireless continued*

### Phone
RONALD LINABURG

| Monthly charges | May 02 - Jun 01 | |
|---|---|---|
| 1. Access for iPhone 4G LTE w/ VVM | | $35.00 |
| 2. Discount for customer loyalty | | -$15.00 |
| 3. Protect Advantage Insurance for 1 | | $8.99 |
| 4. Protect Advantage Support Services for 1 | | $6.01 |
| 5. APPLE 64GB - Installment 30 of 30 | | $24.99 |

| Surcharges & fees | |
|---|---|
| 6. Administrative Fee | $1.99 |
| 7. Federal Universal Service Charge | $0.51 |
| 8. Regulatory Cost Recovery Charge | $1.50 |
| 9. State Gross Receipts Surcharge | $0.26 |

| Government taxes & fees | |
|---|---|
| 10. 911 Service Fee | $1.65 |
| 11. County Sales Tax | $0.15 |
| 12. County Sales Tax - Telecom | $0.06 |
| 13. PA State Sales Tax | $0.90 |
| 14. PA State Sales Tax - Telecom | $0.32 |

| **Total for** | **$67.33** |
|---|---|

### Phone,
RONALD LINABURG

| Monthly charges | May 02 - Jun 01 | |
|---|---|---|
| 1. Access for iPhone 4G LTE w/ VVM | | $35.00 |

| Surcharges & fees | |
|---|---|
| 2. Administrative Fee | $1.99 |
| 3. Federal Universal Service Charge | $0.60 |
| 4. Regulatory Cost Recovery Charge | $1.50 |
| 5. State Gross Receipts Surcharge | $0.31 |

| Government taxes & fees | |
|---|---|
| 6. 911 Service Fee | $1.65 |
| 7. County Sales Tax - Telecom | $0.06 |
| 8. PA State Sales Tax - Telecom | $0.37 |

| **Total for** | **$41.48** |
|---|---|

**Usage summary**

| Talk | Used |
|---|---|
| Call over Wi-Fi | 2,806 |

**APPLE 64GB**

| | |
|---|---|
| Established on | Dec 20, 2018 |
| Amount financed | $749.99 |
| Installment 30 of 30 (May 20, 2021) | $24.99 |
| Balance remaining after current installment | $0.00 |

*No addl installments. Balance due if phone return requirements not met.*

*Wireless continues...*





Page:              5 of 5
Issue Date:        Jun 01, 2021
Account Number:

...Wireless continued

## Total for Wireless                                          $276.75

## News you can use

### Services outside the U.S.
When you send a message or use data, the transaction time is captured in your local U.S. time. When you make or receive a call while outside the U.S., the transaction time appears on your bill in the time zone of the country you visited. For the calculation of your 24 hour International Day Pass, calls will also be converted to your local U.S. time zone.

### Help protect yourself from fraud
AT&T will never contact you by email, SMS, or recorded call asking for personal information. If you receive such an email, do not reply. Never use the links in questionable emails to determine if the email is valid. Fraudsters can create fake email headers, so the sender may not be real. They also can create realistic forgeries of websites. Do not fill out forms via email, because the data may not be secure. Instead, go directly to the company's website. Ensure a site is secure by checking whether there is an "s" after the http in the address and a lock icon at the bottom of the screen.

### All that & TV
With AT&T TV, enjoy the best of Live TV & On Demand - all on your favorite screens. Plus, no annual contract or hidden fees. It's everything you want from TV. Call 855.288.1145.

### Get more from AT&T
Simplify with an AT&T bundle on AT&T TV, Internet, Wireless and other premium services. Discover all that AT&T can deliver and get the best value. Let us help you find the best deals: 866.805.4025.

### Get your bill in Spanish!
Good news, you can get your bill in Spanish! To sign up, visit: att.com/cambiaraespanol

## Important information

### Late payment fee
The late payment fee for consumer and Signature bills not paid in full by the payment due date is up to $7.00.

### Electronic check conversion
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically.

### Surcharges and other fees
AT&T imposes additional charges on a per line basis, including federal and state universal service charges, an Administrative Fee (to defray certain expenses including charges AT&T or its agents pay to interconnect with

other carriers to deliver calls from AT&T customers to their customers, and charges associated with cell site rents and maintenance), and a Regulatory Cost Recovery Charge (to recover costs of compliance with certain government imposed regulatory requirements, including Wireless Number Portability and Number Pooling, and E911). These fees are not taxes or charges that the government requires AT&T to collect from its customers. See att.com/mobilityfees for details.

### AT&T Mobility Center for customers with disabilities
Questions on accessibility by persons with disabilities: 866.241.6568.

### Written correspondence
Do not send notes/letters with payment. We cannot guarantee receipt. Send notes/letters to AT&T, P.O. Box 5074, Carol Stream, Illinois 60197-5074 or FAX 314.242.0792.

### Wireless DirectBill charges
Detail of DirectBill charges can be viewed at att.com/db. The direct billing option offers you the ability to purchase content, goods and features such as apps, games, donations, and services from AT&T and other companies by applying charges to your wireless account.

### 911 calling with TTY and Real-Time Text
Due to technical limitations, Wi-Fi Calling and NumberSync cannot be used with TTY devices and cannot support 911 calls over TTY devices. Persons with communications disabilities can use Real-Time Text (www.att.com/RTT) as an alternative to TTY. 911 services can be reached by either: (1) calling 911 using Real-Time Text or (2) calling 911 directly using a TTY over the cellular network or from a landline telephone, or (3) sending a text message to 911 directly (in areas where text-to-911 is available) from a wireless device, or (4) using relay services to place a TTY or captioned telephone service (CTS) call from a wireless phone over the cellular network or from a landline telephone, or (5) using relay services to place a IP Relay or IP CTS call over a cellular data or other IP network.

### Tax ID
AT&T Mobility Tax ID 84-1659970

Wireless Services provided by AT&T Mobility, LLC.
© 2021 AT&T Intellectual Property. All rights reserved.

**RONALD LINABURG**

)24 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

# PEOPLES
An Essential Utilities company

For 24/7 account access: peoplesaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| | Jun 15, 2021 | 07/14 - 07/15/2021 | 13 |

For General Information call **1-800-764-0111.** For an Emergency call **1-800-400-4271.**

## Summary of Basic Charges

**Credits And Charges Since Your Last Bill**
| | |
|---|---|
| Balance from last bill | $126.58 |
| Payment on MAY 21, 2021 - Thank You | 126.58 CR |
| **Balance** | **$0.00** |

**Current Charges**
**Residential (RS)(E)**
| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.4299 per MCF | 43.01 |
| Delivery Charge | |
| 17.7 MCF @ $4.2757 | 75.68 |
| Capacity Charge $1.7847 per MCF | 31.59 |
| DSIC Surcharge -0.06% | .06 CR |
| State Tax Surcharge @ 0.05% | .04 |

| | |
|---|---|
| **Total Current Charges** | **$164.78** |
| **Total Account Balance** | **$164.78** |

Peoples current charges include $1.91 in state taxes.

### Monthly Usage Comparison

| | 2020 | 2021 |
|---|---|---|
| Average Daily Temperature For This Billing Period | 67°F | 66°F |

Gas Use in MCF



| Actual | Estimate | Customer Read | Adjusted Usage |

| | |
|---|---|
| Average monthly use: | 25.7 MCF |
| Total annual use: | 207.6 MCF |

### Billing Period And Meter Readings

| Date | Read Type | Reading | Difference |
|---|---|---|---|
| Meter Number | | | |
| JUN 14, 2021 | Actual | 529.3 | 17.7 |
| MAY 13, 2021 | Actual | 511.6 | |
| **MCF Used in 32 Days** | | | **17.7** |

Your PRICE TO COMPARE is $2.43 per MCF.

**Shopping ___ation Box**

When shopping for gas with ___ ___provide the following:

    Account Num___
    Rate Schedu___

If you are already enro___

**Please Pay    Account Bala___**

Effective April 1, 2021, th___
This charge funds the re___
Help people without hea___
You can pay this bill by ___
Service Fees Apply. Vis___



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

2430

281

PAY TO THE ORDER OF Peoples                    DATE 6-26-21

One hundred sixty-four and 78/100                    $ 164.78

DOLLARS

**Dollar Bank.** Since 1855

MEMO





Please detach and return this coupon with a check made payable to Peoples.

DUE DATE

$164.78

Account Balance

JUL 07, 2021 | Account No.

/64.78

Amount Enclosed

5856

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

800003328972

PEOPLES
PO BOX 644760
PITTSBURGH, PA 15264-4760

1000210008253879000000001147800000001647 88

TO MAKE ACCOUNT CHANGES ON BACK OF COUPON, CHECK BOX HERE.

Call Before You Dig
Natural gas pipelines are buried on your property.
There may be other utility lines there as well. For
safety's sake and to avoid costly damage or loss of
service, you or your contractor should call the ONE
CALL SYSTEM at least three (3) working days before
digging at 1-800-242-1776. As part of this free
service, member utilities can help you locate
underground service lines.

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

281

8-7638
2/430

DATE 6-26-21

PAY TO THE
ORDER OF Peoples                         $ 164. 78

One hundred sixty-four and 78/100                DOLLARS

Dollar Bank.
Since 1855

*6-26-21*

# RONALD LINABURG

924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

**PEOPLES** An Essential Utilities Company

For 24/7 account access: peopleseaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
| --- | --- | --- | --- |
| | Jun 15, 2021 | 07/14 - 07/15/2021 | 13 |

For General Information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**.

## Summary of Basic Charges

**Credits And Charges Since Your Last Bill**

| | |
| --- | --- |
| Balance from last bill | $126.58 |
| Payment on MAY 21, 2021 - Thank You | 126.58 CR |
| **Balance** | **$0.00** |

**Current Charges**

Residential (RS)(E)

| | |
| --- | --- |
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.4299 per MCF | 43.01 |
| Delivery Charge | |
| 17.7 MCF @  $4.2757 | 75.68 |
| Capacity Charge $1.7847 per MCF | 31.59 |
| DSIC Surcharge -0.06% | .06 CR |
| State Tax Surcharge @ 0.05% | .04 |

| | |
| --- | --- |
| **Total Current Charges** | **$164.78** |
| **Total Account Balance** | **$164.78** |

Peoples current charges include $1.91 in state taxes.

Your PRICE TO COMPARE is $2.43 per MCF.

### Shopping Information Box

When shopping for gas with a Natural Gas Supplier please provide the following:

Account Number:
Rate Schedule: Residential (RS)(E)

If you are already shopping, know your contract expiration date.

## Monthly Usage Comparison

| | 2020 | 2021 |
| --- | --- | --- |
| Average Daily Temperature For This Billing Period | 67°F | 66°F |

Gas Use in MCF



| Actual | Estimate | Customer Read | Adjusted Usage |

Average monthly use:  25.7 MCF
Total annual use:  207.6 MCF

### Billing Period And Meter Readings

| Date | Read Type | Reading | Difference |
| --- | --- | --- | --- |
| Meter Number | | | |
| JUN 14, 2021 | Actual | 529.3 | 17.7 |
| MAY 13, 2021 | Actual | 511.6 | |
| **MCF Used in 32 Days** | | | **17.7** |

---

**Please Pay**    Account Balance of **$164.78** by **JUL 07, 2021** to avoid a Late Payment Charge of **$2.47 (1.5% per month )**

Effective April 1, 2021, the Distribution System Improvement Charge (DSIC) increased from -0.13 % to -0.06 %. This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure.
Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment. You can pay this bill by Credit / Debit Card or Electronic Check. Call ACI Speedpay at 1-866-338-5491. Service Fees Apply. Visit our website at www.peoples-gas.com for further information.



&#9823; RONALD G LINABURG
&#9751; 924 VALLEYVIEW RD
Account #

Page 1 of 3

| Due Date | Amount Due |
|----------|-----------|
| 07/06/2021 | $502.58 |

## Bill Summary

Supply Charges

Amount Due
**$502.58**

DLC Charges

| Bill ID | Date Prepared: 06/15/2021 |
|---------|---------------------------|
| Previous Account Balance | $350.99 |
| Payment(s) Received as of 05/28/2021 | -$350.99 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $261.42 |
| Supply Charges | $241.16 |
| **AMOUNT DUE BY 07/06/2021** | **$502.58** |

## Message Center

Signing up for our e-Bill program is fast and easy! Enroll today at **DuquesneLight.com/ebill.**

Duquesne Light shares customer information with some trusted partners that offer programs and services you may find valuable. These trusted service providers operate under confidentiality agreements and cannot share your information with others. For more information, please visit **DuquesneLight.com/privacy.**

## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|--------|-----------------|---------------------|-----------|--------------------|
| Current Month | 3332 | 111 | 30 | 68 |
| Last Month | 2328 | 75 | 31 | 53 |
| Same Month Last Year | 3206 | 100 | 32 | 69 |

kWh:
5000
4375
3750
3125
2500
1875
1250
625
0
Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May

⊡ Last Year    ▥ This Year

Average Monthly Usage for the last 12 months: 2621 kWh
Total Annual Usage for the last 12 months: 31447 kWh



STAL_20210615PRD.xml-86711-000003350

ading details on page 3

**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438 2430

282

DATE 6-26-21

PAY TO THE ORDER OF DLC                    $ 502.58

Five hundred two and 58/100                    DOLLARS

**Dollar Bank.**
Since 1855

MEMO



Page 1 of 3

🕴 RONALD G LINABURG
🏠 924 VALLEYVIEW RD
**Account #**

| Due Date | Amount Due |
|---|---|
| 07/06/2021 | $502.58 |

## Bill Summary



Amount Due
**$502.58**

Supply Charges

DLC Charges

**Bill ID:**      **Date Prepared: 06/15/2021**

| | |
|---|---|
| Previous Account Balance | $350.99 |
| Payment(s) Received as of 05/28/2021 | -$350.99 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $261.42 |
| Supply Charges | $241.16 |
| **AMOUNT DUE BY 07/06/2021** | **$502.58** |

## Message Center

Signing up for our e-Bill program is fast and easy! Enroll today at **DuquesneLight.com/ebill.**

Duquesne Light shares customer information with some trusted partners that offer programs and services you may find valuable. These trusted service providers operate under confidentiality agreements and cannot share your information with others. For more information, please visit **DuquesneLight.com/privacy.**

## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|---|---|---|---|---|
| Current Month | 3332 | 111 | 30 | 68 |
| Last Month | 2328 | 75 | 31 | 53 |
| Same Month Last Year | 3206 | 100 | 32 | 69 |



Average Monthly Usage for the last 12 months: 2621 kWh
Total Annual Usage for the last 12 months: 31447 kWh

BI_POSTAL_20210615PRD.xml-86711-000003350

💻 **Online:** www.DuquesneLight.com     📞 **Phone:** 412-393-7100     *Billing and meter reading details on page 3*

Please return this portion with your payment. Please enclose check facing forward.

RONALD G LINABURG                                    Account #                                    Page 3 of 3

## Account Detail

↑ 924 VALLEYVIEW RD                                                      Supplier Agreement ID:

### Meter Reading Usage Information

| Meter Number | | |
|---|---|---|
| Present | 06/15/2021 Act | 19,597.2800 |
| Prior | 05/16/2021 Act | 16,265.5570 |
| Difference | | 3,331.7230 |
| Your Meter Multiplier | | 1 |
| Total kWh Used | | 3,331.7230 |

### Current Bill Details

| | | |
|---|---|---|
| DLC Rate | RS-Residential Service | |
| Price to Compare | $0.0741 / kWh | |
| **DLC Charges** | | **$261.42** |
| Customer Charge | | $12.50 |
| Distribution | 3331.7230 kWh@ $0.071693 | $238.86 |
| DSIC Surcharge | 4.01% | $10.08 |
| Pennsylvania Tax Adjustment | | -$0.02 |
| | | |
| **Supply Charges** | | **$241.16** |
| Supply | 1665.8615 kWh@ $0.051994 | $86.61 |
| Supply | 1665.8615 kWh@ $0.054595 | $90.95 |
| Transmission | 1665.8615 kWh@ $0.018658 | $31.08 |
| Transmission | 1665.8615 kWh@ $0.019523 | $32.52 |

| Total kWh Used | 3,331.7230 | Service Charges | $502.58 |
|---|---|---|---|

## Shopping and Supplier Information

When shopping for electricity with an Electric Generation Supplier, please provide the following information:

    **Supplier Agreement ID:**
    **Rate Schedule: RS-Residential Service**

The current Price to Compare is listed above in Account Detail and will change every June and December. For more information & supplier offers visit www.PAPowerSwitch.com and www.oca.state.pa.us.

## Additional Notifications

- Give to Dollar Energy Fund to help people without heat or light. Make a monthly pledge at www.duquesnelight.com or send a check to Duquesne Light Hardship Fund Donations, 411 Seventh Avenue MD 15-1, Pittsburgh, PA 15219. Your gift is tax deductible.
- Effective Jun.1, changes in the Customer Charge, reflecting costs to enhance the competitive energy market in PA, will increase the monthly bill of a customer using 600 kWh by about $0.02 or less than 1%.
- Duquesne Light offers energy efficiency programs to help customers save money by conserving energy and reducing demand. To participate or to learn more about these programs, visit www.wattchoices.com.
- You can join our Budget Plan by calling us at (412) 393-7100. If eligible, the Budget Plan will begin with your next bill. For this bill, please pay the Amount Due shown.
- SIGN UP FOR AUTOPAY and learn about other convenient payment options by visiting our website www.duquesnelight.com.
- Estimated Gross Receipts Tax of $29.65 and Estimated PA State Tax of $34.18 are included in your rates.



2



Capital One Miles Credit Card I Mastercard Professional ending in ____
May 15, 2021 - Jun 13, 2021  I 30 days in Billing Cycle

## Payment Information

Payment Due Date
**Jul 08, 2021**

For online and phone payments, the deadline is 8pm ET.

New Balance
**$4,234.82**

Minimum Payment Due
**$42.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 16 Years | $7,456 |
| $138 | 3 Years | $4,984 |

Estimated savings if balance is paid off in about 3 years: $2,472

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $5,132.80 |
| Payments | - $5,132.80 |
| Other Credits | - $27.80 |
| Transactions | + $4,262.62 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $4,234.82** |
| Credit Limit | $30,000.00 |
| Available Credit (as of Jun 13, 2021) | $25,765.18 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

## Rewards Summary — Rewards as of: 06/11/2021

**Rewards Balance**
406,939

Track and redeem your rewards with our mobile app or on capitalone.com

| Previous Balance | Earned This Period | Redeemed this period |
|---|---|---|
| 398,359 | 8,580 | 0 |

## Account Notifications

Welcome to your account notifications. Check back here each month for important updates about your account.

Customer Service: 1-800-227-4825       See reverse for Important Information

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

283

DATE 6-26-21

PAY TO THE ORDER OF Capital One MC    $ 4,234.82

Four thousand two thirty four and 82/100 DOLLARS

**Dollar Bank.** Since 1855

MEMO



Capital One Miles Credit Card I Mastercard Professional ending in
May 15, 2021 - Jun 13, 2021   I  30 days in Billing Cycle

## Payment Information

**Payment Due Date**
## Jul 08, 2021

For online and phone payments, the deadline is 8pm ET.

**New Balance**
## $4,234.82

**Minimum Payment Due**
## $42.00

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Minimum Payment | 16 Years | $7,456 |
| $138 | 3 Years | $4,984 |
| Estimated savings if balance is paid off in about 3 years: $2,472 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
| --- | --- |
| Previous Balance | $5,132.80 |
| Payments | - $5,132.80 |
| Other Credits | - $27.80 |
| Transactions | + $4,262.62 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $4,234.82** |
| Credit Limit | $30,000.00 |
| Available Credit (as of Jun 13, 2021) | $25,765.18 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

## Rewards Summary          Rewards as of: 06/11/2021

**Rewards Balance**
**406,939**

Track and redeem your rewards with our mobile app or on capitalone.com

| Previous Balance | Earned This Period | Redeemed this period |
| --- | --- | --- |
| 398,359 | 8,580 | 0 |

## Account Notifications

Welcome to your account notifications. Check back here each month for important updates about your account.

Customer Service: 1-800-227-4825          See reverse for important information



**Capital One Miles Credit Card l Mastercard Professional ending in**
May 15, 2021 - Jun 13, 2021   l 30 days in Billing Cycle

## Transactions

Visit capitalone.com to see detailed transactions.

**JUDITH K LINABURG           : Payments, Credits and Adjustments**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| May 22 | May 24 | ROLLIER'S HARDWAREMT. LEBANONPA | - $27.80 |
| May 27 | May 28 | PAYMENT | - $5,132.80 |

**JUDITH K LINABURG           Transactions**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| May 14 | May 15 | MACYS  SOUTH HILLSPITTSBURGHPA | $116.00 |
| May 14 | May 15 | PANERA BREAD #202302 PMOUNT LEBANONPA | $18.34 |
| May 15 | May 17 | SQ *MEDITERRA CAFE MT.PittsburghPA | $56.05 |
| May 16 | May 17 | GIANT-EAGLE #0035PITTSBURGHPA | $40.44 |
| May 18 | May 19 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $35.00 |
| May 18 | May 19 | ROLLIER'S HARDWAREMT. LEBANONPA | $48.12 |
| May 19 | May 20 | APPLE.COM/BILL866-712-7753CA | $0.99 |
| May 19 | May 20 | MARKET DISTRICT #0014BETHEL PARKPA | $137.96 |
| May 20 | May 21 | LOWES #02417*CARNEGIEPA | $14.60 |
| May 20 | May 21 | JIM JENKINS LAWN & GARPITTSBURGHPA | $278.11 |
| May 20 | May 21 | FIREPLACE & PATIOPLACEPITTSBURGHPA | $263.76 |
| May 20 | May 21 | LEARNING EXPRESS OF MTPITTSBURGHPA | $87.68 |
| May 21 | May 22 | ROLLIER'S HARDWAREMT. LEBANONPA | $98.39 |
| May 22 | May 24 | SQ *MEDITERRA CAFE MT.PittsburghPA | $101.27 |
| May 23 | May 24 | JIM JENKINS LAWN & GARPITTSBURGHPA | $152.95 |
| May 23 | May 24 | WHOLEFDS SHL #10242UPPER SAINT CPA | $206.34 |
| May 24 | May 25 | TRAX FARMSFINLEYVILLEPA | $101.49 |
| May 27 | May 28 | Moda Operandi2127290984NY | $895.00 |
| May 27 | May 28 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $41.00 |
| May 27 | May 28 | MARKET DISTRICT #0014BETHEL PARKPA | $239.34 |
| May 28 | May 29 | SQ *MEDITERRA CAFE MT.PittsburghPA | $49.74 |
| May 28 | May 29 | FRESH THYME #451BRIDGEVILLEPA | $1.98 |
| May 28 | May 29 | STAPLES     00110072PITTSBURGHPA | $8.01 |
| May 28 | May 29 | STAPLES     00110072PITTSBURGHPA | $48.09 |
| May 28 | May 29 | SALLY BEAUTY #0493BRIDGEVILLEPA | $34.72 |
| May 28 | May 31 | PARTY CITY 850BRIDGEVILLEPA | $47.73 |
| May 31 | Jun 1 | TRAX FARMSFINLEYVILLEPA | $137.77 |
| Jun 1 | Jun 2 | SQ *LA GOURMANDINEPittsburghPA | $79.80 |
| Jun 1 | Jun 2 | BAREFOOT STITCHES & GIPITTSBURGHPA | $21.40 |
| Jun 1 | Jun 3 | IO DELIPITTSBURGHPA | $36.38 |
| Jun 2 | Jun 3 | PUNCHBOWL5085894486MA | $83.88 |

*Handwritten annotation next to Moda Operandi row:* Amount reimbursed / Deposited  ck# 589 AR

Additional information on the next page

Capital One    Capital One Miles Credit Card I Mastercard Professional ending in
May 15, 2021 - Jun 13, 2021  I  30 days in Billing Cycle

## Transactions (Continued)

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Jun 2 | Jun 3 | ROLLIER'S HARDWAREMT. LEBANONPA | $53.02 |
| Jun 2 | Jun 3 | MARKET DISTRICT #0014BETHEL PARKPA | $140.02 |
| Jun 2 | Jun 3 | WHOLEFDS SHL #10242UPPER SAINT CPA | $240.18 |
| Jun 3 | Jun 4 | SQ *LA GOURMANDINEPittsburghPA | $18.95 |
| Jun 3 | Jun 4 | MACYS  SOUTH HILLSPITTSBURGHPA | $163.29 |
| Jun 4 | Jun 5 | SQ *LA GOURMANDINEPittsburghPA | $28.70 |
| Jun 4 | Jun 5 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $33.00 |
| Jun 4 | Jun 5 | ROLLIER'S HARDWAREMT. LEBANONPA | $88.16 |
| Jun 12 | Jun 12 | Netflix.comLos GatosCA | $14.97 |
| JUDITH K LINABURG | | Total Transactions | $4,262.62 |

| | | | |
|---|---|---|---|
| **Total Transactions for This Period** | | | **$4,262.62** |

## Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| **Total Fees for This Period** | | | **$0.00** |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

## Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

Additional Information on the next page



**Capital One Miles Credit Card I Mastercard Professional ending in** 
May 15, 2021 - Jun 13, 2021  |  30 days in Billing Cycle

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charged |
|---|---|---|---|
| Purchases | 10.90% P | $0.00 | $0.00 |
| Cash Advances | 17.99% P | $0.00 | $0.00 |

**Variable APRs:** If you have a letter code displayed next to any of the above APRs, this means they are variable APRs. They may increase or decrease based on one of the following indices (reported in The Wall Street Journal) as described below.

| Code next to your APR(s) | How do we calculate your APR(s)? | When your APR(s) will change |
|---|---|---|
| P<br>L | Prime Rate + margin<br>3 month LIBOR + margin | The first day of the Billing Cycles that end in Jan., April, July and Oct. |
| D<br>F | Prime Rate + margin<br>1 month LIBOR + margin | The first day of each Billing Cycle |

# Rivertech Tax Preparation, LLC
## 26 S. 27th Street, PO Box 4274

**412-381-0910**
**412-381-4259 (Fax)**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/29/2021 | ⌐ |

**Bill To:**

Linaburg, Ronald
924 Valleyview Rd
Pittsburgh, PA  15243

| Terms |
|-------|
| 30 Days |

| Item | Service Date | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 600 | 6/14/2021 | Preparation of Monthly Operating Report for month ending May 31, 2021, and coordination of filing report with the United States Bankruptcy Court Western District of Pennsylvania | | 275.00 | 275.00 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

284

DATE 6-30-21

PAY TO THE ORDER OF   Rivertech Tax Prep        $ 275.00

Two hundred seventy five XX/100        DOLLARS

**Dollar Bank**
Since 1855

MEMO

| | Payments/Credits | $0.00 |
|------------------|-----------------|
| **Please send payments to** | |
| 26 S. 27th Street, PO Box 4274, Pittsburgh, PA  15203 | **Balance Due** |

**Balance Due**   **$275.00**

Please make checks payable to Rivertech Tax Preparation, LLC.  If you wish to make payments with a credit card, we accept Visa, MasterCard, Discover and American Express.

Name on Card:_____

Card #: _____Exp. Date. _____

## eSignature Details

| | |
|---|---|
| **Signer ID:** | **77xAVsKAm6gqZmCV7f7gB6gf** |
| Signed by: | Dr. Ronald G. Linaburg |
| Sent to email: | dr.rglinaburg@lina4.com |
| IP Address: | 108.39.157.194 |
| Signed at: | Jul 20 2021, 3:55 pm EDT |