**PROCEEDING MEMO**

**Date: 07/27/2021 03:00 pm**

**In re:   Ronald G Linaburg**

**Bankruptcy No. 20-22898-CMB**
**Chapter: 11-NOT A SMALL BUSINESS**
**Doc. # 251**

**Appearances: Brian C. Thompson, Jodi Hause, John O'Keefe, Maribeth Thomas, Michael Shiner, Ron Hicks, Carolyn McGee**

**Nature of Proceeding: #251 Motion To Impose The Automatic Stay Pursuant To 11 U.S.C. Section 362**

**Additional Pleadings: #254 Objection filed by Diana Marie Dongell, D.M.D.; Ronald E. Hand, D.M.D.; Renee R. Kalp, D.M.D.; Rebecca L. Watkins, D.M.D.**
                              **#255 Motion To Shorten Notice and Objection Period, And To Reschedule Hearing, In Connection With The Debtor's Motion To Impose The Automatic Stay**
                              **#256 Order Signed 07/12/2021 Granting Motion.  The Hearing scheduled from 08/12/2021 to 07/27/2021 at 3:00 p.m. via Zoom.**

**Judge's Notes:**
 OUTCOME: Motion denied.
 - By Monday, 8/2, Attorney Shiner to draft an order and submit it to the Court after circulating to
 Attorneys Thompson and Hicks for their comments. Order to clarify that it is not granting relief from stay
 as to Debtor but state court proceeding to go forward, including depositions related to the non-debtor
 entity. If parties can't agree on language in order, then Court will schedule a fast hearing to resolve.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

 FILED
 7/28/21 1:09 pm
 CLERK
 U.S. BANKRUPTCY
 COURT - WDPA