**PROCEEDING MEMO**

**Date: 07/27/2021 03:00 pm**

**In re:   Ronald G Linaburg**

      Bankruptcy No. 20-22898-CMB
      Chapter: 11-NOT A SMALL BUSINESS
      Doc. # 204

**Appearances: Brian C. Thompson, Jodi Hause, John O'Keefe, Maribeth Thomas, Michael Shiner, Ron Hicks, Carolyn McGee**

**Nature of Proceeding: #204 Status Conference Hearing Re: Debtor's Objection To Proof of Claim No. 13**

**Additional Pleadings: #220 Certification of Counsel Regarding Stipulation and Consent Order Extending Deadlines and Continuing Hearings**
      **#221 Stipulation and Consent Order Extending Deadlines and Continuing Hearings - The Hearing set for 06/10/2021 at 1:30 p.m. is CANCELLED and a Status Conference Hearing is scheduled for 07/27/2021 at 1:30 p.m. via Zoom.**
      **#222 Mediation Order Signed 05/19/2021**
      **#247 Joint Mediation Report**
      **#257 TEXT ORDER Rescheduling Hearing **AS TO TIME ONLY** - Hearing scheduled for 07/27/2021 at 1:30 p.m. RESCHEDULED to 07/27/2021 at 3:00 p.m.**

**Judge's Notes:**
-Amended claims were filed. Time needed for discovery and accounting to be completed to determine amounts of claims. Likely to end up in mediation but not ready yet.
OUTCOME:
-Parties to hold two-hour meet and confer to discuss how to proceed. Need to move forward regarding amended claims and likely need to have a status conference after the accounting is done and determine how to proceed from that point. Parties can select date for Status Conference on a motions day to include in proposed order. Attorney Shiner to submit order regarding how parties agree to proceed after circulating to Attorneys Hicks and Thompson by 8/5.

      **Carlota Böhm**
      **Chief U.S. Bankruptcy Judge**

      FILED
      7/28/21 1:10 pm
      CLERK
      U.S. BANKRUPTCY
      COURT - WDPA