**PROCEEDING MEMO**

**Date: 07/27/2021 03:00 pm**

In re:   Ronald G Linaburg

                                                  Bankruptcy No. 20-22898-CMB
                                                  Chapter: 11-NOT A SMALL BUSINESS
                                                  Doc. # 201

**Appearances:** Brian C. Thompson, Jodi Hause, John O'Keefe, Maribeth Thomas, Michael Shiner, Ron Hicks, Carolyn McGee

**Nature of Proceeding:** #201 Status Conference Hearing Re: Debtor's Objection To Proof of Claim No. 12

**Additional Pleadings:**  #220 Certification of Counsel Regarding Stipulation and Consent Order Extending Deadlines and Continuing Hearings
                            #221 Stipulation and Consent Order Extending Deadlines and Continuing Hearings - The Hearing set for 06/10/2021 at 1:30 p.m. is CANCELLED and a Status Conference Hearing is scheduled for 07/27/2021 at 1:30 p.m. via Zoom
                            #222 Mediation Order Signed 05/19/2021
                            #247 Joint Mediation Report
                            #257 TEXT ORDER Rescheduling Hearing **AS TO TIME ONLY** - Hearing scheduled for 07/27/2021 at 1:30 p.m. RESCHEDULED to 07/27/2021 at 3:00 p.m.

**Judge's Notes:**
-Amended claims were filed. Time needed for discovery and accounting to be completed to determine amounts of claims. Likely to end up in mediation but not ready yet.
OUTCOME:
-Parties to hold two-hour meet and confer to discuss how to proceed. Need to move forward regarding amended claims and likely need to have a status conference after the accounting is done and determine how to proceed from that point. Parties can select date for Status Conference on a motions day to include in proposed order. Attorney Shiner to submit order regarding how parties agree to proceed after circulating to Attorneys Hicks and Thompson by 8/5.

                                                    **Carlota Böhm**
                                                    **Chief U.S. Bankruptcy Judge**

                                                    FILED
                                                    7/28/21 1:10 pm
                                                    CLERK
                                                    U.S. BANKRUPTCY
                                                    COURT - WDPA