**Date: 07/27/2021 03:00 pm**

In re:   Ronald G Linaburg

Bankruptcy No. 20-22898-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 134

**Appearances:** Brian C. Thompson, Jodi Hause, John O'Keefe, Maribeth Thomas, Michael Shiner, Ron Hicks, Carolyn McGee

**Nature of Proceeding:** #134 Status Conference Hearing Re: Motion For Leave To File Objection to Debtor's Exemptions

**Additional Pleadings:** #133 Verified Statement Pursuant To F.R.B.P. 2019
#163 Response by Debtor
#177 Reply by Diana Marie Dongell, D.M.D., et al, to Response by Debtor
#181 Proceeding Memo from 04/09/2021 Zoom Hearing - Continued to a Status Conference Hearing on 05/26/2021 at 2:30 p.m. via Zoom
#213 Status Report
#220 Certification of Counsel Regarding Stipulation and Consent Order Extending Deadlines and Continuing Hearings
#221 Stipulation and Consent Order Extending Deadlines and Continuing Hearings - The Hearing set for 06/10/2021 at 1:30 p.m. is CANCELLED and a Status Conference Hearing is scheduled for 07/27/2021 at 1:30 p.m. via Zoom
#222 Mediation Order Signed 05/19/2021
#247 Joint Mediation Report
#257 TEXT ORDER Rescheduling Hearing **AS TO TIME ONLY** - Hearing scheduled for 07/27/2021 at 1:30 p.m. RESCHEDULED to 07/27/2021 at 3:00 p.m.

**Judge's Notes:**
-Attorneys Thompson and Shiner may have an agreement regarding resolution. To be discussed with Attorney Hicks.
OUTCOME: Continued to a status conference on 9/15 at 3:00 pm, unless the parties are able to resolve before then. Continued status conference will be held via Zoom.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
7/28/21 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 20-22898-CMB
Ronald G Linaburg                                                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 3 |
| Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Carolyn Batz McGee | on behalf of Defendant Diana M. Dongell  D.M.D cbmcgee@porterwright.com |
| Carolyn Batz McGee | on behalf of Creditor Diana Marie Dongell  D.M.D cbmcgee@porterwright.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 3 |
| Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com  cnoroski@grblaw.com

Jodi Hause, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John R. O'Keefe, Jr.
    on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert O Lampl
    on behalf of Interested Party William T. Kane rol@lampllaw.com
    jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Roger P. Poorman
    on behalf of Creditor Dollar Bank  Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com

Ronald L. Hicks, Jr.
    on behalf of Defendant Diana M. Dongell  D.M.D rhicks@porterwright.com,

District/off: 0315-2 | User: gamr | Page 3 of 3
Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 1

    tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.
    on behalf of Creditor Diana Marie Dongell  D.M.D. rhicks@porterwright.com,
    tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

William E. Kelleher, Jr.
    on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,bfilings@cohenlaw.com

TOTAL: 33