IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/3/21 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Ronald G. Linaburg
Debtor

Bankruptcy No.  20-22898-CMB

Adversary No.

Related to Docket No.  269, 270, 271, 272, 273, 274, 275

Daily Request

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Maribeth Thomas, Esq. has ordered transcript(s) for hearing held on the date(s) listed below:

July 27, 2021.

The transcript is being prepared by Writer's Cramp, Inc.  The estimated completion for this transcript is August 4, 2021.

Michael R. Rhodes, Clerk
United States Bankruptcy Court

Date: 8/3/2021                    By:     /s/ Hayley Smith
                                            ECRO

#61-M