# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Ronald G. Linaburg, | : | Bankruptcy No. 20-22898-CMB |
| Debtor. | : | |
| _____ | : | Chapter 13 |
| Ronald G. Linaburg, | : | Document No.: 286 |
| Movant, | : | Related Document No.: 248, 249 |
| v. | : | |
| Ronda Winnecour, | : | **Hearing Date and Time:** |
| | : | August 12, 2021, at 1:30 p.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL NUNC PRO TUNC

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the application filed on July 2, 2021 at Document No. 248, have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 249, Objections were to be filed and served no later than July 19, 2021.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 248 be entered by the Court.

Date: <u>August 6, 2021</u>     /s/ Brian C. Thompson
                              Brian C. Thompson, Esquire
                              Attorney for Debtor
                              PA ID No. 91197
                              THOMPSON LAW GROUP, P.C.
                              125 Warrendale Bayne Road, Suite 200
                              Warrendale, PA 15086
                              (724) 799-8404 Telephone
                              (724) 799-8409 Facsimile
                              bthompson@thompsonattorney.com