**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 20-22898-CMB |
| | : | |
| RONALD G. LINABURG, | : | Chapter 11 |
| | : | |
| Debtor. | : | Related to Claim Nos. 11-2, 12-2, 13-2 and 14-2 |
| | : | re doc. 281 |

**STIPULATION AND CONSENT ORDER
SETTING DEADLINES REGARDING PROOFS OF CLAIM**

Creditors, Diana M. Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D. (collectively, the "**Creditors**"), and the Debtor, Ronald G. Linaburg (the "**Debtor**" and together with the Creditors, the "**Parties**"), file this Stipulation and Consent Order Setting Deadlines Regarding Proofs of Claim (the "**Stipulation**").

WHEREAS, on April 13, 2021, the Creditors filed individual Proofs of Claim on the Claim Register of the above-captioned case at Claim Nos. 11-1, 12-1, 13-1 and 14-1;

WHEREAS, on April 30, 2021, the Debtor filed an objection to the proofs of claim filed by Diana Marie Dongell, D.M.D [Doc. No. 198], Renee R. Kalp, D.M.D. [Doc. No. 201], Ronald E. Hand, D.M.D. [Doc. No. 204], and Rebecca L. Watkins, D.M.D. [Doc. No. 207] (collectively, the "**Claim Objections**");

WHEREAS, in response to the Claim Objections, the Creditors filed Amended Proofs of Claim (the "**Amended Claims**") at Claim Nos. 11-2, 12-2, 13-2, and 14-2 on the Claims Register;

WHEREAS, the Debtor and the Creditors participated in a full day of mediation on June 21, 2021;

WHEREAS, despite good faith discussions, the mediation was unsuccessful;

WHEREAS, the Court held a status conference on July 27, 2021 to discuss, *inter alia*, the status of the Claim Objections and the Amended Claims; and

WHEREAS, the Parties wish to extend the deadlines related to the Amended Claims and any objections thereto.

AND NOW, based upon the foregoing, and with the Parties intending to be legally bound, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Any objections to the Amended Claims must be filed on or before August 30, 2021.

2. The Creditors shall answer or otherwise respond to any objections to the Amended Claims by September 13, 2021.

3. A hearing to consider any objections to the Amended Claims shall be held on __October 14__, 2021 at __2:30__ p.m. via the Court's Zoom Video Conference Application.

IT IS SO ORDERED:

_/s/ Carlota M. Böhm_ dmk
CARLOTA M. BÖHM, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

STIPULATED AND AGREED TO BY:

THOMPSON LAW GROUP, P.C.

*/s/ Brian C. Thompson*
Brian C. Thompson, Esq.
PA ID No. 91197
bthompson@thompsonattorney.com
125 Warrendale-Bayne Rd. Ste. 200
Warrendale, Pennsylvania 15086
Phone: (724) 799-8404
Fax: (724) 799-8409

*Counsel for Ronald G. Linaburg*

Dated: August 4, 2021

TUCKER ARENSBERG, P.C.

*/s/ Michael A. Shiner*
Michael A. Shiner, Esq.
PA ID No. 78088
mshiner@tuckerlaw.com
Maribeth Thomas, Esq.
PA ID No. 208376
mthomas@tuckerlaw.com
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: (412) 566-1212
Fax: (412) 549-5619

*Counsel for Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D.*

Dated: August 4, 2021

PORTER WRIGHT MORRIS & ARTHUR, LLP

*Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr., Esq.
PA ID No. 49520
rhicks@porterwright.com
Carolyn B. McGee, Esq.
PA ID No. 208815
cbmcgee@porterwright.com
6 PPG Place, Third Floor
Pittsburgh, Pennsylvania 15222
Phone: (412) 235-4500

*Counsel for Diana Marie Dongell, D.M.D.*

Dated: August 4, 2021

FILED
8/5/21 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-22898-CMB

Ronald G Linaburg     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 3

Date Rcvd: Aug 05, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

**Name     Email Address**

Brian C. Thompson
    on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian C. Thompson
    on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Carolyn Batz McGee
    on behalf of Defendant Diana M. Dongell  D.M.D cbmcgee@porterwright.com

Carolyn Batz McGee
    on behalf of Creditor Diana Marie Dongell  D.M.D cbmcgee@porterwright.com

Donna M. Donaher

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
| Date Rcvd: Aug 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com  cnoroski@grblaw.com

Jodi Hause, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John R. O'Keefe, Jr.
    on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert O Lampl
    on behalf of Interested Party William T. Kane rol@lampllaw.com
    jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholm
    quist@lampllaw.com;kmonahan@lampllaw.com

Roger P. Poorman
    on behalf of Creditor Dollar Bank  Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 3 of 3 |
| Date Rcvd: Aug 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronald L. Hicks, Jr.
    on behalf of Defendant Diana M. Dongell  D.M.D rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.
    on behalf of Creditor Diana Marie Dongell  D.M.D. rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

William E. Kelleher, Jr.
    on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,bfilings@cohenlaw.com

TOTAL: 33