# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald G. Linaburg, | : | Bankruptcy No. 20-22898-CMB |
| | : | |
| Debtor. | : | |
| _____ | : | Chapter 11 |
| Ronald G. Linaburg, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related Document No.: 248 |
| v. | : | |
| | : | **ENTERED BY DEFAULT** |
| No Respondent, | : | |
| | : | |
| Respondent. | : | |

## ORDER EMPLOYING SPECIAL COUNSEL NUNC PRO TUNC

*AND NOW,* this _6th_ day of _August_____, *2021*, upon consideration of the *Application for Order of Employment of Special Counsel Nunc Pro Tunc* of Raymond C. Vogliano, Esquire, and the law firm of Eckert Seamans Cherin & Mellott, LCC, it is O R D E R E D, *ADJUDGED and DECREED* as follows:

(1)    Raymond C. Vogliano, Esquire, and the law firm of Eckert Seamans Cherin & Mellott, LLC, 600 Grant Street, 44th Floor, Pittsburgh, PA 15219, is hereby appointed, as of July 1, 2021, as *Special Counsel* for the Debtor pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above referenced *Motion* for the limited purpose of acting as attorney in connection with the interest of the Debtor in his defense of the Pennsylvania Department of Revenue Claim**.**

(2)    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including:  the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.  **Raymond C. Vogliano, Esquire, and the law firm of Eckert Seamans Cherin & Mellott, LLC, has attorneys' fee at an hourly rate of $525.00 to defend Debtor. However, if associate attorneys in the Firm work on this matter, their time will be billed on the basis of their regular hourly rates, which currently ranges from $195 to $475 per hour depending on their experience. If Firm paralegals work on this matter, their time will be billed on the basis of their hourly rate, white is in the $160 to $250 range**.

(3)    Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*.  Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.  *Any retainer paid to the Special Counsel is unaffected by this Order and remains property of the Debtor until further order of Court.*

(4)      Notwithstanding anything to  the  contrary in the letter of engagement or agreement between Movant and Special Counsel, this *Order* does not authorize Special Counsel to retain or pay any outside counsel or other professional to assist Special Counsel in this matter unless such is done at no expense to Movant, directly or indirectly.  Any other retention of and payment to an outside counsel or other professional is subject to prior approval of the Court.

(5)      ***Movant shall serve the within Order on all interested parties and file a certificate of service.***

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
8/6/21 11:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 20-22898-CMB

Ronald G Linaburg                                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: dpas                                              Page 1 of 4

Date Rcvd: Aug 06, 2021                     Form ID: pdf900                               Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |
| acc | + | Barry P. Cox, Rivertech Tax Preparation, LLC, 26 South 27th Street, P.O. Box 4274, Pittsburgh, PA 15203-0274 |
| cr | + | First National Bank of Pennsylvania, 100 Federal Street, Pittsburgh, PA 15212-5708 |
| cr | + | Municipality of Mt. Lebanon, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| sp | + | Raymond C. Vogliano, Eckert Seamans Cherin & Mellott, LLC, 600 Grant Street, 44th Floor, Pittsburgh, PA 15219-2713 |
| md | + | William E. Kelleher, Jr., Dentons Cohen & Grigsby P.C., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| intp | + | William T. Kane, c/o Robert O Lampl Law Office, 223 Fourth Avenue, 4th Floor, Pittsburgh, PA 15222-1717 |
| 15344187 | + | Ascentium Capital, 23970 Hwy 59 North, Kingwood, TX 77339-1535 |
| 15297740 | + | Ascentium Capital LLC, 23970 Highway 59 North, Kingwood, TX 77339-1535 |
| 15363194 | + | Diana Marie Dongell, D.M.D., c/o Michael A. Shiner, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15297741 | + | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 15362830 | + | Dollar Bank, Federal Savings Bank, c/o John R. O'Keefe, Jr., Esquire, Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |
| 15297742 | + | FBM Credit, 200 1st Ave, Carnegie, PA 15106-2502 |
| 15297743 | + | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15326577 | + | First National Bank of Pennsylvania, c/o Donna Donaher, Esquire, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 |
| 15297744 | + | Hitachi Capital America, 800 Connecticut Avenue, Norwalk, CT 06854-1738 |
| 15297745 | + | IRR Supply Center, 1205 W State Street, New Castle, PA 16101-2070 |
| 15335472 | + | Municipality of Mt. Lebanon, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15301595 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15363195 | + | Rebecca L. Watkins, D.M.D., c/o Michael A. Shiner, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15363197 | + | Renee R. Kalp, D.M.D., c/o Michael A. Shiner, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15363196 | + | Ronald E. Hand, D.M.D., c/o Michael A. Shiner, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15297748 | + | Store Capital Acquisitions, 8377 E Hartford Drive, Suite 100, Scottsdale, AZ 85255-5686 |
| 15297750 | + | Vision Financial Group, 615 Iron City Drive, Pittsburgh, PA 15205-4321 |
| 15297751 | + | William T. Kane, 20013 Route 19, Cranberry Twp, PA 16066-6203 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 06 2021 23:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 06 2021 23:18:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15380124 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2021 23:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15297746 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2021 23:16:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15297747 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: pdf900 | Total Noticed: 34 |

|  |  | Aug 06 2021 23:16:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
|---|---|---|---|
| 15308374 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 06 2021 23:16:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15297761 | + Email/PDF: gecsedi@recoverycorp.com | Aug 06 2021 23:18:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15297749 | + Email/Text: bankruptcyecf.shared@usfoods.com | Aug 06 2021 23:16:00 | US Foods, 9399 West Higgins Road, Suite 600, Rosemont, IL 60018-4940 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Diana Marie Dongell, D.M.D. |
| cr | | Dollar Bank, Federal Savings Bank, c/o Metz Lewis Brodman Must O'Keefe LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | Rebecca L. Watkins, D.M.D. |
| cr | | Renee R. Kalp |
| cr | | Ronald E. Hand, D.M.D. |
| 15329336 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Carolyn Batz McGee | on behalf of Creditor Diana Marie Dongell  D.M.D. cbmcgee@porterwright.com |
| Carolyn Batz McGee | on behalf of Defendant Diana M. Dongell  D.M.D cbmcgee@porterwright.com |
| Donna M. Donaher | |

on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com  cnoroski@grblaw.com

Jodi Hause, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John R. O'Keefe, Jr.
    on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert O Lampl
    on behalf of Interested Party William T. Kane rol@lampllaw.com
    jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholm
    quist@lampllaw.com;kmonahan@lampllaw.com

Roger P. Poorman
    on behalf of Creditor Dollar Bank  Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com

District/off: 0315-2                                    User: dpas                                    Page 4 of 4
Date Rcvd: Aug 06, 2021                          Form ID: pdf900                        Total Noticed: 34

Ronald L. Hicks, Jr.
                            on behalf of Creditor Diana Marie Dongell  D.M.D. rhicks@porterwright.com,
                            tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.
                            on behalf of Defendant Diana M. Dongell  D.M.D rhicks@porterwright.com,
                            tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace
                            on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Kelleher, Jr.
                            on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,bfilings@cohenlaw.com


TOTAL: 33