# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Ronald G. Linaburg,<br><br>    Debtor.<br><br>―――――――――――――――――<br>    Ronald G. Linagurg<br><br>    Movant,<br><br>    v.<br><br>    No Respondents,<br><br>    Respondent. | Bankruptcy No.: 20-22898-CMB<br><br>Chapter 11<br><br><br>Document No.: 268<br><br>Related to Document No.: 264, 267<br><br><br><br>**Hearing Date and Time:**<br>August 12, 2021, at 2:30 p.m. |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION FOR ORDER EXTENDING TIME TO FILE AMENDED DISCLOSURE STATEMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on July 27, 2021, at Document No. 264 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing and Response Deadline at Document No. 267 Objections were to be filed and served no later than August 10, 2021.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion/Application recorded at Document No. 264 be entered by the Court.

Date: <u>August 11, 2021</u>       /s/ Brian C. Thompson
                     Brian C. Thompson, Esquire
                     Attorney for Debtor(s)
                     PA ID No. 91197
                     THOMPSON LAW GROUP, P.C.
                     125 Warrendale Bayne Road, Suite 200
                     Warrendale, PA 15086
                     (724) 799-8404 Telephone
                     (724) 799-8409 Facsimile
                     bthompson@thompsonattorney.com