## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

RONALD G. LINABURG,

Debtor.

Case No. 20-22898-CMB

Chapter 11

### ORDER DENYING MOTION TO IMPOSE AUTOMATIC STAY (ECF # 251)

**AND NOW**, this _____ day of _____, 2021, upon consideration of the Debtor's Motion to Impose Automatic Stay (ECF # 251, the "**Motion**") and the Objections thereto filed by Diana Marie Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D. (ECF # 254), and after a hearing before this Court held on July 27, 2021, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **DENIED** without prejudice. In the event new disputes arise as to the proper scope of claims or discovery in the State Court Action related to Debtor, those matters may be brought before this Court.

2. The automatic stay provided by 11 U.S.C. § 362(a) does not apply to claims asserted solely against non-debtor Associated Dental Specialists, Inc. ("**ADS**") in the civil action captioned *Diana Marie Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D. v. Associated Dental Specialists, Inc.* pending in the Court of Common Pleas of Allegheny County at Case No. GD-21-001958 (the "**State Court Action**"), as the Court presently understands they are being pursued.

3. Plaintiffs in the State Court Action may not pursue claims, discovery, or other litigation activities in the State Court Action that assert misconduct by Debtor Ronald G. Linaburg or that may result in financial or other harm to Debtor, individually.

2

4.      This Order does not limit or otherwise affect the authority of the judge in the State Court Action to enter any orders to further limit claims or discovery in the State Court Action as the judge in the State Court Action may deem appropriate, whether based on that judge's analysis of the effect of the pending bankruptcy case on the State Court Action or otherwise.

BY THE COURT:

_____
CARLOTA M. BÖHM, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT