# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Ronald G. Linaburg, | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | |
| | ) | Document No. |
| Applicant, | ) | |
| | ) | Related to Document No. 298, 299 |
| vs. | ) | |
| | ) | |
| No Respondent, | ) | Hearing Date & Time: |
| | ) | **September 15, 2021, at 1:30 p.m.** |
| | ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 13, 2021, I served a copy of the Summary Cover Sheet and Application for Compensation, Proposed Order and Exhibits at doc. no. 85, and Notice of Hearing at doc. no. 86 by First Class U.S. mail postage prepaid and/or electronic correspondence to the parties on the attached Bankruptcy Clerk's mailing matrix.

Date: August 13, 2021

By: /s/ Jeffrey Castello
Jeffrey Castello, Paralegal
THOMPSON LAW GROUP, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
Phone (724) 799-8404
Facsimile (724) 799-8409
jcastello@thompsonattorney.com