**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Ronald G. Linaburg,                  :          Case No.: 20-22898-CMB
                                             :
                                             :          Reporting Period:  July, 2021
                                             :
                                             :          Chapter 11

**MONTHLY OPERATING REPORT**

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVAN

In Re. Linaburg, Ronald G.

§
§
§
§
§

Debtor(s)

Case No. 20-22898

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2021

Petition Date: 10/09/2020

Months Pending: 10

Industry Classification: [0] [0] [0] [0]

Reporting Method:　　　Accrual Basis ○　　　Cash Basis ◉

Debtor's Full-Time Employees (current):　　　0

Debtor's Full-Time Employees (as of date of order for relief):　　　0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☒ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Brian C. Thompson

Signature of Responsible Party

08/12/2021

Date

BRIAN C. THOMPSON

Printed Name of Responsible Party

THOMPSON LAW GROUP, P.C.
125 WARRENDALE BAYNE ROAD, SUITE 200
WARRENDALE, PA 15086
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)　　　　　　1

Debtor's Name  Linaburg, Ronald G.                                    Case No.  20-22898

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $15,228 | |
| b. | Total receipts (net of transfers between accounts) | $32,649 | $316,383 |
| c. | Total disbursements (net of transfers between accounts) | $35,838 | $304,594 |
| d. | Cash balance end of month (a+b-c) | $12,039 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $35,838 | $304,594 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ○   Market ○   Other ●   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (06/07/2021)                                2

Debtor's Name Linaburg, Ronald G.    Case No. 20-22898

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $275 | $19,267 | $275 | $19,267 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | THOMPSON LAW GROUP | Lead Counsel | $0 | $25,689.00 | $0 | $25,689.00 |
| | ii | RIVERTECH TAX PREPARA | Financial Professional | $275 | $2,550 | $275 | $2,550 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $18,776 | $31,860 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉ | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉ | No ○   N/A ○ |

| | | | |
|---|---|---|---|
| i. | Do you have: | Worker's compensation insurance? | Yes ○   No ◉ |
| | | If yes, are your premiums current? | Yes ○   No ○   N/A ◉   (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ◉   No ○ |
| | | If yes, are your premiums current? | Yes ◉   No ○   N/A ○   (if no, see Instructions) |
| | | General liability insurance? | Yes ◉   No ○ |
| | | If yes, are your premiums current? | Yes ◉   No ○   N/A ○   (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉ | No ○ |

Debtor's Name  Linaburg, Ronald G.                                          Case No.  20-22898

| | | | |
|---|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ⦿ | No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C § 1930? | Yes ⦿ | No ○ |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $32,649 |
| d. | Total income in the reporting period (a+b+c) | $32,649 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $26,226 |
| h. | All other expenses | $9,612 |
| i. | Total expenses in the reporting period (e+f+g+h) | $35,838 |
| j. | Difference between total income and total expenses (d-i) | $-3,189 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Ronald G. Linaburg    *RGLinaburgDMD*
ID 4ESgkdxdA6tnMP9zbHobCBzV                         RONALD G. LINABURG

Signature of Responsible Party                       Printed Name of Responsible Party

DEBTOR                                               08/12/2021

Title                                                Date

## RONALD G. LINABURG DIP ACCOUNT
### Monthly Bank Reconciliation

Bank Statement Date: 8/4/2021

| | | | | |
|---|---|---|---|---|
| Ending Balance from Bank Statement | | | | $22,528.93 |

Add Deposits in Transit:

| Deposit Date | Amount | Deposit Date | Amount |
|---|---|---|---|
| | $0.00 | | $0.00 |
| | $0.00 | | $0.00 |
| | $0.00 | | $0.00 |
| | $0.00 | | $0.00 |
| | $0.00 | | $0.00 |

| | | |
|---|---|---|
| **Total Deposits in Transit** | | **$0.00** |
| **Subtotal** | | **$22,528.93** |

Subtract Outstanding Checks:

| Check Number | Amount | Check Number | Amount |
|---|---|---|---|
| 110 | $130.00 | | |
| | | | |
| 292 | $50.00 | | $0.00 |
| 302 | $10,300.26 | | $0.00 |
| 304 | $10.00 | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |

| | | |
|---|---|---|
| **Total Outstanding Checks** | | $10,490.26 |
| **Computed Book Balance** | | **$12,038.67** |
| Balance per Your Books | | $12,038.67 |
| **Difference** | | **$0.00** |



RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

ACCOUNT NUMBER:
STATEMENT DATE:        07/05/21 THRU 08/04/21
VIRGINIA MANOR
1717 COCHRAN ROAD

(412) 531-2422

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| FREE CHKG | 18,331.68 | 34,762.38 | 38,959.63 | 22,528.93 | 19,516.32 | 0.00% | 0.00 |

### SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 275 | 148.25 | 289 * | 447.06 | 295 | 158.90 | 300 | 537.92 |
| 276 | 2,825.34 | 290 | 2,918.57 | 296 | 288.00 | 301 | 102.57 |
| 285 * | 3,000.00 | 291 | 15,856.95 | 297 | 130.00 | 303 * | 3,000.00 |
| 286 | 512.65 | 293 * | 275.00 | 298 | 3,611.80 | | |
| 287 | 214.00 | 294 | 250.00 | 299 | 201.38 | | |

### FREE CHECKING ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 07/06 CHK 276 SEQ# 18020915 | | 2,825.34 | 07/23 CHK 293 SEQ# 18012760 | | 275.00 |
| 07/09 CHK 285 SEQ# 18006239 | | 3,000.00 | 07/23 ECK VERIZON | | 265.99 |
| 07/09 CHK 275 SEQ# 18004739 | | 148.25 | | PAYMENTS CK# 0288 | |
| 07/19 WIR DEP-WIRE DOMESTIC | | 30,000.00+ | 07/26 CHK 298 SEQ# 16008186 | | 3,611.80 |
| 07/19 FEE INCOMING WIRE | | 18.00 | 07/26 CHK 294 SEQ# 18002543 | | 250.00 |
| 07/21 DIR SSA TREAS 310 | | 2,649.00+ | 07/28 CHK 297 SEQ# 18015960 | | 130.00 |
| | XXSOC SEC | | 07/30 DEP CHECK - VIRGINIA MANOR | | 6,310.63+ |
| 07/21 CHK 291 SEQ# 18012492 | | 15,856.95 | 07/30 CHK 295 SEQ# 18009850 | | 158.90 |
| 07/21 CHK 290 SEQ# 18006653 | | 2,918.57 | 08/02 CHK 303 SEQ# 18004381 | | 3,000.00 |
| 07/21 CHK 286 SEQ# 18000715 | | 512.65 | 08/02 CHK 299 SEQ# 18004655 | | 201.38 |
| 07/21 CHK 289 SEQ# 18000337 | | 447.06 | 08/03 CHK 300 SEQ# 18008815 | | 537.92 |
| 07/21 CHK 296 SEQ# 18012359 | | 288.00 | 08/03 CHK 301 SEQ# 18008246 | | 102.57 |
| 07/22 CHK 287 SEQ# 18008066 | | 214.00 | | | |

### REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |

Ronald G Linaburg DIP account
July check disbursements

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 7/1/2021 | 285 | Taylor Linaburg | $3,000.00 |
| 7/17/2021 | 286 | JTS Mount Lebanon PA | $512.65 |
| 7/17/2021 | 287 | Bartlett Tree | $214.00 |
| 7/17/2021 | 288 | Verizon | $265.99 |
| 7/17/2021 | 289 | Pennsylvania American Water | $447.06 |
| 7/17/2021 | 290 | Mt. Lebanon | $2,918.57 |
| 7/17/2021 | 291 | Mt. Lebanon | $15,856.95 |
| 7/17/2020 | 292 | Friends of Mt. Lebanon Lib. | $50.00 |
| 7/19/2021 | 293 | Rivertech | $275.00 |
| 7/19/2021 | 294 | US Trustee | $250.00 |
| 7/19/2021 | 295 | Metro Dry Cleaning | $158.90 |
| 7/19/2021 | 296 | Andy's Sprinkler Service | $288.00 |
| 7/24/2021 | 297 | Maroadi | $130.00 |
| 7/24/2021 | 298 | Dollar Bank | $3,611.80 |
| 7/30/2021 | 299 | Peoples | $201.38 |
| 7/30/2021 | 300 | DLC | $537.92 |
| 7/30/2021 | 301 | Guardian Protection | $102.57 |
| 7/30/2021 | 302 | Capital One | $10,300.26 |
| 7/30/2021 | 303 | Taylor Linaburg | $3,000.00 |
| 7/30/2021 | 304 | G. Alan Yeasted M.D. | $10.00 |

$42,131.05



**Jordan Tax Service, Inc.**
102 Rahway Road, McMurray, PA 15317

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone** 844-286-7474

**Questions about your bill?**
Please contact Jordan Tax Service (JTS) at 724-731-2318 before the due date. You may also contact JTS via email at sewage@jordantax.com. Normal business hours are: Monday–Friday 8:00 a.m.– 4:30 p.m.

**Rate Information**
All sewage treatment charges are billed monthly and are payable immediately upon receipt.
**ALCOSAN**
$9.10 per 1,000 gallons
Sewage Service - $6.37 per bill
**Mount Lebanon, PA**
$4.05 per 1,000 gallons
**Total Charges**
Sewage Treatment - $13.15 per 1
Sewage Service - $6.37 per bill
Please note that the readings and tot; displayed in 100s/hundreds of gallons paid by the due date are subject to .8; per month and a 10% service charge. non-sufficient funds fee is charged on checks.

Sewage Billing on behalf of
**Mount Lebanon, PA**

*CL# 286*
*7-17-21*

| | |
|---|---|
| **Billing Date** | **Account Number** |
| 06/30/2021 | |
| **Due Date** | **Total Amount Due** |
| 07/20/2021 | **$ 512.65** |

### Billing Statement for Linaburg Ronald

Page 1 of 1

Service Location
924 Valleyview Rd

*Parcel Identifier*

### Account Overview

Balance Forward                                                                $.00

### Current Charges

| | |
|---|---|
| Sewage Service | 6.37 |
| Sewage Treatment | 506.28 |
| Total Current Charges | **512.65** |
| Amount Due By July 20, 2021 | **$ 512.65** |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

286

DATE *7-17-21*

PAY TO THE ORDER OF *Mt. Lebanon PA*      $ *512.65*

*Five hundred twelve and 65/100* ——— DOLLARS

**Dollar Bank.**
Since 1855

MEMO _____

*[signature]*      MP



**Jordan Tax Service, Inc.**
102 Rahway Road, McMurray, PA 15317

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone** 844-286-7474

**Questions about your bill?**
Please contact Jordan Tax Service (JTS) at 724-731-2318 before the due date. You may also contact JTS via email at sewage@jordantax.com. Normal business hours are: Monday–Friday 8:00 a.m.– 4:30 p.m.

**Rate Information**
All sewage treatment charges are billed monthly and are payable immediately upon receipt.
**ALCOSAN**
$9.10 per 1,000 gallons
Sewage Service - $6.37 per bill
**Mount Lebanon, PA**
$4.05 per 1,000 gallons
**Total Charges**
Sewage Treatment - $13.15 per 1,000 gal
Sewage Service - $6.37 per bill
Please note that the readings and total usage are displayed in 100s/hundreds of gallons. Charges not paid by the due date are subject to .83% interest per month and a 10% service charge. A $35.00 non-sufficient funds fee is charged on all returned checks.

Sewage Billing on behalf of
**Mount Lebanon, PA**

*Cl# 286*
*7-17-21*

| Billing Date | Account Number |
|---|---|
| **06/30/2021** | |
| Due Date | Total Amount Due |
| **07/20/2021** | **$ 512.65** |

## Billing Statement for Linaburg Ronald

Page 1 of 1

Service Location
924 Valleyview Rd

Parcel Identifier

### Account Overview

| | |
|---|---|
| Balance Forward | $.00 |

### Current Charges

| | |
|---|---|
| Sewage Service | 6.37 |
| Sewage Treatment | 506.28 |
| Total Current Charges | **512.65** |
| **Amount Due By July 20, 2021** | **$ 512.65** |

### Meter Readings & Usage Summary

| Meter #: | From Read Date | Reading | Type | To Read Date | Reading | Type |
|---|---|---|---|---|---|---|
| | 05/05/2021 | 26418 | A | 06/02/2021 | 26803 | A |
| | | | | Total Usage: | | 385 |

| INVOICE NO. | | AMOUNT DUE |
|---|---|---|

*7-17-21 Ch# 287*

Work Completed 06/29/2021

Work at    924 Valleyview Road
Pittsburgh

200.00
14.00Tx
214.00

Bartlett Monitor is a program to inspect woody trees and shrubs for
insect and mite pests, diseases and cultural problems that could
impact plant health. Treat plants as needed to suppress pest damage
and promote plant health. Provide treatment recommendations for pests
and cultural problems on larger plants.
Provide 6 treatments.
Visit 3.
Plants indicating concerns:
50 All trees and sh
property treated to
scale.

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

287

B-7438
2430

DATE *7-17-21*

PAY TO THE
ORDER OF *Bartlett Tree*    $ *214.00*

*Two hundred fourteen and 00/100*    DOLLARS

**Dollar Bank.**
Since 1855

MEMO

We gladly acce
Simply access
or call our of

Thank you for the opportunity to care for your property.

| | ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER** | | 07/08/2021 | 214.00 |

(724) 695-1660

A SERVICE CHARGE OF          1.5      % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF          18.0    %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.
RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE  210700-01720-0001

| | | AMOUNT DUE |
|---|---|---|

Work Completed 06/29/2021

200.00

Work at     924 Valleyview Road

14.00Tx

Pittsburgh

214.00

Bartlett Monitor is a program to inspect woody trees and shrubs for insect and mite pests, diseases and cultural problems that could impact plant health. Treat plants as needed to suppress pest damage and promote plant health. Provide treatment recommendations for pests and cultural problems on larger plants.

Provide 6 treatments.

Visit 3.

Plants indicating concerns:

50 All trees and shrubs(s) at the front, sides, and rear of the property treated to help prevent or suppress mites, scab, scale, scale.

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

| | ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER** | | 07/08/2021 | 214.00 |

(724) 695-1660

A SERVICE CHARGE OF _____1.5_____ % PER MONTH WHICH IS AN **ANNUAL PERCENTAGE OF** _____18.0_____ %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
**BARTLETT TREE EXPERTS**
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE  210709-01720-0001

**verizon**✓

RONALD LINABURG
Primary Phone:
Account Number:
Bill Date: July 6, 2021



↑ **Ways to pay**

• Via the My Fios app
• Online at verizon.com/PayOnline

*Ch# 288   7-17-21*

**Your payment is due:**

# $265.99

Total Due by July 31

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

288

8-7438
2430

DATE *7-17-21*

PAY TO THE
ORDER OF *Verizon*                                    $ *265.99*

*two hundred sixty-five and 99/100* DOLLARS

**Dollar Bank.**
Since 1855

MEMO

MP

↑ This m

Fios Internet,

Services & Ec

Fees & Other

verizon

Primary Phone:
Account Number:
**Bill Date:  July 6, 2021**

- Via the My Fios app
- Online at verizon.com/PayOnline

*Ch# 288  7-17-21*

### Your payment is due:

# $265.99

Total Due by July 31

## ⬆ This month's charges

| | |
|---|---:|
| Fios Internet, TV & Phone Bundle | $132.99 |
| Services & Equipment | $85.99 |
| Fees & Other Charges | $47.01 |
| **Total Due by July 31** | **$265.99** |

## 🎁 Offers & benefits

### Movie night's on us

To thank you for choosing Fios, your first On Demand movie rental is free. Choose from 1000s of comedies, dramas, family movies and more, priced at $5.99 (plus taxes & fees) or less. Go to On Demand on your TV or PC to select your free movie today. Terms apply.

### Limited-Time Offer

Only for Fios Internet customers. Get up to $30/mo off your combined bills: that's up to $10/mo. off your Fios bill and up to $20/mo. off your Wireless bill. Just add a Verizon Wireless Unlimited plan & enroll in Mobile + Home Rewards. verizon.com/customersavings

Return only this stub with your payment. We will not review or honor other written notifications. Visit verizon.com.

**verizon**

Primary Phone:
Account Number:
**Bill Date: July 6, 2021**

• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | | Payment activity since last bill date. |
|---|---|---|---|
| Previous Balance | 266.46 | | |
| Payment Received - Thank You | -266.46 | 6/22 | |
| **Balance Forward** | **$.00** | | |

## Details of Charges

Includes discounts shown on page 2.

**Fios Internet, TV & Phone Bundle**

Your monthly price after the discounts shown on page 2 were applied.

Your bundle includes Fios Internet 75/75, Extreme HD TV and Fios Digital Voice Unlimited

| | | |
|---|---|---|
| **Bundle Price** | **$132.99** | 7/7 - 8/6 |

**Services & Equipment**

Equipment and additional services to personalize your Fios service.

**Services**

| | |
|---|---|
| Premium Entertainment Value Pack EPIX/ Cinemax/ STARZ/ Showtime/ HBO Max | 40.00 |
| Fios Digital Voice Addl Line | 9.99 |

**Equipment & Connections**

| | |
|---|---|
| 4 Fios TV Connections | 36.00 |
| 4 Set-Top Boxes | |
| **Subtotal** | **$85.99** | 7/7 - 8/6 |

**Fees & Other Charges**

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

**Taxes, Governmental Fees & Surcharges**

| | |
|---|---|
| PA State and Local Sales Tax | 9.63 |
| Telecommunications Relay Service | .16 |
| E911 | 3.30 |

**Verizon Surcharges & Fees**

| | |
|---|---|
| PA Gross Receipts Tax Surcharge | 2.66 |
| Federal Universal Service Fee | 8.66 |
| Video Franchise Fee | 7.97 |
| PEG Grant Fee | .20 |
| Regulatory Recovery Fee - Federal | .07 |
| Regional Sports Network Fee | 7.89 |
| Fios TV Broadcast Fee | 4.49 |
| FDV Administrative Charge | 1.98 |
| **Subtotal** | **$47.01** |

| **Total Due** | **$265.99** |
|---|---|

**verizon**

Primary Phone:
Account Number: (
**Bill Date: July 6, 2021**

Ways to pay

• Via the My Fios app
• Online at verizon.com/PayOnline

cell batteries should be replaced. Replace any batteries that fail the test.

### Battery Backup Unit (BBU)

Verizon no longer offers the BBU to new home phone service customers. The BBU provides up to 8 hours of backup power for basic voice service with a fully charged 12-volt battery installed. If an installed battery fails, an audible chirp may sound once every 15 minutes, depending on equipment type. The chirp will repeat until you press the Alarm Silence button. Lights on the BBU indicate its status:

• System Status - if green, normal operation; if blinking green, system fault.
• Auxiliary Power Source - if red, auxiliary power not available.
• Replace Battery - if red, battery needs to be replaced.
• Battery Power-if red, no commercial power available; if blinking red, low battery power.

Batteries should be purchased just prior to replacement, as 12-volt batteries do not maintain shelf life when stored. Only 12-volt 7.2Ah sealed lead acid batteries should be used.

### Battery Storage Unit (BSU)

The BSU works with ONTs used to provide service to customers with 3 or more voice lines. The BSU houses between 2 and 4 12-volt batteries. It is wired to a UPS device also supplied by Verizon and is installed by a Verizon technician. With fully charged 12-volt batteries, the BSU provides a minimum of 24 hours of backup power for basic voice service.

Like the BBU, if a battery is installed and fails, an audible chirp will sound once every 15 minutes until you press the Alarm Silence button. The lights on the BSU have the same meanings as explained above for the BBU. The BSU uses the same type of battery as the BBU, and the instructions provided above for when to purchase replacement batteries and the type of battery to use apply also to the BSU.

### Verizon Maintained Backup Power

Verizon provides home phone service to some customers by using an ONT that serves multiple customers. In this situation, the ONT and backup power device may not be accessible to a customer. Verizon maintains backup power for basic voice service for customers served by this type of ONT.
If this applies to you, you will receive either 24 hours or 8 hours of standby power for basic voice service depending on the access that your building has provided to us to install the equipment used to provide back-up power.

## Customer Notices

### Your Choices to Limit Use and Sharing of Information for Marketing

You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

• Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

• Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

### Electronic Fund Transfer (EFT)

Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

### Late Payment Charge

To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before Aug 8, 2021.

### Service Providers

Verizon PA provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

### Local Franchise Authority - Fios TV

Your FCC Community ID is: PA3699

## Services

### Questions

• Visit verizon.com/Support
• 1.800.Verizon (1.800.837.4966)
• Customers with disabilities, call 1.800.974.6006 (voice or tty)

### More Ways to Pay

• Set up auto pay: verizon.com/AutoPay
• Pay in person: verizon.com/PaymentLocations
• Pay by phone (fee applies): 1.800.837.4966

### Closed Captioning Questions and Concerns?

If you have a concern or complaint with closed captioning on a program, please call Verizon at 1.800.Verizon



Chtt 289    7-17-21

Page 1 of 6
635003813357

## Statement

**P E N N S Y L V A N I A**
**AMERICAN WATER**

WE KEEP LIFE FLOWING™

Service Address:

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

 THANK YOU FOR BEING OUR CUSTOMER.

| Account N | |
|---|---|
| | $447.06 |
| Payment Due By: | **July 28, 2021** |

| | |
|---|---|
| **Billing Date:** | July 06, 2021 |
| **Service Period:** | Jun 03 to Jul 02 (30 Days) |
| **Total Gallons:** | 31,700 |

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

For more information, visit www.pennsylvaniaamwater.com

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $533.96 |
| Payments - Thank You! | $533.96 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $424.56 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $447.06 |

 **View your account information or pay your bill** anytime at: www.amwater.com/MyAccount

 **Pay by Phone\*:** Pay anytime at 1-855-748-6066
*A convenience fee may apply

 **Customer Service:** 1-800-565-7292
M-F 7:00am to 7:00pm – Emergencies 24/7

 **PENNSYLVANIA AMERICAN WATER**
PO BOX 371412
PITTSBURGH, PA. 15250-7412

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records    025293/075938 ACZRDB ETM1C00010 1 4    (ACZRDB0010252990103900

PENNSYLVANIA
AMERICAN WATER
WE KEEP LIFE FLOWING™

Page 3 of 6
635003813357

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| | 100 gal | 5/8" | 06/03/2021 | 07/02/2021 | 26,803 (A) | 27,120 (A) | 317 | 317.00 | 31,700 |

A = Actual    E = Estimate
1 Billing Unit = 100 gallons
Total Gallons: 31,700

### Billed Usage History (graph shown in 100 gallons)

■ 31,700 gallons = usage for this period

· 37,900 gallons = usage for same period last year

Next Scheduled Read Date: on or about August 03, 2021
Account Type: Residential



Average daily use for this period is: (30 days)

**1,057** gallons

Year to Date Billed Usage: 115,200 gallons

## Account Detail

Account No.

Service To: 924 VALLEYVIEW RD PITTSBURGH, PA 15243-1022

| | |
|---|---|
| Prior Billing | 533.96 |
| Payments | -533.96 |
| Total payments as of Jun 21. Thank you! | -533.96 |
| **Balance Forward** | **0.00** |

**Service Related Charges - 06/03/21 to 07/02/21**

| | | |
|---|---|---|
| Water Service | | 422.12 |
| Water Service Charge | | 17.00 |
| Water Usage Charge | (317 x $1.2991) | 411.81 |
| Deferred Tax Credit | ($428.81 x -1.56%) | -6.69 |
| Other Charges | | 2.44 |

## Understanding Your Bill

The information below defines some of the new terms you may find on your bill.

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

Page 1 of 6
635003813357



# PENNSYLVANIA AMERICAN WATER

## WE KEEP LIFE FLOWING™

**Service Address:**

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022



THANK YOU FOR BEING OUR CUSTOMER.

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your ba...... To enroll, register or log on to My Account at a......

For more infor...

View you
anytime

Pay by F
*A conve

Custom
M-F 7:0

PENNS
PO BOX
PITTSBURGH, PA. 15250-7412

## Statement

Account No.

**$447.06**

Payment Due By: **July 28, 2021**

Billing Date: July 06, 2021
Service Period: Jun 03 to Jul 02 (30 Days)
Total Gallons: 31,700

### Account Summary -- See page 3 for Account Detail

| | |
|---|---|
| Prior Billing: | $533.96 |
| Payments - Thank You! | $533.96 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $424.56 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $447.06 |



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA  15243-1022

8-7438
2430

289

DATE 7-17-21

PAY TO THE ORDER OF  PAWC

Four hundred forty seven and 06/100 ............ $ 447.06 DOLLARS

**Dollar Bank.**
Since 1855

MEMO ____

(ACZRDB0010252960103900)

0252960103900

RONALD G. LINABURG
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

290

B-7438
2430

DATE  7-17-21

PAY TO THE ORDER OF  Mt. Lebanon PA                    $ 2,918. 57

Two thousand nine eighteen and 57/100                DOLLARS

**Dollar Bank.**
Since 1855

MEM                                                    MP

---

## MT. LEBANON, PA - 2021 TAX BILL

**924 VALLEYVIEW RD**

**LOT & BLOCK#**

| REFERENCE NO. | TAXABLE ASSESSMENT | DISCOUNT PERIOD | 2% DISCOUNT | MILLAGE 0.00471 | | STATEMENT DATE 6/1/2021 |
|---|---|---|---|---|---|---|
| | | | | **FACE PERIOD** | 10% PENALTY | **PENALTY PERIOD** |
| | 632,300 | **$2,918.57** | $59.56 | **$2,978.13** | $297.81 | **$3,275.94** |
| DUE DATES: | | **7/31/2021** | | **9/30/2021** | AFTER: | **9/30/2021** |

MAKE CHECK PAYABLE TO:
**"MT. LEBANON, PA"**

LINABURG RONALD G & JUDIT
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022



**RONALD G. LINABURG**
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

291

DATE 7-17-31

PAY TO THE
ORDER OF *Mt Lebanon School Dist*          $ 15,856.95

*Fifteen thousand eight fifty six and 95/100*          DOLLARS

**Dollar Bank**
Since 1855

---

### MT. LEBANON SCHOOL DISTRICT · 2021 TAX BILL      LOT & BLOCK:

**924 VALLEYVIEW RD**

| REFERENCE NO. | TAXABLE ASSESSMENT | DISCOUNT PERIOD | 2% DISCOUNT | MILLAGE 0.02559 FACE PERIOD | 10% PENALTY | STATEMENT DATE 6/1/2021 PENALTY PERIOD |
|---|---|---|---|---|---|---|
| | 632,300 | $15,856.95 | $323.61 | $16,180.56 | $1,618.06 | $17,798.62 |
| | DUE DATES: | 7/31/2021 | | 9/30/2021 | AFTER: | 9/30/2021 |

LINABURG RONALD G & JUDIT
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

MAKE CHECK PAYABLE TO:
**"MT. LEBANON SCHOOL DISTRICT"**

1st Installment 9/30/2021      $8,090.28      2nd Installment 12/31/2021      $4,045.14      3rd Installment 2/28/2022      $4,045.14

290-2,918.57   291-15,856.95

CUT HERE FOR MUNICIPAL TAX AND RETURN WITH PAYMENT

## NOTICE OF SCHOOL DISTRICT PROPERTY TAX RELIEF

Your attached school district tax bill may include a tax reduction for your homestead and/or farmstead property. As an eligible homestead and/or farmstead property owner, you may have received tax relief through a homestead/farmstead exclusion which has been provided under the Pennsylvania Taxpayer Relief Act, a law passed by the Pennsylvania General Assembly designed to reduce your property taxes. Homestead exclusion applies to school district tax only.

| ORIGINAL FACE TAX | TAX VALUE OF HOMESTEAD EXCLUSION | FACE TAX AFTER EXCLUSION | ORIGINAL ASSESSMENT |
|---|---|---|---|
| $16,180.56 | $0.00 | $16,180.56 | 632,300 |

Mail payments to: **Mt. Lebanon Real Estate Tax Office | 710 Washington Road | Pittsburgh, PA 15228**
Hours: 8:30 AM to 5:00 PM Monday thru Friday
Phone: 412-343-3405

PLEASE READ ENCLOSED INSTRUCTIONS



CUT HERE FOR SCHOOL DISTRICT TAX AND RETURN...



# MT. LEBANON
## PENNSYLVANIA

### Property Tax Payment Instructions:
### From Joseph T. Senko, Treasurer

**The enclosed document contains the 2021 Municipal and School District real estate tax bills.
Please read this document prior to remitting payment.**

**Paying online: https://mylebo.mtlebanon.org/** or scan QR Code
Convenience fees will apply to debit, credit, or PayPal transactions.
*No fees for payments made via Echeck.*



**Paying by check: <u>Separate checks are required.</u>** Payments which include both Municipal and School District taxes on one check will be returned to the sender with possible loss of discount or application of penalty.

*Municipal* tax checks are payable to *<u>Mt. Lebanon, PA</u>*

*School District* tax checks are payable to *<u>Mt. Lebanon School District</u>*

**Paying by Cash:** Cash payments are accepted. Please <u>DO NOT</u> mail cash – cash should be made in person at the Municipal Tax Office at 710 Washington Road.

### *PLEASE REMIT PAYMENT COUPON WITH PAYMENT if paying with cash or check.  Please pay exact amount due – do not round.*

**Discount Period** Pay discount amount until 7/31/2021
**Face Period** Pay face amount from 8/1/2021 until 9/30/2021
**Penalty Period** Pay penalty amount after 9/30/2021

### SCHOOL DISTRICT REAL ESTATE TAX INSTALLMENT OPTION
Mt. Lebanon School District Real Estate Tax may be paid in the following installments:

| | |
|---|---|
| 1/2 of the face tax due by: | 09/30/2021 |
| 1/4 of the face tax due by: | 12/31/2021 |
| 1/4 of the face tax due by: | 02/28/2022 |

**NEW FOR 2021:** Go to **https://mylebo.mtlebanon.org => Real Estate Tax Payments** to view your current tax year owed, make payment and view payment history.

Any changes in the mailing address should be remitted directly to Allegheny County by calling 412-350-4100.  These changes will be communicated from the County to our Municipality on a recurring basis. We cannot make changes in name(s) shown as the owner. To do this, under the law, you must record a new deed at the Department of Real Estate.

**\*NOTE: If you are appealing your assessment, you must by law pay these amounts by the dates shown above.  Any overpayment resulting from your appeal will be refunded.**

Please visit our website at https://www.mtlebanon.org/62/Tax-Office for additional information.

MT. LEBANON'S TAX OFFICE PROVIDES SERVICES ON AN EQUAL OPPORTUNITY BASIS

## Friends of the Mt. Lebanon Public Library

With your membership renewal you'll be helping more people enjoy more great things at Mt. Lebanon Public Library.

**Yes! I want to renew my Friends membership.**
Here is my check for:
☑ $50 ___ $25 ___ $15 (minimum) ___ Other

Please send me the Friends Newsletter by:
___ Email only ___ U.S. mail only ___ Both U.S. mail and email

Please make checks payable to: Friends of the Mt. Lebanon Public Library.
Name _Judith Linaburg_
Address _924 Valleyview Road_
City _Pgh_ State _PA_ Zip _15243_
Phone _____ Email _____

Your membership ends soon.

piration date:
7/2021

**Please mail or drop off this form with your check to:**
Friends of the Mt. Lebanon Public Library
16 Castle Shannon Blvd.
Pittsburgh, PA 15228-2252

The official registration and financial information of Friends of the Mt. Lebanon Public Library may be obtained from the PA Department of State by calling toll-free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement.

---

**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7436
2430

292

DATE _7-17-21_

PAY TO THE ORDER OF _Friends Mt. Lebanon Library_   $ _50.00_

_Fifty dollars and 00/100_   DOLLARS

**Dollar Bank.**
Since 1855

MEMO _Membership_

# Rivertech Tax Preparation, LLC
## 26 S. 27th Street, PO Box 4274

### 412-381-0910
### 412-381-4259 (Fax)

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2021 | ~~————~~ |

**Bill To:**

Linaburg, Ronald
924 Valleyview Rd
Pittsburgh, PA  15243

| Terms |
|-------|
| 30 Days |

| Item | Service Date | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 600 | 7/9/2021 | Preparation of Monthly Operating Report for month ending June 30, 2021, and coordination of filing report with the United States Bankruptcy Court Western District of Pennsylvania | | 275.00 | 275.00 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

293

DATE 7-19-21

PAY TO THE
ORDER OF _Rivertech Tax Prep_                        $ 275.00

_Two hundred seventy five xx/100_ _____ DOLLARS

**Dollar Bank.**
Since 1855

MEM

| **Please send payments to** | **Payments/Credits** | $0.00 |
|---|---|---|
| 26 S. 27th Street, PO Box 4274, Pittsburgh, PA  15203 | **Balance Due** | **$275.00** |

Please make checks payable to Rivertech Tax Preparation, LLC.  If you wish to make payments with a credit card, we accept Visa, MasterCard, Discover and American Express.

Name on Card: _____

Card #: _____ Exp. Date. _____

Office of the U. S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222-3715

412-644-4756

0004759
**********AUTO**MIXED AADC 170
LINABURG, RONALD G
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

Page 1 of 1    Rev. 01/2

Account No.:    ---
Process Date:  07-06-21



UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

See Instructions
On Reverse Side

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|---|---|---|
| 04-05-21 | Balance Forward | 975.00 |
| 05-05-21 | Payment from Lock Box | 975.00- |
| 07-06-21 | Quarter 2, 2021 Fee Due {Disbursements = $61,065.} (6) | 250.00 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

294

DATE  7-19-21

PAY TO THE
ORDER OF  US Trustee                    $ 250,00

Two hundred fifty XX/100                    DOLLARS

Dollar Bank. Since 1855

MEMO  Acct:

R.G. Lina  MD

cord                    250.00

QUARTERLY FEE PAYMENT STUB: Enter amount enclosed, detach, and return this stub with your payment to: U.S. Trustee Payment Center.

Account Number.

Amount Enclosed
$  250  00

LINABURG, RONALD G
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

Make check payable to U.S. Trustees.
Write the Account Number on the check.

Anything other than the check and payment form sent to the below
address will be destroyed (such material should be sent to the
local U.S. Trustee office for the case).

U.S. Trustee Payment Center
P.O. Box 6200-19
Portland, OR 97228-6200

0004759

Office of the U. S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222-3715

Page 1 of 1    Rev. 01/20

Account No.:
Process Date:  07-06-21

412-644-4756

0004759
**********AUTO**MIXED AADC 170
LINABURG, RONALD G
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022



UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

See Instructions
On Reverse Side

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|------|-------------|--------|
| 04-05-21 | Balance Forward | 975.00 |
| 05-05-21 | Payment from Lock Box | 975.00- |
| 07-06-21 | Quarter 2, 2021 Fee Due {Disbursements = $61,065.} (6) | 250.00 |
| | Estimated Balance Due Based On Disbursement Record | **250.00** |

Fee estimated based on available disbursements data.

fold and tear                                                                                      fold and tear

## NOTICE REGARDING THE UNITED STATES TRUSTEE PROGRAM'S
## NEW CHAPTER 11 PERIODIC REPORTS (28 C.F.R. § 58.8)
### (Effective June 21, 2021)

On December 21, 2020, the U.S. Trustee Program (USTP) promulgated a final rule, "Procedures for Completing Uniform Periodic Reports in Non-Small Business Cases Filed Under Chapter 11 of Title 11" (hereinafter referred to as the "Final Rule").[1] The Final Rule, which is authorized by 28 U.S.C. § 589b, requires that chapter 11 debtors in possession and trustees — other than small business debtors[2] — file monthly operating reports (MORs) and post-confirmation reports (PCRs) using streamlined, data-embedded, uniform forms in every case in every judicial district where the USTP operates.

The Final Rule will become effective for all reports filed on or after June 21, 2021. Before the effective date, the USTP encourages bankruptcy professionals to engage with their local USTP offices to learn more about the Final Rule and forms and to be ready to file data-embedded MORs and PCRs after June 21, 2021. Local USTP offices will make training available for bankruptcy professionals about completing, filing, and serving the new uniform MOR and PCR forms.

The uniform forms, and instructions for their use and filing, which may be periodically updated prior to the effective date, are available on the USTP's website: https://www.justice.gov/ust/chapter-11-operating-reports.

In addition to familiarizing themselves with the forms, practitioners should understand potential changes to applicable filing and service requirements. Unless otherwise provided by local rule, each report must be filed with the bankruptcy court no later than the 21st day of the month immediately following the covered reporting period.

Debtors in possession (DIP) should confer with local USTP representatives early in the case, whether at the initial debtor interview or some other initial meeting, to discuss the DIP's reporting capabilities and the supplemental documentation that the DIP may be required to file in conjunction with the reports.

---

[1] 28 C.F.R. § 58.8.

[2] Small business and subchapter V debtors (including those covered by the temporarily expanded debt limits) file MORs on official forms promulgated by the Judicial Conference of the United States. *See* 11 U.S.C. §§ 308, 1187; Fed. R. Bankr. P. 2015 (a)(6); Official Bankruptcy Form 425C. Contact the U.S. Trustee in the district in which the case is pending for further instructions regarding post-confirmation reporting requirements in small business and subchapter V cases.

Metro Dry Cleaning
20141 U.S. 19 Suite 306
Cranberry Township PA 16066



**METRO**
DRY CLEANING + ALTERATIONS

Metro Dry Cleaning
20111 U.S. 19 Suite 306
Cranberry Township, PA 16066
724-776-0808

metrodrycleaning.com

## Statement

Ron & Judy Linaburgh
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

Ref: 
Account Number
Period 06/01/21 - 06/30/21

Make checks payable to:
**Metro Dry Cleaners**

| Date | Transaction | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| 06/01/21 | Balance forward | | | 202.05 |
| 06/01/21 | Invoice /26/21 (3 pcs) | 22.41 | | 224.46 |
| 06/03/21 | Payment: Check - 263 | | 106.75 | 117.71 |
| 06/08/21 | Invoice 06/02/21 (2 pcs) | 13.23 | | 130.94 |
| 06/28/21 | Invoice 3/23/21 (3 pcs) | 27.96 | | 158.90 |

DUE $158.90

Thank you for being our customer.
Please remit payment upon receipt.

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

295

DATE 7-19-21

PAY TO THE
ORDER OF  Metro                                    $ 158.90

One hundred fifty eight 90/100 ─────────── DOLLARS

**Dollar Bank**
Since 1855

Acct:
MEMO

Andy's Sprinkler Service
878 Mifflin Road
Pittsburgh, PA 15207
PA 052221
**Phone #**   412-462-4333

# Invoice

| | |
|---|---|
| **Date** | 6/28/2021 |
| **Invoice #** | |

**Bill To:**   R LINABURG
924 Valleyview Rd.
Pittsburgh, PA 15243

| Due Date |
|---|
| 7/13/2021 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | T&M SERVICE CALL - Work Order | 65.00 | 65.00 |
| 1.25 | Andy W | 95.00 | 118.75 |
| 1 | 1.0" VALVE | 50.00 | 50.00 |
| 2 | 1.0" OR SMALLER PIPE | 1.00 | 2.00 |
| 3 | 1.0" OR SMALLER FITTING | 5.00 | 15.00 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

296

DATE 7-19-21

PAY TO THE ORDER OF   Andys Sprinkler Service      $ 288.00

Two hundred eighty eight xx/100 _____ DOLLARS

**Dollar Bank.**
Since 1855

MEMO  Inv.

| | |
|---|---|
| **Total** | $250.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $250.75 |
| **Customer Total Balance**<br>(All un-paid invoices) | $288.00 |

Would you like your statement via email? Coming soon, Include or call with your email address.

Please include your invoice number with your payment.

# I N V O I C E

---

FILE #: ▬▬▬▬                      DATE: 07/01/2021                    PAGE    1
INVOICE #: ▬▬▬▬                   PO#

REMIT TO: MAROADI TRANSFER & STORAGE, INC
          1801 LINCOLN HIGHWAY, RT. 30

          NORTH VERSAILLES, PA  15137

BILL TO:  DR. RONALD LINABURG
          924 VALLEYVIEW ROAD

          PITTSBURGH, PA  15243

SHIPPER: RONALD G. LINABURG                    CUSTOMER: ▬▬▬▬
STORAGE FROM 07/01/2021  TO 07/31/2021

| ITEM | DESCRIPTION | MONTHS | GROSS | RATE | PER | NET |
|------|-------------|--------|-------|------|-----|-----|
| SSTORAGE | STORAGE CHARGE | 0 | 0.00 | 0.00 | | 130.00 |

CURRENT CHARGES:    130.00

TOTAL CHARGES:    130.00

THANK YOU FOR USING OUR MOVING AND STORAGE COMPANY



RETURN COPY OF INVOICE WITH YOUR CHECK



P.O. Box 1075
Pittsburgh, PA 15230

| CONSUMER LOAN | |
| --- | --- |
| *** BILLING NOTICE *** | |
| BILL DATE 07-17-21 | |
| DUE DATE  08-01-21 | |
| INTEREST | $1,465.35 |
| TOTAL AMOUNT DUE | $1,465.35 |
| REMITTANCE AMOUNT | $1,465.35 |
| TOTAL AMOUNT ENCLOSED | 3,611.80 |

RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

ACCOUNT NO

PLEASE RETAIN BOTTOM

INTEREST                 =

TOTAL AMOUNT DUE         =

DUE DATE 08-01-21

IF PAYMENT IS NOT PROCESSED BY

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

298

DATE 7-24-21

PAY TO THE
ORDER OF  Do Ilar Bank                    $ 3,611.80

Three thousand six hundred eleven 50/100                    DOLLARS

**Dollar Bank.**
Since 1855

MEMO

| DATE | TRANSACTION DESCRIPTION | | | |
| --- | --- | --- | --- | --- |
| 07-01-21 | BALANCE FORWARD | | | |
| 06-28-21 | INTEREST PAID | | | -1,425.04 |
| 06-28-21 | PRINCIPAL PAID | 2,188.76 | 523,810.73 | 3.25000 |
| 08-01-21 | INTEREST ADJUSTMENT | | | -.59 |
| 08-01-21 | INTEREST ACCRUAL | | 523,810.73 | 31 | 3.25000 | 1,465.94 |
| BALANCE | | | 523,810.73 | | | |

| APR BILL DATE RANGE: | 06-16-21 - 07-17-21 | | |
| --- | --- | --- | --- |
| DAILY PERIODIC RATE | .0090 | | |
| ANNUAL PERCENTAGE RATE | 3.2923 (V) | | |
| BALANCE SUBJECT TO INTEREST RATE | 524,657.99 | | |
| INTEREST CHARGED | 1,468.31 | TOTAL INTEREST CHARGED IN 2021 | 10,146.88 |
| FEES CHARGED | .00 | TOTAL FEES CHARGED IN 2021 | .00 |
| PREVIOUS BALANCE | 525,999.49 | | |
| NEW BALANCE | 523,810.73 | | |
| (V) - VARIABLE RATE | | | |



DOLLAR BANK
P.O. BOX 1075
PITTSBURGH, PA  15230

FCLREGZ    05/21

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

*** BILLING NOTICE ***

ACCOUNT NO.

| | | |
|---|---|---|
| INTEREST | = | $1,465.35 |
| TOTAL AMOUNT DUE | = | $1,465.35 |

DUE DATE 08-01-21

MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 08-16-21, THE LATE CHARGE ASSESSED WILL BE          $87.92

INTEREST PAID LAST YEAR 2020          $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|---|---|---|---|---|---|---|
| 07-01-21 | BALANCE FORWARD | | 525,999.49 | | 3.25000 | 1,423.04 |
| 06-28-21 | INTEREST PAID | | 525,999.49 | | 3.25000 | -1,423.04 |
| 06-28-21 | PRINCIPAL PAID | 2,188.76 | 523,810.73 | | 3.25000 | |
| 08-01-21 | INTEREST ADJUSTMENT | | 523,810.73 | | 3.25000 | -.59 |
| 08-01-21 | INTEREST ACCRUAL | | 523,810.73 | 31 | 3.25000 | 1,465.94 |

BALANCE                                                          523,810.73

| | |
|---|---|
| APR BILL DATE RANGE: | 06-16-21 - 07-17-21 |
| DAILY PERIODIC RATE | .0090 |
| ANNUAL PERCENTAGE RATE | 3.2923 (V) |
| BALANCE SUBJECT TO INTEREST RATE | 524,657.99 |
| INTEREST CHARGED | 1,468.31 |
| FEES CHARGED | .00 |
| PREVIOUS BALANCE | 525,999.49 |
| NEW BALANCE | 523,810.73 |
| (V) - VARIABLE RATE | |

TOTAL INTEREST CHARGED IN 2021          10,146.88
TOTAL FEES CHARGED IN 2021                    .00

**DOLLAR BANK**
P.O. BOX 1075
PITTSBURGH, PA 15230

FCLPEG7   05/21

# RONALD LINABURG

924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

**PEOPLES** | An __ Essential Utilities Company

For 24/7 account access: peoplesaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
| --- | --- | --- | --- |
| | Jul 15, 2021 | 08/12 - 08/13/2021 | 13 |

For General Information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**.

## Summary of Basic Charges

**Credits And Charges Since Your Last Bill**

| | |
| --- | --- |
| Balance from last bill | $164.78 |
| Payment on JUN 28, 2021 - Thank You | 164.78 CR |
| **Balance** | **$0.00** |

**Current Charges**

Residential (RS)(E)

| | |
| --- | --- |
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.6742 per MCF | 56.96 |
| Delivery Charge | |
| 21.3 MCF @ $4.3122 | 91.85 |
| Capacity Charge $1.7845 per MCF | 38.01 |
| State Tax Surcharge @ 0.05% | .04 |
| | |
| **Total Current Charges** | **$201.38** |
| **Total Account Balance** | **$201.38** |

Peoples current charges include $2.28 in state taxes.

Your PRICE TO COMPARE is $2.99 per MCF.

### Shopping Information Box
When shopping for gas with a Natural Gas Supplier please provide the following:

    Account Number: _____
    Rate Schedule: Residential (RS)(E)

If you are already shopping, know your contract expiration date.

## Monthly Usage Comparison

| | 2020 | 2021 |
| --- | --- | --- |
| Average Daily Temperature For This Billing Period | 74°F | 71°F |

Gas Use in MCF



Average monthly use: 25.2 MCF
Total annual use: 228.9 MCF

### Billing Period And Meter Readings

| Date | Read Type | Reading | Difference |
| --- | --- | --- | --- |
| Meter Number | | | |
| JUL 14, 2021 | Actual | 550.6 | 21.3 |
| JUN 14, 2021 | Actual | 529.3 | |
| MCF Used in 30 Days | | | 21.3 |

**Please Pay** Account Balance of **$201.38** by **AUG 06, 2021** to avoid a Late Payment Charge of **$3.02 (1.5% per month )**

Effective July 1, 2021, the Distribution System Improvement Charge (DSIC) increased from -0.06 % to 0.00 %.
This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure.
Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment.
You can pay this bill by Credit / Debit Card or Electronic Check. Call ACI Speedpay at 1-866-338-5491.
Service Fees Apply. Visit our website at www.peoples-gas.com for further information.

# RONALD LINABURG

924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

**PEOPLES**

For 24/7 account access: peoplesaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| | Jul 15, 2021 | 08/12 - 08/13/2021 | 13 |

For General Information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**.

## Summary of Basic Charges

**Credits And Charges Since Your Last Bill**

| | |
|---|---|
| Balance from last bill | $164.78 |
| Payment on JUN 28, 2021 - Thank You | 164.78 CR |
| **Balance** | **$0.00** |

**Current Charges**

**Residential (RS)(E)**

| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.6742 per MCF | 56.96 |
| Delivery Charge | |
| 21.3  MCF @   $4.3122 | 91.85 |
| Capacity Charge $1.7845 per MCF | 38.01 |
| State Tax Surcharge @ 0.05% | .04 |
| **Total Current Charges** | **$201.38** |
| **Total Account Balance** | **$201.38** |

Peoples current charges include $2.28 in state taxes.

Your **PRICE TO COMPARE** is $2.99 per MCF.

### Shopping Information Box

When shopping for gas with a Natural Gas Supplier please provide the following:
 Account Number.
 Rate Schedule:  Residential (RS)(E)
If you are already shopping, know your contract expiration date.

### Monthly Usage Comparison

| Average Daily Temperature | 2020 | 2021 |
|---|---|---|
| For This Billing Period | 74°F | 71°F |

Gas Use in MCF

| | Actual | Estimate | Customer Read | Adjusted Usage |
|---|---|---|---|---|

| | |
|---|---|
| Average monthly use: | 25.2 MCF |
| Total annual use: | 228.9 MCF |

### Billing Period And Meter Readings

| Date | Read Type | Reading | Difference |
|---|---|---|---|
| Meter Number | | | |
| JUL 14, 2021 | Actual | 550.6 | 21.3 |
| JUN 14, 2021 | Actual | 529.3 | |
| MCF Used in 30 Days | | | 21.3 |

**Please Pay**  Account Balance of $201.38 by AUG 06, 2021 to avoid a Late Payment Charge of $3.02 (1.5% per month )

Effective July 1, 2021, the Distribution System Improvement Charge (DSIC) increased...
This charge funds the...
Help peopl...
You can pa...
Service Fe...

Please detach and re...

| DUE DATE | |
|---|---|

. Enjoy
each
uring
unts



924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

PEOPLES
PO BOX 644760
PITTSBURGH, PA 15264-4760

1000210008253879000000002013800000201386

# RONALD LINABURG

924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

**PEOPLES** An _Essential Utilities_ Company

For 24/7 account access: peopleseaccount.com

| Account Number | Date Prepared | Next Meter Reading | B | |
|---|---|---|---|---|
| | Jul 15, 2021 | 08/12 - 08/13/2021 | 13 | For General Information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**. |

## Summary of Basic Charges

### Credits And Charges Since Your Last Bill

| | |
|---|---|
| Balance from last bill | $164.78 |
| Payment on JUN 28, 2021 - Thank You | 164.78 CR |
| **Balance** | **$0.00** |

### Current Charges

**Residential (RS)(E)**

| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.6742 per MCF | 56.96 |
| Delivery Charge | |
| 21.3 MCF @ $4.3122 | 91.85 |
| Capacity Charge $1.7845 per MCF | 38.01 |
| State Tax Surcharge @ 0.05% | .04 |
| | |
| **Total Current Charges** | **$201.38** |
| **Total Account Balance** | **$201.38** |

Peoples current charges include $2.28 in state taxes.

Your PRICE TO COMPARE is $2.99 per MCF.

## Shopping Information Box

When shopping for gas with a Natural Gas Supplier please provide the following:

Account Number: _____

Rate Schedule: Residential (RS)(E)

If you are already shopping, know your contract expiration date.

### Monthly Usage Comparison

| | 2020 | 2021 |
|---|---|---|
| Average Daily Temperature For This Billing Period | 74·F | 71·F |

Gas Use in MCF



| | Actual | Estimate | Customer Read | Adjusted Usage |
|---|---|---|---|---|

Average monthly use: 25.2 MCF
Total annual use: 228.9 MCF

### Billing Period And Meter Readings

| Date | Read Type | Reading | Difference |
|---|---|---|---|
| Meter Number | | | |
| JUL 14, 2021 | Actual | 550.6 | 21.3 |
| JUN 14, 2021 | Actual | 529.3 | |
| MCF Used in 30 Days | | | 21.3 |

**Please Pay** Account Balance of $201.38 by AUG 06, 2021 to avoid a Late Payment Charge of $3.02 (1.5% per month)

Effective July 1, 2021, the Distribution System Improvement Charge (DSIC) increased from -0.06 % to 0.00 %.
This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure.
Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment.
You can pay this bill by Credit / Debit Card or Electronic Check. Call ACI Speedpay at 1-866-338-5491.
Service Fees Apply. Visit our website at www.peoples-gas.com for further information.

---

Please detach and return this coupon with a check made payable to Peoples.

TO MAKE ACCOUNT CHANGES ON BACK OF COUPON, CHECK BOX HERE.

| DUE DATE | AUG 06, 2021 | Account No. | |
|---|---|---|---|
| **$201.38** | | _201.38_ | |
| Account Balance | | Amount Enclosed | |

Take advantage of our Budget Payment Plan. Enjoy the convenience of paying a planned amount each month - a feature which is especially helpful during the winter. We periodically review budget accounts to adjust for any over or under payments.

302

806000917950

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

PEOPLES
PO BOX 644760
PITTSBURGH, PA 15264-4760

1000210008253879000000002013800000201386



**DLC** — DUQUESNE LIGHT CO. —

Page 1 of 3

RONALD G LINABURG
924 VALLEYVIEW RD

Account #

| Due Date | Amount Due |
|---|---|
| 08/05/2021 | $537.92 |

## Bill Summary

Amount Due
**$537.92**

Supply Charges

DLC Charges

| Bill ID: | Date Prepared: 07/15/2021 |
|---|---|
| Previous Account Balance | $502.58 |
| Payment(s) Received as of 06/28/2021 | -$502.58 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $277.53 |
| Supply Charges | $260.39 |
| **AMOUNT DUE BY 08/05/2021** | **$537.92** |

## Message Center

Signing up for our e-Bill program is fast and easy! Enroll today at DuquesneLight.com/ebill and you'll receive an email each month when your bill is available.

Duquesne Light partners with Dollar Energy Fund to provide assistance to customers who struggle to pay their electric bill. If you would like to support the Dollar Energy Fund and your neighbors in need, make a tax deductible monthly pledge at **DuquesneLight.com/dollar**.



## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|---|---|---|---|---|
| Current Month | 3513 | 117 | 30 | 72 |
| Last Month | 3332 | 111 | 30 | 70 |
| Same Month Last Year | 4075 | 131 | 31 | 75 |



Average Monthly Usage for the last 12 months: 2574 kWh
Total Annual Usage for the last 12 months: 30885 kWh

BI_POSTAL_20210715PRD.xml-89527-000003364

Online: www.DuquesneLight.com          Phone: 412-393-7100

*Billing and meter reading details on page 3*

## Bill Summary

Supply Charges

DLC Charges

Amount Due
**$537.92**

| | |
|---|---|
| Bill ID: | Date Prepared: 07/15/202_ |
| Previous Account Balance | $502.5_ |
| Payment(s) Received as of 06/28/2021 | -$502.5_ |
| **Balance Forward** | $0.0_ |
| DLC Charges | $277.5_ |
| Supply Charges | $260.3_ |
| **AMOUNT DUE BY 08/05/2021** | **$537.9_** |

## Message Center

Signing up for our e-Bill program is fast and easy! Enroll today at DuquesneLight.com/ebill and you'll receive an email each month when your bill is available.

Duquesne Light partners with Dollar Energy Fund to provide assistance to customers who struggle to pay their electric bill. If you would like to support the Dollar Energy Fund and your neighbors in need, make a tax deductible monthly pledge at **DuquesneLight.com/dollar**.



## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Dai_ Temp (_ |
|---|---|---|---|---|
| Current Month | 3513 | 117 | 30 | 72 |
| Last Month | 3332 | 111 | 30 | 70 |
| Same Month Last Year | 4075 | 131 | 31 | 75 |

kWh:
5000
4375
3750
3125
2500
1875
1250
625
0
Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun

▫ Last Year   ▫ This Year

Online: www.DuquesneLight.com

Please return this
Make payment pa_


DUQUESNE LIGHT CO.

RONALD G. LINABURG
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

300

DATE 7-30-21

PAY TO THE ORDER OF DLC                    $ 537.92

Five hundred thirty-seven and 92/100                    DOLLARS

**Dollar Bank.**
Since 1855

MEMO

042764  000003364
RONALD G LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022



Please mail payment to:

DUQUESNE LIGHT COMPANY
PO BOX 371324
PITTSBURGH PA 15250-7324

38072200008 000000000000 000000537926 000000537926

RONALD G LINABURG        Account # _____    Page 3 of 3

## Account Detail

🏠 924 VALLEYVIEW RD       Supplier Agreement ID:

### Meter Reading Usage Information

| Meter Number | | |
|---|---|---|
| Present | 07/15/2021 Act | 23,110.4530 |
| Prior | 06/15/2021 Act | 19,597.2800 |
| Difference | | 3,513.1730 |
| Your Meter Multiplier | | 1 |
| Total kWh Used | | 3,513.1730 |

### Current Bill Details

| | | |
|---|---|---|
| DLC Rate | RS-Residential Service | |
| Price to Compare | $0.0741 / kWh | |
| **DLC Charges** | | **$277.53** |
| Customer Charge | | $12.51 |
| Distribution | 3513.1730 kWh@ $0.071693 | $251.87 |
| DSIC Surcharge | 4.98% | $13.17 |
| Pennsylvania Tax Adjustment | | -$0.02 |
| | | |
| **Supply Charges** | | **$260.39** |
| Supply | 3513.1730 kWh@ $0.054595 | $191.80 |
| Transmission | 3513.1730 kWh@ $0.019523 | $68.59 |

| Total kWh Used | 3,513.1730 | Service Charges | $537.92 |
|---|---|---|---|

## Shopping and Supplier Information

When shopping for electricity with an Electric Generation Supplier, please provide the following information:

Supplier Agreement ID

Rate Schedule: RS-Residential Service

The current Price to Compare is listed above in Account Detail and will change every June and December. For more information & supplier offers visit www.PAPowerSwitch.com and www.oca.state.pa.us.

## Additional Notifications

- Give to Dollar Energy Fund to help people without heat or light. Make a monthly pledge at www.duquesnelight.com or send a check to Duquesne Light Hardship Fund Donations, 411 Seventh Avenue MD 15-1, Pittsburgh, PA 15219. Your gift is tax deductible.
- A change in the Distribution System Improvement Charge, effective July 1, will increase your monthly bill by about $0.54, or less than 1%.
- A change in the Transmission and Default Service Supply rates that went into effect June 1 will increase the overall monthly bill of an average residential customer who purchases electric generation from Duquesne Light by about $2.08, or 2%.
- Duquesne Light offers energy efficiency programs to help customers save money by conserving energy and reducing demand. To participate or to learn more about these programs, visit www.wattchoices.com.
- You can join our Budget Plan by calling us at (412) 393-7100. If eligible, the Budget Plan will begin with your next bill. For this bill, please pay the Amount Due shown.
- SIGN UP FOR AUTOPAY and learn about other convenient payment options by visiting our website www.duquesnelight.com.
- Estimated Gross Receipts Tax of $31.73 and Estimated PA State Tax of $36.58 are included in your rates.





# Guardian
## PROTECTION

Guardian Protection
174 Thorn Hill Road
Warrendale, PA 15086

**IMPORTANT MESSAGES**

### SUMMARY OF ACCOUNT

Statement Date:                              7/21/2021
**Customer Number:**

# Three Easy Ways to Pay

1. Visit https://customercare.guardianprotection.com/ to make a one-time payment or log into your customer care account and choose Make a Payment.
2. Call us at 1.800.PROTECT (1.800.776.8328) and select option 2 for billing.
3. Mail your payment with the detachable section below in the enclosed envelope.



## Join us in Shaping a GREENER Future

Sign Up for paperless billing and AutoPay at
CustomerCare.GuardianProtection.com

### ACCOUNT SUMMARY

| DATE | DESCRIPTION | INVOICE # | AMOUNT |
|---|---|---|---|
| | PREVIOUS BALANCE<br>LINABURG, DR RON    924 VALLEYVIEW RD 15243 | | $0.00 |
| 7/21/2021 | Security Services 08/01/21 to 10/31/21 | | $102.57 |

### TOTAL AMOUNT DUE $102.57

Page 1 of 2

**IF YOU HAVE ANY QUESTIONS PLEASE CALL: 1-800-PROTECT**
*Please detach the below and include with your payment. Thank you*



Guardian Protection
174 Thorn Hill Road
Warrendale, PA 15086

**IMPORTANT MESSAGES**

## SUMMARY OF ACCOUNT

Statement Date: _7/21/2021_
**Customer Number:**



# Join us in Shaping
a GREENER Future

Sign Up for paperless billing and AutoPay at
CustomerCare.GuardianProtection.com

# Three Easy Ways to Pay

1. Visit https://customercare.guardianprotection.com/
   to make a one-time payment or log into your
   customer care account and choose Make a Payment.
2. Call us at 1.800.PROTECT (1.800.776.8328) and select
   option 2 for billing.
3. Mail your payment with the detachable section
   below in the enclosed envelope.

## ACCOUNT SUMMARY

| DATE | DESCRIPTION | INVOICE # | AMOUNT |
|------|-------------|-----------|--------|
| | PREVIOUS BALANCE | | $0.00 |
| | LINABURG, DR RON   924 VALLEYVIEW RD  15243 | | |
| 7/21/2021 | Security Services 08/01/21 to 10/31/21 | | $102.57 |

TOTAL AMOUNT DUE



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

301

DATE 7-30-21

$ 102.57

PAY TO THE ORDER OF  Guardian

One hundred two and 57/100  DOLLARS

**Dollar Bank.** Since 1855

Signed

MEMO

Page 1 of 2



Guardian Protection
174 Thorn Hill Road
Warrendale, PA 15086

## REMITTANCE DUE UPON RECEIPT

Customer #:
Amount Due: $102.57
Amount Paid: $ 102.57

Please make check payable to **Guardian
Protection** and include detached section below.

5148002689   PRESORT PBPS007 <8>

LINABURG, RONALD
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

GUARDIAN PROTECTION SERVICES
P.O. BOX 37751
PHILADELPHIA, PA 19101-5051

01 007069729 00000010257 0



DEPOSIT TICKET

**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

DATE 7-30-21

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

**Dollar Bank**
Since 1855

8-7438
2430

6310.63

SUB TOTAL

LESS CASH RECEIVED

$ 6310.63



**JUDITH K LINABURG**
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

547
3-9/430
621

7-30-21
Date

Pay to the
Order of  Ronald Linaburg DIP          $ 6,310.63

Six thousand three ten and 63/100          Dollars

**PNCBANK**
PNC Bank, N.A.    011

For                                    Judith K Linaburg





**Dollar Bank**
Since 1855
Welcome to Dollar Bank

PO 07/30/2021 15:13 # 70
CO 07/30/2021 001 00004 05 10003084

Deposit
Checking                    $6,310.63

Current Balance            ***********
Available Balance          ***********

Due to the total amount deposited in the account today, $580.63 may not be fully available until 08/04/21. If you have a question, please see branch management or the officer responsible for your account.

Turn your do into done! Let's get you there.

Page 1 of 4

**Capital One**

Capital One Miles Credit Card | Mastercard Professional ending in

Jun 14, 2021 - Jul 14, 2021 | 31 days in Billing Cycle

## Account Summary

| | |
|---|---|
| | $4,234.82 |
| | - $4,234.82 |
| New | $0.00 |
| | + $10,300.26 |
| | + $0.00 |
| | + $0.00 |
| | + $0.00 |
| | = $10,300.26 |
| | $30,000.00 |
| | $19,699.74 |
| | $15,000.00 |
| | $15,000.00 |



**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

302

DATE 7-30-21

PAY TO THE ORDER OF _Capital One Visa_   $ 10,300. 26

_Ten thousand three hundred and 26/100_ DOLLARS

**Dollar Bank**

MEMO

---

**JUDITH K LINABURG**
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

547
8-8/430
621

Pay to the Order of _Ronald Linaburg DIP_    7-30-21  Date

_Six thousand three ten and 63/100_    $ 6,310. 63

**PNC BANK**
PNC Bank, N.A.   1101

Dollars

For _____

Judith K Linaburg

---

ⓘ Starting October 1, 2021, your Mastercard will no longer feature Cellular Wireless Telephone Protection...r eligible claims made before that date will continue to be available, and you may continue to file for benefits in accordance with the benefit terms.

Customer Service: 1-800-227-4825   See reverse for Important Information

**Capital One**

2022106   01 AB 0.425 *AUTO T3 0 5871 15243-102224 -C01-P22138-I1

_Reimbursement to Acct;_

_Ronald G. Linaburg DIP Acct_
_Leave balance of_ $ 3,989.63
_Total Capital One CC_

JUDITH K LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

Payment Due Date: **Aug 08, 2021**   Account ending in

| New Balance | Minimum Payment Due | Amount Enclosed | |
|---|---|---|---|
| $10,300.26 | $103.00 | $10,300.26 | Capital One |

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

Capital One
P.O. Box 71083
Charlotte NC 28272-1083

1 5528517779506232 14 0000004234820103007



**Capital One Miles Credit Card | Mastercard Professional ending in**
Jun 14, 2021 - Jul 14, 2021  | 31 days in Billing Cycle

## Payment Information

**Payment Due Date**
# Aug 08, 2021

For online and phone payments, the deadline is 8pm ET.

| New Balance | Minimum Payment Due |
|---|---|
| **$10,300.26** | **$103.00** |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 23 Years | $19,123 |
| $337 | 3 Years | $12,122 |

Estimated savings if balance is paid off in about 3 years: $7,001

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $4,234.82 |
| Payments | - $4,234.82 |
| Other Credits | $0.00 |
| Transactions | + $10,300.26 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $10,300.26** |
| Credit Limit | $30,000.00 |
| Available Credit (as of Jul 14, 2021) | $19,699.74 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

## Rewards Summary    Rewards as of: 07/13/2021

**Rewards Balance**
**426,156**

Track and redeem your rewards with our mobile app or on capitalone.com

| Previous Balance | Earned This Period | Redeemed this period |
|---|---|---|
| 406,969 | 19,187 | 0 |

## Account Notifications

ⓘ   Starting October 1, 2021, your Mastercard will no longer feature Cellular Wireless Telephone Protection. Coverage for eligible claims made before that date will continue to be available, and you may continue to file for benefits in accordance with the benefit terms.

Pay or manage your account at capitalone.com            Customer Service: 1-800-227-4825        See reverse for Important Information



**Capital One Miles Credit Card I Mastercard Professional ending i**
Jun 14, 2021 - Jul 14, 2021   I 31 days in Billing Cycle

## Transactions

Visit capitalone.com to see detailed transactions.

**JUDITH K LINABURG**          **Payments, Credits and Adjustments**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Jun 28 | Jun 29 | PAYMENT | - $4,234.82 |

**JUDITH K LINABURG**          **Transactions**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Jun 14 | Jun 15 | SQ *LA GOURMANDINEPittsburghPA | $13.55 |
| Jun 14 | Jun 16 | ALL IN GOOD TASTE PRODPittsburgPA | $6,310.63 |
| Jun 15 | Jun 16 | MARKET DISTRICT #0014BETHEL PARKPA | $177.84 |
| Jun 15 | Jun 16 | HOMETOWN MAIL CENTERPittsburghPA | $3.24 |
| Jun 16 | Jun 17 | SQ *LA GOURMANDINEPittsburghPA | $9.35 |
| Jun 17 | Jun 18 | TOUCHSTONE PILATESPittsburghPA | $660.00 |
| Jun 17 | Jun 18 | ROLLIER'S HARDWAREMT. LEBANONPA | $76.26 |
| Jun 18 | Jun 19 | WHOLEFDS SHL #10242UPPER SAINT CPA | $235.77 |
| Jun 19 | Jun 21 | SQ *MEDITERRA CAFE MT.PittsburghPA | $64.18 |
| Jun 19 | Jun 21 | APPLE.COM/BILL866-712-7753CA | $0.99 |
| Jun 19 | Jun 21 | ROLLIER'S HARDWAREMT. LEBANONPA | $71.23 |
| Jun 21 | Jun 22 | MARKET DISTRICT #0014BETHEL PARKPA | $73.10 |
| Jun 21 | Jun 22 | WHOLEFDS SHL #10242UPPER SAINT CPA | $149.15 |
| Jun 24 | Jun 25 | MACYS  SOUTH HILLSPittsburghPA | $105.00 |
| Jun 24 | Jun 25 | PANERA BREAD #202302 PMOUNT LEBANONPA | $8.94 |
| Jun 25 | Jun 26 | PENN AVE. FISH CO.PittsburghPA | $207.29 |
| Jun 25 | Jun 26 | PENNSYLVANIA MACARONIPittsburghPA | $111.56 |
| Jun 25 | Jun 26 | SAMSCLUB #6575PITTSBURGHPA | $300.36 |
| Jun 25 | Jun 26 | J&N SUNSERI PRODUCEPittsburghPA | $9.07 |
| Jun 25 | Jun 26 | SUNOCO 0363227005 QPSPITTSBURGHPA | $43.51 |
| Jun 25 | Jun 28 | SESAME INNPITTSBURGHPA | $55.64 |
| Jun 26 | Jun 28 | SQ *MEDITERRA CAFE MT.PittsburghPA | $72.86 |
| Jun 28 | Jun 29 | SP * SUNNYLIFE USALOS ANGELESCA | $35.00 |
| Jun 29 | Jun 30 | MARKET DISTRICT #0014BETHEL PARKPA | $136.87 |
| Jun 29 | Jul 1 | HOMETOWN MAIL CENTERPittsburghPA | $20.36 |
| Jul 1 | Jul 2 | WHOLEFDS SHL #10242UPPER SAINT CPA | $98.00 |
| Jul 2 | Jul 3 | GIANT-EAGLE #0035PITTSBURGHPA | $76.67 |
| Jul 3 | Jul 5 | SQ *MEDITERRA CAFE MT.PittsburghPA | $46.05 |
| Jul 3 | Jul 5 | SQ *MEDITERRA CAFE MT.PittsburghPA | $12.93 |
| Jul 5 | Jul 6 | GIANT-EAGLE #0035PITTSBURGHPA | $47.97 |
| Jul 8 | Jul 9 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $40.00 |
| Jul 8 | Jul 9 | SQ *MEDITERRA CAFE MT.PittsburghPA | $29.53 |

*(handwritten note across ALL IN GOOD TASTE row: "Re paid To ... RGL DTP")*

Additional Information on the next page

2022106-0063:407-0000003 d 0200006-C014-a3-5871-22138



Capital One Miles Credit Card I Mastercard Professional ending
Jun 14, 2021 - Jul 14, 2021  I  31 days in Billing Cycle



## Transactions (Continued)

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Jul 8 | Jul 9 | GIANT-EAGLE #0035PITTSBURGHPA | $20.83 |
| Jul 9 | Jul 10 | MACYS  SOUTH HILLSPITTSBURGHPA | $37.00 |
| Jul 9 | Jul 10 | MACYS  SOUTH HILLSPITTSBURGHPA | $150.78 |
| Jul 11 | Jul 12 | SQ *MEDITERRA CAFE MT.PittsburghPA | $66.47 |
| Jul 12 | Jul 12 | Netflix.comLos GatosCA | $14.97 |
| Jul 12 | Jul 13 | SQ *LA GOURMANDINEPittsburghPA | $10.10 |
| Jul 12 | Jul 13 | SAVANNAH BEE WEB9125032865GA | $348.00 |
| Jul 12 | Jul 13 | MARKET DISTRICT #0014BETHEL PARKPA | $70.38 |
| Jul 12 | Jul 13 | WHOLEFDS SHL #10242UPPER SAINT CPA | $278.83 |
| JUDITH K LINABURG | | Total Transactions | $10,300.26 |

**Total Transactions for This Period**                                   $10,300.26

## Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| **Total Fees for This Period** | | | **$0.00** |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

## Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

Additional Information on the next page



**Capital One Miles Credit Card I Mastercard Professional ending in**
Jun 14, 2021 - Jul 14, 2021   I  31 days in Billing Cycle

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charged |
|---|---|---|---|
| Purchases | 10.90% P | $0.00 | $0.00 |
| Cash Advances | 17.99% P | $0.00 | $0.00 |

**Variable APRs:** If you have a letter code displayed next to any of the above APRs, this means they are variable APRs. They may increase or decrease based on one of the following indices (reported in The Wall Street Journal) as described below.

| Code next to your APR(s) | How do we calculate your APR(s)? | When your APR(s) will change |
|---|---|---|
| P L | Prime Rate + margin 3 month LIBOR + margin | The first day of the Billing Cycles that end in Jan., April, July and Oct. |
| D F | Prime Rate + margin 1 month LIBOR + margin | The first day of each Billing Cycle |



Page 2 of 4
Capital One Miles Credit Card I Mastercard Professional ending in
Jun 14, 2021 - Jul 14, 2021   I  31 days in Billing Cycle

## Transactions

Visit capitalone.com to see detailed transactions.

**JUDITH K LINABURG    Payments, Credits and Adjustments**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Jun 28 | Jun 29 | PAYMENT | $4,234.82 |

**JUDITH K LINABURG    Transactions**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Jun 14 | Jun 15 | SQ *LA GOURMANDINEPittsburghPA  *Reimburse* | $13.55 |
| Jun 14 | Jun 16 | ALL IN GOOD TASTE PRODPittsburgPA  *Expect To JE for RGL DTP.* | $6,310.63 |
| Jun 15 | Jun 16 | MARKET DISTRICT #0014BETHEL PARKPA | $177.84 |
| Jun 15 | Jun 17 | HOMETOWN MALL CENTERPITTSBURGHPA | $3.24 |
| Jun 16 | Jun 17 | SQ *LA GOURMANDINEPittsburghPA | $9.35 |
| Jun 17 | Jun 18 | TOUCHSTONE PILATESPITTSBURGHPA | $660.00 |
| Jun 17 | Jun 18 | ROLLIER'S HARDWAREMT. LEBANONPA | $76.26 |
| Jun 18 | Jun 19 | WHOLEFDS SHL #10242UPPER SAINT CPA | $235.77 |
| Jun 19 | Jun 21 | SQ *MEDITERRA CAFE MT.PittsburghPA | $64.18 |
| Jun 19 | Jun 21 | APPLE.COM/BILL866-712-7753CA | $0.99 |
| Jun 19 | Jun 21 | ROLLIER'S HARDWAREMT. LEBANONPA | $71.23 |
| Jun 21 | Jun 22 | MARKET DISTRICT #0014BETHEL PARKPA | $73.10 |
| Jun 21 | Jun 22 | WHOLEFDS SHL #10242UPPER SAINT CPA | $149.15 |
| Jun 24 | Jun 25 | MACYS  SOUTH HILLSPITTSBURGHPA | $105.00 |
| Jun 24 | Jun 25 | PANERA BREAD #202302 PMOUNT LEBANONPA | $8.94 |
| Jun 25 | Jun 26 | PENN AVE. FISH CO.PITTSBURGHPA | $207.29 |
| Jun 25 | Jun 26 | PENNSYLVANIA MACARONIPITTSBURGHPA | $111.56 |
| Jun 25 | Jun 26 | SAMSCLUB #6575PITTSBURGHPA | $300.36 |
| Jun 25 | Jun 26 | J&N SUNSERI PRODUCEPITTSBURGHPA | $9.07 |
| Jun 25 | Jun 26 | SUNOCO 0363227005  QPSPITTSBURGHPA | $43.51 |
| Jun 25 | Jun 28 | SESAME INNPITTSBURGHPA | $55.64 |
| Jun 26 | Jun 28 | SQ *MEDITERRA CAFE MT.PittsburghPA | $72.86 |
| Jun 28 | Jun 29 | SP * SUNNYLIFE USALOS ANGELESCA | $35.00 |
| Jun 29 | Jun 30 | MARKET DISTRICT #0014BETHEL PARKPA | $136.87 |
| Jun 29 | Jul 1 | HOMETOWN MALL CENTERPITTSBURGHPA | $20.36 |
| Jul 1 | Jul 2 | WHOLEFDS SHL #10242UPPER SAINT CPA | $98.00 |
| Jul 2 | Jul 3 | GIANT-EAGLE #0035PITTSBURGHPA | $76.67 |
| Jul 3 | Jul 5 | SQ *MEDITERRA CAFE MT.PittsburghPA | $46.05 |
| Jul 3 | Jul 5 | SQ *MEDITERRA CAFE MT.PittsburghPA | $12.93 |
| Jul 5 | Jul 6 | GIANT-EAGLE #0035PITTSBURGHPA | $47.97 |
| Jul 8 | Jul 9 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $40.00 |
| Jul 8 | Jul 9 | SQ *MEDITERRA CAFE MT.PittsburghPA | $29.53 |

Additional Information on the next page

**Capital One Miles Credit Card | Mastercard Professional ending in**

Jun 14, 2021 - Jul 14, 2021  |  31 days in Billing Cycle

## Transactions (Continued)

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Jul 8 | Jul 9 | GIANT-EAGLE #0035PITTSBURGHPA | $20.83 |
| Jul 9 | Jul 10 | MACYS SOUTH HILLSPITTSBURGHPA | $37.00 |
| Jul 9 | Jul 10 | MACYS SOUTH HILLSPITTSBURGHPA | $150.78 |
| Jul 11 | Jul 12 | SQ *MEDITERRA CAFE MT.PittsburghPA | $66.47 |
| Jul 12 | Jul 12 | Netflix.comLos GatosCA | $14.97 |
| Jul 12 | Jul 13 | SQ *LA GOURMANDINEPittsburghPA | $10.10 |
| Jul 12 | Jul 13 | SAVANNAH BEE WEB9125032865GA | $348.00 |
| Jul 12 | Jul 13 | MARKET DISTRICT #0014BETHEL PARKPA | $70.38 |
| Jul 12 | Jul 13 | WHOLEFDS SHL #10242UPPER SAINT CPA | $278.83 |
| JUDITH K LINABURG | | Total Transactions | $10,300.26 |

| | | | |
|---|---|---|---|
| **Total Transactions for This Period** | | | **$10,300.26** |

## Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| **Total Fees for This Period** | | | **$0.00** |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

## Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

Additional Information on the next page

303

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

DATE _7-30-21_

PAY TO THE
ORDER OF _Taylor Linaburg_          | $ _3,000.00_

_Three Thousand XX/100_ _____ DOLLARS

**Dollar Bank.**
Since 1855

MEMO _July support_

R.G. Lina MD

G. Alan Yeasted, M.D., FACP
Three Penn Center West
Suite 127
Pittsburgh, PA 15276

RETURN SERVICE REQUESTED

Billing Phone Number for Patient Questions: 412-788-4995
Billing Fax for Patient Questions: 412-788-0250

Stmt ID#.

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 07/16/21 | $10.00 | |

CHARGES AND CREDITS MADE AFTER STATEMENT
DATE WILL APPEAR ON NEXT STATEMENT.

SHOW AMOUNT PAID HERE $

MAKE CHECKS PAYABLE / REMIT TO:

RONALD G LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

108952-4

G. Alan Yeasted, M.D., FACP
3 PENN CTR W STE 127
PITTSBURGH PA 15276-0112

003394

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

| Date | Patient | Doctor | Description | Charge | Medicare Receipts | Insurance Receipts | Patient Receipts | Adjustments | Balance | INS |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/21 | RONALD | YEASTED, | OFC VST/EST PT COPAY | 115.00 | .00 | 64.34 | .00 | 40.66 | 10.00 | |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA. 15243-1022

304

8-7438
2430

DATE 7-30-21

PAY TO THE ORDER OF G. Alan Yeasted MD        $ 10.00

Ten Dollars xx/100        DOLLARS

**Dollar Bank**
Since 1855

MEMO  Act #

\* in the INS column indicates insurance pending

| Current | 30 Days | 60 days | 90 Days | 120 days | Total Balance | Ins Pending | PATIENT DUE |
|---|---|---|---|---|---|---|---|
| 10.00 | .00 | .00 | .00 | .00 | 10.00 | .00 | 10.00 |

**During these changing times we are sensitive to the financial issues that people are having. We are in the office so please contact us.**

| Account Number |
|---|
| |

| Statement Date |
|---|
| 07/16/21 |

| Billing Questions |
|---|
| 412-788-4995 |

\*\* Payment Due Upon Receipt \* Thank You \*\*

STATEMENT
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

108952-4    -14671756

| Date | Patient | Doctor | Description | Charge | Medicare Receipts | Insurance Receipts | Patient Receipts | Adjustments | Balance | INS |
|------|---------|--------|-------------|--------|-------------------|--------------------|------------------|-------------|---------|-----|
| 06/07/21 | RONALD | YEASTED, | OFC VST/EST PT COPAY | 115.00 | .00 | 64.34 | .00 | 40.66 | 10.00 | |

**\* in the INS column indicates insurance pending**

| Current | 30 Days | 60 days | 90 Days | 120 days | Total Balance | Ins Pending | PATIENT DUE |
|---------|---------|---------|---------|----------|---------------|-------------|-------------|
| 10.00 | .00 | .00 | .00 | .00 | 10.00 | .00 | 10.00 |

During these changing times we are sensitive to the financial issues that people are having. We are in the office so please contact us.

| Account Number |
|----------------|
| |

| Statement Date |
|----------------|
| 07/16/21 |

\*\* Payment Due Upon Receipt \* Thank You \*\*

| Billing Questions |
|-------------------|
| 412-788-4995 |



**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

108952-4      -14671756

## eSignature Details

---

**Signer ID:**        **4ESgkdxdA6tnMP9zbHobCBzV**
Signed by:            Dr. Ronald G. Linaburg
Sent to email:        dr.rglinaburg@lina4.com
IP Address:           72.95.131.157
Signed at:            Aug 20 2021, 10:38 am EDT