# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
|     Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
|     Debtor. | ) | |
| | ) | |
| | ) | Document No.: |
|     PNC Bank, N.A., | ) | |
| | ) | Related to Document No.: 311 |
|     Movant, | ) | |
| | ) | |
|     v. | ) | |
| | ) | **Hearing Date and Time:** |
|     Ronald G. Linaburg, | ) | September 15, 2021, at 3:00 p.m. |
| | ) | |
|     Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Jeffrey Castello, hereby certify that I served a copy of the Debtor's Response to the Motion to Vacate April 7, 2021 Default Order, filed by Creditor, PNC Bank, N.A. on all interested parties listed below via electronic mail and/or certified return receipt U.S. mail on August 24, 2021.

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

PNC Bank, N.A.
c/o KML Law Group, P.C.
701 Market Street
Suite 50000
Philadelphia, PA 19106
Attn: Maria Miksich, Esquire

Jodi Hause, Esquire
on Behalf of the United States Trustee
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Dated: <u>August 24, 2021</u>

/s/ Jeffrey Castello
Jeffrey Castello, Paralegal
Thompson Law Group, P.C.

125 Warrendale Bayne Road, Suite 200  
Warrendale, PA 15086  
(724) 799-8404 Telephone  
(724) 799-8409 Facsimile  
jcastello@thompsonattorney.com