# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald G. Linaburg, | : | Bankruptcy No. 20-22898-CMB |
| Debtor. | : | |
| | : | Chapter 11 |
| Ronald G. Linaburg, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related Claim No.: 12-2 |
| v. | : | |
| | : | Related Document No.: 317, 318 |
| Renee R. Kalp, D.M.D., | : | |
| | : | **Hearing Date and Time:** |
| Respondent. | : | September 22, 2021 at 1:30 p.m. |

## CERTIFICATE OF SERVICE

I, Jeffrey Castello, hereby certify that I served a copy of the Debtor's Objection to Proof of Claim No. 12, Proposed Order, and Notice of Hearing on all interested parties listed below via electronic mail and/or certified return receipt U.S. mail on August 25, 2021.

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

Renee R. Kalp, D.M.D.
160 Riverwatch Drive
Pittsburgh, Pennsylvania 15136

Jodi Hause, Esquire
on Behalf of the United States Trustee
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Michael A. Shiner, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Dated: August 25, 2021

/s/ Jeffrey Castello
Jeffrey Castello, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jcastello@thompsonattorney.com