IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: RONALD G. LINABURG, | : | Bankruptcy No. 20-22898 (CMB) |
| Debtor | : | |
| PAUL R. YAGELSKI, | : | Chapter 11 |
| Movant | : | Related to: Document No. 326 |
| v. | : | |
| No Respondent | : | |

## ORDER FOR *PRO HAC VICE* ADMISSION

NOW, this 26th day of August, 2021, upon consideration of the Motion for Pro Hac Vice Admission of Charles Fiergola, it is hereby ORDERED and DECREED that Charles Fiergola of Kohner, Mann & Kailas, S.C. is admitted pro hac vice to practice in the United States Bankruptcy Court for the Western District of Pennsylvania in the above-captioned case.

BY THE COURT:

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/26/21 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22898-CMB |
| Ronald G Linaburg | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 3 |
| Date Rcvd: Aug 26, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |
| aty | + Charles Fiergola, ofKohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1991 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Carolyn Batz McGee | on behalf of Defendant Diana M. Dongell  D.M.D cbmcgee@porterwright.com |

Case 20-22898-CMB    Doc 330    Filed 08/28/21    Entered 08/29/21 04:26:43    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 3 |
| Date Rcvd: Aug 26, 2021 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| Carolyn Batz McGee | on behalf of Creditor Diana Marie Dongell D.M.D. cbmcgee@porterwright.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com cnoroski@grblaw.com |
| Jodi Hause, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| John R. O'Keefe, Jr. | on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Michael A. Shiner | on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Defendant Renee R. Kalp D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Creditor Diana Marie Dongell D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Defendant Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul R. Yagelski | on behalf of Creditor Reinhart FoodServices LLC pryagelski@rothmangordon.com, jdmyers@rothmangordon.com |
| Robert O Lampl | |

District/off: 0315-2     User: dpas     Page 3 of 3
Date Rcvd: Aug 26, 2021     Form ID: pdf900     Total Noticed: 2

|  |  |
|---|---|
|  | on behalf of Interested Party William T. Kane rol@lampllaw.com jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com |
| Roger P. Poorman | on behalf of Creditor Dollar Bank Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com |
| Ronald L. Hicks, Jr. | on behalf of Defendant Diana M. Dongell D.M.D rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com |
| Ronald L. Hicks, Jr. | on behalf of Creditor Diana Marie Dongell D.M.D. rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| William E. Kelleher, Jr. | on behalf of Mediator William E. Kelleher Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com |

TOTAL: 35