**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Ronald G. Linaburg,

Debtor.

Reinhart FoodService, L.L.C.,

Movant

v.

Ronald G. Linaburg,

Respondent.

Case No. 20-22898

Chapter 11

Related to Doc. No.309

Hearing Date and Time: September 15, 2021 at 2:30 p.m.

CERTIFICATION OF NO OBJECTION REGARDING REINHART FOODSERVICE, L.L.C.'S MOTION TO ALLOW CLAIM NO. 16 TO BE TREATED AS HAVING BEEN TIMELY FILED

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to Reinhart Foodservice, L.L.C.'s Motion to Allow Claim No. 16 to Be Treated as Having Been Timely Filed, Document No. 309, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to Reinhart Foodservice, L.L.C.'s Motion to Allow Claim No. 16 to Be Treated as Having Been Timely Filed, Document No. 309, appears thereon.  Pursuant to the Notice of Hearing, objections to Reinhart Foodservice, L.L.C.'s Motion to Allow Claim No. 16 to Be Treated as Having Been Timely Filed, Document No. 309, were to be filed and served no later than September 7, 2021.

It is hereby respectfully requested that the order attached to Reinhart Foodservice, L.L.C.'s Motion to Allow Claim No. 16 to Be Treated as Having Been Timely Filed, Document No. 309, be entered by the Court.

March 10, 2021

ROTHMAN GORDON, P.C.

By: /s/ Paul R. Yagelski
    Paul R. Yagelski, Esquire
    Pa. I.D. No. 29959

310 Grant Street, 3rd Floor
Pittsburgh, PA  15219
Tel:  (412) 338-1124
Fax:  (412) 281-7304
PRYagelski@rothmangordon.com

Local Counsel for Movant,
Reinhart FoodService, L.L.C.


/s/ Charles Fiergola
Charles Fiergola, Esquire
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
Tel.: (414) 962-5110
Fax: (414) 962-8725
cfiergola@kmksc.com

Counsel for Movant,
Reinhart FoodService, L.L.C.