UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald G. Linaburg,<br><br>Debtor. | Case No. 20-22898<br><br>Chapter 11<br><br>Related to Doc. No.335 |
| Reinhart FoodService, L.L.C.,<br><br>Movant<br><br>v.<br><br>Ronald G. Linaburg,<br><br>Respondent. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Certificate of No Objection Regarding Reinhart Foodservice, L.L.C.'s Motion to Allow Claim No. 16 to Be Treated as Having Been Timely Filed was served by electronic notification through the court's ECF System and by first class mail, postage prepaid, on the 10th day of September, 2021, on the following:

Donna M. Donaher
First National Bank
One North Shore Center
12th Federal Street
Pittsburgh, PA  15212

Ronald G. Linaburg
924 Valleyview Road
Pittsburgh, PA  15243-1022

Jodi Hause, On Behalf of the United States Trustee
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222-3714

Keri P. Ebeck
Bernstein Burkley
707 Grant Street
Gulf Tower, Suite 2200
Pittsburgh, PA  15219-1945

1

Maria Miksich
KML Law Group, P.C.
701 Market Street, Suite 500
Philadelphia, PA  19106-1541

Robert O Lampl
Robert O. Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222-1713

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA  1523301828

Barry P. Cox
Rivertech Tax Preparation, LLC
26 South 27th Street
P.O. Box 4274
Pittsburgh, PA  15203-0274

First National Bank of Pennsylvania
100 Federal Street
Pittsburgh, PA  15212-5708

William T. Kane
c/o Robert O Lampl Law Office
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222-1717

Ascentium Capital
23970 Hwy 59 North
Kingwood, TX  77339-1535

Dollar Bank
2700 Liberty Avenue
Pittsburgh, PA  15222-4700

FBM Credit
200 1st Avenue
Carnegie, PA  15106-2502

First National Bank of PA
4140 E. State Street
Hermitage, PA  16148-3401

Hitachi Capital America
800 Connecticut Avenue
Norwalk, CT  06854-1738

IRR Supply Center
1205 W. State Street
New Castle, PA  16101-2070

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA  15233-1828

Store Capital Acquisitions
8377 E. Hartford Drive, Suite 100
Scottsdale, AZ  85255-5686

Vision Financial Group
615 Iron City Drive
Pittsburgh, PA  15205-4321

William T. Kane
20013 Route 19
Cranberry Twp, PA  16066-6203

PRA Receivables Management, LLC
P.O. Box 4274
Norfolk, VA  23541

Raymond C. Vogliano
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

/s/ Paul R. Yagelski
Paul R. Yagelski, Esquire
ROTHMAN GORDON, P.C.
310 Grant Street
Grant Building - Third Floor
Pittsburgh, PA 15219
Phone: (412) 338-1124
Email: pryagelski@rothmangordon.com
PA. ID. No. 29959

Local Counsel for Movant,
Reinhart FoodService, L.L.C.

/s/ Charles Fiergola
Charles Fiergola, Esquire
4650 N. Port Washington Road
Milwaukee, WI  53212-1059
Tel.: (414) 962-5110
Fax: (414) 962-8725
cfiergola@kmksc.com

Counsel for Movant,
Reinhart Foodservice, L.L.C.