# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 20-22898-CMB |
| RONALD G. LINABURG, | Chapter 11 |
| Debtor. | |
| RONALD G. LINABURG, | Related to Doc. No. 340 |
| Movant, | |
| v. | |
| RENEE R. KALP, D.M.D., | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, Michael A. Shiner, hereby certify that I served or caused to be served a copy of Renee R. Kalp, D.M.D.'s *Response to Debtor's Objection to Proof of Claim No. 12-2*, on September 13, 2021, upon all parties in interest via the Court's CM/ECF notification system and, September 14, 2021, upon the following parties via First Class U.S. Mail, postage prepaid, at the addresses listed below.

| | |
|---|---|
| Brian C. Thompson | Jodi Hause, Esq. |
| Thompson Law Group, P.C. | Office of the U.S. Trustee |
| 125 Warrendale Bayne Rd, Ste 200 | Suite 960, Liberty Center |
| Warrendale, PA 15086 | 1001 Liberty Avenue |
| | Pittsburgh, PA 15222 |
| *Debtor's Counsel* | |
| | *United States Trustee* |

Dated: September 14, 2021

TUCKER ARENSBERG, P.C.

*/s/ Michael A. Shiner*
Michael A. Shiner, Esq.
PA ID No. 78088
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: (412) 566-1212
mshiner@tuckerlaw.com

*Counsel for Renee R. Kalp, D.M.D.*

TADMS:5569595-2 035921-190522