# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
| Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | Document No.: |
| Ronald G. Linaburg, | ) | |
| | ) | Related to Document No.: 149 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents, | ) | |
| | ) | |
| Respondent. | ) | |

## AMENDED CERTIFICATE OF SERVICE

I, Kristen Finke, certify under penalty of perjury that I served the following Amended Schedule(s): Schedule I and Schedule J, together with the Amendment Cover Sheet and proper Notice, at Document Number 149, on the interested parties in the attached mailing matrix on March 15, 2021, via electronic mail and/or first-class mail postage prepaid.

Date:   September 16, 2021          By:     /s/ *Kristen Finke*
                                                 Kristen Finke, Paralegal
                                                 Thompson Law Group, P.C.
                                                 125 Warrendale Bayne Rd., Suite 200
                                                 Warrendale, PA 15086
                                                 (724) 799-8404 Telephone
                                                 (724) 799-8409 Facsimile
                                                 kfinke@thompsonattorney.com