# PROCEEDING MEMO

**Date: 09/15/2021 03:00 pm**

**In re:** Ronald G Linaburg

Bankruptcy No. 20-22898-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 135

**Appearances:** Ron Hicks, Kerri McGee, Maribeth Thomas, Michael Shiner, Brian Nicholas, John O'Keefe, Jodi Hause, Brian C. Thompson

**Nature of Proceeding:** #135 Continued Status Conference Hearing Re: Motion to Extend Deadline To Object to Dischargeability and/or Discharge

**Additional Pleadings:** #162 Response by Debtor
#177 Reply by Diana Marie Dongell, D.M.D., et al to Response by Debtor
#182 Proceeding Memo from 04/09/2021 Zoom Hearing - Status Conference Continued to: 05/26/2021 at 2:30 p.m.
#213 Status Report
#220 Certification of Counsel Regarding Stipulation and Consent Order Extending Deadlines and Continuing Hearings
#221 Stipulation and Consent Order Extending Deadlines and Continuing Hearings - The Hearing set for 06/10/2021 at 1:30 p.m. is CANCELLED and a Status Conference Hearing is scheduled for 07/27/2021 at 1:30 p.m. via Zoom
#222 Mediation Order Signed 05/19/2021
#247 Joint Mediation Report
#257 TEXT ORDER Rescheduling Hearing **AS TO TIME ONLY** - Hearing scheduled for 07/27/2021 at 1:30 p.m. RESCHEDULED to 07/27/2021 at 3:00 p.m..
#274 Proceeding Memo from 07/27/2021 Zoom Hearing - Continued to a Status Conference on 09/15/2021 at 3:00 p.m.

**Judge's Notes:**
- Parties dispute whether there is sufficient cause demonstrated for extension under Rule 4007.
- Attorney Shiner acknowledged that as to extension of time to object to discharge under Rule 4004 (as opposed to dischargeability under Rule 4007) not a proper request at this time as Rule 4004 provides until the first date set for the hearing on confirmation.
OUTCOME: Matter taken under advisement.

HOUSEKEEPING ITEM:
-On or before 10/5, Attorneys Hicks and Shiner shall send a detailed letter to Attorney Thompson specifying what is needed to move this case forward, such as additional information that needs to be exchanged, depositions, etc. Attorney Thompson is ordered to respond.
-On or before 10/5, Attorney Thompson shall send a detailed letter to Attorneys Hicks and Shiner specifying what information he needs to move this case forward if he so chooses.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
9/16/21 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA