IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/16/21 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Ronald G. Linaburg

Debtor

Bankruptcy No.  20-22898-CMB

Adversary No.

Related to Docket No.  351, 352, 353

Ordinary Request

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Maribeth Thomas, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

    September 15, 2021

The transcript is being prepared by Writer's Cramp, Inc.  The estimated completion for this transcript is October 18, 2021.

    Michael R. Rhodes, Clerk
    United States Bankruptcy Court

Date: 9/16/2021                  By:      /s/ Hayley Smith
                                                        ECRO

#61-M