# PROCEEDING MEMO

**Date: 09/15/2021 03:00 pm**

In re:    Ronald G Linaburg

                                      Bankruptcy No. 20-22898-CMB
                                      Chapter: 11-NOT A SMALL BUSINESS
                                      Doc. # 134

**Appearances:** Ron Hicks, Kerri McGee, Maribeth Thomas, Michael Shiner, Brian Nicholas, John O'Keefe, Jodi Hause, Brian C. Thompson

**Nature of Proceeding:** #134 Continued Status Conference Hearing Re: Motion for Leave to File Objection to Exemptions

**Additional Pleadings:** #133 Verified Statement Pursuant to F.R.B.P. 2019
                     #163 Response by Debtor
                     #177 Reply by Diana Marie Dongell, D.M.D., et al, to Response by Debtor
                     #181 Proceeding Memo from 04/09/2021 Zoom Hearing - Continued to a Status Conference Hearing on 05/26/2021 at 2:30 p.m. via Zoom
                     #213 Status Report
                     #220 Certification of Counsel Regarding Stipulation and Consent Order Extending Deadlines and Continuing Hearings
                     #221 Stipulation and Consent Order Extending Deadlines and Continuing Hearings - The Hearing set for 06/10/2021 at 1:30 p.m. is CANCELLED and a Status Conference Hearing is scheduled for 07/27/2021 at 1:30 p.m. via Zoom
                     #222 Mediation Order Signed 05/19/2021
                     #247 Joint Mediation Report
                     #257 TEXT ORDER Rescheduling Hearing **AS TO TIME ONLY** - Hearing scheduled for 07/27/2021 at 1:30 p.m. RESCHEDULED to 07272021 at 3:00 p.m.
                     #275 Proceeding Memo from 07/27/2021 Zoom Hearing - Continued to a Status Conference on 09/15/2021 at 3:00 p.m.

**Judge's Notes:**
- Attorney Hicks: No valid amended Schedule C because the Certificate of Service filed is not in compliance with Court Order. Therefore, amendment is rendered null and void. The same is true with multiple amendments filed. That renders the motion moot.
- Attorney Thompson: Asserts service was proper and can file amended Certificates of Service.
- If appropriate, Attorney Thompson may have to file properly served amended schedules. In that case, Attorney Shiner indicated withdrawal of the motion without prejudice as moot.

OUTCOME: Continued to a status conference for 11/8 at 2:30 pm.

<u>HOUSEKEEPING ITEM</u>:
-On or before 10/5, Attorneys Hicks and Shiner shall send a detailed letter to Attorney Thompson specifying what is needed to move this case forward, such as additional information that needs to be exchanged, depositions, etc. Attorney Thompson is ordered to respond.
-On or before 10/5, Attorney Thompson shall send a detailed letter to Attorneys Hicks and Shiner specifying what information he needs to move this case forward if he so chooses.

                                                **Carlota Böhm**
                                                **Chief U.S. Bankruptcy Judge**

FILED
9/16/21 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22898-CMB |
| Ronald G Linaburg | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 3 |
| Date Rcvd: Sep 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2021                    Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com<br>blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com<br>blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Carolyn Batz McGee | on behalf of Defendant Diana M. Dongell D.M.D cbmcgee@porterwright.com |
| Carolyn Batz McGee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 3 |
| Date Rcvd: Sep 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Diana Marie Dongell D.M.D. cbmcgee@porterwright.com

Donna M. Donaher
    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com

Jodi Hause, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John R. O'Keefe, Jr.
    on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul R. Yagelski
    on behalf of Creditor Reinhart FoodServices LLC pryagelski@rothmangordon.com, jdmyers@rothmangordon.com

Robert O Lampl
    on behalf of Interested Party William T. Kane rol@lampllaw.com

jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Roger P. Poorman

on behalf of Creditor Dollar Bank Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com

Ronald L. Hicks, Jr.

on behalf of Defendant Diana M. Dongell D.M.D rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.

on behalf of Creditor Diana Marie Dongell D.M.D. rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

William E. Kelleher, Jr.

on behalf of Mediator William E. Kelleher Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

TOTAL: 35