**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 1:20-22898-CMB |
| | : | |
| RONALD G. LINABURG, | : | Chapter 11 |
| | : | |
| Debtor. | : | The Honorable Carlota M. Böhm |
| | : | Chief U.S. Bankruptcy Judge |

**CERTIFICATE OF SERVICE OF MOTION TO STRIKE
WITHOUT PREJUDICE DEBTOR'S AMENDMENTS FOR
<u>NON-COMPLIANCE WITH THE COURT'S RULES AND ORDERS</u>**

I, Ronald L. Hicks, Jr., Esquire, hereby certify under penalty of perjury that on this 20th day of September, 2021 I served a true and correct copy of the above-captioned Motion, Proposed Order for the Motion and Notice of Hearing on the Motion upon all parties in interest via the NEF generated by Court's electronic CM/ECF notification system, as follows:

Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania
donaherd@fnb-corp.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com,
jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Municipality of Mt. Lebanon
jhunt@grblaw.com,
cnoroski@grblaw.com

William E. Kelleher, Jr. on behalf of Mediator William E. Kelleher, Jr.
bill.kelleher@dentons.com,
michelle.graeb@dentons.com,
pg.rib.filings.us.dcg@dentons.com

Maria Miksich on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
bnicholas@kmllawgroup.com

John R. O'Keefe, Jr. on behalf of Creditor Dollar Bank, Federal Savings Bank
jokeefe@metzlewis.com

Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Jodi.hause@usdoj.gov
David.A.Berry@usdoj.gov
Steven.W.Albright@usdoj.gov

Robert O Lampl on behalf of Interested Party William T. Kane
rol@lampllaw.com,
jschemm@lampllaw.com;
jlacher@lampllaw.com;
jcooney@lampllaw.com;
rcooney@lampllaw.com;
slampl@lampllaw.com;
aholmquist@lampllaw.com;
kmonahan@lampllaw.com

Roger P. Poorman on behalf of Creditor Dollar Bank, Federal Savings Bank
rpoorman@metzlewis.com,
mmattheis@metzlewis.com

Michael A. Shiner on behalf of Creditor Renee R. Kalp
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Renee R. Kalp, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Renee R. Kalp, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Renee R. Kalp
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Brian C. Thompson on behalf of Debtor Ronald G Linaburg
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;
bthompson@ecf.courtdrive.com;
jcastello@thompsonattorney.com;
kfinke@thompsonattorney.com

| | |
|---|---|
| Maribeth Thomas on behalf of Creditor Ronald E. Hand, D.M.D. <br> mthomas@tuckerlaw.com, <br> maribeth.thomas@gmail.com, <br> jrusnack@tuckerlaw.com | Brian C. Thompson on behalf of Plaintiff Ronald G Linaburg <br> bthompson@ThompsonAttorney.com, <br> blemon@thompsonattorney.com; <br> bthompson@ecf.courtdrive.com; <br> jcastello@thompsonattorney.com; <br> kfinke@thompsonattorney.com |
| Paul R. Yagelski on behalf of Creditor Reinhart FoodService, LLC <br> pryagelski@rothmangordon.com <br> jdmyers@rothmangordon.com | S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC <br> ecfpeoples@grblaw.com, <br> Equitablebankruptcy@peoples-gas.com |

Also, on this 20th day of September, 2021, I served a true and correct copy of the foregoing Motion, Proposed Order for the Motion and Notice of Hearing on the Motion via First Class U.S. Mail, postage prepaid, upon the parties identified in the attached mailing matrix and the additional parties, as all are fully listed as follows:

| | |
|---|---|
| Donna M. Donaher <br> First National Bank <br> One North Shore Center <br> 12th Federal Street <br> Pittsburgh, PA 15212 | Jodi Hause, on Behalf of the United States Trustee <br> Office of the United States Trustee <br> Suite 960, Liberty Center <br> 1001 Liberty Avenue <br> Pittsburgh, PA 15222-3714 |
| Ronald G Linaburg <br> 924 Valleyview Road <br> Pittsburgh, PA 15243-1022 | Keri P. Ebeck <br> Bernstein-Burkley <br> 707 Grant Street Suite 2200 Gulf Tower <br> Pittsburgh, PA 15219-1945 |
| Maria Miksich <br> KML Law Group, P.C. <br> 701 Market Street <br> Suite 5000 <br> Philadelphia, PA 19106-1541 | FBM Credit <br> 200 1st Ave <br> Carnegie, PA 15106-2502 |

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1713

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Barry P. Cox
Rivertech Tax Preparation, LLC
26 South 27th Street
P.O. Box 4274
Pittsburgh, PA 15203-0274

First National Bank of Pennsylvania
100 Federal Street
Pittsburgh, PA 15212-5708

William T. Kane
c/o Robert O. Lampl Law Office
223 Fourth Avenue 4th Floor
Pittsburgh, PA 15222-1717

Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339-1535

Dollar Bank
2700 Liberty Avenue
Pittsburgh, PA 15222-4700

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

First National Bank of PA
4140 E. State Street
Hermitage, PA 16148-3401

Hitachi Capital America
800 Connecticut Avenue
Norwalk, CT 06854-1738

IRR Supply Center
1205 W State Street
New Castle, PA 16101-2070

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Store Capital Acquisitions
8377 E Hartford Drive
Suite 100
Scottsdale, AZ 85255-5686

Vision Financial Group
615 Iron City Drive
Pittsburgh, PA 15205-4321

William T. Kane
20013 Route 19
Cranberry Twp, PA 16066-6203

Raymond C. Vogliano
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street
44th Floor
Pittsburgh, PA 15219

| | |
|---|---|
| PNC Bank Retail Lending<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | Pennsylvania Dept. of Revenue<br>Department 280946<br>PO Box 280946<br>Attn:  Bankruptcy Division<br>Harrisburg, PA 17128-0946 |
| US Foods<br>9399 West Higgins Road, Suite 600<br>Rosemont, IL 60018-4940 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Internal Revenue Service<br>Special Procedures Division<br>PO Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road<br>Suite 200<br>Warrendale, PA 15086-6504 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | |

EXECUTED ON: September 20, 2021      */s/ Ronald L. Hicks*
Ronald L. Hicks, Jr., Esquire
Pa. I.D. No. 49520
RHicks@porterwright.com
Carolyn B. McGee, Esquire
Pa. I.D. No. 208815
CBMcGee@porterwright.com

PORTER WRIGHT MORRIS & ARTHUR LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500

*Counsel for Diana Marie Dongell, D.M.D.*