# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: RONALD G. LINABURG, | : | Bankruptcy Case No. 1:20-22898-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| DIANA M. DONGELL, D.M.D; | : | Adv. Proc. No. 1:21-02037-CMB |
| RONALD E. HAND, D.M.D; | : | |
| REBECCA L. WATKINS, D.M.D; and | : | **Hearing Date and Time:** |
| RENEE R. KALP, D.M.D., | : | **October 14, 2021 at 2:30 p.m.** |
| | : | |
| Movants, | : | **Objection Date: October 8, 2021** |
| | : | |
| v. | : | **Related to ECF # 363** |
| | : | |
| RONALD G. LINABURG, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE OF MOTION TO STRIKE WITHOUT PREJUDICE DEBTOR'S AMENDMENTS FOR NON-COMPLIANCE WITH THE COURT'S RULES AND ORDERS

I, Ronald L. Hicks, Jr., Esquire, hereby certify under penalty of perjury that on this 21st day of September, 2021 I served a true and correct copy of the above-captioned Motion (ECF # 363), Proposed Order for the Motion (ECF #363-1) and Notice of Hearing on the Motion (ECF # 364) upon all parties in interest via the NEF generated by Court's electronic CM/ECF notification system, as follows:

| | |
|---|---|
| Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania<br>donaherd@fnb-corp.com | Maria Miksich on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION<br>mmiksich@kmllawgroup.com |
| Keri P. Ebeck on behalf of Creditor Duquesne Light Company<br>kebeck@bernsteinlaw.com,<br>jbluemle@bernsteinlaw.com | Brian Nicholas on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION<br>bnicholas@kmllawgroup.com |

Jeffrey R. Hunt on behalf of Creditor Municipality of Mt. Lebanon
jhunt@grblaw.com,
cnoroski@grblaw.com

John R. O'Keefe, Jr. on behalf of Creditor Dollar Bank, Federal Savings Bank
jokeefe@metzlewis.com

William E. Kelleher, Jr. on behalf of Mediator William E. Kelleher, Jr.
bill.kelleher@dentons.com,
michelle.graeb@dentons.com,
pg.rib.filings.us.dcg@dentons.com

Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Jodi.hause@usdoj.gov
David.A.Berry@usdoj.gov
Steven.W.Albright@usdoj.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert O Lampl on behalf of Interested Party William T. Kane
rol@lampllaw.com,
jschemm@lampllaw.com;
jlacher@lampllaw.com;
jcooney@lampllaw.com;
rcooney@lampllaw.com;
slampl@lampllaw.com;
aholmquist@lampllaw.com;
kmonahan@lampllaw.com

Roger P. Poorman on behalf of Creditor Dollar Bank, Federal Savings Bank
rpoorman@metzlewis.com,
mmattheis@metzlewis.com

Michael A. Shiner on behalf of Creditor Renee R. Kalp
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Renee R. Kalp, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Renee R. Kalp, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Renee R. Kalp
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Paul R. Yagelski on behalf of Creditor Reinhart FoodService, LLC
pryagelski@rothmangordon.com
jdmyers@rothmangordon.com

Maribeth Thomas on behalf of Defendant Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Brian C. Thompson on behalf of Debtor Ronald G Linaburg
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;
bthompson@ecf.courtdrive.com;
jcastello@thompsonattorney.com;
kfinke@thompsonattorney.com

Brian C. Thompson on behalf of Plaintiff Ronald G Linaburg
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;
bthompson@ecf.courtdrive.com;
jcastello@thompsonattorney.com;
kfinke@thompsonattorney.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com,
Equitablebankruptcy@peoples-gas.com

Also, on this 21st day of September, 2021, I served a true and correct copy of the foregoing Motion (ECF # 363), Proposed Order for the Motion (ECF #363-1) and Notice of Hearing on the Motion (ECF # 364) via First Class U.S. Mail, postage prepaid, upon the parties identified in the attached mailing matrix (listed below), as well as the additional parties listed below:

Donna M. Donaher
First National Bank
One North Shore Center
12th Federal Street
Pittsburgh, PA 15212

Jodi Hause, on Behalf of the United States Trustee
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

- 3 -

Ronald G Linaburg
924 Valleyview Road
Pittsburgh, PA 15243-1022

Keri P. Ebeck
Bernstein-Burkley
707 Grant Street Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1945

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

FBM Credit
200 1st Ave
Carnegie, PA 15106-2502

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1713

First National Bank of PA
4140 E. State Street
Hermitage, PA 16148-3401

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Hitachi Capital America
800 Connecticut Avenue
Norwalk, CT 06854-1738

Barry P. Cox
Rivertech Tax Preparation, LLC
26 South 27th Street
P.O. Box 4274
Pittsburgh, PA 15203-0274

IRR Supply Center
1205 W State Street
New Castle, PA 16101-2070

First National Bank of Pennsylvania
100 Federal Street
Pittsburgh, PA 15212-5708

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

William T. Kane
c/o Robert O. Lampl Law Office
223 Fourth Avenue 4th Floor
Pittsburgh, PA 15222-1717

Store Capital Acquisitions
8377 E Hartford Drive
Suite 100
Scottsdale, AZ 85255-5686

Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339-1535

Vision Financial Group
615 Iron City Drive
Pittsburgh, PA 15205-4321

Dollar Bank
2700 Liberty Avenue
Pittsburgh, PA 15222-4700

William T. Kane
20013 Route 19
Cranberry Twp, PA 16066-6203

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

PNC Bank Retail Lending
2730 Liberty Avenue
Pittsburgh, PA 15222

US Foods
9399 West Higgins Road, Suite 600
Rosemont, IL 60018-4940

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Internal Revenue Service
Special Procedures Division
PO Box 628
Bankruptcy Section
Pittsburgh, PA 15230

S. James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219

Raymond C. Vogliano
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Pennsylvania Dept. of Revenue
Department 280946
PO Box 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086-6504


EXECUTED ON: September 21, 2021    */s/ Ronald L. Hicks*
Ronald L. Hicks, Jr., Esquire
Pa. I.D. No. 49520
RHicks@porterwright.com
Carolyn B. McGee, Esquire
Pa. I.D. No. 208815
CBMcGee@porterwright.com

PORTER WRIGHT MORRIS & ARTHUR LLP
6 PPG Place, Third Floor

- 5 -

Pittsburgh, PA 15222
(412) 235-4500

*Counsel for Diana Marie Dongell, D.M.D.*

- 6 -