## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:  **Ronald G. Linaburg,**                    :

                                                                  :

                                                                  :

                                                                  :

                                                                  :

**Case No.: 20-22898-CMB**

**Reporting Period:  August, 2021**

**Chapter 11**

## MONTHLY OPERATING REPORT

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA

In Re. Linaburg, Ronald G.

§
§
§
§

Debtor(s)

Case No. 20-22898

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2021

Petition Date: 10/09/2020

Months Pending: 11

Industry Classification: [0] [0] [0] [0]

Reporting Method:    Accrual Basis ◯    Cash Basis ◉

Debtor's Full-Time Employees (current):    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☒ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Brian C. Thompson

Signature of Responsible Party

09/13/2021

Date

BRIAN C. THOMPSON

Printed Name of Responsible Party

THOMPSON LAW GROUP, P.C.
125 WARRENDALE BAYNE ROAD, SUITE 200
WARRENDALE, PA 15086

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Linaburg, Ronald G.                                          Case No. 20-22898

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $12,039 | |
| b. | Total receipts (net of transfers between accounts) | $32,649 | $349,032 |
| c. | Total disbursements (net of transfers between accounts) | $23,746 | $328,340 |
| d. | Cash balance end of month (a+b-c) | $20,942 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $23,746 | $328,340 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (06/07/2021)                                      2

Debtor's Name Linaburg, Ronald G.    Case No. 20-22898

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $63,066.74 | $93,541.19 | $0 | $93,266.19 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | THOMPSON LAW GROUP | Lead Counsel | $62,791.74 | $90,716.19 | $0 | $90,716.19 |
| ii | RIVERTECH TAX PREPARA | Financial Professional | $275 | $2,825 | $0 | $2,550 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $31,860 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire – During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉ | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉ | No ○  N/A ○ |
| i. | Do you have:    Worker's compensation insurance? | Yes ○ | No ◉ |
| | If yes, are your premiums current? | Yes ○ | No ○  N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉ | No ○ |
| | If yes, are your premiums current? | Yes ◉ | No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ◉ | No ○ |
| | If yes, are your premiums current? | Yes ◉ | No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉ | No ○ |

Debtor's Name  Linaburg, Ronald G.                                          Case No.  20-22898

| | | | | |
|---|---|---|---|---|
| k. | Has a disclosure statement been filed with the court? | | Yes ⦿  No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ⦿  No ○ | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $32,649 |
| d. | Total income in the reporting period (a+b+c) | $32,649 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $17,134 |
| h. | All other expenses | $6,612 |
| i. | Total expenses in the reporting period (e+f+g+h) | $23,746 |
| j. | Difference between total income and total expenses (d-i) | $8,903 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).


**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Ronald G. Linaburg    *RGLinaburg DMD*
ID 97gMbdRwUz9WLYkzKoByAE6m

Signature of Responsible Party

DEBTOR

Title

RONALD G. LINABURG

Printed Name of Responsible Party

09/13/2021

Date

# RONALD G. LINABURG DIP ACCOUNT
## Monthly Bank Reconciliation

Bank Statement Date:          9/4/2021

| Ending Balance from Bank Statement | | | | $21,071.66 |
|---|---|---|---|---|

Add Deposits in Transit:

| Deposit Date | Amount | Deposit Date | Amount | |
|---|---|---|---|---|
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |

| **Total Deposits in Transit** | | | | **$0.00** |
|---|---|---|---|---|

| **Subtotal** | | | | **$21,071.66** |
|---|---|---|---|---|

Subtract Outstanding Checks:

| Check Number | Amount | Check Number | Amount | |
|---|---|---|---|---|
| 110 | $130.00 | | | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |

| **Total Outstanding Checks** | | | | **$130.00** |
|---|---|---|---|---|

| **Computed Book Balance** | | | | **$20,941.66** |
|---|---|---|---|---|

| Balance per Your Books | | | | $20,941.66 |
|---|---|---|---|---|

| **Difference** | | | | **$0.00** |
|---|---|---|---|---|



# Dollar Bank
### Since 1855

RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

ACCOUNT NUMBER:
STATEMENT DATE:        08/05/21 THRU 09/04/21
VIRGINIA MANOR
1717 COCHRAN ROAD

(412) 531-2422

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| FREE CHKG | 22,528.93 | 34,106.27 | 32,649.00 | 21,071.66 | 23,881.37 | 0.00% | 0.00 |

## SEQUENTIAL CHECK LISTING
### (*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 292 | 50.00 | 307 | 6,480.00 | 312 * | 130.00 | 318 | 3,000.00 |
| 304 * | 10.00 | 308 | 457.36 | 314 * | 3,611.80 | | |
| 305 | 187.25 | 309 | 117.35 | 315 | 164.96 | | |
| 306 | 2,952.00 | 310 | 423.23 | 317 * | 563.72 | | |

## FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 08/05 | ECK | CAPITAL ONE ARC CHECK PYMT CK# 0302 | 10,300.26 | 08/23 | ECK | VERIZON PAYMENTS CK# 0311 | 265.99 |
| 08/09 | CHK | 292  SEQ# 18022282 | 50.00 | 08/23 | CHK | 312  SEQ# 18024955 | 130.00 |
| 08/17 | WIR | DEP-WIRE DOMESTIC | 30,000.00+ | 08/23 | CHK | 309  SEQ# 18010202 | 117.35 |
| 08/17 | FEE | INCOMING WIRE | 18.00 | 08/24 | CHK | 314  SEQ# 16002243 | 3,611.80 |
| 08/18 | DIR | SSA  TREAS 310 XXSOC SEC | 2,649.00+ | 08/24 | CHK | 305  SEQ# 18012634 | 187.25 |
| | | | | 08/26 | CHK | 318  SEQ# 18005478 | 3,000.00 |
| 08/19 | CHK | 310  SEQ# 18000560 | 423.23 | 08/27 | CHK | 315  SEQ# 18011173 | 164.96 |
| 08/23 | CHK | 307  SEQ# 18016120 | 6,480.00 | 08/31 | ECK | CAPITAL ONE ARC 9541719756 CHECK PYMT CK# 0316 | 4,682.79 |
| 08/23 | CHK | 306  SEQ# 18016118 | 2,952.00 | 08/31 | CHK | 317  SEQ# 18008237 | 563.72 |
| 08/23 | ECK | AT&T Services CHECKPAYMT CK# 0313 | 691.56 | 09/02 | CHK | 304  SEQ# 11012836 | 10.00 |
| 08/23 | CHK | 308  SEQ# 18011006 | 457.36 | | | | |

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |



PAGE    2

ACCOUNT BALANCES MAINTAINED DURING AUGUST
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $12,178.67 | $24,010.11 | $0.00 | $0.00 | $24,010.11 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK

Ronald G Linaburg DIP account
August check disbursements

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 8/16/2021 | 305 | Northern Lawns LP | $187.25 |
| 8/16/2021 | 306 | Bartlett Tree Experts | $2,952.00 |
| 8/16/2021 | 307 | Bartlett Tree Experts | $6,480.00 |
| 8/16/2021 | 308 | Pennsylvania American Water | $457.36 |
| 8/16/2021 | 309 | Orkin | $117.35 |
| 8/16/2021 | 310 | Jordan Tax | $423.23 |
| 8/16/2021 | 311 | Verizon | $265.99 |
| 8/16/2021 | 312 | Maroadi Transfer & Storage | $130.00 |
| 8/16/2021 | 313 | AT&T | $691.56 |
| 8/22/2021 | 314 | Dollar Bank | $3,611.80 |
| 8/25/2021 | 315 | Peoples | $164.96 |
| 8/25/2021 | 316 | Capital One | $4,682.79 |
| 8/25/2021 | 317 | Duquesne Light Co | $563.72 |
| 8/25/2021 | 318 | Taylor Linaburg | $3,000.00 |

$23,728.01

Aug 2021

PD Bills!

Northern Lawns, LP
120 Ridgeway Court
Pittsburgh, PA 15228
412-563-5849

# Invoice

| Due Date | Date | Invoice # |
|----------|------|-----------|
| 8/30/2021 | 7/31/2021 | — |

Bill To

Ron & Judy Linaburg
924 Valleyview Road
Pittsburgh, PA  15243

*check # 305*

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

New e-mail address? Enter here: _____

| **Balance Due** | **$187.25** |
|---|---|

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

120 Ridgeway Court
Pittsburgh, PA 15228

| Description | Amount |
|-------------|--------|
| Lawn mowed & edged - 7/2/21 | 35.00 |
| Lawn mowed & edged - 7/9/21 | 35.00 |
| Lawn mowed & edged - 7/15/21 | 35.00 |
| Lawn mowed & edged - 7/22/21 | 35.00 |
| Lawn mowed & edged - 7/30/21 | 35.00 |
| Sales Tax | 12.25 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

305

DATE  8-16-21

PAY TO THE
ORDER OF  Northern Lawn          $ 187.25

One eighty seven 25/100          DOLLARS

**Dollar Bank.**
Since 1855

MEMO

We appreciate your business

Pay your bill online at www.northernlawns.com

| Total | $187.25 |
|-------|---------|
| Payments/Credits | $0.00 |
| Balance Due | $187.25 |

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

120 Ridgeway Court
Pittsburgh, PA 15228

| Description | Amount |
|---|---|
| Lawn mowed & edged - 7/2/21 | 35.00 |
| Lawn mowed & edged - 7/9/21 | 35.00 |
| Lawn mowed & edged - 7/15/21 | 35.00 |
| Lawn mowed & edged - 7/22/21 | 35.00 |
| Lawn mowed & edged - 7/30/21 | 35.00 |
| Sales Tax | 12.25 |

We appreciate your business

Pay your bill online at www.northernlawns.com

| Total | $187.25 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $187.25 |

INVOICE

▸ Work Completed 07/13/2021

2952.00

ork at    924 Valleyview Road
ittsburgh

Storm response to clear the oak located at the left front corner of
the property. Damage caused by severe weather event of 07/07/2021.
Remove resulting debris and recycle wood products responsibly.

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA  15243-1022

8-7438
2430

306

DATE 8-16-2021

PAY TO THE ORDER OF Bartlett Tree Experts    $ 2,952.00

Two thousand nine fifty two and 00/100    DOLLARS

**Dollar Bank.**
Since 1855

MEMO Emergency Tree removal 7-13-21    Storm Damage

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

| YOUR BARTLETT REPRESENTATIVE IS: | JOHN REITMEYER | ACCOUNT NUMBER | INVOICE DATE 08/04/2021 | PAY THIS AMOUNT 2952.00 |
| --- | --- | --- | --- | --- |
| | (724) 695-1660 | | | MAKE CHECK PAYABLE TO |

A SERVICE CHARGE OF    1.5    % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF    18.0    %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

RETAIN THIS PORTION FOR YOUR RECORDS

**BARTLETT TREE EXPERTS**
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE  210805-00287-0001

| INVOICE NO. | *Ch# 306    8-16-2021* | AMOUNT DUE |
|---|---|---|

Work Completed 07/13/2021                                        2952.00

Work at    924 Valleyview Road
Pittsburgh

    Storm response to clear the oak located at the left front corner of
the property. Damage caused by severe weather event of 07/07/2021.
Remove resulting debris and recycle wood products responsibly.

INVOICE

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

    Thank you for the opportunity to care for your property.

| | ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER** | | 08/04/2021 | 2952.00 |
| **(724) 695-1660** | | | |

A SERVICE CHARGE OF   1.5   % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF   18.0   %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
**BARTLETT TREE EXPERTS**
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE  210805-00287-0001

INVOICE NO.

CK# 307    8-16-2021    AMOUNT DUE
6480.00

Work Completed 07/29/2021
Work at    924 Valleyview Road
Pittsburgh

Remove the storm damaged oak located at the left front cor...
property. Leave stump as close to grade as possible...
debris.



We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER**    ACCOUNT NUMBER    INVOICE DATE    **PAY THIS AMOUNT**

**(724) 695-1660**    08/05/2021    6480.00

A SERVICE CHARGE OF ____1.5____ % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF ____ 18.0 ___%
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE  210806-00110-0001

| INVOICE NO. | CA# 307   8-16-2021 | AMOUNT DUE |
|---|---|---|
| | | 6480.00 |

Work Completed 07/29/2021
Work at    924 Valleyview Road
Pittsburgh

Remove the storm damaged oak located at the left front corner of the property. Leave stump as close to grade as possible. Remove resulting debris.



We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

| ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|
| | 08/05/2021 | 6480.00 |

YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER**

**(724) 695-1660**

A SERVICE CHARGE OF    1.5    % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF    18.0   %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
**BARTLETT TREE EXPERTS**
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE  210806-00110-0001

PENNSYLVANIA
# AMERICAN WATER

WE KEEP LIFE FLOWING™

Statement    8-16-2021

Page 1 of 6
657504318265

Account No.

**Total Amount Due**                  **$457.36**

Payment Due By:                       **August 26, 2021**

**Service Address:**

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

THANK YOU FOR BEING OUR CUSTOMER.

Billing Date:                          August 04, 2021
Service Period:                        Jul 03 to Aug 03 (32 Days)
Total Gallons:                         32,500

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/ myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

**Account Summary** – See page 3 for Account Detail

| | |
|---|---|
| Prior Billing: | $447.06 |
| Payments - Thank You! | $447.06 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $434.86 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $457.36 |



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

308

DATE 8-16-2021

PAY TO THE
ORDER OF    PAWC                          $ 457.36

Four hundred fifty-seven and 36/100                DOLLARS

**Dollar Bank®**
Since 1855

MEMO                          Signed

| | |
|---|---|
| Recoupment Surcharge Water | 2.50 |
| ($439.21 x 0.57%) | |
| **Total Service Related Charges** | **434.86** |
| Protection Programs: | 22.50 |
| For inquiries, please call 1-888-378-4458 | |
| Water Line Protection | 9.25 |
| Sewer Line Protection | 13.25 |
| **Total Current Period Charges** | **457.36** |

**Total Amount Due** ➡        **$457.36**

014242/042820 VC029D ETM1C00008 1        (VC029D00101424501

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Protection programs** for water, sewer and in-home plumbing are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges.  For inquiries about protection programs, please contact American Water Resources at 888-378-4458.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/paaw/rates



PENNSYLVANIA
AMERICAN WATER

WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| | 100 gal | 5/8" | 07/03/2021 | 08/03/2021 | 27,120 (A) | 27,445 (A) | 325 | 325.00 | 32,500 |

A = Actual    E = Estimate                1 Billing Unit = 100 gallons                Total Gallons:    32,500

### Billed Usage History (graph shown in 100 gallons)

▨ 32,500 gallons = usage for this period
   51,400 gallons = usage for same period last year

**Next Scheduled Read Date:** on or about September 02, 2021
**Account Type:** Residential



Average daily use for this period is: (32 days)

**1,016** gallons

Year to Date Billed Usage: 147,700 gallons

### Account Detail

Account No. 1024-210036784487
Service To: 924 VALLEYVIEW RD PITTSBURGH, PA 15243-1022

| | |
|---|---|
| Prior Billing | 447.06 |
| Payments | -447.06 |
| Total payments as of Jul 21. Thank you! | -447.06 |
| **Balance Forward** | **0.00** |

#### Service Related Charges - 07/03/21 to 08/03/21

| | |
|---|---|
| Water Service | 432.36 |
| Water Service Charge | 17.00 |
| Water Usage Charge (325 x $1.2991) | 422.21 |
| Deferred Tax Credit ($439.21 x -1.56%) | -6.85 |
| Other Charges | 2.50 |
| Recoupment Surcharge Water | 2.50 |
| ($439.21 x 0.57%) | |
| **Total Service Related Charges** | **434.86** |
| Protection Programs: | 22.50 |
| For inquiries, please call 1-888-378-4458 | |
| Water Line Protection | 9.25 |
| Sewer Line Protection | 13.25 |
| **Total Current Period Charges** | **457.36** |

**Total Amount Due**  ➡  **$457.36**

### Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Protection programs** for water, sewer and in-home plumbing are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges. For inquiries about protection programs, please contact American Water Resources at 888-378-4458.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/paaw/rates



**STATEMENT**



Orkin
90 W CHESTNUT St
STE 145UL
Washington, PA 15301-4549

*acct# 30 9*
*8—16—2021*

Page 1 / 1

**CUSTOMER INFORMATION**

**Account Number:** ▮▮▮▮▮▮
**Customer Address:** 924  VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

JUDITH  LINABURG
924  VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

00070559
L307

**BRANCH INFORMATION**

**Branch Name:**      481-S. PITTSBURGH, P
**Branch Phone:**     800  732-5020
**Branch Manager:**   JEFFERY  BROWN

We want to ensure your complete satisfaction.
Please contact your local Orkin Branch at 800
732-5020.

**ACCOUNT DETAIL**

| DATE | INVOICE# | SERVICING BRANCH | PO# | DESCRIPTION | CHARGES | TAX | TOTAL | PAYMENTS / ADJUSTMENTS | AMOUNT DUE |
|------|----------|------------------|-----|-------------|---------|-----|-------|------------------------|------------|
| **Service Address: 924  VALLEYVIEW RD   PITTSBURGH, PA 15243-1022** | | | | | | | | | |
| Aug,2021 | | 481-S. PITTSBURGH, P | | Aug, 2021 PC Standard - EOM 7-PC Standard | $110.70 | $6.65 | $117.35 | $0.00 | $117.35 |

|  | | |
|--|--|--|
| Subtotal: | | $117.35 |
| **Unapplied Credits** | | $0.00 |
| TOTAL AMOUNT DUE | | $117.35 |

Thank you for being a loyal Orkin customer.  This month, you may notice a minimal increase in your service charge.  This increase will allow us to continue to provide you with the quality service you have come to expect.  Thank you for choosing Orkin, and we appreciate your business. The details above do not reflect payments submitted after 7/26/2021.  **Payment is due when service is rendered.** To create your online account, please visit www.orkin.com/myaccount.

**Please detach and mail lower portion with check made payable to Orkin.**
**Please include your account number on your check.**

## STATEMENT

**ORKIN**

Orkin
90 W CHESTNUT St
STE 145UL
Washington, PA 15301-4549

*cl### 30 9*
*8-16-2021*

Page 1/1

**CUSTOMER INFORMATION**

Account Number:
Customer Address: 924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

JUDITH LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

00070559
L307

**BRANCH INFORMATION**

Branch Name:      481-S. PITTSBURGH, P
Branch Phone:     800 732-5020
Branch Manager:   JEFFERY BROWN

...sure your complete satisfaction.
...your local Orkin Branch at 800

---

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

309

DATE _8-16-2021_

PAY TO THE ORDER OF _Orkin_          $ _117.35_

_One hundred seventeen and 35/100_ _____ DOLLARS

**Dollar Bank.**
Since 1855

Signed

MEMO _____

MP

|  | TOTAL | PAYMENTS / ADJUSTMENTS | AMOUNT DUE |
|---|---|---|---|
|  | $117.35 | $0.00 | $117.35 |

| ...btotal: | $117.35 |
|---|---|
| ...napplied Credits | $0.00 |
| ...OTAL AMOUNT DUE | $117.35 |

...ng a loyal Orkin customer. This month, you may notice a minimal increase in your service charge. This increase will allow us to continue to provide you with the quality service you have come to expect. Thank you for choosing Orkin, and we appreciate your business. The details above do not reflect payments submitted after 7/26/2021. **Payment is due when service is rendered.** To create your online account, please visit www.orkin.com/myaccount.

**Please detach and mail lower portion with check made payable to Orkin.**
**Please include your account number on your check.**



**Jordan Tax Service, Inc.**
102 Rahway Road, McMurray, PA 15317

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone** 844-286-7474

**Questions about your bill?**
Please contact Jordan Tax Service (JTS) at 724-731-2318 before the due date. You may also contact JTS via email at sewage@jordantax.com. Normal business hours are: Monday–Friday 8:00 a.m. – 4:30 p.m.

**Rate Information**
All sewage treatment charges are billed monthly and are payable immediately upon receipt.
**ALCOSAN**
$9.10 per 1,000 gallons
Sewage Service - $6.37 per bill
**Mount Lebanon, PA**
$4.05 per 1,000 gallons
**Total Charges**
Sewage Treatment - $13.15 per 1,000 gal
Sewage Service - $6.37 per bill
Please note that the readings and total usage are displayed in 100s/hundreds of gallons. Charges not paid by the due date are subject to .83% interest per month and a 10% service charge. A $35.00 non-sufficient funds fee is charged on all returned checks.

Sewage Billing on behalf of    *CA# 310    8-16-2021*
**Mount Lebanon, PA**

| Billing Date | Account Number |
|---|---|
| **07/30/2021** | |
| Due Date | Total Amount Due |
| **08/19/2021** | **$ 423.23** |

### Billing Statement for Linaburg Ronald                Page 1 of 1

Service Location                                    *Parcel Identifier*
924 Valleyview Rd

### Account Overview

| Balance Forward | $.00 |
|---|---|

### Current Charges

| Sewage Service | 6.37 |
|---|---|
| Sewage Treatment | 416.86 |
| Total Current Charges | 423.23 |
| **Amount Due By August 19, 2021** | **$ 423.23** |

### Meter Readings & Usage Summary

| Meter #: | From Read Date | Reading | Type | To Read Date | Reading | Type |
|---|---|---|---|---|---|---|
| | 06/02/2021 | 26803 | A | 07/02/2021 | 27120 | A |
| | | | | Total Usage: | | 317 |



**Jordan Tax Service, Inc.**
102 Rahway Road, McMurray, PA 15317

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone** 844-286-7474

Questions about your bill?

Sewage Billing on behalf of
**Mount Lebanon, PA**

*eh# 310    8-16-2021*

| Billing Date | Account Number |
| --- | --- |
| 07/30/2021 | |

| Due Date | Total Amount Due |
| --- | --- |
| 08/19/2021 | $ 423.23 |

### Billing Statement for Linaburg Ronald
Page 1 of 1

Service Location    Parcel Identifier
924 Valleyview Rd

### Account Overview

| Balance Forward | $.00 |
| --- | --- |

---

**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DP RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

6-7438
2430

**310**

DATE *8-16-2021*

PAY TO THE ORDER OF *Mt. Lebanon PA*    $ *423.23*

*Four hundred twenty-three and 23/100* DOLLARS

**Dollar Bank.**
Since 1855

MEMO _____

*Signed*    MP

---

6.37
416.86

423.23
$ 423.23

**Sewage Service - $6.37 per bill**
Please note that the readings and total usage are displayed in 100s/hundreds of gallons. Charges not paid by the due date are subject to .83% interest per month and a 10% service charge. A $35.00 non-sufficient funds fee is charged on all returned checks.

### Meter Readings & Usage Summary

| Meter #: | From Read Date | Reading | Type | To Read Date | Reading | Type |
| --- | --- | --- | --- | --- | --- | --- |
| | 06/02/2021 | 26803 | A | 07/02/2021 | 27120 | A |
| | | | | | Total Usage: | 317 |

**verizon**

Primary Phone:
Account Number:
Bill Date: August 6, 2021

Ways to pay
• Via the My Fios app
• Online at verizon.com/PayOnline

*ch## 311   8-16-2021*

## Your payment is due:

# $265.99

**Total Due by August 31**

---

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN: DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

311

DATE *8-16-2021*

PAY TO THE
ORDER OF *Verizon*                    $ *265.99*

*Two hundred sixty-five and 99/100*                    DOLLARS

**Dollar Bank.**
Since 1855

MEMO _____                    *(signed)*

---

$30/mo off
your Fios bill
t add a
lobile +
wings

## Movie night's on us

To thank you for choosing Fios, your first On Demand movie rental is our treat. Choose from 1000s of comedies, dramas, family movies and more, priced at $5.99 (plus taxes & fees) or less. Go to On Demand on your TV or PC to select your free movie today. Terms apply.

---

Return only this stub with your payment. We will not review or honor other written notifications. Visit verizon.com.

| | |
|---|---:|
| Video Franchise Fee | 7.97 |
| PEG Grant Fee | .20 |
| Regulatory Recovery Fee - Federal | .07 |
| Regional Sports Network Fee | 7.89 |
| Fios TV Broadcast Fee | 4.49 |
| FDV Administrative Charge | 1.98 |
| **Subtotal** | **$47.01** |

| | |
|---|---:|
| **Total Due** | **$265.99** |



**RONALD LINABURG**
Primary Phone:
Account Number:
Bill Date: August 5, 2021

*cw# 311    8 – 16 – 2021*

⬆ **Ways to pay**

• Via the My Fios app
• Online at verizon.com/PayOnline

**Your payment is due:**

# $265.99

Total Due by August 31

⬆ **This month's charges**

| | |
|---|---|
| Fios Internet, TV & Phone Bundle | $132.99 |
| Services & Equipment | $85.99 |
| Fees & Other Charges | $47.01 |
| **Total Due by August 31** | **$265.99** |

**Offers & benefits**

**Limited-Time Offer**
Only for Fios Internet customers. Get up to $30/mo off your combined bills: that's up to $10/mo. off your Fios bill and up to $20/mo. off your Wireless bill. Just add a Verizon Wireless Unlimited plan & enroll in Mobile + Home Rewards. verizon.com/customersavings

**Movie night's on us**
To thank you for choosing Fios, your first On Demand movie rental is our treat. Choose from 1000s of comedies, dramas, family movies and more, priced at $5.99 (plus taxes & fees) or less. Go to On Demand on your TV or PC to select your free movie today. Terms apply.

Return only this stub with your payment. We will not review or honor other written notifications. Visit verizon.com.



**RONALD LINABURG**
Primary Phone:
Account Number: 
Bill Date: **August 6, 2021**

## Your Discounts

| | Price | Your Discounts | Amount You Pay | Discount Details |
|---|---|---|---|---|
| **Bundle Discounts** | | | | |
| Fios Internet 75/75 | 60.00 | -20.00 | 40.00 | $20 discount has no current expiration. |
| Extreme HD TV | 77.99 | -15.00 | 62.99 | $15 discount has no current expiration. |
| Fios Digital Voice Unlimited | 30.00 | | 30.00 | |
| **Bundle Price** | **$167.99** | **-$35.00** | **$132.99** | |

**Discounts This Month**   **-$35.00**

Discounts have been applied to the Total Due shown on page 1.

## Fios Fast Facts

### My Fios app

Use the My Fios app for help with common service issues:
- Troubleshoot problems with TV reception.
- Fix internet connection and no dial tone issues.
- Check the status of a Fios repair request.
- Reset your voicemail passcode.



# verizon

**RONALD LINABURG**
Primary Phone:
Account Number:
**Bill Date:  August 6, 2021**

⬆ **Ways to pay**

- Via the My Fios app
- Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 265.99 | |
| Payment Received - Thank You | -265.99 | 7/22 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Fios Internet, TV & Phone Bundle | | |
|---|---|---|
| Your bundle includes Fios Internet 75/75, Extreme HD TV and Fios Digital Voice Unlimited | | |
| **Bundle Price** | **$132.99** | 8/7 - 9/6 |

Your monthly price after the discounts shown on page 2 were applied.

| Services & Equipment | | |
|---|---|---|
| **Services** | | |
| Premium Entertainment Value Pack EPIX/ Cinemax/ STARZ/ Showtime/ HBO Max | 40.00 | |
| Fios Digital Voice Addl Line | 9.99 | |
| **Equipment & Connections** | | |
| 4 Fios TV Connections 4 Set-Top Boxes | 36.00 | |
| **Subtotal** | **$85.99** | 8/7 - 9/6 |

Equipment and additional services to personalize your Fios service.

| Fees & Other Charges | | |
|---|---|---|
| **Taxes, Governmental Fees & Surcharges** | | |
| PA State and Local Sales Tax | 9.63 | |
| Telecommunications Relay Service | .16 | |
| E911 | 3.30 | |
| **Verizon Surcharges & Fees** | | |
| PA Gross Receipts Tax Surcharge | 2.66 | |
| Federal Universal Service Fee | 8.66 | |
| Video Franchise Fee | 7.97 | |
| PEG Grant Fee | .20 | |
| Regulatory Recovery Fee - Federal | .07 | |
| Regional Sports Network Fee | 7.89 | |
| Fios TV Broadcast Fee | 4.49 | |
| FDV Administrative Charge | 1.98 | |
| **Subtotal** | **$47.01** | |

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

| **Total Due** | **$265.99** |
|---|---|

```
                        I N V O I C E
                        -------------

    FILE #:  _____        DATE: 08/01/2021              PAGE    1
INVOICE #:  _____        PO#

REMIT TO: MAROADI TRANSFER & STORAGE, INC
          1801 LINCOLN HIGHWAY, RT. 30

          NORTH VERSAILLES, PA  15137

  BILL TO:  DR. RONALD LINABURG
            924 VALLEYVIEW ROAD

            PITTSBURGH, PA  15243

SHIPPER: RONALD G. LINABURG                  CUSTOMER: _____
STORAGE FROM 08/01/2021  TO 08/31/2021
```

| ITEM | DESCRIPTION | MONTHS | GROSS | RATE | PER | NET |
|------|-------------|--------|-------|------|-----|-----|
| SSTORAGE | STORAGE CHARGE | 0 | 0.00 | 0.00 | | 130.00 |

```
                                   CURRENT CHARGES:      130.00

                                     TOTAL CHARGES:      130.00
```

THANK YOU FOR USING OUR MOVING AND STORAGE COMPANY



RETURN COPY OF INVOICE WITH YOUR CHECK

6087.3.96.22244 1 AB 0.428 D7

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

**AutoPay enrollment**

If I enroll in AutoPay, I authorize AT&T to pay my bill monthly by
electronically deducting money from my bank account. I can cancel
authorization by notifying AT&T at www.att.com or by calling the
customer care number listed on my bill. Your enrollment could take
1-2 billing cycles for AutoPay to take effect. Continue to submit
payment until page one of your invoice reflects that AutoPay has
been scheduled.

Bank Account Holder Signature

| | |
|---|---|
| Page: | 3 of 6 |
| Issue Date: | Aug 01, 2021 |

**AT&T**

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

| | |
|---|---|
| Page: | 1 of 6 |
| Issue Date: | Aug 01, 2021 |
| Account Number: | |

Please pay immediately to avoid interruption of service and additional fees. If service is
suspended due to non-payment then service is restored, a Restoral Fee of up to $35 will be
charged on your next bill.

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at
att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to
att.com/autopay today.

**Total due**

# $691.56

Due immediately: $437.99

$253.57

**Account summ**

Your last bill

Past due - plea



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

313

DATE 8-16-21

PAY TO THE ORDER OF AT+T          $ 691.56

Six hundred ninety one 56/100          DOLLARS

**Dollar Bank.**
Since 1855

MEMO

.78.73

.76.75

## AT&T

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

Page: 1 of 6
Issue Date:    Aug 01, 2021
Account Number:

Please pay immediately to avoid interruption of service and additional fees. If service is suspended due to non-payment then service is restored, a Restoral Fee of up to $35 will be charged on your next bill.

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Total due

# $691.56

Due immediately:   $437.99

Due Aug 22, 2021:  $253.57

*PP 5-19-21  27B.73*

*10-21*

*Pd 6-26-21   276.75*

## Account summary

| | |
|---|---|
| Your last bill | $437.99 |
| Past due - please pay immediately | $437.99 |

## Service summary

| | | |
|---|---|---|
| Account charges | *Page 2* | $6.47 |
| Wireless | *Page 2* | $247.10 |
| Total services - due Aug 22, 2021 | | $253.57 |

*July - Not Pd ?*

## Total due                     $691.56

**Ways to pay and manage your account:**

myAT&T app
iPhone and Android

att.com/pay

Call 611 or
800.331.0500
TTY: 866.241.6567

Scan to pay



**AT&T**

## Service activity

### Account charges

| Activity since last bill | Jul 02 – Aug 01 | | |
|---|---|---|---|
| 1.  Late Payment Fee | Aug 01 | $5.75 | < One-time charge |

| Surcharges & fees | | |
|---|---|---|
| 2.  State Gross Receipts Surcharge | $0.30 | |

| Government taxes & fees | | |
|---|---|---|
| 3.  County Sales Tax | $0.06 | |
| 4.  PA State Sales Tax | $0.36 | |

### Total for Account charges                    $6.47

### Wireless

| Number | User | Page | Activity since last bill | Plan | Add-ons | Surcharges & fees | Government taxes & fees | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | **Monthly charges** | | | | |
| Group 4 | | 2 | - | $70.00 | - | $0.58 | $0.27 | $70.85 |
| | RONALD LINABURG | 3 | $0.00 | $35.00 | $8.99 | $4.37 | $2.70 | $51.06 |
| | RONALD LINABURG | 3 | - | $35.00 | - | $4.37 | $2.07 | $41.44 |
| | RONALD LINABURG | 4 | - | $20.00 | $15.00 | $4.24 | $3.07 | $42.31 |
| | RONALD LINABURG | 4 | - | $35.00 | - | $4.37 | $2.07 | $41.44 |
| Total | | | $0.00 | $195.00 | $23.99 | $17.93 | $10.18 | $247.10 |

## Group 4
4 Devices

| Monthly charges | Jul 02 – Aug 01 | |
|---|---|---|
| 1.  AT&T Unlimited &More(SM) Premium Multi Line | $100.00 | |
| 2.  Discount for 4+ Phones | -$30.00 | |

| Surcharges & fees | | |
|---|---|---|
| 3.  Federal Universal Service Charge | $0.38 | |
| 4.  State Gross Receipts Surcharge | $0.20 | |

| Government taxes & fees | | |
|---|---|---|
| 5.  County Sales Tax - Telecom | $0.03 | |

**ENJOY & EXPLORE**

AT&T is your
all-in-one
bundle solution

WIRELESS    TV    INTERNET

Call 866.765.7130  Click att.com/AllATTForMe7

Advertised services not available in all areas.

*Group 4 continues...*

**AT&T**

*..Group 4 continued*

| 6. PA State Sales Tax - Telecom | $0.24 |
|---|---|

**Total for Group 4** | **$70.85**

### Shared usage summary (Jul 02 - Aug 01)

| Number | User | Data (GB) | Text | Talk |
|---|---|---|---|---|
| | RONALD LINABURG | 28.69 | 152 | 583 |
| | RONALD LINABURG | 23.94 | 645 | 2,583 |
| | RONALD LINABURG | 0.39 | 239 | 653 |
| | RONALD LINABURG | 1.40 | 333 | 1,800 |
| Total usage | | 54.41 | 1,369 | 5,619 |
| Included in plan | | unlimited | unlimited | unlimited |

*Usage is rounded up based on your plan. For more details on your Shared usage summary, visit att.com/myusage.*

## Phone,
RONALD LINABURG

### Activity since last bill
| | | Jul 02 – Aug 01 | |
|---|---|---|---|
| 1. | EXCESS INTL DATA NTF | Jul 02 - Jul 02 | $0.00 |

### Monthly charges
| | | Jul 02 - Aug 01 | |
|---|---|---|---|
| 2. | Access for iPhone 4G LTE w/ VVM | | $35.00 |
| 3. | Mobile Insurance Premium | | $8.99 |

### Surcharges & fees
| 4. | Administrative Fee | $1.99 |
|---|---|---|
| 5. | Federal Universal Service Charge | $0.57 |
| 6. | Regulatory Cost Recovery Charge | $1.50 |
| 7. | State Gross Receipts Surcharge | $0.31 |

### Government taxes & fees
| 8. | 911 Service Fee | $1.65 |
|---|---|---|
| 9. | County Sales Tax | $0.09 |
| 10. | County Sales Tax - Telecom | $0.06 |
| 11. | PA State Sales Tax | $0.54 |
| 12. | PA State Sales Tax - Telecom | $0.36 |

## Total for ⋅ | $51.06

## Phone, 412.576.8307
RONALD LINABURG

### Monthly charges
| | | Jul 02 - Aug 01 | |
|---|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | | $35.00 |

### Surcharges & fees
| 2. | Administrative Fee | $1.99 |
|---|---|---|

*⋅ continues...*

**AT&T**

Issue Date:    Aug 01, 2021

Account Number:

*continued*

| | | |
|---|---|---|
| 3. | Federal Universal Service Charge | $0.57 |
| 4. | Regulatory Cost Recovery Charge | $1.50 |
| 5. | State Gross Receipts Surcharge | $0.31 |

**Government taxes & fees**

| | | |
|---|---|---|
| 6. | 911 Service Fee | $1.65 |
| 7. | County Sales Tax – Telecom | $0.06 |
| 8. | PA State Sales Tax – Telecom | $0.36 |

**Total for**     **$41.44**

## Phone,
RONALD LINABURG

**Monthly charges**      *Jul 02 – Aug 01*

| | | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $35.00 |
| 2. | Discount for customer loyalty | -$15.00 |
| 3. | Protect Advantage Insurance for 1 | $8.99 |
| 4. | Protect Advantage Support Services for 1 | $6.01 |

**Usage summary**

| Talk | Used |
|---|---|
| Call over Wi-Fi | 3,036 |

**Surcharges & fees**

| | | |
|---|---|---|
| 5. | Administrative Fee | $1.99 |
| 6. | Federal Universal Service Charge | $0.49 |
| 7. | Regulatory Cost Recovery Charge | $1.50 |
| 8. | State Gross Receipts Surcharge | $0.26 |

**Government taxes & fees**

| | | |
|---|---|---|
| 9. | 911 Service Fee | $1.65 |
| 10. | County Sales Tax | $0.15 |
| 11. | County Sales Tax – Telecom | $0.06 |
| 12. | PA State Sales Tax | $0.90 |
| 13. | PA State Sales Tax – Telecom | $0.31 |

**Total for**     **$42.31**

## Phone,
RONALD LINABURG

**Monthly charges**      *Jul 02 – Aug 01*

| | | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $35.00 |

**Surcharges & fees**

| | | |
|---|---|---|
| 2. | Administrative Fee | $1.99 |
| 3. | Federal Universal Service Charge | $0.57 |
| 4. | Regulatory Cost Recovery Charge | $1.50 |
| 5. | State Gross Receipts Surcharge | $0.31 |

*continues...*



6887.003.022244.02.03.0000000 NNNNNNNY 005691.005691



Issue Date: Aug 01, 2021

Account Number:

:ontinued

**Government taxes & fees**

| | | |
|---|---|---|
| 6. | 911 Service Fee | $1.65 |
| 7. | County Sales Tax - Telecom | $0.06 |
| 8. | PA State Sales Tax - Telecom | $0.36 |

| Total for | $41.44 |
|---|---|

| Total for Wireless | $247.10 |
|---|---|

## News you can use

**This bill includes a past due balance**
If payment has already been made, thank you, please disregard. If not, payment must be made immediately. Please send your payment, including current charges, in the enclosed envelope. You may also pay 24 hours a day, by major credit card or electronic check at 800.331.0500, or att.com/pay. If you have questions regarding your account, contact us at 800.947.5096.

**Services outside the U.S.**
When you send a message or use data, the transaction time is captured in your local U.S. time. When you make or receive a call while outside the U.S., the transaction time appears on your bill in the time zone of the country you visited. For the calculation of your 24-hour International Day Pass, calls will also be converted to your local U.S. time zone.

**Discover AT&T TV**
Get 40,000+ On Demand Titles and the best of Live TV – all available on all your favorite screens. Plus, no annual contract required. Start streaming instantly: call 877.778.3185 or visit att.com/BestTVForYou8

**AT&T is so much more**
Enjoy the best of TV, wireless, internet and other premium services from AT&T. Explore the best deals available to you. Our staff is standing by, eager to assist you: 866.784.9380.

**Get your bill in Spanish!**
Good news, you can get your bill in Spanish! To sign up, visit att.com/cambiaraespanol

## Important information

**Late payment fee**
The late payment fee for consumer and Signature bills not paid in full by the payment due date is up to $7.00.

**Electronic check conversion**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay

such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically.

**Surcharges and other fees**
AT&T imposes additional charges on a per line basis, including federal and state universal service charges, an Administrative Fee (to defray certain expenses including charges AT&T or its agents pay to interconnect with other carriers to deliver calls from AT&T customers to their customers, and charges associated with cell site rents and maintenance), and a Regulatory Cost Recovery Charge (to recover costs of compliance with certain government imposed regulatory requirements, including Wireless Number Portability and Number Pooling, and E911). These fees are not taxes or charges that the government requires AT&T to collect from its customers. See att.com/mobilityfees for details.

**AT&T Mobility Center for customers with disabilities**
Questions on accessibility by persons with disabilities: 866.241.6568.

**Written correspondence**
Do not send notes/letters with payment. We cannot guarantee receipt. Send notes/letters to AT&T, P.O. Box 5074, Carol Stream, Illinois 60197-5074 or FAX 314.242.0792.

**Wireless DirectBill charges**
Detail of DirectBill charges can be viewed at att.com/db. The direct billing option offers you the ability to purchase content, goods and features such as apps, games, donations, and services from AT&T and other companies by applying charges to your wireless account.

**911 calling with TTY and Real-Time Text**
Due to technical limitations, Wi-Fi Calling and NumberSync cannot be used with TTY devices and cannot support 911 calls over TTY devices. Persons with communications disabilities can use Real-Time Text (www.att.com/RTT) as an alternative to TTY. 911 services can be reached by either: (1) calling 911 using Real-Time Text or (2) calling 911 directly using a TTY over the cellular network or from a landline telephone, or (3) sending a text message to 911 directly (in areas where text-to-911 is available) from a wireless device, or (4) using relay services to place a TTY or captioned telephone service (CTS) call from a wireless phone over the cellular network or from a landline telephone, or (5) using relay services to place a IP Relay or IP CTS call over a cellular data or other IP network.

**Tax ID**
AT&T Mobility Tax ID 84-1659970



Page:    6 of 6

Issue Date:    Aug 01, 2021

Account Number:

Wireless Services provided by AT&T Mobility, LLC.
© 2021 AT&T Intellectual Property. All rights reserved.

*Printed on Recyclable Paper*

6887.003.022244.03.03.0000000 NNNNNNNY 005693.005693



**Dollar Bank**

P.O. Box 1075
Pittsburgh, PA 15230

**CONSUMER LOAN**

*** BILLING NOTICE ***
BILL DATE 08-17-21
DUE DATE 09-01-21

| INTEREST | $1,458.77 |
|---|---|
| TOTAL AMOUNT DUE | $1,458.77 |
| REMITTANCE AMOUNT | $1,458.77 |
| TOTAL AMOUNT ENCLOSED | 3,611.80 |

RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

ACCOUNT NO

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

*** BILLING NOTICE ***

INTEREST            =     $1,458.77        ACCOUNT NO

TOTAL AMOUNT DUE    =     $1,458.77

DUE DATE 09-01-21                    MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 09-16-21, THE LATE CHARGE ASSESSED WILL BE        $87.53

INTEREST PAID LAST YEAR 2020        $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|---|---|---|---|---|---|---|
| 8-01-21 | BALANCE FORWARD | | | | | |
| 7-26-21 | INTEREST PAID | | 523,810.73 | | 3.25000 | 1,465.35 |
| 7-26-21 | PRINCIPAL PAID | | 523,810.73 | | 3.25000 | |
| 0-01-21 | INTEREST ADJUSTMENT | 2,146.45 | 521,664.28 | | 3.25000 | -1,465.35 |
| 0-01-21 | INTEREST ACCRUAL | | 521,664.28 | 31 | 3.25000 | -1.17 |
| BALANCE | | | | | | 1,459.94 |
| | | | 521,664.28 | | | |

FOR BILL DATE RANGE:                07-17-21 - 08-17-21
DAILY PERIODIC RATE                         .0090
ANNUAL PERCENTAGE RATE                      3.2923 (V)
BALANCE SUBJECT TO INTEREST RATE         522,287.44
INTEREST CHARGED                           1,461.67
FEES CHARGED
PREVIOUS BALANCE
NEW BALANCE

(V) - VARIABLE RATE



RONALD G. LINABURG                                              314
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG                8-7438
924 VALLEYVIEW RD.                      2430
PITTSBURGH, PA 15243-1022              DATE  8-22-21

PAY TO THE
ORDER OF   Dollar Bank                    $ 3,611.80

Three Thousand Six hundred eleven 80/100    DOLLARS

**Dollar Bank.**
Since 1855

MEMO

UREGZ    05/21

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

*** BILLING NOTICE ***

| | | | |
|---|---|---|---|
| INTEREST | = | $1,458.77 | ACCOUNT NO.  |
| TOTAL AMOUNT DUE | = | $1,458.77 | |

DUE DATE 09-01-21                         MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 09-16-21, THE LATE CHARGE ASSESSED WILL BE      $87.53

INTEREST PAID LAST YEAR 2020      $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|---|---|---|---|---|---|---|
| 08-01-21 | BALANCE FORWARD | | 523,810.73 | | 3.25000 | 1,465.35 |
| 07-26-21 | INTEREST PAID | | 523,810.73 | | 3.25000 | -1,465.35 |
| 07-26-21 | PRINCIPAL PAID | 2,146.45 | 521,664.28 | | 3.25000 | |
| 09-01-21 | INTEREST ADJUSTMENT | | | | | -1.17 |
| 09-01-21 | INTEREST ACCRUAL | | 521,664.28 | 31 | 3.25000 | 1,459.94 |

BALANCE                         521,664.28

| | | | |
|---|---|---|---|
| APR BILL DATE RANGE: | 07-17-21 - 08-17-21 | | |
| DAILY PERIODIC RATE | .0090 | | |
| ANNUAL PERCENTAGE RATE | 3.2923 (V) | | |
| BALANCE SUBJECT TO INTEREST RATE | 522,287.44 | | |
| INTEREST CHARGED | 1,461.67 | TOTAL INTEREST CHARGED IN 2021 | 11,605.65 |
| FEES CHARGED | .00 | TOTAL FEES CHARGED IN 2021 | .00 |
| PREVIOUS BALANCE | 523,810.73 | | |
| NEW BALANCE | 521,664.28 | | |
|   (V) - VARIABLE RATE | | | |

DOLLAR BANK
P.O. BOX 1075
PITTSBURGH, PA 15230

FCLREGZ    05/21



CD# 315    8-25-2021

**ONALD LINABURG**

24 VALLEYVIEW RD
TTSBURGH PA  15243-1022



PEOPLES™  An Essential Utilities Company

For 24/7 account access: peoplesaccount.com

| count Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| | Aug 13, 2021 | 09/13 - 09/14/2021 | 13 |

For General Information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**.

### Summary of Basic Charges

**Credits And Charges Since Your Last Bill**

| | |
|---|---|
| Balance from last bill | $201.38 |
| Payment on AUG 02, 2021 - Thank You | 201.38 CR |
| **Balance** | **$0.00** |

**Current Charges**

Residential (RS)(E)
| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.9910 per MCF | 49.95 |
| Delivery Charge | |
| 16.7  MCF @   $4.3593 | 72.80 |
| Capacity Charge $1.7850 per MCF | 29.81 |
| Tax Repairs Surcredit | 2.15 CR |
| State Tax Surcharge @ 0.05% | .03 |

| | |
|---|---|
| **Total Current Charges** | **$164.96** |
| **Total Account Balance** | **$164.96** |

Peoples current charges include $1.81 in state taxes.

**Monthly Usage Comparison**

| | 2020 | 2021 |
|---|---|---|
| Average Daily Temperature | 76°F | 70°F |
| For This Billing Period | | |

Gas Use in MCF

Oct Nov Dec Jan Feb Mar Apr May Jun Jul
2020                                    2021

☐ Actual   ☐ Estimate   ■ Customer Read   ☐ Adjusted Usage

| | |
|---|---|
| Average monthly use: | 24.3 MCF |
| Total annual use: | 245.6 MCF |



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA  15243-1022

8-7436
2430

315

DATE  8-25-21

PAY TO THE ORDER OF  Peoples                    $ 164.96

One hundred sixty-four and 96/100                    DOLLARS

**Dollar Bank.** Since 1855

MEMO

| | Reading | Difference |
|---|---|---|
| | 567.3 | 16.7 |
| | 550.6 | |
| | | **16.7** |

*CU# 315    8-25-2021*

**RONALD LINABURG**

924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

**PeOPLES** · Essential Utilities Company

For 24/7 account access: peoplesaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| | Aug 13, 2021 | 09/13 - 09/14/2021 | 13 |

For General Information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**.

## Summary of Basic Charges

**Credits And Charges Since Your Last Bill**

| | |
|---|---|
| Balance from last bill | $201.38 |
| Payment on AUG 02, 2021 - Thank You | 201.38 CR |
| **Balance** | **$0.00** |

**Current Charges**

**Residential (RS)(E)**

| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.9910 per MCF | 49.95 |
| Delivery Charge | |
|   16.7  MCF @   $4.3593 | 72.80 |
| Capacity Charge $1.7850 per MCF | 29.81 |
| Tax Repairs Surcredit | 2.15 CR |
| State Tax Surcharge @ 0.05% | .03 |

| | |
|---|---|
| **Total Current Charges** | **$164.96** |
| **Total Account Balance** | **$164.96** |

Peoples current charges include $1.81 in state taxes.

Your PRICE TO COMPARE is $2.99 per MCF.

### Shopping Information Box

When shopping for gas with a Natural Gas Supplier please provide the following:

    Account Number:  210008253879
    Rate Schedule:  Residential (RS)(E)

If you are already shopping, know your contract expiration date.



**Monthly Usage Comparison**

| | 2020 | 2021 |
|---|---|---|
| Average Daily Temperature | 76°F | 70°F |
| For This Billing Period | | |

Gas Use in MCF

Legend: ☐ Actual  ☐ Estimate  ■ Customer Read  ☐ Adjusted Usage

Average monthly use:   24.3 MCF
Total annual use:   245.6 MCF

**Billing Period And Meter Readings**

| Date | Read Type | Reading | Difference |
|---|---|---|---|
| **Meter Number** | | | |
| AUG 12, 2021 | Actual | 567.3 | 16.7 |
| JUL 14, 2021 | Actual | 550.6 | |
| **MCF Used in 29 Days** | | | **16.7** |

**Please Pay**  Account Balance of $164.96 by SEP 07, 2021 to avoid a Late Payment Charge of $2.47 (1.5% per month )

Effective July 1, 2021, the Distribution System Improvement Charge (DSIC) increased from -0.06 % to 0.00 %.
This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure.
Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment.
You can pay this bill by Credit / Debit Card or Electronic Check. Call ACI Speedpay at 1-866-338-5491.
Service Fees Apply. Visit our website at www.peoples-gas.com for further information.

*Ch# 316    8-25-21*

## Capital One

Capital One Miles Credit Card | Mastercard Professional ending/

Page 1 o

Jul 15, 2021 - Aug 14, 2021  |  31 days in Billing Cyc

### Payment Information

Payment Due Date

**Sep 08, 2021**

For online and phone payments, the
deadline is 8pm ET.

New Balance

**$4,682.79**

Minimum Payment Due

**$46.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment
by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Minimum Payment | 17 Years | $8,322 |
| $153 | 3 Years | $5,511 |

### Account Summary

| | |
| --- | --- |
| Previous Balance | $10,300.2( |
| Payments | - $10,300.2( |
| Other Credits | $0.0( |
| Transactions | + $4,682.79 |
| Cash Advances | + $0.0( |
| Fees Charged | + $0.0( |
| Interest Charged | + $0.0( |
| **New Balance** | **= $4,682.79** |
| Credit Limit | $30,000.00 |
| Available Credit (as of Aug 14, 2021) | $25,317.2 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

316

DATE  *8-25-21*

PAY TO THE
ORDER OF  *Capital One MC*    $ *4,682.79*

*four thousand six eighty two and 79/100*    DOLLARS

**Dollar Bank.**
*Since 1855*

MEMO *Acc #*

### Rewards as of: 08/13/2021

Track and redeem your rewards with our
mobile app or on capitalone.com

| ...ned This Period | Redeemed this period |
| --- | --- |
| 10,035 | -60,000 |

for eligible claims made before that date



*ch# 316    8-25-21*

Page 1 of 4

**Capital One Miles Credit Card | Mastercard Professional endir**
Jul 15, 2021 - Aug 14, 2021  |  31 days in Billing Cycle

## Payment Information

| | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET. |
| **Sep 08, 2021** | |

| New Balance | Minimum Payment Due |
|---|---|
| **$4,682.79** | **$46.00** |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 17 Years | $8,322 |
| $153 | 3 Years | $5,511 |
| Estimated savings if balance is paid off in about 3 years: $2,811 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $10,300.26 |
| Payments | - $10,300.26 |
| Other Credits | $0.00 |
| Transactions | + $4,682.79 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $4,682.79** |
| Credit Limit | $30,000.00 |
| Available Credit (as of Aug 14, 2021) | $25,317.21 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

## Rewards Summary          Rewards as of: 08/13/2021

**Rewards Balance**
**376,191**

Track and redeem your rewards with our mobile app or on capitalone.com

| Previous Balance | Earned This Period | Redeemed this period |
|---|---|---|
| 426,156 | 10,035 | -60,000 |

## Account Notifications

Starting October 1, 2021, your Mastercard will no longer feature Cellular Wireless Telephone Protection. Coverage for eligible claims made before that date will continue to be available, and you may continue to file for benefits in accordance with the benefit terms.

**Capital One**

Credit Card I Mastercard Professional ending in
Jul 15, 2021 - Aug 14, 2021  I  31 days in Billing Cycle

## Transactions

### Visit capitalone.com to see detailed transactions.

**Payments, Credits and Adjustments**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Aug 4 | Aug 4 | PAYMENT | - $10,300.26 |

## JUDITH K LINABURG #6232: Transactions

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Jul 15 | Jul 16 | ROLLIER'S HARDWAREMT. LEBANONPA | $159.52 |
| Jul 15 | Jul 16 | WHOLEFDS SHL #10242UPPER SAINT CPA | $221.20 |
| Jul 17 | Jul 19 | SQ *MEDITERRA CAFE MT.PittsburghPA | $66.04 |
| Jul 18 | Jul 20 | BRUSTER S ICE CREAMCANONSBURGPA | $27.67 |
| Jul 19 | Jul 20 | APPLE.COM/BILL866-712-7753CA | $0.99 |
| Jul 19 | Jul 20 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $39.00 |
| Jul 19 | Jul 20 | HALL OF CARDS #1PITTSBURGHPA | $28.19 |
| Jul 19 | Jul 20 | MARKET DISTRICT #0014BETHEL PARKPA | $143.84 |
| Jul 20 | Jul 21 | SQ *LA GOURMANDINEPittsburghPA | $47.60 |
| Jul 22 | Jul 24 | IO DELIPITTSBURGHPA | $11.77 |
| Jul 23 | Jul 24 | MACYS  SOUTH HILLSPITTSBURGHPA | $105.00 |
| Jul 23 | Jul 24 | FRESH THYME #451BRIDGEVILLEPA | $121.62 |
| Jul 23 | Jul 24 | PANERA BREAD #202302 PMOUNT LEBANONPA | $9.07 |
| Jul 23 | Jul 24 | PARTY CITY 850BRIDGEVILLEPA | $10.70 |
| Jul 23 | Jul 24 | HALL OF CARDS #1PITTSBURGHPA | $23.53 |
| Jul 25 | Jul 26 | GIANT-EAGLE #0035PITTSBURGHPA | $39.03 |
| Jul 26 | Jul 27 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $43.00 |
| Jul 26 | Jul 27 | PARTY CITY 850BRIDGEVILLEPA | $14.42 |
| Jul 26 | Jul 27 | CVS/PHARMACY #05094MT LEBANONPA | $94.18 |
| Jul 26 | Jul 27 | USPS PO 4166240034PITTSBURGHPA | $165.00 |
| Jul 26 | Jul 28 | HOMETOWN MAIL CENTERPITTSBURGHPA | $16.80 |
| Jul 27 | Jul 28 | SQ *MEDITERRA CAFE MT.PittsburghPA | $25.13 |
| Jul 27 | Jul 28 | SQ *MEDITERRA CAFE MT.PittsburghPA | $31.99 |
| Jul 27 | Jul 28 | OUTDOOR LIGHTING PERSP4127875439PA | $85.00 |
| Jul 28 | Jul 29 | SQ *SCRIBE FINE PAPERSPittsburghPA | $105.40 |
| Jul 28 | Jul 29 | TST* CAFE MOULINSHADYSIDEPA | $31.00 |
| Jul 28 | Jul 29 | PARKING IN PITTSBURGHPITTSBURGHPA | $1.00 |
| Jul 28 | Jul 29 | PARKING IN PITTSBURGHPITTSBURGHPA | $1.00 |
| Jul 28 | Jul 29 | PARKING IN PITTSBURGHPITTSBURGHPA | $1.00 |
| Jul 28 | Jul 29 | GIANT-EAGLE #0035PITTSBURGHPA | $8.84 |
| Jul 29 | Jul 30 | SQ *LA GOURMANDINEPittsburghPA | $8.50 |
| Jul 29 | Jul 30 | MACYS  SOUTH HILLSPITTSBURGHPA | $35.00 |

Additional Information on the next page



Capital One® Credit Card | Mastercard Professional ending |
Jul 15, 2021 - Aug 14, 2021  | 31 days in Billing Cycle



## Transactions (Continued)

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Jul 29 | Jul 30 | TOUCHSTONE PILATESPITTSBURGHPA | $660.00 |
| Jul 31 | Aug 2 | SQ *MEDITERRA CAFE MT.PittsburghPA | $48.30 |
| Jul 31 | Aug 2 | SUNOCO 0363227005  QPSPITTSBURGHPA | $35.31 |
| Aug 2 | Aug 3 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $492.93 |
| Aug 2 | Aug 3 | APPLE.COM/BILL866-712-7753CA | $32.09 |
| Aug 3 | Aug 4 | SQ *LA GOURMANDINEPittsburghPA | $16.85 |
| Aug 3 | Aug 4 | ROLLIER'S HARDWAREMT. LEBANONPA | $9.62 |
| Aug 3 | Aug 4 | MARKET DISTRICT #0014BETHEL PARKPA | $84.25 |
| Aug 3 | Aug 4 | WHOLEFDS SHL #10242UPPER SAINT CPA | $336.29 |
| Aug 4 | Aug 5 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $30.00 |
| Aug 4 | Aug 5 | SAMSCLUB #6575PITTSBURGHPA | $476.06 |
| Aug 4 | Aug 5 | TRAX FARMSFINLEYVILLEPA | $111.65 |
| Aug 4 | Aug 5 | MARKET DISTRICT #0047PITTSBURGHPA | $67.16 |
| Aug 4 | Aug 6 | SESAME INNPITTSBURGHPA | $43.87 |
| Aug 7 | Aug 9 | MARKET DISTRICT #0014BETHEL PARKPA | $143.31 |
| Aug 12 | Aug 13 | SQ *LA GOURMANDINEPittsburghPA | $39.20 |
| Aug 12 | Aug 13 | Netflix.comLos GatosCA | $14.97 |
| Aug 12 | Aug 13 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $202.90 |
| Aug 13 | Aug 14 | MACYS  SOUTH HILLSPITTSBURGHPA | $116.00 |
| **JUDITH K LINABURG** | | **Total Transactions** | **$4,682.79** |

| | |
|---|---|
| **Total Transactions for This Period** | **$4,682.79** |

## Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| **Total Fees for This Period** | | | **$0.00** |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

## Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

**Additional Information on the next page**

Capital One® Miles Credit Card I Mastercard Professional ending
Jul 15, 2021 - Aug 14, 2021  I 31 days in Billing Cycle

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charged |
|---|---|---|---|
| Purchases | 10.90% P | $0.00 | $0.00 |
| Cash Advances | 17.99% P | $0.00 | $0.00 |

**Variable APRs:** If you have a letter code displayed next to any of the above APRs, this means they are variable APRs. They may increase or decrease based on one of the following indices (reported in The Wall Street Journal) as described below.

| Code next to your APR(s) | How do we calculate your APR(s)? | When your APR(s) will change |
|---|---|---|
| P<br>L | Prime Rate + margin<br>3 month LIBOR + margin | The first day of the Billing Cycles that end in Jan., April, July and Oct. |
| D<br>F | Prime Rate + margin<br>1 month LIBOR + margin | The first day of each Billing Cycle |

# DLC
DUQUESNE LIGHT CO.

Page 1 of 3

RONALD G LINABURG
924 VALLEYVIEW RD

Account #

| | |
|---|---|
| 09/07/2021 | $563.72 |

## Bill Summary



Supply Charges

Amount Due
**$563.72**

DLC Charges

| Bill ID | Date Prepared: 08/15/2021 |
|---|---|
| Previous Account Balance | $537.92 |
| Payment(s) Received as of 08/02/2021 | -$537.92 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $290.53 |
| Supply Charges | $273.19 |
| AMOUNT DUE BY 09/07/2021 | $563.72 |

## Message Center

Signing up for our e-Bill program is fast and easy! Enroll today at DuquesneLight.com/ebill and you'll receive an email each month when your bill is available.

Duquesne Light partners with Dollar Energy Fund to provide assistance to customers who struggle to pay their electric bill. If you would like to support the Dollar Energy Fund and your neighbors in need, make a tax deductible monthly pledge at DuquesneLight.com/dollar.

DOLLAR ENERGY FUND

## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|---|---|---|---|---|
| Current Month | 3686 | 119 | 31 | 73 |
| Last Month | 3513 | 117 | 30 | 74 |
| Same Month Last Year | 3971 | 137 | 29 | 78 |

kWh:

(bar chart) Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul — Last Year / This Year

Average Monthly Usage for the last 12 months: 2550 kWh
Total Annual Usage for the last 12 months: 30600 kWh

BI_POSTAL_20210815PRD.xml-89375-000003468

Online: www.DuquesneLight.com      Phone: 412-393-7100       *Billing and meter reading details on page 3*



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

317

DATE 8-25-21

PAY TO THE ORDER OF DLC                    $ 563.72

Five hundred sixty-three and 72/100                    DOLLARS

**Dollar Bank.**
Since 1855

MEMO

BI_POSTAL_20210815PRD.xml-89377-000003466



*Ch# 317    8-25-21*

**Page 1 of 3**

RONALD G LINABURG
924 VALLEYVIEW RD

Account #

| 09/07/2021 | $563.72 |

## Bill Summary



Amount Due
**$563.72**

Supply Charges

DLC Charges

| Bill ID: | Date Prepared: 08/15/2021 |
|---|---|
| Previous Account Balance | $537.92 |
| Payment(s) Received as of 08/02/2021 | -$537.92 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $290.53 |
| Supply Charges | $273.19 |
| **AMOUNT DUE BY 09/07/2021** | **$563.72** |

## Message Center

Signing up for our e-Bill program is fast and easy! Enroll today at
DuquesneLight.com/ebill and you'll receive an email each month when
your bill is available.

Duquesne Light partners with Dollar Energy Fund to provide assistance
to customers who struggle to pay their electric bill. If you would like to
support the Dollar Energy Fund and your neighbors in need, make a
tax deductible monthly pledge at **DuquesneLight.com/dollar**.



## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|---|---|---|---|---|
| Current Month | 3686 | 119 | 31 | 73 |
| Last Month | 3513 | 117 | 30 | 74 |
| Same Month Last Year | 3971 | 137 | 29 | 78 |



Average Monthly Usage for the last 12 months: 2550 kWh
Total Annual Usage for the last 12 months: 30600 kWh

BI_POSTAL_20210815PRD.xml-89375-000003468

**Online:** www.DuquesneLight.com     **Phone:** 412-393-7100     *Billing and meter reading details on page 3*

RONALD G LINABURG

## Account Detail

924 VALLEYVIEW RD                                                                Supplier Agreement ID:

### Meter Reading Usage Information

| Meter Number | | |
|---|---|---|
| Present | 08/15/2021 Act | 20,790.3930 |
| Prior | 07/15/2021 Act | 23,110.4530 |
| Difference | | 3,685.9400 |
| Your Meter Multiplier | | 1 |
| Total kWh Used | | 3,685.9400 |

### Current Bill Details

| | | |
|---|---|---|
| DLC Rate | RS-Residential Service | |
| Price to Compare | $0.0741 / kWh | |
| **DLC Charges** | | **$290.53** |
| Customer Charge | | $12.51 |
| Distribution | 3685.9400 kWh@ $0.071693 | $264.26 |
| DSIC Surcharge | 4.98% | $13.78 |
| Pennsylvania Tax Adjustment | | -$0.02 |
| | | |
| **Supply Charges** | | **$273.19** |
| Supply | 3685.9400 kWh@ $0.054595 | $201.23 |
| Transmission | 3685.9400 kWh@ $0.019523 | $71.96 |

| Total kWh Used | 3,685.9400 | Service Charges | $563.72 |
|---|---|---|---|

## Shopping and Supplier Information

When shopping for electricity with an Electric Generation Supplier, please provide the following information:

**Supplier Agreement ID: 3807220424**
**Rate Schedule: RS-Residential Service**

The current Price to Compare is listed above in Account Detail and will change every June and December. For more information & supplier offers visit www.PAPowerSwitch.com and www.oca.state.pa.us.

## Additional Notifications

- Give to Dollar Energy Fund to help people without heat or light. Make a monthly pledge at www.duquesnelight.com or send a check to Duquesne Light Hardship Fund Donations, 411 Seventh Avenue MD 15-1, Pittsburgh, PA 15219. Your gift is tax deductible.
- Duquesne Light offers energy efficiency programs to help customers save money by conserving energy and reducing demand. To participate or to learn more about these programs, visit www.wattchoices.com.
- You can join our Budget Plan by calling us at (412) 393-7100. If eligible, the Budget Plan will begin with your next bill. For this bill, please pay the Amount Due shown.
- SIGN UP FOR AUTOPAY and learn about other convenient payment options by visiting our website www.duquesnelight.com.
- Estimated Gross Receipts Tax of $33.26 and Estimated PA State Tax of $38.34 are included in your rates.



2

BI_POSTAL_20210815PRD.xml-89377-000003468

RONALD G. LINABURG
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

318

DATE 8-25-21

PAY TO THE
ORDER OF Taylor Linaburg                    $ 3,000.00

Three thousand oo/00                    DOLLARS

**Dollar Bank.**
Since 1855

MEMO   Aug Support

MP

# eSignature Details

| | |
|---|---|
| **Signer ID:** | **97gMbdRwUz9WLYkzKoByAE6m** |
| Signed by: | Dr. Ronald G. Linaburg |
| Sent to email: | dr.rglinaburg@lina4.com |
| IP Address: | 108.39.197.125 |
| Signed at: | Sep 24 2021, 10:30 am EDT |