# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
|     Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
|     Debtor. | ) | |
| | ) | |
| | ) | Document No.: |
| Ronald G. Linaburg, | ) | |
| | ) | Related to Document No.: 74, 75, 76, 77, 348 |
| | ) | |
|     Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents, | ) | |
| | ) | |
|     Respondent. | ) | |

## **AMENDED CERTIFICATE OF SERVICE**

I, Kristen Finke, certify under penalty of perjury that I served the following:

1. Amended Schedule(s): Schedule A and Schedule B, the Amendment Cover Sheet, at Document Number 74, together with proper Notice pursuant to the Order entered at Document No. 76; and

2. Amended Schedule(s): Schedule C, the Amendment Cover Sheet, at Document Number 75, together with proper Notice pursuant to the Order entered at Document No. 76;

On the interested parties in the attached mailing matrix on January 6, 2021, via first-class mail postage prepaid, unless NEF service was effectuated as indicated below.

The following parties were serviced by NEF as generated by the Court's electronic CM/ECF notification system:

Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania

donaherd@fnb-corp.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company

kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Robert O Lampl on behalf of Interested Party William T. Kane

rol@lampllaw.com,

jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Maria Miksich on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION

mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Brian C. Thompson on behalf of Debtor Ronald G Linaburg

bthompson@ThompsonAttorney.com,

blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC

ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee

jodi.hause@usdoj.gov, David.A.Berry@usdoj.gov; Steven.W.Albright@usdoj.gov

Date:  October 8, 2021             By:    /s/ *Kristen Finke*
                                                           Kristen Finke, Paralegal
                                                           Thompson Law Group, P.C.
                                                           125 Warrendale Bayne Rd., Suite 200
                                                           Warrendale, PA 15086
                                                           (724) 799-8404 Telephone
                                                           (724) 799-8409 Facsimile
                                                           kfinke@thompsonattorney.com