## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No.: 20-22898-CMB |
|     Ronald G. Linaburg, ) | |
| ) | Chapter 11 |
|     Debtor. ) | |
| ) | |
| _____ ) | Document No.: |
| ) | |
|     Ronald G. Linaburg, ) | |
| ) | Related to Document No.: 131, 136, 154, |
| ) | 350 |
|     Movant, ) | |
| ) | |
| v. ) | |
| ) | |
|     No Respondents, ) | |
| ) | |
|     Respondent. ) | |

## AMENDED CERTIFICATE OF SERVICE

I, Kristen Finke, certify under penalty of perjury that I served the following Amended Schedule(s): Schedule H, the Amendment Cover Sheet and proper Notice, at Document Number 131, together with proper Notice pursuant to the Order entered at Document No. 136, on the interested parties in the attached mailing matrix on March 15, 2021, via first-class mail postage prepaid, unless NEF service was effectuated as indicated below.

The following parties were serviced by NEF as generated by the Court's electronic CM/ECF notification system:

Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania

donaherd@fnb-corp.com


Keri P. Ebeck on behalf of Creditor Duquesne Light Company

kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Municipality of Mt. Lebanon

jhunt@grblaw.com, cnoroski@grblaw.com

Robert O Lampl on behalf of Interested Party William T. Kane

rol@lampllaw.com,

jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Maria Miksich on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION

mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Michael A. Shiner on behalf of Creditor Diana Marie Dongell, D.M.D.

mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Rebecca L. Watkins, D.M.D.

mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Renee R. Kalp

mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.

mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Diana Marie Dongell, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Rebecca L. Watkins, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Renee R. Kalp

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Ronald E. Hand, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Brian C. Thompson on behalf of Debtor Ronald G Linaburg

bthompson@ThompsonAttorney.com,

blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.c

om;kfinke@thompsonattorney.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC

ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the

United States Trustee

jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Date:  October 8, 2021                By:    /s/ *Kristen Finke*
                                                                               Kristen Finke, Paralegal
                                                                               Thompson Law Group, P.C.
                                                                               125 Warrendale Bayne Rd., Suite 200
                                                                               Warrendale, PA 15086
                                                                               (724) 799-8404 Telephone
                                                                               (724) 799-8409 Facsimile
                                                                               kfinke@thompsonattorney.com