# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ronald G. Linaburg | CHAPTER 11 |
| Debtor(s) | NO. 20-22898 CMB |
| | Related Documents: 143, 179, 180, 290, |
| PNC BANK, NA | |
| Movant | **STATUS REPORT** |
| v. | |
| Ronald G. Linaburg | |
| Respondent | |

NOW comes Movant, PNC Bank, N.A. (hereinafter "movant"), by and through counsel, KML Law Group, P.C., and files the following Status Report:

1. On September 16, 2021, the Court conducted a Status Conference in relation to the motion to vacate the Court's April 7, 2021 Default Order.

2. The Court adjourned the Status Conference to November 8, 2021 and directed the parties to meet and confer to see if the matter could be amicably resolved.

3. The Court further directed that a Status Report be filed on or before October 14, 2021.

4. The parties have discussed the matter multiple times.  To date we have been unable to resolve the matter, however, we intend to continue our discussions.

5. The parties are exploring a global resolution of the PNC Proof of Claim and not just the pending motion.

6. The parties request additional time to continue their discussions to see if an amicable resolution can be reached.

                                      Respectfully submitted,

                                      KML Law Group, P.C.

Dated: October 14, 2021        By:    /s/ Brian C. Nicholas
                                                            Brian C. Nicholas, Esq. (Atty ID: 317240)
                                                             KML Law Group, PC
                                                             701 Market Street, Suite 5000
                                                             Philadelphia, PA 19106
                                                             bnicholas@kmllawgroup.com