# PROCEEDING MEMO

**Date: 10/14/2021 02:30 pm**

**In re:   Ronald G Linaburg**

                                            **Bankruptcy No. 20-22898-CMB**
                                            **Chapter: 11-NOT A SMALL BUSINESS**
                                            **Doc. # 314**

**Appearances: Maribeth Thomas; Michael Shiner; Brian Thompson; Ronald Hicks; Carolyn McGee**

**Nature of Proceeding: Status Conference Hearing Re: #314 Debtor's Objection To Proof of Claim No. 11**

**Additional Pleadings: #328 TEXT ORDER Signed 08/26/2021 - Status Conference to be held 10/14/2021 at 2:30 p.m. via Zoom at which time the parties shall advise the Court regarding the status of discovery and when the parties may be ready for further mediation.**
                **#344  Response by Diana Marie Dongell, D.M.D.**
                **#374 Debtor's Objection to POC #11**

**Judge's Notes:**
- Thompson: ADS retained a third party to value business. May have preliminary information by the end of the month.
- Hicks: Still need docs and 2004 exam.
- Debtor is to supply items requested that Debtor can provide so that 2004 can go forward. With respect to corporate items, there may be a dispute as to those that will have to be addressed. Items from Debtor are to be delivered Monday, 10/18/21. If Attorney Hicks does not get what he wants by Monday, then draft a letter on Tuesday to Attorney Thompson and advise the Court of the status regarding compliance.
OUTCOME:
- Due to the filing of amended claim and the recent filing of an objection to that claim, the Objection to Claim at Doc. No. 314 is moot, and a Text Order will be entered.

HOUSEKEEPING MATTER:
- With respect to the newly filed Objections to Claims (Doc. Nos. 374, 375, 376, 382), the Court will issue a scheduling order setting a response deadline and scheduling these for a status conference in late November or early December as discovery is ongoing. Parties likely to be sent back to mediation.

    FILED
    10/15/21 9:20 am
    CLERK
    U.S. BANKRUPTCY
    COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**