# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: RONALD G. LINABURG, | : | Bankruptcy Case No.: 1:20-22898-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| DIANA M. DONGELL, D.M.D; | : | Document No.: 1:21-02037-CMB |
| RONALD E. HAND, D.M.D; | : | |
| REBECCA L. WATKINS, D.M.D; and | : | Related Documents: |
| RENEE R. KALP, D.M.D., | : | ECF ## 363, 398, 399, 400 & 401 |
| | : | |
| Movants, | : | |
| v. | : | |
| | : | |
| RONALD G. LINABURG, | : | |
| | : | |
| Respondent. | : | |

## <u>EXHIBITS TO STATUS REPORT - ECF # 415</u>

**EXHIBIT A**

**TO STATUS REPORT (ECF # 415)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: ) Bankruptcy No.: 20-22898-CMB
    Ronald G. Linaburg, )
     ) Chapter 11
    Debtor. )
     )
_____ ) Document No.:
     )
    Ronald G. Linaburg, )
     ) Related to Document No.: 74, 75, 76, 77,
     ) 348
    Movant, )
     )
    v. )
     )
    No Respondents, )
     )
    Respondent. )

## AMENDED CERTIFICATE OF SERVICE

I, Kristen Finke, certify under penalty of perjury that I served the following:

1.    Amended Schedule(s): Schedule A and Schedule B, the Amendment Cover

Sheet, at Document Number 74, together with proper Notice pursuant to the Order entered at

Document No. 76; and

2.    Amended Schedule(s): Schedule C, the Amendment Cover Sheet, at Document

Number 75, together with proper Notice pursuant to the Order entered at Document No. 76;

On the interested parties in the attached mailing matrix on January 6, 2021, via first-class

mail postage prepaid, unless NEF service was effectuated as indicated below.

The following parties were serviced by NEF as generated by the Court's electronic

CM/ECF notification system:

Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania

donaherd@fnb-corp.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company

kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Robert O Lampl on behalf of Interested Party William T. Kane

rol@lampllaw.com,

jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.c

om;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Maria Miksich on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION

mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Brian C. Thompson on behalf of Debtor Ronald G Linaburg

bthompson@ThompsonAttorney.com,

blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive

.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorn

ey.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC

ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the

United States Trustee

jodi.hause@usdoj.gov, David.A.Berry@usdoj.gov; Steven.W.Albright@usdoj.gov

Date:  October 8, 2021                 By:    */s/ Kristen Finke*
                                                   Kristen Finke, Paralegal
                                                   Thompson Law Group, P.C.
                                                   125 Warrendale Bayne Rd., Suite 200
                                                   Warrendale, PA 15086
                                                   (724) 799-8404 Telephone
                                                   (724) 799-8409 Facsimile
                                                   kfinke@thompsonattorney.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
| Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | Document No.: |
| Ronald G. Linaburg, | ) | |
| | ) | Related to Document No.: 74, 75 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents, | ) | |
| | ) | |
| Respondent. | ) | |

## AMENDED CERTIFICATE OF SERVICE

I, Kristen Finke, certify under penalty of perjury that I served the following Amended

Schedule(s): Schedule A and Schedule B, together with the Amendment Cover Sheet and proper

Notice, at Document Number 74, and the following Amended Schedule(s): Schedule C, together

with the Amendment Cover Sheet and proper Notice, at Document Number 75, on the interested

parties in the attached mailing matrix on January 6, 2021, via electronic mail and/or first-class

mail postage prepaid.


Date: September 16, 2021     By:     /s/ *Kristen Finke*
                                     Kristen Finke, Paralegal
                                     Thompson Law Group, P.C.
                                     125 Warrendale Bayne Rd., Suite 200
                                     Warrendale, PA 15086
                                     (724) 799-8404 Telephone
                                     (724) 799-8409 Facsimile
                                     kfinke@thompsonattorney.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )  Bankruptcy No.: 20-22898-CMB
    Ronald G. Linaburg, )
     ) Chapter 11
    Debtor. )
     )
     ) Document No.:77
    Ronald G. Linaburg, )
     ) Related to Document No.: 74, 75
    Movant, )
     )
    v. )
     )
    No Respondents, )
     )
    Respondent. )

## CERTIFICATE OF SERVICE

    I, Kristen Finke, certify under penalty of perjury that I served the following Amended

Schedule(s): Schedule A and Schedule B at Document Number 74, and the following Amended

Schedule(s): Schedule C at Document Number 75, on the interested parties in the attached

mailing matrix on January 6, 2021, via electronic mail and/or first-class mail postage prepaid.

Date:  January 6, 2021           By:  /s/ *Kristen Finke*
                                       Kristen Finke, Paralegal
                                       Thompson Law Group, P.C.
                                       125 Warrendale Bayne Rd., Suite 200
                                       Warrendale, PA 15086
                                       (724) 799-8404 Telephone
                                       (724) 799-8409 Facsimile
                                       kfinke@thompsonattorney.com

bel Matrix for local noticing
J5-2
se 20-22898-CMB
STERN DISTRICT OF PENNSYLVANIA
ttsburgh
i Jan  6 15:12:21 EST 2021

23970 Highway 59 North
Kingwood, TX 77339-1535

Rivertech Tax Preparation, LLC
26 South 27th Street
P.O. Box 4274
Pittsburgh, PA 15203-0274

llar Bank
00 Liberty Avenue
ttsburgh, PA 15222-4700

(c)DONNA M. DONAHER
FIRST NATIONAL BANK
12TH FEDERAL STREET
1 N SHORE CTR STE 503
PITTSBURGH PA  15212-5837

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

ri P. Ebeck
rnstein-Burkley
7 Grant Street
ite 2200 Gulf Tower
ttsburgh, PA 15219-1945

FBM Credit
200 1st Ave
Carnegie, PA 15106-2502

First National Bank of PA
4140 E. State Street
Hermitage, PA 16148-3401

rst National Bank of Pennsylvania
0 Federal Street
ttsburgh, PA 15212-5708

First National Bank of Pennsylvania
c/o Donna Donaher, Esquire
100 Federal Street, 4th Floor
Pittsburgh, PA 15212-5708

Hitachi Capital America
800 Connecticut Avenue
Norwalk, CT 06854-1738

R Supply Center
05 W State Street
w Castle, PA 16101-2070

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

William T. Kane
c/o Robert O Lampl Law Office
223 Fourth Avenue
4th Floor
Pittsburgh, PA 15222-1717

bert O Lampl
bert O Lampl Law Office
nedum Trees Building
3 Fourth Avenue, 4th Floor
ttsburgh, PA 15222-1713

Ronald G Linaburg
924 Valleyview Road
Pittsburgh, PA 15243-1022

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

fice of the United States Trustee
berty Center.
01 Liberty Avenue, Suite 970
ttsburgh, PA 15222-3721

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

A Receivables Management, LLC
Box 41021
rfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

ples Natural Gas Company LLC
o S. James Wallace, P.C.
5 N. Lincoln Ave.
ttsburgh, PA 15233-1828

Peoples Natural Gas Company LLC
c/o S. James Wallace, PC
845 North Lincoln Avenue
Pittsburgh, PA 15233-1828

Store Capital Acquisitions
8377 E Hartford Drive
Suite 100
Scottsdale, AZ 85255-5686

achrony Bank
o of PRA Receivables Management, LLC
Box 41021
rfolk, VA 23541-1021

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086-6504

US Foods
9399 West Higgins Road, Suite 600
Rosemont, IL 60018-4940

sion Financial Group
5 Iron City Drive
ttsburgh, PA 15205-4321

S. James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219

William T. Kane
20013 Route 19
Cranberry Twp, PA 16066-6203

di Hause, on Behalf of the United States T
fice of the United States Trustee
ite 960, Liberty Center
01 Liberty Avenue
ttsburgh, PA 15222-3714

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

C Bank
30 Liberty Avenue
ttsburgh, PA 15222

(d)PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

nna M. Donaher
rst National Bank
e North Shore Center
th Federal Street
ttsburgh, PA 15212

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ronald G Linaburg** | Social Security number or ITIN  **xxx–xx–3395** |
| | First Name    Middle Name    Last Name | EIN  __-_____ |
| Debtor 2 | | Social Security number or ITIN  ____ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  __-_____ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **11    10/9/20** |
| Case number:  **20–22898–CMB** | | |

## Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1.  Debtor's full name** | Ronald G Linaburg | |
| **2.  All other names used in the last 8 years** | | |
| **3.  Address** | 924 Valleyview Road<br>Pittsburgh, PA 15243 | |
| **4.  Debtor's attorney**<br>Name and address | Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road<br>Suite 200<br>Warrendale, PA 15086 | Contact phone  724–799–8404<br><br>Email  bthompson@ThompsonAttorney.com |
| **5.  Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. –<br>4:30p.m, Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone  412–644–2700<br><br>Date: 12/9/20 |

**For more information, see page 2 >**

Debtor **Ronald G Linaburg**                                                     Case number **20–22898–CMB**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath, in a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 13, 2021 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**341 Meeting will be conducted by phone, please consult the docket or, US Trustee for call information.** |
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 3/14/21** |
| | | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is **designated** as *disputed, contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **4/13/21**  For a governmental unit:<br>**4/7/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

Official Form 309E (For Individuals or Joint Debtors)                **Notice of Chapter 11 Bankruptcy Case**                                page 2

Text Order at document no. 76

It is hereby ordered that, whereas the Debtor(s) filed amended schedule(s) at Doc. No. [74], [75], any objections to the amendment(s) must be filed in accordance with W.PA.LBR. 1009-1. Together with service of notice of the amendment(s), the Debtor(s) shall provide notice to all affected parties, the Trustee (if one is appointed), and the United States Trustee that, to the extent applicable based upon the amendment(s) made, any objection to discharge, request for a 341 meeting, and/or objections to exemptions shall be filed on or before thirty days from the date of this Order or the date set forth in the Section 341 Meeting Notice, whichever is later. If the Debtor(s) fail to file a certificate of service showing that proper notice of the amendment(s) has been given in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules, including W.PA.LBR. 1009-1, and this Order, then the amendment(s) are null and void. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Carlota Bohm. Signed on 1/4/2021. (RE: related document(s): [74] Amended Schedules A B C G H I J, [75] Amended Schedules A B C G H I J). (gbro)

Fill in this information to identify your case and this filing:

| Debtor 1 | **Ronald G. Linaburg** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number  **20-22898**

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                       12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| 1.1 | | | | What is the property? Check all that apply | | |
|---|---|---|---|---|---|---|
| **924 Valleyview Road** | | | | ☑ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Street address, if available, or other description | | | | ☐ Duplex or multi-unit building | | |
| | | | | ☐ Condominium or cooperative | | |
| | | | | ☐ Manufactured or mobile home | **Current value of the entire property?** | **Current value of the portion you own?** |
| **Pittsburgh** | **PA** | **15243-0000** | | ☐ Land | **$800,000.00** | **$400,000.00** |
| City | State | ZIP Code | | ☐ Investment property | | |
| | | | | ☐ Timeshare | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. | |
| | | | | ☐ Other _____ | | |
| | | | | Who has an interest in the property? Check one | **Tenancy by the entireties** | |
| | | | | ☐ Debtor 1 only | | |
| **Allegheny** | | | | ☐ Debtor 2 only | | |
| County | | | | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property | |
| | | | | ☑ At least one of the debtors and another | (see instructions) | |

Other information you wish to add about this item, such as local property identification number:
**Parcel ID : 0100-M-00242-0000-00**

Debtor 1    **Ronald G. Linaburg**                                                          Case number *(if known)*    **20-22898**

**If you own or have more than one, list here:**

### 1.2

**Valleyview Road**

Street address, if available, or other description

| | | |
|---|---|---|
| City | State | ZIP Code |

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Block and Lot No. 100-M-240**
**Vacant lot**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,500.00** | **$1,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

### 1.3

**2059 Pemberton Street**

Street address, if available, or other description

| | | |
|---|---|---|
| **Philadelphia** | **PA** | **19146-0000** |
| City | State | ZIP Code |

**Philadelphia**

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$700,000.00** | **$350,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenancy by the entireties**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................=>**

| **$751,500.00** |
|---|

**Part 2:**  **Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Ronald G. Linaburg**                                              Case number *(if known)*   **20-22898**

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Audi** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |

3.1  Make:  **Audi**
     Model:  **A8**
     Year:  **2015**
     Approximate mileage:
     Other information:

     **Location: 924 Valleyview Road,
     Pittsburgh PA 15243**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**          **Current value of the portion you own?**

**$19,785.00**                                    **$9,892.50**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here........................................................=>

**$9,892.50**

---

**Part 3:   Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| **Various household furnishings including living room, dining room and bedroom furniture; and kitchen tools and appliances; no single item valued over $600.00**<br>**Location: 924 Valleyview Road, Pittsburgh PA 15243** | **$6,500.00** |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| **Computer, cell phones, other household electronics**<br>**Location: 924 Valleyview Road, Pittsburgh PA 15243** | **$3,500.00** |
|---|---|

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

Official Form 106A/B                         Schedule A/B: Property                                        page 3

Debtor 1   Ronald G. Linaburg                                     Case number *(if known)*   20-22898

| | |
|---|---|
| **Peloton bicycle, weight lifting equipment**<br>Location: 924 Valleyview Road, Pittsburgh PA 15243 | $1,000.00 |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **Personal clothing**<br>Location: 924 Valleyview Road, Pittsburgh PA 15243 | $1,000.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **Rolex watch**<br>Location: 924 Valleyview Road, Pittsburgh PA 15243 | $5,000.00 |

| | |
|---|---|
| **Wedding ring, gold wrist band**<br>Location: 924 Valleyview Road, Pittsburgh PA 15243 | $2,000.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes. Give specific information.....

| | |
|---|---|
| **CPAP breathing machine**<br>Location: 924 Valleyview Road, Pittsburgh PA 15243 | $50.00 |

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| |
|---|
| $19,050.00 |

---

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?       Current value of the portion you own?
                                                                                  Do not deduct secured
                                                                                  claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes....................................................................................................................................

| | |
|---|---|
| **Cash** | $150.00 |

---

Debtor 1     **Ronald G. Linaburg**

Case number *(if known)*   **20-22898**

17. **Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking | **PNC Bank -1428**<br>Joint/tenancy by the entireties | $70.00 |
| 17.2. | Financial account | **G-Research** | $1,391,600.00 |
| 17.3. | Checking | **PNC Bank - 7068**<br>Joint/tenancy by the entireties | $0.00 |
| 17.4. | Financial account | **Schwab 2128**<br>Joint/tenancy by the entireties | $873,455.50 |
| 17.5. | Financial account | **Schwab 7720**<br>Joint/tenancy by the entireties | $2,290,994.50 |
| 17.6. | Financial account | **Venator Capital Holdings**<br>Joint/tenancy by the entireties | $162,784.00 |
| 17.7. | Checking | **Dollar Bank 3501**<br>Joint/tenancy by the entireties | $44,246.09 |
| 17.8. | DIP Account | **Dollar Bank** | $250.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Associated Dental Specialists, Professional Corporation**<br>1000 shares (restricted) | | % | $10,000.00 |
| **First Capital Housing Partners**<br>8 units (restricted) | 7.76 | % | $7,600.00 |
| **L-4, Inc.**<br>50 shares<br>Joint/tenancy by the entireties | 1 | % | $3,250.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them

Official Form 106A/B     Schedule A/B: Property     page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Ronald G. Linaburg**                                                                                    Case number *(if known)*    **20-22898**

Issuer name:

**21. Retirement or pension accounts**
  *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
  ☐ No

  ■ Yes. List each account separately.
|   | Type of account: | Institution name: |   |
|---|---|---|---|
|   | **IRA** | **G-Research 0967** | **$4,010,808.00** |

**22. Security deposits and prepayments**
  Your share of all unused deposits you have made so that you may continue service or use from a company
  *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
  ■ No
  ☐ Yes. ...................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
  ■ No
  ☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
  26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
  ■ No
  ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
  ☐ No
  ■ Yes. Give specific information about them...

| **Northwestern Mutual Life Insurance ending in 0187** <br> **Irrevocable trust** <br> **Not an asset of Debtor's bankruptcy estate** | **$376,291.00** |
|---|---|

| **Northwestern Mutual Life Insurance ending in 9983** <br> **Irrevocable trust** <br> **Not an asset of Debtor's bankruptcy estate** | **$1,323,529.97** |
|---|---|

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
  *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
  ■ No
  ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
  *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
  ☐ No
  ■ Yes. Give specific information about them...

| **Medical license** | **$0.00** |
|---|---|

**Money or property owed to you?**                                                 **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
  ■ No
  ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

Debtor 1    **Ronald G. Linaburg**                                              Case number *(if known)*    **20-22898**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☑ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Northwestern Mutual Life Insurance** | **Judith Linaburg** | **$19,497.00** |
| **Northwestern Mutual Life Insurance** | **Judith Linaburg** | **$20,657.00** |
| **Northwestern Mutual Life Insurance** **Term life insurance** | **Judith Linaburg** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☑ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☑ Yes. Describe each claim.........

| **Proof of Claim** **Claim no. 60 filed in bankruptcy case 19-22715-CMB (5171 Campbell's Land Co., Inc.)** | **$0.00** |
|---|---|

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
☑ Yes. Describe each claim.........

| **Potential claim against William Kane and other potential known or unknown individuals assocated with 5171 Campbell's Land Co., Inc.** | **Unknown** |
|---|---|

**35. Any financial assets you did not already list**
☑ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**    | **$10,535,183.06** |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

| Debtor 1 | Ronald G. Linaburg | | Case number *(if known)* | **20-22898** |
|---|---|---|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No

☑ Yes. Give specific information.........

| Country Club Membership: non-transferable Senior membership - no pay status | $0.00 |
|---|---|

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .................................. | $0.00 |

---

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** ..................................................................................................... | | | $751,500.00 |
| 56. **Part 2: Total vehicles, line 5** | | $9,892.50 | |
| 57. **Part 3: Total personal and household items, line 15** | | $19,050.00 | |
| 58. **Part 4: Total financial assets, line 36** | | $10,535,183.06 | |
| 59. **Part 5: Total business-related property, line 45** | | $0.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | | $0.00 | |
| 61. **Part 7: Total other property not listed, line 54** | + | $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | | $10,564,125.56 | Copy personal property total ▶ $10,564,125.56 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $11,315,625.56 |

In re  **Ronald G. Linaburg**                                                    Case No.   **20-22898**

                                          Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment A

**Debtor is continuing to review his assets and will amend his schedules accordingly if necessary.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-22898-CMB |
| Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | Document No. |
| v. | ) | |
| | ) | Related to Document No. |
| No Respondent. | ) | |
| | ) | |

### AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), statement(s) are transmitted herewith:

___ Voluntary Petition *Specify reason for amendment:*


Official Form 6 Schedules (Itemization of Changes Must Be Specified)
___ Summary of Schedules
_x_ Schedule A – Real Property
_x_ Schedule B – Personal Property
___ Schedule C – Property Claimed as Exempt
___ Schedule D – Creditors holding Secured Claims
         Check one:
         __ Creditor(s) added
         __ No Creditor(s) added
         __ Creditor(s) deleted
___ Schedule E – Creditors Holding Unsecured Priority Claims
         Check one:
         __ Creditor(s) added
         __ No Creditor(s) added
         __ Creditor(s) deleted
___ Schedule F - Creditors Holding Unsecured Nonpriority Claims
         Check one:
         __ Creditor(s) added
         __ No Creditor(s) added
         __ Creditor(s) deleted
___ Schedule G – Executory Contracts and Unexpired Leases
         Check one:
         __ Creditor(s) added
         __ No Creditor(s) added
         __ Creditor(s) deleted
___ Schedule H – Codebtors
___ Schedule I – Current Income of Individual Debtor(s)
___ Schedule J – Current Expenditures of Individual Debtor(s)
___ Statement of Financial Affairs
___ Chapter 7 Individual Debtor's Statement of Intentions

&#8212;    Chapter 11 List of Equity Security Holders
&#8212;    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
&#8212;    Disclosure of Compensation of Attorney for Debtor
&#8212;    Other:_____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendments checked above has been given this date to the U.S. Trustee, the Trustee in this case, and all entities affected by this amendment.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Jodi Hause
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: December 31, 2020 _____

/s/Brian C. Thompson _____
Attorney for Debtor(s)

Brian C. Thompson, Esquire _____
(Typed Name)

125 Warrendale Bayne Road, Warrendale, PA 15086 _____
(Address)

(724) 799-8404 _____
(Phone No.)

91197 – PA _____
List Bar I.D. and State of Admission

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ronald G. Linaburg** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | **20-22898** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **924 Valleyview Road Pittsburgh, PA 15243 Allegheny County Parcel ID : 0100-M-00242-0000-00** Line from *Schedule A/B*: **1.1** | $400,000.00 | ☑ $400,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **2059 Pemberton Street Philadelphia, PA 19146 Philadelphia County** Line from *Schedule A/B*: **1.3** | $350,000.00 | ☑ $350,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **2015 Audi A8 Location: 924 Valleyview Road, Pittsburgh PA 15243** Line from *Schedule A/B*: **3.1** | $9,892.50 | ☑ $19,785.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Various household furnishings including living room, dining room and bedroom furniture; and kitchen tools and appliances; no single item valued over $600.00 Location: 924 Valleyview Road, Pittsburgh, PA 15243** Line from *Schedule A/B*: **6.1** | $6,500.00 | ☑ $6,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | Ronald G. Linaburg | | | Case number (if known) | 20-22898 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Computer, cell phones, other household electronics**<br>Location: 924 Valleyview Road, Pittsburgh PA 15243<br>Line from *Schedule A/B*: **7.1** | $3,500.00 | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Checking: PNC Bank -1428**<br>Joint/tenancy by the entireties<br>Line from *Schedule A/B*: **17.1** | $70.00 | ■ $70.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Financial account: G-Research**<br>Line from *Schedule A/B*: **17.2** | $1,391,600.00 | ■ $1,391,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Financial account: Schwab 2128**<br>Joint/tenancy by the entireties<br>Line from *Schedule A/B*: **17.4** | $873,455.50 | ■ $873,455.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Financial account: Schwab 7720**<br>Joint/tenancy by the entireties<br>Line from *Schedule A/B*: **17.5** | $2,290,994.50 | ■ $2,290,994.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Financial account: Venator Capital Holdings**<br>Joint/tenancy by the entireties<br>Line from *Schedule A/B*: **17.6** | $162,784.00 | ■ $162,784.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Checking: Dollar Bank 3501**<br>Joint/tenancy by the entireties<br>Line from *Schedule A/B*: **17.7** | $44,246.09 | ■ $44,246.09<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **IRA: G-Research 0967**<br>Line from *Schedule A/B*: **21.1** | $4,010,808.00 | ■ $4,010,808.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 PA C.S. § 8124(b)(1)(ix) |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ■ No

   ☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-22898-CMB |
|     Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
| | ) | |
|        Debtor, | ) | |
| | ) | Document No. |
|   v. | ) | |
| | ) | Related to Document No. |
|   No Respondent. | ) | |
| | ) | |

### AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), statement(s) are transmitted herewith:

\_\_\_ Voluntary Petition *Specify reason for amendment:*


Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_   Summary of Schedules
\_\_   Schedule A – Real Property
\_\_   Schedule B – Personal Property
_x_   Schedule C – Property Claimed as Exempt
\_\_   Schedule D – Creditors holding Secured Claims
           Check one:
             \_ Creditor(s) added
             \_ No Creditor(s) added
             \_ Creditor(s) deleted
\_\_   Schedule E – Creditors Holding Unsecured Priority Claims
           Check one:
             \_ Creditor(s) added
             \_ No Creditor(s) added
             \_ Creditor(s) deleted
\_\_   Schedule F - Creditors Holding Unsecured Nonpriority Claims
           Check one:
             \_ Creditor(s) added
             \_ No Creditor(s) added
             \_ Creditor(s) deleted
\_\_   Schedule G – Executory Contracts and Unexpired Leases
           Check one:
             \_ Creditor(s) added
             \_ No Creditor(s) added
             \_ Creditor(s) deleted
\_\_   Schedule H – Codebtors
\_\_   Schedule I – Current Income of Individual Debtor(s)
\_\_   Schedule J – Current Expenditures of Individual Debtor(s)
\_\_   Statement of Financial Affairs
\_\_   Chapter 7 Individual Debtor's Statement of Intentions

—　Chapter 11 List of Equity Security Holders
—　Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
—　Disclosure of Compensation of Attorney for Debtor
—　Other:_____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendments checked above has been given this date to the U.S. Trustee, the Trustee in this case, and all entities affected by this amendment.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Jodi Hause
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: <u>January 3, 2021</u>          <u>/s/Brian C. Thompson</u>
                                      Attorney for Debtor(s)

                                      <u>Brian C. Thompson, Esquire</u>
                                      (Typed Name)

                                      <u>125 Warrendale Bayne Road, Warrendale, PA 15086</u>
                                      (Address)

                                      <u>(724) 799-8404</u>
                                      (Phone No.)

                                      <u>91197 – PA</u>
                                      List Bar I.D. and State of Admission

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
| Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | Document No.: |
| | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | Related to Document No.: 131, 136, 154, |
| | ) | 350 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents, | ) | |
| | ) | |
| Respondent. | ) | |

## AMENDED CERTIFICATE OF SERVICE

I, Kristen Finke, certify under penalty of perjury that I served the following Amended

Schedule(s): Schedule H, the Amendment Cover Sheet and proper Notice, at Document Number

131, together with proper Notice pursuant to the Order entered at Document No. 136, on the

interested parties in the attached mailing matrix on March 15, 2021, via first-class mail postage

prepaid, unless NEF service was effectuated as indicated below.

The following parties were serviced by NEF as generated by the Court's electronic

CM/ECF notification system:

Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania

donaherd@fnb-corp.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company

kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Municipality of Mt. Lebanon

jhunt@grblaw.com, cnoroski@grblaw.com


Robert O Lampl on behalf of Interested Party William T. Kane

rol@lampllaw.com,

jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.c
om;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com


Maria Miksich on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION

mmiksich@kmllawgroup.com


Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov


Michael A. Shiner on behalf of Creditor Diana Marie Dongell, D.M.D.

mshiner@tuckerlaw.com


Michael A. Shiner on behalf of Creditor Rebecca L. Watkins, D.M.D.

mshiner@tuckerlaw.com


Michael A. Shiner on behalf of Creditor Renee R. Kalp

mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.

mshiner@tuckerlaw.com


Maribeth Thomas on behalf of Creditor Diana Marie Dongell, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com


Maribeth Thomas on behalf of Creditor Rebecca L. Watkins, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com


Maribeth Thomas on behalf of Creditor Renee R. Kalp

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com


Maribeth Thomas on behalf of Creditor Ronald E. Hand, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com


Brian C. Thompson on behalf of Debtor Ronald G Linaburg

bthompson@ThompsonAttorney.com,

blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.c

om;kfinke@thompsonattorney.com


S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC

ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the

United States Trustee

jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Date:  October 8, 2021          By:    /s/ *Kristen Finke*
                                       Kristen Finke, Paralegal
                                       Thompson Law Group, P.C.
                                       125 Warrendale Bayne Rd., Suite 200
                                       Warrendale, PA 15086
                                       (724) 799-8404 Telephone
                                       (724) 799-8409 Facsimile
                                       kfinke@thompsonattorney.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )    Bankruptcy No.: 20-22898-CMB
    Ronald G. Linaburg,               )
                                      )    Chapter 11
        Debtor.               )
                                      )
_____       )
                                      )    Document No.:
    Ronald G. Linaburg,               )
                                      )    Related to Document No.: 131
        Movant,               )
                                      )
        v.                    )
                                      )
    No Respondents,                   )
                                      )
        Respondent.           )

## AMENDED CERTIFICATE OF SERVICE

I, Kristen Finke, certify under penalty of perjury that I served the following Amended

Schedule(s): Schedule H, together with the Amendment Cover Sheet and proper Notice, at

Document Number 131, on the interested parties in the attached mailing matrix on March 15,

2021, via electronic mail and/or first-class mail postage prepaid.

Date: September 16, 2021          By:     /s/ Kristen Finke
                                       Kristen Finke, Paralegal
                                       Thompson Law Group, P.C.
                                       125 Warrendale Bayne Rd., Suite 200
                                       Warrendale, PA 15086
                                       (724) 799-8404 Telephone
                                       (724) 799-8409 Facsimile
                                       kfinke@thompsonattorney.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
| Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | Document No.: 154 |
| Ronald G. Linaburg, | ) | |
| | ) | Related to Document No.: 131 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Kristen Finke, certify under penalty of perjury that I served the following Amended

Schedule(s): Schedule H at Document Number 131, on the interested parties in the attached

mailing matrix on March 15, 2021, via electronic mail and/or first-class mail postage prepaid.


Date:   March 15, 2021          By:      /s/ Kristen Finke
                                         Kristen Finke, Paralegal
                                         Thompson Law Group, P.C.
                                         125 Warrendale Bayne Rd., Suite 200
                                         Warrendale, PA 15086
                                         (724) 799-8404 Telephone
                                         (724) 799-8409 Facsimile
                                         kfinke@thompsonattorney.com

bel Matrix for local noticing
, 15-2
se 20-22898-CMB
STERN DISTRICT OF PENNSYLVANIA
ttsburgh
i Jan  6 15:12:21 EST 2021

llar Bank
00 Liberty Avenue
ttsburgh, PA 15222-4700

ri P. Ebeck
rnstein-Burkley
7 Grant Street
ite 2200 Gulf Tower
ttsburgh, PA 15219-1945

rst National Bank of Pennsylvania
0 Federal Street
ttsburgh, PA 15212-5708

R Supply Center
05 W State Street
w Castle, PA 16101-2070

bert O Lampl
bert O Lampl Law Office
nedum Trees Building
3 Fourth Avenue, 4th Floor
ttsburgh, PA 15222-1713

fice of the United States Trustee
berty Center.
01 Liberty Avenue, Suite 970
ctsburgh, PA 15222-3721

A Receivables Management, LLC
 Box 41021
rfolk, VA 23541-1021

pples Natural Gas Company LLC
o S. James Wallace, P.C.
5 N. Lincoln Ave.
ttsburgh, PA 15233-1828

nchrony Bank
o of PRA Receivables Management, LLC
 Box 41021
rfolk, VA 23541-1021

---

Aspermum Capital LLC
23970 Highway 59 North
Kingwood, TX 77339-1535

(c)DONNA M. DONAHER
FIRST NATIONAL BANK
12TH FEDERAL STREET
1 N SHORE CTR STE 503
PITTSBURGH PA  15212-5837

FBM Credit
200 1st Ave
Carnegie, PA 15106-2502

First National Bank of Pennsylvania
c/o Donna Donaher, Esquire
100 Federal Street, 4th Floor
Pittsburgh, PA 15212-5708

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Ronald G Linaburg
924 Valleyview Road
Pittsburgh, PA 15243-1022

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, PC
845 North Lincoln Avenue
Pittsburgh, PA 15233-1828

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086-6504

---

Barry P. Cox
Rivertech Tax Preparation, LLC
26 South 27th Street
P.O. Box 4274
Pittsburgh, PA 15203-0274

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

First National Bank of PA
4140 E. State Street
Hermitage, PA 16148-3401

Hitachi Capital America
800 Connecticut Avenue
Norwalk, CT 06854-1738

William T. Kane
c/o Robert O Lampl Law Office
223 Fourth Avenue
4th Floor
Pittsburgh, PA 15222-1717

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Store Capital Acquisitions
8377 E Hartford Drive
Suite 100
Scottsdale, AZ 85255-5686

US Foods
9399 West Higgins Road, Suite 600
Rosemont, IL 60018-4940

sion Financial Group
.5 Iron City Drive
ttsburgh, PA 15205-4321

James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219

William T. Kane
20013 Route 19
Cranberry Twp, PA 16066-6203

ii Hause, on Behalf of the United States T
fice of the United States Trustee
ite 960, Liberty Center
01 Liberty Avenue
ttsburgh, PA 15222-3714

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

C Bank
30 Liberty Avenue
ttsburgh, PA 15222

(d)PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

nna M. Donaher
rst National Bank
e North Shore Center
th Federal Street
ttsburgh, PA 15212

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34

Text Order at document no. 136

It is hereby ordered that, whereas the Debtor(s) filed amended schedule(s) at Doc. No. [131], any objections to the amendment(s) must be filed in accordance with W.PA.LBR. 1009-1. Together with service of notice of the amendment(s), the Debtor(s) shall provide notice to all affected parties, the Trustee (if one is appointed), and the United States Trustee that, to the extent applicable based upon the amendment(s) made, any objection to discharge, request for a 341 meeting, and/or objections to exemptions shall be filed on or before thirty days from the date of this Order or the date set forth in the Section 341 Meeting Notice, whichever is later. If the Debtor(s) fail to file a certificate of service showing that proper notice of the amendment(s) has been given in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules, including W.PA.LBR. 1009-1, and this Order, then the amendment(s) are null and void. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Carlota Bohm. Signed on 3/11/2021. (RE: related document(s): [131] Amended Schedules A B C G H I J). (gbro)

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ronald G Linaburg** | Social Security number or ITIN **xxx-xx-3395** |
| | First Name   Middle Name   Last Name | EIN __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __-_____ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter **11  10/9/20** |
| Case number: **20-22898-CMB** | | |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/15

For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ronald G Linaburg | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 924 Valleyview Road Pittsburgh, PA 15243 | |
| 4. | **Debtor's attorney** Name and address | Brian C. Thompson Thompson Law Group, P.C. 125 Warrendale Bayne Road Suite 200 Warrendale, PA 15086 | Contact phone 724-799-8404  Email bthompson@ThompsonAttorney.com |
| 5. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri, Pittsburgh Office: 9:00a.m. – 4:30p.m, Erie Office: 9:00a.m. – 4:30p.m,  Contact phone 412-644-2700  Date: 12/9/20 |

**For more information, see page 2 >**

| 6. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 13, 2021 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**341 Meeting will be conducted by phone, please consult the docket or, US Trustee for call information.** |
|---|---|---|---|
| 7. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>  • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>  • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 3/14/21** |
| | | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>  • your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>  • you file a proof of claim in a different amount; or<br>  • you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **4/13/21**  For a governmental unit:<br>**4/7/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Ronald G. Linaburg** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | 20-22898 | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

*Column 1:* Your codebtor
Name, Number, Street, City, State and ZIP Code

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.1  **5171 Campbells Land Co., Inc**
     **18276 Conneaut Lake Road**
     **Meadville, PA 16335**

☐ Schedule D, line _____
■ Schedule E/F, line __4.2__
☐ Schedule G _____
**FBM Credit**

3.2  **5171 Campbells Land Co., Inc.**
     **18276 Conneaut Lake Road**
     **Meadville, PA 16335**

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**Hitachi Capital America**

3.3  **5171 Campbells Land Co., Inc.**
     **18276 Conneaut Lake Road**
     **Meadville, PA 16335**

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
**Vision Financial Group**

Debtor 1   **Ronald G. Linaburg**                                      Case number *(if known)*   **20-22898**

---

| | **Additional Page to List More Codebtors** |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **5171 Campbells Land Co., Inc.**<br>18276 Conneaut Lake Road<br>Meadville, PA 16335 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**US Foods** |
| 3.5 | **Judith L. Linaburg**<br>924 Valleyview Road<br>Pittsburgh, PA 15243 | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Dollar Bank** |
| 3.6 | **William T. Kane**<br>20013 Route 19<br>Cranberry Twp, PA 16066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**US Foods** |
| 3.7 | **William T. Kane**<br>20013 Route 19<br>Cranberry Twp, PA 16066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**FBM Credit** |
| 3.8 | **William T. Kane**<br>20013 Route 19<br>Cranberry Twp, PA 16066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**Hitachi Capital America** |
| 3.9 | **William T. Kane**<br>20013 Route 19<br>Cranberry Twp, PA 16066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Vision Financial Group** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-22898-CMB |
| Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | Document No. |
| v. | ) | |
| | ) | Related to Document No. |
| No Respondent. | ) | |
| | ) | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), statement(s) are transmitted herewith:

___ Voluntary Petition *Specify reason for amendment:*


Official Form 6 Schedules (Itemization of Changes Must Be Specified)

___ Summary of Schedules
___ Schedule A – Real Property
___ Schedule B – Personal Property
___ Schedule C – Property Claimed as Exempt
___ Schedule D – Creditors holding Secured Claims
              Check one:
                _ Creditor(s) added
                __ No Creditor(s) added
                __ Creditor(s) deleted
___ Schedule E – Creditors Holding Unsecured Priority Claims
              Check one:
                __ Creditor(s) added
                __ No Creditor(s) added
                __ Creditor(s) deleted
___ Schedule F - Creditors Holding Unsecured Nonpriority Claims
              Check one:
                __ Creditor(s) added
                __ No Creditor(s) added
                __ Creditor(s) deleted
___ Schedule G – Executory Contracts and Unexpired Leases
              Check one:
                __ Creditor(s) added
                __ No Creditor(s) added
                __ Creditor(s) deleted
_x_ Schedule H – Codebtors
___ Schedule I – Current Income of Individual Debtor(s)
___ Schedule J – Current Expenditures of Individual Debtor(s)
___ Statement of Financial Affairs
___ Chapter 7 Individual Debtor's Statement of Intentions

___ Chapter 11 List of Equity Security Holders
___ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
___ Disclosure of Compensation of Attorney for Debtor
___ Other:_____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendments checked above has been given this date to the U.S. Trustee, the Trustee in this case, and all entities affected by this amendment.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Jodi Hause
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: March 10, 2021

/s/Brian C. Thompson
Attorney for Debtor(s)

Brian C. Thompson, Esquire
(Typed Name)

125 Warrendale Bayne Road, Warrendale, PA 15086
(Address)

(724) 799-8404
(Phone No.)

91197 – PA
List Bar I.D. and State of Admission

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
| Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | Document No.: |
| Ronald G. Linaburg, | ) | |
| | ) | Related to Document No.: 149, 151, 153, |
| | ) | 349 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents, | ) | |
| | ) | |
| Respondent. | ) | |

## AMENDED CERTIFICATE OF SERVICE

I, Kristen Finke, certify under penalty of perjury that I served the following Amended

Schedule(s): Schedule I and Schedule J, the Amendment Cover Sheet, at Document Number 149,

together with proper Notice pursuant to the Order entered at Document No. 151 on the interested

parties in the attached mailing matrix on March 15, 2021, via first-class mail postage prepaid,

unless NEF service was effectuated as indicated below.

The following parties were serviced by NEF as generated by the Court's electronic

CM/ECF notification system:

Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania

donaherd@fnb-corp.com


Keri P. Ebeck on behalf of Creditor Duquesne Light Company

kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Municipality of Mt. Lebanon

jhunt@grblaw.com, cnoroski@grblaw.com


Robert O Lampl on behalf of Interested Party William T. Kane

rol@lampllaw.com,

jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.c

om;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com


Maria Miksich on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION

mmiksich@kmllawgroup.com


Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov


Michael A. Shiner on behalf of Creditor Diana Marie Dongell, D.M.D.

mshiner@tuckerlaw.com


Michael A. Shiner on behalf of Creditor Rebecca L. Watkins, D.M.D.

mshiner@tuckerlaw.com


Michael A. Shiner on behalf of Creditor Renee R. Kalp

mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.

mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Diana Marie Dongell, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Rebecca L. Watkins, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Renee R. Kalp

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Ronald E. Hand, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Brian C. Thompson on behalf of Debtor Ronald G Linaburg

bthompson@ThompsonAttorney.com,

blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.c

om;kfinke@thompsonattorney.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC

ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the

United States Trustee

jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Date:  October 8, 2021          By:     /s/ Kristen Finke
                                        Kristen Finke, Paralegal
                                        Thompson Law Group, P.C.
                                        125 Warrendale Bayne Rd., Suite 200
                                        Warrendale, PA 15086
                                        (724) 799-8404 Telephone
                                        (724) 799-8409 Facsimile
                                        kfinke@thompsonattorney.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                     )

    Ronald G. Linaburg,    )

                       )

    Debtor.           )

_____)

    Ronald G. Linaburg,    )

    Movant,         )

    v.              )

    No Respondents,     )

    Respondent.      )

Bankruptcy No.: 20-22898-CMB

Chapter 11

Document No.:

Related to Document No.: 149

## AMENDED CERTIFICATE OF SERVICE

I, Kristen Finke, certify under penalty of perjury that I served the following Amended

Schedule(s): Schedule I and Schedule J, together with the Amendment Cover Sheet and proper

Notice, at Document Number 149, on the interested parties in the attached mailing matrix on

March 15, 2021, via electronic mail and/or first-class mail postage prepaid.

Date:   __September 16, 2021__       By:    _/s/ Kristen Finke_____
                                 Kristen Finke, Paralegal
                                 Thompson Law Group, P.C.
                                 125 Warrendale Bayne Rd., Suite 200
                                 Warrendale, PA 15086
                                 (724) 799-8404 Telephone
                                 (724) 799-8409 Facsimile
                                 kfinke@thompsonattorney.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
|     Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
|     Debtor. | ) | |
| | ) | |
| | ) | Document No.: 153 |
|     Ronald G. Linaburg, | ) | |
| | ) | Related to Document No.: 149 |
|     Movant, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
|     No Respondents, | ) | |
| | ) | |
|     Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

I, Kristen Finke, certify under penalty of perjury that I served the following Amended

Schedule(s): Schedule I and Schedule J at Document Number 149, on the interested parties in the

attached mailing matrix on March 15, 2021, via electronic mail and/or first-class mail postage

prepaid.


Date: __March 15, 2021__          By:    _/s/ Kristen Finke_____
                                           Kristen Finke, Paralegal
                                           Thompson Law Group, P.C.
                                           125 Warrendale Bayne Rd., Suite 200
                                           Warrendale, PA 15086
                                           (724) 799-8404 Telephone
                                           (724) 799-8409 Facsimile
                                           kfinke@thompsonattorney.com

bel Matrix for local noticing
15-2
sé 20-22898-CMB
STERN DISTRICT OF PENNSYLVANIA
ttsburgh
i Jan  6 15:12:21 EST 2021

Ascentium Capital LLC
23970 Highway 59 North
Kingwood, TX 77339-1535

Barry F. Cox
Rivertech Tax Preparation, LLC
26 South 27th Street
P.O. Box 4274
Pittsburgh, PA 15203-0274

llar Bank
00 Liberty Avenue
ttsburgh, PA 15222-4700

(c)DONNA M. DONAHER
FIRST NATIONAL BANK
12TH FEDERAL STREET
1 N SHORE CTR STE 503
PITTSBURGH PA  15212-5837

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

ri P. Ebeck
rnstein-Burkley
7 Grant Street
ite 2200 Gulf Tower
ttsburgh, PA 15219-1945

FBM Credit
200 1st Ave
Carnegie, PA 15106-2502

First National Bank of PA
4140 E. State Street
Hermitage, PA 16148-3401

rst National Bank of Pennsylvania
0 Federal Street
ttsburgh, PA 15212-5708

First National Bank of Pennsylvania
c/o Donna Donaher, Esquire
100 Federal Street, 4th Floor
Pittsburgh, PA 15212-5708

Hitachi Capital America
800 Connecticut Avenue
Norwalk, CT 06854-1738

R Supply Center
05 W State Street
w Castle, PA 16101-2070

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

William T. Kane
c/o Robert O Lampl Law Office
223 Fourth Avenue
4th Floor
Pittsburgh, PA 15222-1717

bert O Lampl
bert O Lampl Law Office
nedum Trees Building
3 Fourth Avenue, 4th Floor
ttsburgh, PA 15222-1713

Ronald G Linaburg
924 Valleyview Road
Pittsburgh, PA 15243-1022

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

fice of the United States Trustee
berty Center.
01 Liberty Avenue, Suite 970
ttsburgh, PA 15222-3721

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

A Receivables Management, LLC
Box 41021
rfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

oples Natural Gas Company LLC
o S. James Wallace, P.C.
5 N. Lincoln Ave.
ttsburgh, PA 15233-1828

Peoples Natural Gas Company LLC
c/o S. James Wallace, PC
845 North Lincoln Avenue
Pittsburgh, PA 15233-1828

Store Capital Acquisitions
8377 E Hartford Drive
Suite 100
Scottsdale, AZ 85255-5686

nchrony Bank
o of PRA Receivables Management, LLC
Box 41021
rfolk, VA 23541-1021

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086-6504

US Foods
9399 West Higgins Road, Suite 600
Rosemont, IL 60018-4940

sion Financial Group
5 Iron City Drive
ttsburgh, PA 15205-4321

S. James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219

William T. Kane
20013 Route 19
Cranberry Twp, PA 16066-6203

ii Hause, on Behalf of the United States T
fice of the United States Trustee
ite 960, Liberty Center
01 Liberty Avenue
ttsburgh, PA 15222-3714

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

C Bank
30 Liberty Avenue
ttsburgh, PA 15222

(d)PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

nna M. Donaher
rst National Bank
e North Shore Center
th Federal Street
ttsburgh, PA 15212

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34

<u>Text Order at document no. 151</u>

It is hereby ordered that, whereas the Debtor(s) filed amended schedule(s) at Doc. No. [149], any objections to the amendment(s) must be filed in accordance with W.PA.LBR. 1009-1. Together with service of notice of the amendment(s), the Debtor(s) shall provide notice to all affected parties, the Trustee (if one is appointed), and the United States Trustee that, to the extent applicable based upon the amendment(s) made, any objection to discharge, request for a 341 meeting, and/or objections to exemptions shall be filed on or before thirty days from the date of this Order or the date set forth in the Section 341 Meeting Notice, whichever is later. If the Debtor(s) fail to file a certificate of service showing that proper notice of the amendment(s) has been given in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules, including W.PA.LBR. 1009-1, and this Order, then the amendment(s) are null and void. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Carlota Bohm. Signed on 3/15/2021. (RE: related document(s): [149] Amended Schedules A B C G H I J). (gbro)

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ronald G Linaburg** | Social Security number or ITIN **xxx–xx–3395** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter **11   10/9/20** |
| Case number: **20–22898–CMB** | | |

## Official Form 309E (For Individuals or Joint Debtors)
# Notice of Chapter 11 Bankruptcy Case

12/15

For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ronald G Linaburg | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 924 Valleyview Road Pittsburgh, PA 15243 | |
| 4. | **Debtor's attorney** Name and address | Brian C. Thompson Thompson Law Group, P.C. 125 Warrendale Bayne Road Suite 200 Warrendale, PA 15086 | Contact phone 724–799–8404 Email bthompson@ThompsonAttorney.com |
| 5. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m, Erie Office: 9:00a.m. – 4:30p.m. Contact phone 412–644–2700 Date: 12/9/20 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 13, 2021 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**341 Meeting will be conducted by phone, please consult the docket or, US Trustee for call information.** |

| | | | |
|---|---|---|---|
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>   • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>   • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 3/14/21** |
| | | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>   • your claim is designated as *disputed, contingent,* or *unliquidated;*<br>   • you file a proof of claim in a *different* amount; or<br>   • you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **4/13/21**  For a governmental unit:<br>**4/7/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Ronald G. Linaburg** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **20-22898** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| 1. | Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed ■ Not employed | ■ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | Occupation | **Disabled** | Inside sales/marketing |
| | | Employer's name | | **Employers Services of Pittsburgh** |
| | Occupation may include student or homemaker, if it applies. | Employer's address | | **1029 Oak Ridge Road Canonsburg, PA 15317** |
| | | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ | 7,433.83 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ | 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ | 7,433.83 |

| Debtor 1 | Ronald G. Linaburg | | Case number (if known) | 20-22898 |
|---|---|---|---|---|

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 7,433.83 |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 983.86 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 2,567.35 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ 0.00 |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 3,551.21 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 3,882.62 |

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 2,500.24 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 17,293.67 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 2,615.00 | $ 1,763.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 486.80 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 | + $ 0.00 |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 22,408.91 | $ 2,249.80 |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 22,408.91 + $ 6,132.42 | = $ 28,541.33 |
|---|---|---|---|---|

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____

| | | 11. | + $ 0.00 |
|---|---|---|---|

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data*, if it applies

| | 12. | $ 28,541.33 |
|---|---|---|
| | | Combined monthly income |

**13. Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: [                                                                    ]

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Ronald G. Linaburg** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (If known) | **20-22898** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

**1. Is this a joint case?**

■ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

　☐ No

　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

**2. Do you have dependents?** ☐ No

Do not list Debtor 1 and Debtor 2.

■ Yes. Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **28** | ■ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

■ No

☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---:|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. $ | 1,743.29 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 1,016.41 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 2,478.52 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Official Form 106J　　　　　　　　**Schedule J: Your Expenses**　　　　　　　　page 1

| Debtor 1 | **Ronald G. Linaburg** | | Case number (if known) | **20-22898** |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 596.60 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 746.21 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 648.79 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 2,818.33 |
| 8. | **Childcare and children's education costs** | | 8. $ | 5,821.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 883.45 |
| 10. | **Personal care products and services** | | 10. $ | 1,671.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 1,016.75 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 750.08 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 1,926.53 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 650.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 357.28 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **Federal, PA, Local** | | 16. $ | 29,371.25 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 757.36 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:  **Daughter** | | 19. $ | 3,000.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 3,611.80 |
| | 20b. | Real estate taxes | 20b. $ | 813.17 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 473.66 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | 61,151.48 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 61,151.48 |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 28,541.33 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. –$ | 61,151.48 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -32,610.15 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here:

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                        )    Bankruptcy No. 20-22898-CMB

    Ronald G. Linaburg,     )

                         )    Chapter 11

                         )

        Debtor.         )

                         )    Document No.

    v.                     )

                         )    Related to Document No.

    No Respondent.      )

                         )

### AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), statement(s) are transmitted herewith:

___ Voluntary Petition *Specify reason for amendment:*


Official Form 6 Schedules (Itemization of Changes Must Be Specified)
- ___ Summary of Schedules
- ___ Schedule A – Real Property
- ___ Schedule B – Personal Property
- ___ Schedule C – Property Claimed as Exempt
- ___ Schedule D – Creditors holding Secured Claims
  - Check one:
  - __ Creditor(s) added
  - __ No Creditor(s) added
  - __ Creditor(s) deleted
- ___ Schedule E – Creditors Holding Unsecured Priority Claims
  - Check one:
  - __ Creditor(s) added
  - __ No Creditor(s) added
  - __ Creditor(s) deleted
- ___ Schedule F - Creditors Holding Unsecured Nonpriority Claims
  - Check one:
  - __ Creditor(s) added
  - __ No Creditor(s) added
  - __ Creditor(s) deleted
- ___ Schedule G – Executory Contracts and Unexpired Leases
  - Check one:
  - __ Creditor(s) added
  - __ No Creditor(s) added
  - __ Creditor(s) deleted
- ___ Schedule H – Codebtors
- _x_ Schedule I – Current Income of Individual Debtor(s)
- _x_ Schedule J – Current Expenditures of Individual Debtor(s)
- ___ Statement of Financial Affairs
- ___ Chapter 7 Individual Debtor's Statement of Intentions

—    Chapter 11 List of Equity Security Holders
—    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
—    Disclosure of Compensation of Attorney for Debtor
—    Other:_____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendments checked above has been given this date to the U.S. Trustee, the Trustee in this case, and all entities affected by this amendment.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Jodi Hause
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: <u>March 12, 2021</u>                    <u>/s/Brian C. Thompson</u>
                                             Attorney for Debtor(s)

                                             <u>Brian C. Thompson, Esquire</u>
                                             (Typed Name)

                                             <u>125 Warrendale Bayne Road, Warrendale, PA 15086</u>
                                             (Address)

                                             <u>(724) 799-8404</u>
                                             (Phone No.)

                                             <u>91197 – PA</u>
                                             List Bar I.D. and State of Admission

**EXHIBIT B**

**TO STATUS REPORT (ECF # 415)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 1:20-22898-CMB |
| | : | |
| RONALD G. LINABURG, | : | Chapter 11 |
| | : | |
| Debtor. | : | The Honorable Carlota M. Böhm |
| | : | Chief U.S. Bankruptcy Judge |

**NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY 2004**
**AND W.PA.LBR 2004-1 OF THE EXAMINATION OF, AND**
**PRODUCTION OF DOCUMENTS BY, DEBTOR RONALD G. LINABURG**

Minority Shareholder Creditors, Diana Marie Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D., each of whom are a creditor herein ("**Minority Shareholder Creditors**"), by and through their counsel, serve the within Notice Pursuant to Federal Rule of Bankruptcy 2004 and W.PA.LBR 2004-1 of the Examination of, and Production of Documents by, Debtor Ronald G. Linaburg ("**Debtor**").

In accordance with W.PA.LBR 2004-1(c), the Minority Shareholder Creditors request that Debtor appear for an examination on or after 28 days from today's date, *i.e.* **on or after Thursday, November 4, 2021 commencing at 9:30 a.m.**  The examination will be conducted at the offices of Porter Wright Morris & Arthur LLP, Six PPG Place, Third Floor, Pittsburgh, Allegheny County, Pennsylvania 15222, or alternatively, via video conference, and shall be held before a stenographer and notary public or other officer authorized by law to administer oaths. The examination shall be recorded by video, audiovisual and/or stenographic means and shall continue from day to day until completed.  The examination will be taken for discovery, use at trial or hearing, and any other authorized purpose.

## <u>TOPICS FOR EXAMINATION</u>

Pursuant to Bankruptcy Rule 2004, examination of the debtor is permitted relating to the "acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge … . the examination may also relate to . . . the source of any money . . . to be acquired by the debtor for purposes of consummating a plan . . ., and any other matter relevant to the case or to the formulation of a plan."  Fed. R. Bankr. P. 2004(b); *see also DeWitt v. First Nat'l Bank (In re DeWitt)*, 608 B.R. 794, 797-98 (Bankr. W.D. Pa. 2019)(citing *In re Millennium Lab Holdings, LLC*, 562 B.R. 614, 625-27 (Bankr. D. Del. 2016)(cleaned up))("The purpose of a Rule 2004 examination is to assist a party in interest in determining the nature and extent of the bankruptcy estate, revealing assets, examining transactions and assessing whether wrongdoing has occurred.").

Accordingly, Minority Shareholder Creditors intend to exam the Debtor on the following topics:

1.    All sources of income or other monies received by Debtor, including without limitation all income or other monies received from Associated Dental Specialists, Inc. ("ADS"), Dental Specialty Services, LLC ("DSS"), and Employer Services of Pittsburgh ("ESP"), from 2016 to the present;

2.    The disposition and/or current status of all income or other monies received by Debtor from ADS, DSS and/or ESP from 2016 to the present, including transfers or gifts made to Debtor's spouse, children, other relatives/family members, and/or other persons.

3.    Debtor's management of ADS, DSS, and/or ESP, and the payments, loans, or other transfers of monies, properties, or other assets from such entities to Debtor's spouse, children, other relatives/family members, and/or other persons.

4.    Any and all information concerning the properties and accounts listed and identified on Debtor's initial and amended Schedules A and B and all other relevant matters concerning those properties and accounts, including without limitation: (a) the dates when those properties were acquired or accounts were opened; (b) the sources of all monies used to purchase those properties or

deposited into those accounts; (c) the owners of the properties and accounts, including the initial signatories to those accounts and any changes or alterations to the signatories; and (d) any transfers or withdrawals of interests or funds involving such properties and accounts;

5.      Any and all information concerning the properties and accounts listed and identified on Debtor's initial and amended Schedule C and all other relevant matters concerning those properties and accounts, including without limitation: (a) the dates when those properties were acquired or accounts were opened; (b) the sources of all monies used to purchase those properties or deposited into those accounts; (c) the owners of the properties and accounts, including the initial signatories to those accounts and any changes or alterations to the signatories; and (d) any transfers or withdrawals of interests or funds involving such properties and accounts;

6.      Debtor's federal, state, and local income tax returns for the tax years 2016 through the present, including without limitation all schedules, amendments, Form W-2s, Form 1099s, and other related tax documents and information, including all communications with the pertinent taxing authorities; and

7.      Any and all relevant matters regarding Debtor's claim of dischargeability as it relates to the Minority Shareholder Creditors.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

### DEFINITIONS

The following definitions shall apply to these Requests:

1.      The terms "refer," "reflect" or "relate to," or any form thereof, as used herein shall mean, without limitation, constituting, concerning, referring to, alluding to, responding to, connected with, commenting upon, in respect to, about, regarding, discussing, showing, describing, reflecting or analyzing.

2.      The term "document" as used herein shall mean the original (or any copies when originals are not available) and any non-identical copies of any kind of written or graphic matter, however produced or reproduced, and including but not limited to:  papers; books; e-mails; letters; photographs; correspondence; telegrams; cables; telex messages; memoranda; notes; notations; work papers; transcripts; resolutions; certificates; opinions; reports; studies; analyses; evaluations; contracts; ledgers; journals; books or records of account; receipts; forms; invoices; calendars; appointment books; diaries; sound recordings; video; computer tapes; magnetic tapes; microfilms; all other records kept or stored by computerized, electronic, photographic, xerographic or mechanical means; and things similar to any of the foregoing however denominated.

3.      The term "identify," as used herein shall mean:

3

(a)     With respect to a natural person, to state the person's full name, present or last known residence and employment addresses, and present or last known business affiliation and title or position, and present, or if known, last known telephone number;

(b)     With respect to a corporation, to state the corporation's full name, date and state (or country, if not domestic) of incorporation and address of its principal office or offices;

(c)     With respect to a person, as defined above, other than a natural person or a corporation, to state its proper name or designation, its principal office address, and its present, or if unknown, its last known telephone number;

(d)     With respect to a document, whether or not the document is now in existence, to state the date the document bears or bore or, if undated, the date it was written, the name and address of each person who wrote it or who participated in the writing of it, name and address of the person to whom it was addressed and of each person to whom a copy of identified as being directed, the name and address of each person who received a copy of the document, a description of the document (for example, "letter" or "memoranda"), a detailed summary of the contents of the documents, the present location or the custodian of each copy or, if known, its last known location or custodian, if the document is no longer in existence or is no longer in the Defendant's possession, custody or control, the disposition made of the document, the reason or reasons for the disposition, and the date of the disposition; and

(e)     With respect to a communication, to state the method of communication (for example, personal conversation, telephone conversation, letter, telex, cable), its date and time, the identity of the person(s) making and the person(s) receiving the communication, the verbatim contents of the communication or, if the verbatim contents of the communication cannot be recalled, a detailed summary of the communication; and the identity of any document referring in any way to the communication (including location and custodian of the document).

4.     The term "communication" as used herein shall mean any manner or form of communication or exchange of information, whether oral, written or otherwise, and includes, without limitation, any meeting, conversation, telephone call, letter or exchange of documents.

5.     The term "person" as used herein shall mean the plural as well as the singular and shall include any natural person, firm, association, partnership, joint venture, business trust,

4

corporation, governmental or public entity, department, organization, agency, office, or any other entity.

6.    The connectives "and" and "or" as used herein shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope. The term "all" as used herein shall be understood to include and encompass "any." Wherever appropriate in these Requests, the singular form of a word shall include their plural. Likewise, words used in the plural shall also be taken to mean and include the singular. Wherever a masculine pronoun or possessive adjective appears, reference is made to both male and female persons, as appropriate.

7.    The term "you" or "your" shall refer to Debtor, Ronald G. Linaburg.

8.    The term "Minority Shareholder Creditors" shall refer to Diana Marie Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D. and Renee R. Kalp, D.M.D.

9.    The terms "ADS" and "Associated Dental Specialists, Inc." shall refer to Associated Dental Specialists, Inc. and its current or former subsidiaries, parent companies, officers, directors, employees, agents, contractors, attorneys and any other persons or entity acting on its behalf.

10.    The term "DSS" shall refer to Dental Specialty Services, LLC and its current or former subsidiaries, parent companies, officers, directors, employees, agents, contractors, attorneys and any other persons or entity acting on its behalf.

## INSTRUCTIONS

The following instructions shall apply to these Requests:

1.    In responding to these Requests, Debtor is requested to furnish all information, items and documents known or available to it regardless of whether such information, items and documents are directly in Debtor's or ADS's possession or that of ADS's agents, representatives, attorneys or experts.

2.    If any requested document or item was in the possession or custody of Debtor or subject to Debtor's control at some point in time, but is no longer, then Debtor must state the following: (a) when the document or item was created; (b) what was done with the document or item; (c) the identity of the current custodian of the document or item; (d) the identity of the person who made the decision to transfer or dispose of the document or item; and (e) the reasons for the transfer or disposal.

3.    Debtor shall respond to these Requests fully and completely. Where precise or exact information, data or dates requested are not available, Debtor shall state approximate information, data or dates with a designation that such information, data or dates are approximate rather than exact. If any of these Requests cannot be answered fully and completely, Debtor shall respond to the extent possible, specifying the reasons for Debtor's inability to answer the

remainder and stating the substance of Debtor's knowledge, information and belief concerning the subject matter of the unanswered portion.  Such a statement shall include the steps taken to locate any responsive documents or the requested information.  If You encounter any ambiguity in construing these Requests, state the construction used in answering.

4.    All electronically-stored information ("ESI") shall be produced in its native electronic format or, in the alternative, as single-page .tiff images accompanied by an ASCII load file, including all relevant metadata and email/attachment relationship.  In the case of e-mails, such database load file shall include the following metadata fields:  to, from, cc, bcc, email subject, date and time sent/received, folder, attachment file name, and full text.

5.    These Requests shall be deemed continuing so as to require supplemental responses and production.

6.    In responding to these Requests, Debtor is requested to produce the original documents as they are kept in the usual course of affairs or to organize and label them to correspond with categories in this discovery request.  If any document is responsive to more than one paragraph, Debtor may provide a single copy of the document indicating the paragraphs to which it is responsive in lieu of providing multiple copies.

7.    If anything has been deleted or redacted from a document or item produced in response to these Requests, Debtor must state the following in its response:  (a) the nature of the material deleted; (b) the reason for the deletion; and (c) the identity of the person responsible for the deletion.

8.    If objection is made to producing any document or item, or any portion thereof, or to disclosing any information contained therein on the basis of any claim of privilege, Debtor must specify in Debtor's response the nature of such information, items and documents, along with the nature of the privilege claimed.

**DOCUMENT REQUESTS**

Minority Shareholder Creditors request that Debtor produce the following documents

and/or things at least seven (7) business days before the Rule 2004 examination is scheduled to

take place:

1.    Debtor's bank statements, both business and personal, for each of Debtor's accounts listed on his Schedule C (ECF # 75) for the time period since those accounts were opened through the present;

2.    The account agreements and signature and/or registration cards for any and all bank accounts listed on Debtor's Schedule C (ECF # 75);

3.    Debtor's federal, state, and local income tax returns for the tax years 2016 through the present, including without limitation all schedules, amendments,

Form W-2s, Form 1099s, and other related tax documents and information, including all communications with the pertinent taxing authorities concerning such returns, schedules, amendments, forms, and related tax documents and information;

4.    To the extent not produced as part of any other litigation involving the Minority Shareholder Creditors, Debtor's business records for ADS dating back to March 1, 2017 to the present, including but not limited to:

   a)    Records of payments received by Debtor and his wife, children, and/or other relatives or family members from ADS;

   b)    Detailed records of what each payment from ADS to Debtor and his wife, children, and/or other relatives or family members, was spent on, including a compilation of all notes, entries, invoices, receipts, etc., for materials or goods purchased; and

   c)    Detailed records of what each payment from ADS to persons other than Debtor and his wife, children, and/or other relatives or family members, was spent on, including a compilation of all notes, entries, invoices, receipts, etc., for materials or goods purchased.

5.    To the extent not produced as part of any other litigation involving the Minority Shareholder Creditors, Debtor's business records for DSS dating back to September 1, 2018 to the present, including but not limited to:

   a)    Records of payments received by Debtor and his wife, children, and/or other relatives or family members from DSS;

   b)    Detailed records of what each payment from DDS to Debtor and his wife, children, and/or other relatives or family members, was spent on, including a compilation of all notes, entries, invoices, receipts, etc., for materials or goods purchased; and

   c)    Detailed records of what each payment from DDS to persons other than Debtor and his wife, children, and/or other relatives or family members, was spent on, including a compilation of all notes, entries, invoices, receipts, etc., for materials or goods purchased.

6.    To the extent not produced as part of any other litigation involving the Minority Shareholder Creditors, Debtor's business records for ESP dating back to its date of formation through the present, including but not limited to:

   a)    Records of payments received by Debtor and his wife, children, and/or other relatives or family members from ESP;

7

    b)    Detailed records of what each payment from ESP to Debtor and his wife, children, and/or other relatives or family members, was spent on, including a compilation of all notes, entries, invoices, receipts, etc., for materials or goods purchased; and

    c)    Detailed records of what each payment from ESP to persons other than Debtor and his wife, children, and/or other relatives or family members, was spent on, including a compilation of all notes, entries, invoices, receipts, etc., for materials or goods purchased.

7.      All documents that consist of, or reflect, refer or relate to communications regarding the W-2s for ADS for the calendar years 2017 and 2018.

8.      To the extent not produced as part of any other litigation involving the Minority Shareholder Creditors, all of the following documents prepared for the calendar years 2017 to the present for ADS, DDS, and/or ESP, including any documents that consist of, or reflect, refer, or relate to communications regarding the following documents:

    a.   Profit and loss statements;
    b.   Income statements;
    c.   Cash receipts journal;
    d.   Cash disbursements journal;
    e.   Check register;
    f.   General journal; and
    g.   General ledger.

9.      All documents that consist of, or reflect, refer or relate to the reconciliation worksheets ADS prepared for and provided to the Minority Shareholder Creditors in years 2017 and 2020.

10.      All documents that consist of, or reflect, refer or relate to the "holdbacks" on Minority Shareholder Creditors' compensation calculations for the time period of 2017 to the present.

11.      All documents and communications that consist of, or reflect, refer or relate to any adjustments ADS unilaterally made to the Minority Shareholder Creditors' compensation.

12.      All meeting minutes of meetings held by ADS's Board of Directors between 2016 and the present, including without limitation all Word versions and/or executed versions of said board meeting minutes.

13.      Any and all documents and communications that refer to, discuss, reflect or relate to any valuation of the business of ADS.

14.     Any and all documents and communications that refer to, discuss, reflect or relate to any valuation of the outstanding stock of ADS.

15.     Any and all documents and communications that refer to, discuss, reflect or relate to any analysis of valuation of a buy-out formula for the outstanding stock of ADS.

16.     Any and all documents and communications that refer to, discuss, reflect or relate to the "Compensation Guidelines" or "Compensation Program" cited to and referenced in each of the Shareholder Creditor's Employment Agreements with ADS.

17.     Any and all documents and communications that refer to, discuss, reflect or relate to the By-Laws of ADS, including without limitation all prior versions of the By-Laws dated between 2016 and the present.

18.     Any and all documents and communications that refer to, discuss, reflect or relate to the organization structure of ADS, including without limitation all prior versions of any organization structure or chart dated between 2016 and the present.

19.     A complete electronic image of the secured "N Drive" located on ADS's computer network and/or server.

The Minority Shareholder Creditors reserve all of their rights to serve additional requests to conduct additional examinations and/or for the production of documents.

Respectfully submitted,

Dated: October 7, 2021                    */s/ Ronald L. Hicks, Jr.*
                                          Ronald L. Hicks, Jr., Esquire
                                          Pa. I.D. No. 49520
                                          RHicks@porterwright.com
                                          Carolyn B. McGee, Esquire
                                          Pa. I.D. No. 208815
                                          CBMcGee@porterwright.com

                                          PORTER WRIGHT MORRIS & ARTHUR LLP
                                          6 PPG Place, Third Floor
                                          Pittsburgh, PA 15222
                                          (412) 235-4500

                                          *Counsel for Diana Marie Dongell, D.M.D.*

*and*

/s/ Michael A. Shiner
Michael A. Shiner, Esquire
Pa. I.D. No. 78088
mshiner@tuckerlaw.com
Maribeth Thomas, Esquire
Pa. I.D. No. 208376

TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212

*Counsel for Ronald E. Hand, D.M.D., Rebecca L.
Watkins, D.M.D. and  Renee R. Kalp, D.M.D.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 1:20-22898-CMB |
| | : | |
| RONALD G. LINABURG, | : | Chapter 11 |
| | : | |
| Debtor. | : | The Honorable Carlota M. Böhm |
| | : | Chief U.S. Bankruptcy Judge |

**<u>CERTIFICATE OF SERVICE</u>**

I, Ronald L. Hicks, Jr., Esquire, hereby certify under penalty of perjury that on this 8th day of October, 2021, a true and correct copy of the foregoing **Notice Pursuant to Federal Rule of Bankruptcy 2004 and W.PA.LBR 2004-1 of the Examination of, and Production of Documents by, Debtor Ronald G. Linaburg** was served via First Class U.S. Mail, postage prepaid, upon the parties identified in the attached mailing matrix, as well as the additional parties listed below:

| | |
|---|---|
| Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania <br> donaherd@fnb-corp.com | Maria Miksich on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION <br> mmiksich@kmllawgroup.com |
| Keri P. Ebeck on behalf of Creditor Duquesne Light Company <br> kebeck@bernsteinlaw.com, <br> jbluemle@bernsteinlaw.com | Brian Nicholas on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION <br> bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt on behalf of Creditor Municipality of Mt. Lebanon <br> jhunt@grblaw.com, <br> cnoroski@grblaw.com | John R. O'Keefe, Jr. on behalf of Creditor Dollar Bank, Federal Savings Bank <br> jokeefe@metzlewis.com |

William E. Kelleher, Jr. on behalf of
Mediator William E. Kelleher, Jr.
bill.kelleher@dentons.com,
michelle.graeb@dentons.com,
pg.rib.filings.us.dcg@dentons.com

Jodi Hause, on Behalf of the United States
Trustee by on behalf of U.S. Trustee Office
of the United States Trustee
Jodi.hause@usdoj.gov
David.A.Berry@usdoj.gov
Steven.W.Albright@usdoj.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert O Lampl on behalf of Interested
Party William T. Kane
rol@lampllaw.com,
jschemm@lampllaw.com;
jlacher@lampllaw.com;
jcooney@lampllaw.com;
rcooney@lampllaw.com;
slampl@lampllaw.com;
aholmquist@lampllaw.com;
kmonahan@lampllaw.com

Roger P. Poorman on behalf of Creditor
Dollar Bank, Federal Savings Bank
rpoorman@metzlewis.com,
mmattheis@metzlewis.com

Michael A. Shiner on behalf of Creditor
Renee R. Kalp
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor
Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant
Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor
Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant
Renee R. Kalp, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Defendant
Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Michael A. Shiner on behalf of Defendant
Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Defendant
Renee R. Kalp, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor
Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Defendant
Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor
Renee R. Kalp
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Brian C. Thompson on behalf of Debtor
Ronald G Linaburg
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;
bthompson@ecf.courtdrive.com;
jcastello@thompsonattorney.com;
kfinke@thompsonattorney.com

Maribeth Thomas on behalf of Creditor
Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Brian C. Thompson on behalf of Plaintiff
Ronald G Linaburg
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;
bthompson@ecf.courtdrive.com;
jcastello@thompsonattorney.com;
kfinke@thompsonattorney.com

Paul R. Yagelski on behalf of Creditor
Reinhart FoodService, LLC
pryagelski@rothmangordon.com
jdmyers@rothmangordon.com

S. James Wallace on behalf of Creditor
Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com,
Equitablebankruptcy@peoples-gas.com

Donna M. Donaher
First National Bank
One North Shore Center
12th Federal Street
Pittsburgh, PA 15212

Jodi Hause, on Behalf of the United States
Trustee
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

Ronald G Linaburg
924 Valleyview Road
Pittsburgh, PA 15243-1022

Keri P. Ebeck
Bernstein-Burkley
707 Grant Street Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1945

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

FBM Credit
200 1st Ave
Carnegie, PA 15106-2502

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1713

First National Bank of PA
4140 E. State Street
Hermitage, PA 16148-3401

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Barry P. Cox
Rivertech Tax Preparation, LLC
26 South 27th Street
P.O. Box 4274
Pittsburgh, PA 15203-0274

First National Bank of Pennsylvania
100 Federal Street
Pittsburgh, PA 15212-5708

William T. Kane
c/o Robert O. Lampl Law Office
223 Fourth Avenue 4th Floor
Pittsburgh, PA 15222-1717

Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339-1535

Dollar Bank
2700 Liberty Avenue
Pittsburgh, PA 15222-4700

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

PNC Bank Retail Lending
2730 Liberty Avenue
Pittsburgh, PA 15222

US Foods
9399 West Higgins Road, Suite 600
Rosemont, IL 60018-4940

Hitachi Capital America
800 Connecticut Avenue
Norwalk, CT 06854-1738

IRR Supply Center
1205 W State Street
New Castle, PA 16101-2070

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Store Capital Acquisitions
8377 E Hartford Drive
Suite 100
Scottsdale, AZ 85255-5686

Vision Financial Group
615 Iron City Drive
Pittsburgh, PA 15205-4321

William T. Kane
20013 Route 19
Cranberry Twp, PA 16066-6203

Raymond C. Vogliano
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Pennsylvania Dept. of Revenue
Department 280946
PO Box 280946
Attn:  Bankruptcy Division
Harrisburg, PA 17128-0946

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Internal Revenue Service
Special Procedures Division
PO Box 628
Bankruptcy Section
Pittsburgh, PA 15230

S. James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086-6504

Dated: October 8, 2021

*/s/ Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr., Esquire
Pa. I.D. No. 49520
RHicks@porterwright.com
Carolyn B. McGee, Esquire
Pa. I.D. No. 208815
CBMcGee@porterwright.com

PORTER WRIGHT MORRIS & ARTHUR LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500

*Counsel for Diana Marie Dongell, D.M.D.*