**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Ronald G. Linaburg,                     :          Case No.: 20-22898-CMB
                                                :
                                                :          Reporting Period:  September, 2021
                                                :
                                                :          Chapter 11

**<u>MONTHLY OPERATING REPORT</u>**

# UNITED STATES BANKRUPTCY COURT

## <u>WESTERN</u>   DISTRICT OF   <u>PENNSYLVAN</u>

| | | |
|---|---|---|
| In Re. Linaburg, Ronald G. | § | Case No.  <u>20-22898</u> |
| | § | |
| | § | |
| Debtor(s) | § | |
| | | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: <u>09/30/2021</u>        Petition Date: <u>10/09/2020</u>

Months Pending: <u>12</u>        Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:        Accrual Basis ◯        Cash Basis ◉

Debtor's Full-Time Employees (current):        0

Debtor's Full-Time Employees (as of date of order for relief):        0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☒ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Brian C. Thompson
Signature of Responsible Party

10/12/2021
Date

BRIAN C. THOMPSON
Printed Name of Responsible Party

THOMPSON LAW GROUP, P.C.
125 WARRENDALE BAYNE ROAD, SUITE 200
WARRENDALE, PA  15086
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)        1

Debtor's Name  Linaburg, Ronald G.

Case No.  20-22898

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $20,942 | |
| b. | Total receipts (net of transfers between accounts) | $62,649 | $411,681 |
| c. | Total disbursements (net of transfers between accounts) | $67,824 | $396,164 |
| d. | Cash balance end of month (a+b-c) | $15,767 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $67,824 | $396,164 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name  Linaburg, Ronald G.                                Case No.  20-22898

### Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $64,941.74 | $95,691.19 | $0 | $95,691.19 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | THOMPSON LAW GROUP | Lead Counsel | $62,791.74 | $90,716.19 | $0 | $90,716.19 |
| ii | RIVERTECH TAX PREPARA | Financial Professional | $2,150 | $4,975 | $0 | $4,975 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $52,054 | $52,054 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $31,860 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ●  No ○  N/A ○ | |
| i. | Do you have:          Worker's compensation insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| | General liability insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ●  No ○ | |

UST Form 11-MOR (06/07/2021)                    3

Debtor's Name Linaburg, Ronald G.                                    Case No. 20-22898

| | | | | |
|---|---|---|---|---|
| k. | Has a disclosure statement been filed with the court? | | Yes ◉ | No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ◉ | No ○ |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $62,649 |
| d. | Total income in the reporting period (a+b+c) | $62,649 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $12,158 |
| h. | All other expenses | $55,666 |
| i. | Total expenses in the reporting period (e+f+g+h) | $67,824 |
| j. | Difference between total income and total expenses (d-i) | $-5,175 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Ronald G. Linaburg | RONALD G. LINABURG |
| Signature of Responsible Party | Printed Name of Responsible Party |
| DEBTOR | 10/12/2021 |
| Title | Date |

# RONALD G. LINABURG DIP ACCOUNT
## Monthly Bank Reconciliation

| | | Bank Statement Date: | 10/4/2021 | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Ending Balance from Bank Statement | | | | $15,896.31 |

Add Deposits in Transit:

| Deposit Date | Amount | Deposit Date | Amount | |
|---|---|---|---|---|
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |

| | | | |
|---|---|---|---|
| **Total Deposits in Transit** | | | **$0.00** |
| **Subtotal** | | | **$15,896.31** |

Subtract Outstanding Checks:

| Check Number | Amount | Check Number | Amount | |
|---|---|---|---|---|
| 110 | $130.00 | | | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |

| | | | |
|---|---|---|---|
| **Total Outstanding Checks** | | | **$130.00** |
| **Computed Book Balance** | | | **$15,766.31** |
| Balance per Your Books | | | $15,766.31 |
| **Difference** | | | **$0.00** |



**Dollar Bank**
Since 1855

RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

ACCOUNT NUMBER:
STATEMENT DATE:  09/03/21 THRU 10/04/21
VIRGINIA MANOR
1717 COCHRAN ROAD

(412) 531-2422

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| FREE CHKG | 21,071.66 | 67,824.35 | 62,649.00 | 15,896.31 | 38,720.93 | 0.00% | 0.00 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 319 | 275.00 | 324 | 451.83 | 332 * | 275.00 | 337 | 44,057.00 |
| 320 | 984.40 | 327 * | 433.75 | 333 | 3,611.80 | 338 | 7,997.00 |
| 321 | 149.80 | 328 | 485.66 | 334 | 130.00 | | |
| 322 | 1,800.00 | 329 | 32.10 | 335 | 159.51 | | |
| 323 | 190.73 | 330 | 614.00 | 336 | 1,600.00 | | |

## FREE CHECKING ACTIVITY

| DATE | | TRANSACTION DESCRIPTION | AMOUNT | DATE | | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09/13 | CHK | 319  SEQ# 18000420 | 275.00 | 09/24 | CHK | 332  SEQ# 18012799 | 275.00 |
| 09/14 | CHK | 320  SEQ# 18013765 | 984.40 | 09/24 | ECK | VERIZON | 265.99 |
| 09/14 | CHK | 321  SEQ# 18013764 | 149.80 | | | PAYMENTS CK# 0325 | |
| 09/15 | DIR | SSA  TREAS 310 | 2,649.00+ | 09/24 | ECK | AT&T Services | 247.10 |
| | | XXSOC SEC | | | | CHECKPAYMT CK# 0326 | |
| 09/21 | FEE | CHECK ORDER | 93.00 | 09/27 | ECK | CAPITAL ONE ARC | 3,952.68 |
| 09/22 | CHK | 333  SEQ# 16002277 | 3,611.80 | | | CHECK PYMT CK# 0331 | |
| 09/22 | CHK | 328  SEQ# 18005686 | 485.66 | 09/27 | CHK | 322  SEQ# 18008106 | 1,800.00 |
| 09/22 | CHK | 327  SEQ# 18006172 | 433.75 | 09/29 | CHK | 334  SEQ# 18013784 | 130.00 |
| 09/23 | WIR | DEP-WIRE DOMESTIC | 60,000.00+ | 09/30 | CHK | 335  SEQ# 18007563 | 159.51 |
| 09/23 | FEE | INCOMING WIRE | 18.00 | 10/01 | CHK | 338  SEQ# 18006487 | 7,997.00 |
| 09/23 | CHK | 324  SEQ# 18005155 | 451.83 | 10/01 | CHK | 336  SEQ# 18013601 | 1,600.00 |
| 09/23 | CHK | 323  SEQ# 18006615 | 190.73 | 10/04 | CHK | 337  SEQ# 18030868 | 44,057.00 |
| 09/24 | CHK | 330  SEQ# 18008114 | 614.00 | 10/04 | CHK | 329  SEQ# 18024024 | 32.10 |

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |



PAGE    2

ACCOUNT BALANCES MAINTAINED DURING SEPTEMBER
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $17,687.25 | $35,002.40 | $0.00 | $0.00 | $35,002.40 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK

Ronald G Linaburg DIP account
September check disbursements

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 9/9/2021 | 319 | Rivertech Tax Preparation LLC | $275.00 |
| 9/9/2021 | 320 | Northern Lawns LP | $984.40 |
| 9/9/2021 | 321 | Northern Lawns LP | $149.80 |
| 9/18/2021 | 322 | Kristen Nell | $1,800.00 |
| 9/18/2021 | 323 | Peoples Gas | $190.73 |
| 9/18/2021 | 324 | Duquesne Light Co | $451.83 |
| 9/18/2021 | 325 | Verizon | $265.99 |
| 9/18/2021 | 326 | AT&T | $247.10 |
| 9/18/2021 | 327 | Mt. Lebanon PA (JTS) | $433.75 |
| 9/18/2021 | 328 | PA American Water | $485.66 |
| 9/18/2021 | 329 | Shamrock Lawn | $32.10 |
| 9/18/2021 | 330 | Bartlett Tree Experts | $614.00 |
| 9/19/2021 | 331 | Capital One | $3,952.68 |
| 9/20/2021 | 332 | Rivertech Tax Preparation LLC | $275.00 |
| 9/20/2021 | 333 | Dollar Bank | $3,611.80 |
| 9/21/2021 | 334 | Maroadi Transfer & Storage | $130.00 |
| 9/21/2021 | 335 | Metro Dry Cleaning | $159.51 |
| 9/27/2021 | 336 | Rivertech Tax Preparation LLC | $1,600.00 |
| 9/27/2021 | 337 | United States Treasury | $44,057.00 |
| 9/27/2021 | 338 | PA Department of Revenue | $7,997.00 |
| | | | $67,713.35 |

Sept DIP account

Pd receipts

# Statement

## Rivertech Tax Preparation, LLC
### 26 S. 27th Street, PO Box 4274

**412-381-0910**
**412-381-4259 (Fax)**

| Date |
|---|
| 8/31/2021 |

| To: |
|---|
| Linaburg, Ronald |
| 924 Valleyview Rd |
| Pittsburgh, PA  15243 |

| Amount Due |
|---|
| $275.00 |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2020 | Balance forward | | 300.00 |
| 01/06/2021 | PMT #152. | -300.00 | 0.00 |
| 02/11/2021 | INV #5498. Due 02/11/2021. | 300.00 | 300.00 |
| 02/19/2021 | PMT #211. | -300.00 | 0.00 |
| 03/28/2021 | INV #5798. Due 03/28/2021. | 550.00 | 550.00 |
| 04/02/2021 | PMT #236. | -550.00 | 0.00 |
| 04/19/2021 | INV #5898. Due 04/19/2021. | 275.00 | 275.00 |
| 04/30/2021 | PMT #250. | -275.00 | 0.00 |
| 05/25/2021 | INV #5997. Due 05/25/2021. | 275.00 | 275.00 |
| 05/28/2021 | PMT #265. | -275.00 | 0.00 |
| 06/29/2021 | INV #6027. Due 06/29/2021. | 275.00 | 275.00 |
| 07/02/2021 | PMT #284. | -275.00 | 0.00 |
| 07/14/2021 | INV #6034. Due 07/14/2021. | 275.00 | 275.00 |
| 07/23/2021 | PMT #293. | -275.00 | 0.00 |
| 08/12/2021 | INV #6052. Due 08/12/2021. | 275.00 | 275.00 |

*— July 2021 MOR*

| Amount Due |
|---|
| $275.00 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

319

DATE 9-9-21

PAY TO THE
ORDER OF River Tech Tax Prep          $ 275.00

Two hundred seventy five XX/100          DOLLARS

**Dollar Bank** Since 1855

MEMO

th Street, PO Box
an Express.

Northern Lawns, LP
120 Ridgeway Court
Pittsburgh, PA 15228
  412-563-5849

# Invoice

| Due Date | Date | Invoice # |
|----------|------|-----------|
| 7/30/2021 | 6/30/2021 | |

Bill To

Ron & Judy Linaburg
924 Valleyview Road
Pittsburgh, PA  15243

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

New e-mail address? Enter here: _____

| Balance Due | $984.40 |
|-------------|---------|

120 Ridgeway Court
Pittsburgh, PA 15228

| Description | Amount |
|-------------|--------|
| Dale's labor 6/2/21: 4 hrs x $50/hr | 200.00 |
| Brad's labor: 6/2/21: 4 hrs x $45/hr | 180.00 |
| Garrett's labor 6/2/21: 4 hrs x $45/hr | 180.00 |
| Jack's labor 6/2/21: 4 hrs x $45/hr | 180.00 |
| Jason's labor 6/2/21: 4 hrs x $45/hr | 180.00 |
| Sales Tax | 64.40 |

320

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

DATE 9-9-21

PAY TO THE ORDER OF   Northern Lawn   $ 984.40

Nine hundred eighty four 40/100   DOLLARS

**Dollar Bank**  Since 1855

MEMO  Inv?

We appreciate yo

Pay your bill online at www.northernlawns.com

| | $984.40 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $984.40 |

Northern Lawns, LP
120 Ridgeway Court
Pittsburgh, PA 15228
412-563-5849

# Invoice

| Due Date | Date | Invoice # |
|---|---|---|
| 9/30/2021 | 8/31/2021 |  |

Bill To

Ron & Judy Linaburg
924 Valleyview Road
Pittsburgh, PA  15243

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

New e-mail address? Enter here: _____

| **Balance Due** | **$149.80** |
|---|---|

120 Ridgeway Court
Pittsburgh, PA 15228

| Description | Amount |
|---|---|
| Lawn mowed & edged - 8/4/21 | 35.00 |
| Lawn mowed & edged - 8/11/21 | 35.00 |
| Lawn mowed & edged - 8/20/21 | 35.00 |
| Lawn mowed & edged - 8/26/21 | 35.00 |
| Sales Tax | 9.80 |



We a

Pay you    online at www.northernlawns.com

| Total | $149.80 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $149.80 |

CK# 322 · 9-18-21

| Statement | | | | | | | | | | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| TO | IN ACCOUNT WITH | DATE | | | TERMS | | | | | |

1820

By Check to Kristen Nell & Matt
1G 1 Dan Dr, PA# 15216

CURRENT | OVER 30 DAYS | OVER 60 DAYS

---

RONALD G. LINABURG
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG·
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

0-7438
2430

322

DATE  9-18-2021

PAY TO THE
ORDER OF  Kristen Nell                            $ 1,820.00

One thousand eight hundred and 00/100  DOLLARS

**Dollar Bank.**
Since 1855

MEMO

**RONALD LINABURG**

924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

**PEOPLES** An Essential Utilities Company

For 24/7 account access: peoplesaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| | Sep 13, 2021 | 10/12 - 10/13/2021 | 13 |

For General Information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**.

## Summary of Basic Charges

**Credits And Charges-Since Your Last Bill**

| | |
|---|---|
| Balance from last bill | $164.96 |
| Payment on AUG 30, 2021 - Thank You | 164.96 CR |
| **Balance** | **$0.00** |

**Current Charges**
**Residential (RS)(E)**

| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.9910 per MCF | 59.82 |
| Delivery Charge | |
| 20.0 MCF @ $4.3590 | 87.18 |
| Capacity Charge $1.7845 per MCF | 35.69 |
| Tax Repairs Surcredit | 6.52 CR |
| State Tax Surcharge @ 0.05% | .04 |

| | |
|---|---|
| **Total Current Charges** | **$190.73** |
| **Total Account Balance** | **$190.73** |

Peoples current charges include $2.10 in state taxes.

Your PRICE TO COMPARE is $2.99 per MCF.

### Shopping Information Box
When shopping for gas with a Natural Gas Supplier please provide the following:

Account Number:
Rate Schedule: Residential (RS)(E)

If you are already shopping, know your contract expiration date.



### Monthly Usage Comparison

| Average Daily Temperature | 2020 | 2021 |
|---|---|---|
| For This Billing Period | 72°F | 72°F |

Gas Use in MCF

Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug
2020                                    2021

Actual ☐   Estimate ☐   Customer Read ■   Adjusted Usage ☐

Average monthly use: 23.9 MCF
Total annual use: 265.6 MCF

### Billing Period And Meter Readings

| Date | Read Type | Reading | Difference |
|---|---|---|---|
| Meter Number | | | |
| SEP 13, 2021 | Actual | 587.3 | 20.0 |
| AUG 12, 2021 | Actual | 567.3 | |
| **MCF Used in 32 Days** | | | **20.0** |

**Please Pay**  Account Balance of $190.73 by OCT 05, 2021 to avoid a Late Payment Charge of $2.86 (1.5% per month )

Effective July 1, 2021, the Distribution System Improvement Charge (DSIC) increased from -0.06 % to 0.00 %.
This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure.
Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment.
You can pay this bill by Credit / Debit Card or Electronic Check. Call ACI Speedpay at 1-866-338-5491.
Service Fees Apply. Visit our website at www.peoples-gas.com for further information.



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

323

DATE 9-18-2021

PAY TO THE ORDER OF Peoples                    $ 190.73

One hundred ninety and 73/100 ____ DOLLARS

**Dollar Bank.**
Since 1855

MEMO

**RONALD LINABURG**

324 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

PEOPLES™ | An Essential Utilities Company
For 24/7 account access: peoplesaccount.com

| Account Number | Date Prepared | Next Meter Reading | B | |
|---|---|---|---|---|
| | Sep 13, 2021 | 10/12 - 10/13/2021 | 13 | |

For General information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**.

## Summary of Basic Charges

**Credits And Charges Since Your Last Bill**

| | |
|---|---|
| Balance from last bill | $164.96 |
| Payment on AUG 30, 2021 - Thank You | 164.96 CR |
| **Balance** | **$0.00** |

**Current Charges**
**Residential (RS)(E)**

| | |
|---|---|
| Customer Charge - 1 Month | $14.52 |
| Commodity Charge $2.9910 per MCF | 59.82 |
| Delivery Charge | |
| 20.0  MCF @  $4.3590 | 87.18 |
| Capacity Charge $1.7845 per MCF | 35.69 |
| Tax Repairs Surcredit | 6.52 CR |
| State Tax Surcharge @ 0.05% | .04 |

| | |
|---|---|
| **Total Current Charges** | **$190.73** |
| **Total Account Balance** | **$190.73** |

Peoples current charges include $2.10 in state taxes.

Your PRICE TO COMPARE is $2.99 per MCF.

## Shopping Information Box

When shopping for gas with a Natural Gas Supplier please provide the following:

Account Number
Rate Schedule: Residential (HS)(E)

If you are already shopping, know your contract expiration date.



**Monthly Usage Comparison**

| Average Daily Temperature | 2020 | 2021 |
|---|---|---|
| For This Billing Period | 72°F | 72°F |

Gas Use in MCF

| | |
|---|---|
| Average monthly use: | 23.9 MCF |
| Total annual use: | 265.6 MCF |

☐ Actual    ☐ Estimate    ■ Customer Read    ☐ Adjusted Usage

**Billing Period And Meter Readings**

| Date | Read Type | Reading | Difference |
|---|---|---|---|
| Meter Number | | | |
| SEP 13, 2021 | Actual | 587.3 | 20.0 |
| AUG 12, 2021 | Actual | 567.3 | |
| **MCF Used in 32 Days** | | | **20.0** |

**Please Pay**   Account Balance of **$190.73** by **OCT 05, 2021** to avoid a Late Payment Charge of **$2.86 (1.5% per month )**

Effective July 1, 2021, the Distribution System Improvement Charge (DSIC) increased from -0.06 % to 0.00 %.
This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure.
Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment.
You can pay this bill by Credit / Debit Card or Electronic Check. Call ACI Speedpay at 1-866-338-5491.
Service Fees Apply. Visit our website at www.peoples-gas.com for further information.

# DLC
— DUQUESNE LIGHT CO. —

RONALD G LINABURG
924 VALLEYVIEW RD

Account #

| Due Date | Amount Due |
|---|---|
| 10/05/2021 | $451.83 |

## Bill Summary



Amount Due
**$451.83**

Supply Charges

DLC Charges

| Bill ID | Date Prepared: 09/14/2021 |
|---|---|
| Previous Account Balance | $563.72 |
| Payment(s) Received as of 08/30/2021 | -$563.72 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $234.15 |
| Supply Charges | $217.68 |
| **AMOUNT DUE BY 10/05/2021** | **$451.83** |

## Message Center

Want to switch to e-Bill? Scan here to learn more and register today!

DLC and Dollar Energy Fund partner to provide assistance to customers struggling to pay their electric bill. Support your neighbors in need by making a tax deductible monthly pledge at **DuquesneLight.com/dollar**.


**DOLLAR ENERGY FUND**

## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|---|---|---|---|---|
| Current Month | 2937 | 98 | 30 | 71 |
| Last Month | 3686 | 119 | 31 | 75 |
| Same Month Last Year | 3538 | 111 | 32 | 74 |



⊡ Last Year    ⊡ This Year

Average Monthly Usage for the last 12 months: 2500 kWh
Total Annual Usage for the last 12 months: 29999 kWh

BI_POSTAL_20210914PRD.xml-83031-000003144

💻 **Online:** www.DuquesneLight.com          📞 **Phone:** 412-393-7100          *Billing and meter reading details on page 3*

## Account Detail

🏠 924 VALLEYVIEW RD                                                    Supplier Agreement ID

### Meter Reading Usage Information

| Meter Number | | |
|---|---|---|
| Present | 09/14/2021 Act | 29,733.2620 |
| Prior | 08/15/2021 Act | 26,796.3930 |
| Difference | | 2,936.8690 |
| Your Meter Multiplier | | 1 |
| Total kWh Used | | 2,936.8690 |

### Current Bill Details

| | | |
|---|---|---|
| DLC Rate | RS-Residential Service | |
| Price to Compare | $0.0741 / kWh | |
| **DLC Charges** | | **$234.15** |
| Customer Charge | | $12.51 |
| Distribution | 2936.8690 kWh@ $0.071693 | $210.55 |
| DSIC Surcharge | 4.98% | $11.11 |
| Pennsylvania Tax Adjustment | | -$0.02 |
| | | |
| **Supply Charges** | | **$217.68** |
| Supply | 2936.8690 kWh@ $0.054595 | $160.34 |
| Transmission | 2936.8690 kWh@ $0.019523 | $57.34 |

| Total kWh Used | 2,936.8690 | Service Charges | $451.83 |
|---|---|---|---|

## Shopping and Supplier Information

When shopping for electricity with an Electric Generation Supplier, please provide the following information:

**Supplier Agreement ID:** _____
**Rate Schedule: RS-Residential Service**

The current Price to Compare is listed above in Account Detail and will change every June and December. For more information & supplier offers visit www.PAPowerSwitch.com and www.oca.state.pa.us.

## Additional Notifications

- Give to Dollar Energy Fund to help people without heat or light. Make a monthly pledge at www.duquesnelight.com or send a check to Duquesne Light Hardship Fund Donations, 411 Seventh Avenue MD 15-1, Pittsburgh, PA 15219. Your gift is tax deductible.
- Duquesne Light offers energy efficiency programs to help customers save money by conserving energy and reducing demand. To participate or to learn more about these programs, visit www.wattchoices.com.
- You can join our Budget Plan by calling us at (412) 393-7100. If eligible, the Budget Plan will begin with your next bill. For this bill, please pay the Amount Due shown.
- SIGN UP FOR AUTOPAY and learn about other convenient payment options by visiting our website www.duquesnelight.com.
- Estimated Gross Receipts Tax of $26.65 and Estimated PA State Tax of $30.72 are included in your rates.



## Account Detail

🏠 924 VALLEYVIEW RD

Supplier Agreement ID:

### Meter Reading Usage Information

| Meter Number | | |
|---|---|---|
| Present | 09/14/2021 Act | 29,733.2620 |
| Prior | 08/15/2021 Act | 26,796.3930 |
| Difference | | 2,936.8690 |
| Your Meter Multiplier | | 1 |
| Total kWh Used | | 2,936.8690 |

### Current Bill Details

| | | |
|---|---|---|
| DLC Rate | RS-Residential Service | |
| Price to Compare | $0.0741 / kWh | |
| **DLC Charges** | | **$234.15** |
| Customer Charge | | $12.51 |
| Distribution | 2936.8690 kWh@ $0.071693 | $210.55 |
| DSIC Surcharge | 4.98% | $11.11 |
| Pennsylvania Tax Adjustment | | -$0.02 |
| | | |
| **Supply Charges** | | **$217.68** |
| Supply | 2936.8690 kWh@ $0.054595 | $160.34 |
| Transmission | 2936.8690 kWh@ $0.019523 | $57.34 |

| Total kWh Used | 2,936.8690 | Service Charges | $451.83 |
|---|---|---|---|

## Shopping and Supplier Information

When shopping for electricity with an Electric Generation Supplier, please provide the following information:

Supplier Agreement I

Rate Schedule: RS-Residential Service

The current Price to Compare is listed above in Account Detail and will change every June and December. For more information & supplier offers visit www.PAPowerSwitch.com and www.oca.state.pa.us.

## Additional Notifications

- Give to Dollar Energy Fund to help people without heat or light. Make a monthly pledge at www.duquesnelight.com or send a check to Duquesne Light Hardship Fund Donations, 411 Seventh Avenue MD 15-1, Pittsburgh, PA 15219. Your gift is tax deductible.
- Duquesne Light offers energy efficiency programs to help customers save money by conserving energy and reducing demand. To participate or to learn more about these programs, visit www.wattchoices.com.
- You can join our Budget Plan by calling us at (412) 393-7100. If eligible, the Budget Plan will begin with your next bill. For this bill, please pay the Amount Due shown.
- SIGN UP FOR AUTOPAY and learn about other convenient payment options by visiting our website www.duquesnelight.com.
- Estimated Gross Receipts Tax of $26.65 and Estimated PA State Tax of $30.72 are included in your rates.

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

324

DATE 9-18-21

PAY TO THE ORDER OF DLC                    $ 451. 83

Four hundred fifty-one and 83/100                    DOLLARS

**Dollar Bank.**
Since 1855

MEMO

**verizon**

Primary Phone:
Account Number:
Bill Date: September 6, 2021

Ways to pay
• Via the My Fios app
• Online at verizon.com/PayOnline

*CM# 325    9-18-21*

## Your payment is due:

# $265.99

Total Due by October 1

### ⬆ This month's charges

| | |
|---|---:|
| Fios Internet, TV & Phone Bundle | $132.99 |
| Services & Equipment | $85.99 |
| Fees & Other Charges | $47.01 |

### 📋 Offers & benefits

**Limited-Time Offer**

Only for Fios Internet customers. Get up to $30/mo off your combined bills: that's up to $10/mo. off your Fios bill and up to $20/mo. off your Wireless bill. Just add a Verizon Wireless Unlimited plan & enroll in Mobile +

---

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

325

DATE *9-18-21*

PAY TO THE
ORDER OF *Verizon*                              $ *265.99*

*Two hundred sixty-five and 99/100*                    DOLLARS 🔒

**Dollar Bank**
Since 1855

MEMO

**verizon✓**

**RONALD LINABURG**
Primary Phone:
Account Number:
**Bill Date: September 6, 2021**

↑ **Ways to pay**

• Via the My Fios app
• Online at verizon.com/PayOnline

*Ck# 325    9-18-21*

### Your payment is due:

# $265.99

**Total Due by October 1**

↑ **This month's charges**

| | |
|---|---|
| Fios Internet, TV & Phone Bundle | $132.99 |
| Services & Equipment | $85.99 |
| Fees & Other Charges | $47.01 |
| **Total Due by October 1** | **$265.99** |

📋 **Offers & benefits**

**Limited-Time Offer**
Only for Fios Internet customers. Get up to $30/mo off your combined bills: that's up to $10/mo. off your Fios bill and up to $20/mo. off your Wireless bill. Just add a Verizon Wireless Unlimited plan & enroll in Mobile + Home Rewards. verizon.com/customersavings

**Free movie on us**
Thank you so much for choosing Fios. To show our gratitude, your first On Demand movie rental is free. Just select any genre, including comedies, dramas, family movies & more, priced at $5.99 (plus taxes & fees) or less. Go to On Demand on your TV or PC to pick your movie today. Terms apply.

Return only this stub with your payment. We will not review or honor other written notifications. Visit verizon.com.

 **RONALD LINABURG**
Primary Phone:
Account Number:
**Bill Date:** September 6, 2021

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Bundle Discounts** | | | |
| Fios Internet 75/75 | 60.00 | -20.00 | 40.00 |
| Extreme HD TV | 77.99 | -15.00 | 62.99 |
| Fios Digital Voice Unlimited | 30.00 | | 30.00 |
| **Bundle Price** | $167.99 | -$35.00 | $132.99 |

**Discount Details**

$20 discount has no current expiration.

$15 discount has no current expiration.

### Discounts This Month                -$35.00

Discounts have been applied to the Total Due shown on page 1.

## Verizon Fast Facts

### My Verizon

Managing your Verizon services is easy with My Verizon. You can add or change services, review and pay your bill, update your email address, create sub-accounts and more. Register at verizon.com/myverizon to get started.



# verizon

**RONALD LINABURG**
Primary Phone:
Account Number:
**Bill Date: September 6, 2021**

⬆ **Ways to pay**
- Via the My Fios app
- Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 265.99 | |
| Payment Received - Thank You | -265.99 | 8/20 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Fios Internet, TV & Phone Bundle | | |
|---|---|---|
| Your bundle includes Fios Internet 75/75, Extreme HD TV and Fios Digital Voice Unlimited | | |
| **Bundle Price** | **$132.99** | 9/7 - 10/6 |

Your monthly price after the discounts shown on page 2 were applied.

| Services & Equipment | | |
|---|---|---|
| **Services** | | |
| Premium Entertainment Value Pack EPIX/ Cinemax/ STARZ/ Showtime/ HBO Max | 40.00 | |
| Fios Digital Voice Addl Line | | |
| | 9.99 | |
| **Equipment & Connections** | | |
| 4 Fios TV Connections 4 Set-Top Boxes | 36.00 | |
| **Subtotal** | **$85.99** | 9/7 - 10/6 |

Equipment and additional services to personalize your Fios service.

| Fees & Other Charges | | |
|---|---|---|
| **Taxes, Governmental Fees & Surcharges** | | |
| PA State and Local Sales Tax | 9.63 | |
| Telecommunications Relay Service | .16 | |
| E911 | 3.30 | |
| **Verizon Surcharges & Fees** | | |
| PA Gross Receipts Tax Surcharge | 2.66 | |
| Federal Universal Service Fee | 8.66 | |
| Video Franchise Fee | 7.97 | |
| PEG Grant Fee | .20 | |
| Regulatory Recovery Fee - Federal | .07 | |
| Regional Sports Network Fee | 7.89 | |
| Fios TV Broadcast Fee | 4.49 | |
| FDV Administrative Charge | 1.98 | |
| **Subtotal** | **$47.01** | |

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

| **Total Due** | **$265.99** |
|---|---|

**verizon**✓

**RONALD LINABURG**
Primary Phone:
Account Number:
**Bill Date:  September 6, 2021**

⬆ **Ways to pay**

• Via the My Fios app
• Online at verizon.com/PayOnline

Mail bankruptcy-related correspondence to 500 Technology
Drive, Suite 550, Weldon Spring, MO 63304.



RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

| | |
|---|---|
| Page: | 1 of 5 |
| Issue Date: | Sep 01, 2021 |
| Account Number: | |

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at
att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to
att.com/autopay today.

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to
att.com/myatt to sign in or sign up.

Total due

# $247.10

Please pay by:
Sep 22, 2021

## Account summary

| | |
|---|---|
| Your last bill | $691.56 |
| Payment, Aug 20 – Thank you! | -$691.56 |
| **Remaining balance** | **$0.00** |



**AT&T**

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

Page:                    1 of 5
Issue Date:          Sep 01, 2021
Account Number:

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.

Total due

# $247.10

Please pay by:
Sep 22, 2021

## Account summary

| | |
|---|---|
| Your last bill | $691.56 |
| Payment, Aug 20 – Thank you! | -$691.56 |
| **Remaining balance** | **$0.00** |

## Service summary

| | | |
|---|---|---|
| Wireless | *Page 2* | $247.10 |
| Total services | | $247.10 |

## Total due                                $247.10
Please pay by Sep 22, 2021

## Ways to pay and manage your account:

 **myAT&T app**
iPhone and Android

 **att.com/pay**

 **Call 611 or
800.331.0500**

Scan to pay




**AT&T**

## Service activity

### Wireless

| Number | User | Page | Plan | Add-ons | Surcharges & fees | Government taxes & fees | Total |
|---|---|---|---|---|---|---|---|
| | | | **Monthly charges** | | | | |
| Group 4 | | 2 | $70.00 | | $0.58 | $0.27 | $70.85 |
| | RONALD LINABURG | 3 | $35.00 | $8.99 | $4.37 | $2.70 | $51.06 |
| | RONALD LINABURG | 3 | $35.00 | - | $4.37 | $2.07 | $41.44 |
| | RONALD LINABURG | 4 | $20.00 | $15.00 | $4.24 | $3.07 | $42.31 |
| | RONALD LINABURG | 4 | $35.00 | - | $4.37 | $2.07 | $41.44 |
| **Total** | | | **$195.00** | **$23.99** | **$17.93** | **$10.18** | **$247.10** |

## Group 4
4 Devices

| Monthly charges | Aug 02 - Sep 01 | |
|---|---|---|
| 1. AT&T Unlimited &More(SM) Premium Multi Line | | $100.00 |
| 2. Discount for 4+ Phones | | -$30.00 |

| Surcharges & fees | | |
|---|---|---|
| 3. Federal Universal Service Charge | | $0.38 |
| 4. State Gross Receipts Surcharge | | $0.20 |

| Government taxes & fees | | |
|---|---|---|
| 5. County Sales Tax - Telecom | | $0.03 |
| 6. PA State Sales Tax - Telecom | | $0.24 |

### Total for Group 4                                  $70.85



We've updated our **Privacy Policy**
Learn more at att.com/privacy

### Shared usage summary (Aug 02 - Sep 01)

| Number | User | Data (GB) | Text | Talk |
|---|---|---|---|---|
| | RONALD LINABURG | 29.04 | 278 | 785 |
| | RONALD LINABURG | 19.61 | 524 | 4,187 |
| | RONALD LINABURG | 0.36 | 251 | 587 |
| | RONALD LINABURG | 0.65 | 369 | 1,412 |
| Total usage | | 49.64 | 1,422 | 6,971 |
| Included in plan | | unlimited | unlimited | unlimited |

*Usage is rounded up based on your plan. For more details on your Shared usage summary, visit att.com/myusage.*

*Group 4 continues...*



**AT&T**

Page: 5 of 5
Issue Date: Sep 01, 2021
Account Number:

*...Group 4 continued*

## Phone,
RONALD LINABURG

### Monthly charges
*Aug 02 – Sep 01*

| | | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $35.00 |
| 2. | Mobile Insurance Premium | $8.99 |

### Surcharges & fees

| | | |
|---|---|---|
| 3. | Administrative Fee | $1.99 |
| 4. | Federal Universal Service Charge | $0.57 |
| 5. | Regulatory Cost Recovery Charge | $1.50 |
| 6. | State Gross Receipts Surcharge | $0.31 |

### Government taxes & fees

| | | |
|---|---|---|
| 7. | 911 Service Fee | $1.65 |
| 8. | County Sales Tax | $0.09 |
| 9. | County Sales Tax - Telecom | $0.06 |
| 10. | PA State Sales Tax | $0.54 |
| 11. | PA State Sales Tax - Telecom | $0.36 |

### Total for
$51.06

## Phone,
RONALD LINABURG

### Monthly charges
*Aug 02 – Sep 01*

| | | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $35.00 |

### Surcharges & fees

| | | |
|---|---|---|
| 2. | Administrative Fee | $1.99 |
| 3. | Federal Universal Service Charge | $0.57 |
| 4. | Regulatory Cost Recovery Charge | $1.50 |
| 5. | State Gross Receipts Surcharge | $0.31 |

### Government taxes & fees

| | | |
|---|---|---|
| 6. | 911 Service Fee | $1.65 |
| 7. | County Sales Tax - Telecom | $0.06 |
| 8. | PA State Sales Tax - Telecom | $0.36 |

### Total for
$41.44

*Wireless continues...*



*...Wireless continued*

## Phone,
RONALD LINABURG

| Monthly charges | *Aug 02 – Sep 01* | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $35.00 |
| 2. | Discount for customer loyalty | -$15.00 |
| 3. | Protect Advantage Insurance for 1 | $8.99 |
| 4. | Protect Advantage Support Services for 1 | $6.01 |

### Usage summary

| Talk | *Used* |
|---|---|
| Call over Wi-Fi | 2,973 |

| Surcharges & fees | | |
|---|---|---|
| 5. | Administrative Fee | $1.99 |
| 6. | Federal Universal Service Charge | $0.49 |
| 7. | Regulatory Cost Recovery Charge | $1.50 |
| 8. | State Gross Receipts Surcharge | $0.26 |

| Government taxes & fees | | |
|---|---|---|
| 9. | 911 Service Fee | $1.65 |
| 10. | County Sales Tax | $0.15 |
| 11. | County Sales Tax - Telecom | $0.06 |
| 12. | PA State Sales Tax | $0.90 |
| 13. | PA State Sales Tax - Telecom | $0.31 |

| **Total for** | | **$42.31** |
|---|---|---|

## Phone,
RONALD LINABURG

| Monthly charges | *Aug 02 – Sep 01* | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $35.00 |

| Surcharges & fees | | |
|---|---|---|
| 2. | Administrative Fee | $1.99 |
| 3. | Federal Universal Service Charge | $0.57 |
| 4. | Regulatory Cost Recovery Charge | $1.50 |
| 5. | State Gross Receipts Surcharge | $0.31 |

| Government taxes & fees | | |
|---|---|---|
| 6. | 911 Service Fee | $1.65 |
| 7. | County Sales Tax - Telecom | $0.06 |
| 8. | PA State Sales Tax - Telecom | $0.36 |

| **Total for** | | **$41.44** |
|---|---|---|

| **Total for Wireless** | **$247.10** |
|---|---|





**Jordan Tax Service, Inc.**
102 Rahway Road, McMurray, PA 15317

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone** 844-286-7474

**Questions about your bill?**
Please contact Jordan Tax Service (JTS) at 724-731-2318 before the due date. You may also contact JTS via email at sewage@jordantax.com. Normal business hours are: Monday–Friday 8:00 a.m.– 4:30 p.m.

**Rate Information**
All sewage treatment charges are billed monthly and are payable immediately upon receipt.
**ALCOSAN**
$9.10 per 1,000 gallons
Sewage Service - $6.37 per bill
**Mount Lebanon, PA**
$4.05 per 1,000 gallons
**Total Charges**
Sewage Treatment - $13.15 per 1,000 gal
Sewage Service - $6.37 per bill
Please note that the readings and total usage are displayed in 100s/hundreds of gallons. Charges not paid by the due date are subject to .83% interest per month and a 10% service charge. A $35.00 non-sufficient funds fee is charged on all returned checks.

Mount Lebanon, PA
08/31/2021

| | |
|---|---|
| Due Date | Total Amount Due |
| **09/20/2021** | **$ 433.75** |

## Billing Statement for Linaburg Ronald

Page 1 of 1

*Service Location*                    *Parcel Identifier*
924 Valleyview Rd

### Account Overview

| | |
|---|---|
| Balance Forward | $.00 |

### Current Charges

| | |
|---|---|
| Sewage Service | 6.37 |
| Sewage Treatment | 427.38 |
| Total Current Charges | **433.75** |
| **Amount Due By September 20, 2021** | **$ 433.75** |

### Meter Readings & Usage Summary

| Meter #: | From Read Date | Reading | Type | To Read Date | Reading | Type |
|---|---|---|---|---|---|---|
| | 07/02/2021 | 27120 | A | 08/03/2021 | 27445 | A |
| | | | | Total Usage: | | 325 |

**Jordan Tax Service, Inc.**
102 Rahway Road, McMurray, PA 15317

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone** 844-286-7474

**Questions about your bill?**
Please contact Jordan Tax Service (JTS) at 724-731-2318 before the due date. You may also contact JTS via email at sewage@jordantax.com. Normal business hours are: Monday–Friday 8:00 a.m.– 4:30 p.m.

**Rate Information**
All sewage treatment charges are billed monthly and are payable immediately upon receipt.
**ALCOSAN**
$9.10 per 1,000 gallons
Sewage Service - $6.37 per bill
**Mount Lebanon, PA**
$4.05 per 1,000 gallons
**Total Charges**
Sewage Treatment - $13.15 per 1,000 gal
Sewage Service - $6.37 per bill
Please note that the readings and total usage are displayed in 100s/hundreds of gallons. Charges not paid by the due date are subject to .83% interest per month and a 10% service charge. A $35.00 non-sufficient funds fee is charged on all returned checks.

| Billing Date | 08/31/2021 |
|---|---|
| Due Date | 09/20/2021 |
| Total Amount Due | $ 433.75 |

**Billing Statement for Linaburg Ronald**  Page 1 of 1

Service Location
924 Valleyview Rd

Parcel Identifier

**Account Overview**

| | |
|---|---|
| Balance Forward | $.00 |

**Current Charges**

| | |
|---|---|
| Sewage Service | 6.37 |
| Sewage Treatment | 427.38 |
| Total Current Charges | 433.75 |
| Amount Due By September 20, 2021 | $ 433.75 |

**Meter Readings & Usage Summary**

| Meter #: | From Read Date | Reading | Type | To Read Date | Reading | Type |
|---|---|---|---|---|---|---|
| | 07/02/2021 | 27120 | A | 08/03/2021 | 27445 | A |
| | | | | Total Usage: | | 325 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

327

8-7438
2430

DATE 9-18-21

PAY TO THE ORDER OF Mt. Lebanon PA                     $ 433.75

Four hundred thirty three and 75/100                     DOLLARS

**Dollar Bank.**
Since 1855

MEMO



# PENNSYLVANIA
## AMERICAN WATER

### WE KEEP LIFE FLOWING™

| Account No: | |
|---|---|
| | **$485.66** |
| Payment Due By: | **September 29, 2021** |

**Service Address:**

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

THANK YOU FOR BEING OUR CUSTOMER.

| Billing Date: | September 07, 2021 |
|---|---|
| Service Period: | Aug 04 to Sep 02 (30 Days) |
| Total Gallons: | 34,700 |

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

For more information, visit www.pennsylvaniaamwater.com

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $457.36 |
| Payments - Thank You! | $457.36 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $463.16 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $485.66 |



**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount



**Pay by Phone\*:** Pay anytime at 1-855-748-6066
*\*A convenience fee may apply*

**Customer Service:** 1-800-565-7292
M-F 7:00am to 7:00pm – Emergencies 24/7



**PENNSYLVANIA AMERICAN WATER**
PO BOX 371412
PITTSBURGH, PA. 15250-7412

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.    010346/031065 VC06EX ETM1C00004 1    (VC06EX0010103490103100)



AMERICAN WATER

WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| | 100 gal | 5/8" | 08/04/2021 | 09/02/2021 | 27,445 (A) | 27,792 (A) | 347 | 347.00 | 34,700 |

A = Actual   E = Estimate            1 Billing Unit = 100 gallons            Total Gallons: 34,700

### Billed Usage History (graph shown in 100 gallons)

Next Scheduled Read Date: on or about October 04, 2021
Account Type: Residential

☒ 34,700 gallons = usage for this period

43,800 gallons = usage for same period last year



Average
daily use for
this period is:
(30 days)

1,157 gallons

Year to Date Billed Usage: 182,400 gallons

## Account Detail          Account No /

Service To: 924 VALLEYVIEW RD PITTSBURGH, PA 15243-1022

| | |
|---|---|
| Prior Billing | 457.36 |
| Payments | -457.36 |
| Total payments as of Aug 23. Thank you! | -457.36 |
| **Balance Forward** | **0.00** |

### Service Related Charges - 08/04/21 to 09/02/21

| | | |
|---|---|---|
| Water Service | | 460.49 |
| Water Service Charge | | 17.00 |
| Water Usage Charge | (347 x $1.2991) | 450.79 |
| Deferred Tax Credit | ($467.79 x -1.56%) | -7.30 |
| Other Charges | | 2.67 |
| Recoupment Surcharge Water | ($467.79 x 0.57%) | 2.67 |
| **Total Service Related Charges** | | **463.16** |

Protection Programs: 22.50
For inquiries, please call 1-888-378-4458

| | |
|---|---|
| Water Line Protection | 9.25 |
| Sewer Line Protection | 13.25 |
| **Total Current Period Charges** | **485.66** |

**Total Amount Due**  **$485.66**

## Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Protection programs for water, sewer and in-home plumbing** are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges. For inquiries about protection programs, please contact American Water Resources at 888-378-4458.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/paaw/rates





**PENNSYLVANIA**
**AMERICAN WATER**
WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| | 100 gal | 5/8" | 08/04/2021 | 09/02/2021 | 27,445 (A) | 27,792 (A) | 347 | 347.00 | 34,700 |

A = Actual   E = Estimate     1 Billing Unit = 100 gallons     Total Gallons: 34,700

**Billed Usage History (graph shown in 100 gallons)**

Next Scheduled Read Date: on or about October 04, 2021
Account Type:     Residential

34,700 gallons = usage for this period
43,800 gallons = usage for same period last year

2020  2021

Average
daily use for
this period

1,157

Usage: 182,400 gallons



of the new terms you

...n includes charges
...r and fire protection.
...r correction to previously
...ou in this section.

...Adjustments: This section provides details
...ted to additional charges or adjustments for the service
period referenced. Fees, when applicable, would include
items such as service activation and late payment charges.

- **Billing Units:** One billing unit equals 100 gallons of water
  used. If the meter serving your property measures your
  water use in cubic feet or a different unit of measure, we
  convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet
  above represent your average daily water use for the current
  billing period. Tracking the amount of water you use can
  help you manage your overall water use from month to
  month.

| | 17.00 |
| | 450.79 |
| ...56%) | -7.30 |
| Ot... | 2.67 |
| Re... ...age Water | 2.67 |
| ($467.79 x 0.57%) | |
| **Total Service Related Charges** | **463.16** |
| Protection Programs: | 22.50 |
| For inquiries, please call 1-888-378-4458 | |
| Water Line Protection | 9.25 |
| Sewer Line Protection | 13.25 |
| **Total Current Period Charges** | **485.66** |

- **Protection programs** for water, sewer and in-home
  plumbing are offered by American Water Resources.
  Charges for these services are not regulated by the
  Pennsylvania Public Utility Commission. Regulated services
  will not be disconnected as a result of non-payment of
  protection program charges. Customers with protection
  program charges will not be assessed a late payment
  charge for late or unpaid protection plan charges. For
  inquiries about protection programs, please contact
  American Water Resources at 888-378-4458.

Total Amount Due     $485.66

- **Still have questions?** We are here to help. Our customer
  service representatives are available M–F, 7 a.m. to 7 p.m.
  More information on understanding your bill and charges
  can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/paaw/rates



misc. $30.00

Insect Control

(724)693-0710
www.Shamrocklawnmaintenance.com

924 Valleyview Rd
Pittsburgh PA 15243

Invoice

Ch # 329

9-18-21

REMARKS/RECOMMENDATIONS:

- ☒ DO NOT MOW FOR **24** HRS
- ☒ DO NOT WATER FOR **24** HRS
- ☐ WATER LAWN MORE OFTEN
- ☐ SHARPEN MOWER BLADE(S)
- ☐ RAISE MOWER HEIGHT
- ☒ KEEP CHILDREN AND PETS OFF LAWN FOR **2** HRS

TIME: **1:35**     DATE: **9/14/21**

TECHNICIAN:     Greg Hanczar BU4748

| Wind | Wind Speed |
|---|---|
| N | ☐ 0-5 |
| W—E | ☐ 6-10 |
| S | ☐ 11-15 |

Weather Cond _____

Temperature _____

## Got Fleas?

Fact: One female flea can lay about 18 eggs a day and just 20 fleas on a dog can produce 360 eggs per day and over 2000 eggs in a week.

*The flea population is typically made up of 50% eggs, 30% larvae, 15% pupae and only 5% biting adults.*

Most fleas survive the winter in the larval or pupal stage and grow best during warm, moist winters and spring.

*CALL OUR OFFICE TODAY TO TAKE ADVANTAGE OF OUR SPECIAL FLEA & TICK PRICING.*

Today's Service Charge     30.00

Tax     .2.10
Today's Total     32.10
Prev. Balance as of 09/13/21     0.00
Please Remit     32.10

Please pay within 10 days. Net 30 days 1.5% thereafter. Please call with any questions about your lawn.

For your convenience, service continues from season to season. For a change in service, please call our office.

---

Inv. #

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

329

DATE 9-18-21

PAY TO THE ORDER OF   Shamrock Lawn     $ 32.10

Thirty-two dollars and 10/100     DOLLARS

**Dollar Bank.**
Since 1855

MEMO _____

**RONALD G. LINABURG**
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

330

8-7438-4
2430

DATE 9-18-21

PAY TO THE ORDER OF _Bartlett_ $ 614.00

_Six hundred fourteen and 00/100_ DOLLARS

**Dollar Bank.**

Inv #
51,048

---

PAY THIS AMOUNT
214.00

MAKE CHECK PAYABLE TO:
BARTLETT TREE EXPER
P.O. BOX 3067
STAMFORD, CT 06905-0067

INVOICE DATE
09/01/2021

ACCOUNT NUMBER

RETAIN THIS PORTION FOR YOUR RECORDS

TREE 210902-00

YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER**
(724) 695-1660

A SERVICE CHARGE OF ____ 1.5 ____ % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF ____ 18.0 ____ %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

We gladly accept all major credit cards. at bartlett.com
Simply access your account to pay online at 724-695-1660.
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

... your property.

---

PAY THIS AM
400.0

MAKE CHECK PAYABLE TO
BARTLETT TREE EXPE
P.O. BOX 3067
STAMFORD, CT 06905-0067

INVOICE DATE
08/18/2021

ACCOUNT NUMBER

RETAIN THIS PORTION FOR YOUR RECORDS

TREE 210819-00

... REPRESENTATIVE IS: **JOHN REITMEYER**
(724) 695-1660

A SERVICE CHARGE OF ____ 1.5 ____ % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF ____ 18.0 ____ %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

---

...ew Road

Monitor is a program to inspect woody ... that ...
... and mite pests. Treat plants as diseases and cultural problems pest damage
impact plant plant health. Provide treatment recommendations for pests
and promote plant health. Provide treatment
and cultural treatments. on larger plants.
Provide 6 treatments.
Visit 5. indicating concerns; at the front, sides, and rear of the
Plants indicating shrubs(s) or suppress mites, scab.
100 All trees and to help prevent or
property treated

INVOICE

Work Completed 08/12/20                                                               400.00

Work at   924 Valleyview Road
Pittsburgh

Stump grinding
-
Grind the oak stump located at the left front corner of the property
to approximately 12 inches below existing grade. Rake all mulch back
into resulting hole.
-

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

| | ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER** | | 08/18/2021 | 400.00 |

**(724) 695-1660**

A SERVICE CHARGE OF ___ 1.5 ___ % PER MONTH WHICH IS AN **ANNUAL PERCENTAGE OF** ___ 18.0 ___ %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
**BARTLETT TREE EXPERTS**
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE

Work at   924 Valleyview Road
Pittsburgh

14.00 Tx
214.00

Bartlett Monitor is a program to inspect woody trees and shrubs for
insect and mite pests, diseases and cultural problems that could
impact plant health. Treat plants as needed to suppress pest damage
and promote plant health. Provide treatment recommendations for pests
and cultural problems on larger plants.
Provide 6 treatments.
Visit 5.
Plants indicating concerns:
100 All trees and shrubs(s) at the front, sides, and rear of the
property treated to help prevent or suppress mites, scab.

INVOICE

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

ACCOUNT NUMBER          INVOICE DATE          PAY THIS AMOUNT
                        09/01/2021            214.00

YOUR BARTLETT REPRESENTATIVE IS: JOHN REITMEYER

(724) 695-1660                                    MAKE CHECK PAYABLE TO
A SERVICE CHARGE OF    1.5   % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF    18.0   %    BARTLETT TREE EXPERTS
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.                                        P.O. BOX 3067
                                          RETAIN THIS PORTION FOR YOUR RECORDS          STAMFORD, CT 06905-0067

TRE

2022B04-020939-0000001 of 0000095-C01-a2-6136-22836

# Capital One

**Capital One Miles Credit Card | Mastercard Professional ending in**

Aug 15, 2021 - Sep 13, 2021  |  30 days in Billing Cycle

## Payment Information

Payment Due Date
### Oct 08, 2021

For online and phone payments, the deadline is 8pm ET.

New Balance
### $3,952.68

Minimum Payment Due
### $39.00

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 15 Years | $6,915 |
| $129 | 3 Years | $4,652 |

Estimated savings if balance is paid off in about 3 years: $2,263

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $4,682.79 |
| Payments | - $4,682.79 |
| Other Credits | $0.00 |
| Transactions | + $3,952.68 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $3,952.68** |
| Credit Limit | $30,000.00 |
| Available Credit (as of Sep 13, 2021) | $26,047.32 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

## Rewards Summary       Rewards as of: 09/12/2021

**Rewards Balance**
384,764

Track and redeem your rewards with our mobile app or on capitalone.com

| Previous Balance | Earned This Period | Redeemed this period |
|---|---|---|
| | | 0 |

(i)   Welcome to y

Pay or manage your ac

331

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

DATE 9-19-21

PAY TO THE ORDER OF  Capital One MC    $ 3,952.68

Three thousand nine fifty two and 68    DOLLARS

**Dollar Bank.**
Since 1855

MEMO  Act #

ortant Information

| | | | $99.95 |
|---|---|---|---|
| Aug 31 | | | $220.46 |
| Aug 31 | | | $75.92 |
| Sep 1 | | ....... AVE. FISH CO.PITTSBURGHPA | $122.54 |
| Sep 1 | Sep 2 | LOTUS FOOD COMPANYPITTSBURGHPA | $16.75 |
| Sep 1 | Sep 2 | PENNSYLVANIA MACARONIPITTSBURGHPA | $54.47 |
| Sep 1 | Sep 2 | SAMSCLUB #6575PITTSBURGHPA | $225.59 |
| Sep 1 | Sep 2 | J&N SUNSERI PRODUCEPITTSBURGHPA | $9.26 |
| Sep 1 | Sep 2 | ROLLIER'S HARDWAREMT. LEBANONPA | $94.09 |
| Sep 1 | Sep 2 | MARKET DISTRICT #0047PITTSBURGHPA | $25.43 |
| Sep 1 | Sep 3 | SESAME INNPITTSBURGHPA | $48.15 |
| Sep 2 | Sep 3 | SQ *LA GOURMANDINEPittsburghPA | $17.05 |

**Additional Information on the next page**

# Capital One

**Capital One Miles Credit Card I Mastercard Professional ending in** ___
Aug 15, 2021 - Sep 13, 2021  I  30 days in Billing Cycle

## Payment Information

Payment Due Date
### Oct 08, 2021

For online and phone payments, the deadline is 8pm ET.

New Balance
### $3,952.68

Minimum Payment Due
### $39.00

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 15 Years | $6,915 |
| $129 | 3 Years | $4,652 |
| Estimated savings if balance is paid off in about 3 years: $2,263 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $4,682.79 |
| Payments | - $4,682.79 |
| Other Credits | $0.00 |
| Transactions | + $3,952.68 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $3,952.68** |
| Credit Limit | $30,000.00 |
| Available Credit (as of Sep 13, 2021) | $26,047.32 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

## Rewards Summary          Rewards as of: 09/12/2021

**Rewards Balance**
384,764

Track and redeem your rewards with our mobile app or on capitalone.com

| Previous Balance | Earned This Period | Redeemed this period |
|---|---|---|
| 376,191 | 8,573 | 0 |

## Account Notifications

ⓘ    Welcome to your account notifications. Check back here each month for important updates about your account.

Pay or manage your account at capitalone.com          Customer Service: 1-800-227-4825          See reverse for Important Information

**Capital One**

Capital One Miles Credit Card I Mastercard Professional ending in
Aug 15, 2021 - Sep 13, 2021  I  30 days in Billing Cycle

## Transactions

Visit capitalone.com to see detailed transactions.

**JUDITH K LINABURG** Payments, Credits and Adjustments

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Aug 30 | Aug 30 | PAYMENT | - $4,682.79 |

### JUDITH K LINABURG #6232: Transactions

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Aug 14 | Aug 16 | UPTOWN COFFEEMOUNT LEBANONPA | $6.42 |
| Aug 15 | Aug 16 | Moda Operandi2127290984NY | $911.05 |
| Aug 17 | Aug 18 | JIM JENKINS LAWN & GARPITTSBURGHPA | $64.18 |
| Aug 17 | Aug 18 | MARKET DISTRICT #0014BETHEL PARKPA | $262.96 |
| Aug 17 | Aug 18 | OFFICE DEPOT #100BETHEL PARKPA | $58.26 |
| Aug 18 | Aug 19 | SQ *LA GOURMANDINEPittsburghPA | $7.55 |
| Aug 18 | Aug 19 | ROLLIER'S HARDWAREMT. LEBANONPA | $50.63 |
| Aug 18 | Aug 19 | CVS/PHARMACY #05094MT LEBANONPA | $9.36 |
| Aug 18 | Aug 19 | SALLY BEAUTY #0493BRIDGEVILLEPA | $72.54 |
| Aug 19 | Aug 20 | APPLE.COM/BILL866-712-7753CA | $0.99 |
| Aug 22 | Aug 23 | SP * NEXT DEAL SHOP2063690407VA | $21.98 |
| Aug 22 | Aug 23 | AUDREY'SPITTSBURGHPA | $153.55 |
| Aug 22 | Aug 23 | MARKET DISTRICT #0014BETHEL PARKPA | $121.30 |
| Aug 23 | Aug 24 | RGP*SHAMROCK LAWN MAIN412-2921801PA | $64.20 |
| Aug 24 | Aug 25 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $47.50 |
| Aug 24 | Aug 26 | HOMETOWN MAIL CENTERPITTSBURGHPA | $18.33 |
| Aug 26 | Aug 28 | PALATE PARTNERSPITTSBURGHPA | $166.92 |
| Aug 28 | Aug 30 | SQ *MEDITERRA CAFE MT.PittsburghPA | $61.12 |
| Aug 28 | Aug 30 | EMILY'S HALLMARKPITTSBURGHPA | $90.88 |
| Aug 30 | Aug 31 | MAGEE PARKINGPITTSBURGHPA | $4.00 |
| Aug 31 | Sep 1 | MARKET DISTRICT #0014BETHEL PARKPA | $99.53 |
| Aug 31 | Sep 1 | WHOLEFDS SHL #10242UPPER SAINT CPA | $220.46 |
| Aug 31 | Sep 2 | BARNES & NOBLE #2233PITTSBURGHPA | $75.92 |
| Sep 1 | Sep 2 | PENN AVE. FISH CO.PITTSBURGHPA | $122.54 |
| Sep 1 | Sep 2 | LOTUS FOOD COMPANYPITTSBURGHPA | $16.75 |
| Sep 1 | Sep 2 | PENNSYLVANIA MACARONIPITTSBURGHPA | $54.47 |
| Sep 1 | Sep 2 | SAMSCLUB #6575PITTSBURGHPA | $225.59 |
| Sep 1 | Sep 2 | J&N SUNSERI PRODUCEPITTSBURGHPA | $9.26 |
| Sep 1 | Sep 2 | ROLLIER'S HARDWAREMT. LEBANONPA | $94.09 |
| Sep 1 | Sep 2 | MARKET DISTRICT #0047PITTSBURGHPA | $25.43 |
| Sep 1 | Sep 3 | SESAME INNPITTSBURGHPA | $48.15 |
| Sep 2 | Sep 3 | SQ *LA GOURMANDINEPittsburghPA | $17.05 |

Additional Information on the next page

**Capital One**

Charge 12 Credit Card I Mastercard Professional ending in
Aug 15, 2021 - Sep 13, 2021  I  30 days in Billing Cycle

## Transactions (Continued)

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Sep 2 | Sep 3 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $36.50 |
| Sep 3 | Sep 4 | CRATE&BARREL CB2 NOD800-967-6696IL | $62.97 |
| Sep 3 | Sep 4 | SQ *PRESS HOUSE COFFEESewickleyPA | $6.85 |
| Sep 3 | Sep 4 | MACYS .COM800-289-6229OH | $111.30 |
| Sep 4 | Sep 6 | SQ *MEDITERRA CAFE MT.PittsburghPA | $56.81 |
| Sep 9 | Sep 10 | SQ *LA GOURMANDINEPittsburghPA | $17.70 |
| Sep 9 | Sep 10 | GIANT-EAGLE #0035PITTSBURGHPA | $11.54 |
| Sep 10 | Sep 11 | PENN AVE. FISH CO.PITTSBURGHPA | $112.47 |
| Sep 10 | Sep 11 | MARKET DISTRICT #0014BETHEL PARKPA | $129.52 |
| Sep 10 | Sep 11 | CVS/PHARMACY #05094MT LEBANONPA | $15.57 |
| Sep 10 | Sep 11 | WHOLEFDS SHL #10242UPPER SAINT CPA | $148.47 |
| Sep 10 | Sep 13 | HOMETOWN MAIL CENTERPITTSBURGHPA | $25.05 |
| Sep 12 | Sep 13 | Netflix.comLos GatosCA | $14.97 |

JUDITH K LINABURG    Total Transactions    $3,952.68

**Total Transactions for This Period**    $3,952.68

## Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| **Total Fees for This Period** | | | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

## Totals Year-to-Date

| | Amount |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

Additional Information on the next page

Capital One

Capital One Miles Credit Card | Mastercard Professional ending in
Aug 15, 2021 - Sep 13, 2021   |  30 days in Billing Cycle

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charged |
|---|---|---|---|
| Purchases | 10.90% P | $0.00 | $0.00 |
| Cash Advances | 17.99% P | $0.00 | $0.00 |

**Variable APRs:** If you have a letter code displayed next to any of the above APRs, this means they are variable APRs. They may increase or decrease based on one of the following indices (reported in The Wall Street Journal) as described below.

| Code next to your APR(s) | How do we calculate your APR(s)? | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle |
| F | 1 month LIBOR + margin | |

# Rivertech Tax Preparation, LLC
## 26 S. 27th Street, PO Box 4274

### 412-381-0910
### 412-381-4259 (Fax)

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/15/2021 | - |

**Bill To:**

Linaburg, Ronald
924 Valleyview Rd
Pittsburgh, PA  15243

| Terms |
|-------|
| 30 Days |

| Item | Service Date | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 600 | 9/13/2021 | Preparation of Monthly Operating Report for month ending August 31, 2021, and coordination of filing report with the United State Bankruptcy Court Western District of Pennsylvania | | 275.00 | 275.00 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438-4
2430

332

DATE 9-20-21

PAY TO THE
ORDER OF   Rivertech Tax Prep          $ 275.00

Two hundred seventy-nine ex 100                      DOLLARS

**Dollar Bank.** Since 1855

MEMO

---

**Please send payments to**
26 S. 27th Street, PO Box 4274, Pittsburgh, PA  15203

| Payments/Credits | $0.00 |
|------------------|-------|
| **Balance Due** | **$275.00** |

Please make checks payable to Rivertech Tax Preparation, LLC.  If you wish to make payments with a credit card, we accept Visa, MasterCard, Discover and American Express.

Name on Card:

Card #: _____   Exp. Date. _____

# DollarBank®

P.O. Box 1075
Pittsburgh, PA 15230

| CONSUMER LOAN | |
|---|---|
| ✱✱✱ BILLING NOTICE ✱✱✱ BILL DATE 09-16-21 DUE DATE  10-01-21 | |
| INTEREST | $1,341.90 |
| TOTAL AMOUNT DUE | $1,341.90 |
| REMITTANCE AMOUNT | $1,341.90 |
| TOTAL AMOUNT ENCLOSED | 3,611.80 |

RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

ACCOUNT NO

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

✱✱✱ BILLING NOTICE ✱✱✱

INTEREST            =     $1,341.90     ACCOUNT NO.

TOTAL AMOUNT DUE    =     $1,341.90

DUE DATE 10-01-21                    MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 10-16-21, THE LATE CHARGE ASSESSED WILL BE      $80.51

INTEREST PAID LAST YEAR 2020      $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|---|---|---|---|---|---|---|
| 09-01-21 | BALANCE FORWARD | | 521,664.28 | | 3.25000 | 1,458.77 |
| 08-24-21 | INTEREST PAID | | 521,664.28 | | 3.25000 | -1,458.77 |
| 08-24-21 | PRINCIPAL PAID | 2,153.03 | 519,511.25 | | 3.25000 | |
| 09-09-21 | INTEREST ADJUSTMENT | | | | | -1.55 |
| 09-09-21 | INTEREST ACCRUAL | | 519,511.25 | 8 | 3.25000 | 375.20 |
| 09-09-21 | PRINCIPAL PAID | 32,000.00 | 487,511.25 | | 3.25000 | |
| 10-01-21 | INTEREST ACCRUAL | | 487,511.25 | 22 | 3.25000 | 968.25 |

CONTINUED



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022                                333
8-7438
2400

DATE 9-20-21

PAY TO THE
ORDER OF  Dollar Bank                          $ 3611.80

Thirty Six hundred eleven 80/100                    DOLLARS

# Dollar Bank®
Since 1855

MEMO

PITTSBURGH, PA 15243

FCLREGZ    05/21

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

### *** BILLING NOTICE ***

| | | | |
|---|---|---|---|
| INTEREST | = | $1,341.90 | ACCOUNT NO. |
| TOTAL AMOUNT DUE | = | $1,341.90 | |

DUE DATE 10-01-21                    MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 10-16-21, THE LATE CHARGE ASSESSED WILL BE          $80.51

INTEREST PAID LAST YEAR 2020      $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|---|---|---|---|---|---|---|
| 09-01-21 | BALANCE FORWARD | | 521,664.28 | | 3.25000 | 1,458.77 |
| 08-24-21 | INTEREST PAID | | 521,664.28 | | 3.25000 | -1,458.77 |
| 08-24-21 | PRINCIPAL PAID | 2,153.03 | 519,511.25 | | 3.25000 | |
| 09-09-21 | INTEREST ADJUSTMENT | | | | | -1.55 |
| 09-09-21 | INTEREST ACCRUAL | | 519,511.25 | 8 | 3.25000 | 375.20 |
| 09-09-21 | PRINCIPAL PAID | 32,000.00 | 487,511.25 | | 3.25000 | |
| 10-01-21 | INTEREST ACCRUAL | | 487,511.25 | 22 | 3.25000 | 968.25 |

CONTINUED

**DOLLAR BANK**
P.O. BOX 1075
PITTSBURGH, PA 15230

FCLREGZ     05/21

# Dollar Bank®

P.O. Box 1075
Pittsburgh, PA 15230

## CONSUMER LOAN

*** BILLING NOTICE ***                          2
BILL DATE 09-16-21
DUE DATE  10-01-21

RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA  15243-1022

ACCOUNT NO.

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

*** BILLING NOTICE ***

| | | | |
|---|---|---|---|
| INTEREST | = | $1,341.90 | ACCOUNT NO. |
| TOTAL AMOUNT DUE | = | $1,341.90 | |

DUE DATE 10-01-21                        MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 10-16-21, THE LATE CHARGE ASSESSED WILL BE        $80.51

INTEREST PAID LAST YEAR 2020        $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|---|---|---|---|---|---|---|
| BALANCE | | | 487,511.25 | | | |

APR BILL DATE RANGE:            08-17-21 - 09-16-21
DAILY PERIODIC RATE                       .0090
ANNUAL PERCENTAGE RATE             3.2923 (V)
BALANCE SUBJECT TO INTEREST RATE   512,546.95
INTEREST CHARGED                    1,388.14        TOTAL INTEREST CHARGED IN 2021      12,947.55
FEES CHARGED                             .00        TOTAL FEES CHARGED IN 2021              .00
PREVIOUS BALANCE                   521,664.28
NEW BALANCE                        487,511.25
   (V) - VARIABLE RATE



DOLLAR BANK
P.O. BOX 1075
PITTSBURGH, PA 15230

FCLREGZ    05/21

```
                            I N V O I C E
                            -------------
```

```
    FILE #:    _____          DATE: 09/01/2021              PAGE    1
 INVOICE #:    _____          PO#
```

REMIT TO: MAROADI TRANSFER & STORAGE, INC
          1801 LINCOLN HIGHWAY, RT. 30

          NORTH VERSAILLES, PA  15137

  BILL TO:  DR. RONALD LINABURG
            924 VALLEYVIEW ROAD

            PITTSBURGH, PA  15243

SHIPPER: RONALD G. LINABURG                  CUSTOMER:  ████████
STORAGE FROM 09/01/2021  TO 09/30/2021

```
----------------------------------------------------------------------
ITEM      |DESCRIPTION |MONTHS|   GROSS   | RATE  | PER |   NET
----------------------------------------------------------------------
SSTORAGE   STORAGE CHARGE    0       0.00      0.00            130.00
======================================================================
                                      CURRENT CHARGES:         130.00

                                        TOTAL CHARGES:         130.00
```

            THANK YOU FOR USING OUR MOVING AND STORAGE COMPANY

```
                                                                334
RONALD G. LINABURG                          8-7438
DEBTOR IN POSSESSION                         2430
ATTN DR. RONALD LINABURG          DATE  9-21-21
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022                      $ 130.00

PAY TO THE
ORDER OF  Maroadi
One hundred thirty  xx/100                      DOLLARS

Dollar Bank.
 Since 1855

MEMO                              Al Lina...
```

            RETURN COPY OF INVOICE WITH YOUR CHECK

Metro Dry Cleaning
20111 U.S. 19 Suite 306
Cranberry Township PA 16066



# METRO
### DRY CLEANING + ALTERATIONS

## Statement

Ref: 0C5917

Account Number
Period 08/01/21 - 08/31/21

Metro Dry Cleaning

20111 U.S. 19 Suite 306
Cranberry Township, PA 16066
724-776-0808

metrodrycleaning.com

Make checks payable to:
**Metro Dry Cleaners**

Ron & Judy Linaburgh
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

| Date | Transaction | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| 08/01/21 | Balance forward | | | 130.93 |
| 08/02/21 | Invoice #21209-590 07/28/21 (1 pc) | 4.17 | | 135.10 |
| 08/09/21 | Invoice #21216-677 08/04/21 (1 pc) | 4.17 | | 139.27 |
| 08/09/21 | Invoice #21216-663 08/04/21 (4 pcs) | | | 139.27 |
| 08/16/21 | Invoice #21223-800 08/11/21 (1 pc) | 4.17 | | 143.44 |
| 08/24/21 | Invoice #21230-863 08/18/21 (1 pc) | 7.73 | | 151.17 |
| 08/31/21 | Invoice #21237-047 08/25/21 (2 pcs) | 8.34 | | 159.51 |

DUE $159.51

Thank you for being our customer.
Please remit payment upon receipt.

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

B-7438
2430

335

DATE 9-21-21

PAY TO THE
ORDER OF  Metro Cleaning

One hundred fifty nine 51/100                              $ 159.51

DOLLARS

**Dollar Bank.**
Since 1855

Ref

**Rivertech Tax Preparation, LLC**
**26 S 27th St, PO Box 4274**
**Pittsburgh, PA 15203-2341**
**412-381-0910**

September 21, 2021

**CONFIDENTIAL**

RONALD G & JUDITH K LINABURG
924 VALLEYVIEW ROAD
PITTSBURGH, PA  15243

For professional services rendered in connection with the preparation
return:



|   | |
|---|---|
|   | Form 4868 (Application for Extension) |
|   | Form 1040-ES (Estimated Tax for Individuals) |
|   | Form 8879 (Personal Identification Number) |
|   | Form 1040-V Voucher (Payment Voucher) |
|   | Form 1040-SR (U.S. Tax Return for Seniors) |
|   | Form 1040/SR/NR Schedule 1 (Additional Income & Adj to Inc |
|   | Form 1040/SR/NR Schedule 2 (Additional Taxes) |
|   | Form 1040/SR/NR Schedule 3 (Additional Credits & Payments) |
|   | Schedule A (Itemized Deductions) |
|   | Schedule B (Interest and Dividend Income) |
|   | Schedule D (Capital Gains and Losses) |
|   | Form 8949 (Sales & Disp of Capital Assets) |
|   | Schedule E Page 2 (Supplemental Income & Loss) |
| 3 | Form 1116 (Foreign Tax Credit) |
|   | Form 6251 (Alternative Minimum Tax) |
| 2 | Form 8995-A (Qual Business Income Deduction) |
|   | Form 8960 (Net Investment Income Tax) |
|   | Form 8582 (Passive Activity Loss Limits) |
|   | Form 8582,  AMT (Passive Activity Loss Limits) |
|   | Capital Loss Carryover Worksheet |
|   | 2 Yr Comparison Report |
|   | PA Form REV-276 (Application for Extension) |
|   | PA Form PA-40ES (Estimated Tax Payment Vouchers) |
|   | PA Form 8879 (E-File Signature Authorization) |
|   | PA Form PA-40 (Income Tax Return) |
| 9 | PA Schedule RK-1 (Schedule of Pass Through Items) |
| 2 | PA Schedule A (Interest Income) |
| 2 | PA Schedule B (Dividend Income) |
|   | PA Schedule D (Sale of Property) |
|   | PA Schedule E (Rent and Royalty Income (Loss)) |
|   | PA Form PA-V (Payment Voucher) |
|   | PA Two Year Comparison Report |
|   | Local EIT Return |

Amount due          $      1,600.00

- - - - - - - - - - - - - - - - - - - - - - - CUT HERE - - - - - - - - - - - - - - - - - - - - - - -

| Form **1040-V** | **Payment Voucher** | | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Do not staple or attach this voucher to your payment or return.<br>Go to *www.irs.gov/*Payments for payment options and information. | | **2020** |

| 1 Your social security number (SSN)<br>(if a joint return, SSN shown first on your return) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | Dollars | Cents |
|---|---|---|---|---|
| | | | 44,057 | |

| | 4 Your first name and middle initial | | Last name | | |
|---|---|---|---|---|---|
| | RONALD G | | LINABURG | | |
| Print or type | If a joint return, spouse's first name and middle initial | | Last name | | |
| | JUDITH K | | LINABURG | | |
| | Home address (number and street) | | Apt. no. | City, town, or post office, state, and ZIP code (if a foreign address, also complete spaces below.) | |
| | 924 VALLEYVIEW ROAD | | | PITTSBURGH | PA15243 |
| | Foreign country name | Foreign province/state/county | | Foreign postal code | |

For Paperwork Reduction Act Notice, see your tax return instructions.
DAA



RONALD G. LINABURG
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA. 15243-1022

8-7438
2430

337

DATE *9-27-21*

PAY TO THE
ORDER OF *United States Treasury*  $ *44,057*

*Forty four thousand fifty seven ** 00/100*  DOLLARS

**Dollar Bank.**
Since 1855

MEMO

2020 PA-40 V   PA PAYMENT VOUCHER

LI

PAYMENT AMOUNT

LINABURG
RONALD       G

JUDITH       K
924 VALLEYVIEW ROAD

PITTSBURGH
PA
15243

$        7997.00

DEPARTMENT USE ONLY

Make check or money order
payable to the Pennsylvania
Department of Revenue

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

338

DATE  9-27-2021

PAY TO THE
ORDER OF  PA Dept of Revenue        $ 7997.00

Seven thousand nine hundred ninety seven XX/100        DOLLARS

Dollar Bank.

MEMO