**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
|     Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
|     Debtor. | ) | |
| —————————————— | ) | |
| | ) | Document No.: 420 |
| Diana M. Dongell, D.M.D.; | ) | |
| Ronald E. Hand, D.M.D.; | ) | Related to Document No.: 416 |
| Rebecca L. Watkins, D.M.D.; and | ) | |
| Renee R. Kalp, D.M.D., | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | |
|     Respondent. | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Kristen Finke, Paralegal, hereby certify that a copy of the Debtor's Response to Status

Report Pursuant to EFC #398, 399, 400 & 401, were served by NEF as generated by the Court's

electronic CM/ECF notification system:


Ronald L. Hicks, Jr. on behalf of Creditor Diana Marie Dongell, D.M.D.

rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com


Carolyn Batz McGee on behalf of Creditor Diana Marie Dongell, D.M.D.

cbmcgee@porterwright.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov


Michael A. Shiner on behalf of Creditor Rebecca L. Watkins, D.M.D.

mshiner@tuckerlaw.com


Michael A. Shiner on behalf of Creditor Renee R. Kalp

mshiner@tuckerlaw.com


Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.

mshiner@tuckerlaw.com


Maribeth Thomas on behalf of Creditor Rebecca L. Watkins, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com


Maribeth Thomas on behalf of Creditor Renee R. Kalp

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com


Maribeth Thomas on behalf of Creditor Ronald E. Hand, D.M.D.

mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the

United States Trustee

jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Date:  <u>October 21, 2021</u>          By:     <u>/s/ *Kristen Finke*     </u>
                                                Kristen Finke, Paralegal
                                                Thompson Law Group, P.C.
                                                125 Warrendale Bayne Rd., Suite 200
                                                Warrendale, PA 15086
                                                (724) 799-8404 Telephone
                                                (724) 799-8409 Facsimile
                                                kfinke@thompsonattorney.com