# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-22898-CMB |
| | : | |
| RONALD G. LINABURG | : | |
| | : | Chapter 11 |
| Debtor(s) | : | Document No. 421 |
| | : | |
| v. | : | |
| | : | |
| PNC BANK, N.A., | : | |
| | : | |
| Respondent | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To: Clerk of Courts

PLEASE TAKE NOTICE that PNC Bank, N.A. ("PNC") hereby appears in the above-captioned case by its counsel, John J. Berry, Esquire, and Dinsmore & Shohl LLP; counsel hereby enters his appearance pursuant to §1109(b) of Title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "Bankruptcy Code"), and Fed. R. Bankr. P. 9010(b); and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007 and §§342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following address:

> John J. Berry, Esquire
>
> john.berry@dinsmore.com
>
> Dinsmore & Shohl LLP
>
> Six PPG Place, Suite 1300
>
> Pittsburgh, PA  15222
>
> (412) 281-5000 (Phone)
>
> (412) 281-5055 (Fax)

Please take further notice that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy

Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex, or otherwise filed or made with regard to the referenced case and all proceedings therein.

This Notice of Appearance and Demand for Service of Papers is not (a) a waiver or release of PNC's rights against any person, entity or property; (b) a consent by PNC to the jurisdiction of this Court with respect to this case or other cases, if any, commenced in the case against or otherwise involving PNC; (c) a waiver or release of PNC's right to trial by jury as to any and all matters so triable herein or in other matters or proceedings, if any, commenced in the case against or otherwise involving Innovative or in any case, controversy or proceeding related hereto, whether or not the same be designated legal or private rights and notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. Section 157(b)(2), and whether such jury trial right is pursuant to statute of the United States Constitution; (d) a waiver or release of PNC's right to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge; (e) a waiver of the right to move to withdraw the reference in any proceeding which may be commenced in this case against or otherwise involving PNC; or (f) an election of remedy.

DINSMORE & SHOHL LLP

Dated: October 26, 2021

/s/ John J. Berry
John J. Berry, Esquire
PA ID # 313481
john.berry@dinsmore.com
Six PPG Place, Suite 1300
Pittsburgh, PA  15222
Telephone:    (412) 281-5000
Facsimile:     (412) 281-5055