IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ronald G. Linaburg, | ) | Bankruptcy Case No. 20-22898-CMB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | Related to Doc. Nos. 222 and 231 |
| | ) | |
| Ronald G. Linaburg, | ) | Adv. No. 21-2037-CMB |
| | ) | |
| Plaintiff, | ) | Related to Doc. No. 14 |
| | ) | |
| v. | ) | |
| | ) | |
| Diana M. Dongell, D.M.D., | ) | |
| Ronald E. Hand, D.M.D., | ) | |
| Rebecca L. Watkins, D.M.D., and | ) | |
| Renee R. Kalp, D.M.D. | ) | |
| | ) | |
| Defendants. | ) | |

**MEDIATOR'S CERTIFICATE OF COMPLETION OF MEDIATION CONFERENCE**

1. I hereby certify that pursuant to Orders entered by this Court on May 19, 2021, at ECF Document No. 222 at Case No. 20-22898-CMB and at ECF Document No. 14 at Adversary Proceeding No. 21-2037-CMB, this matter was assigned to the Bankruptcy Mediation Program, and a Mediation Conference was held on June 21, 2021.

2. A settlement/resolution of this matter, i.e., was ___ /was not  X  reached, but the parties continued to talk and left open the possibility of continuing the mediation.

Dated: October 28, 2021         Mediator: */s/ William E. Kelleher, Jr.*
                                                  Signature

                                Type or print:

                                Name:  William E. Kelleher, Jr.

                                Address:  Dentons Cohen & Grigsby PC
                                          625 Liberty Avenue
                                          Pittsburgh, PA  15222-3152

                                Telephone:  (412) 297-4703
                                Email:  bill.kelleher@dentons.com

**PAWB Local Form 32 (07/13)**

# **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing *Mediator's Certificate of Completion of Mediation Conference* was served this 28th day of October, 2021, via the Court's CM/ECF system as follows:

Ronald L. Hicks, Jr. on behalf of Defendant Diana M. Dongell, D.M.D
rhicks@porterwright.com, tturoczy@porterwright.com; tlong@porterwright.com

Carolyn Batz McGee on behalf of Defendant Diana M. Dongell, D.M.D
cbmcgee@porterwright.com

Michael A. Shiner on behalf of Defendant Diana M. Dongell, D.M.D
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Renee R. Kalp, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Diana M. Dongell, D.M.D
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com, jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com, jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Renee R. Kalp, D.M.D.
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com, jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com, jrusnack@tuckerlaw.com

Brian C. Thompson on behalf of Plaintiff Ronald G Linaburg
bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;
bthompson@ecf.courtdrive.com; jcastello@thompsonattorney.com;
kfinke@thompsonattorney.com

*/s/ William E. Kelleher, Jr.*

3723645.v1