# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
|     Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
|     Debtor. | ) | |
| | ) | |
| | ) | Document No.: |
|     Ronald G. Linaburg, | ) | |
| | ) | Related to Document No.: 410, 411 |
|     Movant, | ) | |
| | ) | |
|     v. | ) | |
| | ) | Hearing Date and Time: |
|     No Respondents, | ) | December 13, 2021, at 1:30 p.m. |
| | ) | |
|     Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S APPLICATION TO EMPLOY JAMES S. FELLIN, CPA, CFE, CFF, AND THE NOTTINGHAM GROUP AS ACCOUNTANTS FOR THE DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on October 18, 2021 at Document No. 410 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 411 Objections were to be filed and served no later than November 4, 2021.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion/Application recorded at Document No. 410 be entered by the Court.

Date: <u>November 5, 2021</u>    /s/ Brian C. Thompson
    Brian C. Thompson, Esquire
    Attorney for Debtor(s)
    PA ID No. 91197
    THOMPSON LAW GROUP, P.C.
    125 Warrendale Bayne Road, Suite 200
    Warrendale, PA 15086
    (724) 799-8404 Telephone
    (724) 799-8409 Facsimile
    bthompson@thompsonattorney.com