# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 20-22898-CMB |
| RONALD G. LINABURG, | Chapter 11 |
| Debtor. | |
| RONALD G. LINABURG, | Related to Doc. No. 376 and Claim No. 12-3 |
| Movant, | |
| v. | |
| RENEE R. KALP, D.M.D., | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, Michael A. Shiner, hereby certify that, I served or caused to be served a copy of Renee R. Kalp, D.M.D.'s *Response to Debtor's Objection to Proof of Claim No. 12* upon all parties in interest, on the 8th day of November, 2021, via the Court's CM/ECF notification system and upon the following parties, on November 9, 2021, via First Class U.S. Mail, postage prepaid, at the addresses listed below.

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Rd, Ste 200
Warrendale, PA 15086

*Debtor's Counsel*

Jodi Hause, Esq.
Office of the U.S. Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

*United States Trustee*

Dated: November 9, 2021

TUCKER ARENSBERG, P.C.

*/s/ Michael A. Shiner*
Michael A. Shiner, Esq.
PA ID No. 78088
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: (412) 566-1212
mshiner@tuckerlaw.com

*Counsel for Renee R. Kalp, D.M.D.*

TADMS:5603613-1 035921-192319