# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : <br> : <br> RONALD G. LINABURG, : <br> : <br> Debtor. : <br> : | Case No. 20-22898-CMB <br><br> Chapter 11 |
| RONALD G. LINABURG, : <br> : <br> Movant, : <br> : <br> v. : <br> : <br> RONALD E. HAND, D.M.D., : <br> : <br> Respondent. : | Related to Doc. No. 375 and <br> Claim No. 13-3 |

## CERTIFICATE OF SERVICE

I, Michael A. Shiner, hereby certify that I served or caused to be served a copy of Ronald E. Hand, D.M.D.'s *Response to Debtor's Objection to Proof of Claim No. 13* upon all parties in interest, on the 8th day of November, 2021, via the Court's CM/ECF notification system and upon the following parties, on November 9, 2021, via First Class U.S. Mail, postage prepaid, at the addresses listed below.

| | |
|---|---|
| Brian C. Thompson <br> Thompson Law Group, P.C. <br> 125 Warrendale Bayne Rd, Ste 200 <br> Warrendale, PA 15086 <br><br> *Debtor's Counsel* | Jodi Hause, Esq. <br> Office of the U.S. Trustee <br> Suite 960, Liberty Center <br> 1001 Liberty Avenue <br> Pittsburgh, PA 15222 <br><br> *United States Trustee* |

Dated:  November 9, 2021

TUCKER ARENSBERG, P.C.

*/s/ Michael A. Shiner*
Michael A. Shiner, Esq.
PA ID No. 78088
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
Phone:  (412) 566-1212
mshiner@tuckerlaw.com

*Counsel for Ronald E. Hand, D.M.D.*

TADMS:5603620-1 035921-192319