# PROCEEDING MEMO

**Date:** 11/10/2021 11:30 am

**In re:**   Ronald G Linaburg

**Bankruptcy No.** 20-22898-CMB
**Chapter:** 11-(NOT A SMALL BUSINESS)
**Doc. # 423**

**Appearances:**  BY ZOOOM:  Brian Thompson, Maribeth Thomas, Ronald Hicks, Carolyn McGee

**Nature of Proceeding:** #423 Emergency Motion To Quash Subpoena

**Additional Pleadings:** #424 Order Signed 11/03/2021 Setting Hearing on #423
    #425 Certificate of Service of Docket Nos. 423 and 424
    #433 Response by Diana Marie Dongell, D.M.D.; Ronald E. Hand, D.M.D.; Rebecca L. Watkins, D.M.D.; and Renee R. Kalp, D.M.D.
    #441 Motion To Strike Exhibit (Exhibit D in #433 Response)
    #442 Certificate of Service of Docket #441
    #443 TEXT ORDER:  And now, this 10th day of November, 2021, the #441 - Motion To Strike Exhibit will be addressed by the Court at the Hearing   on 11/10/2021 at 11:30 a.m. with the #423 - Emergency Motion To Quash Subpoena.  At that time, the Court will decide if a response deadline and hearing should be set or of the matter can be resolved on the record.  This text-only entry constitutes the Court's order and notice on this matter.   Chief Judge Bohm Signed on 11/20/2021.

**Judge's Notes:**
 - Hicks: Assert there are factual issues regarding service of the amended schedules and compliance with the Court's Text Orders.
 OUTCOME:
 - Motion to Quash granted as set forth on the record. Subpoena is quashed but without prejudice.
 - Attorney Hicks to send interrogatories to Attorney Thompson within 10 days. Attorney Thompson to respond within one week and suggest he provide a verified statement  with response.
 HOUSEKEEPING MATTERS:
 - As to the Motion to Strike that was just filed at Doc. No. 441, that is denied.
 - Within the next 10 days, counsel to have 2 hour meeting to reach resolution of some of the pending issues. Until further directed, counsel to have weekly meetings by Friday of each week (commencing by Friday 11/19). Attorney Thompson to file a brief status report every Monday and shall include in the report whether progress is being made as well as Debtor's availability to be deposed given his health condition. The intention is to get the parties to a fruitful mediation and discovery is needed in order to do that.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
11/10/21 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA