**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Case No. 20-22898-CMB |
| | : |
| RONALD G. LINABURG, | : Chapter 11 |
| | : |
| Debtor. | : Related to Doc. Nos. 135 and 355 |
| | : |

**STIPULATION AND CONSENT ORDER
EXTENDING DEADLINE TO OBJECT TO DISCHARGEABILITY**

Creditors, Diana M. Dongell, D.M.D., Ronald E. Hand, D.M.D., Rebecca L. Watkins, D.M.D., and Renee R. Kalp, D.M.D. (collectively, the "**Creditors**"), and the Debtor, Ronald G. Linaburg ("**Debtor**"), file this Stipulation and Consent Order Extending Deadlines and Continuing Hearings (the "**Stipulation**").

WHEREAS, on March 10, 2021, the Creditors filed their Motion to Extend Time to Object to Dischargeability and/or Discharge ("**Dischargeability Motion**") [Doc. No. 135];

WHEREAS, after multiple hearings to consider the Dischargeability Motion, the Court issued an Order dated September 16, 2021 granting the Dischargeability Motion and directing that any complaint to determine dischargeability must be filed on or before November 15, 2021 [Doc. No. 355];

WHEREAS, the Debtor and the Creditors agree that their time and efforts would be best spent on the continuation of negotiations and settlement discussions in an attempt to reach a global resolution of the numerous matters in dispute between the parties, rather than additional litigation; and

WHEREAS, accordingly, the Debtor and the Creditors mutually request an extension of the Creditors' deadline to file a complaint to determine dischargeability.

**AND NOW**, based upon the foregoing, and with the Parties intending to be legally bound, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the deadline for the Creditors to file a complaint to determine dischargeability is extended to **January 17, 2022**.

IT IS SO ORDERED:

Dated:  November 16, 2021

_Carlota M. Böhm_
CARLOTA M. BÖHM, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
11/16/21 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

STIPULATED AND AGREED TO BY:

THOMPSON LAW GROUP, P.C.

_/s/ Brian C. Thompson_
Brian C. Thompson, Esq.
PA ID No. 91197
bthompson@thompsonattorney.com
125 Warrendale-Bayne Rd. Ste. 200
Warrendale, Pennsylvania 15086
Phone: (724) 799-8404
Fax: (724) 799-8409

*Counsel for Ronald G. Linaburg*

Dated:  November 15, 2021

TUCKER ARENSBERG, P.C.

_/s/ Michael A. Shiner_
Michael A. Shiner, Esq.
PA ID No. 78088
mshiner@tuckerlaw.com
Maribeth Thomas, Esq.
PA ID No. 208376
mthomas@tuckerlaw.com
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone:  (412) 566-1212
Fax:  (412) 549-5619

*Counsel for Ronald E. Hand, D.M.D., Rebecca L.
Watkins, D.M.D., and Renee R. Kalp, D.M.D.*

Dated:  November 15, 2021

PORTER WRIGHT MORRIS & ARTHUR, LLP

_/s/ Ronald L. Hicks, Jr._
Ronald L. Hicks, Jr., Esq.
PA ID No. 49520
rhicks@porterwright.com
Carolyn B. McGee, Esq.
PA ID No. 208815
cbmcgee@porterwright.com
6 PPG Place, Third Floor
Pittsburgh, Pennsylvania 15222
Phone:  (412) 235-4500

*Counsel for Diana Marie Dongell, D.M.D.*

Dated:  November 15, 2021

TADMS:5605878-1 035921-192319                    2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-22898-CMB

Ronald G Linaburg                                                               Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: gamr                              Page 1 of 3
Date Rcvd: Nov 16, 2021                 Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

**Recip ID          Recipient Name and Address**
db              +   Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021                      Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:**

**Name                    Email Address**

Brian Nicholas
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian C. Thompson
                        on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com
                        blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian C. Thompson
                        on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com
                        blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Carolyn Batz McGee
                        on behalf of Defendant Diana M. Dongell  D.M.D cbmcgee@porterwright.com

Carolyn Batz McGee

District/off: 0315-2                     User: gamr                              Page 2 of 3
Date Rcvd: Nov 16, 2021                  Form ID: pdf900                       Total Noticed: 1

on behalf of Creditor Diana Marie Dongell  D.M.D. cbmcgee@porterwright.com

Donna M. Donaher
    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com

Jodi Hause, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Berry
    on behalf of Creditor PNC Bank  N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com

John R. O'Keefe, Jr.
    on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul R. Yagelski
    on behalf of Creditor Reinhart FoodServices  LLC pryagelski@rothmangordon.com, jdmyers@rothmangordon.com

Robert O Lampl
on behalf of Interested Party William T. Kane rol@lampllaw.com
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholm
quist@lampllaw.com;kmonahan@lampllaw.com

Roger P. Poorman
on behalf of Creditor Dollar Bank  Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com

Ronald L. Hicks, Jr.
on behalf of Creditor Diana Marie Dongell  D.M.D. rhicks@porterwright.com,
tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.
on behalf of Defendant Diana M. Dongell  D.M.D rhicks@porterwright.com,
tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Kelleher, Jr.
on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com,
michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

TOTAL: 36