# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald G. Linaburg, | : | Bankruptcy No.: 20-22898-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |

## DEBTOR'S STATUS REPORT IN ACCORDANCE WITH ORDER AT DOCKET 444

AND NOW comes the Debtor, by and through his Counsel, Brian C. Thompson, Esquire, and Thompson Law Group, P.C., and hereby provides the following Status Report in Accordance with the Order at Docket 444 and avers as follows:

1. On or about November 19, 2021, Debtor's Counsel and Counsel for the Minority Shareholders, Attorneys Hicks, McGee, and Thomas (collectively "MSH Counsel"), conducted a meet and confer. Counsel for Associated Dental Specialist ("ADS") was unable to attend but have been updated.

2. Debtor has agreed to provide additional requested documents to MSH Counsel, including investment account statements.

3. In addition to Debtor's medical issues that were discussed on the record, Debtor is having surgery on his other eye this coming week. Debtor's Counsel has, and will continue to provide updates to MSH Counsel regarding the same.

Respectfully submitted,

Date: November 22, 2021    By:    /s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
Pa. I.D. 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com