## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Ronald G. Linaburg,      :   Bankruptcy No.: 20-22898-CMB
                                :
Debtor.                         :   Chapter 11
_____:

### DEBTOR'S STATUS REPORT IN ACCORDANCE WITH
### ORDER AT DOCKET 444

AND NOW comes the Debtor, by and through his Counsel, Brian C. Thompson, Esquire, and Thompson Law Group, P.C., and hereby provides the following Status Report in Accordance with the Order at Docket 444 and avers as follows:

1. On November 24, 2021, Debtor's Counsel and Counsel for the Minority Shareholders, Attorneys Hicks, McGee, and Shiner (collectively "MSH Counsel"), conducted a telephonic meet and confer. Counsel for Associated Dental Specialists ("ADS"), Attorneys Stuart Kaplan and William Meyers, also attended the meet and confer.

2. During the November 24, 2021 meet and confer, Debtor's Counsel communicated that Debtor underwent eye surgery on his right eye to remove the cataract on November 23, 2021. Debtor is currently recovering from that surgery and awaiting a post-operation appointment with his ophthalmologist regarding that condition. Debtor's left eye remains closed due to palsy, and Debtor is awaiting a follow-up with his physician regarding that condition.

3. Also, during the November 24, 2021 meet and confer the parties continued to discuss discovery requests and objections thereto. The parties have scheduled their next meet and confer for December 3, 2021.

4. Separate and apart from the meet and confer discussions regarding discovery matters, the parties have additionally had settlement communications.

                                                                       Respectfully submitted,

Date: <u>November 29, 2021</u>       By:    /s/ *Brian C. Thompson*, Esquire
                                                                               Brian C. Thompson
                                                                               Pa. I.D. 91197
                                                                               Thompson Law Group, P.C.
                                                                               125 Warrendale Bayne Road, Suite 200
                                                                               Warrendale, PA 15086
                                                                               (724) 799-8404 Telephone
                                                                               (724) 799-8409 Facsimile
                                                                               bthompson@thompsonattorney.com