# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Ronald G. Linaburg, | : | Case No.: 20-22898-CMB |
| | : | |
| | : | Reporting Period: _October, 2021_____ |
| | : | |
| | : | Chapter 11 |

## MONTHLY OPERATING REPORT

# UNITED STATES BANKRUPTCY COURT

### WESTERN  DISTRICT OF  PENNSYLVAN

| | | |
|---|---|---|
| In Re. Linaburg, Ronald G. | § | Case No.  20-22898 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | § | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2021

Petition Date: 10/09/2020

Months Pending: 13

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:        Accrual Basis ○        Cash Basis ⦿

Debtor's Full-Time Employees (current):        0

Debtor's Full-Time Employees (as of date of order for relief):        0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☒ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Brian C. Thompson

Signature of Responsible Party

11/10/2021

Date

BRIAN C. THOMPSON

Printed Name of Responsible Party

THOMPSON LAW GROUP, P.C.
125 WARRENDALE BAYNE ROAD, SUITE 200
WARRENDALE, PA  15086
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                1

Debtor's Name  Linaburg, Ronald G.                                    Case No.  20-22898

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $15,767 | |
| b.  Total receipts (net of transfers between accounts) | $37,649 | $449,330 |
| c.  Total disbursements (net of transfers between accounts) | $24,018 | $420,182 |
| d.  Cash balance end of month (a+b-c) | $29,398 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $24,018 | $420,182 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory    (Book ⚪  Market ⚪  Other ⚫  (attach explanation)) | $0 |
| d  Total current assets | $0 |
| e.  Total assets | $0 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $0 |
| n.  Total liabilities (debt) (j+k+l+m) | $0 |
| o.  Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

UST Form 11-MOR (06/07/2021)                        2

Debtor's Name  Linaburg, Ronald G.                                    Case No.  20-22898

## Part 5:  Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | $0 | $95,691.19 | $0 | $95,691.19 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | THOMPSON LAW GROUP | Lead Counsel | $0 | $90,716.19 | $0 | $90,716.19 |
| | ii | RIVERTECH TAX PREPARA | Financial Professional | $0 | $4,975.00 | $0 | $4,975.00 |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $52,054 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $31,860 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions) — Yes ○  No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) — Yes ○  No ⦿

c. Were any payments made to or on behalf of insiders? — Yes ○  No ⦿

d. Are you current on postpetition tax return filings? — Yes ⦿  No ○

e. Are you current on postpetition estimated tax payments? — Yes ⦿  No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ⦿  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○  No ⦿

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ⦿  No ○  N/A ○

i. Do you have:    Worker's compensation insurance? — Yes ○  No ⦿

    If yes, are your premiums current? — Yes ○  No ○  N/A ⦿  (if no, see Instructions)

    Casualty/property insurance? — Yes ⦿  No ○

    If yes, are your premiums current? — Yes ⦿  No ○  N/A ○  (if no, see Instructions)

    General liability insurance? — Yes ⦿  No ○

    If yes, are your premiums current? — Yes ⦿  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ⦿  No ○

Debtor's Name  Linaburg, Ronald G.                                          Case No.  20-22898

| | | | | |
|---|---|---|---|---|
| k. | Has a disclosure statement been filed with the court? | | Yes ⦿ | No ◯ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ⦿ | No ◯ |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $37,649 |
| d. | Total income in the reporting period (a+b+c) | $37,649 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $14,030 |
| h. | All other expenses | $9,988 |
| i. | Total expenses in the reporting period (e+f+g+h) | $24,018 |
| j. | Difference between total income and total expenses (d-i) | $13,631 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?  Yes ◯  No ⦿ | |
| m. | If yes, have you made all Domestic Support Obligation payments?  Yes ◯  No ◯  N/A ⦿ | |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

_/s/ Ronald G. Linaburg_                                          11-9-2021

/s/ Ronald G. Linaburg                                            RONALD G. LINABURG

Signature of Responsible Party                                    Printed Name of Responsible Party

DEBTOR                                                            11/10/2021

Title                                                             Date

## RONALD G. LINABURG DIP ACCOUNT
## Monthly Bank Reconciliation

|  | | Bank Statement Date: | 11/4/2021 | |
|---|---|---|---|---|
| Ending Balance from Bank Statement | | | | $29,574.45 |

**Add Deposits in Transit:**

| Deposit Date | Amount | Deposit Date | Amount | |
|---|---|---|---|---|
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | |

| **Total Deposits in Transit** | | | | $0.00 |
|---|---|---|---|---|
| **Subtotal** | | | | $29,574.45 |

**Subtract Outstanding Checks:**

| Check Number | Amount | Check Number | Amount | |
|---|---|---|---|---|
| 110 | $130.00 | | | |
| 353 | $21.99 | | $0.00 | |
| 355 | $25.00 | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |

| **Total Outstanding Checks** | | | | $176.99 |
|---|---|---|---|---|
| **Computed Book Balance** | | | | $29,397.46 |
| Balance per Your Books | | | | $29,397.46 |
| **Difference** | | | | $0.00 |

# Dollar Bank
### Since 1855

RONALD G LINABURG
ATTN DR RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

ACCOUNT NUMBER:
STATEMENT DATE:
VIRGINIA MANOR
1717 COCHRAN ROAD

10/05/21 THRU 11/04/21

(412) 531-2422

## ACCOUNT SUMMARY

| | BALANCE PRIOR STATEMENT | CHECKS PAID AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE THIS STATEMENT | AVG COLLECTED BALANCE | ANNUAL PERCENTAGE YIELD EARNED | INTEREST EARNED |
|---|---|---|---|---|---|---|---|
| FREE CHKG | 15,896.31 | 23,970.86 | 37,649.00 | 29,574.45 | 21,469.15 | 0.00% | 0.00 |

## SEQUENTIAL CHECK LISTING
(*INDICATES A BREAK IN THE CHECK SEQUENCE)

| CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT | CHECK # | CHK AMOUNT |
|---|---|---|---|---|---|---|---|
| 339 | 411.95 | 344 | 462.68 | 348 | 32.98 | 354 * | 3,000.00 |
| 341 * | 3,399.00 | 345 | 3,000.00 | 349 | 1,663.85 | 356 * | 130.00 |
| 342 | 335.16 | 346 | 3,611.80 | 350 | 158.47 | 359 * | 102.57 |
| 343 | 117.35 | 347 | 358.00 | 351 | 423.00 | | |

## FREE CHECKING ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT | DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 10/19 | CHK 345 SEQ# 18010414 | 3,000.00 | 10/25 | CHK 346 SEQ# 16007300 | 3,611.80 |
| 10/19 | CHK 344 SEQ# 18016022 | 462.68 | 10/26 | CHK 350 SEQ# 18015010 | 158.47 |
| 10/19 | CHK 339 SEQ# 18009312 | 411.95 | 10/27 | CHK 347 SEQ# 18007927 | 358.00 |
| 10/19 | CHK 342 SEQ# 18009825 | 335.16 | 10/28 | ECK CAPITAL ONE AR | 6,429.52 |
| 10/20 | DIR SSA TREAS 310 | 2,649.00+ | | CHECK PYMT CK# 0332 | |
| | XXSOC SEC | | 10/28 | CHK 354 SEQ# 18021704 | 3,000.00 |
| 10/20 | ECK AT&T Services | 316.53 | 10/29 | CHK 351 SEQ# 18004665 | 423.00 |
| | CHECKPAYMT CK# 0340 | | 11/02 | CHK 349 SEQ# 18021659 | 1,663.85 |
| 10/21 | CHK 343 SEQ# 18004924 | 117.35 | 11/02 | CHK 356 SEQ# 18020738 | 130.00 |
| 10/22 | CHK 341 SEQ# 18008456 | 3,399.00 | 11/04 | CHK 359 SEQ# 18014757 | 102.57 |
| 10/25 | WIR DEP-WIRE DOMESTIC | 35,000.00+ | 11/04 | CHK 348 SEQ# 18014097 | 32.98 |
| 10/25 | FEE INCOMING WIRE | 18.00 | | | |

## REQUIRED DISCLOSURE OF AGGREGATE OVERDRAFT AND RETURNED UNPAID ITEM FEES

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED UNPAID ITEM FEES | .00 | .00 |



PAGE    2

ACCOUNT BALANCES MAINTAINED DURING OCTOBER
(CHECKING/SAVINGS MINIMUM REPRESENTS LOWEST DAILY BALANCE, CHECKING/SAVINGS AVERAGE REPRESENTS
AVERAGE MONTHLY BALANCE, COMBINED AVERAGE REPRESENTS SUM OF CHECKING AND SAVINGS AVERAGES)

| CHECKING MINIMUM | CHECKING AVERAGE | SAVINGS MINIMUM | SAVINGS AVERAGE | COMBINED AVERAGE |
|---|---|---|---|---|
| $10,502.54 | $23,899.93 | $0.00 | $0.00 | $23,899.93 |

PLEASE REFER TO THE ACCOUNT INFORMATION SCHEDULE FOR YOUR ACCOUNT(S) SPECIFIC REQUIREMENTS.

THERE ARE A LOT OF THINGS YOU WANT TO DO.
TURNING YOUR DO...INTO DONE? THAT'S WHAT
DOLLAR BANK DOES BEST. LET'S GET YOU THERE.
VISIT US AT DOLLAR.BANK

Ronald G Linaburg DIP account
October check disbursements

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 10/17/2021 | 339 | The Blooming Dahlia | $411.95 |
| 10/17/2021 | 340 | AT&T | $316.53 |
| 10/17/2021 | 341 | Bartlett Tree Experts | $3,399.00 |
| 10/17/2021 | 342 | Pennsylvania American Water | $335.16 |
| 10/17/2021 | 343 | ORKIN | $117.35 |
| 10/17/2021 | 344 | Mt. Lebanon PA (JTS) | $462.68 |
| 10/17/2021 | 345 | Taylor Linaburg | $3,000.00 |
| 10/21/2021 | 346 | Dollar Bank | $3,611.80 |
| 10/21/2021 | 347 | US Trustee Payment Center | $358.00 |
| 10/21/2021 | 348 | Metro Cleaners | $32.98 |
| 10/21/2021 | 349 | Northern Lawn | $1,663.85 |
| 10/25/2021 | 350 | Peoples Gas | $158.47 |
| 10/25/2021 | 351 | Duquesne Light Co | $423.00 |
| 10/25/2021 | 352 | Capital One MC | $6,429.52 |
| 10/25/2021 | 353 | Pittsburgh Quarterly | $21.99. |
| 10/25/2021 | 354 | Taylor Linaburg | $3,000.00 |
| 10/25/2021 | 355 | G. Alan Yeasted | $25.00 |
| 10/24/2021 | 356 | Maroadi | $130.00 |
|  | 357 | VOIDED | $0.00 |
|  | 358 | VOIDED | $0.00 |
| 10/31/2021 | 359 | Guardian Protection | $102.57 |

$23,999.85

DIP 10-15-20 Oct Pd Receipts
to
339 to      359

357
358    > VOIDS

The Blooming Dahlia
308 Beverly Road
Pittsburgh, PA  15216 US
dahlia01@verizon.net

# INVOICE

**BILL TO**

Judy Linaburg
924 Valleyview Rd
Pittsburgh Pa 15243

INVOICE #
DATE 10/07/2021
DUE DATE 11/06/2021
TERMS Net 30

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| fresh arrangement | vase for front entrance | 1 | 100.00 | 100.00T |
| fresh arrangement | vase- smaller version | 1 | 85.00 | 85.00T |
| fresh arrangement | centerpieces | 4 | 50.00 | 200.00T |

|  |  |
|---|---|
| SUBTOTAL | 385.00 |
| TAX | 26.95 |
| TOTAL | 411.95 |
| BALANCE DUE | **$411.95** |





RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

Page: 1
Issue Date:     Oct 01, 2021
Account Number:

ant to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at
t.com/pap

toPay: S
t.com/a

anagin
t.com

**Total due**

# $316.53

Please pay by:
Oct 22, 2021



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

PAY TO THE ORDER OF  AT&T

Three hundred sixteen and 53/100 DOLLARS

DATE 10-17-21       $ 316.53

Dollar Bank
since 1855

MEMO

340

ayment, Sep 23

emaining balance

ervice summary                                              nged?

Wireless              Page 2              $316.53
                         Last Bill $247.10 Difference +$69.43    < Usage

otal services                                $316.53

Total due                                    $316.53

Please pay by Oct 22, 2021

**Ways to pay and manage your account:**


myAT&T app
iPhone and Android


att.com/pay

Call 611 or
800.331.0500
TTY: 866.241.6567

Scan to pay



**AT&T**

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

Page: 1 of 5
Issue Date: Oct 01, 2021
Account Number:

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.

Total due

# $316.53

Please pay by:
Oct 22, 2021

## Account summary

| | |
|---|---|
| Your last bill | $247.10 |
| Payment, Sep 23 - Thank you! | -$247.10 |
| **Remaining balance** | **$0.00** |

## Service summary

|  |  |  |
|---|---|---|
| Wireless | *Page 2* | $316.53 |
| | | Last Bill $247.10 Difference +$69.43 |
| **Total services** | | **$316.53** |

**What's changed?**

< *Usage*

**Total due** **$316.53**

Please pay by Oct 22, 2021

## Ways to pay and manage your account:

 **myAT&T app**
iPhone and Android

 **att.com/pay**

 **Call 611 or**
**800.331.0500**

Scan to pay


 AT&T

Issue Date:        Oct 01, 2021
Account Number: 

## Service activity

### Wireless

| Number | User | Page | Activity since last bill | Plan | Add-ons | Surcharges & fees | Government taxes & fees | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | Monthly charges | | | | |
| Group 4 | | 2 | - | $70.00 | - | $0.54 | $0.27 | $70.81 |
| | RONALD LINABURG | 3 | $48.00 | $35.00 | $8.99 | $21.50 | $7.21 | $120.70 |
| | RONALD LINABURG | 3 | - | $35.00 | - | $4.31 | $2.07 | $41.38 |
| | RONALD LINABURG | 4 | - | $20.00 | $15.00 | $4.19 | $3.07 | $42.26 |
| | RONALD LINABURG | 4 | - | $35.00 | - | $4.31 | $2.07 | $41.38 |
| Total | | | $48.00 | $195.00 | $23.99 | $34.85 | $14.69 | $316.53 |

## Group 4
4 Devices

| Monthly charges | Sep 02 - Oct 01 | |
|---|---|---|
| 1. AT&T Unlimited &More(SM) Premium Multi Line | | $100.00 |
| 2. Discount for 4+ Phones | | -$30.00 |

| Surcharges & fees | | |
|---|---|---|
| 3. Federal Universal Service Charge | | $0.34 |
| 4. State Gross Receipts Surcharge | | $0.20 |

| Government taxes & fees | | |
|---|---|---|
| 5. County Sales Tax - Telecom | | $0.03 |
| 6. PA State Sales Tax - Telecom | | $0.24 |

### Total for Group 4        $70.81



Experience all that AT&T has to offer

Call 866.781.7116  Click att.com/AllATTForYou
Advertised services not available in all areas.

### Shared usage summary (Sep 02 – Oct 01)

| Number | User | Data (GB) | Text | Talk |
|---|---|---|---|---|
| | RONALD LINABURG | 10.36 | 299 | 752 |
| | RONALD LINABURG | 14.65 | 345 | 2,107 |
| | RONALD LINABURG | 0.48 | 197 | 355 |
| | RONALD LINABURG | 1.21 | 331 | 1,781 |
| Total usage | | 26.68 | 1,172 | 4,995 |
| Included in plan | | unlimited | unlimited | unlimited |

*Usage is rounded up based on your plan. For more details on your Shared usage summary, visit att.com/myusage.*

Group 4 continues...



6900.002.004321.02.04.0000000 NNNYNNNY 001163.001163

**AT&T**

Issue Date:          Oct 01, 2021
Account Number:

---

*Group 4 continued*

## Phone
RONALD LINABURG

| Activity since last bill | Sep 02 - Oct 01 | | |
|---|---|---|---|
| 1. International long distance<br>*16 minutes* | | $48.00 | < Usage |

| Monthly charges | Sep 02 - Oct 01 | |
|---|---|---|
| 2. Access for iPhone 4G LTE w/ VVM | | $35.00 |
| 3. Mobile Insurance Premium | | $8.99 |

| Surcharges & fees | | |
|---|---|---|
| 4. Administrative Fee | | $1.99 |
| 5. Federal Universal Service Charge | | $14.49 |
| 6. Regulatory Cost Recovery Charge | | $1.50 |
| 7. State Gross Receipts Surcharge | | $3.52 |

| Government taxes & fees | | |
|---|---|---|
| 8. 911 Service Fee | | $1.65 |
| 9. County Sales Tax | | $0.09 |
| 10. County Sales Tax - Telecom | | $0.70 |
| 11. PA State Sales Tax | | $0.54 |
| 12. PA State Sales Tax - Telecom | | $4.23 |

| Total for | | $120.70 |
|---|---|---|

## Phone
RONALD LINABURG

| Monthly charges | Sep 02 - Oct 01 | |
|---|---|---|
| 1. Access for iPhone 4G LTE w/ VVM | | $35.00 |

| Surcharges & fees | | |
|---|---|---|
| 2. Administrative Fee | | $1.99 |
| 3. Federal Universal Service Charge | | $0.52 |
| 4. Regulatory Cost Recovery Charge | | $1.50 |
| 5. State Gross Receipts Surcharge | | $0.30 |

| Government taxes & fees | | |
|---|---|---|
| 6. 911 Service Fee | | $1.65 |
| 7. County Sales Tax - Telecom | | $0.06 |
| 8. PA State Sales Tax - Telecom | | $0.36 |

| Total for | | $41.38 |
|---|---|---|

*Wireless continues...*

# AT&T

Issue Date: Oct 01, 2021

Account Number:

*...Wireless continued*

## Phone
RONALD LINABURG

| Monthly charges | *Sep 02 - Oct 01* | |
|---|---|---|
| 1. Access for iPhone 4G LTE w/ VVM | | $35.00 |
| 2. Discount for customer loyalty | | –$15.00 |
| 3. Protect Advantage Insurance for 1 | | $8.99 |
| 4. Protect Advantage Support Services for 1 | | $6.01 |

| Surcharges & fees | |
|---|---|
| 5. Administrative Fee | $1.99 |
| 6. Federal Universal Service Charge | $0.45 |
| 7. Regulatory Cost Recovery Charge | $1.50 |
| 8. State Gross Receipts Surcharge | $0.25 |

| Government taxes & fees | |
|---|---|
| 9. 911 Service Fee | $1.65 |
| 10. County Sales Tax | $0.15 |
| 11. County Sales Tax - Telecom | $0.06 |
| 12. PA State Sales Tax | $0.90 |
| 13. PA State Sales Tax - Telecom | $0.31 |

| Total fo | $42.26 |
|---|---|

### Usage summary

| Talk | Used |
|---|---|
| Call over Wi-Fi | 2,979 |

## Phone
RONALD LINABURG

| Monthly charges | *Sep 02 - Oct 01* | |
|---|---|---|
| 1. Access for iPhone 4G LTE w/ VVM | | $35.00 |

| Surcharges & fees | |
|---|---|
| 2. Administrative Fee | $1.99 |
| 3. Federal Universal Service Charge | $0.52 |
| 4. Regulatory Cost Recovery Charge | $1.50 |
| 5. State Gross Receipts Surcharge | $0.30 |

| Government taxes & fees | |
|---|---|
| 6. 911 Service Fee | $1.65 |
| 7. County Sales Tax - Telecom | $0.06 |
| 8. PA State Sales Tax - Telecom | $0.36 |

| Total for | $41.38 |
|---|---|

| **Total for Wireless** | **$316.53** |
|---|---|



| INVOICE NO. | | AMOUNT DUE |
|---|---|---|

*Check 341   10-17-21*

...ork Completed 10/01/2021                                              200.00
work at   924 Valleyview Road                                            14.00Tx
Pittsburgh                                                               214.00

Bartlett Monitor is a program to inspect woody trees and shrubs for
insect and mite pests, diseases and cultural problems that could
... ...th health. Treat plants as needed to suppress pest damage
... ...tment recommendations for pests

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430   4

341

DATE 10-17-21

PAY TO THE
ORDER OF Bartlett                                              $ 3,399.00

Three thousand three ninety-nine and 00/100 DOLLARS

Dollar Bank. Since 1855

Inv #'5

MEMO

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

| | ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| | | 10/05/2021 | 214.00 |

YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER**

A SERVICE CHARGE OF    1.5    % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF    18.0    %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
**BARTLETT TREE EXPERTS**
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE  211006-01099-0001

Thank you for the opportunity to care for your property.

| | ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| | | 09/28/2021 | 3185.00 |

YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER**
**(724) 695-1660**

A SERVICE CHARGE OF    1.5    % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF    18.0    %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
**BARTLETT TREE EXPERTS**
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE  210929-01131-0001



**BARTLETT TREE EXPERTS**
P.O. Box 3067
Stamford, CT 06905-0067

TEMP-RETURN SERVICE REQUESTED

HOME OFFICE - STAMFORD, CT
THE BARTLETT TREE RESEARCH LABORATORIES & EXPERIMENTAL GROUNDS - CHARLOTTE, NC

## INVOICE

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| | 09/28/2021 | |
| Page 1 | AMOUNT DUE | PAY THIS AMOUNT |
| | 3185.00 | 3185.00 |

*MAKE CHECK PAYABLE TO: Bartlett Tree Experts*
*Pay online at www.bartlett.com*

YOUR CHECK NUMBER _341_

☐ Please check box if your address below is incorrect or has changed. Indicate change(s) on reverse side.

TO ENSURE PROPER CREDIT PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.
ALL ACCOUNTS NET                    PAYABLE UPON RECEIPT



000991 0.5380 MB 0.485                TR00005
Mrs JUDY LINABURG
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067



---



**BARTLETT TREE EXPERTS**
P.O. Box 3067
Stamford, CT 06905-0067

TEMP-RETURN SERVICE REQUESTED

HOME OFFICE - STAMFORD, CT
THE BARTLETT TREE RESEARCH LABORATORIES & EXPERIMENTAL GROUNDS - CHARLOTTE, NC

## INVOICE

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| | 10/05/2021 | |
| Page 1 | AMOUNT DUE | PAY THIS AMOUNT |
| | 214.00 | 214.00 |

*MAKE CHECK PAYABLE TO: Bartlett Tree Experts*
*Pay online at www.bartlett.com*

YOUR CHECK NUMBER _341_

☐ Please check box if your address below is incorrect or has changed. Indicate change(s) on reverse side.

TO ENSURE PROPER CREDIT PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.
ALL ACCOUNTS NET                    PAYABLE UPON RECEIPT



000969 0.5380 MB 0.485                TR00004
Mrs JUDY LINABURG
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067



Work Completed 10/01/2021

Work at     924 Valleyview Road
Pittsburgh

200.00
14.00Tx
214.00

Bartlett Monitor is a program to inspect woody trees and shrubs for
insect and mite pests, diseases and cultural problems that could
impact plant health. Treat plants as needed to suppress pest damage
and promote plant health. Provide treatment recommendations for pests
and cultural problems on larger plants.
Provide 6 treatments.
Visit 6.
Plants indicating concerns:
All trees and shrubs at the front, sides, and rear of the property
treated to help prevent or suppress .
Additional Information:
All trees and shrubs front, sides, and rear of the property Girdling
roots were removed from the lower stem/root flare
 All trees and shrubs front, sides, and rear of the property Soil was
removed from the root collar tissues to expose the flare

We gladly accept all major credit cards.
Simply access your account to pay online at bartlett.com
or call our office at 724-695-1660.

Thank you for the opportunity to care for your property.

ACCOUNT NUMBER          INVOICE DATE          PAY THIS AMOUNT
                        10/05/2021              214.00

YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER**

A SERVICE CHARGE OF      1.5      % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF      18.0      %
IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE.

RETAIN THIS PORTION FOR YOUR RECORDS

MAKE CHECK PAYABLE TO
**BARTLETT TREE EXPERTS**
P.O. BOX 3067
STAMFORD, CT 06905-0067

TREE   211006-01099-0001

Work Completed 09/08/2021
Work at   924 Valleyview Road
Pittsburgh

    White Pine, Pinus strobus (front right corner of house)  Goals: -
    Reduce weight of branch ends - Improve appearance - Reduce
    likelihood of storm damage - Provide 3-4 feet of clearance from the
    house - Encourage central leader development  Specifications: -
    Reduce 30 percent of heavy branches, 0.5-1.5 inch diameter cut(s),
    entire canopy (more severe in upper half) - Reduce 40 percent of
    co-dominant stems, 2-4 inch diameter cut(s), upper half - Remove all
    debris
        -
    arborvitae hedge (rear (around perimeter of back yard and left side
    of the house ))  Goals: - Maintain size and shape - Reduce weight
    of heavy stems/branches - Enhance light to interior canopy
    Specifications: - Shear live branches as needed, 6-12 inch diameter
    cut(s), side facing pool (reduce as far as possible) - Reduce and/or
    remove 15 percent of stems/branches, 0.5 inch diameter cut(s), entire
    canopy - Remove all debris
        -
    1 weeping Norway Spruce, Picea abies (right side of house) 1 Kousa
    Dogwood, Cornus kousa (rear right side of property)  Goals: - Reduce
    the weeping norway spruce height by approximately 3 feet - Improve
    appearance of the kousa dogwood  Specifications: - Reduce live stems
    as needed, 3 feet length reduction, upper third - Remove all dead
    stems, 0.5-2 inch diameter cut(s), entire canopy of the kousa dogwood
    - Remove all debris
        -


            Thank you for the opportunity to care for your property.


| | ACCOUNT NUMBER | INVOICE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| | | 09/28/2021 | 3185.00 |

YOUR BARTLETT REPRESENTATIVE IS: **JOHN REITMEYER**

| | | | MAKE CHECK PAYABLE TO |
|---|---|---|---|
| A SERVICE CHARGE OF  1.5  % PER MONTH WHICH IS AN ANNUAL PERCENTAGE OF  18.0  % IS ADDED TO ACCOUNTS 30 DAYS AFTER INVOICE DATE. | | RETAIN THIS PORTION FOR YOUR RECORDS | **BARTLETT TREE EXPERTS** P.O. BOX 3067 STAMFORD, CT 06905-0067 |

TREE  210929-01131-0001



# PENNSYLVANIA
# AMERICAN WATER

**WE KEEP LIFE FLOWING™**

**Service Address:**

RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

 THANK YOU FOR BEING OUR CUSTOMER.

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay a~~~~~~~will be paid on time, every time directly from y~~~~~~~~~~~~~~ister or log on to My Accou~~~

For mor~~~

## Statement

| | |
|---|---|
| Account No | |
| ~~~~~~~~~~~~~~~ | **$335.16** |
| Payment Due By: | **October 27, 2021** |

| | |
|---|---|
| Billing Date: | October 05, 2021 |
| Service Period: | Sep 03 to Oct 04 (32 Days) |
| Total Gallons: | 23,000 |

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $485.66 |
| Payments - Thank You! | $485.66 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $312.66 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $335.16 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

342

PAY TO THE
ORDER OF _PAWC_          DATE _10-17-21_

_Three hundred thirty-five and 16/100_          $ _335.16_

**Dollar Bank.**
*Since 1855*                                    DOLLARS

MEMO _____

PO BOX 371412
PITTSBURGH, PA. 15250-7412

| | |
|---|---|
| ~~Please return bottom portion with your payment~~ | |
| ~~~~~~~~~~~ ($315.79 x 0.57%) | 1.80 |
| **Total Service Related Charges** | **312.66** |
| Protection Programs: | 22.50 |
| For inquiries, please call 1-888-378-4458 | |
| Water Line Protection | 9.25 |
| Sewer Line Protection | 13.25 |
| **Total Current Period Charges** | **335.16** |

| | |
|---|---|
| **Total Amount Due**  | **$335.16** |

5 1    (VCOARU001009171010~~~~

- Average ~~~~~~~~~~~ own in the water droplet above represent your average ~~~ / water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Protection programs** for water, sewer and in-home plumbing are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges. For inquiries about protection programs, please contact American Water Resources at 888-378-4458.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

| |
|---|
| For more information about your charges and rates, please visit: https://amwater.com/paaw/rates |



# PENNSYLVANIA AMERICAN WATER

**WE KEEP LIFE FLOWING™**

**Statement**

| Account No | |
|---|---|
| Total Amount Due | **$335.16** |
| Payment Due By: | **October 27, 2021** |

**Service Address:**
RONALD LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

THANK YOU FOR BEING OUR CUSTOMER.

| | |
|---|---|
| **Billing Date:** | October 05, 2021 |
| **Service Period:** | Sep 03 to Oct 04 (32 Days) |
| **Total Gallons:** | 23,000 |

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

For more information, visit www.pennsylvaniaamwater.com

## Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $485.66 |
| Payments - Thank You! | $485.66 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $312.66 |
| Protection Programs: | $22.50 |
| Total Amount Due: | $335.16 |


**View your account information or pay your bill anytime at: www.amwater.com/MyAccount**


**Pay by Phone\*:** Pay anytime at 1-855-748-6066
*\*A convenience fee may apply*


**Customer Service: 1-800-565-7292**
M-F 7:00am to 7:00pm – Emergencies 24/7

**PENNSYLVANIA AMERICAN WATER**
PO BOX 371412
PITTSBURGH, PA. 15250-7412

~ Please return bottom portion with your payment ~ ... ...ding for your records. ~  009166/036707 VC0ABU ETM1C00005 1          (VC0ABU001009171010410 0)

Messages from Pennsylvania American Water

- Effective July 1, 2021, the Water Distribution System Improvement Charge changed from -0.11% to 0.00%. This charge funds the replacement of water distribution system facilities.

- ***IMPORTANT WATER QUALITY MESSAGE: Your annual Water Quality Report can be viewed electronically at www.amwater.com/ccr/greaterpgh.pdf. If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 800-565-7292.

- Approximately 3.58 percent, or $12.00 of state taxes are included in your current bill.

## OCTOBER IS NATIONAL



**FIRE SAFETY MONTH**

Learn the sounds of fire safety by testing your smoke alarm and replacing the batteries if needed!



PENNSYLVANIA
AMERICAN WATER

WE KEEP LIFE FLOWING®

---

**CUSTOMER SERVICE: 1-800-565-7292**
HOURS: M-F, 7am-7pm • Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED: 711
(and then reference Customer Service number listed above)

### SERVICES



**Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on My Account at amwater.com/myaccount. Not registered? Log in and be sure to have your account number handy.

**Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit pennsylvaniaamwater.com. Under Water Quality, select Water Quality Reports.

**H2O Help To Others:** This program helps low-income customers who qualify with their water bills. For more information, contact our program administrator, the Dollar Energy Fund, at 1-888-282-6816.

### EXPLANATION OF FEES AND OTHER TERMS

**Distribution System Improvement Charge (DSIC):** A charge to replace aging facilities, such as mains, meters, fire hydrants, valves, etc. This charge, as approved by the Pennsylvania Public Utility Commission (PUC), will change every three months based on work completed. It will not exceed 7.5% of your bill.

**Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

**State Tax Surcharges:** This PUC-approved charge allows the company to recover costs specific to state taxes.

**Estimated Bill:** This occurs when we are unable to read the water meter. Your usage from the same billing period the prior year is used to calculate the estimated bill. The next actual meter reading corrects any over or under estimates.

**Inquiries/Disputes:** For inquiries about your bill, please register any question or complaint about the bill prior to the due date. Contact customer service Monday–Friday from 7 a.m. to 7 p.m. by calling 1-800-565-7292. To register your complaint by mail, send written correspondence to PO Box 578, Alton, IL 62002-0578.

**Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at pennsylvaniaamwater.com. Under Customer Service & Billing, select Your Water and Wastewater Rates.

**Protection programs for water, sewer and in-home plumbing** are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges. For inquiries about protection programs, please contact American Water Resources at 1-888-378-4458.

**Correspondence:** Please send written correspondence to PO Box 578, Alton, IL 62002-0578. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.



PENNSYLVANIA
AMERICAN WATER

WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| | 100 gal | 5/8" | 09/03/2021 | 10/04/2021 | 27,792 (A) | 28,022 (A) | 230 | 230.00 | 23,000 |

A = Actual    E = Estimate                    1 Billing Unit = 100 gallons                    Total Gallons:    23,000

**Billed Usage History (graph shown in 100 gallons)**

▓ 23,000 gallons = usage for this period

16,500 gallons = usage for same period last year

Next Scheduled Read Date:  on or about November 02, 2021
Account Type:    Residential



2020  2021

390
312
234
156
78

Oct  Nov  Dec  Jan  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct

Average
daily use for
this period is:
(32 days)

719
gallons

Year to Date Billed Usage: 205,400 gallons

## Account Detail

Account No
Service To: 924 VALLEYVIEW RD PITTSBURGH, PA 15243-1022

| | |
|---|---|
| Prior Billing | 485.66 |
| Payments | -485.66 |
| Total payments as of Sep 22. Thank you! | -485.66 |
| **Balance Forward** | **0.00** |

Service Related Charges - 09/03/21 to 10/04/21

| | | |
|---|---|---|
| **Water Service** | | 310.86 |
| Water Service Charge | | 17.00 |
| Water Usage Charge | (230 x $1.2991) | 298.79 |
| Deferred Tax Credit | ($315.79 x -1.56%) | -4.93 |
| **Other Charges** | | 1.80 |
| Recoupment Surcharge Water | | 1.80 |
| | ($315.79 x 0.57%) | |
| **Total Service Related Charges** | | **312.66** |
| **Protection Programs:** | | 22.50 |
| For inquiries, please call 1-888-378-4458 | | |
| Water Line Protection | | 9.25 |
| Sewer Line Protection | | 13.25 |
| **Total Current Period Charges** | | **335.16** |

**Total Amount Due**    ➡    **$335.16**

## Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Protection programs** for water, sewer and in-home plumbing are offered by American Water Resources. Charges for these services are not regulated by the Pennsylvania Public Utility Commission. Regulated services will not be disconnected as a result of non-payment of protection program charges. Customers with protection program charges will not be assessed a late payment charge for late or unpaid protection plan charges.  For inquiries about protection programs, please contact American Water Resources at 888-378-4458.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/paawrates



*Ch# 343    10-17-21*

Page 1/1

## STATEMENT

**ORKIN**

Orkin
90 W CHESTNUT St
STE 145UL
Washington, PA 15301-4549

**CUSTOMER INFORMATION**

Account Number:
Customer Address: 924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

**BRANCH INFORMATION**

| | |
|---|---|
| Branch Name: | 481-S. PITTSBURGH, P |
| Branch Phone: | 800 732-5020 |
| Branch Manager: | JEFFERY BROWN |

JUDITH LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

00024812
A309

We want to ensure your complete satisfaction.
Please contact your local Orkin Branch at 800
732-5020.

## ACCOUNT DETAIL

| DATE | INVOICE# | SERVICING BRANCH | PO# | DESCRIPTION | CHARGES | TAX | TOTAL | PAYMENTS / ADJUSTMENTS | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| Service Address: 924 VALLEYVIEW RD   PITTSBURGH, PA 15243-1022 | | | | | | | | | |
| Oct,2021 | | 481-S. PITTSBURGH, P | | Oct, 2021 PC Standard - EOM | $110.70 | $6.65 | $117.35 | $0.00 | $117.35 |

$117.35

d Credits    $0.00
MOUNT DUE    $117.35

service charge.  This increase
ou for choosing Orkin, and we
ment is due when service is



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

343

DATE 10-17-21

PAY TO THE
ORDER OF ORKIN                                    $ 117.35

One hundred seventeen and 35/100                    DOLLARS

**Dollar Bank.**
Since 1855

MEMO

MP

Please include your ...



**STATEMENT**

Page 1/1

Orkin
90 W CHESTNUT St
STE 145UL
Washington, PA 15301-4549

**CUSTOMER INFORMATION**

**Account Number:**
**Customer Address:** 924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

**BRANCH INFORMATION**

JUDITH LINABURG
924 VALLEYVIEW RD
PITTSBURGH, PA 15243-1022

00024612
A309

| **Branch Name:** | 481-S. PITTSBURGH, P |
| **Branch Phone:** | 800 732-5020 |
| **Branch Manager:** | JEFFERY BROWN |

We want to ensure your complete satisfaction.
Please contact your local Orkin Branch at 800
732-5020.

## ACCOUNT DETAIL

| DATE | INVOICE# | SERVICING BRANCH | PO# | DESCRIPTION | CHARGES | TAX | TOTAL | PAYMENTS / ADJUSTMENTS | AMOUNT DUE |
|------|----------|------------------|-----|-------------|---------|-----|-------|------------|------------|
| Service Address: 924 VALLEYVIEW RD    PITTSBURGH, PA 15243-1022 | | | | | | | | | |
| Oct,2021 | | 481-S. PITTSBURGH, P | | Oct, 2021 PC Standard - EOM 7-PC Standard | $110.70 | $6.65 | $117.35 | $0.00 | $117.35 |

| | | |
|---|---|---|
| Subtotal: | | $117.35 |
| **Unapplied Credits** | | **$0.00** |
| **TOTAL AMOUNT DUE** | | **$117.35** |

Thank you for being a loyal Orkin customer.  This month, you may notice a minimal increase in your service charge.  This increase will allow us to continue to provide you with the quality service you have come to expect.  Thank you for choosing Orkin, and we appreciate your business. The details above do not reflect payments submitted after 9/23/2021.  **Payment is due when service is rendered.** To create your online account, please visit www.orkin.com/myaccount.

**Please detach and mail lower portion with check made payable to Orkin.**
**Please include your account number on your check.**



# SIGN UP FOR AUTOPAY AND REST EASY

With AutoPay, enjoy the peace of mind that comes from knowing your Orkin Tech will return for service as scheduled, and that after each visit, your account balance will automatically be paid. No more writing checks. No more pests.

**There are three easy ways to sign up:**
- ▸ Log in to your account at **orkin.com/myaccount** and follow the directions to sign up for AutoPay.
- ▸ You can also complete the authorization coupon below and mail it using the envelope provided.
- ▸ Or just call your local branch and they'll set you up.

# HOW IT WORKS

Once you sign up, AutoPay will go into effect following your next service. After each service, we'll charge your credit card or bank check card on file for the amount shown on your service ticket.

Thanks for trusting Orkin to help control pests around your home.

AUTOMATIC PAYMENT AUTHORIZATION

Please return this portion with your payment.

**JTS**

Sewage Billing on behalf of
**Mount Lebanon, PA**
102 Rahway Road
McMurray, PA 15317

Make check or money order payable to

*Mount Lebanon, PA*

Account Number

| Due Date | Total Amount Due | Amount Paid |
|----------|------------------|-------------|
| **10/20/2021** | **$ 462.68** | $ 462.68 |

*Mail payments to:*

******AUTO**5-DIGIT 15243 C 12 P 2 4849 1 AV 0.423    Seq=484

LINABURG RONALD
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

JORDAN TAX SERVICE INC.
MOUNT LEBANON, PA
PO BOX 645118
PITTSBURGH PA 15264-5118

---

RONALD G. LINABURG
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

**344**

DATE 10-17-21

PAY TO THE
ORDER OF Mt Lebanon PA                    $ 462.68

Four hundred sixty-two and 68/100                    DOLLARS

**Dollar Bank.**
Since 1855

MEMO

RL [signature]

| | 6.37 |
|---|---|
| | 456.31 |
| | 462.68 |
| | $ 462.68 |

---

ease note that the readings and —
splayed in 100s/hundreds of gallons. Charges not
id by the due date are subject to .83% interest
r month and a 10% service charge. A $35.00
n-sufficient funds fee is charged on all returned
ecks.

Meter Readings

| Meter #: | From Read Date | Reading | Type | To Read Date | Reading | Type |
|----------|----------------|---------|------|--------------|---------|------|
| | 08/03/2021 | 27445 | A | 09/02/2021 | 27792 | A |
| | | | | **Total Usage:** | | 347 |



**Jordan Tax Service, Inc.**
102 Rahway Road, McMurray, PA 15317

**Visit www.jordantax.com/utilpay to enroll in paperless billing!**
View your sewage bills and make one-time or recurring payments on-line from your checking or savings account.
1. Have your account number and zip code from your billing statement ready.
2. Choose your own login and password.
3. View and pay your bill online.

**Pay by Phone** 844-286-7474

**Questions about your bill?**
Please contact Jordan Tax Service (JTS) at 724-731-2318 before the due date. You may also contact JTS via email at sewage@jordantax.com. Normal business hours are: Monday–Friday 8:00 a.m.– 4:30 p.m.

**Rate Information**
All sewage treatment charges are billed monthly and are payable immediately upon receipt.
**ALCOSAN**
$9.10 per 1,000 gallons
Sewage Service - $6.37 per bill
**Mount Lebanon, PA**
$4.05 per 1,000 gallons
**Total Charges**
Sewage Treatment - $13.15 per 1,000 gal
Sewage Service - $6.37 per bill
Please note that the readings and total usage are displayed in 100s/hundreds of gallons. Charges not paid by the due date are subject to .83% interest per month and a 10% service charge. A $35.00 non-sufficient funds fee is charged on all returned checks.

| | | | | | | |
|---|---|---|---|---|---|---|
| | Due Date | | Total Amount Due | | | |
| | **10/20/2021** | | **$ 462.68** | | | |

**Billing Statement for Linaburg Ronald**                                    *Page 1 of 1*

| *Service Location* | *Parcel Identifier* |
|---|---|
| 924 Valleyview Rd | |

## Account Overview

| | |
|---|---|
| Balance Forward | $.00 |

## Current Charges

| | |
|---|---|
| Sewage Service | 6.37 |
| Sewage Treatment | 456.31 |
| **Total Current Charges** | **462.68** |
| **Amount Due By October 20, 2021** | **$ 462.68** |

## Meter Readings & Usage Summary

| Meter #: | From Read Date | Reading | Type | To Read Date | Reading | Type |
|---|---|---|---|---|---|---|
| | 08/03/2021 | 27445 | A | 09/02/2021 | 27792 | A |
| | | | | **Total Usage:** | | 347 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2438

345

DATE  10 -17- 21

PAY TO THE
ORDER OF  Taylor Linaburg                    | $ 3,000.00

Three Thousand XX/100                         DOLLARS

**Dollar Bank.**
Since 1855

MEMO Sept 2021 Support

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

### *** BILLING NOTICE ***

| INTEREST | = | $1,356.16 | ACCOUNT NO. |
|---|---|---|---|
| TOTAL AMOUNT DUE | = | $1,356.16 | |

DUE DATE 11-01-21                              MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 11-16-21, THE LATE CHARGE ASSESSED WILL BE      $81.37

INTEREST PAID LAST YEAR 2020      $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|---|---|---|---|---|---|---|
| 10-01-21 | BALANCE FORWARD | | 487,511.25 | | 3.25000 | 1,341.90 |
| 09-22-21 | INTEREST PAID | | 487,511.25 | | 3.25000 | -1,341.90 |
| 09-22-21 | PRINCIPAL PAID | 2,269.90 | 485,241.35 | | 3.25000 | |
| 11-01-21 | INTEREST ADJUSTMENT | | | | | -1.84 |
| 11-01-21 | INTEREST ACCRUAL | | 485,241.35 | 31 | 3.25000 | 1,358.00 |
| BALANCE | | | 485,241.35 | | | |

| | | |
|---|---|---|
| APR BILL DATE RANGE: | 09-16-21 - 10-17-21 | |
| DAILY PERIODIC RATE | .0090 | |
| ANNUAL PERCENTAGE RATE | 3.2923 (V) | |
| BALANCE SUBJECT TO INTEREST RATE | 485,680.68 | |
| INTEREST CHARGED | 1,359.22 | TOTAL INTEREST CHARGED IN 2021      14,303.71 |
| FEES CHARGED | .00 | TOTAL FEES CHARGED IN 2021                 .00 |
| PREVIOUS BALANCE | 487,511.25 | |
| NEW BALANCE | | |



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2450

346

DATE 10-21-2021

PAY TO THE ORDER OF   Dollar Bank      $ 3611.80

Thirty Six hundred eleven 80/100      DOLLARS

Dollar Bank.
Since 1855

MEMO

FCL

PLEASE RETAIN BOTTOM PORTION FOR YOUR RECORDS, RETURN TOP WITH YOUR PAYMENT.

*** BILLING NOTICE ***

| INTEREST | = | $1,356.16 | ACCOUNT N |
|----------|---|-----------|-----------|

TOTAL AMOUNT DUE    =    $1,356.16

DUE DATE 11-01-21                    MATURITY DATE 09-09-25

IF PAYMENT IS NOT PROCESSED BY 11-16-21, THE LATE CHARGE ASSESSED WILL BE       $81.37

INTEREST PAID LAST YEAR 2020        $19,324.80

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LOAN BALANCE | NO DAYS | INTEREST RATE | INTEREST ACCRUED |
|------|------------------------|--------------------|--------------|---------|---------------|------------------|
| 10-01-21 | BALANCE FORWARD | | 487,511.25 | | 3.25000 | 1,341.90 |
| 09-22-21 | INTEREST PAID | | 487,511.25 | | 3.25000 | -1,341.90 |
| 09-22-21 | PRINCIPAL PAID | 2,269.90 | 485,241.35 | | 3.25000 | |
| 11-01-21 | INTEREST ADJUSTMENT | | | | | -1.84 |
| 11-01-21 | INTEREST ACCRUAL | | 485,241.35 | 31 | 3.25000 | 1,358.00 |
| BALANCE | | | 485,241.35 | | | |

```
APR BILL DATE RANGE:          09-16-21 - 10-17-21
DAILY PERIODIC RATE                 .0090
ANNUAL PERCENTAGE RATE             3.2923 (V)
BALANCE SUBJECT TO INTEREST RATE   485,680.68
INTEREST CHARGED                  1,359.22             TOTAL INTEREST CHARGED IN 2021    14,303.71
FEES CHARGED                          .00             TOTAL FEES CHARGED IN 2021           .00
PREVIOUS BALANCE                 487,511.25
NEW BALANCE                      485,241.35
     (V) - VARIABLE RATE
```

DOLLAR BANK
P.O. BOX 1075
PITTSBURGH, PA  15230

CLREGZ    05/21

Office of the U. S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222-3715

412-644-4756

0003979
**********AUTO**MIXED AADC 170
LINABURG, RONALD G
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

Page 1 of 1          Rev. 01/20

Account No.: _____
Process Date: 10-05-21



UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

| See Instructions On Reverse Side |
| --- |

### Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
| --- | --- | --- |
| 07-06-21 | Balance Forward | 250.00 |
| 07-26-21 | Payment from Lock Box | 250.00- |
| 10-05-21 | Quarter 3, 2021 Fee Due {Disbursements = $89,376.} (6) | 358.00 |
| | Estimated Balance Due Based On Disbursement Record | **358.00** |

**Fee estimated based on available disbursements data.**

fold and tear                                                                                            fold and tear



DISBURSEMENTS STUB: Enter information, sign, detach, and return this stub in the window envelope.

ADDRESS STUB: Print address correction on reverse side. Place an "X" in the box if a correction is entered. ☐

Failure to file monthly operating reports may result in a motion filed by the U.S. Trustee office to convert or dismiss the case. In the section below, enter the disbursements for months/years that are missing monthly operating reports or disbursement information. For post-confirmation cases, consult the local U. S. Trustee office for the case regarding whether monthly or quarterly reports are required; if quarterly, enter the entire quarter's disbursement data in the last month of the quarter and write a "Q" after it. Round to nearest dollar. This is not a substitute for filing the required report.

LINABURG, RONALD G    Account Number _____

I certify under penalty of perjury that to the best of my knowledge the above disbursement information is true and correct.

Signature _____     Date 10-21-2021

---

QUARTERLY FEE PAYMENT STUB: Enter amount enclosed, detach, and return this stub with your payment to: U.S. Trustee Payment Center.

Account Number.          Amount Enclosed

_____            358 |00

Make check payable to U.S. Trustees.
Write the Account Number on the check.

Anything other than the check and payment form sent to the below
address will be destroyed (such material should be sent to the
local U.S. Trustee office for the case).

LINABURG, RONALD G
924 VALLEYVIEW ROAD
PITTSBURGH, PA 15243-1022

U.S. Trustee Payment Center
P.O. Box 6200-19

Metro Dry Cleaning
20111 U.S. 19 Suite 306
Cranberry Township PA 16066



**METRO**
DRY CLEANING + ALTERATIONS

## Statement

Metro Dry Cleaning

20111 U.S. 19 Suite 306
Cranberry Township, PA 16066
724-776-0808

metrodrycleaning.com

Ron & Judy Linaburgh
924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

Ref: 93B0F2

Account Number
Period 09/01/21 - 09/30/21

Make checks payable to:
**Metro Dry Cleaners**

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 09/01/21 | Balance forward | | | 159.51 |
| 09/07/21 | Invoice #21244-274 09/01/21 (2 pcs) | 11.01 | | 170.52 |
| 09/14/21 | Invoice #21252-482 09/09/21 (2 pcs) | 8.34 | | 178.86 |
| 09/27/21 | Invoice #21258-546 09/15/21 (2 pcs) | 13.63 | | 192.49 |
| 09/28/21 | Payment: Check - 335 | | 159.51 | 32.98 |

**DUE $32.98**

Thank you for being our customer.
Please remit payment upon receipt.



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

348

DATE 10-21-21

PAY TO THE
ORDER OF   Metro Cleaners                    $ 32.98

Thirty two 98/100 —————————————— DOLLARS

**Dollar Bank.**
Since 1855

MEMO

Northern Lawns, LP
120 Ridgeway Court
Pittsburgh, PA 15228
    412-563-5849

# Invoice

| Due Date | Date | Invoice # |
|----------|------|-----------|
| 10/30/2021 | 9/30/2021 | |

Bill To

Ron & Judy Linaburg
924 Valleyview Road
Pittsburgh, PA  15243

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

New e-mail address? Enter here: _____

| Balance Due | $1,663.85 |
|-------------|-----------|

120 Ridgeway Court
Pittsburgh, PA 15228

| Description | Amount |
|-------------|--------|
| Lawn mowed & edged - 9/3/21 | 35.00 |
| Lawn mowed & edged - 9/9/21 | 35.00 |
| Lawn mowed & edged - 9/16/21 | 35.00 |
| Lawn mowed & edged - 9/23/21 | 35.00 |
| Lawn mowed & edged - 9/30/21 | 35.00 |
| Dale's labor 9/9/21: 4 hrs x $50/hr | 200.00 |
| Tim's labor 9/9/21: 5 hrs x $45/hr | 225.00 |
| Garrett's labor 9/9/21: 6 hrs x $45/hr | 270.00 |
| Will's labor 9/9/21: 5 hrs x $45/hr | 225.00 |
| Tim's labor 9/23/21: 2 hrs x $50/hr | 100.00 |
| Eric's labor 9/23/21: 2 hrs x $45/hr | 90.00 |
| James' labor 9/23/21: 2 hrs x $45/hr | 90.00 |
| Will's labor 9/23/21: 2 hrs x $45/hr | 90.00 |
| Garrett's labor 9/23/21: 2 hrs x $45/hr | 90.00 |
| Sales Tax | 108.85 |

We appreciate your business

Pay your bill online at www.northernlawns.com

| Total | $1,663.85 |
|-------|-----------|
| Payments/Credits | $0.00 |
| Balance Due | $1,663.85 |

# RONALD LINABURG

924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

**PEOPLES** An Essential Utilities Company

For 24/7 account access: peopleseaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| | Oct 12, 2021 | 11/10 - 11/12/2021 | 13 |

For General Information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**

## Summary of Basic Charges

**Credits And Charges Since Your Last Bill**

| | |
|---|---|
| Balance from last bill | $190.73 |
| Payment on SEP 23, 2021 - Thank You | 190.73 CR |
| **Balance** | **$0.00** |

**Current Charges**

**Residential (RS)(E)**

| | |
|---|---|
| Customer Charge - 1 Month | $14.51 |
| Commodity Charge $3.6887 per MCF | 55.70 |
| Delivery Charge | |
| 15.1 MCF @ $4.4245 | 66.81 |
| Capacity Charge $1.7609 per MCF | 26.59 |
| Tax Repairs Surcredit | 5.17 CR |
| State Tax Surcharge @ 0.05% | .03 |

| | |
|---|---|
| **Total Current Charges** | **$158.47** |
| **Total Account Balance** | **$158.47** |

Peoples current charges include $1.66 in state taxes.

Your PRICE TO COMPARE is **$4.81** per MCF.

### Shopping Information Box

When shopping for gas with a Natural Gas Supplier please provide the following:

Account Number: _
Rate Schedule: Residential (RS)(E)

If you are already shopping, know your contract expiration date.

### Monthly Usage Comparison

| | 2020 | 2021 |
|---|---|---|
| Average Daily Temperature | | |
| For This Billing Period | 59°F | 50°F |

Gas Use in MCF

| | |
|---|---|
| Average monthly use: | 23.1 MCF |
| Total annual use: | 280.7 MCF |

### Billing Period And Meter Readings

| Date | Read Type | Reading | Difference |
|---|---|---|---|
| **Meter Number** | **751310** | | |
| OCT 12, 2021 | Actual | 602.4 | 15.1 |
| SEP 13, 2021 | Actual | 587.3 | |
| **MCF Used in 29 Days** | | | **15.1** |

**Please Pay** Account Balance of $158.47 by NOV 03, 2021 to avoid a Late Payment Charge of $2.38 (1.5% per month)

Effective July 1, 2021, the Distribution System Improvement Charge (DSIC) increased from -0.06 % to 0.00 %. This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure. Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment. You can pay this bill by Credit / Debit Card or Electronic Check. Call ACI Speedpay at 1-866-338-5491. Service Fees Apply. Visit our website at www.peoples-gas.com for further information.



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

350

DATE 10-25-21

PAY TO THE ORDER OF Peoples                    $ 158.47

One hundred fifty-eight and 47/100 DOLLARS

**Dollar Bank.**
Since 1855

MEMO

**RONALD LINABURG**

924 VALLEYVIEW RD
PITTSBURGH PA 15243-1022

**PEOPLES** | An ⚡ Essential Utilities Company

For 24/7 account access: peopleseaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| | Oct 12, 2021 | 11/10 - 11/12/2021 | 13 |

For General Information call **1-800-764-0111**. For an Emergency call **1-800-400-4271**.

## Summary of Basic Charges

**Credits And Charges Since Your Last Bill**

| | |
|---|---|
| Balance from last bill | $190.73 |
| Payment on SEP 23, 2021 - Thank You | 190.73 CR |
| **Balance** | **$0.00** |

**Current Charges**

**Residential (RS)(E)**

| | |
|---|---|
| Customer Charge - 1 Month | $14.51 |
| Commodity Charge $3.6887 per MCF | 55.70 |
| Delivery Charge | |
| 15.1 MCF @ $4.4245 | 66.81 |
| Capacity Charge $1.7609 per MCF | 26.59 |
| Tax Repairs Surcredit | 5.17 CR |
| State Tax Surcharge @ 0.05% | .03 |

| | |
|---|---|
| **Total Current Charges** | **$158.47** |
| **Total Account Balance** | **$158.47** |

Peoples current charges include $1.66 in state taxes.

Your PRICE TO COMPARE is $4.81 per MCF.

### Shopping Information Box

When shopping for gas with a Natural Gas Supplier please provide the following:

Account Numbe

Rate Schedule: Residential (RS)(E)

If you are already shopping, know your contract expiration date.



**Monthly Usage Comparison**

| Average Daily Temperature | 2020 | 2021 |
|---|---|---|
| For This Billing Period | 59°F | 50°F |

Gas Use in MCF

Actual ☐  Estimate ☐  Customer Read ■  Adjusted Usage ☐

| Average monthly use: | 23.1 MCF |
|---|---|
| Total annual use: | 280.7 MCF |

**Billing Period And Meter Readings**

| Date | Read Type | Reading | Difference |
|---|---|---|---|
| **Meter Number** | 751310 | | |
| OCT 12, 2021 | Actual | 602.4 | 15.1 |
| SEP 13, 2021 | Actual | 587.3 | |
| MCF Used in 29 Days | | | 15.1 |

**Please Pay**   Account Balance of **$158.47 by NOV 03, 2021** to avoid a Late Payment Charge of **$2.38 (1.5% per month )**

Effective July 1, 2021, the Distribution System Improvement Charge (DSIC) increased from -0.06 % to 0.00 %.
This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure.
Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment.
You can pay this bill by Credit / Debit Card or Electronic Check. Call ACI Speedpay at 1-866-338-5491.
Service Fees Apply. Visit our website at www.peoples-gas.com for further information.

**DLC** DUQUESNE LIGHT CO.

RONALD G. LINABURG
924 VALLEYVIEW RD

Account

Page 1 of 3

| Due Date | Amount Due |
|---|---|
| 11/03/2021 | $423.00 |

## Bill Summary



Supply Charges

Amount Due
**$423.00**

DLC Charges

| Bill ID: | Date Prepared: 10/13/2021 |
|---|---|
| Previous Account Balance | $451.83 |
| Payment(s) Received as of 09/22/2021 | -$451.83 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $219.65 |
| Supply Charges | $203.35 |
| **AMOUNT DUE BY 11/03/2021** | **$423.00** |

## Message Center

Want to switch to e-Bill? Scan here to learn more and register today!

DLC and Dollar Energy Fund partner to provide assistance to customers struggling to pay their electric bill. Support your neighbors in need by making a tax deductible monthly pledge at DuquesneLight.com/dollar.

**DOLLAR ENERGY FUND**

## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|---|---|---|---|---|
| Current Month | 2744 | 95 | 29 | 61 |
| Last Month | 2937 | 98 | 30 | 73 |
| Same Month Last Year | 2027 | 78 | 26 | 60 |

kWh:
5000
4375
3750
3125
2500
1875
1250
625
0

Oct  Nov  Dec  Jan  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep

Last Year    This Year

Average Monthly Usage for the last 12
Total Annual

Online: www.Duquesne



RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

351

15-000003163
ge 3

8-7438
2430

DATE 10-25-21

PAY TO THE
ORDER OF    DLC                                    $ 423.00

Four hundred twenty-three and 00/100                    DOLLARS

**Dollar Bank.**
Since 1855

MEMO

Page 1 of 3


— DUQUESNE LIGHT CO. —

⚹ RONALD G LINABURG
🏠 924 VALLEYVIEW RD

**Account** #

| Due Date | Amount Due |
|---|---|
| 11/03/2021 | $423.00 |

## Bill Summary



Supply Charges

Amount Due
**$423.00**

DLC Charges

| Bill I[ | Date Prepared: 10/13/2021 |
|---|---|
| Previous Account Balance | $451.83 |
| Payment(s) Received as of 09/22/2021 | -$451.83 |
| **Balance Forward** | **$0.00** |
| DLC Charges | $219.65 |
| Supply Charges | $203.35 |
| **AMOUNT DUE BY 11/03/2021** | **$423.00** |

## Message Center

Want to switch to e-Bill? Scan here to learn more and register today!



DLC and Dollar Energy Fund partner to provide assistance to customers struggling to pay their electric bill. Support your neighbors in need by making a tax deductible monthly pledge at **DuquesneLight.com/dollar.**


**DOLLAR ENERGY FUND**

## Usage Comparison Chart

| Period | Total kWh Usage | Avg Daily kWh Usage | # of Days | Avg Daily Temp (F) |
|---|---|---|---|---|
| Current Month | 2744 | 95 | 29 | 61 |
| Last Month | 2937 | 98 | 30 | 73 |
| Same Month Last Year | 2027 | 78 | 26 | 60 |



Average Monthly Usage for the last 12 months: 2560 kWh
Total Annual Usage for the last 12 months: 30716 kWh

BI_POSTAL_20211013PRO.xml-82815-000003163

*Billing and meter reading details on page 3* ▷

🖥 Online: www.DuquesneLight.com          📞 Phone: 412-393-7100

RONALD G LINABURG

## Account Detail

⌂ 924 VALLEYVIEW RD                                                                              Supplier Agreement ID:

### Meter Reading Usage Information

| Meter Number | F82099020 |
|---|---|
| Present  10/13/2021 Act | 32,476.9480 |
| Prior    09/14/2021 Act | 29,733.2620 |
| Difference | 2,743.6860 |
| Your Meter Multiplier | 1 |
| Total kWh Used | 2,743.6860 |

### Current Bill Details

| | | |
|---|---|---|
| DLC Rate | RS-Residential Service | |
| Price to Compare | $0.0741 / kWh | |
| **DLC Charges** | | **$219.65** |
| Customer Charge | | $12.51 |
| Distribution | 2743.6860 kWh@ $0.071693 | $196.70 |
| DSIC Surcharge | 5% | $10.46 |
| Pennsylvania Tax Adjustment | | -$0.02 |
| **Supply Charges** | | **$203.35** |
| Supply | 2743.6860 kWh@ $0.054595 | $149.79 |
| Transmission | 2743.6860 kWh@ $0.019523 | $53.56 |

| Total kWh Used | 2,743.6860 | Service Charges | $423.00 |
|---|---|---|---|

## Shopping and Supplier Information

When shopping for electricity with an Electric Generation Supplier, please provide the following information:

**Supplier Agreement ID:**
**Rate Schedule: RS-Residential Service**

The current Price to Compare is listed above in Account Detail and will change every June and December. For more information & supplier offers visit www.PAPowerSwitch.com and www.oca.state.pa.us.

## Additional Notifications

• Give to Dollar Energy Fund to help people without heat or light. Make a monthly pledge at www.duquesnelight.com or send a check to Duquesne Light Hardship Fund Donations, 411 Seventh Avenue MD 15-1, Pittsburgh, PA 15219. Your gift is tax deductible.
• A change in the Distribution System Improvement Charge, effective October 1, will increase your monthly bill by about $0.01, or less than 1%.
• Duquesne Light offers energy efficiency programs to help customers save money by conserving energy and reducing demand. To participate or to learn more about these programs, visit www.wattchoices.com.
• You can join our Budget Plan by calling us at (412) 393-7100. If eligible, the Budget Plan will begin with your next bill. For this bill, please pay the Amount Due shown.
• SIGN UP FOR AUTOPAY and learn about other convenient payment options by visiting our website www.duquesnelight.com.
• Estimated Gross Receipts Tax of $24.96 and Estimated PA State Tax of $28.77 are included in your rates.



2

**Capital One**

Capital One Miles Credit Card I Mastercard Professional ending i
Sep 14, 2021 - Oct 14, 2021  I 31 days in Billing cycle

## Payment Information

| | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET. |
| **Nov 08, 2021** | |
| New Balance | Minimum Payment Due |
| **$6,429.52** | **$64.00** |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 19 Years | $11,680 |
| $210 | 3 Years | $7,567 |

Estimated savings if balance is paid off in about 3 years: $4,113

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $3,952.68 |
| Payments | - $3,952.68 |
| Other Credits | - $685.00 |
| Transactions | + $7,114.52 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| New Balance | = $6,429.52 |
| Credit Limit | $30,000.00 |
| Available Credit (as of Oct 14, 2021) | $23,570.48 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

## Rewards Summary          Rewards as of: 10/13/2021

**Rewards Balance**
396,477

Track and redeem your rewards with our mobile app or on capitalone.com

| Previous Balance | Earned This Period | Redeemed this period |
|---|---|---|
| 384,764 | 11,713 | 0 |

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

352

8-7438
2430

DATE 10-25-21

PAY TO THE
ORDER OF Capital One Mc                    $ 6,429.52

Six thousand four twentynine and 52/100 DOLLARS

**Dollar Bank.**
Since 1855

MEMO

**Capital One**

Capital One Miles Credit Card I Mastercard Professional ending in
Sep 14, 2021 - Oct 14, 2021 | 31 days in Billing Cycle

## Payment Information

| Payment Due Date | For online and phone payments, the deadline is 8pm ET. |
|---|---|
| **Nov 08, 2021** | |

| New Balance | Minimum Payment Due |
|---|---|
| **$6,429.52** | **$64.00** |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 19 Years | $11,680 |
| $210 | 3 Years | $7,567 |
| Estimated savings if balance is paid off in about 3 years: $4,113 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $3,952.68 |
| Payments | - $3,952.68 |
| Other Credits | - $685.00 |
| Transactions | + $7,114.52 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $6,429.52** |
| Credit Limit | $30,000.00 |
| Available Credit (as of Oct 14, 2021) | $23,570.48 |
| Cash Advance Credit Limit | $15,000.00 |
| Available Credit for Cash Advances | $15,000.00 |

## Rewards Summary          Rewards as of: 10/13/2021

| **Rewards Balance** | Track and redeem your rewards with our |
|---|---|
| **396,477** | mobile app or on **capitalone.com** |

| Previous Balance | Earned This Period | Redeemed this period |
|---|---|---|
| 384,764 | 11,713 | 0 |

## Account Notifications

ⓘ    Welcome to your account notifications. Check back here each month for important updates about your account.

Pay or manage your account at capitalone.com          Customer Service: 1-800-227-4825          See reverse for Important Information

**Capital One**

Capital One Miles Credit Card I Mastercard Professional ending
Sep 14, 2021 - Oct 14, 2021  I  31 days in Billing Cycle

## Transactions

Visit capitalone.com to see detailed transactions.

### JUDITH K LINABURG #6232: Payments, Credits and Adjustments

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Sep 24 | Sep 25 | PAYMENT | - $3,952.68 |
| Oct 7 | Oct 7 | Moda Operandi2127290984NY | - $342.50 |
| Oct 7 | Oct 7 | Moda Operandi2127290984NY | - $342.50 |

### JUDITH K LINABURG #6232: Transactions

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Sep 14 | Sep 15 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $37.00 |
| Sep 14 | Sep 15 | TOUCHSTONE PILATESPITTSBURGHPA | $660.00 |
| Sep 15 | Sep 16 | HALL OF CARDS #1PITTSBURGHPA | $7.43 |
| Sep 16 | Sep 17 | SQ *LA GOURMANDINEPittsburghPA | $15.75 |
| Sep 16 | Sep 17 | GIANT-EAGLE #0035PITTSBURGHPA | $15.22 |
| Sep 17 | Sep 18 | MACYS  SOUTH HILLSPITTSBURGHPA | $106.00 |
| Sep 17 | Sep 18 | MACYS  SOUTH HILLSPITTSBURGHPA | $20.00 |
| Sep 18 | Sep 20 | SQ *LA GOURMANDINEPittsburghPA | $8.35 |
| Sep 18 | Sep 20 | MARKET DISTRICT #0014BETHEL PARKPA | $128.78 |
| Sep 18 | Sep 20 | WHOLEFDS SHL #10242UPPER SAINT CPA | $169.10 |
| Sep 20 | Sep 21 | FAT BRAIN TOYSELKHORNNE | $54.41 |
| Sep 20 | Sep 21 | APPLE.COM/BILL866-712-7753CA | $0.99 |
| Sep 21 | Sep 22 | SQ *LA GOURMANDINEPittsburghPA | $31.45 |
| Sep 22 | Sep 23 | JOANN STORES #221BRIDGEVILLEPA | $69.98 |
| Sep 22 | Sep 23 | JIM JENKINS LAWN & GARPITTSBURGHPA | $26.74 |
| Sep 22 | Sep 23 | Forefront - BloomfieldPITTSBURGHPA | $25.00 |
| Sep 22 | Sep 23 | WAL-MART #5040CARNEGIEPA | $127.63 |
| Sep 22 | Sep 23 | ROLLIER'S HARDWAREMT. LEBANONPA | $10.69 |
| Sep 22 | Sep 23 | WHOLEFDS SHL #10242UPPER SAINT CPA | $160.17 |
| Sep 23 | Sep 24 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $37.00 |
| Sep 28 | Sep 28 | BARNES&NOBLE.COM-BN800-843-2665NY | $70.59 |
| Sep 28 | Sep 29 | SQ *LA GOURMANDINEPittsburghPA | $20.25 |
| Sep 28 | Sep 29 | WESTPORT BIG & TALL877-937-8767NC | $408.95 |
| Sep 28 | Sep 29 | MARKET DISTRICT #0014BETHEL PARKPA | $124.45 |
| Sep 29 | Sep 30 | SQ *GRANDPA JOE'S CANDPittsburghPA | $10.15 |
| Sep 29 | Sep 30 | PARMA SAUSAGE PRODUCTSPITTSBURGHPA | $21.65 |
| Sep 29 | Sep 30 | IN THE KITCHENPITTSBURGHPA | $155.69 |
| Sep 29 | Sep 30 | MICHAELS STORES 8662PITTSBURGHPA | $17.96 |
| Sep 29 | Sep 30 | LOTUS FOOD COMPANYPITTSBURGHPA | $11.37 |
| Sep 29 | Sep 30 | SAMS CLUB #6575PITTSBURGHPA | $343.81 |

Additional Information on the next page

**Capital One**

Capital One Miles Credit Card I Mastercard Professional ending i
Sep 14, 2021 - Oct 14, 2021   I 31 days in Billing Cycle

## Transactions (Continued)

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Sep 29 | Sep 30 | ROLANDS SEAFOOD GRILLPITTSBURGHPA | $28.90 |
| Sep 29 | Sep 30 | MARKET DISTRICT #0047PITTSBURGHPA | $43.93 |
| Sep 29 | Oct 1 | FORBES AND GRANT STREEPITTSBURGHPA | $20.00 |
| Sep 29 | Oct 1 | SESAME INNPITTSBURGHPA | $46.01 |
| Sep 30 | Oct 1 | SQ *MEDITERRA CAFE MT.PittsburghPA | $40.60 |
| Oct 1 | Oct 2 | SQ *LA GOURMANDINEPittsburghPA | $7.45 |
| Oct 1 | Oct 2 | SQ *MEDITERRA CAFE MT.PittsburghPA | $49.27 |
| Oct 1 | Oct 2 | Moda Operandi2127290984NY    *will be credited* | $358.55 |
| Oct 1 | Oct 2 | USPS PO 4166240034PITTSBURGHPA | $232.00 |
| Oct 2 | Oct 4 | SAVANNAH BEE WEB9125032865GA | $348.00 |
| Oct 4 | Oct 5 | Amara Living LtdBraintreeGBR    *will be credited* | $919.00 |
| Oct 5 | Oct 6 | SQ *MEDITERRA CAFE MT.PittsburghPA | $3.74 |
| Oct 5 | Oct 6 | ROHRICH CADILLACPITTSBURGHPA | $660.05 |
| Oct 5 | Oct 6 | MARKET DISTRICT #0014BETHEL PARKPA | $201.71 |
| Oct 7 | Oct 8 | SQ *LA GOURMANDINEPittsburghPA | $15.55 |
| Oct 7 | Oct 8 | SP * WET ONESSHELTONCT | $55.79 |
| Oct 7 | Oct 8 | DIXON AUTOMOTIVE LLCPITTSBURGHPA | $43.20 |
| Oct 7 | Oct 8 | LEBANON SHOPS PHARMACYPITTSBURGHPA | $21.06 |
| Oct 8 | Oct 9 | MACYS  SOUTH HILLSPITTSBURGHPA | $172.00 |
| Oct 9 | Oct 11 | SQ *MEDITERRA CAFE MT.PittsburghPA | $53.33 |
| Oct 10 | Oct 11 | MARKET DISTRICT #0014BETHEL PARKPA | $83.81 |
| Oct 10 | Oct 11 | WHOLEFDS SHL #10242UPPER SAINT CPA | $186.21 |
| Oct 12 | Oct 12 | Netflix.comLos GatosCA | $14.97 |
| Oct 12 | Oct 13 | OUTDOOR LIGHTING PERSP4127875439PA | $85.00 |
| Oct 12 | Oct 13 | CVS/PHARMACY #05094MT LEBANONPA | $80.01 |
| Oct 13 | Oct 14 | SAMS CLUB #6575PITTSBURGHPA | $65.96 |
| Oct 13 | Oct 14 | SAMSCLUB #6575PITTSBURGHPA | $191.71 |
| Oct 13 | Oct 14 | TRAX FARMSFINLEYVILLEPA | $156.17 |
| Oct 13 | Oct 14 | MARKET DISTRICT #0047PITTSBURGHPA | $33.98 |
| JUDITH K LINABURG | | otal Transactions | $7,114.52 |

**Total Transactions for This Period**  $7,114.52

## Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| **Total Fees for This Period** | | | **$0.00** |

Additional Information on the next page

*Time to renew your subscription to*

# PITTSBURGH
# QUARTERLY

Dear friend,

Just a quick note to say your Pittsburgh Quarterly subscription expires with the next issue. Please take a moment now and renew—you'll be credited with the next issue and be sure to receive future issues of Pittsburgh's best magazine.

Please send a check for $21.99 for two years or $29.99 for three to:
Pittsburgh Quarterly ▪ 1140 Fox Chapel Road ▪ Pittsburgh, PA 15238
—or renew at **pittsburghquarterly.com**

I hope you'll stay with us. Thanks,

Doug Heuck
*Editor/Publisher*

---

RONALD G. LINABURG
**DEBTOR IN POSSESSION**
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

353

DATE _10-25-21_

PAY TO THE
ORDER OF _Pittsburgh Quarterly_                          $ _21.99_

_Twenty-one dollars and 99/100_                          DOLLARS

**Dollar**Bank.
*Since 1855*

MEMO _____



# G. Alan Yeasted, MD, FACP

Clinical Assistant Professor of Medicine

2000 Oxford Drive, Suite 303
Bethel Park, PA 15102
tel: 412.572.6066
fax:412.561.0785

1000 Bower Hill Road
Pittsburgh, PA 15243
tel:  412.942.1141
fax: 412.942.1147

October 26, 2021

Dr. Ronald Linaburg
924 Valleyview Rd.
Pittsburgh, PA  15243

RE:  Letter to Attorney Brian Thompson, Esq.

Fee:    Twenty-five USD ($25.00)

Sincerely yours,

*G. Alan Yeasted, MD*

G. Alan Yeasted, M.D., FACP

---

RONALD G. LINABURG
DEBTOR IN POSSESSION
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.
PITTSBURGH, PA 15243-1022

8-7438
2430

355

DATE 10-25-21

PAY TO THE
ORDER OF  G. Alan Yeasted                                $ 25.00

Twenty Five XX/100                                       DOLLARS

**Dollar**Bank
Since 1855

MEMO

## I N V O I C E
---------------

FILE #: _____        DATE: 10/01/2021                    PAGE      1
INVOICE #: _____     PO#

REMIT TO: MAROADI TRANSFER & STORAGE, INC
          1801 LINCOLN HIGHWAY, RT. 30

          NORTH VERSAILLES, PA  15137

BILL TO:  DR. RONALD LINABURG
          924 VALLEYVIEW ROAD

          PITTSBURGH, PA  15243

SHIPPER: RONALD G. LINABURG                 CUSTOMER: _____
STORAGE FROM 10/01/2021  TO 10/31/2021

| ITEM | DESCRIPTION | MONTHS | GROSS | RATE | PER | NET |
|------|-------------|--------|-------|------|-----|-----|
| SSTORAGE | STORAGE CHARGE | 0 | 0.00 | 0.00 | | 130.00 |

                                         CURRENT CHARGES:       130.00

                                          TOTAL CHARGES:        130.00

        THANK YOU FOR USING OUR MOVING AND STORAGE COMPANY



            RETURN COPY OF INVOICE WITH YOUR CHECK



Guardian
174 Thorn Hill Road
Warrendale, PA 15086



**SUMMARY OF ACCOUNT**

# Three Easy Ways to Pay

Statement Date:                          10/21/2021
**Customer Number:**



 ## Join us in Shaping
a GREENER Future

Sign Up for paperless billing and AutoPay at
CustomerCare.GuardianProtection.com

1. Visit https://customercare.guardianprotection.com/
   to make a one-time payment or log into your
   customer care account and choose Make a Payment.
2. Call us at 1.800.PROTECT (1.800.776.8328) and select
   option 2 for billing.
3. Mail your payment with the detachable section
   below in the enclosed envelope.

**ACCOUNT SUMMARY**

| DATE | DESCRIPTION | INVOICE # | AMOUNT |
|---|---|---|---|
| | PREVIOUS BALANCE<br>LINABURG, DR RON     924 VALLEYVIEW RD  15243 | | $0.00 |
| 10/21/2021 | Security Services 11/01/21 to 01/31/22 | | $102.57 |

**TOTAL AMOUNT DUE $102.57**

Page 1 of 2            **IF YOU HAVE ANY QUESTIONS PLEASE CALL: 1-800-PROTECT**
                        *Please detach the below and include with your payment. Thank you.*

RONALD G. LINABURG                          8-7438            359
**DEBTOR IN POSSESSION**                     2430
ATTN DR. RONALD LINABURG
924 VALLEYVIEW RD.                      DATE  10-31-2021
PITTSBURGH, PA 15243-1022

PAY TO THE
ORDER OF   Guardian Protection              | $ 102.57

One hundred two and 57/100                              DOLLARS

**Dollar**Bank
    Since 1855

MEMO



Guardian Protection
174 Thom Hill Road
Warrendale, PA 15086



### SUMMARY OF ACCOUNT

Statement Date:                    10/21/2021
Customer Number:

# Three Easy Ways to Pay

1. Visit https://customercare.guardianprotection.com/ to make a one-time payment or log into your customer care account and choose Make a Payment.
2. Call us at 1.800.PROTECT (1.800.776.8328) and select option 2 for billing.
3. Mail your payment with the detachable section below in the enclosed envelope.



## Join us in Shaping a GREENER Future

Sign Up for paperless billing and AutoPay at
CustomerCare.GuardianProtection.com

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| **DATE** | **DESCRIPTION** | **INVOICE #** | **AMOUNT** |
| | PREVIOUS BALANCE | | $0.00 |
| | LINABURG, DR RON    924 VALLEYVIEW RD  15243 | | |
| 10/21/2021 | Security Services 11/01/21 to 01/31/22 | | $102.57 |

**TOTAL AMOUNT DUE $102.57**

Page 1 of 2          **IF YOU HAVE ANY QUESTIONS PLEASE CALL: 1-800-PROTECT**
*Please detach the below and include with your payment. Thank you*