# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-22898-CMB |
| | : | |
| RONALD G. LINABURG | : | |
| | : | Chapter 11 |
| Debtor(s) | : | Document No. 421 |
| | : | |
| v. | : | |
| | : | |
| PNC BANK, N.A., | : | |
| | : | |
| Respondent | : | |

## STATUS REPORT

AND NOW, comes Movant, PNC Bank, N.A. (at times, "PNC" or "the Bank"), by and through its undersigned counsel, John J. Berry, Esq. and Dinsmore & Shohl, LLP, and files the following status report.

1. A Status Conference concerning PNC's pending Motion to Vacate has been scheduled by this Court for December 13, 2021.

2. The parties have engaged in global settlement discussions concerning the issues present between the parties.

3. To date, the parties have not resolved the pending issues between them. However, PNC believes that additional discussions will be productive and have a reasonable chance of either resolving the issues between the parties or narrowing the issues before the Court.

4. To that end, the parties plan on engaging in additional direct settlement discussions in the near future and are in the process of scheduling the same.

5. Accordingly, PNC respectfully requests that the Status Conference scheduled for December 13 be continued for at least 30 days to allow the parties additional time to explore a mutually-agreeable resolution.

DINSMORE & SHOHL LLP

Dated: December 2, 2021

*/s/ John J. Berry*
John J. Berry, Esquire
PA ID # 313481
john.berry@dinsmore.com
Six PPG Place, Suite 1300
Pittsburgh, PA 15222
Telephone:	(412) 281-5000
Facsimile:	(412) 281-5055