# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald G. Linaburg, | : | Bankruptcy No.: 20-22898-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |

## DEBTOR'S STATUS REPORT IN ACCORDANCE WITH
## ORDER AT DOCKET 444

AND NOW comes the Debtor, by and through his Counsel, Brian C. Thompson, Esquire, Thompson Law Group, P.C., and hereby provides the following Status Report in Accordance with the Order at Docket 444 averring as follows:

1. On December 10, 2021, Debtor's Counsel and Counsel for Diana Marie Dongell, D.M.D., Attorneys Hicks and McGee, conducted a meet and confer via electronic and written communications. Counsel for Associated Dental Specialists ("ADS"), Attorneys Kaplan and Meyers, were involved in those various communications, as well, and the parties have now exchanged settlement offers, including on December 10, 2021.

2. As previously represented to the Court, Counsel for Ronald E. Hand, D.M.D., Renee R. Kalp, D.M.D., and Rebecca L. Watkins, D.M.D. did not participate in last week's meet and confer communications as the result of an agreement in principle reached between the non-party entity ADS and those three parties that would also resolve the outstanding disputes between those parties in this Case and render them moot. Debtor's Counsel anticipates filing a motion to approve a release document related to that agreement in this Case in the very near future and awaits the drafting of that document from ADS Counsel.

3. On December 10, 2021, the parties also continued to discuss discovery requests and objections thereto. Without waiver of objections, ADS Counsel has offered continued

discussions with Dongell's Counsel regarding any additional information that can be provided without waiver of objections. Additionally, without waiver objections, Debtor also provided additional documentation informally to Dongell's Counsel on December 13, 2021 and plans to provide additional documentation as soon as possible. It is Debtor's Counsel's position that soon, without waiver of objections, all documents believed to be relevant to an informal production will have been provided to Dongell's Counsel for further discussion.

4. Regarding Debtor's health, Debtor once again represents that he has an appointment scheduled for December 14, 2021, with the UPMC Department of Neorology-Ophthalmology at UPMC Eye Center with Dr. Kocasarac. He also has an appointment with Dr. Cibik on December 29, 2021. These appointments relate to Debtor's post-operation for cataract removal surgery, as well as cranial nerve palsy associated with significant pain, eyelid closure, headaches and poor vision and ability concentrate. As an update, Debtor's Counsel further provides that Debtor is wearing a patch over his left eye as part of this treatment.

5. The remaining Parties to this dispute do not currently have a meet and confer scheduled for this week, but an effort has been made to schedule one and further their discussions as required by the Court.

        Respectfully submitted,

Date: December 13, 2021    By:    /s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
Pa. I.D. 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com