# PROCEEDING MEMO

Date: 12/13/2021 02:30 pm

In re:   Ronald G Linaburg

                                                Bankruptcy No. 20-22898-CMB
                                                Chapter: 11-NOT A SMALL BUSINESS
                                                Doc. # 455

**Appearances:**  BY ZOOM:  Brian C. Thompson; Carolyn McGee; Maribeth Thomas

**Nature of Proceeding:** #455 Motion to Approve Guaranty Obligation

**Additional Pleadings:** #458 Amended Self-Scheduled Hearing Notice
                             #459 Certificate of Service of Docket Nos. 455 and #458
                             #469 Objection of Diana Marie Dongell to Motion

**Judge's Notes:**
- Motion to withdraw just filed before hearing.
- No objection to withdrawal.
OUTCOME: Motion withdrawn. Order entered.

                                                Carlota Böhm
                                                Chief U.S. Bankruptcy Judge

FILED
12/14/21 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA