# PROCEEDING MEMO

**Date:** 12/13/2021 02:30 pm

**In re:** Ronald G Linaburg

Bankruptcy No. 20-22898-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 375

**Appearances:** BY ZOOM: Brian C. Thompson; Carolyn McGee; Maribeth Thomas

**Nature of Proceeding:** #375 Status Conference re Amended Objection to Claim of Ronald E. Hand, D.M.D.. At claim number 13.

**Additional Pleadings:** #387 Exhibit to Docket #375
#405 Order Signed 10/15/2021 Scheduling Status Conference Hearing for 12/13/2021 at 2:30 p.m.
#436 Response by Ronald E. Hand, D.M.D. to Docket #375

**Judge's Notes:**
- Anticipate resolution soon due to agreement between ADS and doctors. Attorneys for ADS are drafting agreement and waiting on that so that a 9019 motion can be filed. While waiting for 9019 motion, this will be continued to a status conference.
OUTCOME:
- Continued to status conference on 2/8/22 at 11am while awaiting 9019 motion.
- If parties are able to file a 9019 motion and need a date in January, counsel can call Chambers for a date that is not a motions day.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
12/14/21 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-22898-CMB

Ronald G Linaburg  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 3

Date Rcvd: Dec 14, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com<br>blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com<br>blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Carolyn Batz McGee | on behalf of Defendant Diana M. Dongell  D.M.D cbmcgee@porterwright.com |
| Carolyn Batz McGee | |

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Creditor Diana Marie Dongell D.M.D. cbmcgee@porterwright.com |
| Donna M. Donaher |  |
|  | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Jeffrey R. Hunt |  |
|  | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com |
| Jodi Hause, on Behalf of the United States Trustee by |  |
|  | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| John J. Berry |  |
|  | on behalf of Creditor PNC Bank N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com |
| John R. O'Keefe, Jr. |  |
|  | on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com |
| Keri P. Ebeck |  |
|  | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich |  |
|  | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Maribeth Thomas |  |
|  | on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas |  |
|  | on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas |  |
|  | on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas |  |
|  | on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas |  |
|  | on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas |  |
|  | on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas |  |
|  | on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas |  |
|  | on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Michael A. Shiner |  |
|  | on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner |  |
|  | on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com |
| Michael A. Shiner |  |
|  | on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner |  |
|  | on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner |  |
|  | on behalf of Defendant Renee R. Kalp D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner |  |
|  | on behalf of Creditor Diana Marie Dongell D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner |  |
|  | on behalf of Defendant Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner |  |
|  | on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com |
| Office of the United States Trustee |  |
|  | ustpregion03.pi.ecf@usdoj.gov |
| Paul R. Yagelski |  |
|  | on behalf of Creditor Reinhart FoodServices LLC pryagelski@rothmangordon.com, jdmyers@rothmangordon.com |

District/off: 0315-2     User: dsaw     Page 3 of 3
Date Rcvd: Dec 14, 2021     Form ID: pdf900     Total Noticed: 1

| Name | Description |
|---|---|
| Robert O Lampl | on behalf of Interested Party William T. Kane rol@lampllaw.com jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com |
| Roger P. Poorman | on behalf of Creditor Dollar Bank Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com |
| Ronald L. Hicks, Jr. | on behalf of Creditor Diana Marie Dongell D.M.D. rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com |
| Ronald L. Hicks, Jr. | on behalf of Defendant Diana M. Dongell D.M.D rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| William E. Kelleher, Jr. | on behalf of Mediator William E. Kelleher Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com |

TOTAL: 36