IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald G. Linaburg, | : | Bankruptcy No.: 20-22898-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |

**DEBTOR'S STATUS REPORT IN ACCORDANCE WITH**
**ORDER AT DOCKET 444**

AND NOW comes the Debtor, by and through his Counsel, Brian C. Thompson, Esquire, Thompson Law Group, P.C., and hereby provides the following Status Report in Accordance with the Order at Docket 444 averring as follows:

1. On December 28, 2021, Debtor's Counsel and Counsel for Diana Marie Dongell, D.M.D., Attorneys Hicks, held a meet and confer via telephone. Counsel for Associated Dental Specialists ("ADS"), Attorney Meyers, attended the meet and confer, as well. The parties also conducted various other communications throughout the week in furtherance of their discussions attempting to resolve the outstanding disputes between the parties. The substance of the meet and confer and various communications related the parties' discovery disputes, but also, a potential settlement between ADS and Dongell.

2. Debtor's Counsel has been advised that perhaps the disputes between ADS and Dongell have been resolved, but additional information is required before reporting same. It is assumed that if a resolution has been reached between ADS and Dongell, that resolution would also resolve any outstanding disputes before this Court, as well.

3. Counsel for Ronald E. Hand, D.M.D., Renee R. Kalp, D.M.D., and Rebecca L. Watkins, D.M.D. did not participate in last week's meet and confer communications as the result of an agreement in principle reached between the non-party entity ADS and those three parties

that would also resolve the outstanding disputes between those parties in this Case and render them moot. Debtor's Counsel has provided Attorneys Shiner and Thomas with a draft motion to approve the release agreement for review but has not yet hear back from them as to their satisfaction for filing. Debtor hopes to have the motion filed quickly once a response is received.

4. Debtor had an appointment with his physician today, but Debtor's Counsel does not yet have an update from Debtor regarding the outcome of that appointment.

Respectfully submitted,

Date: December 29, 2021    By:    /s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
Pa. I.D. 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com