# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Ronald G. Linaburg, | : | Bankruptcy No.: 20-22898-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |

## DEBTOR'S STATUS REPORT IN ACCORDANCE WITH ORDER AT DOCKET 444

AND NOW comes the Debtor, by and through his Counsel, Brian C. Thompson, Esquire, Thompson Law Group, P.C., and hereby provides the following Status Report in Accordance with the Order at Docket 444 averring as follows:

1. Following last week's meet and confer, Counsel for Diana Marie Dongell, D.M.D., and Counsel for Associated Dental Specialists ("ADS"), conducted numerous settlement discussions.

2. Debtor's Counsel was informed late last week that an agreement between Dongell and ADS has been reached that would also resolve any outstanding disputes in this bankruptcy case by virtue of a release agreement between the parties. Debtor will file the appropriate motion to approve the release agreement once it is completed and ready to be signed by Debtor.

3. Since the outstanding disputes between the parties, discovery or otherwise, have been resolved, there is no longer a need for the parties to meet and confer and file status reports unless otherwise directed by this Court.

                                                                                  Respectfully submitted,

Date: January 3, 2022              By:    /s/ *Brian C. Thompson*, Esquire
                                                                          Brian C. Thompson
                                                                           Pa. I.D. 91197
                                                                           Thompson Law Group, P.C.
                                                                           125 Warrendale Bayne Road, Suite 200
                                                                           Warrendale, PA 15086

(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com