IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Ronald G. Linaburg, | Bankruptcy No. 20-22898-CMB |
| Debtor. | Chapter 11 |
| Barry P. Cox, CPA, | Related to:  Document No. 470 |
| Applicant, | **ENTERED BY DEFAULT** |
| vs. | |
| No Respondent, | |

### ORDER APPROVING SECOND FEE APPLICATION OF BARRY P. COX, CPA, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT TO DEBTOR

This matter having come before the Court upon the Fee Application of Barry P. Cox, CPA, and Rivertech Tax Preparation, LLC, now known as BP Cox and Company, PLLC, for Allowance of Compensation and Reimbursement of Expenses as Accountant to Debtor (the "Application"), with notice for objecting to these fees having been given and no objections thereto having been received, and this Court being otherwise sufficiently advised, for cause shown it is hereby:

ORDERED, ADJUDGED and DECREED:

1. That the Application be and hereby is APPROVED and that the accountants' fees sought by Barry P. Cox, CPA for the period from March 28, 2021 through and including November 12, 2021 (the "Period") in the amount of $4,350.00 is allowed.

2. It is further ORDERED, ADJUDGED and DECREED that Debtor shall immediately pay Barry P. Cox, CPA the fees and expenses as contemplated in the retention application, including from funds being held in escrow.

DATED: January 4, 2022

FILED
1/4/22 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-22898-CMB
Ronald G Linaburg  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 3
Date Rcvd: Jan 04, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian C. Thompson
     on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com
     blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian C. Thompson
     on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com
     blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Carolyn Batz McGee
     on behalf of Defendant Diana M. Dongell  D.M.D cbmcgee@porterwright.com

Carolyn Batz McGee

| Name | Description |
|---|---|
| | on behalf of Creditor Diana Marie Dongell D.M.D. cbmcgee@porterwright.com |
| Charles Fiergola | on behalf of Creditor Reinhart FoodServices LLC cfiergola@kmksc.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com |
| Jodi Hause, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| John J. Berry | on behalf of Creditor PNC Bank N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com |
| John R. O'Keefe, Jr. | on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Michael A. Shiner | on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Defendant Renee R. Kalp D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Creditor Diana Marie Dongell D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Defendant Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | |
|---|---|
| Paul R. Yagelski | on behalf of Creditor Reinhart FoodServices LLC pryagelski@rothmangordon.com, jdmyers@rothmangordon.com |
| Robert O Lampl | on behalf of Interested Party William T. Kane rol@lampllaw.com jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com |
| Roger P. Poorman | on behalf of Creditor Dollar Bank Federal Savings Bank rpoorman@metzlewis.com, mmattheis@metzlewis.com |
| Ronald L. Hicks, Jr. | on behalf of Creditor Diana Marie Dongell D.M.D. rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com |
| Ronald L. Hicks, Jr. | on behalf of Defendant Diana M. Dongell D.M.D rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| William E. Kelleher, Jr. | on behalf of Mediator William E. Kelleher Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com |

TOTAL: 37