IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-22898-CMB |
| | : | |
| RONALD G. LINABURG | : | |
| | : | Chapter 11 |
| Debtor(s) | : | Document No. 421 |
| | : | |
| v. | : | |
| | : | |
| PNC BANK, N.A., | : | |
| | : | |
| Respondent | : | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To: Clerk of Courts

PLEASE TAKE NOTICE that PNC Bank, N.A. ("PNC") hereby appears in the above-captioned case by its counsel, Kelli A. Lee, and Dinsmore & Shohl LLP; counsel hereby enters his appearance pursuant to §1109(b) of Title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "Bankruptcy Code"), and Fed. R. Bankr. P. 9010(b); and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007 and §§342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following address:

> Kelli A. Lee
>
> kelli.lee@dinsmore.com
>
> Dinsmore & Shohl LLP
>
> Six PPG Place, Suite 1300
>
> Pittsburgh, PA  15222
>
> (412) 281-5000 (Phone)
>
> (412) 281-5055 (Fax)

Please take further notice that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy

1

Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex, or otherwise filed or made with regard to the referenced case and all proceedings therein.

This Notice of Appearance and Demand for Service of Papers is not (a) a waiver or release of PNC's rights against any person, entity or property; (b) a consent by PNC to the jurisdiction of this Court with respect to this case or other cases, if any, commenced in the case against or otherwise involving PNC; (c) a waiver or release of PNC's right to trial by jury as to any and all matters so triable herein or in other matters or proceedings, if any, commenced in the case against or otherwise involving Innovative or in any case, controversy or proceeding related hereto, whether or not the same be designated legal or private rights and notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. Section 157(b)(2), and whether such jury trial right is pursuant to statute of the United States Constitution; (d) a waiver or release of PNC's right to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge; (e) a waiver of the right to move to withdraw the reference in any proceeding which may be commenced in this case against or otherwise involving PNC; or (f) an election of remedy.

DINSMORE & SHOHL LLP

Dated:  January 10, 2022

/s/  Kelli A. Lee
Kelli A. Lee
PA ID # 309770
kelli.lee@dinsmore.com
Six PPG Place, Suite 1300
Pittsburgh, PA  15222
Telephone:     (412) 288-5852
Facsimile:     (412) 281-5055

# CERTIFICATE OF SERVICE

I the undersigned hereby certify that a true copy of the foregoing was served upon the below named parties via CM/ECF on January 10, 2022.

Brian C. Thompson on behalf of Debtor Ronald G. Linaburg
kfinke@thomsponattorney.com; blemon@thompsonattorney.com

Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania
donaherd@fnb-corp.com

John R. O'Keefe, Jr. on behalf of Creditor Dollar Bank Federal Savings
jikeefe@mezlewis.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com; jbluemle@bernsteinlaw.com

Paul R. Yagalski on behalf of Creditor Reinhart FoodServices LLC
pryagelski@rothmangordon.com; jdmyers@rothmangordon.com

Robert O Lampl on behalf of Interested Party, William T. Kane
rol@lampllaw.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com; equitablebankruptcy@peoples-gas.com

William E. Kelleher on behalf of Mediator William E> Kelleher, Jr.
Bill.kelleher@dentons.com

Ronald L. Hicks, Jr. on behalf of Creditor Diana Marie Dongell, D.M.D.
rhicks@porterwright.com, ttuoczy@porterwright.com; tlong@porterwright.com; cbmcgee@porterwright.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Michael A. Shiner on behalf of Creditor Rebecca L. Wtkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Renee R. Kalp
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Rebecca L. Wtkins, D.M.D.

mthomas@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Renee R. Kalp
mthomas@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com

Jodi Hause, on behalf of the United States Trustee
Jodi.hause@usdoj.gov

                                                           */s/  Kelli A. Lee*
                                                         Kelli A. Lee