IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-22898-CMB |
| RONALD G. LINABURG | : | |
| | : | Chapter 11 |
| Debtor(s) | : | Document No. 421 |
| v. | : | |
| PNC BANK, N.A., | : | |
| Respondent | : | |

## STATUS REPORT

AND NOW, comes Movant, PNC Bank, N.A. (at times, "PNC" or "the Bank"), by and through its undersigned counsel, John J. Berry, Esq. and Dinsmore & Shohl, LLP, and files the following status report.

1. A Status Conference concerning PNC's pending Motion to Vacate is scheduled to be heard by this Court on February 8, 2022.

2. PNC recently filed supplemental briefing related to the pending Motion, and Debtor's counsel has advised that he is reviewing said briefing and anticipates filing responsive briefing.

3. The parties have engaged in global settlement discussions concerning the issues existing between the parties and raised in PNC's Motion.

4. To date, the parties have not resolved the pending issues between them. However, the parties recently discussed settlement and believe that it is in both parties interest to continue discussing an amicable resolution in hopes of resolving the issues between the parties or narrowing the issues currently before the Court.

5. To that end, the parties plan on engaging in additional direct settlement discussions in the near future and are in the process of scheduling the same.

6. PNC believes that the upcoming status conference will be conducive to the parties' settlement discussions, and respectfully requests that the status conference proceed as scheduled.

DINSMORE & SHOHL LLP

Dated: February 2, 2022

*/s/ John J. Berry*
John J. Berry, Esquire
PA ID # 313481
john.berry@dinsmore.com
Six PPG Place, Suite 1300
Pittsburgh, PA  15222
Telephone:    (412) 281-5000
Facsimile:    (412) 281-5055

## **CERTIFICATE OF SERVICE**

I the undersigned hereby certify that a true copy of the foregoing was served upon the below named parties via CM/ECF on February 2, 2022.

Brian C. Thompson on behalf of Debtor Ronald G. Linaburg
kfinke@thomsponattorney.com; blemon@thompsonattorney.com

Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania
donaherd@fnb-corp.com

John R. O'Keefe, Jr. on behalf of Creditor Dollar Bank Federal Savings
jikeefe@mezlewis.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com; jbluemle@bernsteinlaw.com

Paul R. Yagalski on behalf of Creditor Reinhart FoodServices LLC
pryagelski@rothmangordon.com; jdmyers@rothmangordon.com

Robert O Lampl on behalf of Interested Party, William T. Kane
rol@lampllaw.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com; equitablebankruptcy@peoples-gas.com

William E. Kelleher on behalf of Mediator William E> Kelleher, Jr.
Bill.kelleher@dentons.com

Ronald L. Hicks, Jr. on behalf of Creditor Diana Marie Dongell, D.M.D.
rhicks@porterwright.com, ttuoczy@porterwright.com; tlong@porterwright.com; cbmcgee@porterwright.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Michael A. Shiner on behalf of Creditor Rebecca L. Wtkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Renee R. Kalp
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Rebecca L. Wtkins, D.M.D.

mthomas@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Renee R. Kalp
mthomas@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com

Jodi Hause, on behalf of the United States Trustee
Jodi.hause@usdoj.gov

                                                                */s/  John J. Berry*
                                                               John J. Berry, Esquire