# PROCEEDING MEMO

**Date:** 02/08/2022 11:00 am

**In re:** Ronald G Linaburg

Bankruptcy No. 20-22898-CMB
Chapter: 11 - NOT A SMALL BUSINESS
Doc. # 374

**Appearances:** BY ZOOM: Brian C. Thompson; Michael Shiner; John O'Keefe

**Nature of Proceeding:** #374 Continued Status Conference Hearing Re: Objection To Claim No. 11 of Diana Marie Dongell, D.M.D.6

**Additional Pleadings:** #386 Exhibit To Docket #374
#404 Order Signed 10/15/2021 Scheduling Status Conference Hearing for 10/13/2021 at 2:30 p.m.
#432 Response by Diane Marie Dongell, D.M.D. to Docket #374
#479 Proceeding Memo from 12/13/2021 Zoom Hearing - Continued to 01/12/2022 at 10:00 a.m. for a Status Conference
#497 TEXT ORDER: And now, this 4th day of January, 2022, upon review of the Status Report filed 01/03/2022, (Doc. No. 495), it is hereby ORDERED that (1) the Continued Status Conference scheduled on 01/12/2022 at 10:00 a.m. is CANCELLED and RESCHEDULED to 02/08/2022 at 11:00 a.m. via Zoom Video Conference Application; (2) unless withdrawn prior to that date, the Parties shall be prepared to address the pending Motion For Leave To File Objection To Debtors Exemptions (Doc. No. 134) and Motion To Strike Without Prejudice Debtor's Amendments for Non-Compliance with the Court's Rules and Orders (Doc. No. 363), which have been continued generally; and (3) Attorney Thompson's obligation to file weekly Status Reports is terminated unless reinstated by further Order of Court.

**Judge's Notes:**
-Thompson: An agreement was reached and will be filing a motion to resolve soon.
OUTCOME: Within one week, Attorney Thompson to file motion to resolve the pending objection to claim.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
2/8/22 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA