PROCEEDING MEMO

Date: 02/08/2022 11:00 am

In re:   Ronald G Linaburg

    Bankruptcy No. 20-22898-CMB
    Chapter: 11 - NOT A SMALL BUSINESS
    Doc. # 375

Appearances:  BY ZOOM:  Brian C. Thompson;  Michael Shiner; John O'Keefe

Nature of Proceeding: #375 Continued Status Conference re Objection to Claim of Ronald E. Hand, D.M.D.. At claim number 13.

Additional Pleadings: #387 Exhibit To Docket #375
    #405 Order Signed 10/15/2021 Scheduling Status Conference Hearing for 12/13/2021 at 2:30 p.m.
    #436 Response by Ronald E Hand, D.M.D. To Docket #375
    #480 Proceeding Memo from 12/13/2021 Zoom Hearing - Continued to 02/08/2022 at 11:00 a.m.

Judge's Notes:
- Proof of Claim to be withdrawn as part of settlement.
OUTCOME: Within 15 days, Attorney Shiner to work with Attorney Thompson to draft and file a stipulation to clarify the docket and status of pending matters.

    **Carlota Böhm**
    **Chief U.S. Bankruptcy Judge**

    FILED
    2/8/22 2:19 pm
    CLERK
    U.S. BANKRUPTCY
    COURT - WDPA