PROCEEDING MEMO

**Date: 02/08/2022 11:00 am**

**In re:   Ronald G Linaburg**

**Bankruptcy No. 20-22898-CMB**
**Chapter: 11-NOT A SMALL BUSINESS**
**Doc. # 376**

**Appearances:  BY ZOOM:  Brian C. Thompson; Michael Shiner; John O'Keefe**

**Nature of Proceeding:** #376 Continued Status Conference re Objection to Claim of Renee R. Kalp, D.M.D.. At claim number 12.

**Additional Pleadings:** #388 Exhibit To Docket #376
#406 Order Signed 10/15/2021 Scheduling Status Conference Hearing for 12/13/2021 at 2:30 p.m.
#435 Amended Response by Renee R. Kalp to Docket #376
#475 Proceeding Memo from Zoom Hearing Held 12/13/2021 - Continued to a Status Conference on 02/08/2022 at 11:00 a.m.

**Judge's Notes:**
- Proof of Claim to be withdrawn as part of settlement.
OUTCOME: Within 15 days, Attorney Shiner to work with Attorney Thompson to draft and file a stipulation to clarify the docket and status of pending matters.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
2/8/22 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA