**PROCEEDING MEMO**

**Date: 02/08/2022 11:00 am**

 **In re:   Ronald G Linaburg**

**Bankruptcy No. 20-22898-CMB**
**Chapter: 11 - NOT A SMALL BUSINESS**
**Doc. # 382**

**Appearances:  BY ZOOM:  Brian C. Thompson;   Michael Shiner; John O'Keefe**

**Nature of Proceeding: #382 Continued Status Conference re Objection to Claim of Rebecca L.**
**Watkins, D.M.D.,. At claim number 14.**

**Additional Pleadings: #389 Exhibit To Docket #382**
                         **#403 Order Signed 10/15/2021 Scheduling Status Conference Hearing for 12**
**/13/2021 at 2:30 p.m.**
                         **#437 Response by Rebecca L. Watkins, D.M.D. To Docket #382**
                         **#478 Proceeding Memo from 12/13/2021 Zoom Hearing - Continued to a**
**Status Conference Hearing on 02/08/2022 at 11:00 a.m.**

**Judge's Notes:**

 - Proof of Claim to be withdrawn as part of settlement.
 OUTCOME: Within 15 days, Attorney Shiner to work with Attorney Thompson to draft and file a stipulation
 to clarify the docket and status of pending matters.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
2/8/22 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA