**Date: 02/08/2022 11:00 am**

**In re:   Ronald G Linaburg**

                                         **Bankruptcy No. 20-22898-CMB**
                                         **Chapter: 11 - NOT A SMALL BUSINESS**
                                         **Doc. #500**

**Appearances:  BY ZOOM:  Brian C. Thompson;   Michael Shiner; John O'Keefe**

**Nature of Proceeding: #500 Debtor's Motion To Approve Mutual Release Agreement**

**Additional Pleadings: #509 Certificate of No Objection**

**Judge's Notes:**
- Approval of mutual release agreement is part of larger settlement which will result in dismissal of state court claims, withdrawal of proofs of claims of Watkins, Kalp, and Hand, and withdrawal of motions by these parties in the bankruptcy case.
- No objections filed. Releases found to be appropriate and a good resolution.
OUTCOME:
- Motion Granted. Order entered.
- Within 15 days, Attorney Shiner to work with Attorney Thompson to draft and file a stipulation to clarify the docket and identify what matters have been resolved.

                                             **Carlota Böhm**
                                             **Chief U.S. Bankruptcy Judge**

                                             FILED
                                             2/8/22 2:20 pm
                                             CLERK
                                             U.S. BANKRUPTCY
                                             COURT - WDPA