**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Ronald G. Linaburg, | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | |
| | ) | Document No. |
| Applicant, | ) | |
| | ) | Related to Document No. 526 |
| vs. | ) | |
| | ) | |
| No Respondent, | ) | Hearing Date & Time: |
| | ) | **April 6, 2022, at 11:00 a.m.** |
| | ) | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING
DEBTOR'S APPLICATION OF THOMPSON LAW GROUP, P.C. FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTOR**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than March 6, 2022 [seventeen (17) days after the date of service  below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and   the general procedures of Judge Bohm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order  granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A Zoom Video Conference Hearing will* be held on April 6, 2022, at 11:00 a.m. before Judge Carlota M. Bohm via the *Zoom Video Conference Application* ("Zoom").  To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom  Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. *All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.* Under the current COVID-19 circumstances, the general public  may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of  the  general  public  should immediately contact Judge Bohm's  Chambers to make telephonic arrangements. Only ten minutes  is being provided on the calendar. No witnesses will be heard. If an    evidentiary hearing   is required,  it  will  be  scheduled  by  the  Court  for  a later  date.

Date of Service:  February 17, 2022                    /s/Brian C. Thompson

                                                         Brian C. Thompson, Esquire

Attorney for Debtor(s)
PA I.D. No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com