## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-22898-CMB |
| | : | |
| RONALD G. LINABURG | : | |
| | : | Chapter 11 |
| Debtor(s) | : | Document No. 543 |
| | : | |
| v. | : | |
| | : | |
| PNC BANK, N.A., | : | |
| | : | |
| Respondent | : | |

### STATUS REPORT

AND NOW, comes Movant, PNC Bank, N.A. (at times, "PNC" or "the Bank"), by and through its undersigned counsel, Kelli A. Lee and Dinsmore & Shohl, LLP, and files the following status report.

1. A Status Conference concerning PNC's pending Motion to Vacate has been scheduled by this Court for March 8, 2022.

2. PNC recently filed supplemental briefing related to the pending Motion, and Debtor's counsel has advised that he is reviewing said briefing and anticipates filing responsive briefing.

3. Pursuant to this Court's February 2, 2022, Order, the parties engaged in global settlement discussions on February 22, 2022 concerning the issues present between the parties.

4. To date, the parties have not resolved the pending issues between them. PNC believes that the hearing on its Motion to Vacate, scheduled for March 8, 2022 is necessary to continue settlement discussions.

5.    The parties will continue engaging in settlement discussions, including both global settlement discussions and settlement discussions concerning specific aspects of the parties' dispute.

                                                                   DINSMORE & SHOHL LLP

Dated: February 28, 2022                  */s/ Kelli A. Lee*
                                                       Kelli A. Lee
                                                       PA ID # 309770
                                                       kelli.lee@dinsmore.com
                                                       Six PPG Place, Suite 1300
                                                       Pittsburgh, PA 15222
                                                       Telephone:    (412) 281-5000
                                                       Facsimile:     (412) 281-5055

**CERTIFICATE OF SERVICE**

      I the undersigned hereby certify that a true copy of the foregoing was served upon the below named parties via CM/ECF on February 28, 2022.

Brian C. Thompson on behalf of Debtor Ronald G. Linaburg
kfinke@thomsponattorney.com; blemon@thompsonattorney.com

Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania
donaherd@fnb-corp.com

John R. O'Keefe, Jr. on behalf of Creditor Dollar Bank Federal Savings
jikeefe@mezlewis.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com; jbluemle@bernsteinlaw.com

Paul R. Yagalski on behalf of Creditor Reinhart FoodServices LLC
pryagelski@rothmangordon.com; jdmyers@rothmangordon.com

Robert O Lampl on behalf of Interested Party, William T. Kane
rol@lampllaw.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com; equitablebankruptcy@peoples-gas.com

William E. Kelleher on behalf of Mediator William E> Kelleher, Jr.
Bill.kelleher@dentons.com

Ronald L. Hicks, Jr. on behalf of Creditor Diana Marie Dongell, D.M.D.
rhicks@porterwright.com,    ttuoczy@porterwright.com;    tlong@porterwright.com; cbmcgee@porterwright.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Michael A. Shiner on behalf of Creditor Rebecca L. Wtkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Renee R. Kalp
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Rebecca L. Wtkins, D.M.D.

1

mthomas@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Renee R. Kalp
mthomas@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com

Jodi Hause, on behalf of the United States Trustee
Jodi.hause@usdoj.gov

                                                                 */s/ Kelli A. Lee*
                                                                 Kelli A. Lee