## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Ronald G. Linaburg, | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | |
| | ) | Document No. |
| Applicant, | ) | |
| | ) | Related to Document No. 526, 527 |
| vs. | ) | |
| | ) | |
| No Respondent, | ) | Hearing Date & Time: |
| | ) | **April 6, 2022 at 11:00 a.m.** |
| | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING THE FEE APPLICATION OF THOMPSON LAW GROUP, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on February 17, 2022, at Document No. 526 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 527, Objections were to be filed and served no later than March 6, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 526 be entered by the Court.

Date: March 7, 2022                                        /s/ Brian C. Thompson
                                                          Brian C. Thompson, Esquire
                                                          Attorney for Debtor
                                                          PA ID No. 91197
                                                          THOMPSON LAW GROUP, P.C.
                                                          125 Warrendale Bayne Road, Suite 200
                                                          Warrendale, PA 15086
                                                          (724) 799-8404 Telephone
                                                          (724) 799-8409 Facsimile
                                                          bthompson@thompsonattorney.com