# PROCEEDING MEMO

**Date: 03/08/2022 11:00 am**

In re:   Ronald G Linaburg

Bankruptcy No. 20-22898-CMB
Chapter: 11 - NOT A SMALL BUSINESS
Doc. # 513

**Appearances:**  BY ZOOM: Brian Thompson;  Brian Nicholas;  John O'Keefe;  Kelli Lee

**Nature of Proceeding:** #513 Motion to Approve Guaranty Obligation

**Additional Pleadings:** #542 Certificate of No Objection

**Judge's Notes:**  Hearing Held.  Order Entered Granting Motion.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
3/8/22 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA