# PROCEEDING MEMO

**Date:** 03/08/2022 11:00 am

**In re:** Ronald G Linaburg

Bankruptcy No. 20-22898-CMB
Chapter: 11 - NOT A SMALL BUSINESS
Doc. # 290

**Appearances:** BY ZOOM: Brian Thompson; Brian Nicholas; John O'Keefe; Kelli Lee

**Nature of Proceeding:** #290 Rescheduled Hearing Re: Creditor, PNC Bank NA's, Motion To Vacate The April 7, 2021 Default Order

**Additional Pleadings:**
#143 Objection To Claim No. 4 of PNC Bank, N.A.
#148 Exhibit A To Docket #143
#179 Certificate of No Objection
#180 Default Order Signed 04/07/2021 Granting #143 Objection To Proof of Claim No. 4
#311 Response by Debtor
#353 Proceeding Memo from Zoom Status Conference Held 09/15/2021 - Continued to 11/08/2021 at 2:30 p.m. Attorney Nicholas shall file a Status Report on or before 10/14/2021.
#394 Status Report filed 10/14/2021 by Attorney Nicholas
#413 TEXT ORDER Signed 10/18/2021 - The Continued Status Conference scheduled for 11/08/2021 at 2:30 p.m. is RESCHEDULED to 12/13/2021 at 2:30 p.m. Attorney Nicholas shall file a Status Report on or before 12/02/2021.
#466 Status Report filed 12/06/2021 by Attorney John Berry
#464 TEXT ORDER Signed 12/03/2021 - The Continued Status Conference scheduled for 12/13/2021 at 2:30 p.m. is CANCELLED and RESCHEDULED to 02/08/2022 at 10:00 a.m. Attorney Nicholas shall file a Status Report advising whether a settlement has been reached, whether additional time is needed, and how the parties intend to proceed.
#481 Supplemental Briefing in Further Support of #290 PNC's Motion To Vacate the April 7, 2021 Default Order
#507 Status Report filed 02/02/2022 by Attorney John Berry
#508 TEXT ORDER: Counsel is to have a 2-hour meeting to attempt to resolve #290. Attorney Brian Nicholas is to file a Status Report by 02/28/2022. The Status Conference Hearing scheduled for 02/08/2022 at 10:00 a.m. is CANCELLED and RESCHEDULED for 03/08/2022 at 11:00 a.m. via Zoom..
#543 Status Report Filed by Creditor PNC Bank, N.A. on 02/28/2022

**Judge's Notes:**

**Outcome:** Hearing Held. Attorneys are to have a 3-Hour Meeting - with Clients Present - by 03/30/2022. Attorney Thompson is to file a Status Report by 04/01/2022. Attorneys for Debtor and PNC are to file Stipulated Facts and Disputed Facts by 04/01/2022. Court will then issue an Order sending matter to Mediation.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
3/8/22 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA