IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald G. Linaburg, ) | Bankruptcy No. 20-22898-CMB |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |
| Ronald G. Linaburg, ) | Related to: Document No. 575 |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondents, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER EXTENDING TIME

AND NOW this __27th__ day of __April__, 2022, upon the Debtor's Motion for Order Extending Time to File Amended Disclosure Statement, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Debtor's Motion is GRANTED.

2. The Debtor shall file an Amended Disclosure Statement on or before __May 25, 2022__.

3. This Order is without prejudice to the rights of the Debtor to seek additional extensions of the time.

4. The self-scheduled Hearing scheduled for June 9, 2022, at 1:30 p.m. via Zoom is CANCELLED.

FILED
4/27/22 8:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm        glb
Chief United States Bankruptcy Judge

Any party-in-interest may file a written objection(s) to the entry of this order on or before May 9, 2022. If any objection(s) is filed on or before May 9, 2022, a hearing will be set. If no objection(s) is filed on or before May 9, 2022, the order shall become final effective May 10, 2022. Movant shall serve a copy of the within order on all parties-in-interest and the mailing matrix, and file a Certificate of Service with the Court.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22898-CMB |
| Ronald G Linaburg | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

**Recip ID     Recipient Name and Address**
db               + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:**

**Name**                     **Email Address**

Brian Nicholas
                             on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian C. Thompson
                             on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com
                             blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
                             on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com
                             blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Carolyn Batz McGee
                             on behalf of Defendant Diana M. Dongell  D.M.D cbmcgee@porterwright.com, tturoczy@porterwright.com

Carolyn Batz McGee
                             on behalf of Creditor Diana Marie Dongell  D.M.D. cbmcgee@porterwright.com, tturoczy@porterwright.com

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Charles Fiergola
    on behalf of Creditor Reinhart FoodServices LLC cfiergola@kmksc.com

Donna M. Donaher
    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Berry
    on behalf of Creditor PNC Bank N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com

John R. O'Keefe, Jr.
    on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com

Kelli Ann Lee
    on behalf of Creditor PNC Bank N.A. Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 1

        ustpregion03.pi.ecf@usdoj.gov

Paul R. Yagelski
        on behalf of Creditor Reinhart FoodServices  LLC pryagelski@rothmangordon.com, jdmyers@rothmangordon.com

Robert O Lampl
        on behalf of Interested Party William T. Kane rol@lampllaw.com jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Ronald L. Hicks, Jr.
        on behalf of Creditor Diana Marie Dongell  D.M.D. rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.
        on behalf of Defendant Diana M. Dongell  D.M.D rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sy Oscar Lampl
        on behalf of Attorney Sy O. Lampl slampl@lampllaw.com

William E. Kelleher, Jr.
        on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

TOTAL: 38