**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | |
| _____Debtor,_____ | ) | Chapter 11 |
| | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | Related to:  Document Nos. 579 and 580 |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No respondents. | ) | |

**ORDER OF COURT**

AND NOW, upon consideration of Motion to Withdraw Certificate of No Objection, it is hereby

ORDERED, ADJUDGED and DECREED that the Certificate of No Objection is hereby

WITHDRAWN.


Date:  April 27, 2022

Carlota M. Böhm
glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
4/27/22 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 20-22898-CMB

Ronald G Linaburg                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Carolyn Batz McGee | on behalf of Defendant Diana M. Dongell  D.M.D cbmcgee@porterwright.com, tturoczy@porterwright.com |
| Carolyn Batz McGee | on behalf of Creditor Diana Marie Dongell  D.M.D. cbmcgee@porterwright.com, tturoczy@porterwright.com |

District/off: 0315-2                                     User: auto                                          Page 2 of 3
Date Rcvd: Apr 27, 2022                              Form ID: pdf900                                  Total Noticed: 1

Charles Fiergola
                    on behalf of Creditor Reinhart FoodServices  LLC cfiergola@kmksc.com

Donna M. Donaher
                    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Jeffrey R. Hunt
                    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com

Jodi Hause
                    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
                    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Berry
                    on behalf of Creditor PNC Bank  N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com

John R. O'Keefe, Jr.
                    on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

Kelli Ann Lee
                    on behalf of Creditor PNC Bank  N.A. Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
                    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
                    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com,
                    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com,
                    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com,
                    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
                    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com,
                    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
                    on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Creditor Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Paul R. Yagelski

on behalf of Creditor Reinhart FoodServices  LLC pryagelski@rothmangordon.com, jdmyers@rothmangordon.com

Robert O Lampl

on behalf of Interested Party William T. Kane rol@lampllaw.com
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholm
quist@lampllaw.com;kmonahan@lampllaw.com

Ronald L. Hicks, Jr.

on behalf of Creditor Diana Marie Dongell  D.M.D. rhicks@porterwright.com,
tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.

on behalf of Defendant Diana M. Dongell  D.M.D rhicks@porterwright.com,
tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sy Oscar Lampl

on behalf of Attorney Sy O. Lampl slampl@lampllaw.com

William E. Kelleher, Jr.

on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com,
michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

TOTAL: 38