# PROCEEDING MEMO

**Date: 05/19/2022 09:45 am**

**In re:   Ronald G Linaburg**

                                           **Bankruptcy No. 20-22898-CMB**
                                           **Chapter: 11-NOT A SMALL BUSINESS**
                                           **Doc. # 562**

**Appearances:  BY ZOOM:  Brian Thompson;  John Berry**

**Nature of Proceeding: #562 Continued Hearing Re: Motion to Strike Supplemental Brief in Further Support of PNCs Motion To Vacate**

**Additional Pleadings: #290 Creditor, PNC Bank NA's, Motion To Vacate The April 7, 2021 Default Order**
                     **#291 Order Signed 08/09/2021 Setting Hearing on #290 for 09/15/2021 at 3:00 p.m. via Zoom, with Responses Due: 08/26/2021**
                     **#311 Response by Debtor to Docket #290**
                     **#481 Supplemental Brief In Further Support of #290 PNC's Motion To Vacate The April 7, 2021 Default Order**
                     **#572 Stipulation of Extension of Time To Respond To Debtor's Motion To Strike**
                     **#573 Order Signed 04/19/2022 Extending Time To Respond To #562 - It is hereby ORDERED, ADJUDGED, and DECREED that the deadline for PNC to file a Response To Debtor's Motion To Strike is extended to 04/25/2022.**
                     **#579 Certification of No Objection**
                     **#580 Motion To Withdraw #579 Certificate of No Objection**
                     **#581 Response in Opposition To #562 filed by PNC Bank, N.A.**
                     **#584 Order Signed 04/27/2022 Granting Docket #580 - Motion To Withdraw - #579 Certificate of No Objection**
                     **#591 Proceeding Memo from 05/05/2022 Zoom Hearing - Continued to 05/19/2022 at 9:45 a.m.**

**Judge's Notes:**

**Outcome:  Hearing Held.  Motion Denied.  Attorney Thompson to file a Response Brief by 06/02/2022.  After Brief is filed, Parties will be sent to Mediation.  Mediation Order will be issued.**

                                                 **Carlota Böhm**
                                                 **Chief U.S. Bankruptcy Judge**

                                                 FILED
                                                 5/19/22 3:52 pm
                                                 CLERK
                                                 U.S. BANKRUPTCY
                                                 COURT - WDPA