**Date: 05/19/2022 09:45 am**

**In re:    Ronald G Linaburg**

**Bankruptcy No. 20-22898-CMB**
**Chapter: 11-NOT A SMALL BUSINESS**
**Doc. # 562**

**Appearances:  BY ZOOM:  Brian Thompson;  John Berry**

**Nature of Proceeding: #562 Continued Hearing Re: Motion to Strike Supplemental Brief in Further Support of PNCs Motion To Vacate**

**Additional Pleadings: #290 Creditor, PNC Bank NA's, Motion To Vacate The April 7, 2021 Default Order**

**#291 Order Signed 08/09/2021 Setting Hearing on #290 for 09/15/2021 at 3:00 p.m. via Zoom, with Responses Due: 08/26/2021**

**#311 Response by Debtor to Docket #290**

**#481 Supplemental Brief In Further Support of #290 PNC's Motion To Vacate The April 7, 2021 Default Order**

**#572 Stipulation of Extension of Time To Respond To Debtor's Motion To Strike**

**#573 Order Signed 04/19/2022 Extending Time To Respond To #562 - It is hereby ORDERED, ADJUDGED, and DECREED that the deadline for PNC to file a Response To Debtor's Motion To Strike is extended to 04/25/2022.**

**#579 Certification of No Objection**

**#580 Motion To Withdraw #579 Certificate of No Objection**

**#581 Response in Opposition To #562 filed by PNC Bank, N.A.**

**#584 Order Signed 04/27/2022 Granting Docket #580 - Motion To Withdraw - #579 Certificate of No Objection**

**#591 Proceeding Memo from 05/05/2022 Zoom Hearing - Continued to 05/19 /2022 at 9:45 a.m.**

**Judge's Notes:**

**Outcome:  Hearing Held.  Motion Denied.  Attorney Thompson to file a Response Brief by 06/02 /2022.  After Brief is filed, Parties will be sent to Mediation.  Mediation Order will be issued.**

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
5/19/22 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 20-22898-CMB

Ronald G Linaburg | Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2022          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Carolyn Batz McGee | on behalf of Defendant Diana M. Dongell D.M.D cbmcgee@porterwright.com, tturoczy@porterwright.com |
| Carolyn Batz McGee | on behalf of Creditor Diana Marie Dongell D.M.D. cbmcgee@porterwright.com, tturoczy@porterwright.com |

District/off: 0315-2                          User: auto                                    Page 2 of 3

Date Rcvd: May 19, 2022                       Form ID: pdf900                               Total Noticed: 1

Charles Fiergola
                    on behalf of Creditor Reinhart FoodServices  LLC cfiergola@kmksc.com

Donna M. Donaher
                    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Jeffrey R. Hunt
                    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com

Jodi Hause
                    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
                    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Berry
                    on behalf of Creditor PNC Bank  N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com

John R. O'Keefe, Jr.
                    on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

Kelli Ann Lee
                    on behalf of Creditor PNC Bank  N.A. Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
                    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
                    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com,
                    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com,
                    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com,
                    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com,
                    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
                    on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com,
                    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
                    on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Creditor Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
                    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee

District/off: 0315-2                             User: auto                                    Page 3 of 3
Date Rcvd: May 19, 2022                          Form ID: pdf900                               Total Noticed: 1

                        ustpregion03.pi.ecf@usdoj.gov

Paul R. Yagelski

                        on behalf of Creditor Reinhart FoodServices  LLC pryagelski@rothmangordon.com, jdmyers@rothmangordon.com

Ronald L. Hicks, Jr.

                        on behalf of Creditor Diana Marie Dongell  D.M.D. rhicks@porterwright.com,
                        tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.

                        on behalf of Defendant Diana M. Dongell  D.M.D rhicks@porterwright.com,
                        tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace

                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sy Oscar Lampl

                        on behalf of Attorney Sy O. Lampl slampl@lampllaw.com

William E. Kelleher, Jr.

                        on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com,
                        michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com


TOTAL: 37