# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
|     Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
|     Debtor. | ) | |
| | ) | |
| | ) | Document No.: |
|     Ronald G. Linaburg, | ) | |
| | ) | Related to Document No.: 606 |
|     Movant, | ) | |
| | ) | |
|     v. | ) | |
| | ) | **Hearing Date and Time:** |
|     No Respondents, | ) | July 19, 2022 at 11:00 a.m. |
| | ) | |
|     Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

I, Maya Rowe, certify under penalty of perjury that I served the forgoing Order Scheduling Hearing on the Amended Disclosure Statement to Accompany Plan Dated 06/03/2022 entered at document no. 606 on the interested parties in the attached mailing matrix on June 6, 2022, via first-class mail postage prepaid, unless NEF service was effectuated as indicated below.

The following parties were serviced by NEF as generated by the Court's electronic CM/ECF notification system:

John J. Berry on behalf of Creditor PNC Bank, N.A.
John.Berry@dinsmore.com, Christina.Lee@dinsmore.com

Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania
donaherd@fnb-corp.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Charles Fiergola on behalf of Creditor Reinhart FoodServices, LLC
cfiergola@kmksc.com

Jodi Hause on behalf of U.S. Trustee Office of the United States Trustee
jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Ronald L. Hicks, Jr. on behalf of Creditor Diana Marie Dongell, D.M.D.
rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr. on behalf of Defendant Diana M. Dongell, D.M.D
rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

Jeffrey R. Hunt on behalf of Creditor Municipality of Mt. Lebanon
jhunt@grblaw.com

William E. Kelleher, Jr. on behalf of Mediator William E. Kelleher, Jr.
bill.kelleher@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

Sy Oscar Lampl on behalf of Attorney Sy O. Lampl
slampl@lampllaw.com

Kelli Ann Lee on behalf of Creditor PNC Bank, N.A.
Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM

Carolyn Batz McGee on behalf of Creditor Diana Marie Dongell, D.M.D.
cbmcgee@porterwright.com, tturoczy@porterwright.com

Carolyn Batz McGee on behalf of Defendant Diana M. Dongell, D.M.D
cbmcgee@porterwright.com, tturoczy@porterwright.com

Maria Miksich on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
bnicholas@kmllawgroup.com

John R. O'Keefe, Jr. on behalf of Creditor Dollar Bank, Federal Savings Bank
jokeefe@metzlewis.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Michael A. Shiner on behalf of Creditor Diana Marie Dongell, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Renee R. Kalp
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Diana M. Dongell, D.M.D
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Renee R. Kalp, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Diana Marie Dongell, D.M.D.
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Renee R. Kalp
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Diana M. Dongell, D.M.D
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Renee R. Kalp, D.M.D.
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Brian C. Thompson on behalf of Debtor Ronald G Linaburg
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.c

om;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson on behalf of Plaintiff Ronald G Linaburg
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Paul R. Yagelski on behalf of Creditor Reinhart FoodServices, LLC
pryagelski@rothmangordon.com, jdmyers@rothmangordon.com


Date:  June 6, 2022          By:    /s/ *Maya Rowe*
                                    Maya Rowe, Paralegal
                                    Thompson Law Group, P.C.
                                    125 Warrendale Bayne Rd., Suite 200
                                    Warrendale, PA 15086
                                    (724) 799-8404 Telephone
                                    (724) 799-8409 Facsimile
                                    mrowe@thompsonattorney.com