Form 307    **IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 20-22898-CMB |
| Ronald G. Linaburg | : | Chapter 11 |
| | : | Related to Document No. 602 |
| Debtor | : | Hearing: July 19, 2022 at 11:00 a.m. |

**ORDER SCHEDULING HEARING ON DISCLOSURE STATEMENT**

**To the Debtor, Creditors of the Debtor, and other parties in interest:**

AND NOW, this, **The 6th day of June, 2022**, an **Amended Disclosure Statement, Summary of Amended Chapter 11 Plan and Amended Chapter 11 Plan** dated June 3, 2022, were filed by Debtor on June 3, 2022, under Chapter 11 of the United States Bankruptcy Code. Therefore,

It is hereby **ORDERED, ADJUDGED AND DECREED that:**

(1)  **July 12, 2022,** is the last day for filing and serving **Objections** to the Disclosure Statement pursuant to Fed.R.Bankr.P. 3017(a) and to file a **Request for Payment of an Administrative Expense,** pursuant to 11 U.S.C. Section 503. Filed Objections and Requests shall be heard at the time of the hearing on approval of the Disclosure Statement.

(2)  Within 7 days after entry of this Order,

   (a) The Plan proponent shall transmit the Disclosure Statement, Plan Summary and Plan to the Debtor(s), Debtor(s)'s attorney, trustee, trustee's attorney, members of all committees and counsel for all committees, if any, the Securities and Exchange Commission, the U.S. Trustee, and any party in interest who has requested or requests in writing a copy of the Disclosure Statement and Plan.
   (b) The Plan proponent shall serve a copy of this Order on the indenture trustee, all creditors, equity security holders, interest holders, all parties in interest, and file a Certificate of Service which complies with Local Form No. 7.

(3)  Requests for copies of the Disclosure Statement, Plan Summary and Plan shall be mailed to the proponent of the Plan to the attention of:

   Ronald G. Linaburg
   c/o Brian C. Thompson, Esquire
   Thompson Law Group, P.C.
   125 Warrendale-Bayne Road, Suite 200
   Warrendale, PA  15086

(4)   On **July 19, 2022, at 11:00 a.m.**, a ZOOM Hearing to consider the approval of the Disclosure Statement shall be held via ZOOM Video Conference Application.  To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0919.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at:
https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

*Carlota M. Böhm* glb

Carlota M. Bohm, Chief Judge
United States Bankruptcy Court

FILED
6/6/22 10:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-22898-CMB

Ronald G Linaburg     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3

Date Rcvd: Jun 06, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Carolyn Batz McGee | on behalf of Defendant Diana M. Dongell D.M.D cbmcgee@porterwright.com, tturoczy@porterwright.com |
| Carolyn Batz McGee | on behalf of Creditor Diana Marie Dongell D.M.D. cbmcgee@porterwright.com, tturoczy@porterwright.com |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Jun 06, 2022 | Form ID: pdf900 | Total Noticed: 1

Charles Fiergola
    on behalf of Creditor Reinhart FoodServices LLC cfiergola@kmksc.com

Donna M. Donaher
    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Berry
    on behalf of Creditor PNC Bank N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com

John R. O'Keefe, Jr.
    on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com

Kelli Ann Lee
    on behalf of Creditor PNC Bank N.A. Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

        ustpregion03.pi.ecf@usdoj.gov

Paul R. Yagelski
        on behalf of Creditor Reinhart FoodServices LLC pryagelski@rothmangordon.com, jdmyers@rothmangordon.com

Ronald L. Hicks, Jr.
        on behalf of Creditor Diana Marie Dongell D.M.D. rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.
        on behalf of Defendant Diana M. Dongell D.M.D rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sy Oscar Lampl
        on behalf of Attorney Sy O. Lampl slampl@lampllaw.com

William E. Kelleher, Jr.
        on behalf of Mediator William E. Kelleher Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

TOTAL: 37