**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Ronald G. Linaburg, | : | Bankruptcy No. 20-22898-CMB |
| | : | |
| Debtor. | : | |
| | : | Chapter 11 |
| Ronald G. Linaburg, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related Claim No.: 3 |
| v. | : | |
| | : | Hearing Date and Time: |
| First National Bank of Pennsylvania, | : | **July 19, 2022, at 11:00 a.m.** |
| | : | |
| Respondent. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey Castello, hereby certify that I served a copy of the Debtor's Objection to Proof

of Claim No. 3, Exhibit, Proposed Order, and Notice of Hearing on all interested parties listed

below via electronic mail and/or certified return receipt U.S. mail on March 12, 2021.

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

Donna M. Donaher, Esquire
First National Bank of Pennsylvania
100 Federal Street, 4th Floor
Pittsburgh, PA 15212
*Counsel for Creditor*

Jodi Hause, Esquire
on Behalf of the United States Trustee
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

First National Bank of Pennsylvania
100 Federal Street, 4th Floor
Pittsburgh, PA 15212

Dated: <u>June 13, 2022</u>

/s/ Jeffrey Castello
Jeffrey Castello, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jcastello@thompsonattorney.com