IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Ronald G. Linaburg,                                  Bankruptcy No. 20-22898-CMB

         Debtor.                                  Chapter 11

PNC Bank, NA,

         Movant,
v.

Ronald G. Linaburg,                                  Related to Doc. Nos. 180, 290, 609, 619

         Respondent.

## ORDER

AND NOW, this **5th** day of **July, 2022**, upon consideration of the *Stipulation for Extension of Time for the Parties to Complete Mediation* (Doc. No. 619), it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Order entered June 10, 2022 (Doc. No. 609) directing the Parties to participate in mediation is modified as set forth herein.
2. The Parties shall promptly enter into a written fee/expense agreement with the mediator, which the mediator shall submit to this Court for approval on or before **July 8, 2022**.
3. Mediation shall take place no later than **July 28, 2022**. In the event additional time is required, the Parties shall seek an extension of time from this Court and advise if all Parties consent to an extension of time.
4. On or before **August 3, 2022**, Counsel for PNC Bank, *after consultation with counsel for Debtor*, shall file a **joint** status report identifying what matter(s) have been resolved and/or narrowed and what matter(s) remain in dispute, if any. Failure to timely file the status report may result in the rescheduling of the August 9th status conference to a later date.

FILED
7/5/22 1:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

dmk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22898-CMB |
| Ronald G Linaburg | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022             Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Carolyn Batz McGee | on behalf of Defendant Diana M. Dongell  D.M.D cbmcgee@porterwright.com, tturoczy@porterwright.com |
| Carolyn Batz McGee | on behalf of Creditor Diana Marie Dongell  D.M.D. cbmcgee@porterwright.com, tturoczy@porterwright.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 3 |
| Date Rcvd: Jul 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Charles Fiergola
    on behalf of Creditor Reinhart FoodServices LLC cfiergola@kmksc.com

Donna M. Donaher
    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Berry
    on behalf of Creditor PNC Bank N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com

John R. O'Keefe, Jr.
    on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com

Kelli Ann Lee
    on behalf of Creditor PNC Bank N.A. Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Paul R. Yagelski
    on behalf of Creditor Reinhart FoodServices  LLC pryagelski@rothmangordon.com, jdmyers@rothmangordon.com

Ronald L. Hicks, Jr.
    on behalf of Creditor Diana Marie Dongell  D.M.D. rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.
    on behalf of Defendant Diana M. Dongell  D.M.D rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sy Oscar Lampl
    on behalf of Attorney Sy O. Lampl slampl@lampllaw.com

William E. Kelleher, Jr.
    on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

TOTAL: 37