**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Ronald G. Linaburg | : | Bankruptcy Case# 20-22898-CMB |
| Debtor | : | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**TO:  THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR'S ATTORNEYS OF RECORD AND TO ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rule 2002 and 9007 and 11 U.S.C. §102(1) and all other applicable law, the undersigned, as counsel of record for Ascentium Capital, LLC, in the above captioned matter, hereby requests that all notices given or required to be served in this case, be given to and served upon the undersigned at the following office, address, telephone number and email address:

Richard W. Keifer III, Esquire
Keifer Law Firm, LLC
311 Market Street
Kingston, PA 18704
(570)371-3851
rkeifer@keiferlaw.com

The foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affects or seeks to affect in any way any rights or interests of the Debtor.

                                                                  Keifer Law Firm, LLC

Date:  July 12, 2022            By:  /s/ Richard W. Keifer III
                                                                  Richard W. Keifer III, Esquire
                                                                  311 Market Street
                                                                  Kingston, PA 18704
                                                                  (570)371-3851
                                                                  (570)371-3852 facsimile
                                                                  rkeifer@keiferlaw.com