IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 20-22898 - CMB |
| Ronald G. Linaburg, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE

TO:    Michael R. Rhodes, Clerk of the United States Bankruptcy Court for the Western District of Pennsylvania

PLEASE TAKE NOTICE that **David K. Rudov, Esq. was appointed as the Mediator ("Mediator") in this case at Document #625** and hereby Appears in this case.

PLEASE TAKE FURTHER NOTICE that pursuant to sections 2002, 3017 and 1109(b) of the Bankruptcy Rules, sections 9019-4 and 9019-5 of the Local Bankruptcy Rules (collectively "Rules"), and section 1109(b) of the Bankruptcy Code ("Code"), the undersigned requests that all Notices and Papers specified by the Rules and the Code be given in this case and all other papers served or required to be served in this case, be given and served upon:

**David K. Rudov, Esq.**
**Court Appointed Mediator**
**RUDOVLAW**
**The Frick Building, Suite 1806**
**437 Grant Street**
**Pittsburgh, PA 15219**
**david@RudovLaw.com**

The foregoing request includes without limitation, notices of any Orders, Pleadings, Motions, Applications, Complaints, Demands, Hearings, Requests or Petitions, Disclosure Statements and Plans of Reorganization, Answering or Reply Papers, Memoranda and Briefs in Support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telex or otherwise.

Please take further notice that the Mediator intends that neither this Notice of Appearance nor any later Appearance, Pleading, Claim or Suit shall waive (1) the Mediator's right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) the Mediator's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) the Mediator's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which the Mediator is or may be entitled under agreement, in law, in equity or otherwise, all of which Rights, Claims Actions, Defenses, Setoffs, and Recoupments that the Mediator expressly reserves hereby.

Respectfully submitted,
Rudov Law

*/s/ David K. Rudov*
David K. Rudov, Esq.
Pa. I.D. # 35579
Court Appointed Mediator
437 Grant Street, Suite 1806
The Frick Building
Pittsburgh, PA 15219
(Tel) 412-223-5030
(Fax) 412-281-1121
david@RudovLaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Ronald G. Linaburg,

        Debtor.

Bankruptcy Case No.  20-22898 - CMB

Chapter 11

## DECLARATION IN LIEU OF AFFIDAVIT
Regarding Request to be added to the Mailing Matrix.

I am an interested party in the above captioned bankruptcy case, and I am authorized to make the accompanying Request for Notices. The address below should be used and added to the matrix.

[X]    that there are no other requests to receive notices on behalf of the Mediator, or

[ ]    that the following prior request(s) for notice by or on behalf of the Mediator be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2022

Respectfully submitted,
Rudov Law

**/s/ David K. Rudov**
David K. Rudov, Esq.
Pa. I.D. # 35579
Court Appointed Mediator
437 Grant Street, Suite 1806
The Frick Building
Pittsburgh, PA 15219
(Tel) 412-223-5030
(Fax) 412-281-1121
david@RudovLaw.com