# PROCEEDING MEMO

**Date: 07/19/2022 11:00 am**

**In re:    Ronald G Linaburg**

                        Bankruptcy No. 20-22898-CMB
                        Chapter: 11-NOT A SMALL BUSINESS
                        Doc. # 602

**Appearances:**  BY ZOOM:  Brian Thompson;  John Berry;  Richard Keifer;  Jodi Hause;  Donna Donaher

**Nature of Proceeding:** #602 Amended Disclosure Statement To Accompany Plan Dated 06/03/2022

**Additional Pleadings:** #603 Amended Chapter 11 Plan Dated 06/03/2022
                      #604 Summary of Amended Chapter 11 Plan Dated 06/03/2022
                      #615 Monthly Operating Report for May, 2022
                      #626 Objection by PNC Bank, N.A.
                      #628 Objection by Ascentium Capital, LLC
                      #629 Objection by Office of the United States Trustee

**Judge's Notes:**

**Outcome:**  Hearing Held.
        Parties will try and resolve Objections through Mediation.
        An Amended Disclosure Statement needs to be filed with the Court by 08/22/2022.
        If an Amended Chapter 11 Plan is needed, it is also need to be filed with the Court by 08/22/2022.
        When they are filed with the Court, a Hearing will be scheduled.

                        **Carlota Böhm**
                        **Chief U.S. Bankruptcy Judge**

                        FILED
                        7/19/22 2:39 pm
                        CLERK
                        U.S. BANKRUPTCY
                        COURT - WDPA