**Date: 07/19/2022 11:00 am**

In re:   Ronald G Linaburg

                                        Bankruptcy No. 20-22898-CMB
                                        Chapter: 11-NOT A SMALL BUSINESS
                                        Doc. # 611

**Appearances:** VIA ZOOM:  Brian Thompson;  John Berry;  Richard Keifer;  Jodi Hause;  Donna Donaher

**Nature of Proceeding:** #611 Debtor's Objection To Proof of Claim No. 3

**Additional Pleadings:** #614 Answer by First National Bank of Pennsylvania
                                  #616 Response by PNC Bank, N.A.

**Judge's Notes:**

**Outcome:**  Hearing Held.
           Attorney Brian Thompson stated that an Amended Claim has not been filed.
           Attorney Donna Donaher stated that the Sale Amount is close to the Proof of Claim Amount.  Sale is to be closed by 10/30/2022.
           Hearing Continued to 11/15/2022 at 10:00 a.m. via Zoom.
           If Objection to Claim is resolved, a Consent Order is to be filed with the Court, and the Continued Hearing will be Cancelled.

                                          **Carlota Böhm**
                                          **Chief U.S. Bankruptcy Judge**

                                          FILED
                                          7/19/22 2:38 pm
                                          CLERK
                                          U.S. BANKRUPTCY
                                          COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-22898-CMB
Ronald G Linaburg     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jul 19, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Carolyn Batz McGee | on behalf of Defendant Diana M. Dongell D.M.D cbmcgee@porterwright.com, tturoczy@porterwright.com |
| Carolyn Batz McGee | on behalf of Creditor Diana Marie Dongell D.M.D. cbmcgee@porterwright.com, tturoczy@porterwright.com |

Case 20-22898-CMB    Doc 635    Filed 07/21/22    Entered 07/22/22 00:24:52    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| Charles Fiergola | on behalf of Creditor Reinhart FoodServices LLC cfiergola@kmksc.com |
| David K. Rudov | on behalf of Mediator David K. Rudov david@rudovlaw.com ashley@rudovlaw.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Frank G. Salpietro | on behalf of Creditor Reinhart FoodServices LLC fgsalpietro@rothmangordon.com, jdmyers@rothmangordon.com;vaeyer@rothmangordon.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| John J. Berry | on behalf of Creditor PNC Bank N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com |
| John R. O'Keefe, Jr. | on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com |
| Kelli Ann Lee | on behalf of Creditor PNC Bank N.A. Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Maribeth Thomas | on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Michael A. Shiner | on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Defendant Renee R. Kalp D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Creditor Diana Marie Dongell D.M.D. mshiner@tuckerlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard W. Keifer, III
    on behalf of Creditor Ascentium Capital  LLC rkeifer@keiferlaw.com, dschattenstein@keiferlaw.com

Ronald L. Hicks, Jr.
    on behalf of Creditor Diana Marie Dongell  D.M.D. rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.
    on behalf of Defendant Diana M. Dongell  D.M.D rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sy Oscar Lampl
    on behalf of Attorney Sy O. Lampl slampl@lampllaw.com

William E. Kelleher, Jr.
    on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

TOTAL: 39