## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-22898-CMB |
| | : | |
| RONALD G. LINABURG | : | |
| | : | Chapter 11 |
| Debtor(s) | : | Document No. |
| | : | |
| v. | : | |
| | : | |
| PNC BANK, N.A., | : | |
| | : | |
| Respondent | : | |

## STATUS REPORT

AND NOW, comes Movant, PNC Bank, N.A. (at times, "PNC" or "the Bank"), by and through its undersigned counsel, John J. Berry, Esq. and Dinsmore & Shohl, LLP, and files the following status report.

1. On July 5, 2022, this Court entered an order requiring Debtor and PNC to complete mediation by July 28, 2022. Docket No. 620.

2. In accordance with the Order, Debtor and PNC attended an all-day mediation on July 28, 2022.

3. The Parties were unable to resolve the issues between them during the mediation.

4. Accordingly, several issues remain between the parties, principally including:

   a. Whether the April 7, 2021 Order should be vacated based on improper service of Debtor's Objection to Claim No. 4?

   b. Whether PNC is entitled to a secured claim on the property located at 924 Valleyview Road, Pittsburgh, PA based on the Mortgage and the entireties presumption.

4. Counsel for the parties are continuing settlement discussions and have kept the mediator engaged in a continued attempt to resolve the issues between the parties.

5. Counsel for PNC believes these discussions have the potential to be fruitful and believes that it is in both parties interest to continue these discussions.

6. Accordingly, the parties request the hearing currently scheduled for August 9, 2022, be postponed for 30 days to allow the parties to further explore settlement discussions.

WHEREFORE, the Parties respectfully request that this Court enter an Order postponing the status conference scheduled for August 9, 2022 for 30 days, and any other relief that this Court deems appropriate.

DINSMORE & SHOHL LLP

Dated: August 3, 2022

/s/ John J. Berry
John J. Berry, Esquire
PA ID # 313481
john.berry@dinsmore.com
Six PPG Place, Suite 1300
Pittsburgh, PA  15222
Telephone:   (412) 281-5000
Facsimile:    (412) 281-5055