## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ronald G. Linaburg, | ) | Bankruptcy No. 20-22898-CMB |
| Debtor. | ) | Chapter 11 |
| Thompson Law Group, P.C., | ) | |
| Applicant, | ) | Document No. |
| vs. | ) | Related to Document No. 638, 639 |
| No Respondent. | ) | **Hearing Date & Time:** September 22, 2022 at 1:30 p.m. |

**CERTIFICATION OF NO OBJECTION REGARDING THE FOURTH FEE APPLICATION OF THOMPSON LAW GROUP, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on August 9, 2022, at Document No. 638 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 639, Objections were to be filed and served no later than August 26, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 638 be entered by the Court.

Date: <u>August 29, 2022</u>        /s/ Brian C. Thompson
                                                      Brian C. Thompson, Esquire
                                                    Attorney for Debtor
                                                    PA ID No. 91197
                                                    THOMPSON LAW GROUP, P.C.
                                                    125 Warrendale Bayne Road, Suite 200
                                                    Warrendale, PA 15086
                                                    (724) 799-8404 Telephone
                                                    (724) 799-8409 Facsimile
                                                    bthompson@thompsonattorney.com