## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald G. Linaburg, | ) | |
| | ) | Bankruptcy No. 20-22898-CMB |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | Document No. |
| v. | ) | |
| | ) | |
| No Respondents, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## ORDER EXTENDING TIME

AND NOW this _____ day of _____, 2022, upon the Debtor's Motion for Order Extending Time to File Amended Chapter 11 Plan and Amended Disclosure Statement, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Debtor's Motion is GRANTED.

2. The Debtor shall file an Amended Chapter 11 Plan and Amended Disclosure Statement on or before _____.

3. This Order is without prejudice to the rights of the Debtor to seek additional extensions of the time.

_____
United States Bankruptcy Judge