PAWB FORM 32  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Robert G. Linaburg,<br>      Debtor<br>_____<br><br>Robert G. Linaburg,<br>      Plaintiff/Movant<br><br>      vs.<br><br>PNC Bank, N.A.<br>      Defendant/Respondent<br>_____ | )<br>)<br>)<br>)<br>) Bankruptcy No. 20-22898<br>)<br>) Related to Motion # 625<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEDIATOR'S CERTIFICATE OF COMPLETION OF MEDIATION CONFERENCE**

1.  I hereby certify that pursuant to an order of assignment of this Court to the Bankruptcy Mediation Program dated July 11, 2022, a Mediation Program Conference was held on July 28, 2022, and September 22, 2022 (list all date(s) on which conference was held)

2.  A settlement/resolution of this matter was not reached.

Dated: September 22, 2022          Mediator:
                                          ***David K. Rudov, Esq.***
                                          Signature

                                          Type or print: 9/27/2022

                                          Name: David K. Rudov, Esq.

                                          Address:    BNY Mellon Center
                                                                500 Grant St., Suite 2900
                                                                Pittsburgh, PA 15222
                                                                412-223-5030 (t)