**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Ronald G. Linaburg, | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| _____ | ) | |
| Barry P. Cox, CPA, | ) | Related to:  Document No. 649 |
| | ) | |
| Applicant, | ) | |
| | ) | **ENTERED BY DEFAULT** |
| vs. | ) | |
| | ) | |
| No Respondent, | ) | |
| | ) | |
| | ) | |

**ORDER APPROVING SECOND FEE APPLICATION OF BARRY P. COX, CPA,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**AS ACCOUNTANT TO DEBTOR**

This matter having come before the Court upon the Fee Application of Barry P. Cox, CPA, and

Rivertech Tax Preparation, LLC, now known as BP Cox and Company, PLLC, for Allowance of Compensation

and Reimbursement of Expenses as Accountant to Debtor (the "Application"), with notice for objecting to these

fees having been given and no objections thereto having been received, and this Court being otherwise

sufficiently advised, for cause shown it is hereby:

ORDERED, ADJUDGED and DECREED:

1.  That the Application be and hereby is APPROVED and that the accountants' fees sought by Barry P.

    Cox, CPA for the period from December 13, 2021 through and including August 10, 2022 (the

    "Period") in the amount of $2,475.00 is allowed.

2.  It is further ORDERED, ADJUDGED and DECREED that Debtor shall immediately pay Barry P.

    Cox, CPA the fees and expenses as contemplated in the retention application, including from funds

    being held in escrow.

DATED: September 26, 2022

Carlota M. Böhm
glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
9/26/22 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 20-22898-CMB

Ronald G Linaburg                                                                      Chapter 11

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                           User: auto                                Page 1 of 3

Date Rcvd: Sep 26, 2022                   Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |
| | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |
| | on behalf of Accountant Barry P. Cox bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |

Carolyn Batz McGee

on behalf of Defendant Diana M. Dongell D.M.D cbmcgee@porterwright.com, tturoczy@porterwright.com

Carolyn Batz McGee

on behalf of Creditor Diana Marie Dongell D.M.D. cbmcgee@porterwright.com, tturoczy@porterwright.com

Charles Fiergola

on behalf of Creditor Reinhart FoodServices LLC cfiergola@kmksc.com

David K. Rudov

on behalf of Mediator David K. Rudov david@rudovlaw.com ashley@rudovlaw.com

Donna M. Donaher

on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Frank G. Salpietro

on behalf of Creditor Reinhart FoodServices LLC fgsalpietro@rothmangordon.com,
jdmyers@rothmangordon.com;vaeyer@rothmangordon.com

Jeffrey R. Hunt

on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com

Jodi Hause

on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Berry

on behalf of Creditor PNC Bank N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com

John R. O'Keefe, Jr.

on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com

Kelli Ann Lee

on behalf of Creditor PNC Bank N.A. Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas

on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas

on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas

on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas

on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas

on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas

on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas

on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas

on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Michael A. Shiner

on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner

on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com

Michael A. Shiner

on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner

on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

District/off: 0315-2                    User: auto                    Page 3 of 3
Date Rcvd: Sep 26, 2022                 Form ID: pdf900               Total Noticed: 1

Michael A. Shiner
on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Richard W. Keifer, III
on behalf of Creditor Ascentium Capital  LLC rkeifer@keiferlaw.com, dschattenstein@keiferlaw.com

Ronald L. Hicks, Jr.
on behalf of Creditor Diana Marie Dongell  D.M.D. rhicks@porterwright.com,
tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.
on behalf of Defendant Diana M. Dongell  D.M.D rhicks@porterwright.com,
tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sy Oscar Lampl
on behalf of Attorney Sy O. Lampl slampl@lampllaw.com

William E. Kelleher, Jr.
on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com,
michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com


TOTAL: 40