# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald G. Linaburg, ) | |
| ) | Bankruptcy No. 20-22898-CMB |
| Debtor. ) | Chapter 11 |
| ) | |
| Ronald G. Linaburg, ) | |
| ) | |
| Movant, ) | |
| ) | Document No.  661 |
| v. ) | |
| ) | |
| No Respondents, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER EXTENDING TIME

AND NOW this \_\_\_13 th\_\_\_ day of \_\_\_October\_\_\_, 2022, upon the Debtor's Motion for Order Extending Time to File Amended Chapter 11 Plan and Amended Disclosure Statement, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Debtor's Motion is GRANTED.

2. The Debtor shall file an Amended Chapter 11 Plan and Amended Disclosure Statement on or before  November 30, 2022

3. This Order is without prejudice to the rights of the Debtor to seek additional extensions of the time.

*Carlota M. Böhm*
dmk

FILED
10/13/22 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22898-CMB |
| Ronald G Linaburg | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Accountant Barry P. Cox bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |

Case 20-22898-CMB    Doc 664    Filed 10/15/22    Entered 10/16/22 00:27:49    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Carolyn Batz McGee
    on behalf of Defendant Diana M. Dongell D.M.D cbmcgee@porterwright.com, tturoczy@porterwright.com

Carolyn Batz McGee
    on behalf of Creditor Diana Marie Dongell D.M.D. cbmcgee@porterwright.com, tturoczy@porterwright.com

Charles Fiergola
    on behalf of Creditor Reinhart FoodServices LLC cfiergola@kmksc.com

David K. Rudov
    on behalf of Mediator David K. Rudov david@rudovlaw.com ashley@rudovlaw.com

Donna M. Donaher
    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Frank G. Salpietro
    on behalf of Creditor Reinhart FoodServices LLC fgsalpietro@rothmangordon.com, jdmyers@rothmangordon.com;vaeyer@rothmangordon.com

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Berry
    on behalf of Creditor PNC Bank N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com

John R. O'Keefe, Jr.
    on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com

Kelli Ann Lee
    on behalf of Creditor PNC Bank N.A. Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Maribeth Thomas
    on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard W. Keifer, III
    on behalf of Creditor Ascentium Capital  LLC rkeifer@keiferlaw.com, dschattenstein@keiferlaw.com

Ronald L. Hicks, Jr.
    on behalf of Creditor Diana Marie Dongell  D.M.D. rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

Ronald L. Hicks, Jr.
    on behalf of Defendant Diana M. Dongell  D.M.D rhicks@porterwright.com, tturoczy@porterwright.com;tlong@porterwright.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sy Oscar Lampl
    on behalf of Attorney Sy O. Lampl slampl@lampllaw.com

William E. Kelleher, Jr.
    on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

TOTAL: 40