# PROCEEDING MEMO

**Date: 11/09/2022 01:30 pm**

**In re:   Ronald G Linaburg**

                          **Bankruptcy No. 20-22898-CMB**
                          **Chapter: 11-(NOT A SMALL BUSINESS)**
                          **Doc. # 290**

**Appearances:  BY ZOOM:  Brian Thompson;  John Berry;  Kelli Lee**

**Nature of Proceeding:** #290 Oral Argument on Creditor, PNC Bank NA's Motion to Vacate the April 7, 2021 Default Order (Doc. #290)

**Additional Pleadings:**  #311 Response by Debtor
                        #481 Supplemental Briefing In Further Support of Motion by PNC Bank, N.A.
                        #600 Response Briefing In Further Opposition of Motion by Debtor
                        #609 Mediation Order Signed 06/10/2022
                        #660 Status Report filed by PNC Bank, N.A.

Outcome:  Oral Argument Held.  Motion is Granted.  An appropriate Order will be entered.

                                           **Carlota Böhm**
                                           **U.S. Bankruptcy Judge**

                                           FILED
                                           11/9/22 1:56 pm
                                           CLERK
                                           U.S. BANKRUPTCY
                                           COURT - WDPA