IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Ronald G. Linaburg, | Bankruptcy No. 20-22898-CMB |
| Debtor. | Chapter 11 |
| PNC Bank, NA, | |
| Movant, | |
| v. | |
| Ronald G. Linaburg, | Related to Doc. Nos. 143, 180, 290 |
| Respondent. | |

## ORDER

AND NOW, this **9th** day of **November, 2022**, upon consideration of the *Creditor, PNC Bank NA's, Motion to Vacate the April 7, 2021 Default Order* ("Motion," Doc. No. 290), Debtor's Response (Doc. No. 311), the parties' briefs (Doc. Nos. 481 and 600), the Stipulated Facts and Disputed Facts identified by the parties related to this matter (Doc. No. 571), oral argument held on this date, and for the reasons set forth on the record,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is **GRANTED.**
2. The Default Order entered April 7, 2021, at Doc. No. 180 is **VACATED.**
3. Debtor's Objection to Proof of Claim No. 4 (Doc. No. 143) is **DISMISSED** without prejudice to Debtor filing an appropriate adversary proceeding contesting the validity of the mortgage.

Carlota M. Böhm
United States Bankruptcy Judge

FILED
11/9/22 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA