**PROCEEDING MEMO**

**Date: 11/15/2022 10:00 am**

In re:   Ronald G Linaburg

Bankruptcy No. 20-22898-CMB
Chapter: 11-(NOT A SMALL BUSINESS)
Doc. # 611

**Appearances:** BY ZOOM: Brian Thompson; Kelli Lee

**Nature of Proceeding:** #611 Continued Hearing Re: Debtor's Objection To Proof of Claim No. 3

**Additional Pleadings:** #614 Answer by First National Bank of Pennsylvania
#616 Response by PNC Bank, N.A.

**OUTCOME:** Hearing held. Continued to Status Conference on 2/21/2023 at 1:30 p.m..

Carlota Böhm
U.S. Bankruptcy Judge

FILED
11/15/22 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA