# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Ronald G. Linaburg, | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Carlota M. Böhm |

## SUMMARY OF AMENDED CHAPTER 11 PLAN DATED NOVEMBER 30, 2022

Debtor, through Counsel, submits this Summary of his Amended Chapter 11 Plan.  This Summary is merely a brief overview of the material provisions of the Plan and is qualified by reference to the full text of the Plan.

The Plan provides for the classification and treatment of claims against interests in the Debtor.  The Plan designates six (6) classes of claims and interests, which classify all claims and interests against the Debtors.  The Plan provides for the following treatment of claims and interests:

- Class 1: Administrative Claimants (Unimpaired).
  - Paid in full on the Plan effective date.

- Class 2 : Secured Claim of Municipality of Mt. Lebanon (Unimpaired).
  - Paid in full ($196.31) by Plan effective date.

- Class 3: Secured Claims (Impaired).
  - Dollar Bank, FSB - 60 monthly payments of $3,611.80 with balloon payment of the remaining balance owed at the end of the 60-month term and lien retain until paid in full.
  - PNC Bank, N.A. – Disputed as to secured status.  To the extent deemed secured 60 monthly payments of to be determined upon the resolution of litigation related to secured status, with lien retained until any determined secured balance is paid in full.

- Class 4: General Unsecured Claims (Impaired).
  - Lump-sum pro-rata payments totaling $250,000.00 to be paid on the Plan effective date.

- Class 5: De Minimis General Unsecured Non-Tax and Tax Creditors (Unimpaired).
  - Paid in full ($337.79) on Plan effective date.

- Class 6: Specially Classified Potential Claimants (Unimpaired):

  - Dollar Bank, FSB (Proof of Claim No. 9) - no payments to be made under the plan.
  - Dollar Bank, FSB (Proof of Claim No. 8) - no payments to be made under the plan.
  - Dollar Bank, FSB (Proof of Claim No. 7) - no payments to be made under the plan.

Dated: November 30, 2022

Respectfully submitted,
/s/ Brian C. Thompson
Thompson Law Group, P.C.
Brian C. Thompson, Esquire
PA I.D. No. 91197
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
724-799-8404 Telephone
724-799-8404 Facsimile
bthompson@thompsonattorney.com