**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Ronald G. Linaburg, | : | Bankruptcy Case No.: 20-22898CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| Ronald G. Linaburg, | : | Adversary Case No.: 22-02074 |
| | : | |
| Plaintiff, | : | |
| | : | Document No.: |
| v. | : | |
| | : | Related to Document No.: |
| PNC Bank, N.A., | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR *PRO HAC VICE* ADMISSION**

1.      This motion for admission *pro hac vice* is being filed on behalf of:

> Sarah Mattingly, Esq.,
> Dinsmore & Shohl LLP
> 101 South Fifth Street
> Suite 2500
> Louisville, KY 40202
> Phone: 859-425-1096
> Sarah.Mattingly@Dinsmore.com
> Ky. Bar #94257

by Kelli A. Lee, Esq.

2.      Applicant represents PNC Bank, N.A. located at P.O. Box 94982, Cleveland Ohio, 44101. Accompanying this Motion is the required $70 filing fee paid using the Movant's CM/ECF account at the time of filing.

3.      Applicant is a member in good standing of the Bar of Kentucky, is not the subject of any pending disciplinary matters, is personally familiar with the *Local Bankruptcy Rules* of the United States Bankruptcy Court for the Western District of Pennsylvania and shall abide by those *Local Bankruptcy Rules*. *See* Exhibit A.

4.      Applicant will be associated with the following attorney acting in this matter as local counsel, who is a member of the Bar of the Bankruptcy Court for the Western District of Pennsylvania:

Kelli A. Lee, Esquire
PA ID # 309770
Kelli.Lee@dinsmore.com
Six PPG Place, Suite 1300
Pittsburgh, PA 15222
Telephone:    (412) 281-5000
Facsimile:    (412) 281-5055

5.    Applicant and Movant have read and shall comply with Local Bankruptcy Rules 9010-1(b), 9010-1(c) and 9010-1(d).

6.    Applicant has not previously received *Pro Hac Vice* admission to this Court.

DINSMORE & SHOHL LLP

Dated: January 25, 2023                   */s/ Kelli A. Lee*
                                          Kelli A. Lee, Esquire
                                          Pa I.D. No. 309770
                                          Kelli.Lee@dinsmore.com
                                          Six PPG Place, Suite 1300
                                          Pittsburgh, PA 15222
                                          Telephone:    (412) 281-5000
                                          Facsimile:    (412) 281-5055

# EXHIBIT A

# KENTUCKY BAR ASSOCIATION

### 514 WEST MAIN STREET
### FRANKFORT, KENTUCKY 40601-1812
### (502) 564-3795
### FAX (502) 564-3225
### www.kybar.org

**OFFICERS**
Amy D. Cubbage
President

W. Fletcher Schrock
President-Elect

Rhonda Jennings Blackburn
Vice President

J.D. Meyer
Immediate Past President

Edward L. Metzger III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### SARAH S. MATTINGLY
*Dinsmore & Shohl LLP*
*101 South Fifth Street, Suite 2500*
*Louisville, Kentucky 40202*

### Membership No.  94257

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 19th day of January, 2023.*

### JOHN D. MEYERS
### REGISTRAR

By: _Michele M. Pogrotsky_

*Michele M. Pogrotsky, Deputy Registrar*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-22898-CMB |
| | : | |
| RONALD G. LINABURG | : | |
| | : | Chapter 11 |
| Debtor(s) | : | Document No. |
| | : | |
| v. | : | |
| | : | |
| PNC BANK, N.A., | : | |
| | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE**

    I. Kelli A. Lee, Esquire, hereby certify that a true and correct copy of the foregoing documents was served upon the below named parties via CM/ECF on January 25, 2023.


Brian C. Thompson
Debtor Ronald G Linaburg
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;
bthompson@ecf.courtdrive.com;
jcastello@thompsonattorney.com;
kfinke@thompsonattorney.com


Brian Nicholas
PNC BANK, NATIONAL ASSOCIATION
bnicholas@kmllawgroup.com


                                       */s/ Kelli A. Lee*
                                       Kelli A. Lee, Esquire