## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ronald G. Linaburg, | : | Bankruptcy Case No.: 20-22898CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| Ronald G. Linaburg, | : | Adversary Case No.: 22-02074 |
| | : | |
| Plaintiff, | : | |
| | : | Document No.: |
| v. | : | |
| | : | Related to Document No.: |
| PNC Bank, N.A., | : | |
| | : | |
| Defendant. | : | |

### <u>ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*</u>

This matter came before the Court on the Motion for Admission *Pro Hac Vice* (the "Motion") of Sarah S. Mattingly, and Sarah S. Mattingly having represented that she is a member in good standing of the bar of the Commonwealth of Kentucky, is personally familiar with the Local Bankruptcy Rules of the United States Bankruptcy Court for the Western District of Pennsylvania, the Court having considered the Motion and determining just cause shown,

**IT IS HEREBY ORDERED THAT:**

Sarah S. Mattingly is admitted *pro hac vice* in the above-captioned bankruptcy proceeding, in the United States Bankruptcy Court, Western District of Pennsylvania.

_____
CARLOTA M. BOHM, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT