**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | |
| Debtor, | ) | Chapter 11 |
| | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | Document No. |
| Movant, | ) | |
| | ) | Related Document Nos. 699, 700 |
| v. | ) | |
| | ) | |
| PNC Bank, N.A., | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, Jeffrey Castello, Paralegal, hereby certify that a copy of the Objection, Exhibit, and Proposed Order, at Document No. 699, and the Notice of Hearing with Response Deadline, at Document No. 700 were served by certified, return receipt on January 26, 2023, on the party listed below:

William S. Demchak, President & CEO  
PNC Bank Corporate Headquarters  
300 Fifth Ave.  
The Tower at PNC Plaza  
Pittsburg, PA 15222

PNC Bank, N.A.  
PO Box 94982  
Cleveland, OH 44101

And by U.S. first class and/or electronic mail on the parties listed below:

PNC Bank, N.A.  
PO Box 94982  
Cleveland, OH 44101

Office of the United States Trustee  
Liberty Center  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222

Dinsmore & Stohl LLP  
Six PPG Place, Suite 1300  
Pittsburgh, PA 15222  
Attn: John J. Berry, Esquire  
     Kelli Lee, Esquire

Dated: January 26, 2023

/s/ Jeffrey Castello
Jeffrey Castello, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jcastello@thompsonattorney.com