IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ronald G. Linaburg, | : | Bankruptcy Case No.: 20-22898CMB |
| Debtor. | : | Chapter 11 |
| Ronald G. Linaburg, | : | Adversary Case No.: 22-02074 |
| Plaintiff, | : | |
| | : | Document No.: |
| v. | : | |
| | : | Related to Document No.: 695 |
| PNC Bank, N.A., | : | |
| Defendant. | : | |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This matter came before the Court on the Motion for Admission *Pro Hac Vice* (the "Motion") of Sarah S. Mattingly, and Sarah S. Mattingly having represented that she is a member in good standing of the bar of the Commonwealth of Kentucky, is personally familiar with the Local Bankruptcy Rules of the United States Bankruptcy Court for the Western District of Pennsylvania, the Court having considered the Motion and determining just cause shown,

**IT IS HEREBY ORDERED THAT:**

Sarah S. Mattingly is admitted *pro hac vice* in the above-captioned bankruptcy proceeding, in the United States Bankruptcy Court, Western District of Pennsylvania.

Dated: 1/26/2023

_____dmk
CARLOTA M. BOHM, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
1/26/23 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22898-CMB |
| Ronald G Linaburg | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 26, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |
| aty | + | Sarah Mattingly, Dinsmore & Shohl LLP, 101 South Fifth Street, Suite 2500, Louisville, KY 40202-3066 |
| cr | | PNC Bank, N.A., c/o John J. Berry, Esquire, Dinsmore & Shohl LLP, 1300 Six PPG Place, Pittsburgh, PA 15222 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian C. Thompson
     on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com
     blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
     on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com
     blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
     on behalf of Accountant Barry P. Cox bthompson@ThompsonAttorney.com

Case 20-22898-CMB   Doc 703   Filed 01/28/23   Entered 01/29/23 00:24:46   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: pdf900 | Total Noticed: 3 |

| | |
|---|---|
| | blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Carolyn Batz McGee | on behalf of Creditor Diana Marie Dongell  D.M.D. cbmcgee@porterwright.com, RKarwowski@porterwright.com |
| Carolyn Batz McGee | on behalf of Defendant Diana M. Dongell  D.M.D cbmcgee@porterwright.com, RKarwowski@porterwright.com |
| Charles Fiergola | on behalf of Creditor Reinhart FoodServices  LLC cfiergola@kmksc.com |
| David K. Rudov | on behalf of Mediator David K. Rudov david@rudovlaw.com  ashley@rudovlaw.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Frank G. Salpietro | on behalf of Creditor Reinhart FoodServices  LLC fgsalpietro@rothmangordon.com, jdmyers@rothmangordon.com;vaeyer@rothmangordon.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| John J. Berry | on behalf of Defendant PNC BANK N.A. John.Berry@dinsmore.com  Christina.Lee@dinsmore.com |
| John J. Berry | on behalf of Creditor PNC Bank  N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com |
| John R. O'Keefe, Jr. | on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com |
| Kelli Ann Lee | on behalf of Defendant PNC BANK N.A. Kelli.Lee@dinsmore.com  Alison.Kidney@DINSMORE.COM |
| Kelli Ann Lee | on behalf of Creditor PNC Bank  N.A. Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com |
| Maribeth Thomas | on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Michael A. Shiner | on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com |
| Michael A. Shiner | on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 26, 2023 | Form ID: pdf900 | Total Noticed: 3 |

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard W. Keifer, III
    on behalf of Creditor Ascentium Capital  LLC rkeifer@keiferlaw.com, dschattenstein@keiferlaw.com

Ronald L. Hicks, Jr.
    on behalf of Defendant Diana M. Dongell  D.M.D rhicks@porterwright.com, RKarwowski@porterwright.com

Ronald L. Hicks, Jr.
    on behalf of Creditor Diana Marie Dongell  D.M.D. rhicks@porterwright.com, RKarwowski@porterwright.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sy Oscar Lampl
    on behalf of Attorney Sy O. Lampl slampl@lampllaw.com

William E. Kelleher, Jr.
    on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

TOTAL: 42