IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald G. Linaburg, | : | Bankruptcy No. 20-22898-CMB |
| Debtor. | : | |
| _____ | : | Chapter 11 |
| Ronald G. Linaburg, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | Related Document No.: 688 |
| PNC Bank, N.A., | : | |
| | : | |
| Respondent. | : | |
| | : | |

## STATUS REPORT

AND NOW comes Ronald G. Linaburg (hereinafter "Debtor"), by and through his counsel, Brian C. Thompson, Esquire, Thompson Law Group, P.C., and file the within Status Report and represents the following in support thereof:

1. On January 17, 2023, this Court held a Hearing Debtor's Disclosure Statement to Accompany Plan dated November 30, 2023.

2. At the January 17th Hearing, the Court ordered that:

    i. By February 21, 2023, Attorneys for parties are to have a 2-hour Meet and Confer; and

    ii. On or before February 24, 2023, Attorney Thompson is to file a Status Report.

3. In accordance with the Order, counsel has held the requisite 2-hour Meet and Confer.

4.	Parties have reached and agreement-in-principle and are currently finalizing terms of said agreement to memorialized into a Consent Order resolving all remaining issues.

Respectfully submitted,

Dated: <u>February 24, 2023</u>	<u>/s/Brian C. Thompson</u>
Brian C. Thompson, Esquire
PA ID # 91197
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
Telephone:	(724) 799-8404
Facsimile:	(724) 799-8409
bthompson@thompsonattorney.com