# PROCEEDING MEMO

**Date: 03/14/2023 01:15 pm**

**In re:   Ronald G Linaburg**

Bankruptcy No. 20-22898-CMB
Chapter: 11 - (NOT A SMALL BUSINESS)
Doc. # 673

**Appearances:  BY ZOOM:  Brian Thompson;   John Berry;  Kate Bradley;  John O'Keefe**

**Nature of Proceeding: #673 Continued Hearing Re: Disclosure Statement To Accompany Plan Dated 11/30/2022**

**OUTCOME:  Hearing held.**
**Disclosure Statement approved.  However, Attorney Thompson must file a Notice, on or before Monday, 03/20/2023, advising of the impact on unsecured creditors.  Upon filing, the Court will enter the Order Approving Disclosure Statement with the Notice attached.**

Carlota Böhm
U.S. Bankruptcy Judge