**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**TYLER DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-22898-CMB |
| | : | |
| **Ronald G Linaburg,** | : | CHAPTER 11 |
| | : | |
| **Debtor(s).** | : | |

**ASCENTIUM CAPITAL, LLC'S  WITHDRAWL OF ITS AMENDED AND RESTATED OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT (Docket No. 673)**

Comes now Ascentium Capital, LLC ("Ascentium") and files this Withdrawl of its objection to Debtor Ronald G. Linaburg's ("Debtor") "Disclosure Statement To Accompany Plan Dated November 30, 2022" (the "Disclosure Statement") and the Plan attached thereto.

                                            Keifer Law Firm, LLC

Date: <u>March 15, 2023</u>                    By: /s/ Richard W. Keifer III
                                                      Richard W. Keifer III, Esquire
                                                      311 Market Street
                                                      Kingston, PA 18704
                                                      (570)371-3851
                                                      (570)371-3852 facsimile
                                                      rkeifer@keiferlaw.com