**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-22898-CMB |
| | : | |
| **Ronald G Linaburg,** | : | CHAPTER 11 |
| | : | |
| Debtor(s). | : | |

**ASCENTIUM CAPITAL, LLC'S WITHDRAWL OF ITS AMENDED AND RESTATED OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT (Docket No. 684)**

Comes now Ascentium Capital, LLC ("Ascentium") and files this Withdrawl of its objection (Docket No. 684) to Debtor Ronald G. Linaburg's ("Debtor") "Disclosure Statement To Accompany Plan Dated November 30, 2022" (the "Disclosure Statement") and the Plan attached thereto.

Keifer Law Firm, LLC

Date: <u>March 16, 2023</u>        By: <u>/s/ Richard W. Keifer III</u>
Richard W. Keifer III, Esquire
311 Market Street
Kingston, PA 18704
(570)371-3851
(570)371-3852 facsimile
rkeifer@keiferlaw.com