# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald G. Linaburg, | : | Bankruptcy No. 20-22898-CMB |
| Debtor. | : | |
| | : | Chapter 11 |
| Ronald G. Linaburg, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related Claim No.: 17 |
| v. | : | |
| | : | Hearing Date and Time: |
| IRR Supply Center, Inc., | : | **April 18, 2023, at 1:30 p.m.** |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey Castello, hereby certify that I served a copy of the Debtor's Objection to Proof of Claim No. 17, Proposed Order, and Notice of Hearing on all interested parties listed below via electronic mail and/or certified return receipt U.S. mail on March 21, 2023.

Ronda J. Winnecour
Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant St.
Pittsburgh, PA 15219-2702

IRR Supply Centers, Inc.
c/o Burton, Neil & Associates, P.C.
1060 Andrew Drive, Suite 170
West Chester, PA 19380
Attention: Lloyd S. Markind, Esquire
*Counsel for Creditor*

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

Dated: March 21, 2023

/s/ Jeffrey Castello
Jeffrey Castello, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jcastello@thompsonattorney.com