**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Ronald G. Linaburg, | : | Bankruptcy No. 20-22898-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| | : | Document No. |
| | : | |
| | : | Related to Document No. 673, 711, 721 |
| | : | |

**NOTICE TO ALLOWED UNSECURED CREDITORS**

To All Class 4 General Unsecured Creditors of Ronald G. Linaburg with allowed claims:

1. On November 30, 2022, Debtor filed an Amended Disclosure Statement ("Disclosure Statement").

2. On March 14, 2023, a continued hearing to approve the Disclosure Statement was held at which time the Court approved of the Disclosure Statement pending this Notice advising of the impact of recent changes to your allowed claim under Class 4 of the Plan and as described in the Disclosure Statement. *See* ECF# 711.

3. The changes include a settlement between Debtor and PNC Bank that reduces PNC's unsecured claim to the amount shown below from $650,075.43 reflected in the prior Disclosure Statement. Additionally, First National Bank filed an amended Proof of Claim No. 3 related to a deficiency claim remaining after the sale of real estate in a related bankruptcy case. The net result of these changes is an increase in payment to allowed Class 4 general unsecured claims.

4. Section 7(B) of the Disclosure Statement shall now read:

The general unsecured creditors with unsecured claims in excess of $500.00 shall collectively be paid an aggregate lump-sum payment of Two Hundred Fifty Thousand Dollars ($250,000.00), which is currently being held in an escrow account of Thompson Law Group, P.C., Counsel for Debtor. This amount exceeds by an estimated 500% the amount that the general unsecured creditors would receive in a hypothetical Chapter 7 case under the liquidation alternative test, which would be Forty-Seven Thousand Seven Hundred Fifty-Four Dollars ($47,754.00). See Schedule C attached hereto. This lump-

sum distribution represents an approximate ~~15%~~ **18%** payment of the allowed claims, and it will be paid on the effective date of Debtor's confirmed Chapter 11 Plan, which shall be within 30 days of an order confirming Debtor's Chapter 11 Plan. *(changes are indicated by strikeout(previous) and bold(current)).*

5.  As reflected in paragraph 3, and as a result of a settlement reached between Debtor and PNC Bank, the lump-sum distribution to allowed unsecured creditors has realized an additional 3% increase in payments to these creditors.

6.  As a result, Section 9 of the Disclosure Statement shall now read:

| Creditor | Class | Total Amount Owed | Percent of Dividend |
|---|---|---|---|
| Vision Financial Group | 4 | $487,282.97 | ~~29.50%~~ **35.34%** |
| Hitachi Capital America | 4 | $129,612.82 | ~~7.84%~~ **9.40%** |
| PNC Bank POC 4 | 4 | ~~$650,075.43~~ **$230,291.84** | ~~39.30%~~ **16.70%** |
| PNC Bank POC | 4 | $6,336.80 | ~~0.38%~~ **0.46%** |
| Reinhart Foodservice, LLC | 4 | $297,854.31 | ~~18.01%~~ **21.60%** |
| Ascentium Capital | 4 | $82,343.75 | ~~4.97%~~ **5.97%** |
| **First National Bank of PA** | **4** | **$145,203.02** | **10.53%** |
|  | Total | ~~$1,653,506.08~~ **1,378,925.51** | 100.00% |

*(Changes are indicated by strikeout(previous) and bold(current))*

Date: March 27, 2023        By:    s/Brian C. Thompson
                                   Brian C. Thompson, Esquire
                                   PA ID No. 91197
                                   THOMPSON AW GROUP, P.C.
                                   125 Warrendale-Bayne Road, Suite 200
                                   Warrendale, PA 15086
                                   (724) 799-8404 Telephone
                                   (724) 799-8409 Facsimile
                                   bthompson@thompsonattorney.com