IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald G. Linaburg, | : | Bankruptcy No. 20-22898-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| | : | Document No. |
| | : | |
| | : | Related to Document No. |
| | : | |

**JOINT STATUS REPORT**

AND NOW comes Debtor, Ronald G. Linaburg (hereinafter "Debtor"), by and through his counsel, Brian C. Thompson, Esquire, Thompson Law Group, P.C., and PNC Bank, N.A. (hereinafter "PNC"), by and through his counsel, Kelli A. Lee, Dinsmore & Shohl, LLP., and file the within Status Report and represents the following in support thereof:

1.    On January 17, 2023, this Court held a Hearing Debtor's Disclosure Statement to Accompany Plan dated November 30, 2023.

2.    On February 24, 2023, Debtor and PNC notified the Court that it had reached an agreement-in-principle.

3.    The Parties have continued to work together to finalize the terms of said agreement and prepare a written memorialization of the agreement for submission for approval by the Bankruptcy Court.

4.    The Parties have a written Settlement, which has been circulated by between the Parties and anticipate submission to the Court within the next ten (10) days. If the Parties cannot submit a Motion for Approval and a Consent Order resolving all remaining issues within ten (10) days, the Parties will notify the Court.

Respectfully submitted,

DINSMORE & SHOHL LLP

| | |
|---|---|
| Dated: March 28, 2023 | */s/ Kelli A. Lee* |
| | Kelli A. Lee, Esquire |
| | PA ID # 309770 |
| | Kelli.lee@dinsmore.com |
| | Six PPG Place, Suite 1300 |
| | Pittsburgh, PA 15222 |
| | Telephone:    (412) 281-5000 |
| | Facsimile:    (412) 281-5055 |
| Date:   March 28, 2023 | s/*Brian C. Thompson* |
| | Brian C. Thompson, Esquire |
| | PA ID No. 91197 |
| | THOMPSON AW GROUP, P.C. |
| | 125 Warrendale-Bayne Road, Suite 200 |
| | Warrendale, PA 15086 |
| | (724) 799-8404 Telephone |
| | (724) 799-8409 Facsimile |
| | bthompson@thompsonattorney.com |

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-22898-CMB |
| | : | |
| RONALD G. LINABURG | : | |
| | : | Chapter 11 |
| Debtor(s) | : | Document No. |
| | : | |
| v. | : | |
| | : | |
| PNC BANK, N.A., | : | |
| | : | |
| Respondent | : | |

### CERTIFICATE OF SERVICE

I, Kelli A. Lee, Esquire, hereby certify that a true and correct copy of the foregoing documents was served upon the below named parties via CM/ECF on March 28, 2023.

Donna M. Donaher on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

michelle.graeb@dentons.com, pg.rib.filings.us.dcg@dentons.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com, cnoroski@grblaw.com

William E. Kelleher, Jr. on behalf of Mediator William E. Kelleher, Jr. bill.kelleher@dentons.com,

3

States Trustee by on behalf of U.S. Trustee Office of the United States

David.A.Derry@usdoj.gov
Steven.W.Albright@usdoj.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert O Lampl on behalf of Interested Party William T. Kane
rol@lampllaw.com,
jschemm@lampllaw.com;
jlacher@lampllaw.com;
jcooney@lampllaw.com;
rcooney@lampllaw.com;
slampl@lampllaw.com;
aholmquist@lampllaw.com;
kmonahan@lampllaw.com

Roger P. Poorman on behalf of Creditor Dollar Bank, Federal Savings Bank
rpoorman@metzlewis.com,
mmattheis@metzlewis.com

Michael A. Shiner on behalf of Creditor Renee R. Kalp

mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Renee R. Kalp, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Defendant Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Rebecca L. Watkins, D.M.D.
mshiner@tuckerlaw.com

Michael A. Shiner on behalf of Creditor Ronald E. Hand, D.M.D.
mshiner@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Rebecca L. Watkins, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Defendant Renee R. Kalp, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com Maribeth Thomas on behalf of Defendant Ronald E. Hand, D.M.D. mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Maribeth Thomas on behalf of Creditor Ronald E. Hand, D.M.D.
mthomas@tuckerlaw.com,
maribeth.thomas@gmail.com,
jrusnack@tuckerlaw.com

Paul R. Yagelski on behalf of Creditor Reinhart FoodService, LLC
pryagelski@rothmangordon.com
jdmyers@rothmangordon.com

*Maria Miksich on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION*
*mmiksich@kmllawgroup.com*

*Brian Nicholas on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION*
*bnicholas@kmllawgroup.com*

*John R. O'Keefe, Jr. on behalf of Creditor Dollar Bank, Federal Savings Bank*
*jokeefe@metzlewis.com*

Brian C. Thompson on behalf of Debtor Ronald G Linaburg
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;
bthompson@ecf.courtdrive.com;
jcastello@thompsonattorney.com;
kfinke@thompsonattorney.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com,
Equitablebankruptcy@peoples-gas.com

5

*/s/ Kelli A. Lee*

Kelli A. Lee, Esquire