# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald G. Linaburg, | Bankruptcy No. 20-22898-CMB |
| Debtor. | Chapter 11 |
| Ronald G. Linaburg, | |
| Movant, | Document No.: 728 |
| | Related Document No.: 718, 719 |
| v. | |
| | Related Claim No.: 17 |
| IRR Supply Center, Inc., | |
| | Hearing Date and Time: |
| Respondent. | **April 18, 2023, at 1:30 p.m.** |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO PROOF OF CLAIM NO. 17

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on March 21, 2023, at Document No. 718 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 719, Objections were to be filed and served no later than April 7, 2023.

It is hereby respectfully requested that the Proposed Order filed with the Objection recorded at Document No. 718 be entered by the Court.

Date: April 14, 2023

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com