## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 20-22898-CMB |
| ) | |
| Ronald G. Linaburg, ) | |
| ) | |
| Debtor, ) | Chapter 11 |
| ) | |
| Ronald G. Linaburg, ) | |
| ) | Document No. |
| Movant, ) | |
| ) | Related Document No. 732, 733 |
| v. ) | |
| ) | **Hearing Date and Time:** |
| No respondents. ) | May 23, 2023 at 1:30 p.m. |
| ) | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 24, 2023, at Document No. 732 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 733 Objections were to be filed and served no later than May 11, 2023.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to the Motion recorded at Document No. 732 be entered by the Court.

Date: May 12, 2023      /s/ Brian C. Thompson
                                                           Brian C. Thompson, Esquire
                                                           Attorney for Debtor(s)
                                                           PA ID No. 91197
                                                           THOMPSON LAW GROUP, P.C.
                                                           125 Warrendale Bayne Road, Suite 200
                                                           Warrendale, Pennsylvania 15086
                                                           (724) 799-8404 Telephone
                                                           (724) 799-8409 Facsimile
                                                           bthompson@thompsonattorney.com