IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 20-22898-CMB |
| ) | |
| Ronald G. Linaburg, ) | |
| ) | |
| Debtor, ) | Chapter 11 |
| ) | |
| Ronald G. Linaburg, ) | |
| ) | |
| Movants, ) | Related to: Document No. 732 |
| ) | |
| v. ) | |
| ) | **ENTERED BY DEFAULT** |
| No respondents. ) | |

# ORDER

AND NOW, upon consideration of Debtor's Motion, after hearing or otherwise by default, it is hereby ORDERED, ADJUDGED and DECREED that the Motion to Approve Settlement Agreement between Debtor, Ronald G. Linaburg and PNC Bank, N.A., is hereby APPROVED, and the parties shall take the appropriate steps as soon as practicable after entry of this Order to resolve any outstanding matters between them in the above-captioned bankruptcy case.

BY THE COURT:

Date: May 12, 2023

*Carlota M. Böhm*    glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
5/12/23 8:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ronald G Linaburg  
    Debtor

Case No. 20-22898-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: May 12, 2023      Form ID: pdf900      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |
| aty | + | Charles Fiergola, ofKohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1991 |
| aty | + | Sy O. Lampl, Robert O Lampl Law Office, LLC, 223 Fourth Avenue, 4th Floor, Pittsburgh, PA 15222-1717 |
| md | + | David K. Rudov, RudovLaw, 437 Grant St., Suite 1806, The Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| acc | | James S. Fellin, One Gateway Center, Suite 700, Pittsburgh, PA 15222 |
| cr | | PNC Bank, N.A., c/o John J. Berry, Esquire, Dinsmore & Shohl LLP, 1300 Six PPG Place, Pittsburgh, PA 15222 |
| sp | + | Raymond C. Vogliano, Eckert Seamans Cherin & Mellott, LLC, 600 Grant Street, 44th Floor, Pittsburgh, PA 15219-2713 |
| cr | + | Reinhart FoodServices, LLC, Kohner, Mann & Kailas, S.C., c/o Charles Fiergola, 4650 N. Port Washington Rd., Milwaukee, WI 53212-1991 |
| md | + | William E. Kelleher, Jr., Dentons Cohen & Grigsby P.C., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| intp | + | William T. Kane, c/o Robert O Lampl Law Office, 223 Fourth Avenue, 4th Floor, Pittsburgh, PA 15222-1717 |
| 15363194 | + | Diana Marie Dongell, D.M.D., c/o Ronald L. Hicks, Jr., 6 PPG Place, Third Floor, Pittsburgh, PA 15222-5425 |
| 15297741 | + | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 15362830 | + | Dollar Bank, Federal Savings Bank, c/o John R. O'Keefe, Jr., Esquire, Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |
| 15297742 | + | FBM Credit, 200 1st Ave, Carnegie, PA 15106-2502 |
| 15297744 | + | Hitachi Capital America, 800 Connecticut Avenue, Norwalk, CT 06854-1738 |
| 15297745 | + | IRR Supply Center, 1205 W State Street, New Castle, PA 16101-2070 |
| 15577997 | + | IRR Supply Centers Inc., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 15363195 | + | Rebecca L. Watkins, D.M.D., c/o Michael A. Shiner, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15403595 | + | Reinhart Foodservice, L.L.C., c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| 15363197 | + | Renee R. Kalp, D.M.D., c/o Michael A. Shiner, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15363196 | + | Ronald E. Hand, D.M.D., c/o Michael A. Shiner, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15403594 | + | Samuel C. Wisotzkey, c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Rd., Milwaukee, WI 53212-1077 |
| 15297748 | + | Store Capital Acquisitions, 8377 E Hartford Drive, Suite 100, Scottsdale, AZ 85255-5686 |
| 15297750 | + | Vision Financial Group, 615 Iron City Drive, Pittsburgh, PA 15205-4321 |
| 15297751 | + | William T. Kane, 20013 Route 19, Cranberry Twp, PA 16066-6203 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | May 12 2023 23:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 12 2023 23:32:00 | First National Bank of Pennsylvania, 100 Federal Street, Pittsburgh, PA 15212-5708 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 12 2023 23:32:00 | Municipality of Mt. Lebanon, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 12 2023 23:54:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 12 2023 23:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15344187 | | Email/Text: bankruptcy@ascentiumcapital.com | May 12 2023 23:32:00 | Ascentium Capital, 23970 Hwy 59 North, Kingwood, TX 77339 |
| 15297740 | | Email/Text: bankruptcy@ascentiumcapital.com | May 12 2023 23:32:00 | Ascentium Capital LLC, 23970 Highway 59 North, Kingwood, TX 77339 |
| 15297743 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 12 2023 23:32:00 | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15326577 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 12 2023 23:32:00 | First National Bank of Pennsylvania, c/o Donna Donaher, Esquire, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 |
| 15380124 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 12 2023 23:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15335472 | + | Email/Text: ebnjts@grblaw.com | May 12 2023 23:32:00 | Municipality of Mt. Lebanon, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15297746 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2023 23:32:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15297747 | | Email/Text: Bankruptcy.Notices@pnc.com | May 12 2023 23:32:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15308374 | | Email/Text: Bankruptcy.Notices@pnc.com | May 12 2023 23:32:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15301595 | + | Email/Text: ebnpeoples@grblaw.com | May 12 2023 23:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15297761 | + | Email/PDF: gecsedi@recoverycorp.com | May 13 2023 00:04:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15297749 | + | Email/Text: bankruptcyecf.shared@usfoods.com | May 12 2023 23:33:00 | US Foods, 9399 West Higgins Road, Suite 600, Rosemont, IL 60018-4940 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ascentium Capital, LLC |
| cr | | Diana Marie Dongell, D.M.D. |
| cr | | Dollar Bank, Federal Savings Bank, c/o Metz Lewis Brodman Must O'Keefe LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | Rebecca L. Watkins, D.M.D. |
| cr | | Renee R. Kalp |
| cr | | Ronald E. Hand, D.M.D. |
| 15329336 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| acc | ##+ | Barry P. Cox, Rivertech Tax Preparation, LLC, 26 South 27th Street, P.O. Box 4274, Pittsburgh, PA 15203-0274 |

TOTAL: 7 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 20-22898-CMB    Doc 739    Filed 05/14/23    Entered 05/15/23 00:22:35    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: pdf900 | Total Noticed: 42 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023              Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com; mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com; mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Accountant Barry P. Cox bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com; mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Carolyn Batz McGee | on behalf of Creditor Diana Marie Dongell  D.M.D. carolyn.mcgee@nelsonmullins.com, rene.karwowski@nelsonmullins.com |
| Carolyn Batz McGee | on behalf of Defendant Diana M. Dongell  D.M.D carolyn.mcgee@nelsonmullins.com, rene.karwowski@nelsonmullins.com |
| Charles Fiergola | on behalf of Creditor Reinhart FoodServices  LLC cfiergola@kmksc.com |
| David K. Rudov | on behalf of Mediator David K. Rudov david@rudovlaw.com  ashley@rudovlaw.com |
| Donna M. Donaher | on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com |
| Frank G. Salpietro | on behalf of Creditor Reinhart FoodServices  LLC fgsalpietro@rothmangordon.com, jdmyers@rothmangordon.com;vaeyer@rothmangordon.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| John J. Berry | on behalf of Defendant PNC BANK N.A. John.Berry@dinsmore.com  Christina.Lee@dinsmore.com |
| John J. Berry | on behalf of Creditor PNC Bank  N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com |
| John R. O'Keefe, Jr. | on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com |
| Kelli Ann Lee | on behalf of Defendant PNC BANK N.A. Kelli.Lee@dinsmore.com Alison.Kidney@DINSMORE.COM,Kristy.Allen@DINSMORE.COM |
| Kelli Ann Lee | on behalf of Creditor PNC Bank  N.A. Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM,Kristy.Allen@DINSMORE.COM |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 5 |
| Date Rcvd: May 12, 2023 | Form ID: pdf900 | Total Noticed: 42 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Michael A. Shiner
    on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard W. Keifer, III
    on behalf of Creditor Ascentium Capital LLC rkeifer@keiferlaw.com, dschattenstein@keiferlaw.com

Ronald L. Hicks, Jr.
    on behalf of Creditor Diana Marie Dongell D.M.D. ronald.hicks@nelsonmullins.com, rene.karwowski@nelsonmullins.com;tricia.long@nelsonmullins.com

Ronald L. Hicks, Jr.
    on behalf of Defendant Diana M. Dongell D.M.D ronald.hicks@nelsonmullins.com, rene.karwowski@nelsonmullins.com;tricia.long@nelsonmullins.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sarah S. Mattingly
    on behalf of Creditor PNC Bank N.A. sarah.mattingly@dinsmore.com, jamie.herald@dinsmore.com

Sarah S. Mattingly
    on behalf of Defendant PNC BANK N.A. sarah.mattingly@dinsmore.com jamie.herald@dinsmore.com

Sy Oscar Lampl
    on behalf of Attorney Sy O. Lampl slampl@lampllaw.com

William E. Kelleher, Jr.
    on behalf of Mediator William E. Kelleher Jr. bill.kelleher@dentons.com,

District/off: 0315-2     User: auto     Page 5 of 5

Date Rcvd: May 12, 2023     Form ID: pdf900     Total Noticed: 42

michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

TOTAL: 44