**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22898-CMB |
|     Ronald G. Linaburg, | ) | |
| | ) | Chapter 11 |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | Document No.: 740 |
|     Ronald G. Linaburg, | ) | |
| | ) | Related to Document No.: 672, 725 |
|     Objector, | ) | |
| | ) | |
|     v. | ) | |
| | ) | **Hearing Date and Time:** |
|     No Respondents, | ) | May 23, 2023, at 1:30 a.m. |
| | ) | |
|     Respondent. | ) | |

**REPORT OF VOTING ON DEBTOR'S AMENDED CHAPTER 11 PLAN**
**DATED NOVEMBER 30, 2022**

Ronald G. Linaburg (the "Debtor") files this Report of Voting on Debtor's Chapter 11 – Debtor's Amended Plan of Reorganization dated November 30, 2022.

1. On March 30, 2023, the Debtor served copies of the: (A) Chapter 11 – Debtor's Amended Plan of Reorganization dated November 30, 2022 (ECF #672), (the "Plan"), (B) Order Setting Deadlines and Scheduling Hearing on Plan Confirmation (ECF # 725), (the "Scheduling Order"), and (C) ballots (conforming with Official Form #14) for the acceptance or rejection of the Plan on the Office of the United States Trustee and each creditor or party-in-interest who is entitled to vote on the Plan, in compliance with the Scheduling Order and the Federal Rules of Bankruptcy Procedure.

2. Pursuant to the Scheduling Order, the last day to vote in favor or against the Plan was May 12, 2023. A Plan Confirmation Hearing has been scheduled for May 23, 2023, at 1:30 p.m.

3. Classes 3 and 4 are impaired under the Plan and were entitled to vote on the same. Classes 1, 2, 5, and 6 are unimpaired under the Plan and not entitled to vote on the same.

4. The various classes voted as follows:

**Class 1**        Administrative claims (Unimpaired)

Not entitled to vote.

**Class 1 is deemed to accept the Plan**.

**Class 2**        Secured Claims (Unimpaired)

Not entitled to vote.

**Class 2 is deemed to accept the Plan.**

**Class 3**        Secured Non-Tax Claims (Impaired):

| | |
|---|---|
| Dollar Bank Home Mortgage - | $536,800.00 - _____ |
| PNC Bank, N.A. - | $650,075.43 - *Accepted* |

Total Number of Ballots: 1
Total Claim Amount Voting: $650,075.43 (54.76%)

Total Number of Votes Accepting: 1 (100%)
Total Claim Amount Accepting: $650,075.43 (100%)

Total Number of Votes Rejecting: 0 (0%)
Total Claim Amount Rejecting: $0 (0%)

**Class 3 is deemed to accept the Plan.**

**Class 4**        General Unsecured Creditors (Impaired):

| | |
|---|---|
| First National Bank of Pennsylvania - | $145,203.02 - *Accepted* |
| Vision Financial Group - | $487,282.97 – *Accepted* |
| Reinhart Foodservices, LLC - | $297,854.31 - *Accepted* |

Total Number of Ballots: 3
Total Claim Amount Voting: $930,340.30 (67.47%)

Total Number of Votes Accepting: 3 (100%)
Total Claim Amount Accepting: $930,340.30 (100%)

Total Number of Votes Rejecting:  0 (0%)
Total Claim Amount Rejecting: $0 (0%)

                **Class 4 is deemed to accept the Plan.**

**Class 5**        <u>De Minimis General Unsecured Non-Tax and Tax Creditors (Unimpaired)</u>

        Not entitled to vote.

        **Class 5 is deemed to accept the plan.**

**Class 6**        <u>Specially Classified Potential Claimants (Unimpaired)</u>

        Not entitled to vote.

        **Class 6 is deemed to accept the plan.**

Date: <u>May 19, 2023</u>                        Thompson Law Group, P.C.

                                  By:    <u>/s/Brian C. Thompson</u>
                                           Brian C. Thompson, Esquire
                                           Attorney for Debtor(s)
                                           PA I.D. No. 91197
                                           THOMPSON LAW GROUP, P.C.
                                           125 Warrendale-Bayne Road, Suite 200
                                           Warrendale, Pennsylvania 15086
                                           (724) 799-8404 Telephone
                                           (724) 799-8409 Facsimile
                                           bthompson@thompsonattorney.com