### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Ronald G. Linaburg, | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Carlota M. Böhm |
| _____ | ) | |

### ORDER CONFIRMING PLAN

The *Amended Chapter 11 Plan* ("Plan") under Chapter 11 of the Bankruptcy Code filed by the Debtor, Ronald G. Linaburg, on November 30, 2022, and having been transmitted to creditors, and U.S. Trustee, and all parties in interest along with the Plan Summary and Disclosure Statement, including the Notice to Allowed Unsecured Creditors and Order Approving Settlement (Doc. Nos. 724 and 725); and,

It having been determined, after hearing and notice, that the requirements for confirmation set forth in *11 U.S.C. §1129* have been satisfied:

*NOW,* this _____ day of _____, 2023, it is hereby **ORDERED, ADJUDGED and DECREED** that:

Said *Amended Plan,* including the Settlement Agreement (Doc. 736) approved on May 12, 2023 (Doc. 738), and any other stipulations or orders incorporating terms into the Plan which were previously or contemporaneously approved by the Court in relation thereto, is hereby ***CONFIRMED.***

_____
The Honorable Carlota M. Bohm
United States Bankruptcy Judge