**PROCEEDING MEMO**

**Date: 05/23/2023 01:30 pm**

In re:   Ronald G Linaburg

    Bankruptcy No. 20-22898-CMB
    Chapter: 11 - (NOT A SMALL BUSINESS)
    Doc. # 725

**Appearances:** BY ZOOM: Brian Thompson; Kelli Lee; John O'Keefe

**Nature of Proceeding:** #672 Confirmation Hearing Re: Amended Chapter 11 Plan Dated 11/30/2022

**OUTCOME:** Hearing held. No objections. Plan confirmed. Proposed Order filed today. Order to be entered.

    **Carlota Böhm**
    **U.S. Bankruptcy Judge**

    FILED
    5/24/23 8:50 am
    CLERK
    U.S. BANKRUPTCY
    COURT - WDPA

Case 20-22898-CMB    Doc 747    Filed 05/24/23    Entered 05/24/23 08:52:06    Desc Main
Document      Page 1 of 1