# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ronald G. Linaburg, | ) | Bankruptcy No. 20-22898-CMB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| Ronald G. Linaburg, | ) | |
| | ) | Document No. 783 |
| Movant, | ) | |
| | ) | Related to Document No. 759, 760 |
| vs. | ) | |
| | ) | **Hearing Date and Time:** |
| No Respondent. | ) | July 11, 2023, at 2:30 p.m. |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR DISCHARGE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on June 8, 2023, at Document No. 759 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 760, Objections were to be filed and served no later than June 25, 2023.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 759 be entered by the Court.

Date: July 3, 2023

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com