IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ronald G. Linaburg, | ) | Bankruptcy No. 20-22898-CMB |
| Debtor. | ) | Chapter 11 |
| Ronald G. Linaburg, | ) | Document No. |
| Movant, | ) | Related to Document No. 756 |
| vs. | ) | |
| No Respondent. | ) | |

**ENTERED BY DEFAULT**
<u>**ORDER OF COURT**</u>

AND NOW, upon consideration of Debtor's Motion for Final Decree, it is hereby ORDERED that Debtor's November 30, 2022, Plan has been substantially consummated as defined in 11 U.S.C. §1101 (2). Therefore, a final decree shall be issued in the above-captioned case.

BY THE COURT,

Dated: 7/3/2023

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

dmk

FILED
7/3/23 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-22898-CMB

Ronald G Linaburg     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jul 03, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Accountant Barry P. Cox bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |

Case 20-22898-CMB    Doc 791    Filed 07/05/23    Entered 07/06/23 00:18:41    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Carolyn Batz McGee
    on behalf of Defendant Diana M. Dongell  D.M.D carolyn.mcgee@nelsonmullins.com, rene.karwowski@nelsonmullins.com

Carolyn Batz McGee
    on behalf of Creditor Diana Marie Dongell  D.M.D. carolyn.mcgee@nelsonmullins.com, rene.karwowski@nelsonmullins.com

Charles Fiergola
    on behalf of Creditor Reinhart FoodServices  LLC cfiergola@kmksc.com

David K. Rudov
    on behalf of Mediator David K. Rudov david@rudovlaw.com  ashley@rudovlaw.com

Donna M. Donaher
    on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Frank G. Salpietro
    on behalf of Creditor Reinhart FoodServices  LLC fgsalpietro@rothmangordon.com, jdmyers@rothmangordon.com;vaeyer@rothmangordon.com

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Berry
    on behalf of Defendant PNC BANK N.A. John.Berry@dinsmore.com  Christina.Lee@dinsmore.com

John J. Berry
    on behalf of Creditor PNC Bank  N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com

John R. O'Keefe, Jr.
    on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

Kelli Ann Lee
    on behalf of Defendant PNC BANK N.A. Kelli.Lee@dinsmore.com Alison.Kidney@DINSMORE.COM,Kristy.Allen@DINSMORE.COM

Kelli Ann Lee
    on behalf of Creditor PNC Bank  N.A. Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM,Kristy.Allen@DINSMORE.COM

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Maria Miksich
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com  maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Creditor Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Defendant Renee R. Kalp  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Creditor Diana Marie Dongell  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Defendant Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Defendant Rebecca L. Watkins  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Creditor Ronald E. Hand  D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
    on behalf of Defendant Diana M. Dongell  D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Michael A. Shiner
    on behalf of Defendant Ronald E. Hand  D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Diana M. Dongell  D.M.D mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Rebecca L. Watkins  D.M.D. mshiner@tuckerlaw.com

Case 20-22898-CMB    Doc 791    Filed 07/05/23    Entered 07/06/23 00:18:41    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Michael A. Shiner
    on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Renee R. Kalp D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Diana Marie Dongell D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Defendant Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com

Michael A. Shiner
    on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard W. Keifer, III
    on behalf of Creditor Ascentium Capital LLC rkeifer@keiferlaw.com, dschattenstein@keiferlaw.com

Ronald L. Hicks, Jr.
    on behalf of Creditor Diana Marie Dongell D.M.D. ronald.hicks@nelsonmullins.com,
    rene.karwowski@nelsonmullins.com;tricia.long@nelsonmullins.com

Ronald L. Hicks, Jr.
    on behalf of Defendant Diana M. Dongell D.M.D ronald.hicks@nelsonmullins.com,
    rene.karwowski@nelsonmullins.com;tricia.long@nelsonmullins.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sarah S. Mattingly
    on behalf of Creditor PNC Bank N.A. sarah.mattingly@dinsmore.com, jamie.herald@dinsmore.com

Sarah S. Mattingly
    on behalf of Defendant PNC BANK N.A. sarah.mattingly@dinsmore.com jamie.herald@dinsmore.com

Sy Oscar Lampl
    on behalf of Attorney Sy O. Lampl slampl@lampllaw.com

William E. Kelleher, Jr.
    on behalf of Mediator William E. Kelleher Jr. bill.kelleher@dentons.com,
    michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

TOTAL: 44