**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ronald G Linaburg** | Social Security number or ITIN  xxx–xx–3395 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ |
| | | EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–22898–CMB | |

# Order of Discharge                                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Ronald G Linaburg

<u>8/10/23</u>                                                                           **By the court:**  <u>Carlota M Bohm</u>
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

---

Form 3180RI                           **Individual Chapter 11 Discharge**                           page 1

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22898-CMB |
| Ronald G Linaburg | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Aug 10, 2023 | Form ID: 3180RI | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald G Linaburg, 924 Valleyview Road, Pittsburgh, PA 15243-1022 |
| aty | + | Charles Fiergola, ofKohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1991 |
| aty | + | Sy O. Lampl, Robert O Lampl Law Office, LLC, 223 Fourth Avenue, 4th Floor, Pittsburgh, PA 15222-1717 |
| md | + | David K. Rudov, RudovLaw, 437 Grant St., Suite 1806, The Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| acc | | James S. Fellin, One Gateway Center, Suite 700, Pittsburgh, PA 15222 |
| cr | | PNC Bank, N.A., c/o John J. Berry, Esquire, Dinsmore & Shohl LLP, 1300 Six PPG Place, Pittsburgh, PA 15222 |
| sp | + | Raymond C. Vogliano, Eckert Seamans Cherin & Mellott, LLC, 600 Grant Street, 44th Floor, Pittsburgh, PA 15219-2713 |
| cr | + | Reinhart FoodServices, LLC, Kohner, Mann & Kailas, S.C., c/o Charles Fiergola, 4650 N. Port Washington Rd., Milwaukee, WI 53212-1991 |
| md | + | William E. Kelleher, Jr., Dentons Cohen & Grigsby P.C., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| intp | + | William T. Kane, c/o Robert O Lampl Law Office, 223 Fourth Avenue, 4th Floor, Pittsburgh, PA 15222-1717 |
| 15363194 | + | Diana Marie Dongell, D.M.D., c/o Ronald L. Hicks, Jr., 6 PPG Place, Third Floor, Pittsburgh, PA 15222-5425 |
| 15297741 | + | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 15362830 | + | Dollar Bank, Federal Savings Bank, c/o John R. O'Keefe, Jr., Esquire, Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |
| 15297742 | + | FBM Credit, 200 1st Ave, Carnegie, PA 15106-2502 |
| 15297744 | + | Hitachi Capital America, 800 Connecticut Avenue, Norwalk, CT 06854-1738 |
| 15297745 | + | IRR Supply Center, 1205 W State Street, New Castle, PA 16101-2070 |
| 15577997 | + | IRR Supply Centers Inc., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 15363195 | + | Rebecca L. Watkins, D.M.D., c/o Michael A. Shiner, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15403595 | + | Reinhart Foodservice, L.L.C., c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| 15363197 | + | Renee R. Kalp, D.M.D., c/o Michael A. Shiner, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15363196 | + | Ronald E. Hand, D.M.D., c/o Michael A. Shiner, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15403594 | + | Samuel C. Wisotzkey, c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Rd., Milwaukee, WI 53212-1077 |
| 15297748 | + | Store Capital Acquisitions, 8377 E Hartford Drive, Suite 100, Scottsdale, AZ 85255-5686 |
| 15297750 | + | Vision Financial Group, 615 Iron City Drive, Pittsburgh, PA 15205-4321 |
| 15297751 | + | William T. Kane, 20013 Route 19, Cranberry Twp, PA 16066-6203 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 10 2023 23:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 10 2023 23:05:00 | First National Bank of Pennsylvania, 100 Federal Street, Pittsburgh, PA 15212-5708 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 10 2023 23:05:00 | Municipality of Mt. Lebanon, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | EDI: RECOVERYCORP.COM | | |

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: 3180RI | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 11 2023 03:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 10 2023 23:05:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15344187 | | Email/Text: bankruptcy@ascentiumcapital.com | Aug 10 2023 23:05:00 | Ascentium Capital, 23970 Hwy 59 North, Kingwood, TX 77339 |
| 15297740 | | Email/Text: bankruptcy@ascentiumcapital.com | Aug 10 2023 23:05:00 | Ascentium Capital LLC, 23970 Highway 59 North, Kingwood, TX 77339 |
| 15297743 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 10 2023 23:05:00 | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15326577 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 10 2023 23:05:00 | First National Bank of Pennsylvania, c/o Donna Donaher, Esquire, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 |
| 15380124 | | EDI: IRS.COM | Aug 11 2023 03:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15335472 | + | Email/Text: ebnjts@grblaw.com | Aug 10 2023 23:05:00 | Municipality of Mt. Lebanon, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15297746 | + | EDI: PENNDEPTREV | Aug 11 2023 03:03:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15297746 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2023 23:05:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15297747 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 10 2023 23:05:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15308374 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 10 2023 23:05:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15301595 | + | Email/Text: ebnpeoples@grblaw.com | Aug 10 2023 23:05:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15297761 | + | EDI: RMSC.COM | Aug 11 2023 03:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15297749 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Aug 10 2023 23:05:00 | US Foods, 9399 West Higgins Road, Suite 600, Rosemont, IL 60018-4940 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ascentium Capital, LLC |
| cr | | Diana Marie Dongell, D.M.D. |
| cr | | Dollar Bank, Federal Savings Bank, c/o Metz Lewis Brodman Must O'Keefe LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | Rebecca L. Watkins, D.M.D. |
| cr | | Renee R. Kalp |
| cr | | Ronald E. Hand, D.M.D. |
| 15329336 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| acc | ##+ | Barry P. Cox, Rivertech Tax Preparation, LLC, 26 South 27th Street, P.O. Box 4274, Pittsburgh, PA 15203-0274 |

TOTAL: 7 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

District/off: 0315-2        User: auto        Page 3 of 5
Date Rcvd: Aug 10, 2023        Form ID: 3180RI        Total Noticed: 42

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

**Name**        **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian C. Thompson
on behalf of Plaintiff Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
on behalf of Debtor Ronald G Linaburg bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
on behalf of Accountant Barry P. Cox bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Carolyn Batz McGee
on behalf of Creditor Diana Marie Dongell  D.M.D. carolyn.mcgee@nelsonmullins.com, rene.karwowski@nelsonmullins.com

Carolyn Batz McGee
on behalf of Defendant Diana M. Dongell  D.M.D carolyn.mcgee@nelsonmullins.com, rene.karwowski@nelsonmullins.com

Charles Fiergola
on behalf of Creditor Reinhart FoodServices  LLC cfiergola@kmksc.com

David K. Rudov
on behalf of Mediator David K. Rudov david@rudovlaw.com  ashley@rudovlaw.com

Donna M. Donaher
on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Frank G. Salpietro
on behalf of Creditor Reinhart FoodServices  LLC fgsalpietro@rothmangordon.com, jdmyers@rothmangordon.com;vaeyer@rothmangordon.com

Jeffrey R. Hunt
on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com

Jodi Hause
on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Berry
on behalf of Defendant PNC BANK N.A. John.Berry@dinsmore.com  Christina.Lee@dinsmore.com

John J. Berry
on behalf of Creditor PNC Bank  N.A. John.Berry@dinsmore.com, Christina.Lee@dinsmore.com

John R. O'Keefe, Jr.
on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com

Kelli Ann Lee

Case 20-22898-CMB    Doc 795    Filed 08/12/23    Entered 08/13/23 00:23:57    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: 3180RI | Total Noticed: 42 |

| | |
|---|---|
| | on behalf of Defendant PNC BANK N.A. Kelli.Lee@dinsmore.com Alison.Kidney@DINSMORE.COM,Kristy.Allen@DINSMORE.COM |
| Kelli Ann Lee | |
| | on behalf of Creditor PNC Bank N.A. Kelli.Lee@dinsmore.com, Alison.Kidney@DINSMORE.COM,Kristy.Allen@DINSMORE.COM |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Maribeth Thomas | |
| | on behalf of Defendant Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | |
| | on behalf of Creditor Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | |
| | on behalf of Defendant Diana M. Dongell D.M.D mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | |
| | on behalf of Creditor Renee R. Kalp mthomas@tuckerlaw.com maribeth.thomas@gmail.com |
| Maribeth Thomas | |
| | on behalf of Creditor Rebecca L. Watkins D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | |
| | on behalf of Defendant Renee R. Kalp D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | |
| | on behalf of Creditor Diana Marie Dongell D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | |
| | on behalf of Defendant Ronald E. Hand D.M.D. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Michael A. Shiner | |
| | on behalf of Defendant Ronald E. Hand D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | |
| | on behalf of Defendant Diana M. Dongell D.M.D mshiner@tuckerlaw.com |
| Michael A. Shiner | |
| | on behalf of Creditor Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | |
| | on behalf of Creditor Ronald E. Hand D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | |
| | on behalf of Defendant Renee R. Kalp D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | |
| | on behalf of Creditor Diana Marie Dongell D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | |
| | on behalf of Defendant Rebecca L. Watkins D.M.D. mshiner@tuckerlaw.com |
| Michael A. Shiner | |
| | on behalf of Creditor Renee R. Kalp mshiner@tuckerlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Keifer, III | |
| | on behalf of Creditor Ascentium Capital LLC rkeifer@keiferlaw.com, dschattenstein@keiferlaw.com |
| Ronald L. Hicks, Jr. | |
| | on behalf of Creditor Diana Marie Dongell D.M.D. ronald.hicks@nelsonmullins.com, rene.karwowski@nelsonmullins.com;tricia.long@nelsonmullins.com |
| Ronald L. Hicks, Jr. | |
| | on behalf of Defendant Diana M. Dongell D.M.D ronald.hicks@nelsonmullins.com, rene.karwowski@nelsonmullins.com;tricia.long@nelsonmullins.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Sarah S. Mattingly | |
| | on behalf of Creditor PNC Bank N.A. sarah.mattingly@dinsmore.com, jamie.herald@dinsmore.com |
| Sarah S. Mattingly | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Aug 10, 2023 | Form ID: 3180RI | Total Noticed: 42 |

                      on behalf of Defendant PNC BANK N.A. sarah.mattingly@dinsmore.com  jamie.herald@dinsmore.com

Sy Oscar Lampl
                      on behalf of Attorney Sy O. Lampl slampl@lampllaw.com

William E. Kelleher, Jr.
                      on behalf of Mediator William E. Kelleher  Jr. bill.kelleher@dentons.com,
                      michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

TOTAL: 44